AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:18-cv-944-XR

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* John F. Bash, US Attorney

was received by me on *(date)* 9/13/18.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the summons on John F. Bash, US Attorney for the Western District of Texas, Attn: Civil Process Clerk, 601 NW Loop 410, Ste. 600, San Antonio, Texas 78216 via CM/RRR (sent on 11/05/18 and received on 11/08/18).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/16/18

*Server's signature*

Ariana Jazaeri, Paralegal
*Printed name and title*

The Ammons Law Firm, 3700 Montrose Blvd., Houston, Texas 77006
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>**John F. Bash, Esq.**<br>**United State Attorney for the Western District of Texas**<br>**Attention: Civil Process Clerk**<br>**601 NW Loop 420, Suite 600**<br>**San Antonio, Texas 78216** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9402 3292 7196 3166 23 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9171 9991 7030 4380 9141 | |



PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



9590 9402 3292 7196 3166 23

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

**The Ammons Law Firm**
**ATTN: ARIANA JAZAERI**
**3700 Montrose Blvd**
**Houston, TX 77006**

re: Sutherland Springs