AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:18-cv-944-XR

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* John F. Bash, US Attorney
was received by me on *(date)* 6/7/18.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the summons on John F. Bash, US Attorney for the Western District of Texas, Attn: Civil Process Clerk, 601 NW Loop 410, Ste. 600, San Antonio, Texas 78216 via CM/RRR (sent on 06/13/18 and received on 06/14/18).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/16/18

*Ariana Jazaeri* (signature)
Server's signature

Ariana Jazaeri, Paralegal
*Printed name and title*

The Ammons Law Firm, 3700 Montrose Blvd., Houston, Texas 77006
*Server's address*

Additional information regarding attempted service, etc:

[ Print ]   [ Save As... ]                                    [ Reset ]

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT) PHONE ( )

The Ammons Law Firm
3700 Montrose Blvd
Houston, TX 77006

EE 233641210 US

**UNITED STATES POSTAL SERVICE®**

**PRIORITY ★ MAIL ★ EXPRESS™**

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |

PO ZIP Code: 77000
Scheduled Delivery Date (MM/DD/YY): 6/14/18
Postage: $27.85

Date Accepted (MM/DD/YY): 6/13/18
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☑ 12 NOON
Insurance Fee: $
COD Fee: $

Time Accepted: 11:07 ☐ AM ☐ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $2.75
Live Animal Transportation Fee: $

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $40.60

Weight: 1 lbs. 2.20 ozs. ☐ Flat Rate
Acceptance Employee Initials: JR

**TO:** (PLEASE PRINT) PHONE ( )

John F. Bash, Esq.
U.S. Attorney for the Western District of Texas
Attn: Civil Process Clerk
601 NW Loop 410, Suite 600
San Antonio, TX 78216

ZIP + 4® (U.S. ADDRESSES ONLY): 7 8 2 1 6 - 5 5 1 2

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-B, OCTOBER 2016    PSN 7690-02-000-9996    **2-CUSTOMER COPY**

**Delivery Guarantee:** If the mailer submits an item at a designated USPS® Priority Mail Express™ acceptance location by the specified deposit time, the Postal Service™ will deliver or attempt delivery to the addressee or agent before the applicable time. The signature of the addressee or the addressee's agent is required upon delivery, when requested by the mailer. If the Postal Service does not deliver or attempt delivery by the specified time and the mailer files a claim for a refund, the Postal Service may refund the postage, unless the delay was caused by reasons including but not limited to the following: proper detention for law enforcement purposes; strike or work stoppage; forwarding or return after the item was available for claim; incorrect ZIP Code™ or address; governmental action beyond the control of the Postal Service or air carriers; war, insurrection, or civil disturbance; delay or cancellation of flights; projected or scheduled transportation delays; breakdown of a substantial portion of the USPS transportation network resulting from events or factors outside the control of the Postal Service; or acts of God. See *Mailing Standards of the United States Postal Service*, Domestic Mail Manual (DMM®) 114.2.0, 214.3.0, 314.3.0, or 414.3.0. (The DMM is available at pe.usps.com.)

When a mailer submits a Priority Mail Express item requiring a signature and the Postal Service cannot deliver the item on the first attempt, the Postal Service leaves a notice for the addressee. If the addressee does not claim the item within 5 calendar days, the Postal Service returns the item to the sender at no additional charge.

***Note:*** The Postal Service does *not* offer a guarantee for military or DPO shipments delayed due to customs inspections. Consult USPS.com® or your local Post Office™ for information on delivery commitments and Priority Mail Express Military™ or Priority Mail Express DPO™ services. For details, see the DMM, which is available at pe.usps.com.

**Insurance Coverage:** The Postal Service provides insurance only in accordance with postal regulations in the DMM, which is available at pe.usps.com. The DMM sets forth the specific types of losses that are covered, the limitations on coverage, terms of insurance, conditions of payment, and adjudication procedures. The DMM consists of federal regulations, and USPS personnel are not authorized to change or waive these regulations or grant exceptions. A mailer who requires information on Priority Mail Express insurance may contact the Postal Service before submitting an item. Limitations prescribed in the DMM provide, in part, that:

1. Insurance coverage extends to the actual value of the contents at the time of mailing or the cost of repairs, not to exceed the insured limit for the item.
2. The Postal Service insures the contents of Priority Mail Express "merchandise" items (with "merchandise" defined by postal regulations) against loss, damage, or missing contents when Express Mail service is used, up to $100 per item at no additional charge. The mailer may purchase additional merchandise insurance up to $5,000 per item. Additional insurance for Priority Mail Express items is not available unless a signature is required.
3. The Postal Service insures "nonnegotiable documents" (as defined by postal indemnity regulations) against loss, damage, or missing contents up to $100 per item for document reconstruction, subject to additional limitations for multiple pieces lost or damaged in a single catastrophic occurrence. Document reconstruction insurance provides reimbursement for the reasonable costs incurred in reconstructing duplicates of nonnegotiable documents mailed. Document reconstruction insurance coverage above $100 per item is *not* available. The mailer should *not* attempt to purchase additional document insurance, because additional document insurance is void.
4. The Postal Service insures "negotiable items" (defined by postal regulations as items that can be converted to cash without forgery), currency, or bullion up to a maximum of $15 per item.
5. The Postal Service does not provide coverage for consequential losses due to loss, damage, or delay of Priority Mail Express items or for concealed damage, spoilage of perishable items, and articles improperly packaged or too fragile to withstand normal handling in the mail.

*Coverage, terms, and limitations are subject to change.* For additional limitations and terms of coverage, consult the DMM, which is available at pe.usps.com.

**Refund Claims:** If delivery of a Priority Mail Express item does not meet the scheduled delivery commitment, the mailer may apply for a postage refund within 30 days after the date of mailing.

**Indemnity Claims:** Either the mailer or the addressee may file an indemnity claim for loss, delay, damage, or missing contents. The claimant may submit the claim online at usps.com, or by using PS Form 1000, *Domestic or International Claim* — for more information, see Publication 122, *Customer Guide to Filing Domestic Insurance Claims or Registered Mail Inquiries*. The timelines for claims are as follows: claims for loss or delay — no sooner than 7 days but no later than 60 days after the date of mailing; claims for damage or missing contents — immediately but no later than 60 days from the date of mailing. Retain the original customer copy of the Priority Mail Express label for claims purposes. For claims involving damage or missing contents, also retain the article, container, and packaging for Postal Service inspection when requested.

*Please do not remail. Thank you for choosing Priority Mail Express service.*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:18-cv-944-XR

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jeff Sessions, Esq., Attorney General of the United States
was received by me on *(date)* 6/7/18 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the summons on the Jeff Sessions, Esq., Attorney General of the United States, U.S. Department of Justice, Attn: Civil Process Clerk, 950 Pennsylvania Avenue, NW Washington DC 20530-0001 via CM/RRR (sent on 06/13/18 and received on 06/18/18).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/16/18

*Server's signature*

Ariana Jazaeri, Paralegal
*Printed name and title*

The Ammons Law Firm, 3700 Montrose Blvd., Houston, Texas 77006
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*    C. Date of Delivery |
| 1. Article Addressed to:<br>**Jeff Sessions, Esq.,**<br>**Attorney General of the United States U.S.**<br>**Department of Justice**<br>**Attn: Civil Process Clerk**<br>**950 Pennsylvania Avenue, NW**<br>**Washington, DC 20530-0001** | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| <br>9590 9402 1736 6074 6035 08 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)* | |

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt



USPS TRACKING #

9590 9402 1736 6074 6035 08

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**The Ammons Law Firm**
**ATTN: Ariana Jazaeri**
**3700 Montrose Boulevard**
**Houston, TX 77006**

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT) PHONE ( )

The Ammons Law Firm
3700 Montrose Blvd
Houston, TX 77006

EE 233641223 US

**UNITED STATES POSTAL SERVICE**

**PRIORITY ★ MAIL ★ EXPRESS™**

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

Jeff Sessions, Esq.
Attorney General of the United States
U.S. Department of Justice
Attn: Civil Process Clerk
950 Pennsylvania Avenue NW
Washington, DC
ZIP + 4® (U.S. ADDRESSES ONLY) 2 0 5 3 0 - 0 0 0 1

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

PO ZIP Code: 77006
Scheduled Delivery Date (MM/DD/YY): 6/14/18
Postage: $39.45

Date Accepted (MM/DD/YY): 6/13/18
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☑ 12 NOON
Insurance Fee: $
COD Fee: $

Time Accepted: 11:09 ☑ AM ☐ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: 2.75
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $42.20

Weight: 1 lbs 2.40 ozs ☐ Flat Rate
Acceptance Employee Initials: $

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996   **2-CUSTOMER COPY**

**Delivery Guarantee:** If the mailer submits an item at a designated USPS® Priority Mail Express™ acceptance location by the posted deposit time, the Postal Service™ will deliver or attempt delivery to the addressee or agent before the applicable time. The signature of the addressee or the addressee's agent is required upon delivery, when requested by the mailer. If the Postal Service does not deliver or attempt delivery by the specified time and the mailer files a claim for a refund, the Postal Service may refund the postage, unless the delay was caused by reasons including but not limited to the following: proper detention for law enforcement purposes; strike or work stoppage; forwarding or return after the item was available for claim; incorrect ZIP Code™ or address; governmental action beyond the control of the Postal Service or air carriers; war, insurrection, or civil disturbance; delay or cancellation of flights; projected or scheduled transportation delays; breakdown of a substantial portion of the USPS transportation network resulting from events or factors outside the control of the Postal Service; or acts of God. See *Mailing Standards of the United States Postal Service, Domestic Mail Manual (DMM®)* 114.2.0, 214.3.0, 314.3.0, or 414.3.0. (The DMM is available at *pe.usps.com*.)

When a mailer submits a Priority Mail Express item requiring a signature and the Postal Service cannot deliver the item on the first attempt, the Postal Service leaves a notice for the addressee. If the addressee does not claim the item within 5 calendar days, the Postal Service returns the item to the sender at no additional charge.

***Note:*** The Postal Service does *not* offer a guarantee for military or DPO shipments delayed due to customs inspections. Consult USPS.com® or your local Post Office™ for information on delivery commitments and Priority Mail Express Military™ or Priority Mail Express DPO™ services. For details, see the DMM, which is available at *pe.usps.com*.

**Insurance Coverage:** The Postal Service provides insurance only in accordance with postal regulations in the DMM, which is available at *pe.usps.com*. The DMM sets forth the specific types of losses that are covered, the limitations on coverage, terms of insurance, conditions of payment, and adjudication procedures. The DMM consists of federal regulations, and USPS personnel are not authorized to change or waive these regulations or grant exceptions. A mailer who requires information on Priority Mail Express insurance may contact the Postal Service before submitting an item. Limitations prescribed in the DMM provide, in part, that:

1. Insurance coverage extends to the actual value of the contents at the time of mailing or the cost of repairs, not to exceed the insured limit for the item.
2. The Postal Service insures the contents of Priority Mail Express "merchandise" items (with "merchandise" defined by postal regulations) against loss, damage, or missing contents when a signature service is required, up to $100 per item at no additional charge. The mailer may purchase additional merchandise insurance up to $5,000 per item. Additional insurance for Priority Mail Express items is not available unless a signature is required.
3. The Postal Service insures "nonnegotiable documents" (as defined by postal indemnity regulations) against loss, damage, or missing contents up to $100 per item for document reconstruction, subject to additional limitations for multiple pieces lost or damaged in a single catastrophic occurrence. Document reconstruction insurance provides reimbursement for the reasonable costs incurred in reconstructing duplicates of nonnegotiable documents mailed. Document reconstruction insurance coverage above $100 per item is *not* available. The mailer should *not* attempt to purchase additional document insurance, because additional document insurance is void.
4. The Postal Service insures "negotiable items" (defined by postal regulations as items that can be converted to cash without forgery), currency, or bullion up to a maximum of $15 per item.
5. The Postal Service does not provide coverage for consequential losses due to loss, damage, or delay of Priority Mail Express items or for concealed damage, spoilage of perishable items, and articles improperly packaged or too fragile to withstand normal handling in the mail.

*Coverage, terms, and limitations are subject to change.* For additional limitations and terms of coverage, consult the DMM, which is available at *pe.usps.com*.

**Refund Claims:** If delivery of a Priority Mail Express item does not meet the scheduled delivery commitment, the mailer may apply for a postage refund within 30 days after the date of mailing.

**Indemnity Claims:** Either the mailer or the addressee may file an indemnity claim for loss, delay, damage, or missing contents. The claimant may submit the claim online at *usps.com*, or by using PS Form 1000, *Domestic or International Claim* — for more information, see Publication 122, *Customer Guide to Filing Domestic Insurance Claims or Registered Mail Inquiries*. The timelines for claims are as follows: claims for loss or delay — no sooner than 7 days but no later than 60 days after the date of mailing; claims for damage or missing contents — immediately but no later than 60 days from the date of mailing. Retain the original customer copy of the Priority Mail Express label for claims purposes. For claims involving damage or missing contents, also retain the article, container, and packaging for Postal Service inspection when requested.

*Please do not remail. Thank you for choosing Priority Mail Express service.*

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9998   **2-CUSTOMER COPY (REVERSE)**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:18-cv-944-XR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Department of Defense__
was received by me on *(date)* __6/7/18__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the summons on the Department of Defense, 1400 Defense Pentagon, Washington, DC 20301-1400 via CM/RRR (sent on 06/13/18 and received on 06/26/18).

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __11/16/18__

*Jeriana Jazaeri*
Server's signature

**Ariana Jazaeri, Paralegal**
Printed name and title

The Ammons Law Firm, 3700 Montrose Blvd., Houston, Texas 77006
Server's address

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Department of Defense**
**1400 Defense Pentagon**
**Washington, DC 20301-1400**



9590 9402 1736 6074 6035 22

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt



**The Ammons Law Firm**
**ATTN: Ariana Jazaeri**
**3700 Montrose Boulevard**
**Houston, TX 77006**

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT) PHONE ( )

The Anwms Law Firm
37_ _____ Blvd
Houston, TX 77056

EE 233641206 US

**UNITED STATES POSTAL SERVICE** | **PRIORITY ★ MAIL ★ EXPRESS**™

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT) PHONE ( )

Department of Defense
1400 Defense Pentagon
Washington DC 20301

ZIP + 4® (U.S. ADDRESSES ONLY)
2 0 3 0 1 - 1 4 0 0

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code 77-06 | Scheduled Delivery Date (MM/DD/YY) 6/14/18 | Postage $ 37.45 | |
| Date Accepted (MM/DD/YY) 6/13/18 | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☑ 12 NOON | Insurance Fee $ | COD Fee $ |
| Time Accepted 11:10 ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ 2.75 | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ 42.20 | |
| Weight lbs. ozs. ☑ Flat Rate | Acceptance Employee Initials JR | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, OCTOBER 2016 PSN 7690-02-000-9996 **2-CUSTOMER COPY**

Case 5:18-cv-00555-XR Document 34 Filed 11/16/18 Page 13 of 18

**Delivery Guarantee:** If the mailer submits an item at a designated USPS® Priority Mail Express™ acceptance location by the specified deposit time, the Postal Service™ will deliver or attempt delivery to the addressee or agent before the applicable time. The signature of the addressee or the addressee's agent is required upon delivery, when requested by the mailer. If the Postal Service does not deliver or attempt delivery by the specified time and the mailer files a claim for a refund, the Postal Service may refund the postage, unless the delay was caused by reasons including but not limited to the following: proper detention for law enforcement purposes; strike or work stoppage; forwarding or return after the item was available for claim; incorrect ZIP Code™ or address; governmental action beyond the control of the Postal Service or air carriers; war, insurrection, or civil disturbance; delay or cancellation of flights; projected or scheduled transportation delays; breakdown of a substantial portion of the USPS transportation network resulting from events or factors outside the control of the Postal Service; or acts of God. See *Mailing Standards of the United States Postal Service*, Domestic Mail Manual (DMM®) 114.2.0, 214.3.0, 314.3.0, or 414.3.0. (The DMM is available at pe.usps.com.)

When a mailer submits a Priority Mail Express item requiring a signature and the Postal Service cannot deliver the item on the first attempt, the Postal Service leaves a notice for the addressee. If the addressee does not claim the item within 5 calendar days, the Postal Service returns the item to the sender at no additional charge.

**Note:** The Postal Service does *not* offer a guarantee for military or DPO shipments delayed due to customs inspections. Consult USPS.com® or your local Post Office™ for information on delivery commitments and Priority Mail Express Military™ or Priority Mail Express DPO™ services. For details, see the DMM, which is available at pe.usps.com.

**Insurance Coverage:** The Postal Service provides insurance only in accordance with postal regulations in the DMM, which is available at pe.usps.com. The DMM sets forth the specific types of losses that are covered, the limitations on coverage, terms of insurance, conditions of payment, and adjudication procedures. The DMM consists of federal regulations, and USPS personnel are not authorized to change or waive these regulations or grant exceptions. A mailer who requires information on Priority Mail Express insurance may contact the Postal Service before submitting an item. Limitations prescribed in the DMM provide, in part, that:

1. Insurance coverage extends to the actual value of the contents at the time of mailing or the cost of repairs, not to exceed the insured limit for the item.
2. The Postal Service insures the contents of Priority Mail Express "merchandise" items (with "merchandise" defined by postal regulations) against loss, damage, missing contents, or rifling when mailed for delivery in the U.S. up to $100 per item at no additional charge. The mailer may purchase additional merchandise insurance up to $5,000 per item. Additional insurance for Priority Mail Express items is not available unless a signature is required.
3. The Postal Service insures "nonnegotiable documents" (as defined by postal indemnity regulations) against loss, damage, or missing contents up to $100 per item for document reconstruction, subject to additional limitations for multiple pieces lost or damaged in a single catastrophic occurrence. Document reconstruction insurance provides reimbursement for the reasonable costs incurred in reconstructing duplicates of nonnegotiable documents mailed. Document reconstruction insurance coverage above $100 per item is *not* available. The mailer should *not* attempt to purchase additional document insurance, because additional document insurance is void.
4. The Postal Service insures "negotiable items" (defined by postal regulations as items that can be converted to cash without forgery), currency, or bullion up to a maximum of $15 per item.
5. The Postal Service does not provide coverage for consequential losses due to loss, damage, or delay of Priority Mail Express items or for concealed damage, spoilage of perishable items, and articles improperly packaged or too fragile to withstand normal handling in the mail.

*Coverage, terms, and limitations are subject to change.* For additional limitations and terms of coverage, consult the DMM, which is available at pe.usps.com.

**Refund Claims:** If delivery of a Priority Mail Express item does not meet the scheduled delivery commitment, the mailer may apply for a postage refund within 30 days after the date of mailing.

**Indemnity Claims:** Either the mailer or the addressee may file an indemnity claim for loss, delay, damage, or missing contents. The claimant may submit the claim online at usps.com, or by using PS Form 1000, *Domestic or International Claim* — for more information, see Publication 122, *Customer Guide to Filing Domestic Insurance Claims or Registered Mail Inquiries*. The timelines for claims are as follows: claims for loss or delay — no sooner than 7 days but no later than 60 days after the date of mailing; claims for damage or missing contents — immediately but no later than 60 days from the date of mailing. Retain the original customer copy of the Priority Mail Express label for claims purposes. For claims involving damage or missing contents, also retain the article, container, and packaging for Postal Service inspection when requested.

*Please do not remail. Thank you for choosing Priority Mail Express service.*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:18-cv-944-XR

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Heather Wilson, Ph.D.**

was received by me on *(date)* **6/7/18**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the summons on Health Wilson, Ph.D., Secretary of the United States Air Force, 1670 Air Force Pentagon, Washington, DC 20330-1670 via CM/RRR (sent on 06/13/18 and received on 06/14/18).

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **11/16/18**

*Server's signature*

**Ariana Jazaeri, Paralegal**
*Printed name and title*

The Ammons Law Firm, 3700 Montrose Blvd., Houston, Texas 77006
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)　　C. Date of Delivery |
| 1. Article Addressed to:<br>**Dr. Heather Wilson, Ph.D.**<br>**Secretary of the United States Air Force**<br>**1670 Air Force Pentagon**<br>**Washington, DC 20330-1670.** | D. Is delivery address different from item 1? ☐ Yes<br>　 If YES, enter delivery address below: ☐ No |
| <br>9590 9402 1736 6074 6035 15 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label) | |

PS Form 3811, July 2015 PSN 7530-02-000-9053　　　　　　　　　　　　　Domestic Return Receipt



USPS TRACKING #

9590 9402 1736 6074 6035 15

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

**The Ammons Law Firm**
**ATTN: Ariana Jazaeri**
**3700 Montrose Boulevard**
**Houston, TX 77006**

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( )

The Andrews Law Firm
3700 Montrose Blvd
Houston, TX 77006

EE 233641197 US

**UNITED STATES POSTAL SERVICE** | **PRIORITY ★ MAIL ★ EXPRESS™**

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☑ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
- ☐ No Saturday Delivery (delivered next business day)
- ☐ Sunday/Holiday Delivery Required (additional fee, where available*)
- ☐ 10:30 AM Delivery Required (additional fee, where available*)
  *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

Dr. Heather Wilson, Ph.D.
Secretary of the United States Air Force
1670 Air Force Pentagon
Washington, DC 20330-1670

ZIP + 4® (U.S. ADDRESSES ONLY)

2 0 3 3 0 - 1 6 7 0

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |

PO ZIP Code: 77006
Scheduled Delivery Date (MM/DD/YY): 6/14/18
Postage: $42.3245

Date Accepted (MM/DD/YY): 6/13/18
Scheduled Delivery Time: ☐ 10:30 AM  ☐ 3:00 PM  ☑ 12 NOON
Insurance Fee: $
COD Fee: $

Time Accepted: 11:06  ☑ AM  ☐ PM
10:30 AM Delivery Fee: $
Return Receipt Fee: $2.75
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: $42.20

Weight: 1 lbs 2.20 ozs  ☐ Flat Rate
Acceptance Employee Initials: SZ

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY) | Time  ☐ AM ☐ PM | Employee Signature

Delivery Attempt (MM/DD/YY) | Time  ☐ AM ☐ PM | Employee Signature

LABEL 11-B, OCTOBER 2016   PSN 7690-02-000-9996   **2-CUSTOMER COPY**

**Delivery Guarantee:** If the mailer submits an item at a designated USPS® Priority Mail Express™ acceptance location by the specified deposit time, the Postal Service™ will deliver or attempt delivery to the addressee or agent before the applicable time. The signature of the addressee or the addressee's agent is required upon delivery, when requested by the mailer. If the Postal Service does not deliver or attempt delivery by the specified time and the mailer files a claim for a refund, the Postal Service may refund the postage, unless the delay was caused by reasons including but not limited to the following: proper detention for law enforcement purposes; strike or work stoppage; forwarding or return after the item was available for claim; incorrect ZIP Code™ or address; governmental action beyond the control of the Postal Service or air carriers; war, insurrection, or civil disturbance; delay or cancellation of flights; projected or scheduled transportation delays; breakdown of a substantial portion of the USPS transportation network resulting from events or factors outside the control of the Postal Service; or acts of God. See *Mailing Standards of the United States Postal Service*, Domestic Mail Manual (DMM®) 114.2.0, 214.3.0, 314.3.0, or 414.3.0. (The DMM is available at *pe.usps.com*.)

When a mailer submits a Priority Mail Express item requiring a signature and the Postal Service cannot deliver the item on the first attempt, the Postal Service leaves a notice for the addressee. If the addressee does not claim the item within 5 calendar days, the Postal Service returns the item to the sender at no additional charge.

**Note:** The Postal Service does *not* offer a guarantee for military or DPO shipments delayed due to customs inspections. Consult USPS.com® or your local Post Office™ for information on delivery commitments and Priority Mail Express Military™ or Priority Mail Express DPO™ services. For details, see the DMM, which is available at *pe.usps.com*.

**Insurance Coverage:** The Postal Service provides insurance only in accordance with postal regulations in the DMM, which is available at *pe.usps.com*. The DMM sets forth the specific types of losses that are covered, the limitations on coverage, terms of insurance, conditions of payment, and adjudication procedures. The DMM consists of federal regulations, and USPS personnel are not authorized to change or waive these regulations or grant exceptions. A mailer who requires information on Priority Mail Express insurance may contact the Postal Service before submitting an item. Limitations prescribed in the DMM provide, in part, that:

1. Insurance coverage extends to the actual value of the contents at the time of mailing or the cost of repairs, not to exceed the insured limit for the item.
2. The Postal Service insures the contents of Priority Mail Express "merchandise" items (with "merchandise" defined by postal regulations) against loss, damage, missing contents, or rifling up to a maximum value of $100 per item at no additional charge. The mailer may purchase additional merchandise insurance up to $5,000 per item. Additional insurance for Priority Mail Express items is not available unless a signature is required.
3. The Postal Service insures "nonnegotiable documents" (as defined by postal indemnity regulations) against loss, damage, or missing contents up to $100 per item for document reconstruction, subject to additional limitations for multiple pieces lost or damaged in a single catastrophic occurrence. Document reconstruction insurance provides reimbursement for the reasonable costs incurred in reconstructing duplicates of nonnegotiable documents mailed. Document reconstruction insurance coverage above $100 per item is *not* available. The mailer should *not* attempt to purchase additional document insurance, because additional document insurance is void.
4. The Postal Service insures "negotiable items" (defined by postal regulations as items that can be converted to cash without forgery), currency, or bullion up to a maximum of $15 per item.
5. The Postal Service does not provide coverage for consequential losses due to loss, damage, or delay of Priority Mail Express items or for concealed damage, spoilage of perishable items, and articles improperly packaged or too fragile to withstand normal handling in the mail.

*Coverage, terms, and limitations are subject to change.* For additional limitations and terms of coverage, consult the DMM, which is available at *pe.usps.com*.

**Refund Claims:** If delivery of a Priority Mail Express item does not meet the scheduled delivery commitment, the mailer may apply for a postage refund within 30 days after the date of mailing.

**Indemnity Claims:** Either the mailer or the addressee may file an indemnity claim for loss, delay, damage, or missing contents. The claimant may submit the claim online at *usps.com*, or by using PS Form 1000, *Domestic or International Claim* — for more information, see Publication 122, *Customer Guide to Filing Domestic Insurance Claims or Registered Mail Inquiries*. The timelines for claims are as follows: claims for loss or delay — no sooner than 7 days but no later than 60 days after the date of mailing; claims for damage or missing contents — immediately but no later than 60 days from the date of mailing. Retain the original customer copy of the Priority Mail Express label for claims purposes. For claims involving damage or missing contents, also retain the article, container, and packaging for Postal Service inspection when requested.

*Please do not remail. Thank you for choosing Priority Mail Express service.*