IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Joe Holcombe, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>United States of America,<br>    Defendant. | Civil Action No. 5:18-cv-555-XR<br><br>*Consolidated with*:<br> Nos. 5:18-cv-712-XR; 5:18-cv-881-XR;<br> 5:18-cv-944-XR; 5:18-cv-949-XR;<br> 5:18-cv-951-XR; 5:18-cv-1151-XR |

NOTICE OF APPEARANCE

Please note the appearance of Jason P. Steed as additional counsel for Plaintiffs Margarette Vidal, Monica Shabbir, Robert Vidal, and Ramiro Vidal, Jr.; Kati Wall, Michael Johnson, individually and as personal representatives of the estate of Dennis Johnson and the estate of Sara Johnson, and Dennis Johnson, Jr., Christopher Johnson, Deanna Staton, and James Graham; and Lisa McNulty, individually and as personal representative of the estate of Tara McNulty, and as legal guardian of H.M. and J.M., two minor children, in the above captioned case. Service of all notices, pleadings, orders, and other papers should be made upon:

Jason P. Steed
KILPATRICK TOWNSEND & STOCKTON LLP
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
Phone: (214) 922-7112
Fax: (214) 853-5731

Respectfully Submitted,

*/s/  Jason P. Steed*
Jason P. Steed
Texas State Bar No. 24070671
KILPATRICK TOWNSEND & STOCKTON LLP
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
Phone: (214) 922-7112
Fax: (214) 853-5731
   Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I certify that this notice was filed through the Court's ECF system on December 27, 2018, and the following counsel for the United States have been served through that system.

*/s/  Jason P. Steed*
Jason P. Steed

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br>United States Dept. of Justice<br>Civil Division | JOHN PANISZCZYN<br>Civil Chief<br>United States Attorney's Office<br>Western District of Texas |
| JOHN F. BASH<br>United States Attorney<br>Western District of Texas | JAMES G. TOUHEY, JR.<br>Director, Torts Branch<br>United States Dept. of Justice<br>Civil Division |
| KIRSTEN WILKERSON<br>Assistant Director, Torts Branch<br>United States Dept. of Justice<br>Civil Division | STEPHEN E. HANDLER<br>Senior Trial Counsel, Torts Branch<br>United States Dept. of Justice<br>Civil Division |
| PAUL DAVID STERN<br>Trial Attorney, Torts Branch<br>United States Dept. of Justice<br>Civil Division | STEPHEN TERRELL<br>Trial Attorney, Torts Branch<br>United States Dept. of Justice<br>Civil Division |