**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JON HOLCOMBE ET AL., | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Civil Action No.  SA-18-CV-555-XR |
| | § | |
| UNITED STATES OF AMERICA, | § | *Consolidated with*: |
| | § | Nos. 5:18-CV-712-XR; |
| *Defendant.* | § | 5:18-CV-881-XR; 5:18-CV-944-XR; |
| | § | 5:18-CV-949-XR; 5:18-CV-951-XR; |
| | § | 5:18-CV-1151-XR; 5:19-CV-184-XR; |
| | § | 5:19-CV-289-XR |
| | § | |

**ORDER**

On this date, the Court considered the status of this case. This case is set for a hearing on the Government's pending Motion to Dismiss (docket no. 28) and any other pending motions on **Tuesday, May 14 at 10 a.m.** in Courtroom 3. Each side will be permitted no more than one hour of argument.

It is so ORDERED.

SIGNED this 17th day of April, 2019.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1