UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HOLCOMBE ET AL | § § § | CASE NO.: 5:18-CV-00555-XR |
| V. | § § § § | |
| UNITED STATES OF AMERICA | § | |

**NOTICE OF ENTRY OF APPEARANCE OF COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

    Now comes George LeGrand and hereby gives Notice of his Entry of Appearance of Counsel on behalf of KATI WALL.

    Respectfully submitted,

    /s/ George LeGrand

    _____
    George LeGrand
    Attorney at Law
    2511 North St. Mary's Street
    San Antonio, Texas. 78212
    (210)733-9439
    (210)735-3542
    State Bar No. 12171450

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2019, I electronically filed the foregoing Notice using the CM/ECF system which will send notification of such filing to the following attorneys who are known to represent the United States:

Clayton R. Diedrichs
U.S. Attorney's Office
clayton.diedrichs@usdoj.gov

James Edward Dingivan
U.S. Attorney's Office
james.dingivan@usdoj.gov

James F. Gilligan
U.S. Attorney's Office
jim.gilligan@usdoj.gov

Paul D. Stern
U.S. Attorney's Office
paul.david.stern@usdoj.gov

/s/ George LeGrand

_____

George LeGrand