

# DEPARTMENT OF THE AIR FORCE
## Air Force Legal Operations Agency
### Joint Base Andrews, Maryland

HQ AFLOA/JACC
1500 West Perimeter Road, Suite 1700
Joint Base Andrews, MD 20762

JUL 2 0 2018

Brett Reynolds and Associates
Attn: Brett Reynolds
1250 NE Loop 410, Suite 310
San Antonio, TX 78209

    Re: Your client's claim for damages.
        Air Force Claim No.: 18-17041
        Your client: Kris Workman

Dear Mr. Reynolds,

  On July 18, 2018, the Air Force received your client's administrative claim for damages in the amount of $31,000,000.00. In accordance with Title 28, Code of Federal Regulations, Section 14.4, please submit the following documentation at your earliest convenience:

-A written report by their attending physician or dentist setting forth the nature and extent of the injury, nature and extent of treatment, any degree of temporary or permanent disability, the prognosis, period of hospitalization, and any diminished earning capacity,

-Itemized bills for medical and hospital expenses incurred, or itemized receipts of payment for such expenses,

-If the prognosis reveals the necessity for future treatment, a statement of expected expenses for such treatment,

-If a claim is made for loss of time from employment, a written statement from his or her employer showing actual time lost from employment, whether he or she is a full or part-time employee, and wages or salary actually lost,

-If a claim is made for loss of income and the claimant is self-employed, documentary evidence showing the amounts of earnings actually lost,

-Any other evidence or information which may have a bearing on either the responsibility of the United States for the personal injury or the damages claimed

    In order to properly adjudicate your claim, we require all the documentation listed above. Failure to provide the requested document(s) will lead to a denial in your claim. If you have any questions in the meantime, please contact Mr. Bradford Hunt, Chief, General Torts Branch, at the above address or by phone at (240) 612-4620.

                                                                         Sincerely,

                                                                          JENNIFER L. FREDA
                                                                          Paralegal, General Torts Branch
                                                                          Air Force Claims and Tort Litigation Division