# Photochart of USAF Leadership

## Office of the Secretary of the Air Force



Secretary of the Air Force
Deborah Lee James



Undersecretary of the Air Force
Lisa S. Disbrow



Assistant Secretary of the Air Force (Acquisition)
Vacant



Assistant Secretary of the Air Force (Financial Management & Comptroller)
Ricardo A. Aguilera



Assistant Secretary of the Air Force (Installations, Environment, & Energy)
Miranda A. A. Ballentine



Assistant Secretary of the Air Force (Manpower & Reserve Affairs)
Gabe Camarillo



Deputy Undersecretary of the Air Force (International Affairs)
Heidi H. Grant



Deputy Undersecretary of the Air Force (Space)
Winston A. Beauchamp



Auditor General
Daniel F. McMillin



General Counsel
Gordon O. Tanner



Inspector General
Lt. Gen. Anthony J. Rock



Chief, Information Dominance & Chief Information Officer
Lt. Gen. William J. Bender



Director, Legislative Liaison
Maj. Gen. Steven L. Basham



Director, Public Affairs
Brig. Gen. Edward W. Thomas Jr.



Director, Small Business Programs
Mark S. Teskey



Administrative Assistant to the Secretary of the Air Force
Patricia J. Zarodkiewicz

An *Air Force Magazine* Directory
By Chequita Wood, Media Research Editor

As of Aug. 15, 2016

# The United States Air Force Air Staff



Chief of Staff
Gen. David L. Goldfein



Vice Chief of Staff
Gen. Stephen W. Wilson



Assistant Vice Chief of Staff
Lt. Gen. (sel.) Stayce D. Harris



Chief Master Sergeant
of the Air Force
CMSAF James A. Cody



Air Force Historian
Walt Grudzinskas



Judge Advocate
General
Lt. Gen. Christopher F. Burne



Surgeon General
Lt. Gen. Mark A. Ediger



Chairman, Scientific
Advisory Board
Werner J. A. Dahm



Chief of Chaplains
Maj. Gen. Dondi E. Costin



Chief of Safety
Maj. Gen. Andrew M. Mueller



Chief Scientist
Greg L. Zacharias



Chief of Air Force
Reserve
Lt. Gen. Maryanne Miller



Director, Air National
Guard
Lt. Gen. L. Scott Rice



Director, Test &
Evaluation
Devin L. Cate



Director, Air Force Sexual
Assault Prevention and
Response
Maj. Gen. James C. Johnson

# The United States Air Force Air Staff A1- A10

## A1 Manpower, Personnel, & Services


Deputy Chief of Staff
Lt. Gen. Gina M. Grosso


Director, Air Force Services
Brig. Gen. Kathleen A. Cook


Director, Civilian Force Management
Debra A. Warner


Director, Force Development
Russell J. Frasz


Director, Manpower, Organization, & Resources
Brig. Gen. Stephen L. Davis


Director, Military Force Management Policy
Maj. Gen. (sel.) Brian T. Kelly


Director, Plans & Integration
Michelle S. LoweSolis

## A2 Intelligence, Surveillance, & Reconnaissance


Deputy Chief of Staff
Lt. Gen. Robert P. Otto


Director, ISR Capabilities
Brig. Gen. John T. Rauch Jr.


Director, ISR Innovation
James G. Clark


Director, ISR Strategy, Plans, Policy, & Force Development
Brig. Gen. Aaron M. Prupas


Director, Special Programs
Joseph D. "Dean" Yount

## A3 Operations


Deputy Chief of Staff
Lt. Gen. John W. "Jay" Raymond


Director, Current Operations
Maj. Gen. Scott D. West


Director, Future Operations
Brig. Gen. B. Chance Saltzman


Director, Weather
Ralph O. Stoffler

## A4 Logistics, Engineering, & Force Protection


Deputy Chief of Staff
Lt. Gen. John B. Cooper


Director, Civil Engineers
Maj. Gen. Timothy S. Green


Director, Logistics
Maj. Gen. Kathryn J. Johnson


Director, Resource Integration
Lorna B. Estep


Director, Security Forces
Brig. Gen. Andrea D. Tullos

# The United States Air Force Air Staff A1- A10 (cont.)

## A5/8 Strategic Plans & Requirements



**Deputy Chief of Staff**
Lt. Gen. James M. "Mike" Holmes



Director, Operational Capability Requirements
Maj. Gen. James C. Vechery



Director, Strategic Plans
Maj. Gen Timothy G. Fay



Director, Strategy, Concepts, & Assessments
Maj. Gen. (sel.) Brian M. Killough

## A6 Office of Information Dominance & Chief Information Officer



**Chief, Information Dominance & Chief Information Officer**
Lt. Gen. William J. Bender



Director, Cyberspace Capabilities & Compliance
Michael V. Sorrento



Director, Cyberspace Strategy & Policy
Maj. Gen. (sel.) Patrick C. Higby



Director, Cyberspace Operations & Warfighting Integration
Brig. Gen. Kevin B. Kennedy

## A9 Studies, Analyses, & Assessments



**Director**
Kevin E. Williams



Principal Deputy Director
Lynne E. Baldrighi

## A10 Strategic Deterrence & Nuclear Integration



**Deputy Chief of Staff**
Lt. Gen. Jack Weinstein



Deputy Assistant Chief of Staff
Michael R. Shoults



Associate Assistant Chief of Staff
Billy W. Mullins