Case 5:18-cv-00555-XR   Document 101   Filed 07/09/19   Page 1 of 3
Case No: 5:19cv706
Case 5:19-cv-00706-XR   Document 4   Filed 06/18/19   Page 1 of 4   Filed: 06/18/19
Doc. #2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| (1) DALIA LOOKINGBILL, INDIVIDUALLY<br>(2) DALIA LOOKINGBILL AS GUARDIAN OF THE PERSON AND ESTATE OF R.T., A MINOR<br>(3) DALIA LOOKINGBILL AS REPRESENTATIVE OF THE ESTATE OF E.G., DECEASED MINOR<br>*Plaintiff(s)*<br>v.<br>United States of America<br><br>*Defendant(s)* | Civil Action No. 5:19-cv-706- |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> United States of America
> John F. Bash, United States Attorney
> United States Attorney's Office
> ATTN: Civil Process Clerk
> 601 NW Loop 410, Suite 600
> San Antonio, Texas 78216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jason C. Webster
> The Webster Law Firm
> 6200 Savoy Drive, Suite 150
> Houston, TX 77036
> 713.581.3900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   **JEANNETTE J. CLACK**

Date: 06/19/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

AFFIDAVIT ATTACHED

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

CAUSE NO. 5:19-CV-00706-XR

(1) DALIA LOOKINGBILL, INDIVIDUALLY, (2) DALIA LOOKINGBILL AS GUARDIAN OF THE PERSON AND ESTATE OF R.T., A MINOR, (3) DALIA LOOKINGBILL AS REPRESENTATIVE OF THE ESTATE OF E.G., DECEASED MINOR
VS.

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION

UNITED STATES OF AMERICA

## AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, __BEA VALDEZ__ (SERVER), personally appeared on this day and stated under oath as follows:

1. My name is __BEA VALDEZ__ (SERVER). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is:
__P.O. BOX 780094, SAN ANTONIO, TX 78278__
(SERVER'S ADDRESS)

2. ON __06/19/19__ (DATE) AT __11:54__ (_A_) M (TIME) SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT came to hand for delivery to UNITED STATES OF AMERICA, BY SERVING THE UNITED STATES ATTORNEY, JOHN F. BASH, UNITED STATES ATTORNEY'S OFFICE, ATTN: CIVIL PROCESS CLERK.

3. ON __06/19/19__ (DATE) AT __2:17__ (_P_) M (TIME) - The above named documents were delivered to: UNITED STATES OF AMERICA, BY SERVING THE UNITED STATES ATTORNEY, JOHN F. BASH, UNITED STATES ATTORNEY'S OFFICE, ATTN: CIVIL PROCESS CLERK by delivering to

__STEPHANIE RICO, CIVIL PROCESS CLERK__
(NAME AND TITLE), authorized agent for service @

__601 N.W. LOOP 410, SUITE 600, SAN ANTONIO, TX 78216__
(ADDRESS), by CORPORATE Service

SIGNATURE
PSC# __5165__   EXPIRATION: __05/31/20__

__BEA VALDEZ__
**AFFIANT PRINTED NAME**

SWORN TO AND SUBSCRIBED before me by __BEA VALDEZ__ appeared on this __20TH__ day of __JUNE__, 2019 to attest witness my hand and seal of office.

YUVI DE LELLIS
Notary Public, State of Texas
Comm. Expires 08-05-2022
Notary ID 129909811

NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

2019.06.387180