IN THE UNITED STATES DISTRICT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JOE HOLCOMBE, et. al,** | § | **NO. 5:18-CV-00555-XR** |
| | § | |
| **Plaintiffs** | § | **Consolidated with:** |
| | § | **5:18-cv-00712-XR (*Vidal*)** |
| | § | **5:18-cv-00881-XR (*Uhl*)** |
| **vs.** | § | **5:18-cv-00944-XR (*Ramsey*)** |
| | § | **5:18-cv-00949-XR (*McNulty*)** |
| **UNITED STATES OF AMERICA,** | § | **5:18-cv-00951-XR (*Wall*)** |
| | § | **5:18-cv-01151-XR (*Amador*)** |
| **Defendant** | § | **5:19-cv-00184-XR (*Brown*)** |
| | § | **5:19-cv-00289-XR (*Ward*)** |
| | § | **5:19-cv-00506-XR (*Workman*)** |
| | § | **5:19-cv-00678-XR (*Colbath*)** |
| | § | **5:19-cv-00691-XR (*Braden*)** |
| | § | **5:19-cv-00706-XR (*Lookingbill*)** |
| | § | **5:19-cv-00714-XR (*Solis*)** |
| | § | **5:19-cv-00715-XR (*McKenzie*)** |
| | § | **5:19-cv-00805-XR (*Curnow*)** |
| | § | **5:19-cv-00806-XR (*Macias*)** |

## PLAINTIFFS' NOTICE OF FILING OF RULE 16 CONFERENCE DOCUMENTS

The Court's Order dated September 11, 2019 (Dkt. 134) set a Rule 16 Conference on Wednesday, September 25, 2019 and also directed the parties to file the following:

1.   A copy of all draft discovery requests, including a written list of potential deponents with a summary identifying each individual or entity and the knowledge possessed.

2.   All disclosures that have been previously served pursuant to Rule 26(a)(1), if any.

1

3.      A notice identifying all unopposed depositions and/or other
        discovery requests such that the court may resolve only the
        issues that remain in dispute.

In accordance with this Court's Order and following the recommendation of the Court's Deputy, Plaintiffs file this document with a single exhibit attached hereto and incorporated herein by reference.  Exhibit 1 contains the following subparts:

| Subpart | Description |
| --- | --- |
| A | **Plaintiffs' Discovery Requests (served in August 2019; no remaining drafts at this time)** |
| B | **Plaintiffs' Written List of Potential Deponents (provided to counsel for the United States on 9/4/19)** |
| C | **Notice re: Unopposed Depositions and/or Other Discovery Requests** |
| D | **Initial Disclosures served in 5:18-cv-00555-XR (Holcombe)** |
| E | **Initial Disclosures served in 5:18-cv-00712-XR (Vidal)** |
| F | **Initial Disclosures served in 5:18-cv-00881-XR (Uhl)** |
| G | **Initial Disclosures served in 5:18-cv-00944-XR (Ramsey)** |
| H | **Initial Disclosures served in 5:18-cv-00949-XR (McNulty)** |
| I | **Initial Disclosures served in 5:18-cv-00951-XR (Wall)** |
| J | **Initial Disclosures served in 5:18-cv-01151-XR (Amador)** |
| K | **Initial Disclosures served in 5:19-cv-00184-XR (Brown)** |
| L | **Initial Disclosures served in 5:19-cv-00289-XR (Ward)** |
| M | **Initial Disclosures served in 5:19-cv-00506-XR (Workman)** |
| N | **Initial Disclosures served in 5:19-cv-00678-XR (Colbath)** |
| O | **Initial Disclosures served in 5:19-cv-00691-XR (Braden)** |

| Subpart | Description |
|:---:|:---|
| **P** | **Initial Disclosures served in 5:19-cv-00706-XR (Lookingbill)** |
| **Q** | **Initial Disclosures served in 5:19-cv-00714-XR (Solis)** |
| **R** | **Initial Disclosures served in 5:19-cv-00715-XR (McKenzie)** |
| **S** | **Initial Disclosures served in 5:19-CV-805-XR (Curnow)** |
| **T** | **Initial Disclosures served in 5:19-CV-806-XR (Macias)** |

**Respectfully submitted,**

**/s/ Jamal K. Alsaffar**
Jamal K. Alsaffar
**JAlssaffar@nationaltriallaw.com**
**Texas Bar No. 24027193**
Tom Jacob
**TJacob@nationaltriallaw.com**
**Texas Bar No. 24069981**
Whitehurst, Harkness, Brees, Cheng,
Alsaffar & Higginbotham & Jacob
PLLC
**7500 Rialto Blvd, Bldg. Two, Ste
250**
**Austin, TX 78735**
**Office 512-476-4346**
**Fax 512-476-4400**
**Counsel for Vidal, McNulty,
McKenzie, Solis, Ramirez,
 and Wall**

**/s/ Jason P. Steed**
Jason P. Steed
**JSteed@kilpatricktownsend.com**
**Texas Bar No. 24070671**
Kilpatrick Townsend & Stockton
LLP
**2001 Ross Avenue, Suite 4400**
**Dallas, TX75201**
**Office 214-922-7112**
**Fax 214-853-5731**
**Counsel for Vidal, McNulty, and
Wall**

/s/ April A. Strahan
April A. Strahan
**april@ammonslaw.com**
**Texas Bar No. 24056387**
Robert E. Ammons
**rob@ammonslaw.com**
**Texas Bar No. 01159820**
The Ammons Law Firm
**3700 Montrose Blvd.**
**Houston, TX 77006**
**Office 866-523-1603**
**Fax 713-523-4159**
**Counsel for Holcombe, Ramsey,**
**Curnow and Macias**

/s/ Daniel J.T. Sciano
Daniel J.T. Sciano
**DSciano@tsslawyers.com**
**Texas Bar No. 17881200**
Tinsman & Sciano
**10107 McAllister Freeway**
**San Antonio, TX 78216**
**Office 210-225-3121**
**Fax 210-225-6235**
**Counsel for Amador**

/s/ Daniel Barks
Daniel D. Barks, *pro hac vice*
**ddb@speiserkrause.com**
Speiser Krause, P.C.
**5555 Glenridge Connector, Suite**
**550**
**Atlanta, GA 30342**
**Office 571-814-3344**
**Fax 866-936-6382**
**Counsel for Holcombe**

/s/ Mark Collmer
Mark W. Collmer
**drcollmer@aol.com**
**Texas Bar No. 04626420**
Collmer Law Firm
**3700 Montrose**
**Houston, TX 77006**
**Office 713-337-4040**
**Counsel for Holcombe**

/s/ Dennis Peery
Dennis Charles Peery
**d.peery@tylerpeery.com**
**Texas Bar No. 15728750**
R. Craig Bettis
**cbettis@tylerpeery.com**
**Texas Bar No. 24040518**
Tyler & Peery
**5822 West IH 10**
**San Antonio, TX 78201**
**Office 210-774-6445**
**Counsel for Uhl**

/s/ Tim Maloney
Tim Maloney
**Texas Bar No. 12887380**
**timmaloney@yahoo.com**
Paul E. Campolo
**pcampolo@maloneyandcampolo.**
**com**
**Texas Bar No. 03730150**
Maloney & Campolo, L.L.P.
**926 S. Alamo**
**San Antonio, TX 78205**
**Office (210) 465-1523**
**Counsel for Ramsey**

/s/ George LeGrand
George LeGrand
**tegrande@aol.com**
**Texas Bar No. 12171450**
Stanley Bernstein
**Texas Bar No. 02225400**
LeGrand & Bernstein
**2511 N. Saint Mary's St.**
**San Antonio, Texas 78212**
**Office 210-733-9439**
**Fax 510-735-3542**
**Counsel for Wall, Solis, and**
**Ramirez**

/s/ Justin Demerath
Justin Demerath
**jdemerath@808west.com**
**Texas Bar No. 24034415**
O'Hanlon, McCollom & Demerath
**808 West Ave.**
**Austin, TX 78701**
**Office 512-494-9949**
        **Counsel for Corrigan, Braden,**
        **Warden, Stevens, Pachal,**
        **McCain, & Poston**

/s/ Brett Reynolds
Brett T. Reynolds
**btreynolds@btrlaw.com**
**Texas Bar No. 16795500**
Brett Reynolds & Associates, P.C.
**1250 N.E. Loop 420, Suite 420**
**San Antonio, TX 78219**
**(210)805-9799**
        **Counsel for Workman,**
        **Colbath, and Harris**

/s/ Joe Schreiber
Joseph M. Schreiber
**joe@lawdoneright.net**
**Texas Bar No. 240374497**
Erik A. Knockaert
**erik@lawdoneright.net**
**Texas Bar No. 24036921**
Schreiber | Knockaert, PLLC
**701 N. Post Oak Rd., Suite 325**
**Houston, TX 77024**
**Phone (281) 949-8904**
**Fax (281) 949-8914**
**Counsel for Brown**

/s/ Jason Webster
Jason Webster
**jwebster@thewebsterlawfirm.co**
**m**
**Texas Bar No. 24033318**
The Webster Law Firm
**6200 Savoy**
**Suite 640**
**Houston, TX 77036**
        **Counsel for Lookingbill**

/s/ Marion M. Reilly
Marion M. Reilly
Hilliard Munoz Gonzales, L.L.P.
**719 S. Shoreline - Ste 500**
**Corpus Christi, TX 78401**
**(361) 882-1612**
**361/882-3015 (fax)**
**marion@hmglawfirm.com**
        **Counsel for McMahan**

**/s/ Marco Crawford**
Marco Crawford
Law Office of Thomas J. Henry
**4715 Fredricksburg**
**San Antonio, TX 78229**
**(210) 585-2151**
**(361) 985-0601 (fax)**
**mcrawford@tjhlaw.com**
   **Counsel for McMahan**

**/s/ Kelley W. Kelley**
Kelley W. Kelley
Anderson & Associates Law Firm
**2600 SW Military Drive, Suite 118**
**San Antonio, TX 78224**
**(210) 928-9999**
**(210) 928-9118 (fax)**
**kk.aalaw@yahoo.com**
   **Counsel for Ward**

## CERTIFICATE OF SERVICE

By our signatures above, we certify that a copy of Plaintiffs' Notice of Filing of Rule 16 Conference Documents has been sent to the following on September 20, 2019 via the Court's CM/ECF notice system.

JOSEPH H. HUNT
Assistant Attorney General
United States Dept. of Justice
Civil Division

JOHN F. BASH
United States Attorney
Western District of Texas

KIRSTEN WILKERSON
Assistant Director, Torts Branch
United States Dept. of Justice
Civil Division

PAUL DAVID STERN
Trial Attorney, Torts Branch
United States Dept. of Justice
Civil Division

CLAYTON R. DIEDRICHS
ASSISTANT UNITED STATES
ATTORNEY

JIM F. GILLIGAN
Assistant United States Attorney

JOHN PANISZCZYN
Civil Chief
United States Attorney's Office
Western District of Texas

JAMES G. TOUHEY, JR.
Director, Torts Branch
United States Dept. of Justice
Civil Division

STEPHEN E. HANDLER
Senior Trial Counsel, Torts Branch
United States Dept. of Justice
Civil Division

STEPHEN TERRELL
Trial Attorney, Torts Branch
United States Dept. of Justice
Civil Division
JAMES E. DINGIVAN
Assistant United States Attorney