IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOE HOLCOMBE and CLARYCE HOLCOMBE, Each Individually, as Heirs at Law and as Representatives of the Estate of JOHN BRYAN HOLCOMBE, Deceased<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL ACTION No. 5:18-CV-555-XR (consolidated with Nos. 5:18-CV-712-XR; 5:18-CV-881-XR; 5:18-CV-944-XR; 5:18-CV-949-XR; 5:18-CV-951-XR; 5:18-CV-1151-XR; 5:19-CV-184-XR; 5:19-CV-289-XR; 5:19-CV-506-XR; 5:19-CV-678-XR; 5:19-CV-705-XR; 5:19-CV-715-XR; 5:19-CV-706-XR) |

**DEFENDANT UNITED STATES' INITIAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

Defendant United States of America, by and through the undersigned counsel, provides the following initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. These disclosures are based on the information reasonably available to the United States at the current time. The United States reserves its right to supplement these disclosures pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

**(A) The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the defendant may use to support its defenses, unless the use would be solely for impeachment.**

1

Defendant United States is still in the process of identifying individuals it may rely on to support its defenses. The United States reserves the right to identify and call as witnesses at trial any persons who may be identified through ongoing investigation and discovery. Discovery is ongoing and Defendant reserves its right to supplement these disclosures as additional information becomes available.

**(B) A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the defendant has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

Documents in the custody of the United States Department of Justice, 950 Pennsylvania Avenue, Washington, DC 20535. Contact counsel to obtain documents referenced. Documents related to the enactment of the Brady Handgun Violence Prevention Act (Brady Act), as amended, and the establishment and implementation of the National Instant Criminal Background Check System (NICS), including but not necessarily limited to, statutes, regulations, rules, proposed rules, guidance, memoranda, and information related to the Gun Control Act of 1968 (GCA), the Brady Act, and the NICS Improvement Act of 2007 (NIAA); guidance to agencies regarding submission of relevant federal records pursuant to the Brady Act and NIAA; reports to Congress pursuant to requirements of the NIAA.

Documents in the custody of the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, 99 New York Avenue, NE, Washington, DC 20226. Contact

counsel to obtain documents referenced.  Documents related to the enactment of the Brady Handgun Violence Prevention Act (Brady Act), as amended, and the establishment and implementation of the National Instant Criminal Background Check System (NICS), including but not necessarily limited to, statutes, regulations, rules, proposed rules, guidance and information related to the GCA, the Brady Act, and the NIAA; guidance to agencies regarding submission of relevant federal records pursuant to the Brady Act and NIAA.  Documents contained in files relating to Devin Patrick Kelley purchasing firearms at Federal Firearms Licensees (FFLs).

Documents in the custody of the United States Department of Justice, Federal Bureau of Investigation, 935 Pennsylvania Avenue, Washington, DC 20535.  Contact counsel to obtain documents referenced.  Documents related to the enactment of the Brady Handgun Violence Prevention Act (Brady Act), as amended, and the establishment and implementation of the National Instant Criminal Background Check System (NICS), including but not necessarily limited to, statutes, regulations, rules, proposed rules, guidance and information related to the Gun Control Act of 1968 (GCA), the Brady Handgun Violence Prevention Act (Brady Act), and the NICS Improvement Act of 2007 (NIAA); guidance to agencies regarding submission of relevant federal records pursuant to the Brady Act and NIAA.

Documents in the custody of the United States Department of Defense (DoD), 1400 Defense Blvd., Washington, DC 20301.  Contact counsel to obtain documents referenced.  Documents related to DoD's reporting obligations into the NICS, including but not limited to, statutes,

regulations, instructions, manuals, guidance, and memoranda of understanding regarding reporting requirements under the GCA, the Brady Act, and the NIAA.

Documents in the custody of the United States Department of the Air Force, 1400 Defense Blvd., Washington, DC 20301.  Contact counsel to obtain documents referenced.  Documents related to the implementation of the National Instant Criminal Background Check System (NICS), including but not limited to, statutes, regulations, instructions, manuals, and guidance regarding reporting requirements under the GCA, the Brady Act, and the NIAA.

Discovery is ongoing and Defendant reserves its right to supplement these disclosures as additional information becomes available.

**(C) A computation of any category of damages claimed by defendant, making available for inspection and copying under Federal Rule of Civil Procedure 34, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

The United States is not currently seeking damages from the Plaintiffs or any other party. Discovery is ongoing and Defendant reserves its right to name third-party defendants to seek damages, including contribution and/or indemnification.

(D) **For inspection and copying under Federal Rule of Civil Procedure 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Not applicable.

Dated: June 24, 2019				Respectfully submitted,

						**JOSEPH H. HUNT**
						Assistant Attorney General
						Civil Division
						**JOHN F. BASH**
						United States Attorney
						Western District of Texas
						**JOHN F. PANISZCZYN**
						Assistant United States Attorney
						State Bar. No. 15443855
						**JAMES G. TOUHEY, JR.**
						Director, Torts Branch
						Civil Division
						**STEPHEN E. HANDLER**
						Senior Trial Counsel, Torts Branch
						Civil Division
						**AUSTIN L. FURMAN**
						Trial Attorney, Torts Branch

				By:	/s/ Paul David Stern
						**PAUL DAVID STERN**
						Trial Attorney, Torts Branch
						Civil Division

						*Counsel for the United States of America*