IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOE HOLCOMBE, et. al, | § | NO. 5:18-CV-00555-XR |
| | § | |
| Plaintiffs | § | Consolidated with: |
| | § | 5:18-cv-00712-XR (*Vidal*) |
| | § | 5:18-cv-00881-XR (*Uhl*) |
| vs. | § | 5:18-cv-00944-XR (*Ramsey*) |
| | § | 5:18-cv-00949-XR (*McNulty*) |
| UNITED STATES OF | § | 5:18-cv-00951-XR (*Wall*) |
| AMERICA, | § | 5:18-cv-01151-XR (*Amador*) |
| | § | 5:19-cv-00184-XR (*Brown*) |
| Defendant | § | 5:19-cv-00289-XR (*Ward*) |
| | § | 5:19-cv-00506-XR (*Workman*) |
| | § | 5:19-cv-00678-XR (*Colbath*) |
| | § | 5:19-cv-00691-XR (*Braden*) |
| | § | 5:19-cv-00706-XR (*Lookingbill*) |
| | § | 5:19-cv-00714-XR (*Solis*) |
| | § | 5:19-cv-00715-XR (*McKenzie*) |
| | § | 5:19-cv-00805-XR (*Curnow*) |
| | § | 5:19-cv-00705-XR (*Workman*) |
| | § | 5:19-cv-00806-XR (*Macias*) |

## Documents Produced by Defendant United States

| Document |
|---|
| DoDI 5505.11 (1998) |
| 4473s concerning Kelley firearms purchases |
| AFOSIMAN 71-121 (Mar 12 to Sept 12) |
| AFOSIMAN 71-121 (Oct 10 to Mar 12) |
| AFOSIMAN 71-121 (Oct 12 to Feb 13) |

| |
|---|
| AFOSIMAN 71-121 (Sept 12 to Oct 12) |
| AFI 71-105-O, 20090309 |
| AFI 71-118V4-O, 20090430, w-IC-3, 20120405_OB |
| AFI 31-201 Mar 09 SF Standards and Procedures |
| AFI 31-205 (2004).pdf |
| DoDI 5505.11 (9 July 2010) |
| Brady Act |
| Domestic violence database |
| Fix NICS |
| Gun Control Act |
| Lautenberg amendment |
| NICS improvement act |
| AFI 31-206, 16 Sep 09 (Effective 16 Sept 2009 to 10 Nov 2014, superceded by 31-115) |
| DODI 6400.06 |
| DODI 773047 (2003) |
| 1998 MOU - DoD & CJIS re NICS |
| MOU - Federal DOD & FBI re Prohibited Persons Data |

| |
|---|
| AFI31-120 |
| 71-118V4_IC-2, 31Mar11 |
| 71-118V4_IC-3, 20120405 |
| 6400.06, August 21, 2007; Change 1, September 20, 2011c |
| AFI 31-203 SFMIS 20090729 Original |
| AFMAN 31-201v7 Security Forces Administration and Reports 20090828 |
| DoD 7730.47-M vol 01 |
| DoD 7730.47-M vol 02 |
| Attachment 3 - I2MS User Manual 465 |
| Attachment 4- I2MS Fingerprinting Guide_465 |
| DODM 7730.47-M_Vol 1 (2010) |
| DODM 7730.47-M_Vol 2 (2010) |