# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOE HOLCOMBE ET AL., | § § § | |
| *Plaintiffs,* | § § | Civil Action No.  SA-18-CV-555-XR |
| | § | *Consolidated with*: |
| v. | § § | Nos. 5:18-CV-712-XR; |
| | § | 5:18-CV-881-XR; 5:18-CV-944-XR; |
| UNITED STATES OF AMERICA, | § § | 5:18-CV-949-XR; 5:18-CV-951-XR; |
| | § | 5:18-CV-1151-XR; 5:19-CV-184-XR; |
| *Defendant.* | § § | 5:19-CV-289-XR; 5:19-CV-506-XR; |
| | § | 5:19-CV-678-XR; 5:19-CV-691-XR; |
| | § § | 5:19-CV-705-XR; 5:19-CV-706-XR; |
| | § | 5:19-CV-715-XR; 5:19-CV-805-XR; |
| | § § | 5:19-CV-806-XR |
| | § | |

## ORDER

The Rule 16 conference (docket no. 134) is RESET to 1:00 PM on Wednesday, September 25, 2019 in Courtroom 3.

SIGNED this 23rd day of September, 2019.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1