# Exhibit B

## Comparison of Proposed
## Confidentiality and Protective Orders

| App. H ¶ | Topic | Plaintiffs' Proposal | Defendant's Proposal |
|---|---|---|---|
| 1 | Definition of Confidential Information | Changes "Classified to Confidential" and Confidential Information only includes specified categories | Changes "Classified Information to "Confidential Information"; Adds definition for PHI |
| 2a | Qualified Persons – For Counsel or Attorneys Only | **Not included** | **Not included** |
| 2b | Qualified Persons – Confidential Information | ¶ 15 (adds language to include various people, many who would be encompassed by the language in App. H) | Retains many of the same categories of "Qualified Persons" listed in Appendix H, but makes some modifications to include person unique to the federal government |
| 2c | Qualified Person – Other | **Not included** | **Not included** |
| 3a | Designation Criteria -- Nonclassified Information | ¶¶ 2, 3: excludes Kelley's information; excludes hearing, trial, and depo materials; some similarities | Same as App. H. |
| 3b | Designation Criteria -- Classified Information | ¶ 1 includes:<br><br>**(a) Same as Def. ¶ 3(b)(1)(b);**<br><br>(b) Law enforcement privileged information;<br><br>(c) Similar to Def. ¶ 3(b)(1)(i);<br><br>(d) Privacy Act; | ¶ 3b includes:<br><br>(a) trade secrets, confidential or proprietary financial info . . .<br><br>(b) Private information that would be redacted under FRCP 5.2, HIPAA, FERP;<br><br>(c) Privacy Act;<br><br>(d) Administrative claim documents; |

|  |  |  |  |
|---|---|---|---|
|  |  | (e) identifying information about federal law enforcement . . . (similar to ¶ 3(b)(1)(f)).<br><br>**(The parties have discussed in detail and have made progress toward agreement on categories of documents to be labelled confidential. Specific language has not yet been agreed upon and thus is not reflected in this table.)** | (e) Law enforcement privilege information but ordered produced;<br><br>(f) law enforcement agency's employees, informants, or internal procedures;<br><br>(g) IG's employees, informants, or witness interviews;<br><br>(h) firearms tracing data;<br><br>(i) depictions of the shooting;<br><br>(j) other documents disclosure restricted by statute |
| 3c | Designation Criteria -- For Counsel or Attorneys Only | **Not included** | **Not included** |
| 3d | Designation Criteria -- Ultrasensitive Information | Not included | Same as App. H (renumbered as ¶ 3c) |
| 4a | Use of Confidential Information | ¶ 14 | 1st sentence of ¶ 4a matches ¶ 4 of Appendix H; adds language clarifying the terms of use of information designated confidential |
| -- | (Cont…) | Not included | ¶ 4b |
| -- | (Cont…) | **Plaintiffs ¶ 6 matches Defendant ¶ 4c** | --- |
| 5 | Marking of Documents | **Plaintiffs ¶ 7a & b matches Defendant ¶ 5a & b** | --- |

| | | | |
|---|---|---|---|
| 6 | Disclosure at Depositions | ¶ 8 (10 days instead of App. H, 30 day allotment, and requires log in ¶ 9) | Same as App. H |
| 7 | Disclosure to Qualified Persons | Not included | Same as App. H (without counsel-only log provision) |
| 8 | Unintentional Disclosures | ¶ 18 (added requirements including, requesting the recipient of the unauthorized disclosure be bound by this order) | Same as App. H |
| 9 | Documents Produced for Inspection Prior to Designation | ¶ 10 (no requirement that documents be inspected be treated or marked in any way) | Same as App. H |
| 10 | Consent to Disclosure and Use in Examination | Not included | Same as App. H |
| 11a | Challenging the Designation – Confidential Information | ¶¶ 11, 12 (limits the amount of time to resolve informally to 7 days and adds four additional criteria the producing party must meet to establish a designation of confidential) | Same as App. H, but ¶ 11 also contains additional instructions on reproduction of documents originally marked as confidential as to which that designation is removed or withdrawn. |
| -- | Replacement Documents | **Plaintiff ¶ 13 matches Defendant ¶ 11a, second paragraph** | --- |
| 11b | Challenging the Designation – Qualified Person | Not Included | Same as App. H |
| 12 | Manner of Use in Proceedings | Not included except for provision for open court in ¶ 5 | Defendant ¶ 12a is same as App. H; Def. ¶ 12 also adds a second subparagraph providing instructions concerning the use |

| | | | of confidential information at trial. |
|---|---|---|---|
| 13 | Filing Under Seal | ¶¶ 16, 17 (requires the disclosing party to justify sealing even if they are not the party filing the information and if they can't, the information loses its designation as confidential) | Same as App. H |
| 14 | Return of Documents | ¶ 19 (changes the time limit to 90 days) | Same as App. H, but Def. ¶ 14 adds in requirements specific to the federal government |
| -- | | ¶¶ 20, 21 (would allow for verbatim duplication of confidential information if part of attorney work product) | ¶ 14b |
| 15 | Ongoing Obligations | Not Included. | Same as App. H |
| 16 | Advice to Clients | Not included | Same as App. H |
| 17 | Duty to Ensure Compliance | Not included | Same as App. H |
| 18 | Waiver | Not included | Same as App. H |
| 19 | Modification and Exceptions | Not included | Same as App. H (renumbered as ¶ 25) |
| -- | Confidentiality Log | ¶ 9 (requires producing party to provide a log with designated documents and the reason they should be confidential) | Not included |
| -- | Qualified Order under HIPAA | ¶ 4 (would include PHI) | ¶ 19 (would designate all PHI as confidential) |

| | | | |
|---|---|---|---|
| -- | Qualified Order Under the Privacy Act | ¶ 4 (would include personal identifying information) | ¶ 20 (personal identifying information subject to the Privacy Act will be deemed confidential) |
| -- | Subpoena of Confidential Information | Not included | ¶ 21 (outlines course of action if anyone subject to this order receives subpoena for confidential information) |
| -- | Disclosure of violations of law | Not included | ¶ 22 (allows disclosure of confidential information for law enforcement purposes, but requires the agency to maintain the confidentiality required by this order) |
| -- | Disclosure to Congress | Not included | ¶ 23 (allows disclosure to Congress, but requires Congress be notified of this order and that designating party or non-party try to be notified) |
| -- | Other legal obligations | Not included | ¶ 24 (this order does not prohibit or absolve anyone's compliance with other legal obligations) |