IN THE UNITED STATES DISTRICT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| HOLCOMBE, et. al, | NO. 5:18-CV-00555-XR |
|---|---|
| Plaintiffs | (consolidated cases) |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant | |

Parties, by and through their counsel of record, stipulate:

1. On June 9, 2011, Air Force Office of Special Investigations ("AFOSI") conducted a subject interview of Devin Patrick Kelley. At the end of the interview, two sets of Kelley's fingerprints were collected on fingerprints cards (FD-249). Kelley's fingerprints were not submitted to the FBI CJIS Division.

2. On February 17, 2012, the 49th Security Forces Squadron ("SFS") investigators conducted a subject interview of Devin Patrick Kelley. The 49th Security Forces Squadron did not collect Devin Kelley's fingerprints and did not submit them to the FBI CJIS Division.

3. On June 8, 2012, DoD and Air Force instructions and policies required the AFOSI Detachment 225 to collect and submit Devin Kelley's fingerprints to the FBI CJIS Division. The AFOSI Detachment 225 did not collect Devin Kelley's fingerprints and did not submit them to the FBI CJIS Division.

4. On November 7, 2012, after Devin Kelley's General Court-Martial conviction, DoD and Air Force instructions and policies required the 49th Security Forces Squadron Confinement Facility to collect Devin Kelley's fingerprints and submit them to the FBI CJIS Division. The 49th Security Forces Squadron Confinement Facility employees did not collect and submit Devin Kelley's fingerprints to the FBI CJIS Division.

5. After Devin Kelley's General Court-Martial conviction on November 7, 2012, DoD and Air Force instructions and policies required the Department of Defense to submit Devin Kelley's final disposition report of his felony assault conviction for a crime of domestic violence to the FBI CJIS Division. The Department of Defense did not submit Kelley's final disposition report of his conviction to the FBI CJIS Division.

6. On December 14, 2012, the AFOSI Detachment 225 received the results of Kelley's General Court-Martial conviction. DoD and Air Force instructions and policies required the AFOSI Detachment 225 to submit Devin Kelley's fingerprints and the final disposition report of his felony assault conviction for a crime of domestic violence to the FBI CJIS Division. The AFOSI Detachment 225 did not submit Kelley's fingerprints or final disposition report to the FBI CJIS Division's criminal history repository.

7. From June 29, 2011 through October 5, 2012, DoD and Air Force instructions and policies required AFOSI Detachment 225 leadership to perform monthly reviews of the Kelley investigation. During the 15 monthly reviews, the AFOSI Detachment 225 leadership did not note that Kelley's fingerprint cards had not been submitted to the FBI CJIS Division. AFOSI Detachment 225 leadership took no corrective action to ensure Kelley's fingerprints were collected and submitted to the FBI CJIS Division.

8. Following Devin Kelley's court-martial conviction on November 7, 2012, but prior to the November 5, 2017 shooting at the First Baptist Church of Sutherland Springs, Texas, the AFOSI Detachment 225 never submitted Kelley's

fingerprints or final disposition report of conviction to the FBI CJIS Division, as required by DoD and Air Force instructions and policies. Consequently, Devin Kelley's fingerprints and conviction were not in the FBI's National Instant Criminal Background Check System at any time before November 5, 2017.

9. Following Devin Kelley's court-martial conviction on November 7, 2012, but prior to the November 5, 2017 shooting at the First Baptist Church of Sutherland Springs, Texas, the 49th Security Forces Squadron did not collect Kelley's fingerprints or submit them with the final disposition report of his felony assault conviction for a crime of domestic violence to the FBI CJIS Division, as required by DoD and Air Force instructions and policies. Consequently, Devin Kelley's convictions were not in the FBI's National Instant Criminal Background Check System at any time before November 5, 2017.

Agreed to on behalf of the United States:
    /s/  *Paul David Stern*
PAUL D. STERN
Trial Attorney,
Torts Branch
United States Dept. of Justice
Civil Division
Three Constitution Square Building
175 N Street, N.E.,
Washington, D.C. 20002

Respectfully Submitted,

| | |
|---|---|
| /s/ Jamal K. Alsaffar | /s/ Jason P. Steed |
| **Jamal K. Alsaffar** | **Jason P. Steed** |
| JAlsaffar@nationaltriallaw.com | JSteed@kilpatricktownsend.com |
| Texas Bar No. 24027193 | Texas Bar No. 24070671 |
| **Tom Jacob** | **Kilpatrick Townsend & Stockton LLP** |
| TJacob@nationaltriallaw.com | 2001 Ross Avenue, Suite 4400 |
| Texas Bar No. 24069981 | Dallas, TX 75201 |
| **Whitehurst, Harkness, Brees, Cheng, Alsaffar & Higginbotham & Jacob PLLC** | Office 214-922-7112 |
| 7500 Rialto Blvd, Bldg. Two, Ste 250 | Fax 214-853-5731 |
| Austin, TX 78735 | Counsel for Vidal, McNulty, and Wall |
| Office 512-476-4346 | |
| Fax 512-476-4400 | |
| Counsel for Vidal, McKenzie, McNulty, Solis, and Wall | |

| | |
|---|---|
| /s/ April A. Strahan | /s/ Daniel J.T. Sciano |
| **April A. Strahan** | **Daniel J.T. Sciano** |
| april@ammonslaw.com | DSciano@tsslawyers.com |
| Texas Bar No. 24056387 | Texas Bar No. 17881200 |
| **Robert E. Ammons** | **Tinsman & Sciano** |
| rob@ammonslaw.com | 10107 McAllister Freeway |
| Texas Bar No. 01159820 | San Antonio, TX 78216 |
| **The Ammons Law Firm** | Office 210-225-3121 |
| 3700 Montrose Blvd. | Fax 210-225-6235 |
| Houston, TX 77006 | Counsel for Amador |
| Office 866-523-1603 | |
| Fax 713-523-4159 | |
| Counsel for Holcombe and Ramsey | |

| | |
|---|---|
| /s/ Daniel Barks | /s/ Mark Collmer |
| **Daniel D. Barks,** *pro hac vice* | **Mark W. Collmer** |
| ddb@speiserkrause.com | drcollmer@aol.com |
| **Speiser Krause, P.C.** | Texas Bar No. 04626420 |
| 5555 Glenridge Connector, Suite 550 | **Collmer Law Firm** |
| Atlanta, GA 30342 | 3700 Montrose |
| Office 571-814-3344 | Houston, TX 77006 |
| Fax 866-936-6382 | Office 713-337-4040 |
| Counsel for Holcombe | Counsel for Holcombe |

/s/ Dennis Peery
**Dennis Charles Peery**
d.peery@tylerpeery.com
Texas Bar No. 15728750
**R. Craig Bettis**
cbettis@tylerpeery.com
Texas Bar No. 24040518
**Tyler & Peery**
5822 West IH 10
San Antonio, TX 78201
Office 210-774-6445
Counsel for Uhl

/s/ George LeGrand
**George LeGrand**
tegrande@aol.com
Texas Bar No. 12171450
**Stanley Bernstein**
Texas Bar No. 02225400
**LeGrand & Bernstein**
2511 N. Saint Mary's St.
San Antonio, Texas 78212
Office 210-733-9439
Fax 510-735-3542
Counsel for Wall, Solis

/s/ Justin Demerath
**Justin Demerath**
jdemerath@808west.com
Texas Bar No. 24034415
**O'Hanlon, McCollom & Demerath**
808 West Ave.
Austin, TX 78701
Office 512-494-9949
   Counsel for Corrigan, Braden, Warden, Stevens, Pachal, McCain, & Poston

/s/ Tim Maloney
**Tim Maloney**
Texas Bar No. 12887380
timmaloney@yahoo.com
**Paul E. Campolo**
pcampolo@maloneyandcampolo.com
Texas Bar No. 03730150
**Maloney & Campolo, L.L.P.**
926 S. Alamo
San Antonio, TX 78205
Office (210) 465-1523
Counsel for Ramsey

/s/ Joe Schreiber
**Joseph M. Schreiber**
joe@lawdoneright.net
Texas Bar No. 240374497
**Erik A. Knockaert**
erik@lawdoneright.net
Texas Bar No. 24036921
**Schreiber | Knockaert, PLLC**
701 N. Post Oak Rd., Suite 325
Houston, TX 77024
Phone (281) 949-8904
Fax (281) 949-8914
Counsel for Brown

/s/ Jason Webster
**Jason Webster**
jwebster@thewebsterlawfirm.com
Texas Bar No. 24033318
**The Webster Law Firm**
6200 Savoy
Suite 640
Houston, TX 77036
   Counsel for Lookingbill

/s/ Brett Reynolds
**Brett T. Reynolds**
btreynolds@btrlaw.com
Texas Bar No. 16795500
**Brett Reynolds & Associates, P.C.**
1250 N.E. Loop 420, Suite 420
San Antonio, TX 78219
(210)805-9799
 Counsel for Workman, Colblath, and Harris

/s/ Marion M. Reilly
Marion M. Reilly
**Hilliard Munoz Gonzales, L.L.P.**
719 S. Shoreline - Ste 500
Corpus Christi, TX 78401
(361) 882-1612
361/882-3015 (fax)
marion@hmglawfirm.com
 Counsel for McMahan

/s/ Marco Crawford
**Marco Crawford**
**Law Office of Thomas J. Henry**
4715 Fredricksburg
San Antonio, TX 78229
(210) 585-2151
(361) 985-0601 (fax)
mcrawford@tjhlaw.com
 Counsel for McMahan

/s/ Kelley W. Kelley
**Kelley W. Kelley**
**Anderson & Associates Law Firm**
2600 SW Military Drive, Suite 118
San Antonio, TX 78224
(210) 928-9999
(210) 928-9118 (fax)
kk.aalaw@yahoo.com
 Counsel for Ward

# CERTIFICATE OF SERVICE

By our signatures above, we certify that a copy of has been sent to the following on October 4, 2019 via the Court's CM/ECF notice system.

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br>United States Dept. of Justice<br>Civil Division | JOHN PANISZCZYN<br>Civil Chief<br>United States Attorney's Office<br>Western District of Texas |
| JOHN F. BASH<br>United States Attorney<br>Western District of Texas | JAMES G. TOUHEY, JR.<br>Director, Torts Branch<br>United States Dept. of Justice<br>Civil Division |
| KIRSTEN WILKERSON<br>Assistant Director, Torts Branch<br>United States Dept. of Justice<br>Civil Division | STEPHEN E. HANDLER<br>Senior Trial Counsel, Torts Branch<br>United States Dept. of Justice<br>Civil Division |
| PAUL DAVID STERN<br>Trial Attorney, Torts Branch<br>United States Dept. of Justice<br>Civil Division<br>CLAYTON R. DIEDRICHS<br>ASSISTANT UNITED STATES ATTORNEY | AUSTIN L. FURMAN<br>Trial Attorney, Torts Branch<br>United States Dept. of Justice<br>Civil Division |
| JIM F. GILLIGAN<br>Assistant United States Attorney | |