IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOE HOLCOMBE, et. al, | § | NO. 5:18-CV-00555-XR |
| | § | |
| Plaintiffs | § | Consolidated with: |
| | § | 5:18-cv-00712-XR (*Vidal*) |
| | § | 5:18-cv-00881-XR (*Uhl*) |
| vs. | § | 5:18-cv-00944-XR (*Ramsey*) |
| | § | 5:18-cv-00949-XR (*McNulty*) |
| UNITED STATES OF | § | 5:18-cv-00951-XR (*Wall*) |
| AMERICA, | § | 5:18-cv-01151-XR (*Amador*) |
| | § | 5:19-cv-00184-XR (*Brown*) |
| Defendant | § | 5:19-cv-00289-XR (*Ward*) |
| | § | 5:19-cv-00506-XR (*Workman*) |
| | § | 5:19-cv-00678-XR (*Colbath*) |
| | § | 5:19-cv-00691-XR (*Braden*) |
| | § | 5:19-cv-00706-XR (*Lookingbill*) |
| | § | 5:19-cv-00714-XR (*Solis*) |
| | § | 5:19-cv-00715-XR (*McKenzie*) |
| | § | 5:19-cv-00805-XR (*Curnow*) |
| | § | 5:19-cv-00705-XR (*Workman*) |
| | § | 5:19-cv-00806-XR (*Macias*) |

## **ORDER**

The Court, having considered Defendant's Motion to Designate Responsible Third Parties and finding it well taken, finds Defendant's Motion should be, and is hereby GRANTED. The United States is hereby granted leave to designate Devin Patrick Kelley, Academy, Ltd., d/b/a Academy Sports & Outdoors ("Academy"), and John Does Nos. 1–10, a person or persons unknown who may have conspired with Kelley to commit the criminal act that was the cause of the injuries that are the subject of the lawsuit, as responsible third parties pursuant to Tex. Civ. Prac. & Rem. Code § 33.004.

SIGNED AND ENTERED THIS _____ DAY OF _____, 2019.

                                            _____
                                            THE HONORABLE XAVIER RODRIGUEZ
                                            UNITED STATES DISTRICT JUDGE