IN THE UNITED STATES DISTRICT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HOLCOMBE, et. al, | NO. 5:18-CV-00555-XR |
| Plaintiffs | (consolidated cases) |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant | |

# ORDER

With the agreement of the Parties, the Court having determined that there is good cause for issuance of an Order to govern the disclosure, use, and handling by the Parties and their respective agents, successors, personal representatives and assignees of personally identifiable information produced and received in discovery in the above-captioned consolidated Action, IT IS HEREBY ORDERED as follows:

The United States is authorized in this Action to produce hard copy documents and electronically stored information ("ESI") containing personally identifiable information ("PII") that is protected by the provisions of the Privacy Act of 1974, 5 U.S.C § 552a. This is an order of a court of competent jurisdiction. 5 U.S.C. § 552a(b)(11). This Order applies to disclosures, uses, and handling of hard copy documents or ESI containing PII occurring before and after the entry of this Order. Hard copy documents or ESI containing PII may

be used only for purposes related to this Action, and the parties shall disclose such PII only in accordance with this Order for such purposes.

It is so ORDERED.

SIGNED on this _____ day of _____, 2019.

_____
HON. JUDGE XAVIER RODRIGUEZ