UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JOE HOLCOMBE, ET AL. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:18-CV-555-XR |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING ACADEMY, LTD., D/B/A ACADEMY SPORTS + OUTDOORS' MOTION FOR PROTECTION

On this day the Court considered the Motion for Protection ("Motion") filed by non-party Academy, Ltd. d/b/a Academy Sports + Outdoors ("Academy").  After considering Academy's motion, along with any responses, replies, all other pleadings in the record, the arguments of counsel, if any, and any other evidence on file, the Court is of the opinion that the Motion has merit and should be, and hereby is, granted in all respects.  It is therefore ORDERED that:

In order to protect non-party Academy's private, confidential, and sensitive business information and the identities of its employees, the Agreed Protective Order and Confidentiality Agreement attached to Academy's Motion as **Exhibit A** ("Agreed Protective Order"), which was entered in *Ward, et al. v. Academy, Ltd. d/b/a Academy Sports + Outdoors*, Cause Number 2017-CI-23341 in the 224th Judicial District Court of Bexar County, Texas, is hereby adopted and entered in its entirety by this Court to govern all documents, information, and/or tangible items produced by non-party Academy in this matter; and,

Pursuant to the Agreed Protective Order, Academy is ordered to comply with the subpoena issued by the United States of America and produce only the documents previously produced by Academy in the aforementioned Bexar County, Texas lawsuit, as requested by the government.

82640960v.1

**SO ORDERED.**

SIGNED on the \_\_\_\_ day of _____, 2020.

_____
JUDGE PRESIDING