UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JOE HOLCOMBE, INDIVIDUALLY, AS HEIRS AT LAW AND AS REPRESENTATIVES OF THE ESTATE OF JOHN BRYAN HOLCOMBE, DECEASED; AND CLARYCE HOLCOMBE, INDIVIDUALLY, AS HEIRS AT LAW AND AS REPRESENTATIVES OF THE ESTATE OF JOHN BRYAN HOLCOMBE, DECEASED;
   *Plaintiffs*,

v.

UNITED STATES OF AMERICA,
   *Defendant.*

§§§§§§§§§§§§§

Civil Action No. SA-18-CV-00555-XR

### ORDER SETTING HEARING ON MOTION FOR PROTECTIVE ORDER

On this day the Court considered non-party Academy, Ltd., d/b/a Academy Sports + Outdoors' ("Academy") Motion for Protection from Subpoena (ECF No. 184), the Plaintiffs' and the Government's Responses in Opposition (ECF Nos. 193, 194), and Academy's Reply (195). This motion is set for hearing on **Tuesday, April 14, 2020 at 10:30 a.m.** Pursuant to the Standing Order Regarding Court Operations under the Exigent Circumstances created by the COVID-19 Pandemic, the hearing will be conducted by video conference. The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted.

It is so **ORDERED**.

**SIGNED** April 6, 2020.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1