IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOE HOLCOMBE, ET AL.<br>　　　*Plaintiffs*, | §<br>§<br>§ | |
| V. | §<br>§ | SA-18-CV-00555-XR |
| UNITED STATES OF AMERICA,<br>　　　*Defendant*. | §<br>§<br>§<br>§ | |

**<u>ORDER</u>**

On this date, the Court considered the status of this case. In open court on April 14, 2020, the parties provided updates to the Court on the progress of discovery and trial preparation. As stated in open court, the parties are **ORDERED** to confer and to file a joint advisory outlining the remaining depositions to be taken in this case. The advisory should discuss the scheduling or phasing of the depositions, and the reason each deposition is necessary in this case. If there are disagreements between the parties on a particular deposition, those disagreements should be noted in the advisory. The advisory shall be filed **within ten (10) days** of this Order.

The parties are further **ORDERED** to confer on any proposed amendment to the Scheduling Order (ECF No. 98), including proposed deadlines for the completion of discovery and the filing of pretrial motions (including dispositive and *Daubert* motions) and any proposed continuance of the Jury Trial currently set for September 8, 2020. *See* ECF No. 98, as amended by Text Orders dated October 22, 2019 and January 10, 2020.

This case is set for a status conference on **Tuesday, April 28, 2020 at 1:30 p.m.** Pursuant to the Standing Order Regarding Court Operations under the Exigent Circumstances

created by the COVID-19 Pandemic, the hearing will be conducted by video conference. The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted.

It is so **ORDERED**.

**SIGNED** this 14th day of April, 2020.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE