IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HOLCOMBE, et. al,<br>    Plaintiffs<br>vs.<br>UNITED STATES OF AMERICA,<br>    Defendant | NO. 5:18-CV-00555-XR<br>(consolidated cases) |

# DECLARATION

I am _____, and I declare the following as true and correct:

1) I am of sound mind, over the age of 18, and have personal knowledge of the facts contained in this declaration. I was a deponent in the above-styled cause and was deposed by the parties by remote means.

2) From the beginning of the deposition until the end of the deposition, including breaks, I was under oath and received no coaching, assistance, or other help in answering questions, whether in person, by telephone, videoconference, or any electronic or other means of communication.

3) From the beginning of the deposition until the end of the deposition, including during breaks, I did not communicate—whether in person, by telephone, videoconference, or any electronic or other means of communication—with any person about the case other than what is reflected in the court reporter's transcript of the deposition.  In the event I communicated with counsel off the record to address potential privilege and/or confidentiality issues, the break (and reason for the break) was noted on the record.

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this _____ day of _____, 2020.

_____
SIGNATURE