DANIEL D. HOROWITZ, III *†
THE LAW OFFICE OF DANIEL D.
HOROWITZ, III, P.C.

*Board Certified in Personal Injury
Trial Law By the Texas Board of Legal
 Specialization
† Also Licensed in New Mexico

2100 TRAVIS STREET
HOUSTON, TEXAS 77002
TOLL FREE (844) 824-3543
LOCAL (832) 460-5181
FAX (832) 266-1478
DANIEL@DDHLAWYERS.COM



June 23, 2020

Mr. Paul David Stern                                                                  **Via E-Mail**
U.S. Attorney's Office (W.D. Tex.)
601 W. Loop 410, Suite 600
San Antonio, Texas 78216

Re:   Cause No. 5:18-cv-00555-XR, *Holcombe, et.al. v. United State of America;* In the United States District Court for the Western District of Texas-San Antonio Division

Dear Mr. Stern:

As you are aware, I've been retained to represent Ms. Danielle Smith in the above referenced case. Her deposition is currently scheduled for Tuesday June 30th, 2020. Please forward a copy of each and every statement given by Danielle to the F.B.I., A.T.F., Texas Rangers, United States Air Force, U.S.O.I.G., the U.S. Attorney's Office, or any other law enforcement agency in relation to the subject matter which makes the basis of this litigation.

The incident which makes the basis of this civil litigation was a mass shooting. Had Devin Kelley survived, the United States would have indicted him for intentionally causing the death of several people. The D.O.J. would have likely authorized the pursuit of the death penalty. Any acquaintances of the perpetrator would likely be investigated as targets for indictment as well.

Therefore, please provide a letter stating Danielle Smith (f/k/a Danielle Kelley) is not a target of a criminal investigation at this time, and the answers she gives in response to the questions during the deposition will not lead to her becoming a target of criminal investigation with the United States Department of Justice or any state law enforcement agency. In other words, provide written confirmation Danielle is not a target of a criminal investigation and she will never be a target of a criminal investigation for anything related to the Sutherland Springs incident. Should you have any questions, please do not hesitate to contact my office.

Sincerely,

Daniel D. Horowitz