# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOE HOLCOMBE, INDIVIDUALLY, AS HEIRS AT LAW AND AS REPRESENTATIVES OF THE ESTATE OF JOHN BRYAN HOLCOMBE, DECEASED; AND CLARYCE HOLCOMBE, INDIVIDUALLY, AS HEIRS AT LAW AND AS REPRESENTATIVES OF THE ESTATE OF JOHN BRYAN HOLCOMBE, DECEASED;<br>　　　*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　　*Defendant*. | §§§§§§§§§§§ | SA-18-CV-00555-XR |

## ORDER

On this date, the Court considered the United States' Motion to Compel (ECF No. 232), Respondents Michael Kelley and Rebecca Kelley's Response (ECF No. 234), and Respondent Danielle Smith's Response (ECF No. 235). This motion is set for a hearing to be conducted by video conference on **Thursday, July 16, 2020 at 1:30 p.m.** The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted.

It is so **ORDERED**.

**SIGNED** this 9th day of July, 2020.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE