# **EXHIBIT A**

# IN THE SUPREME COURT OF TEXAS

No. 19-0497

IN RE ACADEMY, LTD. D/B/A ACADEMY SPORTS + OUTDOORS

On Petition for Writ of Mandamus

**ORDERED:**

1. Relators' motion for emergency temporary relief, filed June 11, 2019, is granted. All trial court proceedings in Cause No. 2017CI23341; 2018CI14368; 2018CI23302; 2018CI23299, styled *Chris Ward, Individually and as Representative of the Estates of Joann Ward, Deceased, et al. v. Academy, Ltd. d/b/a Academy Sports & Outdoors*, in the 224th District Court of Bexar County, Texas, are stayed pending further order of this Court.

2. The petition for writ of mandamus remains pending before this Court.

Done at the City of Austin, this June 21, 2019.

*[signature: Blake A. Hawthorne]*

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

BY CLAUDIA JENKS, CHIEF DEPUTY CLERK