# **EXHIBIT B**

# IN THE SUPREME COURT OF TEXAS

No. 19-0637

IN RE ACADEMY, LTD. D/B/A ACADEMY SPORTS + OUTDOORS

ON PETITION FOR WRIT OF MANDAMUS

**ORDERED:**

1. Relators' motion for emergency temporary relief, filed July 25, 2019, is granted. All discovery in Cause No. 2019CI03804, styled *Deborah Braden, et al. v. Academy, Ltd. d/b/a Academy Sports + Outdoors*, in the 37th District Court of Bexar County, Texas, is stayed pending further order of this Court.

2. The real parties in interest are requested to respond to relators' petition for writ of mandamus on or before August 5, 2019.

3. The petition for writ of mandamus remains pending before this Court.

Done at the City of Austin, this July 26, 2019.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

BY CLAUDIA JENKS, CHIEF DEPUTY CLERK