# EXHIBIT D

**SUMMARY OF ACADEMY SWORN TESTIMONY**
**RESPONSIVE TO GOVERNMENT SUBPOENA**

| Topic | Witness | Page/Line |
|---|---|---|
| **1. Every sales transaction between Academy and Devin Kelley.** | Academy's Senior Director of Compliance | 18:1-12<br>18:17-18<br>18:20-21<br>44:22-23<br>83:10-20<br>45:25-46:4<br>46:5-15<br>48:19-49:13<br>50:10-16<br>57:16-18<br>60:3-7<br>60:17-25; 61:9-20<br>104:19-20<br>149:2-9 |
|  | Academy's Store Director | 19:6-13<br>27:24-28:3<br>39:7-16 |
|  | Academy's Sales Associate | 13:9-14:9<br>18:24-19:9<br>39:10-23<br>41:3-12<br>47:23-49:12<br>50:10-51:2<br>103:9-17<br>118:4-22<br>158:11-159:12<br>159:16-23 |
|  | Academy's Department Manager | 9:8-10:6<br>11:1-10<br>23:6-17; 87:2-14<br>24:24-25:19<br>26:2-5<br>36:5-14<br>40:9-41:11<br>50:2-18; 56:17-57:4<br>79:3-20; 136:7-25<br>149:2-15<br>152:7-156:7<br>158:7-159:6<br>209:12-210:17 |
| ███████████████ |  |  |
| **2. Academy's implementation of and compliance with ATF guidance** | Academy's Senior Director of Compliance | 36:20-25<br>62:8-10<br>62:13<br>83:14-15 |

1

**SUMMARY OF ACADEMY SWORN TESTIMONY**
**RESPONSIVE TO GOVERNMENT SUBPOENA**

|  |  |  |
|---|---|---|
|  |  | 105:14-18<br>106:11-17<br>109:3-15<br>110:7-8<br>178:24-179:15<br>179:16-22<br>185:20-21<br>290:1-5<br>298:9-14<br>303:1-12<br>303:13-304:3<br>304:9-11; 305: 1-8<br>319:29-320:4<br>320:7-10<br>320:11-14 |
|  | Academy's Store Director | 30:16-31:4<br>42:11-20 |
|  | Academy's Sales Associate | 59:14-60:25<br>62:25-63:5<br>170:11-23 |
|  | Academy's Department Manager | 45:24-46:1<br>146:22-147:5<br>152:12-153:2<br>167:17-168:10<br>175:1-176:2<br>197:24-198:24 |
| **3. Academy's training and supervision of its employees with respect to compliance with federal and state firearms laws.** | Academy's Senior Director of Compliance | 18:22-25<br>20:21-21:7<br>21:15-19<br>21:20-22:1<br>64:2-10<br>68:9-23<br>69:18-24<br>72:11-74:9<br>120:11-19 |
|  | Academy's Store Director | 10:6-14 |
|  | Academy's Sales Associate | 13:1-8<br>17:22-18:23<br>21:6-8<br>47:6-18<br>100:7-101:4<br>104:17-20<br>122:22-123:14<br>134:3-24<br>136:1-13 |

2

**SUMMARY OF ACADEMY SWORN TESTIMONY**
**RESPONSIVE TO GOVERNMENT SUBPOENA**

| | | |
|---|---|---|
| | | 137:6-23<br>139:6-16<br>141:21-142:18 |
| | Academy's Department Manager | 37:24-40:3<br>48:20-49:9<br>88:13-90:8<br>100:20-101:19<br>91:4-24<br>97:13-98:5<br>133:18-135:25<br>138:23-139:18<br>141:4-142:12<br>150:19-152:6<br>164:19-22<br>166:8-167:5<br>177:15-178:12<br>195:25-196:14<br>214:5-9 |
| ████████████████████████████████████████ | | |
| **4. Academy's compliance practices and procedures with respect to all aspects of firearms regulation and compliance.** | Academy's Senior Director of Compliance | 11:18-20<br>54:11-23<br>55:4-9<br>80:2-17<br>55:10-12<br>61:21-24<br>81:16-20<br>98:22-99:9<br>105:14-18<br>105:19-23<br>193:22-25<br>106:11-17<br>106:18-23<br>107:16-22<br>177:4-8; 177:21-24<br>178:1-8<br>196:11-16<br>239:16-23<br>247:17-24<br>252:10-253:1<br>272:5-16<br>272:17-24<br>292:23-294:5<br>273:8-12<br>275:13-21<br>276:2-19<br>277:18-24 |

**SUMMARY OF ACADEMY SWORN TESTIMONY**
**RESPONSIVE TO GOVERNMENT SUBPOENA**

| | | |
|---|---|---|
| | | 277:25-278:7<br>291:4-6<br>295:7-296:21<br>296:22-297:7 |
| | Academy's Store Director | 54:24-57:4 |
| | Academy's Sales Associate | 140:11-141:2<br>144:23-145:12 |
| ███████████████ | | |
| **5. Academy's acquisition and sale of the Sturm, Ruger & Co. AR-556, including sales to out of state purchasers, policies related to sales quotas for firearms, and policies related to permissibility of altering contents of box received from an FFL distributor.** | Academy's Senior Director of Compliance | 42:20-43:2<br>96:20-22<br>97:1-98:13<br>99:25-100:7<br>101:1-7<br>103:25-104:15<br>104:21-105:3<br>105:24-106:10 |
| | Academy's Store Director | 47:20-22 |
| | Academy's Sales Associate | 44:1-5<br>168:9-17<br>168:23-169:3 |
| | Academy's Department Manager | 66:20-67:14<br>99:7-22<br>187:1-7<br>193:25-194:23<br>194:24-195:9 |

4