UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JOE HOLCOMBE, ET AL. § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:18-CV-555-XR |
| § | |
| UNITED STATES OF AMERICA § | |
| § | |
| Defendant. § | |

___

## ORDER GRANTING ACADEMY, LTD., D/B/A ACADEMY SPORTS + OUTDOORS' MOTION TO QUASH AND FOR PROTECTION FROM SUBPOENA SEEKING ORAL TESTIMONY

___

On this day the Court considered the Motion to Quash and for Protection from Subpoena Seeking Oral Testimony ("Motion") filed by non-party Academy, Ltd. d/b/a Academy Sports + Outdoors ("Academy").  After considering Academy's Motion, along with any responses, replies, all other pleadings in the record, the arguments of counsel, if any, and any other evidence on file, the Court is of the opinion that the Motion has merit and should be, and hereby is, granted in all respects.

It is therefore ORDERED that the Subpoena to Testify at a Deposition in a Civil Action issued by the United States of America and attached as **Exhibit G** to Academy's Motion is hereby quashed in its entirety, and shall not proceed.

It is, further, ORDERED that Academy is hereby protected from further requests for deposition testimony related to this lawsuit, for all purposes, and shall not be subject to any additional deposition questioning by any party herein.

83382407v.1

**SO ORDERED.**

SIGNED on the ____ day of _____, 2020.

_____
JUDGE PRESIDING

83382407v.1