IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOE HOLCOMBE, et. al, | § | NO. 5:18-CV-00555-XR |
| | § | (Consolidated cases) |
| Plaintiffs | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| Defendant | § | |

**ORDER**

Upon "good cause" shown, the parties' Joint Motion for an Extension of the Dispositive Motions Deadline is granted. Accordingly, any objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within eleven (11) days from the receipt of the written report of the expert's proposed testimony, or within eleven (11) days from obtaining a copy of the expert's deposition, if a deposition is taken, whichever is later.  Additionally, summary judgment motions shall be filed no later than **August 21, 2020**. Responses shall be filed within fourteen days, no later than **September 4, 2020**, and any reply shall be filed within fourteen days of the filing of a response, no later than **September 18, 2020**.

IT IS SO ORDERED:

July 31, 2020
Dated

Xavier Rodriguez
United States District Judge