IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOE HOLCOMBE, et. al, | § | NO. 5:18-CV-00555-XR |
| | § | (Consolidated cases) |
| Plaintiffs | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | |
| UNITED STATES OF | § | |
| AMERICA, | § | |
| | § | |
| Defendant | § | |

**UNITED STATES OF AMERICA AND ACADEMY, LTD., D/B/A ACADEMY SPORTS
+ OUTDOORS' JOINT NOTICE REGARDING ACADEMY'S MOTION TO QUASH
AND FOR PROTECTION FROM SUBPOENA SEEKING ORAL TESTIMONY**

TO UNITED STATES DISTRICT COURT JUDGE XAVIER RODRIGUEZ:

On July 23, 2020, the United States of America (the "United States" or "Government")
issued its corporate representative deposition subpoena (the "Subpoena") to non-party Academy,
Ltd. d/b/a Academy Sports + Outdoors ("Academy").   On August 3, 2020, Academy filed its
Motion to Quash and for Protection from the Government's Subpoena (Doc. No. 246) ("Motion
to Quash").   Academy's Motion to Quash is currently pending before the Court, and the
Government's response is due on August 10, 2020.

The United States intends to file a motion for summary judgment against all claims in this
lawsuit on or before August 21, 2020, per the Court's Order (Doc. No. 247).   The outcome of that
motion could potentially obviate the need for the Government's Subpoena and/or any additional
discovery from Academy related to this lawsuit.   In the interest of judicial economy and the

preservation of judicial and party resources, the United States has agreed to stay any and all discovery requests and subpoenas against Academy until its summary judgment is decided by the Court. The United States and Plaintiffs entered into an agreement whereby the Government could resolve its discovery dispute with Academy and continue its pursuit of discovery from Academy past the liability discovery deadline of August 3, 2020. Consequently, there is no need for the Court to consider Academy's Motion to Quash at this time.

The United States and Academy each reserve any and all arguments with respect to the discovery sought against Academy, as well as Academy's objections, responses, and motions with respect thereto.

RESPECTFULLY SUBMITTED,

By:    */s/ Paul David Stern*
PAUL DAVID STERN
Trial Attorney, Torts Branch
Civil Division
United States Department of Justice

**Attorney for Defendant**
**UNITED STATES OF AMERICA**

By:    */s/ Janet E. Militello*
Janet E. Militello
Tex. Bar No. 14051200
2800 JPMorgan Chase Tower
600 Travis Street
Houston, Texas  77002-3095
(713) 226-1208
(713) 229-2544 (fax)
**LOCKE LORD LLP**

**ATTORNEY-IN-CHARGE FOR**
**ACADEMY, LTD. d/b/a**
**ACADEMY SPORTS + OUTDOORS**

2

Of Counsel:

**GREENBERG TRAURIG, LLP**
Dale Wainwright
Tex. Bar No. 00000049
300 West 6th Street, Suite 2050
Austin, Texas 78701
(512) 320-7200
(512) 320-7210 (fax)

**LOCKE LORD LLP**
Brandon Renken
Tex. Bar No. 24056197
2800 JPMorgan Chase Tower
600 Travis Street
Houston, Texas  77002-3095
(713) 226-1131
(713) 229-2652 (fax)

**PRICHARD YOUNG LLP**
David M. Prichard
Tex. Bar No. 16317900
Kevin M. Young
Tex. Bar No. 22199700
10101 Reunion Place, Suite 600
San Antonio, Texas  78216
(210) 477-7400
(210) 477-7450 (fax)

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 10, 2020, I electronically filed the foregoing with the clerk of court by using the CM/ECF system, and that all counsel of record have received notice and been served through that system.


<u>*/s/ Paul David Stern*</u>
Paul David Stern