IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HOLCOMBE, et. al, | NO. 5:18-CV-00555-XR |
| | (consolidated cases) |
| Plaintiffs | |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant | |

# EXHIBIT U

Plaintiffs attached Exhibit U to Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 249). Exhibit U contains excerpts Government produced documents. At the instruction of the court and in adherence with the Court's administrative policies, Plaintiffs file this set of documents separately.

Respectfully Submitted,

/s/ Jamal K. Alsaffar
**Jamal K. Alsaffar**
JAlsaffar@nationaltriallaw.com
Texas Bar No. 24027193
**Tom Jacob**
TJacob@nationaltriallaw.com
Texas Bar No. 24069981
**Whitehurst, Harkness, Brees, Cheng, Alsaffar & Higginbotham & Jacob PLLC**
7500 Rialto Blvd, Bldg. Two, Ste 250
Austin, TX 78735
Office 512-476-4346
Fax 512-476-4400
Counsel for Vidal, McKenzie, Solis, McNulty, and Wall

/s/ Jason P. Steed
**Jason P. Steed**
JSteed@kilpatricktownsend.com
Texas Bar No. 24070671
**Kilpatrick Townsend & Stockton LLP**
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
Office 214-922-7112
Fax 214-853-5731
Counsel for Vidal, McNulty, and Wall

/s/ April A. Strahan
**April A. Strahan**
april@ammonslaw.com
Texas Bar No. 24056387
**Robert E. Ammons**
rob@ammonslaw.com
Texas Bar No. 01159820
**The Ammons Law Firm**
3700 Montrose Blvd.
Houston, TX 77006
Office 866-523-1603
Fax 713-523-4159
Counsel for Holcombe, Ramsey, Curnow & Macias

/s/ Daniel J.T. Sciano
**Daniel J.T. Sciano**
DSciano@tsslawyers.com
Texas Bar No. 17881200
**Tinsman & Sciano**
10107 McAllister Freeway
San Antonio, TX 78216
Office 210-225-3121
Fax 210-225-6235
Counsel for Amador

/s/ Daniel Barks
**Daniel D. Barks,** *pro hac vice*
ddb@speiserkrause.com
**Speiser Krause, P.C.**
5555 Glenridge Connector, Suite 550
Atlanta, GA 30342
Office 571-814-3344
Fax 866-936-6382
Counsel for Holcombe

/s/ Mark Collmer
**Mark W. Collmer**
drcollmer@aol.com
Texas Bar No. 04626420
**Collmer Law Firm**
3700 Montrose
Houston, TX 77006
Office 713-337-4040
Counsel for Holcombe

| | |
|---|---|
| /s/ Dennis Peery<br>**Dennis Charles Peery**<br>d.peery@tylerpeery.com<br>Texas Bar No. 15728750<br>**R. Craig Bettis**<br>cbettis@tylerpeery.com<br>Texas Bar No. 24040518<br>**Tyler & Peery**<br>5822 West IH 10<br>San Antonio, TX 78201<br>Office 210-774-6445<br>Counsel for Uhl | /s/ Tim Maloney<br>**Tim Maloney**<br>Texas Bar No. 12887380<br>timmaloney@yahoo.com<br>**Paul E. Campolo**<br>pcampolo@maloneyandcampolo.com<br>Texas Bar No. 03730150<br>**Maloney & Campolo, L.L.P.**<br>926 S. Alamo<br>San Antonio, TX 78205<br>Office (210) 465-1523<br>Counsel for Ramsey |
| /s/ George LeGrand<br>**George LeGrand**<br>tegrande@aol.com<br>Texas Bar No. 12171450<br>**Stanley Bernstein**<br>Texas Bar No. 02225400<br>**LeGrand & Bernstein**<br>2511 N. Saint Mary's St.<br>San Antonio, Texas 78212<br>Office 210-733-9439<br>Fax 510-735-3542<br>Counsel for Wall & Solis | /s/ Joseph M. Schreiber<br>**Joseph M. Schreiber**<br>joe@lawdoneright.net<br>Texas Bar No. 240374497<br>**Erik A. Knockaert**<br>erik@lawdoneright.net<br>Texas Bar No. 24036921<br>**Schreiber \| Knockaert, PLLC**<br>701 N. Post Oak Rd., Suite 325<br>Houston, TX 77024<br>Phone (281) 949-8904<br>Fax (281) 949-8914<br>Counsel for Brown |
| /s/ Justin Demerath<br>**Justin Demerath**<br>jdemerath@808west.com<br>Texas Bar No. 24034415<br>**O'Hanlon, McCollom & Demerath**<br>808 West Ave.<br>Austin, TX 78701<br>Office 512-494-9949<br>   Counsel for Corrigan, Braden,<br>   Warden, Stevens, Pachal, McCain, &<br>   Poston | /s/ Jason Webster<br>**Jason Webster**<br>jwebster@thewebsterlawfirm.com<br>Texas Bar No. 24033318<br>**The Webster Law Firm**<br>6200 Savoy<br>Suite 640<br>Houston, TX 77036<br>   Counsel for Lookingbill |

/s/ Brett Reynolds
**Brett T. Reynolds**
btreynolds@btrlaw.com
Texas Bar No. 16795500
**Brett Reynolds & Associates, P.C.**
1250 N.E. Loop 420, Suite 420
San Antonio, TX 78219
(210)805-9799
   Counsel for Workman, Colblath, and Harris

/s/ Marion M. Reilly
Marion M. Reilly
**Hilliard Munoz Gonzales, L.L.P.**
719 S. Shoreline - Ste 500
Corpus Christi, TX 78401
(361) 882-1612
361/882-3015 (fax)
marion@hmglawfirm.com
   Counsel for McMahan

/s/ Marco Crawford
**Marco Crawford**
**Law Office of Thomas J. Henry**
4715 Fredricksburg
San Antonio, TX 78229
(210) 585-2151
(361) 985-0601 (fax)
mcrawford@tjhlaw.com
   Counsel for McMahan

/s/ Kelley W. Kelley
**Kelley W. Kelley**
**Anderson & Associates Law Firm**
2600 SW Military Drive, Suite 118
San Antonio, TX 78224
(210) 928-9999
(210) 928-9118 (fax)
kk.aalaw@yahoo.com
   Counsel for Ward

/s/ Craig Carlson
**Craig Carlson**
ccarlson@carlsonattorneys.com
**Philip Koelsch**
pkoelsch@carlsonattorneys.com
**Joe Craven**
jcraven@carlsonattorneys.com
**The Carlson Law Firm**
100 E Central Texas Expy
Killeen, TX 76541
254-526-5688
   Counsel for Rios

# CERTIFICATE OF SERVICE

By our signatures above, we certify that a copy of Exhibit U has been sent to the following on August 21, 2020 via the Court's CM/ECF notice system.

JOSEPH H. HUNT
Assistant Attorney General
United States Dept. of Justice
Civil Division

JOHN F. BASH
United States Attorney
Western District of Texas

KIRSTEN WILKERSON
Assistant Director, Torts Branch
United States Dept. of Justice
Civil Division

PAUL DAVID STERN
Trial Attorney, Torts Branch
United States Dept. of Justice
Civil Division
CLAYTON R. DIEDRICHS
Assistant United States Attorney

JIM F. GILLIGAN
Assistant United States Attorney

JOHN PANISZCZYN
Civil Chief
United States Attorney's Office
Western District of Texas

JAMES G. TOUHEY, JR.
Director, Torts Branch
United States Dept. of Justice
Civil Division

STEPHEN E. HANDLER
Senior Trial Counsel, Torts Branch
United States Dept. of Justice
Civil Division

STEPHEN TERRELL
Trial Attorney, Torts Branch
United States Dept. of Justice
Civil Division
JAMES E. DINGIVAN
Assistant United States Attorney