**Attachment 4**

**AFOSI CLOSED INVESTIGATION FILE CHECKLIST**

| File/Activity/Participant/Notes: | YES | NO | N/A |
|---|---|---|---|
| 1. Is final, signed, published ROI and SCR attached to the file? | | | |
| 2. Are all draft ROIs deleted from the file level? | | | |
| 3. Do file level dispositions match civilian, military judicial, NJP, no action disposition reports? | | | |
| 4. Is a Coordination activity associated documenting permission was obtained from a foreign, state, or local agency when it was necessary to incorporate an investigative report into an AFOSI file? (paragraph 8.2.2.1.1.) | | | |
| 5. Are Reviewer Note(s) present documenting proper file review? (paragraph 4.24.4.1.). | | | |
| 6. Is a Coordination activity associated or IDP note present documenting AUSA declination and explanation? | | | |
| 7. Is an IDP note present documenting evidence retention? (Appellate Review etc). | | | |
| *Closed Short (Administrative Closure):* | | | |
| 8. **Informational, Developmental, A&P, TM Files Only.** Are all record copy investigative file and AF Form 3986 documents scanned and readable? If the investigation was Close Short (Administrative Closure), | | | |
| 9. **Case File Investigation Only.** Is a Coordination activity associated or IDP note present documenting Region or Program Manager concurrence? | | | |
| *AFOSI Form 2:* | YES | NO | N/A |
| 10. Is final, signed, published ROI present with complete IDP including any note added after the ROI was distributed? | | | |
| 11. Is signed SCR Present? | | | |
| 12. Do all undercover operations AFOSI Form 2s contain copies of the following?<br>  a. Post-Operations Tradecraft Assessment Reports (POTAR).<br>  b. Operation plans.<br>  c. Documents that request assistance from internal and external Air Force organizations. | | | |
| 13. Are AF Form 3986s present and properly marked? | | | |

**FOR OFFICIAL USE ONLY**

| *Does the AF Form 3986 Contain?:* | YES | NO | N/A |
|---|---|---|---|
| 14. Are all documents listed on the AF Form 3986 filed therein? | | | |
| 15. Are all documents inside the AF Form 3986 correctly annotated and AF Form 3987, **Investigation File Inner Envelope,** used when appropriate? | | | |
| 16. If electronic media is included in the AF Form 3986/3987 is it properly marked? | | | |
| 17. FD-249 (Hardcopy or I2MS generated) | | | |
| 18. R-84 | | | |
| 19. Investigative Plan? | | | |
| 20. Civilian Prosecutive Authority Declination Letter? | | | |
| 21. No Action Disposition Report (Action Authority)? | | | |
| 22. AF Form 3070 (A, B, C,) **Record of Nonjudicial Punishment Proceedings**? | | | |
| 23. AF Form 3212, **Record of Supplementary Action Under Article 15, UCMJ?** | | | |
| 24. Plea Agreement? | | | |
| 25. Sentencing or Acquittal Report? | | | |
| 26. Article 32 Investigating Officer Appointing Letter? | | | |
| 27. DD Form 458, **Charge Sheet**? | | | |
| 28. AF Form 1359, **Report of Results of Trial?** | | | |
| 29. Copy of the appellate action and letter to FBI requesting a change or correction if appellate actions changed the final disposition? | | | |
| 30. AFOSI Form 158 (Evidence Disposition Request)? | | | |
| 31. AF Form 52, **Evidence Tag(s)**? | | | |
| 32. AFOSI CLOSED INVESTIGATION FILE CHECKLIST? | | | |

OBSOLETE

## Attachment 7
## AFOSI INVESTIGATIVE SUFFICIENCY CHECKLIST

| *File/Activity/Participant/Notes:* | YES | NO | N/A |
|---|---|---|---|
| 1. Have notifications and coordinations been conducted with:<br>   a. AFOSI specialists? (AFOSIMAN 71-122V1 & 2, AFOSIMAN 71-124)<br>   b. Legal authority? (elements of proof) (paragraph 3.7.6)<br>   c. Command or action authorities? (paragraph 4.21)<br>   d. Other agencies? | | | |
| 2. Have notifications and coordinations been documented using the Coordination activity? | | | |
| 3. Have pertinent personnel record checks been conducted conducted within 2 calendar days of creating an Individual (SUBJECT, DECEASED, VICTIM, INCIDENTAL), Company, Organization, or Program participant to ensure accurate participant data? (paragraph 4.2) | | | |
| 4. Have personnel record checks been documented using the Document Review activity (paragraph 5.9)? | | | |
| 5. Has the Investigative File (Informational, Developmental or Case) been approved within 2 calendar days from receipt of the initial allegation/complain? (paragraph 4.10). | | | |
| 6. Has a record copy investigative file (six-part folder) been established and organized? (paragraph 4.17) | | | |
| 7. Has letter of notification/administrative hold letter been provided to the appropriate action authority? (paragraph 4.22) | | | |
| 8. Has an Investigative Plan been developed within 5 days after initiation of the Case file investigation? (paragraph 4.23) | | | |
| 9. Were other required and logical records and law enforcement records checked? | | | |
| 10. Have record checks been documented using the Document Review or Law Enforcement Records Check activity? | | | |
| 11. If search authorization was required is the proper authority documented in the Search activity? | | | |

OBSOLETE

**FOR OFFICIAL USE ONLY**

| | | | |
|---|---|---|---|
| 12. Were VICTIMS, witnesses and INCIDENTALs interviewed and where required, statements obtained? | | | |
| 13. Has permission from a parent, legal guardian, or custodian been obtained before a juvenile witness interview unless one of the parents is a SUBJECT of an investigation involving a crime against a child? (AFOSIMAN 71-118V4, paragraph 5.11.1) | | | |
| 14. Were appropriate investigative or specialist support contacted and utilized? | | | |
| 15. Was proper authorization obtained for the interception of oral, wire, and electronic communications pursuant to AFI 71-1-1V1 and Intelligence Oversight policy? | | | |
| 16. Have Specialists documented their investigative activity/support as a Consultation Activity? | | | |
| 17. If items of evidentiary value were forwarded for laboratory analysis, were the findings attached and documented within a Document Review activity? | | | |
| 18. If sources, UCAs, or specialized investigative techniques were utilized, were identities and techniques masked to protect identities and tradecraft? (AFOSIMAN 71-118V1, paragraph 14.6.1, and AFOSIMAN 71-121, paragraph 5.10.16.1, and table 5.1) | | | |
| 19. Are high profile case SUBJECT interviews coordinated with the servicing SJA and Region 7 ICON/SIC? (AFOSIMAN 71-118V1, paragraph 5.6.1) | | | |
| 20. Are juvenile SUBJECT interviews coordinated with servicing SJA and the investigative agency having jurisdiction over the juvenile and/or crime? (AFOSIMAN 71-118V4, paragraph 5.8.7.2) | | | |
| 21. Does SUBJECT's participant Photo/Image sub-tab contain:<br>a. Current photographs? (front/profile view)<br>b. Identifying marks such as scars, tattoos, etc. | | | |
| 22. ==Did unit leadership must review all FD-249s (both hard copy and electronic when accomplished) and R-84s for accuracy and completeness? (paragraph 5.14.1.3)==<br>==a. Were those reviews appropriately documented?== | | | |
| 23. ==Were fingerprint cards submitted accurately based upon military judicial and NJP proceeding considerations?== | | | |

(OBSOLETE watermark across page)

**FOR OFFICIAL USE ONLY**

| | | | |
|---|---|---|---|
| 24. Were all required and logical investigative steps listed on the Investigative Plan conducted? | | | |
| 25. Are there outstanding investigative questions that should be answered to improve the thoroughness of the investigation?<br><br>If yes, discuss with agent and update the Investigative Plan. | | | |
| 26. Are gaps of more than 7 calendar days between investigative steps explained within the IDP? (paragraph 7.14.1.7) | | | |
| 27. Have Participant, Activity objects:<br>   a. Been properly associated and completed, if applicable?<br>   b. Been accurately documented (all applicable data, narrative, and note fields)?<br>   c. Had exhibits or pertinent documents, or data attached, e.g. SUBJECT photographs? | | | |
| 28. Has the File:<br>   a. Been properly associated, to another file, if applicable?<br>   b. Been accurately documented (all applicable data, narrative and note fields)?<br>   c. Had exhibits or pertinent documents, or data attached, e.g. SUBJECT photographs? | | | |
| **Draft ROI:** | **YES** | **NO** | **N/A** |
| 29. Did unit leadership review the DRAFT ROI for:<br>   a. Investigative sufficiency?<br>   b. Investigative writing style?<br>   c. IDP entries?<br>   d. Spelling and grammar?<br>   e. Subsequent corrections made to pertinent participant activity or notes? | | | |
| 30. Have DRAFT ROI corrections been made to the pertinent Participant, Activity, or File data, narrative, or note fields? | | | |
| 31. Has the unit leadership conducted and documented file reviews to ensure progress and investigative sufficiency? (paragraph 4.9.1 and 4.9.1.1) | | | |

| Does the AF Form 3986 Contain: | YES | NO | N/A |
|---|---|---|---|
| 32. AF Form 686, Investigations Record Check Summary? | | | |
| 33. A Letter of Notification and/or Administrative Hold Letter? | | | |
| 34. AFOSI Form 170, *Surveillance Log*? | | | |
| 35. AFOSI Form 52, *Request for Consensual Intercept Authorization*? | | | |
| 36. Records and/or recordings of all wire and oral communications interceptions? | | | |
| 37. Copies of all documents used to acquire a DoD/IG subpoena?<br>a. A completed Certificate of Return of Service on the reverse side of the original subpoena?<br>b. If a subpoena was not served after it was issued, was the original subpoena returned to the DoD/IG with an explanation of the details of nonservice?<br>c. A copy of the unserved subpoena and explanation of nonservice? | | | |
| 38. A copy of the consent for AFOSI to acquire financial data? | | | |
| 39. AFOSI Form 63, *Doctor/Patient Release Statement*? | | | |
| 40. AF Form 1168, *Statement of Suspect/Witness/Complaint*? | | | |
| 41. Lineup photographs? | | | |
| 42. AF Form 1364, *Consent for Search and Seizure*. | | | |
| 43. AF Form 1176, *Authority to Search and Seize*, and affidavit establishing probable cause? | | | |
| 44. Civilian search warrant and if applicable, the statement or affidavit used to obtain the search warrant? | | | |
| 45. DD Form 1907, *Signature and Tally Record*, for evidence shipped by military aircraft? | | | |
| 46. DD Form 2922, *Forensic Laboratory Examination Report*, or other type of transmittal document? | | | |
| 47. DD Form 2624, *Specimen Custody Document—Drug Testing*? | | | |
| 48. Crime scene photographs? | | | |

OBSOLETE

**FOR OFFICIAL USE ONLY**

USA00000578

| | | | |
|---|---|---|---|
| 49. Crime scene sketch? | | | |
| 50. AFOSI Form 89, *Crime Scene Entry Log*? | | | |
| 51. AF Form 3985, *Interview Record*? | | | |
| 52. Agent's notes? | | | |
| 53. ==FD-249 (Hardcopy or I2MS generated)?== | | | |
| 54. ==R-84?== | | | |
| 55. Photograph (Front/Profile View) of SUBJECT? | | | |
| 56. Documents pertaining to all requests and approvals for polygraph examinations? | | | |
| 57. AFOSI Form 74, *Consent to Undergo Polygraph Examination*? | | | |
| 58. AFOSI Form 158, *AFOSI Investigative Communication*? | | | |
| 59. AF Form 3226, *Authority to Apprehend in Private Dwelling*. | | | |

OBSOLETE