```
 1       My name is Devin Kelley; Social Security number is 634-24-
 2  5484; and driver's license number 25628192; date of birth
 3  February 12, 1991; death, uncertain.
 4       So in serving CYFD, uhm, I was the one who hit J███.  Tessa
 5  did not know.  I was told by lawyers to not say anything; that
 6  if I said anything, I would lose my child, which then we would
 7  lose J███ anyways, which inevitably ended up being the wrong
 8  choice.  Uhm, there's multiple times where I would get
 9  frustrated with him.  He would get into things and Tessa wasn't
10  around to take care of him at the time and I would slap him.
11  Uhm, a lot of times when he would crawl, he would go and try to
12  grab something that's dangerous and I got tired of it and, so I
13  pushed him on his butt one time.  He fell and landed on his
14  shoulder and kind of flipped over, so I am assuming that is
15  where he got the clavicle.  Uhm, I had slapped him across the
16  face several times.  Like I said, Tessa was unaware the whole
17  time and, you know, one time I heard her crying and saying, "I
18  am sorry, J███.  I don't know what happened to you."  I mean, it
19  just, it tears me up inside of me, you know, I have been
20  suicidal.  It was done at the peak and nobody really knew why I
21  was suicidal.  Nobody in this world knew what I knew, and nobody
22  really is ever going to be able to get into my brain to really
23  see everything, I guess, that happened.
```

IO Exhibit 4
PAGE 1 OF 11 PAGES

```
 1        Uhm, so the bruising was caused by me the day before we
 2   left to go to that, uhm, that one -- I don't remember the date
 3   exactly, but the day that he had the bruise on the side of his
 4   face. He was doing something, getting into something. I got
 5   frustrated with him. I slapped him across the face. Tessa was
 6   not in the room. I did it in the living room. Sorry if I am
 7   looking down I am looking at myself. So Tessa was not in the
 8   living room. I believe she was telling me to get him changed.
 9   Yup, I can remember correctly a year ago. It was -- I was
10   trying to get his clothes on, I believe, and he was being very
11   baby like, and being a 20-year-old man with no experience with
12   babies, an anger issue, and lack of self-control I smacked him
13   across his face to try to get him to stay still. It didn't
14   work; all it did was make things worse. I slapped him hard
15   enough where he had fallen over on his side. And it's not that
16   I don't love J███. I love my son very much. I made some stupid
17   decisions; really stupid decisions that I could (unintelligible)
18   have a life, a good life. Uhm, he gave me every opportunity in
19   the world and I just dragged him through the mud.
20        Uhm, I am making this documentary, so everybody knows.
21   OSI, the military and then nobody has a question of what
22   happened. Uhm, I don't want Tessa to be blind because she had
23   no idea. She was -- I lied to her forever telling her that no,
```

1   I didn't hit him. I don't know what happened. I wasn't there.
2   And everybody's convinced; my parents were even convinced, "Oh,
3   you couldn't have been there. You were at work." And, you
4   know, it's not true. It can happen in a split second, you know,
5   it only takes a few seconds to lose control. I believe I
6   regained that control in parenting classes. It's unfortunate
7   that -- sorry -- it's unfortunate to let them know I was a
8   sinner. I am not putting the blame on my inexperience. I have
9   a problem -- I have a problem controlling my -- my emotions. It
10  seems to cause me to look rebellious. It seems to cause a lot
11  of problems in my life and it caused problems in my marriage. I
12  am very controlling. And even like I said, his age at the time,
13  you know, they are not doing what I wanted him to do and being a
14  controlling person, not understanding the language of a baby,
15  you know, I reacted as if I were to react to an adult. I have
16  learned a lot since -- since all this, uhm, since all the
17  classes and it's hard -- it's hard to -- it's hard to deal with
18  knowing that you, uh, that I destroyed three lives: my own, my
19  son's, and my wife.
20      My wife was my best friend. I betrayed her. I hurt her
21  and my son. J███ is the person I love the most in this world.
22  I hurt him. Nothing makes up for that (crying). Everybody I
23  think knew deep down inside that I did it, but I think because I

```
 1  am military, people want to cover my ass because I represent the
 2  government and I think that's why the psychiatrist diagnosed
 3  Tessa with all these things that she didn't have.  He diagnosed
 4  me with one thing and I definitely know that I have a lot more
 5  problems than that.  Sorry (crying).  Uhm, basically his
 6  diagnosis was horse shit.  Didn't mean anything.  It had nothing
 7  to do with Tessa.  Tessa is a very strong person and that used
 8  to be a strong person.
 9       Uhm, to my parents, I'm sorry I didn't tell you.  I am
10  sorry I lied.  You know that is one of my biggest things is I
11  lie, and I lie, and I lie because I am ashamed or, in this case,
12  ashamed and told not to say anything.  Uhm, I believe Tessa --
13  Tessa is a wonderful mother.  She -- she loves her child very
14  much.  I want this videotape to be shown to the judge so that he
15  knows me and my wife, you know, we are separating.  It's
16  unfortunate because I still love her, but, you know, we all
17  suffer the consequences of the mistakes we make and I have to
18  make one and unfortunately this is not going to be the -- this
19  is not the first mistake, and this is not the last mistake, and
20  there's probably plenty to come unfortunately.  I try -- try
21  just try my best to not get to that place.  Not, not uhm -- it's
22  heading here, but, you know, ever since I was a kid I had
23  problems controlling when I felt things weren't fair I hit
```

```
 1  people, and yell.  I wasn't always like that.  I was bullied as
 2  a kid.  I got tired of it at about sixth grade; picked on and
 3  decided I was going to be the top dog apparently, you know, and
 4  you don't realize how every little thing you do affects your
 5  future.  Uhm, it's unfortunate because I love J███ with all my
 6  heart.  I love him more than anybody, but I know what's right
 7  and I have been try -- I have been avoiding it.  I know it needs
 8  to be done.  And I know that people might not agree with my
 9  actions and my decisions down the line, but I think it's to the
10  best, you know?  I think when you're under a lot of stress
11  sometimes, you know, you can't handle it anymore and you do
12  outrageous things that you'd never do like hit a babe -- like
13  hit a baby.  (Crying)  And so mom, dad, I'm sorry I lied to you.
14  I still love God.  I still love J███.  I still love Tessa.  You
15  know, this is not your fault (unintelligible) from the
16  beginning.  If I stopped worrying about myself and started
17  thinking about others maybe this would never have happened.  I
18  don't know.  Maybe -- maybe it would've turned out different.
19  Maybe I would have been able to keep my family, but my life's
20  changing and unfortunately, today, what day is it?  Let me see.
21  Let's see here, the 27th of April happened to be the day that I
22  really didn't -- uhm, I worry for my wife because she is leaving
23  and willing, uhm, you know, not saying that I am objecting to
```

```
 1  it.  I asked her to stay, but it's her choice if she feels that
 2  the best thing to do to get her kid back is, you know, leave me
 3  then I think she should pursue that because this is my fault and
 4  I think it is selfish of me to ask her to stay with me and risk
 5  losing her child because J▇ is special.
 6      Uhm, he is different from other kids, other children.  I
 7  believe it's that that uh, now that this is happening, I am
 8  going to be dropped from the case probably -- I don't know
 9  what's going to happen in the future.  And I got a pretty good
10  idea, but I will no longer be part of this -- I hope Tessa takes
11  this to Angie and let's her know.  You know -- you know it's
12  just like they said in the meetings, uhm, you can only -- you
13  can only hold it in so much and you can lie, and you can try to
14  push it away, but eventually it comes to the surface.  You just
15  can't deal with it anymore.  You can't take the shame.  You
16  can't take the secrets, and the lies.  It's just -- it's too
17  much to bear.
18      I hurt my best friend's child, I mean, God gave me this
19  wonderful future.  I had a family.  I -- I -- once before I
20  asked (unintelligible) can be a family, and want a family.  I
21  want children.  I want a wife.  I want somebody to love me.  I
22  want just loving my child.  My child is -- well, J▇ is the
23  sweetest baby in the world and I didn't (unintelligible).  I
```

```
 1  didn't follow the right path and unfortunately you can't take
 2  back the past, you can only change the future, but Tessa
 3  deserves him back. It's not her fault, it's my fault. You
 4  know, uhm, I am not a doctor. I don't know exactly where
 5  (unintelligible) the brain injuries, the clavicle
 6  (unintelligible) multiple times I pushed him when he was
 7  crawling. He would be getting into something or I would push
 8  him from his butt and he would fall over on his shoulder. I'm
 9  assuming that's where it came from. Uhm, even though I struck
10  him several times, I mean, when he would eat he would -- as a
11  baby, he would spit out his food. I was like trying to feed it
12  to him and every time he would spit it out, and I just -- I got
13  tired of it. It was frustrating to me at the time, now it would
14  be like -- it would be no big deal, but, uhm, at the time, you
15  know, I'd take the spoon and get it in there and do what I had
16  to do to feed the child and I think he was more a frustration
17  than, you know, with a child you can't be forceful. You have to
18  be gentle, loving, kind because they're fragile.
19      I, uhm -- this is really embarrassing for me because the
20  whole (unintelligible) child beater, and a wife beater.
21  (Unintelligible) Jesus, I don't know if you can see that
22  [showing _____]. I have learned to be a Christian and
23  I screwed up pretty bad. So all I've got to say is I am sorry.
```

```
 1  I am sorry that I let (unintelligible).  I am sorry that my
 2  spouse is going to have to lose her child because of my
 3  inactions, because I lied to her.  I lied to my family.  I lied
 4  to everybody and it's something that I am good at.  I'm good at
 5  lying.  I denied everything.  My parents know -- I don't know
 6  what else to say.  Uhm, I am going to be honest, this tape is
 7  probably going to get me and a lot of trouble, but it's the
 8  right thing to do.  To, I think, do to come clean and let people
 9  know the truth because if I were to die tomorrow in a car
10  accident or, you know, the secret of J█ would go with me and
11  nobody else in this world would know.  Nobody knows
12  (unintelligible) about truth.  I mean -- I mean, I did more
13  things.  You know, I tried -- I tried to push it out of my mind
14  a lot.  I really tried, but (unintelligible) this, but I'd pick
15  him up and he'd start crying.  He didn't want to be picked up.
16  He just wanted to keep getting into messes and stuff and I would
17  shake -- I shook him twice.  Uhm, uh, one of those times was
18  when the ambulance came to the house and uh -- well he was
19  sitting down after that and Tessa came in.  He was sitting down
20  and his eyes rolled back in his head and the ambulance came, and
21  apparently he had a seizure.  And you would be sitting there
22  thinking, in your brain, and at that moment it is like oh my
23  God, this kid is going to die because I lost my self-control.  I
```

```
 1  lost my military bearing and it's not funny, and it's not cute.
 2  It's not -- it's just untolerable.  It's -- sometimes you just -
 3  - just say no.  You got -- you just got to say no.  Just, you
 4  know, just like the saying, "Just say no."  I mean, you can't --
 5  you know, sometimes your mind is going to talk you into doing
 6  something and, I mean, uhm, you know, lions, the ability of
 7  lions, you know, they come into a herd, and they come in and
 8  then kill the babies to this mother and uh then you reproduce
 9  with the mothers so that way the mother has their kids instead
10  of, you know, somebody else's kids.  You know, it's kind of -- I
11  don't think we truly understand why people and humans in
12  particular, we're the most complicated, why we do what we do.
13  Some of it I think is natural; some of it, I don't.  I don't
14  agree with beating a child.  I don't agree with hurting a child
15  at all.  I believe that, like Jesus said, you know, "The less
16  you become like these children, you will never enter the kingdom
17  of heaven."  And I tried (unintelligible) and I tried to be
18  good.  I tried to do what I -- the best I can and like it says,
19  I think, believe it's Corinthians, "I do what I do not like -- I
20  do not -- I do what I hate.  But I know it's the sin within me
21  then."  It is not me doing it, it's just an excuse.  I take full
22  blame for what I've done.  Uhm, it's sad that I hurt the person
23  I love most in this world, and as a child.  Can I live with
```

DODOIG   003066

USA00014821

1  myself the rest of my life knowing that I hurt a child?  I don't
2  know.  I guess we will find out.
3       Please take this into consideration.  Tessa doesn't deserve
4  this.  J███ doesn't deserve this.  He stepped into our lives and
5  promised him that I would give him a whole new future.  All I
6  did was destroy it.  It's all I did.  I didn't do anything good.
7       To my family, I -- you weren't who -- what you do.  You are
8  more than the mistakes you've made, and they are more than
9  choices you make.  I let you down (unintelligible) I'm a good
10 person.  I have done bad things.  Some will take me -- be taken
11 to the grave.  Uhm, again it's the best for Tessa.  She's got a
12 better chance of getting him back without me.  You know, and I
13 think -- I think -- I think I've improved, definitely, but I
14 think, you know, once you're a certain -- I don't -- I don't
15 think adults change.  I don't think people change.  I believe in
16 miracles.  I believe in angels and I believe in demons, but I
17 think for most people, they're going to be who they are and live
18 their lives out, but based on the choices they make, they're a
19 wife beater, they're gonna probably beat their next wife.  If
20 they're a child beater, they'll probably beat their own child.
21 It's not that they don't love them, it's just -- it's
22 complicated.  Uhm, it's been over 20 minutes I've been talking
23 here.  I don't know what else to say besides I am the one who

```
 1  caused all of his injuries and tired of lying.  Tired of having
 2  this shadow.  All things will be revealed in the end.  I now
 3  confess -- confess in the things you've done.  I am just hoping
 4  the day, my last day, whenever that is, whatever date that is,
 5  only God can forgive me.
 6       Again, well please take this into consideration.  It would
 7  mean a lot to me.  Tessa means a lot to me.  She's had a lot of
 8  hard things go through her life and she loves this kid more than
 9  anything in the whole world.  (Crying)  Don't take him from her,
10  please, not based on what I've done.  It's not her fault.  She's
11  got good parenting classes.  She's ready to have her son back.
12  Half his life -- more than half his life he's been away from his
13  mother.  It's not fair.  So I would like you to look inside your
14  heart and ask yourself can you live with this if you decide to
15  take her away from him.  Could you live with that knowing that
16  she didn't do anything?  She was never (unintelligible) on him.
17  She loved him.  Every time he would cry she would come running
18  across the room.  I mean, she would never hurt that child
19                            END OF RECORDING
```