**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0020

# Firearms Transaction Record Part I - Over-the-Counter

12

**WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

Transferor's Transaction Serial Number *(If any)*

Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. **"PLEASE PRINT."**

## Section A - Must Be Completed Personally By Transferee (Buyer)

1. **Transferee's Full Name**
   - Last Name: Kelley
   - First Name: Devin
   - Middle Name *(If no middle name, state "NMN")*: Patrick

2. **Current Residence Address** (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)
   - Number and Street Address: 2629 Bickney Loop
   - City: Holloman AFB
   - County: Otero
   - State: NM
   - ZIP Code: 88330

3. **Place of Birth**
   - U.S. City and State: San Marcos TX
   - Foreign Country: —

4. **Height**: Ft. 5 In. 9
5. **Weight (Lbs.)**: 170
6. **Gender**: Male ✓ / Female ☐
7. **Birth Date**: Month 02 / Day 12 / Year 1991

8. **Social Security Number** *(Optional, but will help prevent misidentification)*: 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
9. **Unique Personal Identification Number** (UPIN) if applicable *(See Instructions for Question 9.)*

10. **Race** *(Ethnicity)* (Check one or more boxes. See Instructions for Question 10.)
    - ☐ American Indian or Alaska Native
    - ☐ Black or African American
    - ☐ Native Hawaiian or Other Pacific Islander
    - ☐ Hispanic or Latino
    - ☐ Asian
    - ✓ White

11. Answer questions 11.a. *(see exceptions)* through 11.l. and 12 *(if applicable)* by checking or marking "yes" or "no" in the boxes to the right of the questions.

   | | | Yes | No |
   |---|---|---|---|
   | a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. (See Instructions for Question 11.a.) Exception: *If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b.* | ✓ | ☐ |
   | b. | Are you under indictment or information in any court for a **felony**, or any other crime, for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ✓ |
   | c. | Have you ever been convicted in any court of a **felony**, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ✓ |
   | d. | Are you a fugitive from justice? | ☐ | ✓ |
   | e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ✓ |
   | f. | Have you ever been adjudicated mentally defective *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* **OR** have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ✓ |
   | g. | Have you been discharged from the Armed Forces under **dishonorable** conditions? | ☐ | ✓ |
   | h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ✓ |
   | i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ✓ |
   | j. | Have you ever renounced your United States citizenship? | ☐ | ✓ |
   | k. | Are you an alien **illegally** in the United States? | ☐ | ✓ |
   | l. | Are you a nonimmigrant alien? *(See Instructions for Question 11.l.)* If you answered "no" to this question, do **NOT** respond to question 12 and proceed to question 13. | ☐ | ✓ |

12. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in the instructions? **(If "yes," the licensee must complete question 20d.)** *(See Instructions for Question 12.)* If question 11.l. is answered with a "no" response, **then do NOT respond** to question 12 and proceed to question 13. | Yes ☐ | No ☐ |

13. **What is your State of residence (if any)?** *(See Instructions for Question 13.)*: New Mexico

14. **What is your country of citizenship?** *(List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.)*
    - ✓ United States of America
    - ☐ Other *(Specify)*: _____

15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number?

Note: Previous Editions Are Obsolete

**Transferee (Buyer) Continue to Next Page**
**STAPLE IF PAGES BECOME SEPARATED**

Page 1 of 6

ATF Form 4473 (5300.9) Part I
Revised August 2008

USA00012133

I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law (See Instructions for Question 16).

**16. Transferee's/Buyer's Signature**: Devin Kelly

**17. Certification Date**: 12Feb12

## Section B - Must Be Completed By Transferor (Seller)

**18. Type of firearm(s) to be transferred** (check or mark all that apply):
- [X] Handgun
- [ ] Long Gun (rifles or shotguns)
- [ ] Other Firearm (Frame, Receiver, etc. See Instructions for Question 18.)

**19. If sale at a gun show or other qualifying event.**
Name of Event: ___
City, State: ___

**20a. Identification** (e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.) (See Instructions for Question 20.a.)

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) |
|---|---|---|
| TX DMV | 25628192 | Month 02 / Day 12 / Year 2015 |

**20b. Alternate Documentation** (if driver's license or other identification document does not show current residence address)
PCS ORDERS   AE-032159

**20c. All Aliens**: Type and dates of documents that establish 90-day residency (e.g., utility bills or lease agreements). (See Instructions for Question 20.c.)
Type(s) of Document: ___
Date(s) of residence indicated on documents: ___

**20d. Nonimmigrant Aliens Must Provide**: Type of documentation showing an exception to the nonimmigrant alien prohibition. (See Instructions for Question 20.d.)

---

**Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s)** (See Instructions for Questions 21, 22 and 23.)

**21a.** Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: (Month/Day/Year)
Month 02 / Day 12 / Year 2012

**21b.** The NICS or State transaction number (if provided) was: 1Z46-HMR

**21c.** The response initially provided by NICS or the appropriate State agency was:
- [X] Proceed
- [ ] Denied
- [ ] Cancelled
- [ ] Delayed [The firearm(s) may be transferred on ___ (MDI date provided by NICS) if State law permits (optional)]

**21d.** If initial NICS or State response was "Delayed," the following response was received from NICS or the appropriate State agency:
- [ ] Proceed ___ (date)
- [ ] Denied ___ (date)
- [ ] Cancelled ___ (date)
- [ ] No resolution was provided within 3 business days.

**21e.** (Complete if applicable.) After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: ___ (date). [ ] Proceed [ ] Denied [ ] Cancelled

**21f.** The name and Brady identification number of the NICS examiner (Optional)
Terri (name)   1546 (number)

**22.** [ ] No NICS check was required because the transfer involved only NFA firearm(s). (See Instructions for Question 22.)

**23.** [ ] No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS (See Instructions for Question 23.)

| Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |
|---|---|---|---|
| | | | |

## Section C - Must Be Completed Personally By Transferee (Buyer)

If the transfer of the firearm(s) takes place on a different day from the date that the transferee (buyer) signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). (See Instructions for Question 24 and 25.)

I certify that my answers to the questions in Section A of this form are still true, correct ___

**24. Transferee's/Buyer's** ___

USA00012134

## Section D - Must Be Completed By Transferor (Seller)

| 26. Manufacturer and/or Importer (If the manufacturer and importer are different, the FFL should include both.) | 27. Model | 28. Serial Number | 29. Type (pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29) | 30. Caliber or Gauge |
|---|---|---|---|---|
| EAA | Windicator | 1557099 | Revolver | 38 Spl |
|  |  |  |  |  |
|  |  |  |  |  |

30a. Total Number of Firearms *(Please handwrite by printing e.g., one, two, three, etc.* **Do not use numerals.***)*   One

30b. Is any part of this transaction a Pawn Redemption?   ☐ Yes  ☒ No

30c. For Use by FFL *(See Instructions for Question 30c.)*

830-358-2695

Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days

31. Trade/corporate name and address of transferor *(seller)* *(Hand stamp may be used.)*

Holloman Exchange
Bldg 227 Drawer V
551 4th Street
Holloman AFB
New Mexico 88330

32. Federal Firearms License Number *(Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.)* *(Hand stamp may be used.)*

FFL 5-85-035-01-2M-01293

The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions, The Person Who Completed Section B Must Complete Questions 33-35.

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer *if the transfer does not occur on the day Section A was completed)*; and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33. Transferor's/Seller's Name *(Please print)* | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transferred |
|---|---|---|---|
| Spears, Martin | Martin | Senior Sales Assoc (Guns) | 02/12/12 |

### NOTICES, INSTRUCTIONS AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun *(rifle or shotgun)* to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 *(which includes the Notices, General Instructions, and Definitions),* and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological *(by date),* alphabetical *(by name),* or numerical *(by transaction serial number),* as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical *(by name)* or chronological *(by date of transferee's certification)* order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the

buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. You only should make changes to Sections B and D. The buyer should only make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:** The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:** The State or Commerce Departments may require you to obtain a license prior to export.

### Section A

**Question 1. Transferee's Full Name:** The buyer must personally complete Section A of this form and certify *(sign)* that the answers are true, correct, and complete. However, if the buyer is unable to read and/or write, the answers *(other than the signature)* may be completed by another person, excluding the seller. Two persons *(other than the seller)* must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the business must complete Section A of the form with his or her personal information, sign Section A, and attach a written statement, executed under penalties of perjury, stating: (A) the firearm is being acquired for the use of and will be the property of that business entity and (B) the name and address of that business entity.

ATF Form 4473 (5300.9) Part I
Revised August 2008

| U.S. Department of Justice<br>Bureau of Alcohol, Tobacco, Firearms and Explosives | | Report of Investigation | |
|---|---|---|---|
| Title of Investigation<br>Mass Shooting-First Baptist Church, Sutherland Springs, Texas | | Investigation Number<br>782060-18-0016 | Report Number<br>1 |

## SUMMARY OF EVENT:

Opening ROI- Mass Shooting at First Baptist Church Sutherland Springs, Texas

## NARRATIVE:

1. On November 05, 2017, Special Agents from the San Antonio Field Office responded to a mass shooting event at the First Baptist Church located at 216 4th St, Sutherland Springs, Texas 78161. The Texas Rangers have primary jurisdiction with ATF, FBI, and other State and Local Agencies assisting.

2. At approximately 11:30 am on November 05, 2017, the suspect Devin Patrick KELLEY (W/M, DOB 2/12/91) began shooting at the location. KELLEY fired into the church from the front and side of the building. KELLEY then entered the Church and began shooting the Church attendees. A good Samaritan living near the Church heard the gunshots and retrieved his personal firearm and engaged in a gun battle with KELLEY. KELLEY got into his vehicle and drove away. The good Samaritan and another individual chased KELLEY. KELLEY finally wrecked his vehicle and committed suicide. According to the medical examiner KELLEY had three bullet wounds with one being self-inflicted.

3. To date there have been reported 26 deceased not including KELLEY and 20 wounded.

4. ATF S/A's assisted with clearing and securing both crime scenes (First Baptist Church and KELLEY's vehicle). ATF S/A's also assisted with a neighborhood canvas and interviewing witnesses.

5. Three firearms have been recovered by Texas Rangers:

   a. Ruger, Model AR556, 5.56 caliber rifle, serial number 825-06623, purchased by KELLEY at Academy #41, San Antonio, Texas, purchased on 04/07/2016.
   b. Ruger, Model SR-22, .22 caliber pistol, serial number 366-99791, purchased by KELLEY at Academy #46, Selma, Texas, purchased on 10/18/2017.
   c. Glock, Model 19, 9mm caliber pistol, serial number XEG050, purchased by KELLEY at Specialty Sports & Supply, Colorado Springs, CO on 12/22/2014.

| Prepared by:<br>Allen D. Darilek | Title<br>Resident Agent in Charge, San Antonio I Field Office | Signature | Date |
|---|---|---|---|
| Authorized by<br>Crisanto Perez | Title<br>Asistant Special Agent in Charge, Houston Field Division | Signature | Date |
| Second level reviewer (optional)<br>Frederick J. Milanowski Jr | Title<br>Special Agent in Charge, Houston Field Division | Signature | Date |

USA00012797

| Title of Investigation | Investigation Number | Report Number |
|---|---|---|
| Mass Shooting-First Baptist Church, Sutherland Springs, Texas | 782060-18-0016 | 1 |

6. ATF S/A's traced the Ruger AR556, Ruger SR22 pistol, and the Glock Model 19 listed above.

7. ATF S/A's found that KELLEY had also purchased a Ruger, Model GP 100, .357 caliber revolver, serial number 177-59301, at Specialty Sports & Supply, Colorado Springs, CO. This firearm has not been recovered.

8. On November 06, 2017, Firearms Enforcement Officer Ronald Davis examined the Ruger rifle, Ruger pistol, and the Glock pistol listed above. All firearms field-tested negative for being fully automatic. Aside from some aftermarket accessories there were no abnormalities with any of the firearms.

9. On November 07, 2017, ATF S/A Marian Kupczynski was able to secure fired casings from KELLEY's Ruger, Model AR556, 5.56 caliber rifle, serial number 852-06623. S/A Kupczynski drove the casings to the San Antonio Police Department NIBIN machine and had them entered.

10. On November 7, 2017, ATF S/A Andrea Devilliers and canine Nanny assisted with a search of the Church. No additional firearms, ammunition, magazines, or casings were located.

11. The Glock Model 19 and the Ruger Model SR22 will be test fired at a future date by the Texas Rangers and entered into NIBIN. These two firearms were located in KELLEY's vehicle and no casings were immediately located. The vehicle will be processed after the Church scene in completed.

12. Copies of 4473 Forms as well as the trace information for the listed firearms are stored in the source file of this case.

USA00012798

| U.S. Department of Justice<br>Bureau of Alcohol, Tobacco, Firearms and Explosives | **Report of Investigation** | |
|---|---|---|
| **Title of Investigation**<br>Mass Shooting-First Baptist Church, Sutherland Springs, Texas | **Investigation Number**<br>782060-18-0016 | **Report Number**<br>2 |

## DESCRIPTION OF ACTIVITY:

EXPLOSIVES DETECTION CANINE DEPLOYMENT.

## SYNOPSIS:

Date(s)/Time(s) of Deployment: November 7, 2017; Approximately 6:50PM

Location of Deployment: 216 4th Street, Sutherland Springs, Texas 78161

Description of Location: First Baptist Church of Sutherland Springs.

Deployment Activity: Search for evidence.

Associated Investigation Number: Unknown

## NARRATIVE:

Individual requesting canine team: ATF San Antonio I Field Office Resident Agent in Charge Allen Darilek and Texas Ranger Terry Snyder.

Areas searched: Open area and building exterior of the front southern side of the First Baptist Church of Sutherland Springs located at 216 4th Street in Sutherland Springs, Texas.

Finds made: None

Alerts made: None

Property taken into custody: None

Conditions at time of search: Cool, breezy and low light conditions.

| Prepared by:<br>Andrea Devilliers | Title<br>Special Agent, San Antonio III Field Office | Signature | Date |
|---|---|---|---|
| Authorized by:<br>Allen D. Darilek | Title<br>Resident Agent in Charge, San Antonio I Field Office | Signature | Date |
| Second level reviewer (optional)<br>Frederick J. Milanowski Jr | Title<br>Special Agent in Charge, Houston Field Division | Signature | Date |

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation | Investigation Number: | Report Number |
|---|---|---|
| Mass Shooting-First Baptist Church, Sutherland Springs, Texas | 782060-18-0016 | 2 |

<u>Hazards encountered</u>: Dried blood biological hazard and routine trash and debris.

<u>Miscellaneous information</u>:

1. On November 7, 2017, ATF Special Agent Canine Handler (SACH) Andrea Devilliers and Explosives Detection Canine (EDC) "Nanny" were deployed to the First Baptist Church of Sutherland Springs located at 216 4th Street, in Sutherland Springs, Texas. ATF San Antonio I Field Office Resident Agent in Charge (RAC) Allen Darilek and Department of Public Safety (DPS) Texas Ranger Terry Snyder requested canine assistance to conduct a search for evidence as part of an ongoing mass shooting investigation at that location.

2. On this date, at approximately 5:00PM, SACH Devilliers arrived at the First Baptist Church of Sutherland Springs located at 216 4th Street, in Sutherland Springs, Texas, and met with Texas Rangers personnel at the scene who explained that Federal Bureau of Investigations (FBI) evidence teams were currently deploying metal detectors to search the building exterior and open area of the southern portion of the building and front yard for spent shell casings from the mass shooting incident that occurred on November 5, 2017, at that location. Texas Rangers personnel requested that SACH Devilliers deploy EDC "Nanny" to conduct a canine search for evidence once the FBI terminated the metal detector search. SACH Devilliers was instructed to standby at the location until the FBI concluded their search.

3. On this date, at approximately 6:45PM Texas Rangers personnel stated that the FBI had concluded their search with the metal detectors and request that SACH Devilliers deployed EDC "Nanny" to conduct a canine search for evidence of the open area and building exterior of the front southern side of the building and front yard at the location.

4. After conducting a preliminary walk-through of the area for hazards, at approximately 6:50PM, SACH Devilliers deployed EDC "Nanny" to conduct a canine search of the open area and building exterior of the front southern side of the building and front yard at 216 4th Street in Sutherland Springs, Texas. During the course of the canine search, no canine alerts or finds were made and the canine search was concluded at approximately 7:20PM.

5. On this date, no other canine deployments or searches were conducted by SACH Devilliers and EDC "Nanny" at this location as part of this investigation, and no other canine alerts or finds were made.

ATF EF 3120.2 (10-2004)
For Official Use Only

USA00012800



U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*Firearms and Ammunition Technology Division*

www.atf.gov

**NOV 1 4 2017**

November 8, 2017

907020: RKD
3311: 307823

| | |
|---|---|
| MEMORANDUM TO: | Special Agent in Charge<br>ATF Houston Field Division |
| THROUGH: | Chief<br>Firearms Technology Criminal Branch |
| FROM: | Ronald K. Davis<br>Firearms Enforcement Officer |
| SUBJECT: | Visual inspection of firearms involved in Sutherland Springs First Baptist church shooting |

On November 6, 2017, I performed a visual inspection on three firearms in Sutherland Springs, Texas. The firearms were recovered in connection with the homicide investigation of the incident occurring at the First Baptist Church of Sutherland Springs, Texas, on November 5, 2017.

### Ruger 5.56 x 45mm caliber Model AR-556 rifle, Serial number 852-06623

The above rifle was manufactured by Ruger in Mayodan, North Carolina as a semiautomatic firearm. Manual field testing of the firearm indicated semiautomatic function, the firearm was not test fired by ATF personnel during this inspection. Additionally, the rifle was found to incorporate an aftermarket drop-in trigger assembly. No attempt was made to remove the trigger assembly to determine the manufacturer of the device. This was done to preserve the integrity of exhibit as recovered. Aftermarket trigger assemblies are generally installed to improve trigger pull characteristics of the host firearm.

-2-

ATF Houston Field Division

The firearm was noted to be equipped with the following:

- Bushnell electronic red dot sight with Hi-rise mount.
- Magpul fore-end having vertical fore grip installed.
- Magpul adjustable shoulder stock.
- Magpul Battery Assist Device
- After market trigger assembly
- Enlarged charging handle latch.
- 2-point sling assembly.

Ruger AR-556 Rifle, serial number 852-06623, note missing flash hider/muzzle break.



USA00012802

-3-

ATF Houston Field Division

**Ruger AR-556 serial number 852-06623 and manufacturer markings on magazine well.**



**Close-up view of Ruger AR-556 SN# 852-06623 aftermarket "trigger."**



**Ruger AR-556 serial number # 852-06623 aftermarket trigger assembly, top view.**



-4-

ATF Houston Field Division

**FTCB provided stock photo of similar CMC brand trigger assembly provided for visual comparison.**



**Ruger .22 LR caliber Model SR-22 pistol, serial number 366-99791**

The above pistol was manufactured by Ruger in Mayodan, North Carolina, as a semiautomatic firearm. The Exhibit was accompanied by a compatible magazine loaded with .22 LR caliber ammunition and an addition loose round of .22LR caliber ammunition, which was manufactured by CCI in Lewiston, Idaho.

No attempt was made to remove the ammunition from the Exhibits magazine to function test the firearm, which was equipped with a magazine safety device. This was done to preserve the integrity of the evidence as recovered.

**Ruger .22 LR caliber Model SR-22 pistol with magazine and ammunition, right side view.**



-5-

ATF Houston Field Division

**Ruger .22LR caliber Model SR-22 pistol with magazine and ammunition, left side view.**



**Head stamp of loose round of .22 LR caliber ammunition with Ruger SR-22 pistol, serial number 366-99791.**



## Glock 9x19mm caliber Model 19 pistol, serial number XEG050

The above pistol was manufactured by Glock in Austria and imported into the Unites States as a semiautomatic firearm by Glock Inc. in Smyrna, Georgia. The Exhibit was accompanied by a compatible high capacity magazine loaded with 9x19mm caliber ammunition, and an addition loose round of 9x19 caliber ammunition which was manufactured by Winchester in Oxford, Mississippi. The high capacity magazine was numbered to 31 cartridges on its rear exterior surface and was noted to have a + capacity marked floor plate.

USA00012805

-6-
ATF Houston Field Division

The pistol is equipped with an aftermarket adhesive grip decal installed on the exterior of the Exhibits grip, which appears to manufactured by Talon Grips. Manual field testing of the firearm indicated semiautomatic function, the firearm was not test fired by ATF personnel during this inspection.

**Glock Model 19 pistol, serial number XEG050 marking on receiver.**



**Glock 9x19 caliber Model 19 pistol with magazine and ammunition, serial number XEG050, right side view.**



ATF Houston Field Division

**Glock 9x19 caliber Model 19 pistol with magazine and ammunition, serial number XEG050, left side view.**



**Exhibit Glock Model 19 serial number XEG050 high capacity Glock magazine with + capacity floorplate, rear view.**



USA00012807

-8-

ATF Houston Field Division

**Winchester brand 9x19mm caliber cartridge head stamp present with Exhibit Glock pistol.**




**Recovered damaged round of 5.56x45mm caliber ammunition viewed with Exhibits.**



**Head stamp of the above cartridge. This cartridge was manufactured by Winchester in Oxford, Mississippi.**



cc: ASAC Crisanto Perez, ATF Houston Field Division