0411020014
AMC

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0020

**Firearms Transaction Record Part I - Over-the-Counter**

| WARNING: You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 *et. seq.*, are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. | Transferor's Transaction Serial Number *(If any)* |
|---|---|
| Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. "PLEASE PRINT." | 373374 |

**Section A - Must Be Completed Personally By Transferee (Buyer)**

1. Transferee's Full Name

| Last Name | First Name | Middle Name *(If no middle name, state "NMN")* |
|---|---|---|
| Kelley | Devin | Patrick |

2. Current Residence Address **(U.S. Postal abbreviations are acceptable. Cannot be a post office box.)**

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 3023 W Colorado Ave | Colorado Springs | el paso | CO | 80904 |

| 3. Place of Birth | 4. Height | 5. Weight | 6. Gender | 7. Birth Date | | |
|---|---|---|---|---|---|---|
| U.S. City and State **-OR-** Foreign Country | Ft. 5 | (Lbs.) | ☑ Male | Month | Day | Year |
| San Marcos TX | In. 9 | 225 | ☐ Female | 02 | 12 | 1991 |

| 8. Social Security Number *(Optional, but will help prevent misidentification)* | 9. Unique Personal Identification Number *(UPIN)* if applicable *(See Instructions for Question 9.)* |
|---|---|
| | |

| 10.a. Ethnicity | 10.b. Race *(Check one or more boxes.)* | | |
|---|---|---|---|
| ☐ Hispanic or Latino | ☐ American Indian or Alaska Native | ☐ Black or African American | ☑ White |
| ☑ Not Hispanic or Latino | ☐ Asian | ☐ Native Hawaiian or Other Pacific Islander | |

11. Answer questions 11.a. *(see exceptions)* through 11.l. and 12 *(if applicable)* by checking or marking *"yes" or "no"* in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Instructions for Question 11.a.)* Exception: **If you are picking up a repaired firearm(s)** for another person, you are **not** required to answer 11.a. and may proceed to question 11.b. | ☑ | ☐ |
| b. | Are you under indictment or information in any court for a **felony**, or any other crime, for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☑ |
| c. | Have you ever been convicted in any court of a **felony**, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☑ |
| d. | Are you a fugitive from justice? | ☐ | ☑ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☑ |
| f. | Have you ever been adjudicated mentally defective *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* **OR** have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☑ |
| g. | Have you been discharged from the Armed Forces under **dishonorable** conditions? | ☐ | ☑ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☑ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ☑ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☑ |
| k. | Are you an alien **illegally** in the United States? | ☐ | ☑ |
| l. | Are you an alien admitted to the United States under a nonimmigrant visa? *(See Instructions for Question 11.l.)* If you answered "no" to this question, do **NOT** respond to question 12 and proceed to question 13. | ☐ | ☑ |
| 12. | If you are an alien admitted to the United States under a nonimmigrant visa, do you fall within any of the exceptions set forth in the instructions? **(If "yes," the licensee must complete question 20c.)** *(See Instructions for Question 12.)* If question 11.l. is answered with a "no" response, **then do NOT respond** to question 12 and proceed to question 13. | ☐ | ☐ |

| 13. What is your State of residence (if any)? *(See Instructions for Question 13.)* | 14. What is your country of citizenship? *(List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.)* | 15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number? |
|---|---|---|
| Colorado | ☑ United States of America  ☐ Other *(Specify)* | |

Transferee (Buyer) Continue to Next Page
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9) Part I
Revised April 2012

USA00012893

I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited from purchasing or receiving a firearm, unless the person also answers "Yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law *(See Instructions for Question 16).*

| 16. Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
|  | 12-22-14 |

### Section B - Must Be Completed By Transferor (Seller)

| 18. Type of firearm(s) to be transferred *(check or mark all that apply):* | 19. If sale at a gun show or other qualifying event. |
|---|---|
| [X] Handgun  [ ] Long Gun  [ ] Other Firearm *(Frame, Receiver, etc. See Instructions for Question 18.)* *(rifles or shotguns)* | Name of Event   N/A |
|  | City, State |

20a. Identification *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.)  (See Instructions for Question 20.a.)*

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* | | |
|---|---|---|---|---|
|  |  | Month | Day | Year |
| Colorado Driver License | 14-317-01673 | 02 | 12 | 2020 |

20b. Alternate Documentation *(if driver's license or other identification document does not show current residence address) (See Instructions for Question 20.b.)*
N/A

20c. Aliens Admitted to the United States Under a Nonimmigrant Visa Must Provide: Type of documentation showing an exception to the nonimmigrant visa prohibition. *(See Instructions for Question 20.c.)*
N/A

### Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s)  *(See Instructions for Questions 21, 22 and 23.)*

| 21a. Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: *(Month/Day/Year)* | 21b. The NICS or State transaction number *(if provided)* was: |
|---|---|
| Month 12  Day 22  Year 2014 | 2SHT-1ZD1A14 304711 |

| 21c. The response initially provided by NICS or the appropriate State agency was: | 21d. If initial NICS or State response was *"Delayed,"* the following response was received from NICS or the appropriate State agency: |
|---|---|
| [X] Proceed  [ ] Delayed *[The firearm(s) may be transferred on ___ (Missing Disposition Information date provided by NICS) if State law permits (optional)]*  [ ] Denied  [ ] Cancelled | [ ] Proceed ___ *(date)*  [ ] Denied ___ *(date)* N/A  [ ] Cancelled ___ *(date)*  [ ] No resolution was provided within 3 business days. |

21e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: ___ N/A ___ *(date).* [ ] Proceed  [ ] Denied  [ ] Cancelled

21f. The name and Brady identification number of the NICS examiner *(Optional)*
Internet
(name)                              (number)

22. [ ] No NICS check was required because the transfer involved only National Firearms Act firearm(s). *(See Instructions for Question 22.)*
N/A

23. [ ] No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS *(See Instructions for Question 23.)*

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

### Section C - Must Be Completed Personally By Transferee (Buyer)

If the transfer of the firearm(s) takes place on a different day from the date that the transferee *(buyer)* signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 24 and 25.)*

I certify that my answers to the questions in Section A of this form are still true, correct and complete.

| 24. Transferee's/Buyer's Signature | 25. Recertification Date |
|---|---|
| N/A |  |

Transferor (Seller) Continue to Next Page<br>STAPLE IF PAGES BECOME SEPARATED

DODOIG   006375

ATF Form 4473 (5300.9) Part I
Revised April 2012

USA00012894

## Section D - Must Be Completed By Transferor (Seller)

| 26. Manufacturer and/or Importer *(If the manufacturer and importer are different, the FFL should include both.)* | 27. Model | 28. Serial Number | 29. Type *(pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29)* | 30. Caliber or Gauge |
|---|---|---|---|---|
| Glock | 19 | XEG050 | pistol | 9mm |
| | | | | |
| | | | | |
| | | | | |

30a. Total Number of Firearms *(Please handwrite by printing e.g., one, two, three, etc. **Do not use numerals.**)*

one

30b. Is any part of this transaction a Pawn Redemption?  ☐ Yes  ☒ No

30c. For Use by FFL *(See Instructions for Question 30c.)*

Ħ                                                                                      none

### Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days

31. Trade/corporate name and address of transferor *(seller)* *(Hand stamp may be used.)*

**K&L Marketing Group Inc.**
SPECIALTY SPORTS & SUPPLY
4285 E. FOUNTAIN BLVD.
COLORADO SPRINGS, EL PASO CO 80916-1901

32. Federal Firearms License Number *(Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.)* *(Hand stamp may be used.)*

**5-84-041-01-5J-00170**

The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions, The Person Who Completed Section B Must Complete Questions 33-35.

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer *if the transfer does not occur on the day Section A was completed)*; and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33. Transferor's/Seller's Name *(Please print)* | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transferred |
|---|---|---|---|
| Morgan Bolsinger | | Sales | 22 Dec 2014 |

### NOTICES, INSTRUCTIONS AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun *(rifle or shotgun)* to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 *(which includes the Notices, General Instructions, and Definitions)*, and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological *(by date)*, alphabetical *(by name)*, or numerical *(by transaction serial number)*, as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical *(by name)* or chronological *(by date of transferee's certification)* order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. You only should make changes to Sections B and D. The buyer should only make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:** The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:** The State or Commerce Departments may require you to obtain a license prior to export.

#### Section A

**Question 1. Transferee's Full Name:** The buyer must personally complete Section A of this form and certify *(sign)* that the answers are true, correct, and complete. However, if the buyer is unable to read and/or write, the answers *(other than the signature)* may be completed by another person, excluding the seller. Two persons *(other than the seller)* must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the

ATF Form 4473 (5300.9) Part I
Revised April 2012



08122015
ell

OMB No. 1140-0020

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Firearms Transaction Record Part I - Over-the-Counter

| | Transferor's Transaction Serial Number (*If any*) |
|---|---|
| **WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 *et. seq.*, are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.<br><br>Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. "PLEASE PRINT." | 376659 |

**Section A - Must Be Completed Personally By Transferee (Buyer)**

1. Transferee's Full Name

| Last Name | First Name | Middle Name (*If no middle name, state "NMN"*) |
|---|---|---|
| Kelley | Devin | Patrick |

2. Current Residence Address (**U.S. Postal abbreviations are acceptable. Cannot be a post office box.**)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 4125 Lacy lane | Colorado Springs | el Paso | CO | 80916 |

| 3. Place of Birth | | 4. Height | 5. Weight (*Lbs.*) | 6. Gender | 7. Birth Date | | |
|---|---|---|---|---|---|---|---|
| U.S. City and State -OR- Foreign Country | | Ft. 5 | 225 | ☑ Male | Month | Day | Year |
| San Marcos TX | | In. 9 | | ☐ Female | 02 | 12 | 1991 |

| 8. Social Security Number (*Optional, but will help prevent misidentification*) | 9. Unique Personal Identification Number (*UPIN*) if applicable (*See Instructions for Question 9.*) |
|---|---|
| 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 | |

10.a. Ethnicity

☐ Hispanic or Latino
☑ Not Hispanic or Latino

10.b. Race (*Check one or more boxes.*)

☐ American Indian or Alaska Native    ☐ Black or African American    ☑ White
☐ Asian                               ☐ Native Hawaiian or Other Pacific Islander

11. Answer questions 11.a. (*see exceptions*) through 11.l. and 12 (*if applicable*) by checking or marking "*yes*" or "*no*" in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** (*See Instructions for Question 11.a.*) Exception: *If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b.* | ☑ | ☐ |
| b. | Are you under indictment or information in any court for a **felony**, or any other crime, for which the judge could imprison you for more than one year? (*See Instructions for Question 11.b.*) | ☐ | ☑ |
| c. | Have you ever been convicted in any court of a **felony**, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? (*See Instructions for Question 11.c.*) | ☐ | ☑ |
| d. | Are you a fugitive from justice? | ☐ | ☑ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☑ |
| f. | Have you ever been adjudicated mentally defective (*which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs*) OR have you ever been committed to a mental institution? (*See Instructions for Question 11.f.*) | ☐ | ☑ |
| g. | Have you been discharged from the Armed Forces under **dishonorable** conditions? | ☐ | ☑ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? (*See Instructions for Question 11.h.*) | ☐ | ☑ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? (*See Instructions for Question 11.i.*) | ☐ | ☑ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☑ |
| k. | Are you an alien **illegally** in the United States? | ☐ | ☑ |
| l. | Are you an alien admitted to the United States under a nonimmigrant visa? (*See Instructions for Question 11.l.*) If you answered "no" to this question, do NOT respond to question 12 and proceed to question 13. | ☐ | ☑ |
| 12. | If you are an alien admitted to the United States under a nonimmigrant visa, do you fall within any of the exceptions set forth in the instructions? (**If "yes," the licensee must complete question 20c.**) (*See Instructions for Question 12.*) If question 11.l. is answered with a "no" response, **then do NOT respond to question 12 and proceed to question 13.** | ☐ | ☐ |

| 13. What is your State of residence (*if any*)? (*See Instructions for Question 13.*) | 14. What is your country of citizenship? (*List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.*) | 15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number? |
|---|---|---|
| Colorado | ☑ United States of America<br>☐ Other (*Specify*) | |

Note: Previous Editions Are Obsolete
Page 1 of 6

Transferee (Buyer) Continue to Next Page
STAPLE IF PAGES BECOME SEPARATED

ATF Form 4473 (5300.9) Part I
Revised April 2012

I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited from purchasing or receiving a firearm, unless the person also answers "Yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law *(See Instructions for Question 16).*

| 16. Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
| | 6-26-15 |

## Section B - Must Be Completed By Transferor (Seller)

| 18. Type of firearm(s) to be transferred *(check or mark all that apply)*: | 19. If sale at a gun show or other qualifying event. |
|---|---|
| ☑ Handgun ☐ Long Gun ☐ Other Firearm *(Frame, Receiver, etc. See Instructions for Question 18.)* *(rifles or shotguns)* | Name of Event _NA_ <br> City, State |

**20a. Identification** *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.) (See Instructions for Question 20.a.)*

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| Colorado driver license | 14-317-0673 | 02 | 12 | 2020 |

20b. Alternate Documentation *(if driver's license or other identification document does not show current residence address) (See Instructions for Question 20.b.)*  NA

20c. Aliens Admitted to the United States Under a Nonimmigrant Visa Must Provide: Type of documentation showing an exception to the nonimmigrant visa prohibition. *(See Instructions for Question 20.c.)*  NA

## Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions for Questions 21, 22 and 23.)*

| 21a. Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: *(Month/Day/Year)* | 21b. The NICS or State transaction number *(if provided)* was: |
|---|---|
| Month 6   Day 26   Year 2015 | 240Y-5RR/A15156255 |

| 21c. The response initially provided by NICS or the appropriate State agency was: | 21d. If initial NICS or State response was *"Delayed,"* the following response was received from NICS or the appropriate State agency: |
|---|---|
| ☑ Proceed  ☐ Delayed <br> ☐ Denied  *[The firearm(s) may be transferred on* <br> ☐ Cancelled  _____ *(Missing Disposition Information date provided by NICS) if State law permits transfer (optional)]* | ☐ Proceed _____ *(date)* <br> ☐ Denied _____ NA *(date)* <br> ☐ Cancelled _____ *(date)* <br> ☐ No resolution was provided within 3 business days. |

21e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: _NA_ *(date).*   ☐ Proceed   ☐ Denied   ☐ Cancelled

21f. The name and Brady identification number of the NICS examiner *(Optional)*
_Internt_ _____
*(name)* _____ *(number)*

| 22. | ☐ No NICS check was required because the transfer involved only National Firearms Act firearm(s). *(See Instructions for Question 22.)* NA |
|---|---|

23. ☐ No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS *(See Instructions for Question 23.)*

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| NA | NA | NA | NA |

## Section C - Must Be Completed Personally By Transferee (Buyer)

If the transfer of the firearm(s) takes place on a different day from the date that the transferee *(buyer)* signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Questions 24 and 25.)*

I certify that my answers to the questions in Section A of this form are still true, correct and complete.

| 24. Transferee's/Buyer's Signature | 25. Recertification Date |
|---|---|
| NA | NA |

**Transferor (Seller) Continue to Next Page**
**STAPLE IF PAGES BECOME SEPARATED**

DODOIG   006390

ATF Form 4473 (5300.9) Part I
Revised April 2012

USA00015372

## Section D - Must Be Completed By Transferor (Seller)

| 26.<br>Manufacturer and/or Importer *(If the manufacturer and importer are different, the FFL should include both.)* | 27.<br>Model | 28.<br>Serial Number | 29.<br>Type *(pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29)* | 30.<br>Caliber or Gauge |
|---|---|---|---|---|
| Ruger | GP 100 | 177-59301 | revolver | 357 mag |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

30a. Total Number of Firearms *(Please handwrite by printing e.g., one, two, three, etc.  Do not use numerals.)*
one

30b. Is any part of this transaction a Pawn Redemption?  ☐ Yes ☑ No

30c. For Use by FFL *(See Instructions for Question 30c.)*
55                                                                                          None

### Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days

31. Trade/corporate name and address of transferor *(seller)  (Hand stamp may be used.)*

**K&L Marketing Group Inc.**
SPECIALTY SPORTS & SUPPLY
4285 E. FOUNTAIN BLVD.
COLORADO SPRINGS, EL PASO CO 80916-1901

32. Federal Firearms License Number *(Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.)*

**5-84-041-01-5J-00170**

### The Person Transferring The Firearm(s)  Must Complete Questions 33-36.  For Denied/Cancelled Transactions, The Person Who Completed Section B Must Complete Questions 33-35.

I certify that my answers in Sections B and D are true, correct, and complete.  I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473.  On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer *if the transfer does not occur on the day Section A was completed)*; and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33.  Transferor's/Seller's Name *(Please print)* | 34.  Transferor's/Seller's Signature | 35.  Transferor's/Seller's Title | 36.  Date Transferred |
|---|---|---|---|
| *[signature]* | *[signature]* | *[signature]* | 6/26/15 |

### NOTICES, INSTRUCTIONS AND DEFINITIONS

**Purpose of the Form:**  The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms.  This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923.  The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction.  Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478.  In determining the lawfulness of the sale or delivery of a long gun *(rifle or shotgun)* to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 *(which includes the Notices, General Instructions, and Definitions)*, and any supporting documents, part of his or her permanent records.  Such Forms 4473 must be retained for at least 20 years.  Filing may be chronological *(by date)*, alphabetical *(by name)*, or numerical *(by transaction serial number)*, as long as all of the seller's completed Forms 4473 are filed in the same manner.  FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED:  If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years.  Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical *(by name)* or chronological *(by date of transferee's certification)* order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the buyer wish to make a record of your discovery, then photocopy the inaccurate  form and make any necessary additions or revisions to the photocopy.  You  only should make changes to Sections B and D.  The buyer should only make changes to Sections A and C.  Whoever made the changes should initial and date the changes.  The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

**Over-the-Counter Transaction:**  The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises.  This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:**  The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:**  The State or Commerce Departments may require you to obtain a license prior to export.

### Section A

**Question 1. Transferee's Full Name:**  The buyer must personally complete Section A of this form and certify *(sign)* that the answers are true, correct, and complete.  However, if the buyer is unable to read and/or write, the answers *(other than the signature)* may be completed by another person, excluding the seller.  Two persons *(other than the seller)* must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the

DODOIG   006391

ATF Form 4473 (5300.9) Part I
Revised April 2012

USA00015373

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0020

# Firearms Transaction Record Part I - Over-the-Counter

| WARNING: You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.<br><br>Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. "PLEASE PRINT." | Transferor's Transaction Serial Number *(if any)* |
|---|---|

## Section A - Must Be Completed Personally By Transferee (Buyer)

1. Transferee's Full Name

| Last Name | First Name | Middle Name *(If no middle name, state "NMN")* |
|---|---|---|
| Kelley | Devin | Patrick |

2. Current Residence Address (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 3023 W. Colorado Ave #60 | Colorado Springs | El Paso | CO | 80904 |

| 3. Place of Birth | 4. Height | 5. Weight (Lbs.) | 6. Gender | 7. Birth Date | | |
|---|---|---|---|---|---|---|
| U.S. City and State San Marcos TX **-OR-** Foreign Country | Ft. 5 In. 10 | 235 | ☑ Male ☐ Female | Month 02 | Day 12 | Year 91 |

8. Social Security Number *(Optional, but will help prevent misidentification)*
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

9. Unique Personal Identification Number *(UPIN)* if applicable *(See Instructions for Question 9.)*

10.a. Ethnicity
☐ Hispanic or Latino
☑ Not Hispanic or Latino

10.b. Race *(Check one or more boxes.)*
☐ American Indian or Alaska Native
☐ Asian
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☑ White

11. Answer questions 11.a. *(see exceptions)* through 11.l. and 12 *(if applicable)* by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Instructions for Question 11.a.)* Exception: *If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b.* | ☑ | ☐ |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☑ |
| c. | Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☑ |
| d. | Are you a fugitive from justice? | ☐ | ☑ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☑ |
| f. | Have you ever been adjudicated mentally defective *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* **OR** have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☑ |
| g. | Have you been discharged from the Armed Forces under **dishonorable** conditions? | ☐ | ☑ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☑ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ☑ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☑ |
| k. | Are you an alien illegally in the United States? | ☐ | ☑ |
| l. | Are you an alien admitted to the United States under a nonimmigrant visa? *(See Instructions for Question 11.l.)* If you answered "no" to this question, do NOT respond to question 12 and proceed to question 13. | ☐ | ☑ |
| 12. | If you are an alien admitted to the United States under a nonimmigrant visa, do you fall within any of the exceptions set forth in the instructions? **(If "yes," the licensee must complete question 20c.)** *(See Instructions for Question 12.)* If question 11.l. is answered with a "no" response, then do NOT respond to question 12 and proceed to question 13. | ☐ | ☑ |

| 13. What is your State of residence *(if any)? (See Instructions for Question 13.)* | 14. What is your country of citizenship? *(List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.)* | 15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number? |
|---|---|---|
| CO | ☑ United States of America<br>☐ Other *(Specify)* | |

Note: Previous Editions Are Obsolete

**Transferee (Buyer) Continued on Next Page**
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9) Part I
Revised April 2012

USA00012899

I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited from purchasing or receiving a firearm, unless the person also answers "Yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law *(See Instructions for Question 16)*.

| 16. Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
|  | 4-7-16 |

### Section B - Must Be Completed By Transferor (Seller)

| 18. Type of firearm(s) to be transferred *(check or mark all that apply)*: | 19. If sale at a gun show or other qualifying event. |
|---|---|
| ☐ Handgun   ☑ Long Gun *(rifles or shotguns)*   ☐ Other Firearm *(Frame, Receiver, etc. See Instructions for Question 18.)* | Name of Event _____ <br> City, State _____ |

20a. Identification *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.)  (See Instructions for Question 20.a.)*

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| CO. DL | 14-317-0673 | 2 | 12 | 2020 |

20b. Alternate Documentation *(if driver's license or other identification document does not show current residence address) (See Instructions for Question 20.b.)*

20c. Aliens Admitted to the United States Under a Nonimmigrant Visa Must Provide:  Type of documentation showing an exception to the nonimmigrant visa prohibition.  *(See Instructions for Question 20.c.)*

### Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions for Questions 21, 22 and 23.)*

| 21a. Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: *(Month/Day/Year)* | 21b. The NICS or State transaction number *(if provided)* was: |
|---|---|
| Month 4   Day 7   Year 2016 | 36RMN97 |

| 21c. The response initially provided by NICS or the appropriate State agency was: | 21d. If initial NICS or State response was *"Delayed,"* the following response was received from NICS or the appropriate State agency: |
|---|---|
| ☑ Proceed   ☐ Delayed <br> ☐ Denied   *[The firearm(s) may be transferred on _____ (Missing Disposition Information date provided by NICS) if State law permits (optional)]* <br> ☐ Cancelled | ☐ Proceed _____ *(date)* <br> ☐ Denied _____ *(date)* <br> ☐ Cancelled _____ *(date)* <br> ☐ No resolution was provided within 3 business days. |

21e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: _____ *(date).*  ☐ Proceed   ☐ Denied   ☐ Cancelled

21f. The name and Brady identification number of the NICS examiner *(Optional)*

_____ *(name)*    _____ *(number)*

22. ☐ No NICS check was required because the transfer involved only National Firearms Act firearm(s). *(See Instructions for Question 22.)*

23. ☐ No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS *(See Instructions for Question 23.)*

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| | | | |

### Section C - Must Be Completed Personally By Transferee (Buyer)

If the transfer of the firearm(s) takes place on a different day from the date that the transferee *(buyer)* signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s).  *(See Instructions for Question 24 and 25.)*

I certify that my answers to the questions in Section A of this form are still true, correct and complete.

| 24. Transferee's/Buyer's Signature | 25. Recertification Date |
|---|---|
| | |

Transferor (Seller) Continue to Next Page
**STAPLE IF PAGES BECOME SEPARATED**

USA00012900

## Section D - Must Be Completed By Transferer (Seller)

| 26.<br>Manufacturer and/or Importer *(If the manufacturer and importer are different, the FFL should include both.)* | 27.<br>Model | 28.<br>Serial Number | 29.<br>Type *(pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29)* | 30.<br>Caliber or Gauge |
|---|---|---|---|---|
| RUGER | AR-556 | 852-06625 | RIFLE | 5.56 NATO |
| | | | | |
| | | | | |
| | | | | |

| 30a. Total Number of Firearms *(Please handwrite by printing e.g., one, two, three, etc. **Do not use numerals.**)*<br>ONE | 30b. Is any part of this transaction a Pawn Redemption?  ☐ Yes  ☑ No |
|---|---|

30c. For Use by FFL *(See Instructions for Question 30c.)*

---

## Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days

| 31. Trade/corporate name and address of transferor *(seller)* *(Hand stamp may be used.)* | 32. Federal Firearms License Number *(Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.)*<br><br>FFL #5-74-00489 |
|---|---|

---

**The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions,**
**The Person Who Completed Section B Must Complete Questions 33-35.**

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer *if the transfer does not occur on the day Section A was completed);* and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33. Transferor's/Seller's Name *(Please print)* | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transferred |
|---|---|---|---|
| Bill Fowler | *Bill Fowler* | ASSOCIATE | 4-7-16 |

### NOTICES, INSTRUCTIONS AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun *(rifle or shotgun)* to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 *(which includes the Notices, General Instructions, and Definitions)*, and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological *(by date)*, alphabetical *(by name)*, or numerical *(by transaction serial number)*, as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical *(by name)* or chronological *(by date of transferee's certification)* order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. You only should make changes to Sections B and D. The buyer should only make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:** The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:** The State or Commerce Departments may require you to obtain a license prior to export.

### Section A

**Question 1. Transferee's Full Name:** The buyer must personally complete Section A of this form and certify *(sign)* that the answers are true, correct, and complete. However, if the buyer is unable to read and/or write, the answers *(other than the signature)* may be completed by another person, excluding the seller. Two persons *(other than the seller)* must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the

USA00012901

business must complete Section A of the form with his or her personal information, sign Section A, and attach a written statement, executed under penalties of perjury, stating: (A) the firearm is being acquired for the use of and will be the property of that business entity and (B) the name and address of that business entity. If the buyer's name in question 1, is illegible, the seller must print the buyer's name above the name written by the buyer.

**Question 2. Current Residence Address:** U.S. Postal abbreviations are acceptable, (e.g., St., Rd., Dr., PA, NC, etc.). Address cannot be a post office box. County and Parish are one and the same.

If the buyer is a member of the Armed Forces on active duty acquiring a firearm in the State where his or her permanent duty station is located, but does not reside at his or her permanent duty station, the buyer must list both his or her permanent duty station address and his or her residence address in response to question 2. If you are a U.S. citizen with two States of residence, you should list your current residence address in response to question 2 (e.g., if you are buying a firearm while staying at your weekend home in State X, you should list your address in State X in response to question 2).

**Question 9. Unique Personal Identification Number (UPIN):** For purchasers approved to have information maintained about them in the FBI NICS Voluntary Appeal File, NICS will provide them with a Unique Personal Identification Number, which the buyer should record in question 9. The licensee may be asked to provide the UPIN to NICS or the State.

**Question 11.a. Actual Transferee/Buyer:** For purposes of this form, you are the actual transferee/buyer if you are purchasing the firearm for yourself or otherwise acquiring the firearm for yourself (e.g., redeeming the firearm from pawn/retrieving it from consignment, firearm raffle winner). You are also the actual transferee/buyer if you are legitimately purchasing the firearm as a gift for a third party. **ACTUAL TRANSFEREE/BUYER EXAMPLES:** Mr. Smith asks Mr. Jones to purchase a firearm for Mr. Smith. Mr. Smith gives Mr. Jones the money for the firearm. Mr. Jones is **NOT THE ACTUAL TRANS-FEREE/BUYER** of the firearm and must answer "NO" to question 11.a. The licensee may not transfer the firearm to Mr. Jones. However, if Mr. Brown goes to buy a firearm with his own money to give to Mr. Black as a present, Mr. Brown is the actual transferee/buyer of the firearm and should answer "YES" to question 11.a. However, you may not transfer a firearm to any person you know or have reasonable cause to believe is prohibited under 18 U.S.C. § 922(g), (n), or (x). **Please note: EXCEPTION:** If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b.

**Question 11.b. - 11.l. Definition of Prohibited Person:** Generally, 18 U.S.C. § 922 prohibits the shipment, transportation, receipt, or possession in or affecting interstate commerce of a firearm by one who: has been convicted of a misdemeanor crime of domestic violence; has been convicted of a felony, or any other crime, punishable by imprisonment for a term exceeding one year *(this does not include State misdemeanors punishable by imprisonment of two years or less)*; is a fugitive from justice; is an unlawful user of, or addicted to, marijuana or any depressant, stimulant, or narcotic drug, or any other controlled substance; has been adjudicated mentally defective or has been committed to a mental institution; has been discharged from the Armed Forces under dishonorable conditions; has renounced his or her U.S. citizenship; is an alien illegally in the United States or an alien admitted to the United States under a nonimmigrant visa; or is subject to certain restraining orders. Furthermore, section 922 prohibits the shipment, transportation, or receipt in or affecting interstate commerce of a firearm by one who is under indictment or information for a felony, or any other crime, punishable by imprisonment for a term exceeding one year.

**Question 11.b. Under Indictment or Information or Convicted in any Court:** An indictment, information, or conviction in any Federal, State, or local court. An information is a formal accusation of a crime verified by a prosecutor.

*EXCEPTION to 11.c. and 11.i.:* A person who has been convicted of a felony, or any other crime, for which the judge could have imprisoned the person for more than one year, or who has been convicted of a misdemeanor crime of domestic violence, is not prohibited from purchasing, receiving, or possessing a firearm if: (1) under the law of

the jurisdiction where the conviction occurred, the person has been pardoned, the conviction has been expunged or set aside, or the person has had their civil rights *(the right to vote, sit on a jury, and hold public office)* taken away and later restored AND (2) the person is not prohibited by the law of the jurisdiction where the conviction occurred from receiving or possessing firearms. Persons subject to this exception should answer "no" to 11.c. or 11.i., as applicable.

**Question 11.f. Adjudicated Mentally Defective:** A determination by a court, board, commission, or other lawful authority that a person, as a result of marked subnormal intelligence, or mental illness, incompetency, condition, or disease: (1) is a danger to himself or to others; or (2) lacks the mental capacity to contract or manage his own affairs. This term shall include: (1) a finding of insanity by a court in a criminal case; and (2) Those persons found incompetent to stand trial or found not guilty by reason of lack of mental responsibility.

**Committed to a Mental Institution:** A formal commitment of a person to a mental institution by a court, board, commission, or other lawful authority. The term includes a commitment to a mental institution involuntarily. The term includes commitment for mental defectiveness or mental illness. It also includes commitments for other reasons, such as for drug use. The term does not include a person in a mental institution for observation or a voluntary admission to a mental institution. Please also refer to Question 11.c. for the definition of a prohibited person.

*EXCEPTION to 11. f. NICS Improvement Amendments Act of 2007:* A person who has been adjudicated as a mental defective or committed to a mental institution is not prohibited if: (1) the person was adjudicated or committed by a department or agency of the Federal Government, such as the United States Department of Veteran's Affairs ("VA") (as opposed to a State court, State board, or other lawful State authority); and (2) either: (a) the person's adjudication or commitment for mental incompetency was set-aside or expunged by the adjudicating/committing agency; (b) the person has been fully released or discharged from all mandatory treatment, supervision, or monitoring by the agency; or (c) the person was found by the agency to no longer suffer from the mental health condition that served as the basis of the initial adjudication. Persons who fit this exception should answer "no" to Item 11.f. This exception does not apply to any person who was adjudicated to be not guilty by reason of insanity, or based on lack of mental responsibility, or found incompetent to stand trial, in any criminal case or under the Uniform Code of Military Justice.

**Question 11.h. Definition of Restraining Order:** Under 18 U.S.C. § 922, firearms may not be sold to or received by persons subject to a court order that: (A) was issued after a hearing which the person received actual notice of and had an opportunity to participate in; (B) restrains such person from harassing, stalking, or threatening an intimate partner or child of such intimate partner or person, or engaging in other conduct that would place an intimate partner or person, in reasonable fear of bodily injury to the partner or child; and (C)(i) includes a finding that such person represents a credible threat to the physical safety of such intimate partner or child; or (ii) by its terms explicitly prohibits the use, attempted use, or threatened use of physical force against such intimate partner or child that would reasonably be expected to cause bodily injury. An "intimate partner" of a person is: the spouse or former spouse of the person, the parent of a child of the person, or an individual who cohabitates or cohabitating with the person.

**Question 11.i. Definition of Misdemeanor Crime of Domestic Violence:** A Federal, State, local, or tribal offense that is a misdemeanor under Federal, State, or tribal law and has, as an element, the use or attempted use of physical force, or the threatened use of a deadly weapon, committed by a current or former spouse, parent, or guardian of the victim, by a person with whom the victim shares a child in common, by a person who is cohabitating with, or has cohabited with the victim as a spouse, parent, or guardian, or by a person similarly situated to a spouse, parent, or guardian of the victim. The term includes all misdemeanors that have as an element the use or attempted use of physical force or the threatened use of a deadly weapon *(e.g., assault and battery)*, if the offense is committed by one of the defined parties. *(See Exception to 11.c. and 11.i.)* A person who has been convicted of a misdemeanor crime of domestic violence also is not prohibited unless: (1) that person was represented by a lawyer or gave up the right to a lawyer; or (2) if the person was entitled to a jury, was tried by a jury, or gave up the right to a jury trial. Persons subject to this exception should answer "no" to 11.i.

uestion 11.l.  An alien admitted to the United States under a nonimmigrant
isa includes, among others, persons visiting the United States temporarily for
siness or pleasure, persons studying in the United States who maintain a
sidence abroad, and certain temporary foreign workers.  The definition does
OT include permanent resident aliens nor does it apply to nonimmigrant
ens admitted to the United States pursuant to either the Visa Waiver
ogram or to regulations otherwise exempting them from visa requirements.

l alien admitted to the United States under a nonimmigrant visa who
sponds "yes" to question 11.l. must provide a response to question 12
dicating whether he/she qualifies under an exception.

uestion 12.  Exceptions to the Nonimmigrant Alien Response:  An alien
mitted to the United States under a nonimmigrant visa is not prohibited
om purchasing, receiving, or possessing a firearm if the alien:  (1) is in
ossession of a hunting license or permit lawfully issued by the Federal
overnment, a State, or local government, or an Indian tribe federally
cognized by the Bureau of Indian Affairs, which is valid and unexpired; (2)
s admitted to the United States for lawful hunting or sporting purposes; (3)
s received a waiver from the prohibition from the Attorney General of the
nited States; (4) is an official representative of a foreign government who is
credited to the United States Government or the Government's mission to an
ternational organization having its headquarters in the United States; (5) is
. route to or from another country to which that alien is accredited; (6) is an
ficial of a foreign government or a distinguished foreign visitor who has
en so designated by the Department of State; or (7) is a foreign law
forcement officer of a friendly foreign government entering the United
ates on official law enforcement business.

ersons subject to one of these exceptions should answer "yes" to questions
.l. and 12 and provide documentation such as a copy of the hunting license
letter granting the waiver, which must be recorded in 20.c.  If the transferee
uyer) answered "yes" to this question, the licensee must complete 20.c.

he seller should verify supporting documentation provided by the purchaser
d must attach a copy of the provided documentation to this ATF Form 4473,
rearms Transaction Record.

uestion 13.  State of Residence:  The State in which an individual resides.
n individual resides in a State if he or she is present in a State with the
tention of making a home in that State.  If an individual is a member of the
rmed Forces on active duty, his or her State of residence also is the State in
hich his or her permanent duty station is located.

you are a U.S. citizen with two States of residence, you should list your
irrent residence address in response to question 2 (e.g., if you are buying a
earm while staying at your weekend home in State X, you should list your
ddress in State X in response to question 2.)

uestion 16.  Certification Definition of Engaged in the Business:  Under
8 U.S.C. § 922 (a)(1), it is unlawful for a person to engage in the business of
aling in firearms without a license.  A person is engaged in the business of
aling in firearms if he or she devotes time, attention, and labor to dealing in
rearms as a regular course of trade or business with the principal objective of
velihood and profit through the repetitive purchase and resale of firearms.  A
cense is not required of a person who only makes occasional sales,
xchanges, or purchases of firearms for the enhancement of a personal
ollection or for a hobby, or who sells all or part of his or her personal
ollection of firearms.

## Section B

uestion 18.  Type of Firearm(s):  Check all boxes that apply.  "Other"
fers to frames, receivers and other firearms that are not either handguns or
ong guns (rifles or shotguns), such as firearms having a pistol grip that expel
shotgun shell, or National Firearms Act (NFA) firearms.

' a frame or receiver can only be made into a long gun (rifle or shotgun), it is
ill a frame or receiver not a handgun or long gun.  However, they still are
firearms" by definition, and subject to the same

GCA limitations as any other firearms.  See Section 921(a)(3)(b).  18 U.S.C.
Section 922(b)(1) makes it unlawful for a licensee to sell any firearm other than a
shotgun or rifle to any person under the age of 21.  Since a frame or receiver for a
firearm, to include one that can only be made into a long gun, is a "firearm other
than a shotgun or rifle," it cannot be transferred to anyone under the age of 21.
Also, note that multiple sales forms are not required for frames or receivers of any
firearms, or pistol grip shotguns, since they are not "pistols or revolvers" under
Section 923(g)(3)(a).

Question 19.  Gun Shows:  If sale at gun show or other qualifying event
sponsored by any national, State, or local organization, as authorized by 27 CFR
§ 478.100, the seller must record the name of event  and the location (city and
State) of the sale in question 19.

Question 20a.  Identification:  List issuing authority (e.g., State, County or
Municipality) and type of identification presented (e.g., Virginia driver's license
(VA DL), or other valid government-issued identification).

Know Your Customer:  Before a licensee may sell or deliver a firearm to a
nonlicensee, the licensee must establish the identity, place of residence, and
age of the buyer.  The buyer must provide a valid government-issued photo
identification to the seller that contains the buyer's name, residence address,
and date of birth.  The licensee must record the type, identification number,
and expiration date (if any) of the identification in question 20.a.  A driver's
license or an identification card issued by a State in place of a license is
acceptable.  Social Security cards are not acceptable because no address, date of
birth, or photograph is shown on the cards.  A combination of government-
issued documents may be provided.  For example, if a U.S. citizen has two States
of residence and is trying to buy a handgun in State X, he may provide a driver's
license (showing his name, date of birth, and photograph) issued by State Y and
another government-issued document (such as a tax document) from State X
showing his residence address.  If the buyer is a member of the Armed Forces on
active duty acquiring a firearm in the State where his or her permanent duty
station is located, but he or she has a driver's license from another State, you
should list the buyer's military identification card and official orders showing
where his or her permanent duty station is located in response to question 20.a.

Question 20.b.  Alternate Documentation:  Licensees may accept a combination
of valid government-issued documents to satisfy the identification document
requirements of the law.  The required valid government-issued photo identifica-
tion document bearing the name, photograph, and date of birth of transferee may
be supplemented by another valid, government-issued document showing the
transferee's residence address.  This alternate documentation should be recorded
in question 20.b., with issuing authority and type of identification presented.  A
combination of government-issued documents may be provided.  For example, if
a U.S. citizen has two States of residence and is trying to buy a handgun in State
X, he may provide a driver's license (showing his name, date of birth, and
photograph) issued by State Y and another government-issued document (such as
a tax document) from State X showing his residence address.

Question 20c.  Documentation for Aliens Admitted to the United States Under
a Nonimmigrant Visa:  See instructions for Question 11.l.  Types of acceptable
documents would include a valid hunting license lawfully issued in the United
States or a letter from the U.S. Attorney General granting a waiver.

Question(s) 21, 22, 23, NICS BACKGROUND CHECKS:  18 U.S.C. § 922(t)
requires that prior to transferring any firearm to an unlicensed person, a licensed
importer, manufacturer, or dealer must first contact the National Instant Criminal
Background Check System (NICS).  NICS will advise the licensee whether the
system finds any information that the purchaser is prohibited by law from
possessing or receiving a firearm.  For purposes of this form, contacts to NICS
include contacts to State agencies designated to conduct NICS checks for the
Federal Government.  WARNING:  Any seller who transfers a firearm to any
person they know or have reasonable cause to believe is prohibited from receiving
or possessing a firearm violates the law, even if the seller has complied with the
background check requirements of the Brady law.

After the buyer has completed Section A of the form and the licensee has
completed questions 18-20, and before transferring the firearm, the licensee must
contact NICS (read below for NICS check exceptions.)  However, the licensee
should NOT contact NICS and should stop the transaction if:  the

USA00012903

USA00012904

ADLog

DODOIG 006386

Customer Sale - Disposition Pending

## Scan/Enter Serial Nbr:

Serial Nbr. : 452-04973
Short SKU : 019-0530042
Manufacturer: RUGER

Importer. . :

Model...... : AR-556
Type . . . . : RIFLE
Cal./Gauge. : 5.56 NATO

Recvd Date. : 04/08/2016

Recvd From. : Katy DC                    00001

Address 1 . : 1800 N Mason Road
Address 2 . :
City. . . . : Katy,
State, Zip. : TX  77449

Long SKU: 0290    05387   0039 000 0005
Disposition Information
Date . . . : 04  07   2016
Last Name.: KELLEY
First Name: DEVIN
Middle . . : PATRICK
Address 1.: 8011 W COLORADO AVE
Address 2.: #40
City . . .: COLORADO SPRINGS
County . .: EL PASO
State, Zip: CO  , 80904
ID Type. .: CCDL
ID Number.: 14-317-0673
Phone Home: 830 - 703 -3134
Multiple Sale: N

| ENTER | Main Menu | Clear Screen | Back | Confirm |

### VERIFY ALL DATA BEFORE CONFIRMING.

05/026

FBI NICS E-Check - Confirmation Acknowledged

## DEVIN KELLEY
### NTN: 36RMN9Z
### 04/07/2016 17:59:44

The following response
was confirmed with
NICS:

PROCEED

Close

Print Page

Print Details

https://www.cjis.gov/echeck/online/display.xhtml?type=application&action=menu&nav=ret      4/7/2016

USA00012905

FBI NICS E-Check - Confirmation Acknowledged

## DEVIN KELLEY
## NTN: 36RMN9Z
## 04/07/2016 17:59:44

The following response
was confirmed with
NICS:

## PROCEED

Close

Print Page

Print Details

DODOIG    006387

USA00012906

## Academy SPORTS+OUTDOORS — Firearm Transaction Checklist

Customer Name: DEVIN KELLEY          Phone# 830 708-3134

ID Type: ☒ C.D.L    ID# 14-317-0673    Exp Date: 1-12-2020 (If expired, stop sale)

**Instructions: Please circle "Y" for yes, "N" for no, or write "N/A" next to the questions below.**

### STEP 1: Follow all safety instructions for handling firearms

(Y) N  1.  Has the customer been instructed to follow all safety instructions for a firearm transfer?

### STEP 2: Verify that the customer meets the age and residency requirements for a firearm transfer

(Y) N  2.  Does the customer have valid, **UNEXPIRED** government issued photo identification?

Y N/A  3.  Does the customer meet the minimum age (21) and residency requirements for a handgun, pistol-grip firearm, or receiver transfer?

(Y) N  4.  Does the customer meet the minimum age requirement (18) for a long gun transfer?

### STEP 3: Provide proper identification

(Y) N  5.  Did the customer provide a valid, **UNEXPIRED** govt. issued photo ID containing their name, current home address, and a date of birth?

Y N/A  6.  If no, did the customer provide valid government issued supplemental documentation such as a voter registration, vehicle registration, property tax bill, hunting/fishing license, or a change of address form from the Dept. of Motor Vehicles?

(Y) N  7.  Is the customer a US Citizen? If yes, skip to STEP 4.

Y N/A  8.  Is the customer a Resident Alien? If yes, did the customer provide an Alien Registration Number (AR# or USCIS#)?

Y N/A  9.  Is the customer a Nonimmigrant Alien admitted with a Visa? If yes, did the customer provide a valid I-94 number and a valid state hunting license from any US state (cannot be temporary)?

### STEP 4: Complete a Federal Firearms Transaction Record - Form 4473

(Y) N  10.  Did the customer complete each required section of the Form 4473?

(Y) N  11.  Is question 11a answered correctly?

(Y) N  12.  Are questions 11b through 11k answered correctly?

(Y) N  13.  Are questions 11l & Question 12 answered correctly?

(Y) N  14.  Has the customer signed and dated the Form 4473?

### STEP 5: Pass the NICS/POC Background Check

Y (N)  15.  Did the customer provide a valid, **UNEXPIRED** concealed handgun permit with current home address to bypass NICS? The concealed handgun license may be used as an exemption to a NICS background check only if it is issued by one of the following states and is presented in the same issuing state: Texas, South Carolina, Georgia, Arkansas, Mississippi, North Carolina, Kentucky, Kansas (must be issued on or after July 1, 2010), and Louisiana (must be a 5 year permit issued on or after March 9, 2015).

Issuing State _____    CHL/Permit #_____

Issue Date (if applicable)____/____/_____    Exp Date____/____/_____

Y N/A  16.  NC ONLY - For handgun transfers: Did the customer provide a valid pistol purchase permit? Has the permit been attached to the Form 4473? (Note: If the customer has a NC concealed handgun license, the permit is not required.)

(Y) N  17.  Did the customer receive a Proceed response from NICS or the POC?

(Y) N  18.  Has the NICS/POC Final Status printout been attached to the Form 4473 (NICS - detailed printout)?

### STEP 6: Review of paperwork and firearm, and complete the firearm transfer (completed by a manager)

(Y) N  19.  Has the customer inspected the firearm to make sure it is the correct model, caliber/gauge, and to ensure there are no issues with the firearm?

(Y) N  20.  Has the manager inspected the firearm to the Form 4473 to make sure the correct manufacturer/importer, model, serial #, firearm type, and caliber/gauge have been documented correctly on lines 26 - 30 on the Form 4473? This information must come directly off of the firearm and match the Electronic A&D log. Report any discrepancies to Firearm Compliance.

(Y) N  21.  Has the manager verified that the serial number of the firearm matches the firearm box?

(Y) N  22.  Has the manager verified that there is an owner's manual in the box?

(Y) N  23.  Has the manager examined the customer's paperwork for accuracy and completeness?

(Y) N  24.  Has the manager verified the Final Status detailed printout matches the customer's information on the Form 4473 and the status is a PROCEED?

Y N  25.  Has the manager VERIFIED, printed his/her name LEGIBLY and signed the Form 4473?

Manager Printed Name NICK MORENO          Date 4-7-16

Manager Signature _____    Reg# 202    Trans# 2949

Serial # 852-06623    SKU# 103530047    (list additional firearms on back of form)

Revised August 2015

DODOIG  006388

USA00012907

OMB No. 1140-0020

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Firearms Transaction Record

| | |
|---|---|
| **WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a \$250,000 fine. | Transferor's/Seller's Transaction Serial Number *(If any)* |
| Read the Notices, Instructions, and Definitions on this form. Prepare in original only at the licensed premises *("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located)* unless the transaction qualifies under 18 U.S.C. 922(c). All entries must be handwritten in ink. **"PLEASE PRINT."** | Electronic |

### Section A - Must Be Completed Personally By Transferee/Buyer

1. Transferee's/Buyer's Full Name *(If legal name contains an initial only, record "IO" after the initial. If no middle initial or name, record "NMN".)*

| Last Name *(Including suffix (e.g., Jr, Sr, II, III))* | First Name | Middle Name |
|---|---|---|
| Kelley | Devin | Patrick |

2. Current State of Residence and Address *(U.S. Postal abbreviations are acceptable. Cannot be a post office box.)*

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 2825 Fm 2722 | New Braunfels | Comal County | TX | 78132 |

| 3. Place of Birth | | 4. Height | 5. Weight *(Lbs.)* | 6. Sex | 7. Birth Date | | |
|---|---|---|---|---|---|---|---|
| U.S. City and State  -OR-  Foreign Country | | Ft. 5 | 245 | [X] Male | Month | Day | Year |
| San Marcos, TX | | In. 10 | | ☐ Female | 02 | 12 | 1991 |

| 8. Social Security Number *(Optional, but will help prevent misidentification)* | 9. Unique Personal Identification Number *(UPIN)* if applicable *(See Instructions for Question 9.)* |
|---|---|
| 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 | |

| 10.a. Ethnicity | 10.b. Race *(In addition to ethnicity, select one or more race in 10.b. Both 10.a. and 10.b. must be answered.)* |
|---|---|
| ☐ Hispanic or Latino | ☐ American Indian or Alaska Native   ☐ Black or African American   [X] White |
| [X] Not Hispanic or Latino | ☐ Asian   ☐ Native Hawaiian or Other Pacific Islander |

| 11. Answer the following questions by checking or marking "yes" or "no" in the boxes to the right of the questions. | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you.** *Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b. (See Instructions for Question 11.a.)* | [X] | ☐ |
| b. Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | [X] |
| c. Have you ever been convicted in any court of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | [X] |
| d. Are you a fugitive from justice? *(See Instructions for Question 11.d.)* | ☐ | [X] |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside.** | ☐ | [X] |
| f. Have you ever been adjudicated as a mental defective OR have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | [X] |
| g. Have you been discharged from the Armed Forces under **dishonorable** conditions? | ☐ | [X] |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | [X] |
| i. Have you ever been **convicted** in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | [X] |

12.a. Country of Citizenship: *(Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)*

[X] United States of America *(U.S.A)*   ☐ Other Country/Countries *(Specify)*:

| | | Yes | No |
|---|---|---|---|
| 12.b. | Have you ever renounced your United States citizenship? | ☐ | [X] |
| 12.c. | Are you an alien illegally or unlawfully in the United States? | ☐ | [X] |
| 12.d.1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa? *(See Instructions for Question 12.d.)* | ☐ | [X] |
| 12.d.2. | If "yes", do you fall within any of the exceptions stated in the instructions? | [X] N/A | ☐ | ☐ |

13. If you are an alien, record your U.S.-Issued Alien or Admission number *(AR#, USCIS#, or I94#)*:

| | | |
|---|---|---|
| Previous Editions Are Obsolete | **Transferee/Buyer Continue to Next Page** | ATF Form 4473 (5300.9) |
| Page 1 of 6 | **STAPLE IF PAGES BECOME SEPARATED** | Revised October 2016 |

USA00012896

I certify that my answers in Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.i and/or 12.b. through 12.c. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12.d.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 12.d.2. and provides the documentation required in 18.c. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law. (See Instructions for Question 14.)

| 14. Transferee's/Buyer's Signature | 15. Certification Date |
|---|---|
|  | 10/18/2017 |

### Section B - Must Be Completed By Transferor/Seller

16. Type of firearm(s) to be transferred (check or mark all that apply):

[X] Handgun   [ ] Long Gun (rifles or shotguns)   [ ] Other Firearm (frame, receiver, etc. See Instructions for Question 16.)

17. If transfer is at a qualifying gun show or event:

Name of Function: _____

City, State: _____

18.a. Identification (e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.) (See Instructions for Question 18.a.)

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| TX DL | 25828192 | 02 | 12 | 2024 |

18.b. Supplemental Government Issued Documentation (if identification document does not show current residence address) (See Instructions for Question 18.b.)

18.c. Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "YES" to 12.d.2. the transferor/seller must record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473. (See Instructions for Question 18.c.)

### Questions 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s) (See Instructions for Questions 19, 20 and 21.)

19.a. Date the transferee's/buyer's identifying information in Section A was transmitted to NICS or the appropriate State agency:

| Month | Day | Year |
|---|---|---|
| 10 | 18 | 2017 |

19.b. The NICS or State transaction number (if provided) was:

100DLC14M

19.c. The response initially (first) provided by NICS or the appropriate State agency was:

[X] Proceed   [ ] Delayed   [ ] Denied   [ ] Cancelled
[The firearm(s) may be transferred on _____ if State law permits (optional)]

19.d. The following response(s) was/were later received from NICS or the appropriate State agency:

[ ] Proceed _____ (date)   [ ] Overturned
[ ] Denied _____ (date)
[ ] Cancelled _____ (date)
[ ] No response was provided within 3 business days.

19.e. (Complete if applicable.) After the firearm was transferred, the following response was received from NICS or the appropriate State agency on:
_____ (date).   [ ] Proceed   [ ] Denied   [ ] Cancelled

19.f. The name and Brady identification number of the NICS examiner. (Optional)
_____ (name)   _____ (number)

19.g. Name of FFL Employee Completing NICS check. (Optional)
REYES NINO

20. [ ] No check was required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application. (See Instructions for Question 20.)

21. [ ] No NICS check was required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS. (See Instructions for Question 21.)

| Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |
|---|---|---|---|
| | | | |

### Section C - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section A, the transferee/buyer must complete Section C immediately prior to the transfer of the firearm(s). (See Instructions for Question 22 and 23.)

I certify that my answers to the questions in Section A of this form are still true, correct, and complete.

| 22. Transferee's/Buyer's Signature | 23. Recertification Date |
|---|---|
| | |

### Transferor/Seller Continue to Next Page
### STAPLE IF PAGES BECOME SEPARATED

Page 2 of 6

ATF Form 4473 (5300.9)
Revised October 2016

DODOIG   006378

USA00012897

## Section D - Must Be Completed By Transferor/Seller Even If The Firearm(s) Is Not Transferred

| 24. Manufacturer and Importer *(If any) (If the manufacturer and importer are different, the FFL must include both.)* | 25. Model *(If Designated)* | 26. Serial Number | 27. Type *(See Instructions for Question 27.)* | 28. Caliber or Gauge |
|---|---|---|---|---|
| 1. RUGER | SR22 | 366-99791 | Pistol | 22 LR |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

**REMINDER - By the Close of Business Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

| 29. Total Number of Firearms Transferred *(Please handwrite by printing e.g., zero, one, two, three, etc. Do not use numerals.)*   one | 30. Check if any part of this transaction is a pawn redemption. ☐ Line Number(s) From Question 18 Above: |
|---|---|
| 31. For Use by Licensee *(See Instructions for Question 31.)* | 32. Check if this transaction is to facilitate a private party transfer. ☐ *(See Instructions for Question 32.)* |

33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number *(Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.)*
5-74-01390
Academy Store 46
15350 IH 35 North
Selma, TX 78154

### The Person Transferring The Firearm(s) Must Complete Questions 34-37.
### For Denied/Cancelled Transactions, the Person Who Completed Section B Must Complete Questions 34-36.

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections B and D is true, correct, and complete; and (3) this entire transaction record has been completed at my licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled, I further certify on the basis of — (1) the transferee's/buyer's responses in Section A (and Section C, if applicable); (2) my verification of the identification recorded in question 18 (and my re-verification at the time of transfer, *if Section C was completed*); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 34. Transferor's/Seller's Name *(Please print)* | 35. Transferor's/Seller's Signature | 36. Transferor's/Seller's Title | 37. Date Transferred |
|---|---|---|---|
| REYES NINO | | TEAM MEMBER | 10-16-17 |

### NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. *(See ATF Publication 5300.5, State Laws and Published Ordinances.)*

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2.

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 *(which includes the Notices, General Instructions, and Definitions)*, and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF. Filing may be chronological *(by date of disposition)*, alphabetical *(by name of purchaser)*, or numerical *(by transaction serial number)*, as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

**FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED:** If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical *(by name of transferee)* or chronological *(by date of transferee's certification)* order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections B and D. The transferee/buyer should only make changes to Section A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor/seller's permanent records.

**Exportation of Firearms:** The State or Commerce Departments may require a firearms exporter to obtain a license prior to export. **Warning:** Any person who exports a firearm without proper authorization may be fined not more than $1,000,000 and/or imprisoned for not more than 20 years. See 22 U.S.C. 2778(c).

#### Section A

The transferee/buyer must personally complete Section A of this form and certify *(sign)* that the answers are true, correct, and complete. However, if the transferee/buyer is unable to read and/or write, the answers *(other than the signature)* may be completed by another person, excluding the transferor/seller. Two persons *(other than the transferor/seller)* must then sign as witnesses to the transferee's/buyer's answers and signature/certification in question 14.

ATF Form 4473 (5300.9)
Revised October 2016

DODOIG   006379

USA00012898