IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOE HOLCOMBE, et. al, | § | NO. 5:18-CV-00555-XR |
| | § | (Consolidated cases) |
| Plaintiffs | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | |
| UNITED STATES OF | § | |
| AMERICA, | § | |
| | § | |
| Defendant | § | |

## UNITED STATES OF AMERICA'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, Defendant United States of America respectfully requests that the Court enter summary judgment in its favor because there is no genuine dispute as to any material fact and the Defendant is entitled to judgment as a matter of law.  For the reasons that follow, Defendant United States of America respectfully requests that the Court grant this motion, and that it dismiss all of Plaintiffs' claims with prejudice.

Dated: August 21, 2020                       Respectfully submitted,

                                             ETHAN P. DAVIS
                                             Acting Assistant Attorney General
                                             Civil Division

                                             JOHN F. BASH
                                             United States Attorney

STEPHEN E. HANDLER
Senior Trial Counsel, Torts Branch
Civil Division

*Paul David Stern*
PAUL DAVID STERN
AUSTIN L. FURMAN
JOCELYN KRIEGER
DANIEL P. CHUNG
Trial Attorneys, Torts Branch
Civil Division
United States Department of Justice

Attorneys for Defendant
UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I certify that on August 21, 2020, I electronically filed the foregoing with the clerk of court by using the CM/ECF system, and that all counsel of record have received notice and been served through that system.

*Paul David Stern*
PAUL DAVID STERN
Trial Attorney, Torts Branch
Civil Division
United States Department of Justice
Attorneys for Defendant
UNITED STATES OF AMERICA
