# Ex. G

```
Submitted on October 21, 2013:

Administrative Segment M:

NM01900DO000077711AYJMAYI201105250000201106090001              000000


Offense Segment F:

NM01900DO000077711AYJFAA128-G-CNNN20YNM        99          AXN


Arrestee/Offender Segment A:

NM01900DO000077711AYJAC01AKELLEY                 DEVIN       PATRICK
EM03FRS63424548419910212                       TXUS 20
NM01900DO000077711AYJAC02AKELLEY                 TESSA       KAYLYNN
S██████████                                     0000


Victim Segment V:

NM01900DO000077711AYJVA001A128-G-CA
I             0100M    DN09 06 IBON 01AF02AB


No data for Property Segment P
```

USA00016836