# Ex. J

Document filed under seal