# Ex. K

## STATEMENT OF DANIELLE KELLEY

| | |
|---|---|
| STATE OF TEXAS | § |
| COUNTY OF BEXAR | § |

 Before me, the undersigned notary public, on this day personally appeared Danielle Kelley, the affiant, who being by me duly sworn, upon this oath deposed and said that this statement is made on personal knowledge and is true and correct:

1. "My name is Danielle Kelley. I am over 18 years of age. I am of sound mind, have never been convicted of a felony, and competent to make this statement. The facts stated in this affidavit are within my personal knowledge and are true and correct.
2. I was married to Devin Kelley. We married on April 4, 2014 and lived together until his passing. Shortly after we married, we moved to Colorado Springs, Colorado.
3. In or around November or December 2015, I was shopping with Devin at the Dick's Sporting Goods, located at 303 Creekside Way, New Braunfels, Texas.
4. That day, Devin went to the gun counter to purchase a Ruger Assault Rifle that he had wanted for some time. I was present at the gun counter with Devin for part of the time of the transaction and personally witnessed him looking at multiple guns including a Ruger Assault Rifle. He completed purchase paperwork there and the Manager at Dick's Sporting Goods came over and declined to sell him the gun because of an ID issue. Devin had a Colorado driver's license at that time and did not have a Texas ID. Devin was prevented from purchasing the gun at Dick's Sporting Goods that day. We did not visit Dicks again after that.
5. In or around April 2016, Devin and I went to Academy in Selma, Texas. There he purchased a Ruger AR 556; that day he also purchased a magazine and ammunition. It was a quick and easy transaction. It is my understanding that the firearm Devin used in the Sutherland Springs shootings was the AR 556 that Devin bought at Academy located in Selma, Texas.
6. After Devin purchased the AR, we consistently went back to Academy in Selma. With each visit to Academy, which happened about once a month, Devin would purchase additional magazines and multiple boxes of ammunition.
7. Devin did not disclose to me his criminal background, that he wasn't allowed to have firearms or his intentions in purchasing the AR 556 or any of the ammunition. If there was anything I could've done or intervened to prevent the shooting, I would've done it.

Further, affiant sayeth not.

_Danielle Kelley_
Danielle Kelley

Signed and sworn before me on the 5th day of April 2019.

NICOLE B DAVIS
125547372
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
MARCH 21, 2023

_____
Notary Public in and for the State of Texas

SSS-001035