# Ex. L

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

Joe Holcombe, et al.
*Plaintiff*
v.
United States of America
*Defendant*

Civil Action No. 5:18-cv-555-XR

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: New Braunfels Counseling Center
43 Gruene Park Dr., New Braunfels, TX 78130

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attachment.

| Place: United States Attorney's Office (W.D. Tex.) 601 N.W. Loop 410, Suite 600 San Antonio, Texas 78216 | Date and Time: 04/01/2020 12:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/18/2020

*CLERK OF COURT*

OR

_________________________
*Signature of Clerk or Deputy Clerk*

/s/ Paul David Stern
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* United States of America, who issues or requests this subpoena, are:

Paul David Stern, PO Box 888, Washington, DC 20044, Paul.David.Stern@usdoj.gov, (202) 244-2452

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 5:18-cv-555-XR

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ______________________
on *(date)* ____________ .

❒ I served the subpoena by delivering a copy to the named person as follows: ______________
______________________________________________________________
______________________________________ on *(date)* ____________ ; or

❒ I returned the subpoena unexecuted because: ______________________________
______________________________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ ____________ .

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** ***For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
**(i)** is a party or a party's officer; or
**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** ***For Other Discovery.*** A subpoena may command:
**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** ***Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** ***Command to Produce Materials or Permit Inspection.***
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** ***Quashing or Modifying a Subpoena.***
**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
**(i)** fails to allow a reasonable time to comply;
**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
**(iv)** subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** ***Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** ***Claiming Privilege or Protection.***
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
**(i)** expressly make the claim; and
**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

MARLOW00000003

**ATTACHMENT TO SUBPOENA TO NEW BRAUNFELS COUNSELING CENTER**

**INSTRUCTIONS**

1. In lieu of producing these documents as stated on the front of the subpoena, documents may be sent via email to Paul David Stern, United States Department of Justice, at paul.david.stern@usdoj.gov. If you are unable to produce the documents via email, they can be sent by overnight delivery to Paul David Stern, U.S. Department of Justice, Three Constitution Square, 175 N Street, NE, 11th Floor, Rm. 1809, Washington, DC 20002, so that they are received by the close of business on **April 1, 2020**. If you are not willing to send the documents in this manner, please contact me via email so that I can coordinate receipt of documents with the U.S. Attorney's office.

2. With respect to documents produced in connection with this subpoena, please complete the business-records declaration included with this subpoena. If any of the documents requested below were once, but no longer are, in your possession, custody, or control, please provide a declaration stating as such, and, if known, the reasons for such unavailability.

**DEFINITIONS**

The definitions from Civil Rule 26(b) of the Western District of Texas Local Rules are applicable to this subpoena, including the following definitions:

Communication. The term "communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise).

Concerning. The term "concerning" means relating to, referring to, describing, evidencing or constituting.

Document. The term "document" is defined to be synonymous in meaning and equal in scope to the usage of those terms in Federal Rule of Civil Procedure 34(a)(1)(A). A draft or

non-identical copy is a separate document within the meaning of the term "document."

**REQUESTED DOCUMENTS**

Please produce all of the following material that is in your possession, custody, or control:

1. All documents (including, but not limited to, medical and counseling records; insurance claims, coverage, and payments; and notes, mental impressions, and video/audio recordings made by therapists or counselors) and communications (including but not limited to emails, texts, and social media posts) concerning treatment received by Devin Patrick Kelley at the New Braunfels Counseling Center.

## Cover Sheet: Devin Kelley

**Name:** Devin Kelley
**Gender:** M
**Birthday:** 02/12/91
**Address:** 2825 FM 2722
New Braunfels, TX
78132
**Primary Phone** (830) 708-3134
**E-mail**

**Provider** Candace Marlowe
**Referring Provider**
**Diagnosis (ICD-10)** F31.9
**Date Entered** 06/06/16
**Date of Onset** 06/06/16
**Accept Assignment** Yes

## Insurance Information

| Responsibility | Insurance Name | Primary ID | Effective |
|---|---|---|---|
| Primary | Cenpatico Behavioral Health | 625436564 | |

**New Braunfels Counseling Center**
43 Gruene Park Dr
New Braunfels, TX 78130-2459

**Inv Date:** 03/26/2020
**Inv #:** S221108
**Balance:** $0.00

To: **Devin Kelley**
2825 FM 2722
New Braunfels, TX 78132

# Account Balance Statement

**Invoice Balance: $0.00**
**This invoice covers the period up to 03/26/2020**

## Finalized Charges

Below are balances that are due. Each line shows a service performed. The balance is the original charge amount minus payments and adjustments applied to that service.

| DOS | Class | Loc | POS | Service | Diag | Mins | Provider | Charge | Payments and Adjustments | | | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Ins | Client | Adj | |
| 06/06/16 | | 13 | 11 | 90791 | 2413 | 60 | C Marlowe | 150.00 | 79.74 | 0.00 | 70.26 | 0.00 |
| 06/09/16 | | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 130.00 | 67.15 | 0.00 | 62.85 | 0.00 |
| 06/14/16 | | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 130.00 | 67.15 | 0.00 | 62.85 | 0.00 |
| 06/16/16 | | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 130.00 | 67.15 | 0.00 | 62.85 | 0.00 |
| 06/21/16 | | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 130.00 | 67.15 | 0.00 | 62.85 | 0.00 |
| 06/23/16 | THCN | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/28/16 | | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 130.00 | 67.15 | 0.00 | 62.85 | 0.00 |
| 06/30/16 | THCN | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/01/16 | | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 130.00 | 67.15 | 0.00 | 62.85 | 0.00 |
| 07/05/16 | | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 130.00 | 67.15 | 0.00 | 62.85 | 0.00 |
| 07/07/16 | | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 130.00 | 67.15 | 0.00 | 62.85 | 0.00 |
| 07/12/16 | | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 130.00 | 67.15 | 0.00 | 62.85 | 0.00 |
| 07/15/16 | | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 130.00 | 67.15 | 0.00 | 62.85 | 0.00 |
| 07/19/16 | | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 130.00 | 67.15 | 0.00 | 62.85 | 0.00 |
| 07/21/16 | | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 130.00 | 67.15 | 0.00 | 62.85 | 0.00 |
| 07/26/16 | | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 130.00 | 67.15 | 0.00 | 62.85 | 0.00 |
| 07/28/16 | | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 130.00 | 67.15 | 0.00 | 62.85 | 0.00 |
| 08/02/16 | | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 130.00 | 67.15 | 0.00 | 62.85 | 0.00 |
| 08/04/16 | THCN | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/09/16 | | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 130.00 | 67.15 | 0.00 | 62.85 | 0.00 |
| 08/11/16 | | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 130.00 | 67.15 | 0.00 | 62.85 | 0.00 |
| 08/16/16 | | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 130.00 | 67.15 | 0.00 | 62.85 | 0.00 |
| 08/23/16 | | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 130.00 | 67.15 | 0.00 | 62.85 | 0.00 |
| 08/25/16 | | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 130.00 | 67.15 | 0.00 | 62.85 | 0.00 |
| 08/30/16 | | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 130.00 | 67.15 | 0.00 | 62.85 | 0.00 |
| 09/01/16 | | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 130.00 | 67.15 | 0.00 | 62.85 | 0.00 |
| 09/06/16 | | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 130.00 | 67.15 | 0.00 | 62.85 | 0.00 |
| 09/08/16 | NS 60 | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/14/16 | Lt Can | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/23/17 | Lt Can | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/01/17 | | 13 | 11 | 90837 | 2413 | 60 | C Marlowe | 130.00 | 0.00 | 0.00 | 130.00 | 0.00 |
| | | | | | | | **Total:** | **3270.00** | **1624.19** | **0.00** | **1645.81** | **0.00** |

### Client/Patient Information

| Name | Record # |
|---|---|
| Devin Kelley | 1502TB2401 |

### Location (Loc) Code Addresses

| Loc | Address |
|---|---|
| 13 | 43 Gruene Park Dr New Braunfels, TX 781302459 |

### Diagnosis

| Name | ID | Case | ICD |
|---|---|---|---|
| Devin Kelley | 2413 | Default Case | **ICD-10:** F31.9 |

### Session Class Description

| Class | Description |
|---|---|
| THCN | Therapist Cancelled Appt. |
| NS 60 | No Show 60 min appt |
| Lt Can | Cancelled without 24hr notice |

All fees payable to New Braunfels Counseling Center , Tax ID#: 200292742

*Please contact the office at (830)625-0599 to set up payment arrangements.*

New Braunfels Counseling
43 Gruene Park Dr.
New Braunfels, TX 78130
(830)625-0599 fax (830)625-5877

Darla Lane, LCSW
Lupita Martinez-Goller, LCSW
John Morris, LPC
Martha Ward, LPC, ATR
Sunshine Clarkson-Lee, LPC
Kristin Witte, Hubbard, LPC
Candace Marlowe, LPC
Gary Avignon, LPC

## CLIENT CONTACT FORM

Client Name: Devin Kelley Date of Birth: 2-12-91 Age: 25

Gender: (Male) Female Marital Status: (M) S D Social Security: 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

Address: 2825 FM 2722

City, State, Zip: New Braunfels TX 78132

**Circle the preferred:**

Home Phone: (____) ________ Cell Phone: (830) 708-3134

May I leave a message? (YES) NO Restrictions: ________

Email address: ________ PCP: ________

Employer: Self, How did you hear about us? google

## Family/Emergency Contact Data

Parent/Spouse/ Guardian: ________

Address: ________ City, State, Zip: ________

Parent/ Spouse Employer: ________ Phone: (____) ________

Parent/ Spouse Social Security Number: ________ DOB: ________

Name of nearest relative not living with you: ________

Address: ________ City, State, Zip: ________

Phone: (____) ________

Description of Problem:

1/16 revised

New Braunfels Counseling
43 Gruene Park Dr.
New Braunfels, TX 78130
(830)625-0599 fax (830)625-5877

Darla Lane, LCSW
Lupita Martinez-Goller, LCSW
John Morris, LPC
Martha Ward, LPC, ATR
Sunshine Clarkson-Lee, LPC
Kristin Witte, Hubbard, LPC
Candace Marlowe, LPC
Gary Avignon, LPC

## Payment /Therapy Charges

***We will need a copy of your insurance card and photo ID***

Insured Full Name: Devin Patrick Kelley DOB: 2-12-91 Sex: M

SSN: 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 *(Insured person's social security is required)*

Address of Insured: 2825 FM 2722 City/State/Zip: New Braunfels TX 78132

Client's relationship to insured: **Self** (circled) **Spouse Child** Other: ____________

Insured's Employer: Self

Insured's Phone: (8307083134 *(circle)* **cell** (circled) **home other**

Is there a second insurance policy *(circle)* **YES NO** (circled) **I don't know** *(if yes a copy of the card is required and ask office staff for an additional form for insurance)*

## Therapy Charges

| **Initial Evaluation** | | **Individual/Family/Group Therapy** | |
|---|---|---|---|
| 45 to 60 min. | $150.00 | 45 min | $120.00 (individual) |
| | | 60 min | $130.00 (individual) |
| | | 45/60 min | $135.00 (family) |

I hereby give New Braunfels Counseling Center permission to file with my insurance company to receive reimbursement for services rendered. I understand that I am totally liable for my bill and although NBCC will file with my insurance, I am liable for charges accrued while I am receiving therapeutic services. Missed appointments, and those cancelled with less than 24 hours notice will be billed at the standard rate to me. If more than two concurrent therapy sessions are NO SHOW's, the account must be made current before any additional sessions will be scheduled and the counselor may decide to terminate services. I ACKNOWLEDGE THAT I HAVE RECEIVED A NOTICE OF PRIVACY PRACTICES explaining how my medical information will be used and disclosed.

Parent (parent/guardian if minor) Signature: [signature]

1/16 revised

New Braunfels Counseling
43 Gruene Park Dr.
New Braunfels, TX 78130
(830)625-0599 fax (830)625-5877

Darla Lane, LCSW
Lupita Martinez-Goller, LCSW
John Morris, LPC
Martha Ward, LPC, ATR
Sunshine Clarkson-Lee, LPC
Kristin Witte, Hubbard, LPC
Candace Marlowe, LPC
Gary Avignon, LPC

## Informed Consent

By signing this document, I, Devin Kelley, am indicating that I agree to participate in the following services with New Braunfels Counseling Center (hereafter NBCC):

_____ CLINICAL ASSESSMENT
_____ CLINICAL ASSESSMENT FOR MY CHILD
_____ FAMILY THERAPY OR COUPLES THERAPY
_____ OTHER ______________________________
_____ INDIVIDUAL THERAPY
_____ THERAPY FOR MY CHILD

I understand in order to develop the therapist-patient relationship plan necessary to meet my needs, an initial assessment will be completed and a joint decision made to either proceed with the recommended treatment plan or continue the assessment over additional visits. The limitations and benefits of all therapy or services I may receive will be discussed with me. I understand that while the long term goal of therapy is to feel better. I may experience a period of feeling worse before I begin to feel better and I also understand that there is no guarantee of success. I understand that there may be alternative methods of therapy for my consideration and I am encouraged to ask questions regarding my treatment or other methods at any time.

## Notice of Privacy Practices

I ACKNOWLEDGE THAT I HAVE RECEIVED A NOTICE OF PRIVACY PRACTICES:

DPK Notice of Privacy Practices received (initial)

DPK Notice of Privacy Practices declined (initial)

Signature: [signature] Date: June 6 2016

Relationship to Client: ______________________________

## Client Responsibilities

As a client, you have some important responsibilities. Please keep all scheduled appointments with your counselor and be prompt. Being on time is an indication of your commitment to your own progress in counseling. Please remember that once and appointment is made, your counselor has set that time aside. Late cancellations or "No Shows" not only disrupt your counselor's schedule, but are discourteous as well. If some occurrence prevents you from keeping a scheduled appointment, contact the office as soon as possible. You will be charged the standard rate for a full session if you miss a session, if 24 hours notice is not given to cancel your appointment. ***The 24 hour notice must be during the Monday through Friday work week, not over a weekend or the standard fee will be charged to you (not insurance).*** We also reserve the right to terminate therapy if there are excessive cancellations or "No Shows", as appointments need to be kept in order to provide the best quality service. Excessive cancellations or "No Shows" are defined as 2 subsequent sessions or more than two cancellations within a one month period.

## Phone Messages

If a situation arises that you feel the counselor needs to know about before your next scheduled appointment, please feel free to contact the office and leave a message for you counselor. Your message will be confidential, and your counselor will review your message before your scheduled therapy session. There will be a fee of $125.00 per hour for phone support, prorated in 15 minute increments. If an emergency arises, please contact 911 or go to the nearest emergency room.

## Financial Responsibility

We accept most insurance and will file your claim for you; however, it is important for you to understand that you are responsible for your bill. We expect payment of any deductibles and/or copayments as services are rendered. Payment maybe made by cash, check, debit and credit card in the office or you may also pay your bill online at www.nbcounselingcenter.com.
Flexible spending account /HRA cards are also accepted.

*New Braunfels Counseling*
*43 Gruene Park Dr.*
*New Braunfels, TX 78130*
*(830)625-0599 fax (830)625-5877*

*Darla Lane, LCSW*
*Lupita Martinez-Goller, LCSW*
*John Morris, LPC*
*Martha Ward, LPC, ATR*
*Sunshine Clarkson-Lee, LPC*
*Kristin Witte, Hubbard, LPC*
*Candace Marlowe, LPC*
*Gary Avignon, LPC*

NBCC does not extend credit. NBCC would rather communicate with our clients to find solutions to overdue accounts. I will contact the office if payment arrangements need to be made. I hereby consent to the delegation of collection activity to an outside collection service, including the release of necessary information by the collection agency. A delinquency fee of 40% of the outstanding balance will be added if a collection agency is required.

I am aware that there is a **returned check fee of $25** in addition to the reimbursement of the charges assessed by NBCC's bank. ***Statements, receipts, or other documents will not be issued to any delinquent account until paid in full.*** Payment by credit cards will be in accordance with the Informed Consent form provided by NBCC. I agree that NBCC reserves the right to amend this agreement and may provide me with written notice of any amendment, at which time I have 30 days to decide to continue treatment with my therapist at NBCC under the amended agreement. I authorize payment of benefits to my therapist at NBCC for any/all services rendered by that therapist.

I am aware that State and Federal laws require NBCC to collect copayments, coinsurance and deductibles in full. I am responsible for paying my copayments, coinsurance, and deductibles at the time services are rendered. **I am aware that I am fully responsible for all fees not covered by my insurance company and that there is no guarantee that my insurance company will cover services.** NBCC will file with my insurance company and will bill me for coinsurance and deductibles that are due upon receiving an explanation of benefits. If my balance exceeds $200.00, after explantation of benefits from my insurance company, or if I am paying privately; my counselor may stop providing services until my balance is decreased to a reasonable amount. I understand that services may not be provided if my account is turned over to an attorney or collection agency.

**Fees**

| | | |
|---|---|---|
| Initial Assessment | | $150.00 |
| Individual Session | 45 min | $120.00 |
| Individual Session | 60 min | $130.00 |
| Family/Marital Session | | $135.00 |
| Phone Session | | $130.00 (prorated in 15 min increments) |
| Cancellation W/O 24 Hr Notice | | $120.00 to $130.00 |
| No Show | | $120.00 to $130.00 |
| Complete File Copy | | $25.00 (1-20 pages/ $.50 per page thereafter) |
| Other Services Rendered | | $120.00 per hr |

Letters, Disability forms, or other forms completed by therapists (per occurrence): $25.00

**Court Appearances**

We are **NOT FORENSIC THERAPISTS**, but if we are subpoenaed for court for any reasons fees are:
**$350.00 per hr**

***Minimum retainer fee for legal services: $1400.00.***
I understand that if report preparation is required or requested, the rate for the preparation will be charged at the standard rate of a therapy session. Frequent and/or extended telephone will also be charged for at the standard phone session rate. These services are not usually reimbursed by insurance. The therapists at NBCC will not agree to court appearances or other legal involvement unless they have discussed the matter thoroughly and both therapist and the client agree to such involvement. The therapists will also decide whether involvement is within the range of therapist competence and whether or not court will interfere with treatment relationship. If you become involved in legal proceedings that require a therapist's participation, you will be expected to pay for the time, **even if the therapist is called to testify by another party.** Due to the difficulty of legal involvement, **a charge of $350.00 per hour** will be assessed for any preparation and attendance at any legal proceeding, including research of the client's previous therapy sessions. Professional fees for court appearances, depositions and attorney consultations including travel and waiting time, are non-refundable, are payable in advance only, and is not prorated as we have to block out time to be at court; thus preventing us from being able to see other clients during that time. **A minimum if $1400.00 is required and must be paid prior to any response to attorneys via telephone, provisions of clinical opinions, subpoenas, report preparation for either litigating party, or testimony.**

*New Braunfels Counseling*
*43 Gruene Park Dr.*
*New Braunfels, TX 78130*
*(830)625-0599 fax (830)625-5877*

*Darla Lane, LCSW*
*Lupita Martinez-Goller, LCSW*
*John Morris, LPC*
*Martha Ward, LPC, ATR*
*Sunshine Clarkson-Lee, LPC*
*Kristin Witte, Hubbard, LPC*
*Candace Marlowe, LPC*
*Gary Avignon, LPC*

Your signature below means that you have read and understand the information contained in this form:

Signature: [signature] Date: June 6 2016

Relationship to client: ____________________

I understand that this agreement is valid for the duration of time that I am participating in services with NBCC. By signing below, I acknowledge that I have received a copy the **Informed Consent** and I understand and agree to the entire contents of these documents. I acknowledge that I have had an opportunity to have answered any questions, comments or concerns that I might have had prior to signing this consent and participation in services. I am aware that I can stop counseling at any time. NBCC reserves the right to amend the **Informed Consent** at any time and copies will be available at the office of NBCC and the NBCC website at www.nbcounselingcenter.com. I can request a copy of charges at any time at no charge. Any changes that NBCC makes are effective immediately unless otherwise indicated.

Signature: [signature] Date: June 6 2016

Signature of Parent or Spouse (if applicable): ____________________

**Patients are responsible for updating any and all insurance information with the front desk. If insurance denies a claim due to patients' not informing front desk of new/updated information, the patient is held responsible for any and all charges assessed.**

1/16 revised

*New Braunfels Counseling*
*43 Gruene Park Dr.*
*New Braunfels, TX 78130*
*(830)625-0599 fax (830)625-5877*

*Darla Lane, LCSW*
*Lupita Martinez-Goller, LCSW*
*John Morris, LPC*
*Martha Ward, LPC, ATR*
*Sunshine Clarkson-Lee, LPC*
*Kristin Witte, Hubbard, LPC*
*Candace Marlowe, LPC*
*Gary Avignon, LPC*

✓ I understand that Candace Marlowe is a Licensed Clinical Social Worker/ Licensed Professional Counselor/ Psychologist in the State of Texas. (please circle the correct License).

✓ I understand that NBCC works with children, adolescents, and adults in individual and family counseling.

✓ I understand that as my therapist, or the therapist working on my child, I am in control of the counseling relationship and may choose at any time to end our therapeutic relationship.

✓ I understand that if I am concerned about slow progress or lack of progress, I have the right to speak to my therapist at NBCC about this concern.

✓ I understand that if any assignment is given that I disagree with morally, emotionally or ethically, I have the right to not proceed with the assignment.

✓ I understand that counseling can improve, as well as upset the equilibrium in any person or family.

✓ I understand that any LPC or LCSW at NBCC, are not psychiatrist and as such cannot recommend or prescribe medications, but can encourage clients to see an MD for a medical evaluation.

✓ I understand that my therapist at NBCC does not perform formal testing; however I may be referred to a psychologist who can perform formal testing.

✓ I understand that there are occasions when confidentiality can/must be breached. those occasions are: 1) the client request the therapist to tell someone else in writing or verbally; 2) the therapist determines that the client is a threat to themselves or others; 3) the therapist is ordered by court to disclose information; 4) the therapist suspects that child abuse has taken place, at which time he.she will notify Child Protective Services.

✓ I understand the therapists and clients paths may cross in social situations, but the therapeutic relationship comes first, along with the protections of confidentiality.

✓ I understand that I am responsible for all fees that my insurance denies, rejects, or fails to pay to therapists at NBCC.

✓ I understand that there is a $25 returned check fee and that if a returned check is not cleared within 30 days of receipt, NBCC will file suit with the COmal County District Attorney's Office.

✓ I understand that if I have a complaint I cannot resolve with the therapist at NBCC and I wish to file a formal complaint, I may contact the Texas State Board of Examiners of Licensed Professional Counselors at (1-800-942-5540, the Texas State Board of Social Workers at 1-800-232-3162, the Council of Sex Offender Treatment at 1-800-942-5540, or the Texas State Board of Examiners of Psychologist at 1-800-821-3205..

✓ Emergencies: I understand that although NBCC does not provide formal emergency services, we do with to be available to the extent possible. I may call the office number at any time and leave a message. If during the business day, this call will be returned fairly quickly in most circumstances. If the call is received over night or on the weekends, it will be returned the next business day. If I find myself in an urgent situation, I have the choice of waiting for the return call, calling 911, or going to the nearest emergency room for immediate care.

**By signing below, I confirm that I have read, agree to, and received the above information.**

**Signature:** [signature] **Date:** June 6 2016

1/16 revised

New Braunfels Counseling
43 Gruene Park Dr.
New Braunfels, TX 78130
(830)625-0599 fax (830)625-5877

Darla Lane, LCSW
Lupita Martinez-Goller, LCSW
John Morris, LPC
Martha Ward, LPC, ATR
Sunshine Clarkson-Lee, LPC
Kristin Witte, Hubbard, LPC
Candace Marlowe, LPC
Gary Avignon, LPC

## Credit Card Information and Authorization

If you need to cancel or reschedule an appointment, please give 24 hours advanced notice, otherwise you will be charged at the standard rate, and this will not be covered by your insurance. If the office does not hear from you before your missed appointment, your credit card will be charged. If you need to cancel or are going to be late, please call the office at (830)625-0599. If you arrive late, the session will still end at the scheduled time. If you are going to be late and you still have not appeared within 15 minutes of your scheduled time, it will be considered a missed appointment and will be charged accordingly.

Credit Card Authorization Form

I, ____________________________, hereby authorize NBCC to bill my credit card as listed below for professional fees for myself or ____________________________.

I agree that NBCC may bill my credit card at the full fee of $_______ for professional services including the following:

(Please initial)
______ Appointments that elect to pay by credit card.
______ Missed appointments. (Standard rate)
______ Appointments that have been cancelled less that 24 hours notice (Standard rate)
______ Telephone consultations (billed in 15 minute increments based on $130.00 per hour)
______ Balances of charges not paid by me or my insurance
______ Insufficient funds/returned check fees.

Type of Credit Card:

___ Visa ___ Mastercard ____ Discover ___ American Express
_____ FSA cards (not for missed or cancelled appointments)

Name as it appears on card: ______________________________

Card Number: ___________________________

Expiration: _______________

CVV/CID Code: ______________

Zip for billing address: ______________

Signature: ______________________________

Date: ____________________

*Charges will appear on your statement as New Braunfels Counseling Center.*

1/16 revised



TMHP
TEXAS MEDICAID & HEALTHCARE PARTNERSHIP
A STATE MEDICAID CONTRACTOR

Printed on: 8/23/2017 10:49:09 AM

**Patient Information**

| | |
|---|---|
| Client No./Trainee SSN | 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 |
| DOB | 2/12/1991 |
| Gender | M |
| SSN | |
| Name | DEVIN KELLEY |
| Address | 2825 FM 2722, NEW BRAUNFELS, TX 781322871 |
| County | Comal |
| Medicare No. | |
| Base Plan | |

**Inquiry Information**

| | |
|---|---|
| NPI/API | 1073644886 |
| Eligibility From | 8/1/2017 |
| Eligibility Through | 8/23/2017 |
| Medicaid /Client No. | 625436564 |
| Social Security Number | |
| Date of Birth | 2/12/1991 |
| Last Name | |
| First Name | |

**Eligibility Segments**

| Segment Dates | Medical Coverage | Program Type | Program | Benefit Plan | Spend-down Indicator |
|---|---|---|---|---|---|
| EFF : 9/1/2016<br>TRM : 8/31/2017<br>ADD : 7/11/2016 | R - REGULAR | 07 - TANF, TWELVE MONTHS POST | 100 - MEDICAID | 100 - TRADITIONAL MEDICAID | |

**Medicare Segments**

No Medicare Segments found

**Lock-In Segments**

No Lock-In Segments found

**TPR Segments**

No TPR Segments found

**TPL Segments**

No TPL Segments found

**Managed Care Segments**

| Segment Dates | Organization | Plan Code | Line Of Business | Name | Phone |
|---|---|---|---|---|---|
| EFF : 9/1/2016<br>TRM : 8/31/2017<br>ADD : 3/22/2016 | SUPERIOR HEALTH PLAN - BE | 40 | STAR | BARRIO COMPREHENSIVE | (210) 233-7000 |

**Limits Segments**

| Dental | Hearing Aid | Eye Exam | Eye Glasses | Medical |
|---|---|---|---|---|
| | | | | |

PDF Generated Document.



Printed on: 8/1/2016 1:59:11 PM

**Patient Information**

| | |
|---|---|
| Client No./Trainee SSN | 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 |
| DOB | 2/12/1991 |
| Gender | M |
| SSN | |
| Name | DEVIN KELLEY |
| Address | 2825 FM 2722, NEW BRAUNFELS, TX 781322871 |
| County | Comal |
| Medicare No. | |
| Base Plan | |

**Inquiry Information**

| | |
|---|---|
| NPI/API | 1649485913 |
| Eligibility From | 8/1/2016 |
| Eligibility Through | 8/1/2016 |
| Medicaid /Client No. | 625436564 |
| Social Security Number | |
| Date of Birth | 2/12/1991 |
| Last Name | |
| First Name | |

**Eligibility Segments**

| Segment Dates | Medical Coverage | Program Type | Program | Benefit Plan | Spend-down Indicator |
|---|---|---|---|---|---|
| EFF : 2/1/2016<br>TRM : 8/31/2016<br>ADD : 2/26/2016 | R - REGULAR | 01 - TANF, CASH GRANT | 100 - MEDICAID | 100 - TRADITIONAL MEDICAID | |

**Medicare Segments**

No Medicare Segments found

**Lock-In Segments**

No Lock-In Segments found

**TPR Segments**

No TPR Segments found

**TPL Segments**

No TPL Segments found

**Managed Care Segments**

| Segment Dates | Organization | Plan Code | Line Of Business | Name | Phone |
|---|---|---|---|---|---|
| EFF : 4/1/2016<br>TRM : 8/31/2016<br>ADD : 3/22/2016 | SUPERIOR HEALTH PLAN - BE | 40 | STAR | CANYON LAKE MEDICAL | (830) 964-3019 |

**Limits Segments**

| Dental | Hearing Aid | Eye Exam | Eye Glasses | Medical |
|---|---|---|---|---|
| | | | | |

PDF Generated Document.



TMHP
Texas Medicaid & Healthcare Partnership
A STATE MEDICAID CONTRACTOR

Printed on: 7/1/2016 10:05:02 AM

**Patient Information**

| | |
|---|---|
| Client No./Trainee SSN | 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 |
| DOB | 2/12/1991 |
| Gender | M |
| SSN | |
| Name | DEVIN KELLEY |
| Address | 2825 FM 2722, NEW BRAUNFELS, TX 781322871 |
| County | Comal |
| Medicare No. | |
| Base Plan | |

**Inquiry Information**

| | |
|---|---|
| NPI/API | 1649485913 |
| Eligibility From | 7/1/2016 |
| Eligibility Through | 7/1/2016 |
| Medicaid /Client No. | 625436564 |
| Social Security Number | |
| Date of Birth | 2/12/1991 |
| Last Name | |
| First Name | |

**Eligibility Segments**

| Segment Dates | Medical Coverage | Program Type | Program | Benefit Plan | Spend-down Indicator |
|---|---|---|---|---|---|
| EFF : 2/1/2016<br>TRM : 7/31/2016<br>ADD : 2/26/2016 | R - REGULAR | 01 - TANF, CASH GRANT | 100 - MEDICAID | 100 - TRADITIONAL MEDICAID | |

**Medicare Segments**

No Medicare Segments found

**Lock-In Segments**

No Lock-In Segments found

**TPR Segments**

No TPR Segments found

**TPL Segments**

No TPL Segments found

**Managed Care Segments**

| Segment Dates | Organization | Plan Code | Line Of Business | Name | Phone |
|---|---|---|---|---|---|
| EFF : 4/1/2016<br>TRM : 7/31/2016<br>ADD : 3/22/2016 | SUPERIOR HEALTH PLAN - BE | 40 | STAR | CANYON LAKE MEDICAL | (830) 964-3019 |

**Limits Segments**

| Dental | Hearing Aid | Eye Exam | Eye Glasses | Medical |
|---|---|---|---|---|
| | | | | |

PDF Generated Document.

4/4 @ 10:00 AM

INQUIRES

Date 5/31/2016 Caller ____________ REF. BY ____________

Name of Client: Devin Kelley Age 25

DOB: 2/12/1991 Reason for therapy: just need to talk

Telephone: 830 708 3134 Address: 2825 FM 2722 78132

Divorce Issue: Yes No Custody Issue: Yes No Open CPS Case: Yes (DO NOT TAKE) No

Suicidal: Yes (GO TO NEAREST ER) NO

Employer ____________ Sponsor: ____________

DOB of Sponsor: ____________ Social Security: ____________

Insurance: MCD-Sup. Phone: ____________

ID#: 625434564 Group #: ____________

BENEFITS

AHCA/OBAMACARE: YES NO Effective Date: ____________ Network: IN OUT

Plan Name: ____________ Calendar Year: ____________

Copay: $____________ Specialist Fee: Yes NO Coinsurance %:______ OTP:$ Ind ______ Met ______

Ins pays:% ____________ Fam ______ Met ______

Deductible: $__________ IND $____________ Family CPT Codes: ___ 90834 (45 mins)

Met. $__________ IND $ ____________ Family ___ 90837 (60 mins) ____ 90847 (family)

EAP's: Y N # of Visits ______ Authorization #: ____________ Dates: __________ thru__________

Pre-Cert: Y N Authorization #: ____________ # of Visits: __________

Authorization dates: __________ thru __________

Claims Mailing Address: ____________ Payor ID #: ____________

Exclusions ____________

Comments: ____________

 
TMHP
TEXAS MEDICAID & HEALTHCARE PARTNERSHIP
A STATE MEDICAID CONTRACTOR

Printed on: 6/2/2016 12:42:45 PM

**Patient Information**

| Field | Value |
|---|---|
| Client No./Trainee SSN | 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 |
| DOB | 2/12/1991 |
| Gender | M |
| SSN | |
| Name | DEVIN KELLEY |
| Address | 2825 FM 2722, NEW BRAUNFELS, TX 781322871 |
| County | Comal |
| Medicare No. | |
| Base Plan | |

**Inquiry Information**

| Field | Value |
|---|---|
| NPI/API | 1649485913 |
| Eligibility From | 6/1/2016 |
| Eligibility Through | 6/2/2016 |
| Medicaid /Client No. | 625436564 |
| Social Security Number | |
| Date of Birth | 2/12/1991 |
| Last Name | |
| First Name | |

**Eligibility Segments**

| Segment Dates | Medical Coverage | Program Type | Program | Benefit Plan | Spend-down Indicator |
|---|---|---|---|---|---|
| EFF : 2/1/2016<br>TRM : 6/30/2016<br>ADD : 2/26/2016 | R - REGULAR | 01 - TANF, CASH GRANT | 100 - MEDICAID | 100 - TRADITIONAL MEDICAID | |

**Medicare Segments**

No Medicare Segments found

**Lock-In Segments**

No Lock-In Segments found

**TPR Segments**

No TPR Segments found

**TPL Segments**

No TPL Segments found

**Managed Care Segments**

| Segment Dates | Organization | Plan Code | Line Of Business | Name | Phone |
|---|---|---|---|---|---|
| EFF : 4/1/2016<br>TRM : 6/30/2016<br>ADD : 3/22/2016 | SUPERIOR HEALTH PLAN - BE | 40 | STAR | CANYON LAKE MEDICAL | (830) 964-3019 |

**Limits Segments**

| Dental | Hearing Aid | Eye Exam | Eye Glasses | Medical |
|---|---|---|---|---|
| | | | | |

PDF Generated Document.



Colorado
Driver License

14-317-0673 Expires: 02-12-2020
Class: R Issued: 11-13-2014
End: M DOB: 02-12-1991
Rest: Previous Type: A
Ht: 5'09" Wt: 220 Eyes: GRN Sex: M

DEVIN PATRICK KELLEY
3023 W COLORADO AVE #60
COLO SPRGS, CO 80904

TEXAS STAR
Your Health Plan ★ Your Choice

superior healthplan.

MEMBER ID #: 625436564
MEMBER NAME: DEVIN KELLEY

PRIMARY CARE PROVIDER
NAME: CANYON LAKE ME DICAL CLINIC I
PHONE: (830) 964-3019
EFFECTIVE DATE: 03/01/2016

Rx GROUP ID #: 18011
Rx BIN#: 008019
Rx PCN: SHP
PBM: US Script

SuperiorHealthPlan.com

Available 24 hours a day/7 days a week

| Member Services | Behavioral Health Services |
|---|---|
| 1-800-783-5386 | 1-800-716-5650 |

In case of emergency, call 911 or go to the closest emergency room. After treatment, call your PCP within 24 hours or as soon as possible.

Disponible 24 horas al día/7 días a la semana

| Servicios para Miembros | Servicios de Salud del Comportamiento |
|---|---|
| 1-800-783-5386 | 1-800-716-5650 |

En caso de emergencia, llame al 911 o vaya a la sala de emergencias más cercana. Después del tratamiento, llame al PCP dentro de 24 horas o tan pronto como sea posible.

P7844028O1X

Cenpatico
12515-8 Research, Suite 400
Austin, TX 78759

Electronic Service Requested

201609220135

Cenpatico Improving Lives
superior healthplan

(877)730-2117

ALL FOR AADC 780
14765 0.7130 AB 0.396

CANDACE MARLOWE
43 GRUENE PARK DR
NEW BRAUNFELS, TX 78130-2459

88

| | |
|---|---|
| RUN DATE: | 09/21/16 |
| CHECK #: | 000200664 |
| PAYEE ID: | 169472 |
| IRS#: | 131726539 |

1 OF 3 F

ENV 14765

## STATEMENT TOTAL

| | |
|---|---|
| Beginning Negative Services Balance: | .00 |
| Beginning Prepayment Balance: | .00 |
| Total Beginning Balance: | .00 |
| Claims Paid This Run: | 345.95 |
| Check Amount: | 345.95 |

## Remittance Advice and Explanation of Payment

Insured Name: [redacted]
Patient Name: [redacted]
Service Provider: [redacted]
Member ID: [redacted]
PCN: [redacted]
NPI: [redacted]
Carrier: [redacted]
Claim No: [redacted]
Provider ID: [redacted]
Group: [redacted]

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | 1.00 | 130.00 | 70.55 | .00 | 59.45<br>.00 | .00 | .00 | .00 | .00 | 92 | 70.55 |
| [redacted] | | | | 1.00 | 130.00 | 70.55 | .00 | 59.45<br>.00 | .00 | .00 | .00 | .00 | 92 | 70.55 |
| | | | Sub-total | | 260.00 | 141.10 | .00<br>.00 | 118.90<br>.00 | .00<br>.00 | .00<br>.00 | .00 | .00 | | 141.10 |

Insured Name: KELLEY, DEVIN
Patient Name: KELLEY, DEVIN
Service Provider: CANDACE MARLOWE
Member ID: 625436564 -01
PCN: 625436564
NPI: 1164834685
Carrier: MD
Claim No: P256IME04047
Provider ID: 169472
Group: TEXAS STAR BEXAR

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0100 | 090616 | 90837 | | 1.00 | 130.00 | 67.15 | .00 | 62.85<br>.00 | .00 | .00 | .00 | .00 | 92 | 67.15 |
| | | | Sub-total | | 130.00 | 67.15 | .00<br>.00 | 62.85<br>.00 | .00<br>.00 | .00<br>.00 | .00 | .00 | | 67.15 |

P784402801X

Cenpatico
12515-8 Research, Suite 400
Austin, TX 78759

Cenpatico
Improving Lives
superior
healthplan

Electronic Service Requested

201609150136

(877)730-2117

| | |
|---|---|
| RUN DATE: | 09/15/16 |
| CHECK #: | 000200224 |
| PAYEE ID: | 169472 |
| IRS#: | 131726539 |

16077 0.7130 AB 0.396 ALL FOR AADC 780

CANDACE MARLOWE
43 GRUENE PARK DR
NEW BRAUNFELS, TX 78130-2459

189

1 OF 3 F
ENV 16077

## STATEMENT TOTAL

| | |
|---|---|
| Beginning Negative Services Balance: | .00 |
| Beginning Prepayment Balance: | .00 |
| Total Beginning Balance: | .00 |
| Claims Paid This Run: | 339.15 |
| Check Amount: | 339.15 |

## Remittance Advice and Explanation of Payment

Insured Name: [redacted]
Patient Name: [redacted]
Service Provider: [redacted]
Carrier: [redacted]
Claim No: [redacted]
Provider ID: [redacted]
Group: [redacted]

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | 1.00 | 130.00 | 70.55 | .00 | 59.45<br>.00 | .00 | .00 | .00 | .00 | 92 v2 | 70.55 |
| | | Sub-total | | | 130.00 | 70.55 | .00<br>.00 | 59.45<br>.00 | .00<br>.00 | .00<br>.00 | .00 | .00 | | 70.55 |

Insured Name: KELLEY, DEVIN
Patient Name: KELLEY, DEVIN
Service Provider: CANDACE MARLOWE
Member ID: 625436564 -01
PCN: 625436564
NPI: 1164834685
Carrier: MD
Claim No: P246IME03364
Provider ID: 169472
Group: TEXAS STAR BEXAR

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0100 | 083016 | 90837 | | 1.00 | 130.00 | 67.15 | .00 | 62.85<br>.00 | .00 | .00 | .00 | .00 | 92 v2 | 67.15 |
| 0200 | 090116 | 90837 | | 1.00 | 130.00 | 67.15 | .00 | 62.85<br>.00 | .00 | .00 | .00 | .00 | 92 v2 | 67.15 |
| | | Sub-total | | | 260.00 | 134.30 | .00<br>.00 | 125.70<br>.00 | .00<br>.00 | .00<br>.00 | .00 | .00 | | 134.30 |

P784402801X

Cenpatico
12515-8 Research, Suite 400
Austin, TX 78759

201609080142

Electronic Service Requested

(877)730-2117

| | |
|---|---|
| RUN DATE: | 09/07/16 |
| CHECK #: | 000199784 |
| PAYEE ID: | 169472 |
| IRS#: | 131726539 |

1 OF 3 F

ENV 14857

ALL FOR AADC 780
14857 0.7130 AB 0.396

CANDACE MARLOWE
43 GRUENE PARK DR
NEW BRAUNFELS, TX 78130-2459

140

## STATEMENT TOTAL

| | |
|---|---|
| Beginning Negative Services Balance: | .00 |
| Beginning Prepayment Balance: | .00 |
| Total Beginning Balance: | .00 |
| Claims Paid This Run: | 409.70 |
| Check Amount: | 409.70 |

## Remittance Advice and Explanation of Payment

Insured Name: [redacted]
Patient Name: [redacted]
Service Provider: [redacted]
Member ID: [redacted]
PCN: [redacted]
NPI: [redacted]
Carrier: [redacted]
Claim No: [redacted]
Provider ID: [redacted]
Group: [redacted]

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | | 1.00 | 130.00 | 70.55 | .00 | 59.45 | .00 | .00 | .00 | .00 | 92 | 70.55 |
| | | | | | | | | .00 | | | | | | |
| | | Sub-total | | | 130.00 | 70.55 | .00 | 59.45 | .00 | .00 | .00 | .00 | | 70.55 |
| | | | | | | | .00 | .00 | .00 | .00 | | | | |

Insured Name: KELLEY, DEVIN
Patient Name: KELLEY, DEVIN
Service Provider: CANDACE MARLOWE
Member ID: 625436564 -01
PCN: 625436564
NPI: 1164834685
Carrier: MD
Claim No: P243IME03011
Provider ID: 169472
Group: TEXAS STAR BEXAR

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0100 | 082316 | 90837 | | 1.00 | 130.00 | 67.15 | .00 | 62.85 | .00 | .00 | .00 | .00 | 92 | 67.15 |
| | | | | | | | | .00 | | | | | | |
| 0200 | 082516 | 90837 | | 1.00 | 130.00 | 67.15 | .00 | 62.85 | .00 | .00 | .00 | .00 | 92 | 67.15 |
| | | | | | | | | .00 | | | | | | |
| | | Sub-total | | | 260.00 | 134.30 | .00 | 125.70 | .00 | .00 | .00 | .00 | | 134.30 |
| | | | | | | | .00 | .00 | .00 | .00 | | | | |

Cenpatico
12515-8 Research, Suite 400
Austin, TX 78759

Cenpatico
Improving Lives

superior healthplan

201608110127

1 OF 2 F

ENV 10445

**Electronic Service Requested**

(877)730-2117

| | |
|---|---|
| RUN DATE: | 08/10/16 |
| CHECK #: | 000198021 |
| PAYEE ID: | 169472 |
| IRS#: | 131726539 |

ALL FOR AADC 780
10445 0.5486 AB 0.396

CANDACE MARLOWE
43 GRUENE PARK DR
NEW BRAUNFELS, TX 78130-2459

46

## STATEMENT TOTAL

| | |
|---|---|
| Beginning Negative Services Balance: | .00 |
| Beginning Prepayment Balance: | .00 |
| Total Beginning Balance: | .00 |
| Claims Paid This Run: | 137.70 |
| Check Amount: | 137.70 |

## Remittance Advice and Explanation of Payment

Insured Name: KELLEY, DEVIN
Patient Name: KELLEY, DEVIN
Service Provider: CANDACE MARLOWE

Member ID: 625436564 -01
PCN: 625436564
NPI: 1164834685

Carrier: MD

Claim No: P217IME02366
Provider ID: 169472
Group: TEXAS STAR BEXAR

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0100 | 080216 | 90837 | | 1.00 | 130.00 | 67.15 | .00 | 62.85<br>.00 | .00 | .00 | .00 | .00 | 92 | 67.15 |
| | | Sub-total | | | 130.00 | 67.15 | .00<br>.00 | 62.85<br>.00 | .00<br>.00 | .00<br>.00 | .00 | .00 | | 67.15 |

Insured Name: [redacted]
Patient Name: [redacted]
Service Provider: [redacted]

Member ID: [redacted]
PCN: [redacted]
NPI: [redacted]

Carrier: [redacted]

Claim No: [redacted]
Provider ID: [redacted]
Group: [redacted]

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | | 1.00 | 130.00 | 70.55 | .00 | 59.45<br>.00 | .00 | .00 | .00 | .00 | 92 | 70.55 |
| | | Sub-total | | | 130.00 | 70.55 | .00<br>.00 | 59.45<br>.00 | .00<br>.00 | .00<br>.00 | .00 | .00 | | 70.55 |
| | | TOTAL | | | 260.00 | 137.70 | .00<br>.00 | 122.30<br>.00 | .00<br>.00 | .00<br>.00 | .00 | .00 | | 137.70 |

**Payment Code Description**

92 PAID ACCORDING TO CONTRACT PROCESSING GUIDELINES



Cenpatico
Improving Lives

superior healthplan.

(877)730-2117

| | |
|---|---|
| RUN DATE: | 08/24/16 |
| CHECK #: | 000198920 |
| PAYEE ID: | 169472 |
| IRS #: | 131726539 |

2 OF 3 F

ENV 14565

## Remittance Advice and Explanation of Payment

Continued from Previous Page

Insured Name: [redacted]
Patient Name: [redacted]
Service Provider: [redacted]
Member I[redacted]
PCN: [redacted]
NPI: [redacted]
Carrier: [redacted]
Claim No: [redacted]
Provider ID: [redacted]
Group: [redacted]

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | 1.00 | 130.00 | 70.55 | .00 | 59.45 | .00 | .00 | .00 | .00 | 92 | 70.55 |
| | | | | | | | | .00 | | | | | | |
| | | Sub-total | | | 130.00 | 70.55 | .00 | 59.45 | .00 | .00 | .00 | .00 | | 70.55 |
| | | | | | | | .00 | .00 | .00 | .00 | | | | |

Insured Name: KELLEY, DEVIN
Patient Name: KELLEY, DEVIN
Service Provider: CANDACE MARLOWE
Member ID: 625436564 -01
PCN: 625436564
NPI: 1164834685
Carrier: MD
Claim No: P230IME03426
Provider ID: 169472
Group: TEXAS STAR BEXAR

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0100 | 080916 | 90837 | | 1.00 | 130.00 | 67.15 | .00 | 62.85 | .00 | .00 | .00 | .00 | 92 | 67.15 |
| | | | | | | | | .00 | | | | | | |
| 0200 | 081116 | 90837 | | 1.00 | 130.00 | 67.15 | .00 | 62.85 | .00 | .00 | .00 | .00 | 92 | 67.15 |
| | | | | | | | | .00 | | | | | | |
| 0300 | 081616 | 90837 | | 1.00 | 130.00 | 67.15 | .00 | 62.85 | .00 | .00 | .00 | .00 | 92 | 67.15 |
| | | | | | | | | .00 | | | | | | |
| | | Sub-total | | | 390.00 | 201.45 | .00 | 188.55 | .00 | .00 | .00 | .00 | | 201.45 |
| | | | | | | | .00 | .00 | .00 | .00 | | | | |

Insured Name: [redacted]
Patient Name: [redacted]
Service Provider: [redacted]
Member ID[redacted]
PCN[redacted]
NPI: [redacted]
Carrier: [redacted]
Claim No: [redacted]
Provider ID: [redacted]
Group[redacted]

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | 1.00 | 130.00 | 70.55 | .00 | 59.45 | .00 | .00 | .00 | .00 | 92 | 70.55 |
| | | | | | | | | .00 | | | | | | |
| [redacted] | | | | 1.00 | 130.00 | 70.55 | .00 | 59.45 | .00 | .00 | .00 | .00 | 92 | 70.55 |
| | | | | | | | | .00 | | | | | | |
| | | Sub-total | | | 260.00 | 141.10 | .00 | 118.90 | .00 | .00 | .00 | .00 | | 141.10 |
| | | | | | | | .00 | .00 | .00 | .00 | | | | |

Insured Name: [redacted]
Patient Name: [redacted]
Service Provider: [redacted]
Member ID: [redacted]
PCN[redacted]
NPI: [redacted]
Carrier: [redacted]
Claim No: [redacted]
Provider ID: [redacted]
Grou[redacted]

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | 1.00 | 130.00 | 94.01 | .00 | 35.99 | .00 | .00 | .00 | .00 | 92 | 94.01 |
| | | | | | | | | .00 | | | | | | |
| | | Sub-total | | | 130.00 | 94.01 | .00 | 35.99 | .00 | .00 | .00 | .00 | | 94.01 |
| | | | | | | | .00 | .00 | .00 | .00 | | | | |
| | | TOTAL | | | 1325.00 | 712.61 | .00 | 612.39 | .00 | .00 | .00 | .00 | | 712.61 |
| | | | | | | | .00 | .00 | .00 | .00 | | | | |

**Payment Code Description**

92 PAID ACCORDING TO CONTRACT PROCESSING GUIDELINES

**Cenpatico**
12515-8 Research, Suite 400
Austin, TX 78759

Cenpatico
Improving Lives
superior
healthplan

201607280132

**Electronic Service Requested**

(877)730-2117

| RUN DATE: | 07/27/16 |
|---|---|
| CHECK #: | 000197120 |
| PAYEE ID: | 169472 |
| IRS#: | 131726539 |

1 OF 3 F

ENV 16244

ALL FOR AADC 780
16244 0.7130 AB 0.396

CANDACE MARLOWE 165
43 GRUENE PARK DR
NEW BRAUNFELS, TX 78130-2459

## STATEMENT TOTAL

| | |
|---|---|
| Beginning Negative Services Balance: | .00 |
| Beginning Prepayment Balance: | .00 |
| Total Beginning Balance: | .00 |
| Claims Paid This Run: | 339.15 |
| Check Amount: | 339.15 |

## Remittance Advice and Explanation of Payment

Insured Name: KELLEY, DEVIN | Member ID: 625436564 -01 | Claim No: P203IME05548
Patient Name: KELLEY, DEVIN | PCN: 625436564 | Carrier: MD | Provider ID: 169472
Service Provider: CANDACE MARLOWE | NPI: 1164834685 | Group: TEXAS STAR BEXAR

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0100 | 071216 | 90837 | | 1.00 | 130.00 | 67.15 | .00 | 62.85 | .00 | .00 | .00 | .00 | 92 | 67.15 |
| | | | | | | | | .00 | | | | | | |
| 0200 | 071516 | 90837 | | 1.00 | 130.00 | 67.15 | .00 | 62.85 | .00 | .00 | .00 | .00 | 92 | 67.15 |
| | | | | | | | | .00 | | | | | | |
| 0300 | 071916 | 90837 | | 1.00 | 130.00 | 67.15 | .00 | 62.85 | .00 | .00 | .00 | .00 | 92 | 67.15 |
| | | | | | | | | .00 | | | | | | |
| | | | Sub-total | | 390.00 | 201.45 | .00 | 188.55 | .00 | .00 | .00 | .00 | | 201.45 |
| | | | | | | | .00 | .00 | .00 | .00 | | | | |

Insured Name: PINSON, KRISTEN | Member ID: 705297865 -01 | Claim No: P203IME05464
Patient Name: PINSON, KRISTEN | PCN: 705297865 | Carrier: MD | Provider ID: 169472
Service Provider: CANDACE MARLOWE | NPI: 1164834685 | Group: TEXAS STAR BEXAR

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0100 | 071216 | 90837 | | 1.00 | 130.00 | 70.55 | .00 | 59.45 | .00 | .00 | .00 | .00 | 92 | 70.55 |
| | | | | | | | | .00 | | | | | | |
| | | | Sub-total | | 130.00 | 70.55 | .00 | 59.45 | .00 | .00 | .00 | .00 | | 70.55 |
| | | | | | | | .00 | .00 | .00 | .00 | | | | |

Cenpatico
12515-8 Research, Suite 400
Austin, TX 78759

20160804013 4

1 OF 3 F

ENV 14672

**Electronic Service Requested**

(877)730-2117

ALL FOR AADC 780
14672 0.7130 AB 0.396

CANDACE MARLOWE
43 GRUENE PARK DR
NEW BRAUNFELS, TX 78130-2459

176

| | |
|---|---|
| **RUN DATE:** | 08/03/16 |
| **CHECK #:** | 000197564 |
| **PAYEE ID:** | 169472 |
| **IRS#:** | 131726539 |

## STATEMENT TOTAL

| | |
|---|---|
| Beginning Negative Services Balance: | .00 |
| Beginning Prepayment Balance: | .00 |
| Total Beginning Balance: | .00 |
| Claims Paid This Run: | 476.85 |
| Check Amount: | 476.85 |

## Remittance Advice and Explanation of Payment

Insured Name: KELLEY, DEVIN — Member ID: 625436564 -01 — Claim No: P210IME03053
Patient Name: KELLEY, DEVIN — PCN: 625436564 — Carrier: MD — Provider ID: 169472
Service Provider: CANDACE MARLOWE — NPI: 1164834685 — Group: TEXAS STAR BEXAR

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0100 | 071616 | 90837 | | 1.00 | 130.00 | 67.15 | .00 | 62.85<br>.00 | .00 | .00 | .00 | .00 | 92 | 67.15 |
| 0200 | 072616 | 90837 | | 1.00 | 130.00 | 67.15 | .00 | 62.85<br>.00 | .00 | .00 | .00 | .00 | 92 | 67.15 |
| 0300 | 072816 | 90837 | | 1.00 | 130.00 | 67.15 | .00 | 62.85<br>.00 | .00 | .00 | .00 | .00 | 92 | 67.15 |
| | | **Sub-total** | | | 390.00 | 201.45 | .00<br>.00 | 188.55<br>.00 | .00<br>.00 | .00<br>.00 | .00 | .00 | | 201.45 |

Insured Name: PINSON, KRISTEN — Member ID: 705297865 -01 — Claim No: P210IME03014
Patient Name: PINSON, KRISTEN — PCN: 705297865 — Carrier: MD — Provider ID: 169472
Service Provider: CANDACE MARLOWE — NPI: 1164834685 — Group: TEXAS STAR BEXAR

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0100 | 072016 | 90837 | | 1.00 | 130.00 | 70.55 | .00 | 59.45<br>.00 | .00 | .00 | .00 | .00 | 92 | 70.55 |
| 0200 | 072816 | 90837 | | 1.00 | 130.00 | 70.55 | .00 | 59.45<br>.00 | .00 | .00 | .00 | .00 | 92 | 70.55 |



20160714013?

Cenpatico Improving Lives

superior healthplan

(877)730-2117

2 OF 3 F

| | |
|---|---|
| RUN DATE: | 07/13/16 |
| CHECK #: | 000196301 |
| PAYEE ID: | 169472 |
| IRS #: | 131726539 |

ENV 11420

## Remittance Advice and Explanation of Payment
### Continued from Previous Page

Insured Name: [redacted] Member ID: [redacted] Claim No: [redacted]
Patient Name: [redacted] PCN: [redacted] Carrier: [redacted] Provider ID: [redacted]
Service Provider: [redacted] NPI: [redacted] Group: [redacted]

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | 1.00 | 130.00 | 67.15 | .00 | 62.85<br>.00 | .00 | .00 | .00 | .00 | 92 | 67.15 |
| Sub-total | | | | | 130.00 | 67.15 | .00<br>.00 | 62.85<br>.00 | .00<br>.00 | .00<br>.00 | .00 | .00 | | 67.15 |

Insured Name: [redacted] Member ID: [redacted] Claim No: [redacted]
Patient Name: [redacted] PCN: [redacted] Carrier: [redacted] Provider ID: [redacted]
Service Provider: [redacted] NPI: [redacted] Group: [redacted]

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | 1.00 | 130.00 | 67.15 | .00 | 62.85<br>.00 | .00 | .00 | .00 | .00 | 92 | 67.15 |
| Sub-total | | | | | 130.00 | 67.15 | .00<br>.00 | 62.85<br>.00 | .00<br>.00 | .00<br>.00 | .00 | .00 | | 67.15 |

Insured Name: [redacted] Member ID: [redacted] Claim No: [redacted]
Patient Name: [redacted] PCN: [redacted] Carrier: [redacted] Provider ID: [redacted]
Service Provider: [redacted] NPI: [redacted] Group: MRSA - [redacted]

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | 1.00 | 130.00 | 70.55 | .00 | 59.45<br>.00 | .00 | .00 | .00 | .00 | 92 | 70.55 |
| [redacted] | | | | 1.00 | 130.00 | 70.55 | .00 | 59.45<br>.00 | .00 | .00 | .00 | .00 | 92 | 70.55 |
| Sub-total | | | | | 260.00 | 141.10 | .00<br>.00 | 118.90<br>.00 | .00<br>.00 | .00<br>.00 | .00 | .00 | | 141.10 |

Insured Name: KELLEY, DEVIN Member ID: 625436564 -01 Claim No: P189IM602048
Patient Name: KELLEY, DEVIN PCN: 625436564 Carrier: MD Provider ID: 169472
Service Provider: CANDACE MARLOWE NPI: 1164834685 Group: TEXAS STAR BEXAR

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0100 | 062116 | 90837 | | 1.00 | 130.00 | 67.15 | .00 | 62.85<br>.00 | .00 | .00 | .00 | .00 | 92 | 67.15 |
| Sub-total | | | | | 130.00 | 67.15 | .00<br>.00 | 62.85<br>.00 | .00<br>.00 | .00<br>.00 | .00 | .00 | | 67.15 |

Insured Name: KELLEY, DEVIN Member ID: 625436564 -01 Claim No: P189IME01892
Patient Name: KELLEY, DEVIN PCN: 625436564 Carrier: MD Provider ID: 169472
Service Provider: CANDACE MARLOWE NPI: 1164834685 Group: TEXAS STAR BEXAR

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0100 | 070116 | 90837 | | 1.00 | 130.00 | 67.15 | .00 | 62.85<br>.00 | .00 | .00 | .00 | .00 | 92 | 67.15 |



P784402801X

20160721014

Cenpatico
Improving Lives

superior healthplan

(877)730-2117

| | |
|---|---|
| RUN DATE: | 07/20/16 |
| CHECK #: | 000196694 |
| PAYEE ID: | 169472 |
| IRS #: | 131726539 |

2 OF 4 B

ENV 12979

## Remittance Advice and Explanation of Payment

### Continued from Previous Page

Insured Name: [redacted] Member ID: [redacted] Claim No: [redacted]
Patient Name: [redacted] PCN: [redacted] Carrier: [redacted] Provider ID: [redacted]
Service Provider: [redacted] NPI: [redacted] Group: [redacted]

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | | 1.00 | 130.00 | 70.55 | .00 | 59.45 | .00 | .00 | .00 | .00 | 92 | 70.55 |
| | | | | | | | | .00 | | | | | | |
| | | Sub-total | | | 130.00 | 70.55 | .00 | 59.45 | .00 | .00 | .00 | .00 | | 70.55 |
| | | | | | | | .00 | .00 | .00 | .00 | | | | |

Insured Name: [redacted] Member ID: [redacted] Claim No: [redacted]
Patient Name: [redacted] PCN: [redacted] Carrier: [redacted] Provider ID: [redacted]
Service Provider: [redacted] NPI: [redacted] Group: [redacted]

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | | 1.00 | 130.00 | 70.55 | .00 | 59.45 | .00 | .00 | .00 | .00 | 92 | 70.55 |
| | | | | | | | | .00 | | | | | | |
| | | Sub-total | | | 130.00 | 70.55 | .00 | 59.45 | .00 | .00 | .00 | .00 | | 70.55 |
| | | | | | | | .00 | .00 | .00 | .00 | | | | |

Insured Name: KELLEY, DEVIN Member ID: 625436564 -01 Claim No: P189IM602062
Patient Name: KELLEY, DEVIN PCN: 625436564 Carrier: MD Provider ID: 169472
Service Provider: CANDACE MARLOWE NPI: 1164834685 Group: TEXAS STAR BEXAR

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0100 | 060616 | 90791 | | 1.00 | 150.00 | 79.74 | .00 | 70.26 | .00 | .00 | .00 | .00 | 92 | 79.74 |
| | | | | | | | | .00 | | | | | | |
| 0200 | 060916 | 90837 | | 1.00 | 130.00 | 67.15 | .00 | 62.85 | .00 | .00 | .00 | .00 | 92 | 67.15 |
| | | | | | | | | .00 | | | | | | |
| 0300 | 061416 | 90837 | | 1.00 | 130.00 | 67.15 | .00 | 62.85 | .00 | .00 | .00 | .00 | 92 | 67.15 |
| | | | | | | | | .00 | | | | | | |
| 0400 | 061616 | 90837 | | 1.00 | 130.00 | 67.15 | .00 | 62.85 | .00 | .00 | .00 | .00 | 92 | 67.15 |
| | | | | | | | | .00 | | | | | | |
| | | Sub-total | | | 540.00 | 281.19 | .00 | 258.81 | .00 | .00 | .00 | .00 | | 281.19 |
| | | | | | | | .00 | .00 | .00 | .00 | | | | |

Insured Name: [redacted] Member ID: [redacted] Claim No: [redacted]
Patient Name: [redacted] PCN: [redacted] Carrier: [redacted] Provider ID: [redacted]
Service Provider: [redacted] NPI: [redacted] Group: [redacted]

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | | 1.00 | 150.00 | 79.74 | .00 | 70.26 | .00 | .00 | .00 | .00 | 92 | 79.74 |
| | | | | | | | | .00 | | | | | | |
| | | Sub-total | | | 150.00 | 79.74 | .00 | 70.26 | .00 | .00 | .00 | .00 | | 79.74 |
| | | | | | | | .00 | .00 | .00 | .00 | | | | |

P781402801X

Cenpatico
12515-8 Research, Suite 400
Austin, TX 78759

superior healthplan

20160707013 4

**Electronic Service Requested**

(877)730-2117

| | |
|---|---|
| **RUN DATE:** | 07/07/16 |
| **CHECK #:** | 000195821 |
| **PAYEE ID:** | 169472 |
| **IRS#:** | 131726539 |

1 OF 2 F

ENV 11992

ALL FOR AADC 780
11992 0.5486 AB 0.396

CANDACE MARLOWE
43 GRUENE PARK DR
NEW BRAUNFELS, TX 78130-2459

81

## STATEMENT TOTAL

| | |
|---|---|
| Beginning Negative Services Balance: | .00 |
| Beginning Prepayment Balance: | .00 |
| Total Beginning Balance: | .00 |
| Claims Paid This Run: | 137.70 |
| Check Amount: | 137.70 |

## Remittance Advice and Explanation of Payment

Insured Name: KELLEY, DEVIN
Patient Name: KELLEY, DEVIN
Service Provider: CANDACE MARLOWE
Member ID: 625436564 -01
PCN: 625436564
NPI: 1164834685
Carrier: MD
Claim No: P182IME01728
Provider ID: 169472
Group: TEXAS STAR BEXAR

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0100 | 062816 | 90837 | | 1.00 | 130.00 | 67.15 | .00 | 62.85<br>.00 | .00 | .00 | .00 | .00 | 92 | 67.15 |
| | | Sub-total | | | 130.00 | 67.15 | .00<br>.00 | 62.85<br>.00 | .00<br>.00 | .00<br>.00 | .00 | .00 | | 67.15 |

Insured Name: [redacted]
Patient Name: [redacted]
Service Provider: [redacted]
Member ID: [redacted]
PCN: [redacted]
NPI: [redacted]
Carrier: [redacted]
Claim No: [redacted]
Provider ID: [redacted]
Group: [redacted]

| Serv | Dates | Procedure | Modifiers | Days Ct/Qty | Charged | Allowed | Deduct / Copay | Disallow/ Discount | Interest/ Add'l Pymt | Med Allow/ Med Paid | TPP | Denied | Payment Codes | Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | | 1.00 | 130.00 | 70.55 | .00 | 59.45<br>.00 | .00 | .00 | .00 | .00 | 92 | 70.55 |
| | | Sub-total | | | 130.00 | 70.55 | .00<br>.00 | 59.45<br>.00 | .00<br>.00 | .00<br>.00 | .00 | .00 | | 70.55 |
| | | TOTAL | | | 260.00 | 137.70 | .00<br>.00 | 122.30<br>.00 | .00<br>.00 | .00<br>.00 | .00 | .00 | | 137.70 |

**Payment Code Description**

92 PAID ACCORDING TO CONTRACT PROCESSING GUIDELINES

**THE STATE OF TEXAS**

**INQUEST INQ4-1705**
**SUBPOENA DUCES TECUM**

***TRCP Rule 176.8(a)***
***Enforcement of Subpoena: Contempt Failure by any person without adequate excuse to obey subpoena served upon that person may be deemed a contempt of Court from which the subpoena is issued or a District Court in the county in which the subpoena is served, and may be punishable by fine or confinement, or both.***

TO THE SHERIFF OR ANY CONSTABLE OF THE STATE OF TEXAS, GREETINGS:

YOU ARE HEREBY COMMANDED TO SUMMON:

**CANDACE MARLOWE**
**43 GRUENE DR NEW BRAUNFELS, TX 78130**

TO BE and personally appear on the **November 14 2017 AT 10:00am, OR PRODUCE ALL MEDICAL RECORDS PERTAINING TO Devin Patrick Kelley (DOB-2/12/1991)**, if to be found in your County, before the Honorable Judge Todd Friesenhahn Justice of the Peace Precinct 4 of Guadalupe County, Texas, to be held at the Justice of the Peace Precinct 4 in said County, located in the city of Seguin, Texas, at 11144 FM 725 Seguin TX, then and there to testify to the Medical records of Devin Patrick Kelley and there remain from day to day, and from term to term until discharged by the Court.

Said above witness is further commanded to produce at said time and place above set forth the following books, papers, documents or other tangible things, to wit:

**All Medical records pertaining to the types of prescribed or over the counter medication(s) or any other information that Devin Patrick Kelley has been taking or taken and when it was prescribed. This includes all other notes or documentation made by the doctor(s) or New Braunfels Counseling Center of the medication Mr. Kelley has been reported to be taking or has taken.**

HEREIN FAIL NOT, but have you then and there before said Court this writ, with your return endorsed thereon, showing how you have executed the same.

ISSUED on this the on this the 9th day of November, 2017.

**Signed on this on this the 9th day of November, 2017.**

**Judge Todd P. Friesenhahn**
**Justice of the Peace Precinct 4**
**Guadalupe County Texas**

November 13, 2017

To Whom It May Concern:

I am writing in regards to the therapeutic notes on Devin Patrick Kelley and the subpoena received Friday 11/10/2017. Mr. Kelley was initially seen on June 6, 2016 to August 28th, 2016. He attended counseling sessions during that (two month) period. The one (1) counseling session he attended this year was on September 1st, 2017. He did not return after the September 2017 appointment due to loss of his Medicaid and refusal to pay a discounted private rate.

In regards to medications, the only information known is what was reported in the initial session, that he was prescribed anti-psychotics while in the Air Force.

In the State of Texas I am not authorized or permitted to prescribe medications. Mr. Kelley only came to me for counseling.

Please feel free to contact me at 830-625-0599 if you have additional questions.

Sincerely,

Candace Marlowe, M.S., LPC

Candace Marlowe, M.S., LPC

NEW BRAUNFELS COUNSELING CENTER - CLINICAL PROGRESS NOTE

Date 9/1/17 Time 9am Name Devin Kelley
Diagnosis F31.9
INTERVENTIONS: Individual ✓ Group ___ Family ___ Other ___
MENTAL STATUS: Oriented to Time ✓ Place ✓ Person ✓
Depressed ___ Somatic Complaints ___ Withdrawn ✓ Delusions ___
Hostile ___ Guilt ___ Irritable ___ Uncooperative ___ Fearful ✓
Suicidal Ideation ___ Paranoid ___ Tense ___ Anxious ✓
Suspicious ___ Hallucinations ___ (Audio ___ Visual ___ Tactile ___)
THOUGHT CONTENT: Appropriate ✓ Unusual ___ Disorganized ___
SPEECH: Impaired ✓ Clear ___ Monosyllabic Responses ___ Other ___
AFFECT: Bright/Cheerful ___ Flat/Blunted ✓ Angry ___ Sad ___
Other ___
FOCUS OF TX: Cognitive ✓ Reality ✓ Supportive ___ Other ___
EXPECTED OUTCOME: Stabilize Mood ✓ Increase Socialization ___
Adjustment to DX ✓ Compliance with TX plan ___ Decrease
Disorganized thoughts ✓ Decrease family conflict ___ Other ___
GOALS: Met ___ Not Met ✓ Partially Met ___ New Goal(s) ___

PLAN: Continue TX ✓ /Next Session ___ Terminate TX ___ /Date ___
Reason for Termination of TX ___
Referral to other Providers/Consultations with others ___
SUMMARY: Thinks he has Aspergers Dx.
Still w/ Danielle. Has son & baby girl.
worked as a security guard at water park.
New job as security guard at RV Park.
Parents moving to Colorado. Cl reports - friends - support.
Cl was just catching up - refused further service
THERAPIST SIGNATURE/LICENSURE [signature] LPC

Date ___ Time ___ Name ___
Diagnosis ___
INTERVENTIONS: Individual ___ Group ___ Family ___ Other ___
MENTAL STATUS: Oriented to Time ___ Place ___ Person ___
Depressed ___ Somatic Complaints ___ Withdrawn ___ Delusions ___
Hostile ___ Guilt ___ Irritable ___ Uncooperative ___ Fearful ___
Suicidal Ideation ___ Paranoid ___ Tense ___ Anxious ___
Suspicious ___ Hallucinations ___ (Audio ___ Visual ___ Tactile ___)
THOUGHT CONTENT: Appropriate ___ Unusual ___ Disorganized ___
SPEECH: Impaired ___ Clear ___ Monosyllabic Responses ___ Other ___
AFFECT: Bright/Cheerful ___ Flat/Blunted ___ Angry ___ Sad ___
Other ___
FOCUS OF TX: Cognitive ___ Reality ___ Supportive ___ Other ___
EXPECTED OUTCOME: Stabilize Mood ___ Increase Socialization ___
Adjustment to DX ___ Compliance with TX plan ___ Decrease
Disorganized thoughts ___ Decrease family conflict ___ Other ___
GOALS: Met ___ Not Met ___ Partially Met ___ New Goal(s) ___

PLAN: Continue TX ___ /Next Session ___ Terminate TX ___ /Date ___
Reason for Termination of TX ___
Referral to other Providers/Consultations with others ___
SUMMARY: ___

THERAPIST SIGNATURE/LICENSURE

NEW BRAUNFELS COUNSELING CENTER - CLINICAL PROGRESS NOTE

Date 8/25/16 Time 2pm Name Devin Kelley
Diagnosis F31.9
INTERVENTIONS: Individual ✓ Group ___ Family ___ Other ___
MENTAL STATUS: Oriented to Time ✓ Place ✓ Person ✓
Depressed ✓ Somatic Complaints ___ Withdrawn ___ Delusions ___
Hostile ___ Guilt ___ Irritable ___ Uncooperative ___ Fearful ✓
Suicidal Ideation ___ Paranoid ___ Tense ✓ Anxious ✓
Suspicious ✓ Hallucinations ✓ (Audio ___ Visual ___ Tactile ___)
THOUGHT CONTENT: Appropriate ✓ Unusual ___ Disorganized ___
SPEECH: Impaired ✓ Clear ___ Monosyllabic Responses ___ Other ___
AFFECT: Bright/Cheerful ___ Flat/Blunted ✓ Angry ___ Sad ___
Other ___
FOCUS OF TX: Cognitive ✓ Reality ✓ Supportive ___ Other ___
EXPECTED OUTCOME: Stabilize Mood ✓ Increase Socialization ___
Adjustment to DX ___ Compliance with TX plan ___ Decrease
Disorganized thoughts ✓ Decrease family conflict ✓ Other ___
GOALS: Met ___ Not Met ✓ Partially Met ___ New Goal(s) ___

PLAN: Continue TX ___/Next Session ___ Terminate TX ___/Date ___
Reason for Termination of TX ___
Referral to other Providers/Consultations with others ___
SUMMARY: Don't trust wife. Processed insecurities. Worried will cheat again. Son represents hope. "Everything depends on money" Stress management.

THERAPIST SIGNATURE/LICENSURE [signature] LPC

Date 8/30/16 Time 2pm Name Devin Kelley
Diagnosis F31.9
INTERVENTIONS: Individual ✓ Group ___ Family ___ Other ___
MENTAL STATUS: Oriented to Time ✓ Place ✓ Person ✓
Depressed ✓ Somatic Complaints ___ Withdrawn ___ Delusions ___
Hostile ___ Guilt ___ Irritable ___ Uncooperative ___ Fearful ✓
Suicidal Ideation ___ Paranoid ✓ Tense ✓ Anxious ✓
Suspicious ✓ Hallucinations ___ (Audio ___ Visual ___ Tactile ___)
THOUGHT CONTENT: Appropriate ✓ Unusual ___ Disorganized ___
SPEECH: Impaired ✓ Clear ___ Monosyllabic Responses ___ Other ___
AFFECT: Bright/Cheerful ___ Flat/Blunted ✓ Angry ___ Sad ___
Other ___
FOCUS OF TX: Cognitive ✓ Reality ___ Supportive ___ Other ___
EXPECTED OUTCOME: Stabilize Mood ✓ Increase Socialization ___
Adjustment to DX ✓ Compliance with TX plan ___ Decrease
Disorganized thoughts ✓ Decrease family conflict ✓ Other ___
GOALS: Met ___ Not Met ✓ Partially Met ___ New Goal(s) ___

PLAN: Continue TX ✓/Next Session ___ Terminate TX ___/Date ___
Reason for Termination of TX ___
Referral to other Providers/Consultations with others ___
SUMMARY: Hard to focus. Numb emotionally. Only joy is son. Don't trust wife. Discussed coping skills & stress management.

THERAPIST SIGNATURE/LICENSURE [signature]

NEW BRAUNFELS COUNSELING CENTER - CLINICAL PROGRESS NOTE

Date 8/16/16 Time 2pm Name Devin Kelley
Diagnosis F31.9
INTERVENTIONS: Individual ✓ Group ___ Family ___ Other ___
MENTAL STATUS: Oriented to Time ✓ Place ✓ Person ✓
Depressed ✓ Somatic Complaints ___ Withdrawn ___ Delusions ___
Hostile ___ Guilt ___ Irritable ___ Uncooperative ___ Fearful ___
Suicidal Ideation ___ Paranoid ___ Tense ✓ Anxious ✓
Suspicious ___ Hallucinations ___ (Audio ___ Visual ___ Tactile ___)
THOUGHT CONTENT: Appropriate ✓ Unusual ___ Disorganized ___
SPEECH: Impaired ✓ Clear ___ Monosyllabic Responses ___ Other ___
AFFECT: Bright/Cheerful ___ Flat/Blunted ✓ Angry ___ Sad ___
Other ___
FOCUS OF TX: Cognitive ✓ Reality ___ Supportive ___ Other ___
EXPECTED OUTCOME: Stabilize Mood ✓ Increase Socialization ___
Adjustment to DX ✓ Compliance with TX plan ___ Decrease
Disorganized thoughts ___ Decrease family conflict ___ Other ___
GOALS: Met ___ Not Met ✓ Partially Met ___ New Goal(s) ___

PLAN: Continue TX ✓ /Next Session ___ Terminate TX ___/Date ___
Reason for Termination of TX ___
Referral to other Providers/Consultations with others ___
SUMMARY:
Processed anxiety. Wife's pregnancy sxs.
Stress management
Quiet today.

THERAPIST SIGNATURE/LICENSURE [signature]

Date 8/23/16 Time 2pm Name Devin Kelley
Diagnosis F31.9
INTERVENTIONS: Individual ✓ Group ___ Family ___ Other ___
MENTAL STATUS: Oriented to Time ✓ Place ✓ Person ✓
Depressed ✓ Somatic Complaints ___ Withdrawn ___ Delusions ___
Hostile ___ Guilt ___ Irritable ___ Uncooperative ___ Fearful ✓
Suicidal Ideation ___ Paranoid ___ Tense ✓ Anxious ✓
Suspicious ✓ Hallucinations ___ (Audio ___ Visual ___ Tactile ___)
THOUGHT CONTENT: Appropriate ___ Unusual ___ Disorganized ___
SPEECH: Impaired ✓ Clear ___ Monosyllabic Responses ___ Other ___
AFFECT: Bright/Cheerful ___ Flat/Blunted ✓ Angry ✓ Sad ___
Other ___
FOCUS OF TX: Cognitive ___ Reality ___ Supportive ___ Other ___
EXPECTED OUTCOME: Stabilize Mood ___ Increase Socialization ___
Adjustment to DX ___ Compliance with TX plan ___ Decrease
Disorganized thoughts ___ Decrease family conflict ✓ Other ___
GOALS: Met ___ Not Met ✓ Partially Met ___ New Goal(s) ___

PLAN: Continue TX ✓ /Next Session ___ Terminate TX ___/Date ___
Reason for Termination of TX ___
Referral to other Providers/Consultations with others ___
SUMMARY:
Wife found cheating - while cl in counseling.
Stress management

THERAPIST SIGNATURE/LICENSURE [signature]

NEW BRAUNFELS COUNSELING CENTER - CLINICAL PROGRESS NOTE

Date 8/9/16 Time 2pm Name Devin Kelley
Diagnosis F31.9
INTERVENTIONS: Individual ✓ Group ___ Family ___ Other ___
MENTAL STATUS: Oriented to Time ✓ Place ✓ Person ✓
Depressed ✓ Somatic Complaints ___ Withdrawn ___ Delusions ___
Hostile ___ Guilt ___ Irritable ___ Uncooperative ___ Fearful ___
Suicidal Ideation ___ Paranoid ___ Tense ✓ Anxious ✓
Suspicious ___ Hallucinations ___ (Audio ___ Visual ___ Tactile ___)
THOUGHT CONTENT: Appropriate ✓ Unusual ___ Disorganized ___
SPEECH: Impaired ✓ Clear ___ Monosyllabic Responses ___ Other ___
AFFECT: Bright/Cheerful ___ Flat/Blunted ✓ Angry ___ Sad ___
Other ___
FOCUS OF TX: Cognitive ✓ Reality ___ Supportive ___ Other ___
EXPECTED OUTCOME: Stabilize Mood ✓ Increase Socialization ___
Adjustment to DX ___ Compliance with TX plan ___ Decrease
Disorganized thoughts ✓ Decrease family conflict ✓ Other ___
GOALS: Met ___ Not Met ✓ Partially Met ___ New Goal(s) ___

PLAN: Continue TX ✓ /Next Session ___ Terminate TX ___/Date ___
Reason for Termination of TX ___
Referral to other Providers/Consultations with others ___
SUMMARY: Parents on vacation another wk.
Danielle Pregnancy → processed feeling
Concerned more about finances.
Discussed work options.
Made plan to accomplish goals.

THERAPIST SIGNATURE/LICENSURE [signature] LPC

Date 8/11/16 Time 2pm Name Devin Kelley
Diagnosis F31.9
INTERVENTIONS: Individual ✓ Group ___ Family ___ Other ___
MENTAL STATUS: Oriented to Time ✓ Place ✓ Person ✓
Depressed ✓ Somatic Complaints ___ Withdrawn ___ Delusions ___
Hostile ___ Guilt ___ Irritable ___ Uncooperative ___ Fearful ✓
Suicidal Ideation ___ Paranoid ___ Tense ✓ Anxious ___
Suspicious ___ Hallucinations ___ (Audio ___ Visual ___ Tactile ___)
THOUGHT CONTENT: Appropriate ✓ Unusual ___ Disorganized ___
SPEECH: Impaired ✓ Clear ___ Monosyllabic Responses ___ Other ___
AFFECT: Bright/Cheerful ___ Flat/Blunted ✓ Angry ___ Sad ___
Other ___
FOCUS OF TX: Cognitive ✓ Reality ___ Supportive ___ Other ___
EXPECTED OUTCOME: Stabilize Mood ✓ Increase Socialization ___
Adjustment to DX ___ Compliance with TX plan ___ Decrease
Disorganized thoughts ✓ Decrease family conflict ✓ Other ___
GOALS: Met ___ Not Met ✓ Partially Met ___ New Goal(s) ___

PLAN: Continue TX ✓ /Next Session ___ Terminate TX ___/Date ___
Reason for Termination of TX ___
Referral to other Providers/Consultations with others ___
SUMMARY: Wife pregnancy sxs.
Thinking about job options.
Exercising more - coping - Boxing
Has money tight now.

THERAPIST SIGNATURE/LICENSURE [signature] LPC

NEW BRAUNFELS COUNSELING CENTER - CLINICAL PROGRESS NOTE

Date 7/28/16 Time 2pm Name Devin Kelley
Diagnosis F31.9
INTERVENTIONS: Individual ✓ Group ___ Family ___ Other ___
MENTAL STATUS: Oriented to Time ✓ Place ✓ Person ✓
Depressed ✓ Somatic Complaints ___ Withdrawn ___ Delusions ___
Hostile ___ Guilt ___ Irritable ___ Uncooperative ___ Fearful ✓
Suicidal Ideation ___ Paranoid ___ Tense ___ Anxious ___
Suspicious ✓ Hallucinations ___ (Audio ___ Visual ___ Tactile ___)
THOUGHT CONTENT: Appropriate ✓ Unusual ___ Disorganized ___
SPEECH: Impaired ✓ Clear ___ Monosyllabic Responses ___ Other ___
AFFECT: Bright/Cheerful ___ Flat/Blunted ✓ Angry ___ Sad ___
Other ___
FOCUS OF TX: Cognitive ✓ Reality ___ Supportive ___ Other ___
EXPECTED OUTCOME: Stabilize Mood ✓ Increase Socialization ___
Adjustment to DX ___ Compliance with TX plan ___ Decrease Disorganized thoughts ✓ Decrease family conflict ___ Other ___
GOALS: Met ___ Not Met ✓ Partially Met ___ New Goal(s) ___

PLAN: Continue TX ✓/Next Session ___ Terminate TX ___/Date ___
Reason for Termination of TX ___
Referral to other Providers/Consultations with others ___
SUMMARY: Discussed wife's sexual abuse report.
Hard to concentrate.
Depression worse.
Discussed coping mechanisms.
Went to MHMR for medication.

THERAPIST SIGNATURE/LICENSURE [signature] LPC

Date 8/2/16 Time 2pm Name Devin Kelley
Diagnosis F31.9
INTERVENTIONS: Individual ✓ Group ___ Family ___ Other ___
MENTAL STATUS: Oriented to Time ✓ Place ✓ Person ✓
Depressed ✓ Somatic Complaints ___ Withdrawn ___ Delusions ___
Hostile ___ Guilt ___ Irritable ___ Uncooperative ___ Fearful ___
Suicidal Ideation ___ Paranoid ___ Tense ✓ Anxious ✓
Suspicious ___ Hallucinations ___ (Audio ___ Visual ___ Tactile ___)
THOUGHT CONTENT: Appropriate ✓ Unusual ___ Disorganized ___
SPEECH: Impaired ✓ Clear ___ Monosyllabic Responses ___ Other ___
AFFECT: Bright/Cheerful ___ Flat/Blunted ✓ Angry ___ Sad ___
Other ___
FOCUS OF TX: Cognitive ✓ Reality ___ Supportive ___ Other ___
EXPECTED OUTCOME: Stabilize Mood ✓ Increase Socialization ___
Adjustment to DX ✓ Compliance with TX plan ___ Decrease Disorganized thoughts ✓ Decrease family conflict ___ Other ___
GOALS: Met ___ Not Met ✓ Partially Met ___ New Goal(s) ___

PLAN: Continue TX ✓/Next Session ___ Terminate TX ___/Date ___
Reason for Termination of TX ___
Referral to other Providers/Consultations with others ___
SUMMARY: No more anxiety or racing thoughts.
Processed relationship w/ wife.
Pressure to be successful from parents.
Dad has earned millions.

THERAPIST SIGNATURE/LICENSURE [signature] LPC

NEW BRAUNFELS COUNSELING CENTER - CLINICAL PROGRESS NOTE

Date 7/21/16 Time 2pm Name Devin Kelley
Diagnosis F31.9
INTERVENTIONS: Individual ✓ Group ___ Family ___ Other ___
MENTAL STATUS: Oriented to Time ✓ Place ✓ Person ✓
Depressed ___ Somatic Complaints ___ Withdrawn ___ Delusions ___
Hostile ___ Guilt ___ Irritable ___ Uncooperative ___ Fearful ___
Suicidal Ideation ___ Paranoid ___ Tense ___ Anxious ✓
Suspicious ___ Hallucinations ___ (Audio ___ Visual ___ Tactile ___)
THOUGHT CONTENT: Appropriate ✓ Unusual ___ Disorganized ___
SPEECH: Impaired ___ Clear ___ Monosyllabic Responses ___ Other ___
AFFECT: Bright/Cheerful ___ Flat/Blunted ✓ Angry ___ Sad ___
Other ___
FOCUS OF TX: Cognitive ✓ Reality ___ Supportive ___ Other ___
EXPECTED OUTCOME: Stabilize Mood ✓ Increase Socialization ___
Adjustment to DX ___ Compliance with TX plan ___ Decrease Disorganized thoughts ✓ Decrease family conflict ✓ Other ___
GOALS: Met ___ Not Met ✓ Partially Met ___ New Goal(s) ___

PLAN: Continue TX ✓/Next Session ___ Terminate TX ___/Date ___
Reason for Termination of TX ___
Referral to other Providers/Consultations with others ___
SUMMARY: Wife's gpa died - last night.
Danielle "sad + angry." Danielle's family conflict?
Financial stress again.
Processed socialization.
Choices.

THERAPIST SIGNATURE/LICENSURE [signature] LPC

Date 7/26/16 Time 2pm Name Devin Kelley
Diagnosis F31.9
INTERVENTIONS: Individual ✓ Group ___ Family ___ Other ___
MENTAL STATUS: Oriented to Time ✓ Place ✓ Person ✓
Depressed ✓ Somatic Complaints ___ Withdrawn ___ Delusions ___
Hostile ___ Guilt ___ Irritable ___ Uncooperative ___ Fearful ___
Suicidal Ideation ___ Paranoid ___ Tense ✓ Anxious ✓
Suspicious ✓ Hallucinations ___ (Audio ___ Visual ___ Tactile ___)
THOUGHT CONTENT: Appropriate ✓ Unusual ___ Disorganized ___
SPEECH: Impaired ✓ Clear ___ Monosyllabic Responses ___ Other ___
AFFECT: Bright/Cheerful ___ Flat/Blunted ✓ Angry ___ Sad ___
Other ___
FOCUS OF TX: Cognitive ✓ Reality ✓ Supportive ___ Other ___
EXPECTED OUTCOME: Stabilize Mood ✓ Increase Socialization ___
Adjustment to DX ___ Compliance with TX plan ___ Decrease Disorganized thoughts ✓ Decrease family conflict ___ Other ___
GOALS: Met ___ Not Met ✓ Partially Met ___ New Goal(s) ___

PLAN: Continue TX ✓/Next Session ___ Terminate TX ___/Date ___
Reason for Termination of TX ___
Referral to other Providers/Consultations with others ___
SUMMARY: Discussed family stressors.
Processed respect concept.
Wife mad → need mad to need nice.
loves son.

THERAPIST SIGNATURE/LICENSURE [signature] LPC

New Braunfels Counseling Center
43 Gruene Park Drive
New Braunfels, TX 78130
(830) 625-0599 Phone
(830) 625-5877 Fax

7/20/2016

To whom it may concern.

I am writing in regards to Devin Kelley (DOB: 2/12/1991). I have been meeting with Devin weekly, twice a week since 6/6/2016 for psychanalysis therapy. Devin has consistently expressed severe anxiety. Devin has expressed symptoms of the following: severe anxiety in social situations (around people and having to talk with people), panic attacks every other day that can range from 10-15 minutes in length, sometimes the inability to speak, nervousness, paranoia, fear, heart palpitations, sweaty hands, face flushed and diarrhea. He reports a history of severe anxiety since High school. Devin has shared that in his past he has been prescribed medications to help alleviate his anxiety symptoms and they have been successful. At this time Devin is not prescribed medication. We have come to the conclusion, during our sessions, that starting a medication regime would benefit him in addition to therapy. Devin reports that the medications that have worked in the past included: Klonopin and Xanex.

If you have any questions or concerns please have Devin sign a consent and I would be willing to work with you.

Sincerely,
Candace Marlowe LPC
Candace Marlowe LPC #69890

NEW BRAUNFELS COUNSELING CENTER - CLINICAL PROGRESS NOTE

Date 7/15/16 Time 4pm Name Devin Kelley
Diagnosis F31.9
INTERVENTIONS: Individual ✓ Group ___ Family ___ Other ___
MENTAL STATUS: Oriented to Time ✓ Place ✓ Person ✓
Depressed ✓ Somatic Complaints ___ Withdrawn ___ Delusions ___
Hostile ___ Guilt ___ Irritable ___ Uncooperative ___ Fearful ___
Suicidal Ideation ___ Paranoid ___ Tense ✓ Anxious ✓
Suspicious ___ Hallucinations ___ (Audio ___ Visual ___ Tactile ___)
THOUGHT CONTENT: Appropriate ✓ Unusual ___ Disorganized ___
SPEECH: Impaired ✓ Clear ___ Monosyllabic Responses ___ Other ___
AFFECT: Bright/Cheerful ___ Flat/Blunted ✓ Angry ___ Sad ___
Other ___
FOCUS OF TX: Cognitive ✓ Reality ___ Supportive ___ Other ___
EXPECTED OUTCOME: Stabilize Mood ✓ Increase Socialization ___
Adjustment to DX ___ Compliance with TX plan ___ Decrease Disorganized thoughts ✓ Decrease family conflict ___ Other ___
GOALS: Met ___ Not Met ✓ Partially Met ___ New Goal(s) ___

PLAN: Continue TX ✓/Next Session ___ Terminate TX ___/Date ___
Reason for Termination of TX ___
Referral to other Providers/Consultations with others ___
SUMMARY: Discussed responses in the community "Content in the mornings" "anxiety at night" Processed marriage w/ Danielle.

THERAPIST SIGNATURE/LICENSURE [signature]

Date 7/19/16 Time 2pm Name Devin Kelley
Diagnosis F31.9
INTERVENTIONS: Individual ✓ Group ___ Family ___ Other ___
MENTAL STATUS: Oriented to Time ✓ Place ✓ Person ✓
Depressed ✓ Somatic Complaints ___ Withdrawn ___ Delusions ___
Hostile ___ Guilt ___ Irritable ___ Uncooperative ___ Fearful ___
Suicidal Ideation ___ Paranoid ___ Tense ✓ Anxious ✓
Suspicious ___ Hallucinations ___ (Audio ___ Visual ___ Tactile ___)
THOUGHT CONTENT: Appropriate ✓ Unusual ___ Disorganized ___
SPEECH: Impaired ✓ Clear ___ Monosyllabic Responses ___ Other ___
AFFECT: Bright/Cheerful ___ Flat/Blunted ✓ Angry ___ Sad ___
Other ___
FOCUS OF TX: Cognitive ✓ Reality ___ Supportive ___ Other ___
EXPECTED OUTCOME: Stabilize Mood ✓ Increase Socialization ___
Adjustment to DX ___ Compliance with TX plan ___ Decrease Disorganized thoughts ✓ Decrease family conflict ___ Other ___
GOALS: Met ___ Not Met ✓ Partially Met ___ New Goal(s) ___

PLAN: Continue TX ✓/Next Session ___ Terminate TX ___/Date ___
Reason for Termination of TX ___
Referral to other Providers/Consultations with others ___
SUMMARY: Progress w/ money - breeding dogs
Happier seemingly
Processed anxiety - triggers, coping.
Medicine options.
wife happier

THERAPIST SIGNATURE/LICENSURE [signature]

NEW BRAUNFELS COUNSELING CENTER - CLINICAL PROGRESS NOTE

Date 7/7/16 Time 9am Name Devin Kelley
Diagnosis F31.9
INTERVENTIONS: Individual ✓ Group ___ Family ___ Other ___
MENTAL STATUS: Oriented to Time ✓ Place ✓ Person ✓
Depressed ✓ Somatic Complaints ___ Withdrawn ___ Delusions ___
Hostile ___ Guilt ___ Irritable ___ Uncooperative ___ Fearful ✓
Suicidal Ideation ___ Paranoid ___ Tense ✓ Anxious ✓
Suspicious ___ Hallucinations ___ (Audio ___ Visual ___ Tactile ___)
THOUGHT CONTENT: Appropriate ✓ Unusual ___ Disorganized ___
SPEECH: Impaired ___ Clear ✓ Monosyllabic Responses ___ Other ___
AFFECT: Bright/Cheerful ___ Flat/Blunted ✓ Angry ___ Sad ___
Other ___
FOCUS OF TX: Cognitive ✓ Reality ___ Supportive ___ Other ___
EXPECTED OUTCOME: Stabilize Mood ✓ Increase Socialization ___
Adjustment to DX ___ Compliance with TX plan ___ Decrease Disorganized thoughts ✓ Decrease family conflict ___ Other ___
GOALS: Met ___ Not Met ✓ Partially Met ___ New Goal(s) ___

PLAN: Continue TX ✓/Next Session ___ Terminate TX ___/Date ___
Reason for Termination of TX ___
Referral to other Providers/Consultations with others ___
SUMMARY: Racing thoughts - can't sleep
"Main priority is to provide for wife & son"
"Has endured a lot of bad people"
Psychoeducation on depression & anxiety.

THERAPIST SIGNATURE/LICENSURE [signature] LPC

Date 7/12/16 Time 9am Name Devin Kelley
Diagnosis F31.9
INTERVENTIONS: Individual ✓ Group ___ Family ___ Other ___
MENTAL STATUS: Oriented to Time ✓ Place ✓ Person ✓
Depressed ✓ Somatic Complaints ___ Withdrawn ✓ Delusions ___
Hostile ___ Guilt ___ Irritable ___ Uncooperative ___ Fearful ✓
Suicidal Ideation ___ Paranoid ___ Tense ✓ Anxious ✓
Suspicious ✓ Hallucinations ___ (Audio ___ Visual ___ Tactile ___)
THOUGHT CONTENT: Appropriate ✓ Unusual ___ Disorganized ___
SPEECH: Impaired ✓ Clear ___ Monosyllabic Responses ___ Other ___
AFFECT: Bright/Cheerful ___ Flat/Blunted ✓ Angry ___ Sad ___
Other ___
FOCUS OF TX: Cognitive ✓ Reality ___ Supportive ___ Other ___
EXPECTED OUTCOME: Stabilize Mood ✓ Increase Socialization ___
Adjustment to DX ✓ Compliance with TX plan ___ Decrease Disorganized thoughts ✓ Decrease family conflict ___ Other ___
GOALS: Met ___ Not Met ✓ Partially Met ___ New Goal(s) ___

PLAN: Continue TX ✓/Next Session ___ Terminate TX ___/Date ___
Reason for Termination of TX ___
Referral to other Providers/Consultations with others ___
SUMMARY: Argument w/ wife
financial stressors to provide for family -
parents have $ but won't help.
Job options discussion.

THERAPIST SIGNATURE/LICENSURE [signature] LPC

NEW BRAUNFELS COUNSELING CENTER - CLINICAL PROGRESS NOTE

Date 7/1/16 Time 3pm Name Devin Kelley
Diagnosis F31.9
INTERVENTIONS: Individual ✓ Group ___ Family ___ Other ___
MENTAL STATUS: Oriented to Time ✓ Place ✓ Person ✓
Depressed ✓ Somatic Complaints ___ Withdrawn ___ Delusions ___
Hostile ___ Guilt ___ Irritable ___ Uncooperative ___ Fearful ✓
Suicidal Ideation ___ Paranoid ✓ Tense ___ Anxious ✓
Suspicious ___ Hallucinations ___ (Audio ___ Visual ___ Tactile ___)
THOUGHT CONTENT: Appropriate ✓ Unusual ___ Disorganized ___
SPEECH: Impaired ✓ Clear ___ Monosyllabic Responses ___ Other ___
AFFECT: Bright/Cheerful ___ Flat/Blunted ✓ Angry ___ Sad ___
Other ___
FOCUS OF TX: Cognitive ✓ Reality ___ Supportive ___ Other ___
EXPECTED OUTCOME: Stabilize Mood ✓ Increase Socialization ___ Adjustment to DX ✓ Compliance with TX plan ___ Decrease Disorganized thoughts ✓ Decrease family conflict ___ Other ___
GOALS: Met ___ Not Met ✓ Partially Met ___ New Goal(s) ___

PLAN: Continue TX ✓ /Next Session ___ Terminate TX ___ /Date ___
Reason for Termination of TX ___
Referral to other Providers/Consultations with others ___
SUMMARY: "Have to focus"
Processed financial stressors.
Parents going on 2wk vacation - cl managing land.
Stress Management.

THERAPIST SIGNATURE/LICENSURE [signature] LPC

Date 7/5/16 Time 9am Name Devin Kelley
Diagnosis F31.9
INTERVENTIONS: Individual ✓ Group ___ Family ___ Other ___
MENTAL STATUS: Oriented to Time ✓ Place ✓ Person ✓
Depressed ✓ Somatic Complaints ___ Withdrawn ___ Delusions ___
Hostile ___ Guilt ___ Irritable ___ Uncooperative ___ Fearful ✓
Suicidal Ideation ___ Paranoid ___ Tense ✓ Anxious ✓
Suspicious ___ Hallucinations ___ (Audio ___ Visual ___ Tactile ___)
THOUGHT CONTENT: Appropriate ✓ Unusual ___ Disorganized ___
SPEECH: Impaired ✓ Clear ___ Monosyllabic Responses ___ Other ___
AFFECT: Bright/Cheerful ___ Flat/Blunted ✓ Angry ___ Sad ___
Other ___
FOCUS OF TX: Cognitive ✓ Reality ___ Supportive ___ Other ___
EXPECTED OUTCOME: Stabilize Mood ✓ Increase Socialization ___ Adjustment to DX ___ Compliance with TX plan ___ Decrease Disorganized thoughts ✓ Decrease family conflict ___ Other ___
GOALS: Met ___ Not Met ✓ Partially Met ___ New Goal(s) ___

PLAN: Continue TX ✓ /Next Session ___ Terminate TX ___ /Date ___
Reason for Termination of TX ___
Referral to other Providers/Consultations with others ___
SUMMARY: Discussed financial stressors
Discussed hx of employment - other options to [illegible].
Discussed being bullied in MS & Boyscouts
Hx of wife cheating
K-Co Homeschooled

THERAPIST SIGNATURE/LICENSURE [signature] LPC

NEW BRAUNFELS COUNSELING CENTER - CLINICAL PROGRESS NOTE

Date 6/21/16 Time 9am Name Devin Kelley
Diagnosis F31.9
INTERVENTIONS: Individual ✓ Group ___ Family ___ Other ___
MENTAL STATUS: Oriented to Time ✓ Place ✓ Person ✓
Depressed ___ Somatic Complaints ___ Withdrawn ___ Delusions ___
Hostile ___ Guilt ___ Irritable ___ Uncooperative ___ Fearful ___
Suicidal Ideation ___ Paranoid ___ Tense ___ Anxious ✓
Suspicious ✓ Hallucinations ___ (Audio ___ Visual ___ Tactile ___)
THOUGHT CONTENT: Appropriate ✓ Unusual ___ Disorganized ___
SPEECH: Impaired ✓ Clear ___ Monosyllabic Responses ___ Other ___
AFFECT: Bright/Cheerful ___ Flat/Blunted ✓ Angry ___ Sad ___
Other ___
FOCUS OF TX: Cognitive ✓ Reality ___ Supportive ___ Other ___
EXPECTED OUTCOME: Stabilize Mood ✓ Increase Socialization ___
Adjustment to DX ___ Compliance with TX plan ✓ Decrease Disorganized thoughts ✓ Decrease family conflict ___ Other ___
GOALS: Met ___ Not Met ✓ Partially Met ___ New Goal(s) ___

PLAN: Continue TX ✓/Next Session ___ Terminate TX ___/Date ___
Reason for Termination of TX ___
Referral to other Providers/Consultations with others ___
SUMMARY: • Nursing baby deer back to health
• want to sell cars, trailer — instead of dogs
Discussed family issues in past w/ sisters.
• Great time w/ parents
feeling better

THERAPIST SIGNATURE/LICENSURE [signature] LPC

Date 6/28/16 Time 9am Name Devin Kelley
Diagnosis F31.9
INTERVENTIONS: Individual ✓ Group ___ Family ___ Other ___
MENTAL STATUS: Oriented to Time ✓ Place ✓ Person ✓
Depressed ___ Somatic Complaints ___ Withdrawn ___ Delusions ___
Hostile ___ Guilt ___ Irritable ___ Uncooperative ___ Fearful ___
Suicidal Ideation ___ Paranoid ___ Tense ✓ Anxious ✓
Suspicious ✓ Hallucinations ___ (Audio ___ Visual ___ Tactile ___)
THOUGHT CONTENT: Appropriate ✓ Unusual ___ Disorganized ___
SPEECH: Impaired ✓ Clear ___ Monosyllabic Responses ___ Other ___
AFFECT: Bright/Cheerful ___ Flat/Blunted ✓ Angry ___ Sad ___
Other ___
FOCUS OF TX: Cognitive ✓ Reality ✓ Supportive ___ Other ___
EXPECTED OUTCOME: Stabilize Mood ✓ Increase Socialization ___
Adjustment to DX ✓ Compliance with TX plan ___ Decrease Disorganized thoughts ✓ Decrease family conflict ___ Other ___
GOALS: Met ___ Not Met ✓ Partially Met ___ New Goal(s) ___

PLAN: Continue TX ✓/Next Session ___ Terminate TX ___/Date ___
Reason for Termination of TX ___
Referral to other Providers/Consultations with others ___
SUMMARY: Anxiety high, finances stressful.
Memory issues?
Processed coping w/ anxiety in healthy way.

THERAPIST SIGNATURE/LICENSURE [signature] LPC

NEW BRAUNFELS COUNSELING CENTER - CLINICAL PROGRESS NOTE

Date 6/14/16 Time 9am Name Devin Kelley
Diagnosis F31.9
INTERVENTIONS: Individual ✓ Group ___ Family ___ Other ___
MENTAL STATUS: Oriented to Time ✓ Place ✓ Person ✓
Depressed ✓ Somatic Complaints ___ Withdrawn ___ Delusions ___
Hostile ___ Guilt ___ Irritable ___ Uncooperative ___ Fearful ___
Suicidal Ideation ___ Paranoid ___ Tense ___ Anxious ✓
Suspicious ✓ Hallucinations ___ (Audio ___ Visual ___ Tactile ___)
THOUGHT CONTENT: Appropriate ✓ Unusual ___ Disorganized ___
SPEECH: Impaired ✓ Clear ___ Monosyllabic Responses ___ Other ___
AFFECT: Bright/Cheerful ___ Flat/Blunted ✓ Angry ___ Sad ___
Other ___
FOCUS OF TX: Cognitive ✓ Reality ___ Supportive ___ Other ___
EXPECTED OUTCOME: Stabilize Mood ✓ Increase Socialization ___
Adjustment to DX ✓ Compliance with TX plan ___ Decrease Disorganized thoughts ___ Decrease family conflict ___ Other ___
GOALS: Met ___ Not Met ✓ Partially Met ___ New Goal(s) ___

PLAN: Continue TX ✓/Next Session ___ Terminate TX ___/Date ___
Reason for Termination of TX ___
Referral to other Providers/Consultations with others ___
SUMMARY: Cl continues to be worried about finances.
Discussed family relationships - dad
Son makes him happy - [illegible]

THERAPIST SIGNATURE/LICENSURE [signature] LPC

Date 6/16/16 Time 11am Name Devin Kelley
Diagnosis F31.9
INTERVENTIONS: Individual ✓ Group ___ Family ___ Other ___
MENTAL STATUS: Oriented to Time ✓ Place ✓ Person ✓
Depressed ✓ Somatic Complaints ___ Withdrawn ___ Delusions ___
Hostile ___ Guilt ___ Irritable ✓ Uncooperative ___ Fearful ___
Suicidal Ideation ___ Paranoid ✓ Tense ✓ Anxious ✓
Suspicious ✓ Hallucinations ___ (Audio ___ Visual ___ Tactile ___)
THOUGHT CONTENT: Appropriate ✓ Unusual ___ Disorganized ___
SPEECH: Impaired ✓ Clear ___ Monosyllabic Responses ___ Other ___
AFFECT: Bright/Cheerful ___ Flat/Blunted ✓ Angry ___ Sad ___
Other ___
FOCUS OF TX: Cognitive ✓ Reality ✓ Supportive ___ Other ___
EXPECTED OUTCOME: Stabilize Mood ✓ Increase Socialization ___
Adjustment to DX ✓ Compliance with TX plan ___ Decrease Disorganized thoughts ✓ Decrease family conflict ___ Other ___
GOALS: Met ___ Not Met ✓ Partially Met ___ New Goal(s) ___

PLAN: Continue TX ✓/Next Session ___ Terminate TX ___/Date ___
Reason for Termination of TX ___
Referral to other Providers/Consultations with others ___
SUMMARY: "Drank too much last night"
Discussed marital relationship - Danielle.
loves traveling, country music
"wish I could blend in"

THERAPIST SIGNATURE/LICENSURE [signature] LPC

NEW BRAUNFELS COUNSELING CENTER - CLINICAL PROGRESS NOTE

Date 6/6/16 Time 10am Name Devin Kelley
Diagnosis F31.9
INTERVENTIONS: Individual ✓ Group ___ Family ___ Other ___
MENTAL STATUS: Oriented to Time ✓ Place ✓ Person ✓
Depressed ✓ Somatic Complaints ___ Withdrawn ✓ Delusions ___
Hostile ___ Guilt ___ Irritable ___ Uncooperative ___ Fearful ✓
Suicidal Ideation ___ Paranoid ___ Tense ✓ Anxious ✓
Suspicious ✓ Hallucinations ___ (Audio ___ Visual ___ Tactile ___)
THOUGHT CONTENT: Appropriate ___ Unusual ___ Disorganized ___
SPEECH: Impaired ✓ Clear ___ Monosyllabic Responses ___ Other ___
AFFECT: Bright/Cheerful ___ Flat/Blunted ✓ Angry ___ Sad ___
Other ___
FOCUS OF TX: Cognitive ✓ Reality ___ Supportive ___ Other ___
EXPECTED OUTCOME: Stabilize Mood ✓ Increase Socialization ___
Adjustment to DX ___ Compliance with TX plan ✓ Decrease
Disorganized thoughts ___ Decrease family conflict ___ Other ___
GOALS: Met ___ Not Met ✓ Partially Met ___ New Goal(s) ___

PLAN: Continue TX ✓ /Next Session ___ Terminate TX ___ /Date ___
Reason for Termination of TX ___
Referral to other Providers/Consultations with others ___
SUMMARY: Learned about Cl's family, interests. wife cheated on him ∘ Sleep is poor ∘ smokes weed ∘ Little sister – [redacted] ∘ One sister California – Lauren

Lives on family ranch – likes hunting hogs & deer

Tessa first wife 8 mths

THERAPIST SIGNATURE/LICENSURE [signature] LPC

Date 6/9/16 Time 9am Name Devin Kelley
Diagnosis F31.9
INTERVENTIONS: Individual ✓ Group ___ Family ___ Other ___
MENTAL STATUS: Oriented to Time ✓ Place ✓ Person ✓
Depressed ✓ Somatic Complaints ___ Withdrawn ✓ Delusions ___
Hostile ___ Guilt ___ Irritable ___ Uncooperative ___ Fearful ___
Suicidal Ideation ___ Paranoid ___ Tense ✓ Anxious ✓
Suspicious ✓ Hallucinations ___ (Audio ___ Visual ___ Tactile ___)
THOUGHT CONTENT: Appropriate ___ Unusual ___ Disorganized ___
SPEECH: Impaired ✓ Clear ___ Monosyllabic Responses ___ Other ___
AFFECT: Bright/Cheerful ✓ Flat/Blunted ✓ Angry ___ Sad ___
Other ___
FOCUS OF TX: Cognitive ___ Reality ✓ Supportive ___ Other ___
EXPECTED OUTCOME: Stabilize Mood ✓ Increase Socialization ___
Adjustment to DX ___ Compliance with TX plan ✓ Decrease
Disorganized thoughts ✓ Decrease family conflict ___ Other ___
GOALS: Met ___ Not Met ✓ Partially Met ___ New Goal(s) ___

PLAN: Continue TX ✓ /Next Session ___ Terminate TX ___ /Date ___
Reason for Termination of TX ___
Referral to other Providers/Consultations with others ___
SUMMARY: Discussed financial concerns – stress about working around people. Shared lives in Military 09-13 → wanted to prove self to dad

Discussed family relationship.

THERAPIST SIGNATURE/LICENSURE [signature] LPC

NEW BRAUNFELS COUNSELING CENTER
INITIAL ASSESSMENT

Name: Devin Kelley Time: 10am Date: 6/6/16

Referred From: google

Presenting Problem: "just need to talk"

Symptoms: sleeps poorly, nightmares, paranoid, stressed, numb, depressed, "don't care"

Diagnosis:
Axis I: F31.9 Bipolar I d/o curr. ep, unsp

Axis II: defer
Axis III: defer
Axis IV: hx of abuse, familial issues, marital issues, financial
Axis V: Current GAF 50 Highest in Last Year unknown

2 sisters.

Functional Impairment: Moderate

Medical Hx: Acid Reflux

Social Hx: Previously married. Currently married – son lynlo. lives on parents property in his own house. Sells dogs on craigslist. Hx of Air Force

Danger to Self/Others: Passive SI.

Substance Abuse Hx: Smokes weed every day, alcohol

Previous Behavioral Treatment Hx: in Air Force.

Medications Prescribed for Symptoms: hx of antipsychotics

Prognosis: Ct will benefit from counseling if compliant.

Signature of Therapist [signature] LPC

hx of being abused
hx of being bullied