# Ex. M

                    UNITED STATES DISTRICT COURT
                  FOR THE WESTERN DISTRICT OF TEXAS

JOE HOLCOMBE, ET AL.,        §
         Plaintiffs          §
                             §
v.                           §   Civil No. 5:18-cv-555-XR
                             §
UNITED STATES OF AMERICA,    §
         Defendant           §

          **************************************

                VIDEOTAPED ORAL DEPOSITION OF

                   CANDACE McKENZIE MARLOWE

                         JUNE 18, 2020

          **************************************

     VIDEOTAPED ORAL DEPOSITION OF CANDACE McKENZIE
MARLOWE, produced as a witness at the instance of the
Defendant, and duly sworn, was taken in the above-styled
and numbered cause on the 18th of June, 2020, from
10:05 a.m. to 2:52 p.m., before Glenda I. Green,
Certified Shorthand Reporter in and for the State of
Texas, reported by Computerized Stenotype Machine,
Computer-Assisted Transcription, with myself, the
witness, the videographer, and the witness's attorney
located at the offices of Ken Owen & Associates,
801 West Avenue, Suite 100, Austin, Texas, and all other
counsel present via Zoom, pursuant to Notice; Subpoena;
the Federal Rules of Civil Procedure; the First
Emergency Order regarding the COVID-19 State of
Disaster; and any further stated provisions on the
record.  Counsel also agreed off the record that the
Federal Rule 30(b)(5) statement being read into the
record by the court reporter could be waived.



| | | |
|---|---|---|
| 1 | him, did he ever express passive suicidal ideation? | 12:16 |
| 2 | A.   I don't recall. | 12:16 |
| 3 | Q.   And do you recall if his suicidality behaviors | 12:16 |
| 4 | ever increased to include intent and/or plan? | 12:16 |
| 5 | A.   No. | 12:17 |
| 6 | Q.   So, no -- no, they did not? | 12:17 |
| 7 | A.   No, they did not.  They did not increase that | 12:17 |
| 8 | I was aware of. | 12:17 |
| 9 | Q.   Thank you. | 12:17 |
| 10 | So is it fair that at the time of this | 12:17 |
| 11 | appointment, you had no reason to believe he was going | 12:17 |
| 12 | to hurt himself? | 12:17 |
| 13 | A.   Correct. | 12:17 |
| 14 | Q.   And at this appointment did you have any | 12:17 |
| 15 | reason to believe that he would hurt anyone else? | 12:17 |
| 16 | A.   No. | 12:17 |
| 17 | Q.   At any time during the course of your | 12:17 |
| 18 | treatment with Mr. Kelley, did you have reason to | 12:17 |
| 19 | believe that he would hurt someone else? | 12:17 |
| 20 | A.   No. | 12:17 |
| 21 | Q.   Was Mr. Kelley someone you considered in any | 12:17 |
| 22 | regard a risk for violence during your treatment of him? | 12:17 |
| 23 | A.   No. | 12:17 |
| 24 | Q.   Given the potential of certain persons with | 12:18 |
| 25 | mental health issues to harm themselves or others, umm, | 12:18 |



```
 1  do you routinely ask clients if they have weapons or       12:18
 2  firearms in the home?                                      12:18
 3       A.   No.                                              12:18
 4       Q.   Is that something you ever ask of clients?       12:18
 5       A.   If they have expressed that they have intent     12:18
 6  or a plan, then that's the next question, but not          12:18
 7  otherwise.                                                 12:18
 8       Q.   And with Mr. Kelley, did you ever ask him if     12:18
 9  he had firearms in the home?                               12:18
10       A.   No.                                              12:18
11       Q.   Did you ever ask him if he had access to         12:18
12  firearms?                                                  12:18
13       A.   I didn't have to because in the first session,  12:18
14  he mentioned he liked hunting hogs and deer, so I          12:18
15  assumed he had hunting stuff for that.                     12:18
16       Q.   [Laughed].  That's a fair point.  I guess...     12:19
17            So when he was referring to hunting hogs         12:19
18  and deer, umm, I guess he wasn't hunting with a bow and    12:19
19  arrow; is that right?                                      12:19
20       A.   Correct.  I guess I just assumed it was a gun.   12:19
21  I don't know anything about hunting.                       12:19
22       Q.   When he described the hunting, did he describe   12:19
23  any specifics of -- of the firearms, what type or whose    12:19
24  they were, any of those details?                           12:19
25       A.   No.                                              12:19
```



| | |
|---|---|
| 1  your treatment with him? | 01:56 |
| 2      A.   Yes. | 01:56 |
| 3      Q.   And in looking back on your treatment today, | 01:56 |
| 4  is there anything you felt like you could have done any | 01:56 |
| 5  differently or would have done differently with his | 01:56 |
| 6  treatment? | 01:56 |
| 7      A.   No. | 01:56 |
| 8      Q.   All right.  Well, let's turn to the -- the | 01:56 |
| 9  9/1/17 note.  So this is Marlowe 34 in my copy. | 01:56 |
| 10     A.   Okay. | 01:56 |
| 11     Q.   So this looks to be about a year after the | 01:56 |
| 12 last time you saw him.  Umm.  Do you recall the | 01:56 |
| 13 circumstances and him reinitiating -- reinitiating | 01:57 |
| 14 treatment? | 01:57 |
| 15     A.   No, I don't recall. | 01:57 |
| 16     Q.   Is something like this, where a client doesn't | 01:57 |
| 17 come in for a year and then comes back, is something | 01:57 |
| 18 like that unusual? | 01:57 |
| 19     A.   No. | 01:57 |
| 20     Q.   In the period between 2016 and when he came | 01:57 |
| 21 back in 2017, had -- prior to him rescheduling, had you | 01:57 |
| 22 had any contact with him? | 01:57 |
| 23     A.   No. | 01:57 |
| 24     Q.   And during that period of time, after he last | 01:57 |
| 25 saw you in 2016 and then in 2017, do you know if he | 01:57 |



```
 1  sought, you know, psychotherapy elsewhere?                    01:57
 2       A.   No, I don't know.                                   01:57
 3       Q.   And when you saw him in September 2017, did he      01:58
 4  seem different to you than he had been about a year           01:58
 5  prior?                                                        01:58
 6       A.   No.  He seemed about the same.                      01:58
 7       Q.   Was his physical appearance the same?               01:58
 8       A.   No.  I think his hair was falling out.  He had      01:58
 9  a condition or something with his skin on his head.           01:58
10       Q.   Okay. Umm.  What about from a mental health         01:58
11  perspective?  Was his mental health status the same or        01:58
12  similar to when you last saw him?                             01:58
13       A.   No.  It seemed like it was getting better.          01:58
14       Q.   Getting better how?  What specifically?             01:59
15       A.   Well, he -- They had -- He -- His wife had the      01:59
16  girl, so now he had his son and his baby girl.  He had        01:59
17  just got a new job as a security guard at a RV park, and      01:59
18  he said that he had friends that had got him the job.         01:59
19  So there was support there that hadn't been there             01:59
20  before.                                                       01:59
21       Q.   On the first part of the "SUMMARY," it              01:59
22  sound -- it says, "Thinks he has Asperger's diagnosis."       01:59
23  Umm.  I guess, first, what is Asperger's?                     01:59
24       A.   It's a form of autism.                              01:59
25       Q.   And do you know why he was saying that to you?      01:59
```



| | | |
|---|---|---|
| 1 | A.  I think he was just updating me on where he | 01:59 |
| 2 | was at, and he -- It was a self-diagnosis.  He had been | 01:59 |
| 3 | doing some research on Google and said that some of the | 01:59 |
| 4 | traits on there seemed like they fit him, and he was | 02:00 |
| 5 | just sharing that with me. | 02:00 |
| 6 | Q.  Did you have any clinical opinion as to | 02:00 |
| 7 | whether or not he had Asperger's? | 02:00 |
| 8 | A.  No, but I notated it thinking that he was | 02:00 |
| 9 | going to maybe come back and we could look into it | 02:00 |
| 10 | further. | 02:00 |
| 11 | Q.  Understood. | 02:00 |
| 12 | And at the time he came in for this | 02:00 |
| 13 | September 2017 appointment, umm, was it his intention to | 02:00 |
| 14 | come back into treatment? | 02:00 |
| 15 | A.  I think he was just touching base to see if -- | 02:00 |
| 16 | I think he was really just probing the Asperger's thing, | 02:00 |
| 17 | but since I didn't bite for it, he -- that might have | 02:00 |
| 18 | been part of why he didn't come back.  I was hoping he | 02:00 |
| 19 | was initiating services. | 02:00 |
| 20 | Q.  Sure. | 02:00 |
| 21 | Now, at the bottom of that note, it looks | 02:01 |
| 22 | like it says, "Client was just catching up - refused | 02:01 |
| 23 | further services."  Is that what you were referring to? | 02:01 |
| 24 | A.  Yes. | 02:01 |
| 25 | Q.  So is it fair to say that you felt like he | 02:01 |



```
 1  could still benefit from treatment at this time but           02:01
 2  he -- he'd like to not continue?                              02:01
 3       A.   Yes.                                                02:01
 4       Q.   Do you know whether when he stopped treatment       02:01
 5  in 2016, did -- was part or any of the reason he stopped      02:01
 6  coming because of any loss of Medicaid benefits?              02:01
 7       A.   I don't know.  I don't know at that time.  I        02:01
 8  know that when he --                                          02:01
 9       Q.   Okay.                                               02:01
10       A.   -- came in September seven -- 2017, he said he      02:01
11  had Medicaid, but he didn't, and so I didn't even get         02:02
12  paid for that session [laughed].                              02:02
13       Q.   I -- I -- Sorry.  I missed that.  What session      02:02
14  was that?                                                     02:02
15       A.   The September 1st, 2017.                            02:02
16       Q.   Oh, okay.  Was there anything concerning to         02:02
17  you at all in Mr. Kelley's presentation to you during         02:02
18  that September 2017 visit?                                    02:02
19       A.   No.                                                 02:02
20       Q.   And during the course of this visit did he          02:02
21  discuss anything about being on medication or -- or           02:03
22  medicine?                                                     02:03
23       A.   No.                                                 02:03
24       Q.   Okay. And when -- It says he refused further        02:03
25  services.  Do you recall specifically the reason he gave      02:03
```



1  for not wanting to come back?    02:03
2       A.   No, I don't recall.    02:03
3       Q.   Umm.  Did you -- After this visit did you --    02:03
4  did you communicate with him at all in any way?    02:03
5       A.   No, I don't think so.    02:03
6       Q.   All right.  We've gone through the treatment    02:04
7  notes, and I'm just going to, umm, go through a few of    02:04
8  the things -- or -- Mr. Kelley might have talked to you    02:04
9  about just to see if it was mentioned at all.  Umm.    02:04
10           Before I get there, just -- I know you    02:04
11 said that he was guarded and had anxiety, umm, you know,    02:04
12 related to the history of bullying.  Umm.  Other than    02:04
13 some guardedness, did you have any other concerns or    02:04
14 worries about his reporting of the facts and events to    02:04
15 you?    02:04
16      A.   No.    02:04
17      Q.   Did you feel like he was a truthful person?    02:05
18      A.   Yes, as far as I knew.    02:05
19      Q.   Do you recall any instances where you might    02:05
20 have thought he might have been lying or not being    02:05
21 truthful with you?    02:05
22      A.   No.    02:05
23      Q.   And during the course of treatment did he ever    02:05
24 try to embellish or exaggerate problems?    02:05
25      A.   No.    02:05



| | | |
|---|---|---|
| 1 | Q. And did he ever try to inappropriately | 02:05 |
| 2 | minimize problems? | 02:05 |
| 3 | A. No. | 02:05 |
| 4 | Q. Earlier we talked about the Air Force, and I | 02:06 |
| 5 | mentioned, umm, a conviction and domestic abuse and you | 02:06 |
| 6 | said that he hadn't, umm, reported that to you. Did he | 02:06 |
| 7 | ever report to you anything about his being disqualified | 02:06 |
| 8 | from purchasing or owning a firearm? | 02:06 |
| 9 | A. No. | 02:06 |
| 10 | Q. And during your -- your counseling sessions | 02:06 |
| 11 | with Mr. Kelley, did any time he mention, umm, anything | 02:06 |
| 12 | about religion or atheism at all? | 02:06 |
| 13 | A. No. | 02:06 |
| 14 | Q. Did he ever mention the Sutherland Springs | 02:06 |
| 15 | church -- First Baptist Church? | 02:06 |
| 16 | A. No. | 02:06 |
| 17 | Q. Did he mention ever having any legal trouble | 02:06 |
| 18 | or legal issues? | 02:06 |
| 19 | A. No. | 02:07 |
| 20 | Q. Other than his prior wife, Tessa, and current | 02:07 |
| 21 | wife, Danielle, did he talk about any of his other past | 02:07 |
| 22 | girlfriends? | 02:07 |
| 23 | A. No. | 02:07 |
| 24 | Q. Did he ever discuss with you any sexual | 02:07 |
| 25 | assault allegation against him? | 02:07 |



```
 1       A.   No.                                                    02:07
 2       Q.   Did he ever discuss with you, umm, his use of          02:07
 3  pornography?                                                     02:07
 4       A.   No.                                                    02:07
 5       Q.   Did he ever confide in you about his, umm,             02:07
 6  sexual relations with his wife?                                  02:07
 7       A.   No.                                                    02:07
 8       Q.   So he never said anything to you consistent            02:08
 9  with sexually assaulting his wife; is that right?                02:08
10       A.   That's correct.                                        02:08
11       Q.   Did he matter -- ever mention anything about           02:08
12  having extreme or unusual sexual fetishes?                       02:08
13       A.   No.                                                    02:08
14       Q.   Did you ever have reason to suspect he might           02:08
15  be abusing his wife, Danielle, in any way?                       02:08
16       A.   No.                                                    02:08
17       Q.   And he never told you about any criminal               02:08
18  charges for abusing animals, did he?                             02:08
19       A.   No.                                                    02:08
20       Q.   And you never had any reasons to suspect he            02:09
21  might be abusing animals; is that right?                         02:09
22       A.   That's correct.                                        02:09
23       Q.   Did Mr. Kelley ever mention anyone by the name         02:09
24  of Jessica Edwards?                                              02:09
25       A.   No.                                                    02:09
```

