# Ex. N

Document filed under seal