# Ex. O

U.S. Department of Justice  
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation | Investigation Number | Report Number |
|---|---|---|
| Mass Shooting-First Baptist Church, Sutherland Springs, Texas | 782060-18-0016 | 1 |

## SUMMARY OF EVENT:

Opening ROI- Mass Shooting at First Baptist Church Sutherland Springs, Texas

## NARRATIVE:

1. On November 05, 2017, Special Agents from the San Antonio Field Office responded to a mass shooting event at the First Baptist Church located at 216 4th St, Sutherland Springs, Texas 78161. The Texas Rangers have primary jurisdiction with ATF, FBI, and other State and Local Agencies assisting.

2. At approximately 11:30 am on November 05, 2017, the suspect Devin Patrick KELLEY (W/M, DOB 2/12/91) began shooting at the location. KELLEY fired into the church from the front and side of the building. KELLEY then entered the Church and began shooting the Church attendees. A good Samaritan living near the Church heard the gunshots and retrieved his personal firearm and engaged in a gun battle with KELLEY. KELLEY got into his vehicle and drove away. The good Samaritan and another individual chased KELLEY. KELLEY finally wrecked his vehicle and committed suicide. According to the medical examiner KELLEY had three bullet wounds with one being self-inflicted.

3. To date there have been reported 26 deceased not including KELLEY and 20 wounded.

4. ATF S/A's assisted with clearing and securing both crime scenes (First Baptist Church and KELLEY's vehicle). ATF S/A's also assisted with a neighborhood canvas and interviewing witnesses.

5. Three firearms have been recovered by Texas Rangers:

   a. Ruger, Model AR556, 5.56 caliber rifle, serial number 825-06623, purchased by KELLEY at Academy #41, San Antonio, Texas, purchased on 04/07/2016.
   b. Ruger, Model SR-22, .22 caliber pistol, serial number 366-99791, purchased by KELLEY at Academy #46, Selma, Texas, purchased on 10/18/2017.
   c. Glock, Model 19, 9mm caliber pistol, serial number XEG050, purchased by KELLEY at Specialty Sports & Supply, Colorado Springs, CO on 12/22/2014.

| Prepared by: Allen D. Darilek | Title Resident Agent in Charge, San Antonio I Field Office | Signature | Date |
|---|---|---|---|
| Authorized by Crisanto Perez | Title Asistant Special Agent in Charge, Houston Field Division | Signature | Date |
| Second level reviewer (optional) Frederick J. Milanowski Jr | Title Special Agent in Charge, Houston Field Division | Signature | Date |

USA00012797

| Title of Investigation | Investigation Number | Report Number |
|---|---|---|
| Mass Shooting-First Baptist Church, Sutherland Springs, Texas | 782060-18-0016 | 1 |

6. ATF S/A's traced the Ruger AR556, Ruger SR22 pistol, and the Glock Model 19 listed above.

7. ATF S/A's found that KELLEY had also purchased a Ruger, Model GP 100, .357 caliber revolver, serial number 177-59301, at Specialty Sports & Supply, Colorado Springs, CO. This firearm has not been recovered.

8. On November 06, 2017, Firearms Enforcement Officer Ronald Davis examined the Ruger rifle, Ruger pistol, and the Glock pistol listed above. All firearms field-tested negative for being fully automatic. Aside from some aftermarket accessories there were no abnormalities with any of the firearms.

9. On November 07, 2017, ATF S/A Marian Kupczynski was able to secure fired casings from KELLEY's Ruger, Model AR556, 5.56 caliber rifle, serial number 852-06623. S/A Kupczynski drove the casings to the San Antonio Police Department NIBIN machine and had them entered.

10. On November 7, 2017, ATF S/A Andrea Devilliers and canine Nanny assisted with a search of the Church. No additional firearms, ammunition, magazines, or casings were located.

11. The Glock Model 19 and the Ruger Model SR22 will be test fired at a future date by the Texas Rangers and entered into NIBIN. These two firearms were located in KELLEY's vehicle and no casings were immediately located. The vehicle will be processed after the Church scene in completed.

12. Copies of 4473 Forms as well as the trace information for the listed firearms are stored in the source file of this case.

USA00012798

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# REPORT OF INVESTIGATION

| Title of Investigation | Investigation Number | Report Number |
|---|---|---|
| Mass Shooting-First Baptist Church, Sutherland Springs, Texas | 782060-18-0016 | 2 |

## DESCRIPTION OF ACTIVITY:

EXPLOSIVES DETECTION CANINE DEPLOYMENT.

## SYNOPSIS:

<u>Date(s)/Time(s) of Deployment</u>: November 7, 2017; Approximately 6:50PM

<u>Location of Deployment</u>: 216 4th Street, Sutherland Springs, Texas 78161

<u>Description of Location</u>: First Baptist Church of Sutherland Springs.

<u>Deployment Activity</u>: Search for evidence.

<u>Associated Investigation Number</u>:   Unknown

## NARRATIVE:

<u>Individual requesting canine team</u>:   ATF San Antonio I Field Office Resident Agent in Charge Allen Darilek and Texas Ranger Terry Snyder.

<u>Areas searched</u>: Open area and building exterior of the front southern side of the First Baptist Church of Sutherland Springs located at 216 4th Street in Sutherland Springs, Texas.

<u>Finds made</u>: None

<u>Alerts made</u>: None

<u>Property taken into custody</u>: None

<u>Conditions at time of search</u>: Cool, breezy and low light conditions.

| Prepared by: Andrea Devilliers | Title Special Agent, San Antonio III Field Office | Signature | Date |
|---|---|---|---|
| Authorized by: Allen D. Darilek | Title Resident Agent in Charge, San Antonio I Field Office | Signature | Date |
| Second level reviewer (optional) Frederick J. Milanowski Jr | Title Special Agent in Charge, Houston Field Division | Signature | Date |

| Title of Investigation | Investigation Number | Report Number |
|---|---|---|
| Mass Shooting-First Baptist Church, Sutherland Springs, Texas | 782060-18-0016 | 2 |

<u>Hazards encountered</u>: Dried blood biological hazard and routine trash and debris.

<u>Miscellaneous information</u>:

1. On November 7, 2017, ATF Special Agent Canine Handler (SACH) Andrea Devilliers and Explosives Detection Canine (EDC) "Nanny" were deployed to the First Baptist Church of Sutherland Springs located at 216 4th Street, in Sutherland Springs, Texas. ATF San Antonio I Field Office Resident Agent in Charge (RAC) Allen Darilek and Department of Public Safety (DPS) Texas Ranger Terry Snyder requested canine assistance to conduct a search for evidence as part of an ongoing mass shooting investigation at that location.

2. On this date, at approximately 5:00PM, SACH Devilliers arrived at the First Baptist Church of Sutherland Springs located at 216 4th Street, in Sutherland Springs, Texas, and met with Texas Rangers personnel at the scene who explained that Federal Bureau of Investigations (FBI) evidence teams were currently deploying metal detectors to search the building exterior and open area of the southern portion of the building and front yard for spent shell casings from the mass shooting incident that occurred on November 5, 2017, at that location. Texas Rangers personnel requested that SACH Devilliers deploy EDC "Nanny" to conduct a canine search for evidence once the FBI terminated the metal detector search. SACH Devilliers was instructed to standby at the location until the FBI concluded their search.

3. On this date, at approximately 6:45PM Texas Rangers personnel stated that the FBI had concluded their search with the metal detectors and request that SACH Devilliers deployed EDC "Nanny" to conduct a canine search for evidence of the open area and building exterior of the front southern side of the building and front yard at the location.

4. After conducting a preliminary walk-through of the area for hazards, at approximately 6:50PM, SACH Devilliers deployed EDC "Nanny" to conduct a canine search of the open area and building exterior of the front southern side of the building and front yard at 216 4th Street in Sutherland Springs, Texas. During the course of the canine search, no canine alerts or finds were made and the canine search was concluded at approximately 7:20PM.

5. On this date, no other canine deployments or searches were conducted by SACH Devilliers and EDC "Nanny" at this location as part of this investigation, and no other canine alerts or finds were made.

USA00012800



U.S. Department of Justice

Bureau of Alcohol, Tobacco, Firearms and Explosives

*Firearms and Ammunition Technology Division*

www.atf.gov

NOV 1 4 2017

November 8, 2017

907020: RKD
3311: 307823

MEMORANDUM TO: Special Agent in Charge
ATF Houston Field Division

THROUGH: Chief
Firearms Technology Criminal Branch

FROM: Ronald K. Davis
Firearms Enforcement Officer

SUBJECT: Visual inspection of firearms involved in Sutherland Springs First Baptist church shooting

On November 6, 2017, I performed a visual inspection on three firearms in Sutherland Springs, Texas. The firearms were recovered in connection with the homicide investigation of the incident occurring at the First Baptist Church of Sutherland Springs, Texas, on November 5, 2017.

### Ruger 5.56 x 45mm caliber Model AR-556 rifle, Serial number 852-06623

The above rifle was manufactured by Ruger in Mayodan, North Carolina as a semiautomatic firearm. Manual field testing of the firearm indicated semiautomatic function, the firearm was not test fired by ATF personnel during this inspection. Additionally, the rifle was found to incorporate an aftermarket drop-in trigger assembly. No attempt was made to remove the trigger assembly to determine the manufacturer of the device. This was done to preserve the integrity of exhibit as recovered. Aftermarket trigger assemblies are generally installed to improve trigger pull characteristics of the host firearm.

USA00012801

-2-

ATF Houston Field Division

The firearm was noted to be equipped with the following:

- Bushnell electronic red dot sight with Hi-rise mount.
- Magpul fore-end having vertical fore grip installed.
- Magpul adjustable shoulder stock.
- Magpul Battery Assist Device
- After market trigger assembly
- Enlarged charging handle latch.
- 2-point sling assembly.

Ruger AR-556 Rifle, serial number 852-06623, note missing flash hider/muzzle break.



ATF Houston Field Division

**Ruger AR-556 serial number 852-06623 and manufacturer markings on magazine well.**



**Close-up view of Ruger AR-556 SN# 852-06623 aftermarket "trigger."**



**Ruger AR-556 serial number # 852-06623 aftermarket trigger assembly, top view.**



USA00012803

-4-

ATF Houston Field Division

**FTCB provided stock photo of similar CMC brand trigger assembly provided for visual comparison.**



**Ruger .22 LR caliber Model SR-22 pistol, serial number 366-99791**

The above pistol was manufactured by Ruger in Mayodan, North Carolina, as a semiautomatic firearm. The Exhibit was accompanied by a compatible magazine loaded with .22 LR caliber ammunition and an addition loose round of .22LR caliber ammunition, which was manufactured by CCI in Lewiston, Idaho.

No attempt was made to remove the ammunition from the Exhibits magazine to function test the firearm, which was equipped with a magazine safety device. This was done to preserve the integrity of the evidence as recovered.

**Ruger .22 LR caliber Model SR-22 pistol with magazine and ammunition, right side view.**



USA00012804

-5-

ATF Houston Field Division

**Ruger .22LR caliber Model SR-22 pistol with magazine and ammunition, left side view.**



**Head stamp of loose round of .22 LR caliber ammunition with Ruger SR-22 pistol, serial number 366-99791.**



## Glock 9x19mm caliber Model 19 pistol, serial number XEG050

The above pistol was manufactured by Glock in Austria and imported into the Unites States as a semiautomatic firearm by Glock Inc. in Smyrna, Georgia. The Exhibit was accompanied by a compatible high capacity magazine loaded with 9x19mm caliber ammunition, and an addition loose round of 9x19 caliber ammunition which was manufactured by Winchester in Oxford, Mississippi. The high capacity magazine was numbered to 31 cartridges on its rear exterior surface and was noted to have a + capacity marked floor plate.

-6-
ATF Houston Field Division

The pistol is equipped with an aftermarket adhesive grip decal installed on the exterior of the Exhibits grip, which appears to manufactured by Talon Grips. Manual field testing of the firearm indicated semiautomatic function, the firearm was not test fired by ATF personnel during this inspection.

**Glock Model 19 pistol, serial number XEG050 marking on receiver.**



**Glock 9x19 caliber Model 19 pistol with magazine and ammunition, serial number XEG050, right side view.**



USA00012806

ATF Houston Field Division

**Glock 9x19 caliber Model 19 pistol with magazine and ammunition, serial number XEG050, left side view.**



**Exhibit Glock Model 19 serial number XEG050 high capacity Glock magazine with + capacity floorplate, rear view.**



USA00012807

-8-

ATF Houston Field Division

**Winchester brand 9x19mm caliber cartridge head stamp present with Exhibit Glock pistol.**




**Recovered damaged round of 5.56x45mm caliber ammunition viewed with Exhibits.**



**Head stamp of the above cartridge. This cartridge was manufactured by Winchester in Oxford, Mississippi.**



cc: ASAC Crisanto Perez, ATF Houston Field Division

USA00012808