# Ex. Q

DEPARTMENT OF DEFENSE
OFFICE OF INSPECTOR GENERAL

OFFICE OF PROFESSIONAL RESPONSIBILITY

AUDIO TRANSCRIPTION

```
x - - - - - - - - - - - - - x
:                           :
:                           :
:        INTERVIEW OF        :
:                           :
:       DANIELLE KELLEY      :
:                           :
:                           :
x - - - - - - - - - - - - - x
```

Case No. 2018-C-004

Tuesday, May 15, 2018

Transcript validated by Marticia Lynch on May 27, 2018

------------------------------------------------------------
THIS IS A PRIVILEGED DOCUMENT.  Neither this document nor
information contained in this document will be disclosed
outside the Office of the Inspector General, Department of
Defense, without the approval of the Office of Professional
Responsibility, Office of the Inspector General, Department
of Defense.
------------------------------------------------------------

FOR OFFICIAL USE ONLY

**Diversified Reporting Services, Inc.**
1426 Duke Street
Alexandria, Virginia  22314
(202) 467-9200

1   make sure we --

2           SA HYATT:  Mm-hmm. Dead bats.

3           THE WITNESS:  -- cleaned up feathers and stuff, so

4   -- and --

5           MR. KELLEY:  So along with the gun, so --

6           SA HANNAN:  Yeah.

7           MR. KELLEY:  He had the shotgun --

8           THE WITNESS:  There is that.  Then he had --

9           MR. KELLEY:  And what happened to the shotgun?

10          THE WITNESS:  We got rid of it.  We bartered it.

11          SA HANNAN:  Okay.

12          THE WITNESS:  So --

13          BY SA HYATT:

14      Q   For another gun, or --

15      A   Uh no.

16      Q   Okay.

17      A   We -- we got this dog from Craigslist, and found

18  out it was really abused, severely abused, where the lady

19  ended up using razors on him.  And he was underweight, had

20  worms.  There was a lot of problems.  So we bartered the

21  shotgun and got him and got it to where we grew his ear hair

22  back and his tail hair.  It got rid of his worms.  We made

23  sure he had his shots.  We had everything done and then we

24  re-homed him, because we couldn't keep him.

25          SA HANNAN:  Hmm


FOR OFFICIAL USE ONLY

USA00016211

1    He would clean them.  Every time after he would shoot he

2    would clean them.  He loved taking them apart and then

3    comparing them to the newer versions.

4              MR. KELLEY:  He'd clean. He'd cleaned my gun and my

5    wife's gun.  Worked for me.

6              SA HYATT:  Mm-hmm.  Hey.

7              SA HANNAN:  Sure.

8              THE WITNESS:  Like he wanted to know the difference

9    in all of the make and models that they all had out there,

10   and that's what he would look up and research, non-stop

11   research, was things like that and how to make yourself

12   better with it.  And even if you were -- like he was trained,

13   just different things like that.

14             And then it got to where he wanted to help teach

15   civilian people how to protect themselves, because there was

16   a story where this mom was home alone with her kids, and the

17   guy came in and she didn't have a shotgun, you know, she

18   wouldn't be able to protect herself or her babies.  So --

19             BY SA HANNAN:

20   Q    Mm-hmm.  Did you actually go to the gun stores with

21   him?

22   A    Yeah.

23   Q    You don't sound like you enjoyed that.

24   A    Well, I did, it's just I know now it may look bad.

25             MR. KELLEY:  Well, what they tried to pin on the

USA00016217