# Ex. R

# DEPARTMENT OF THE JUSTICE

**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**
**Denial Enforcement and NICS Intelligence Branch**
**Phone: (304) 616-4200 Fax: (866) 561-2048**

Print Date: December 29, 2019

## ATF NICS Referral Application Field Office Referral Report

Warning: This referral should NOT be sent to the field.

**Buyer Name: KEITH THOMAS KINNUNEN** **NTN: 1D0HXLZ**

### Applicant Information

**Date Of Birth:** [redacted] **Sex:** Male
**SSN:** [redacted] **Race:** White
**Height:** 5 Ft. 09 In. **Weight:** 160 Lbs.
**Address:**
**City:**
**State:** **Zip:**
**Address Source:**
**State of Res:** TX **Country of Residence :**
**County of Res:**
**Phone:** **Fax:**
**Place Of Birth:** ARIZONA
**Misc Id No:**
**Misc Id Type:**
**Retrieval Code / Description** 99
All Denials that DO NOT require a firearm retrvl

### Denial Information

**FFL Id:** 575439019F41424
**FBI Created Date:** 05/18/2009 03:49 PM
**SFL ID:**
**FBI Denied Date:** 05/22/2009 01:32 PM
**Region:** 12 **State Of Purchase:** TX

| Purpose Code | Description |
|---|---|
| 02 _ | Sale of a Long Gun |

**Dealer Name:** WINCHESTER GALLERY
**License Name:** WINCHESTER GALLERY, INC
**Address:** 6054 E LANCASTER
**City:** FORT WORTH
**State:** TX **Zip:** 76112
**Phone:** 8174969391 **Fax:** 8175070215

**DEPARTMENT OF THE JUSTICE**

**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**

**Denial Enforcement and NICS Intelligence Branch**

**Phone: (304) 616-4200 Fax: (866) 561-2048**

Print Date: December 29, 2019

# ATF NICS Referral Application Field Office Referral Report

Warning: This referral should NOT be sent to the field.

**Buyer Name: KEITH THOMAS KINNUNEN** **NTN: 1D0HXLZ**

## Denial Record Information

| Denied Number | Database | Prohibited Category | Criminal History |
|---|---|---|---|
| 461821LB8 | III | A2 - 18 USC 922 (n) Under Indictment/Information | |

## Denial Status Information

**Denial Status:** NOT REFERRED **Field Division:** Dallas

**Qualifying Criteria:** 39 N1-Under Indictment/Information Filed **Field Office:** FORT WORTH

**DECISION NOTES**

JT Miller 05/20/2009
TX Northern Distr
Subject was placed under indictment.
Date of indictment was: 03/18/2009
Charge was: aggravated assault deadly weapon

## United States State Department Information

*For additional information, please contact the US State Dept.*

**State Dept Suspect?:** N

**Research Analyst:** **Research Date:**

## United States Secret Service Information

*For additional information, please contact the US Secret Service.*

**USSS Suspect?:** N

**Research Analyst:** **Research Date:**

 ************ For Official Use Only *************

DEPARTMENT OF THE JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
Denial Enforcement and NICS Intelligence Branch
Phone: (304) 616-4200 Fax: (866) 561-2048

Print Date: December 29, 2019

## ATF NICS Referral Application Field Office Referral Report

Warning: This referral should NOT be sent to the field.

**Buyer Name: KEITH THOMAS KINNUNEN** **NTN: 1D0HXLZ**

### FBI Comments

05/18/2009 15:52:31 -- FRAMENC
delay record partial
ntn inquiry 1
The Brady Transfer Date is: Friday May 22, 2009

05/19/2009 14:37:04 -- SKINNERRL
COMMENTS/
Based on descriptors hit in III match FBI/461821LB8-SID/AZ14072128, there are no disqualifiers for SID/AZ14072128; hit in III also match SID/TX08283706, possible disqualifier per Federal Prohibitor 1:

```
=========================================================================
EVENT CYCLE 1
  TRACKING NUMBER    9132860560
  ARREST DATE        12-03-2008
  TYPE               ADULT
  AGENCY             TX2201200 - FORT WORTH PD
  NAME               KINNUNEN,KEITH T
  ---------------------------------------------------------------------
    TRACKING SUFFIX    A001
  ---------------------------------------------------------------------
    OFFENSE DATA
      AGENCY ID NUMBER     0837201
      AGENCY CASE NUMBER   080140728
      OFFENSE AGENCY       TX2201200 - FORT WORTH PD
      OFFENSE              AGG ASSLT W/DEADLY WEAPON
      CITATION             PC 22.02(a)(2)
      OFFENSE DESC         AGG ASSLT W/DEADLY WEAPON
      LEVEL   DEGREE       FELONY - 2ND DEGREE
      DISPOSITION          HELD
      DISPOSITION DATE     12-03-2008
      REFERRED             TX2201200 - FORT WORTH PD
    -------------------------------------------------------------------
    NO PROSECUTION DATA AVAILABLE
    -------------------------------------------------------------------
    NO COURT DATA AVAILABLE
=========================================================================
```

NTN INQUIRY=prior transactions
IAFIS RESULTS=DOA 12/03/2008 listed w/o dispo
NCIC RESULTS=na
VAF RESULTS=na
ATFRDD RESULTS=no hits
DDF RESULTS=file found for FBI/461821LB8 but nothing on file for DOA 12/03/2008
WEBSITE RESULTS=no website for Tarrant Co, Texas

DEPARTMENT OF THE JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
Denial Enforcement and NICS Intelligence Branch
Phone: (304) 616-4200 Fax: (866) 561-2048



Print Date: December 29, 2019

## ATF NICS Referral Application Field Office Referral Report

Warning: This referral should NOT be sent to the field.

**Buyer Name: KEITH THOMAS KINNUNEN** **NTN: 1D0HXLZ**

### FBI Comments (cont.)

Calling Tarrant Co DA 817-884-1620 for dispo/indictment
Status open

05/19/2009 14:52:12 -- SKINNERRL
COMMENTS/
Called Tarrant Co DA 817-884-1620 and spoke w/Janet who said the subject was Indicted on March 18, 2009 for DOA 12/03/2008 AGG ASSLT W/DEADLY WEAPON. Janet said the next court date is scheduled for May 26, 2009

Based on the Felony Indictment, this NTN is DENY per Federal Prohibitor 1
Did not forward -no hard copy of the Indictment

05/19/2009 14:55:46 -- SKINNERRL
FFL/Appellant Notified has been set for NTN 1D0HXLZ
NTN Status: Denied
Called FFL, David verified FFL ID, advised NTN is DENY
No firearm transferred
NTN Inq-other NTN, completed

05/22/2009 13:32:39 -- SKINNERRL
COMMENTS/
SUBJECT CALLED TO QUESTION WHY HE WAS DENIED. I WAS GIVING HIM THE NICS APPEAL SERVICES TEAM INFORMATION AND ADDRESS AND LOST CONTACT WITH THE SUBJECT. IT SOUNDED LIKE HE WAS USING A CELL PHONE AND CONTACT WAS LOST

### III Response Data

LL011D0HXLZ00320000
WVNICS000
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/KINNUNEN,KEITH THOMAS SEX/M RAC/W DOB/19761126
SOC/601083213 PUR/F

| NAME | FBI NO. | INQUIRY DATE |
|---|---|---|
| KINNUNEN,KEITH THOMAS | 461821LB8 | 2009/05/18 |

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR | PHOTO |
|---|---|---|---|---|---|---|---|
| M | W | 1976/11/26 | 508 | 157 | HAZ | BRO | N |

BIRTH PLACE
ARIZONA

FINGERPRINT CLASS PATTERN CLASS

 ************ For Official Use Only *************

DEPARTMENT OF THE JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
Denial Enforcement and NICS Intelligence Branch
Phone: (304) 616-4200 Fax: (866) 561-2048



Print Date: December 29, 2019

## ATF NICS Referral Application Field Office Referral Report

Warning: This referral should NOT be sent to the field.

**Buyer Name: KEITH THOMAS KINNUNEN** **NTN: 1D0HXLZ**

### III Response Data (cont.)

WU WU WU WU RS AU WU WU LS LS
LS RS WU WU WU WU

ALIAS NAMES
KINNUNEN,KEITH T

SCARS-MARKS-
TATTOOS SOCIAL SECURITY MISC NUMBERS
TAT ABDOM [redacted] AF-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
TAT CHEST

IDENTIFICATION DATA UPDATED 2008/12/03

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE FOLLOWING:
ARIZONA - STATE ID/AZ14072128 - COURT DISPOSITION PENDING
CONVICTION STATUS UNKNOWN
TEXAS - STATE ID/TX08283706 - COURT DISPOSITION PENDING
CONVICTION STATUS UNKNOWN

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION INDEX BY USING THE APPROPRIATE NCIC TRANSACTION

END
EL011D0HXLZ03330000
WVNICS000
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR RECORD REQUEST FOR FBI/461821LB8. INDIVIDUAL'S RECORD WILL BE COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
ARIZONA - STATE ID/AZ14072128 - COURT DISPOSITION PENDING
CONVICTION STATUS UNKNOWN
TEXAS - STATE ID/TX08283706 - COURT DISPOSITION PENDING
CONVICTION STATUS UNKNOWN
END

ML0105182009
WVNICS000
CR.TXIII0000
12:51 05/18/2009 83104
12:51 05/18/2009 83800 WVNICS000
TXT

DEPARTMENT OF THE JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
Denial Enforcement and NICS Intelligence Branch
Phone: (304) 616-4200 Fax: (866) 561-2048



Print Date: December 29, 2019

## ATF NICS Referral Application Field Office Referral Report

Warning: This referral should NOT be sent to the field.

**Buyer Name: KEITH THOMAS KINNUNEN** **NTN: 1D0HXLZ**

### III Response Data (cont.)

HDR/2L011D0HXLZ03330000
ATN/1D0HXLZ 18MAY2009 1549
THIS RECORD IS BASED ON THE SID NUMBER IN YOUR REQUEST-
SID/TX08283706.FBI/461821LB
TEXAS DEPARTMENT OF PUBLIC SAFETY COMPUTERIZED CRIMINAL HISTORY
THE FOLLOWING RECORD PERTAINS TO DPS NUMBER/TX 08283706
NAME(S)
KINNUNEN,KEITH T
FBI NUMBER DPS NUMBER
461821LB8 TX 08283706
SOCIAL SECURITY DRIVERS LICENSE ID NUMBER
[redacted] [redacted]TX
SEX RACE SKIN TONE
M W LGT
HEIGHT WEIGHT DATE OF BIRTH
509 160 11-26-1976
HAIR COLOR EYE COLOR FINGERPRINT PATTERN
RED HAZ
AFIS FINGERPRINT RIDGE COUNT PRIMARY CLASS
WSWWRWSWSL
PLACE OF BIRTH CITIZEN III CODE
AZ US MULTI-STATE
DATE OF REPORT ORIGINATION DATE DATE OF LAST UPDATE
05-18-2009 12-03-2008 12-03-2008
================================================================

EVENT CYCLE 1
TRACKING NUMBER 9132860560
ARREST DATE 12-03-2008
TYPE ADULT
AGENCY TX2201200 - FORT WORTH PD
NAME KINNUNEN,KEITH T
------------------------------------------------------------------------
TRACKING SUFFIX A001
------------------------------------------------------------------------
OFFENSE DATA
AGENCY ID NUMBER 0837201
AGENCY CASE NUMBER 080140728
OFFENSE AGENCY TX2201200 - FORT WORTH PD
OFFENSE AGG ASSLT W/DEADLY WEAPON
CITATION PC 22.02(a)(2)
OFFENSE DESC AGG ASSLT W/DEADLY WEAPON
LEVEL & DEGREE FELONY - 2ND DEGREE
DISPOSITION HELD

DEPARTMENT OF THE JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
Denial Enforcement and NICS Intelligence Branch
Phone: (304) 616-4200 Fax: (866) 561-2048




Print Date: December 29, 2019

# ATF NICS Referral Application Field Office Referral Report

Warning: This referral should NOT be sent to the field.

**Buyer Name: KEITH THOMAS KINNUNEN** **NTN: 1D0HXLZ**

## III Response Data (cont.)

DISPOSITION DATE 12-03-2008
REFERRED TX2201200 - FORT WORTH PD
---------------------------------------------------------------------
NO PROSECUTION DATA AVAILABLE
---------------------------------------------------------------------
NO COURT DATA AVAILABLE
==========================================================================
NO CUSTODY DATA AVAILABLE
UNAUTHORIZED USE OR DISCLOSURE OF THE INFORMATION CONTAINED IN THIS RECORD
MAY RESULT IN SEVERE CRIMINAL PENALTIES
SEE TEXAS GOVERNMENT CODE SECTION 411.085
END OF RECORD
CRIME RECORDS SERVICE DPS AUSTIN TX 05/18/2009
ML0105182009
WVNICS000
CR.AZIII0000
12:51 05/18/2009 76700
12:51 05/18/2009 83801 WVNICS000
TXT
HDR/2L011D0HXLZ03330000
ATN/1D0HXLZ 18MAY2009 1549.FBI/461821LB8.PUR/F
THIS RECORD IS BASED ONLY ON THE SID NUMBER IN YOUR REQUEST-SID/AZ14072128
DATE 05-18-2009 ARIZONA DEPARTMENT OF PUBLIC SAFETY PAGE 0001
TIME 12.51 AUTOMATED CRIMINAL HISTORY
SID/ AZ14072128
NAM/ KINNUNEN, KEITH THOMAS FBI/ 461821LB8 SOC/ 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
SEX/ M RAC/ W DOB/ 11-26-1976 POB/ AZ III STA/ M DATE/ 10-11-1999
HGT/ 510 WGT/ 160 EYE/ BLU HAI/ RED SKN/ PURGE ON/ 11-26-2075
HFP/ - - - - - FPC/ - - - - DATE ENTERED/ 06-26-1999
- - - - - - - - DATE UPDATED/ 12-03-2008
SMT/ TAT CHEST TAT ABDOM
RAP/ NO FELONY CONVICTIONS.
ADDITIONAL IDENTIFIERS
SOC/ 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
******************** CONTINUED ON NEXT PAGE *******************ML0105182009
WVNICS000
CR.AZIII0000
12:51 05/18/2009 76701
12:51 05/18/2009 83802 WVNICS000
TXT
HDR/2L011D0HXLZ03330000
ATN/1D0HXLZ 18MAY2009 1549.FBI/461821LB8.PUR/F
THIS RECORD IS BASED ONLY ON THE SID NUMBER IN YOUR REQUEST-SID/AZ14072128

DEPARTMENT OF THE JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
Denial Enforcement and NICS Intelligence Branch
Phone: (304) 616-4200 Fax: (866) 561-2048




Print Date: December 29, 2019

## ATF NICS Referral Application Field Office Referral Report

Warning: This referral should NOT be sent to the field.

**Buyer Name: KEITH THOMAS KINNUNEN** **NTN: 1D0HXLZ**

### III Response Data (cont.)

```
DATE 05-18-2009    ARIZONA DEPARTMENT OF PUBLIC SAFETY    PAGE 0002
TIME 12.51       AUTOMATED CRIMINAL HISTORY
SID/ AZ14072128
**
ARREST/ 06-18-1999  AGENCY/ AZ0100700   ORO VALLEY PD
 NAME/ KINNUNEN, KEITH THOMAS     CASE/ OROV99060570       PCN/ 5001000080
001  5202          CARRYING CONCEALED WEAPON             MIS
 DISPO/ 07-21-1999  AGENCY/ AZ010041J  ORO VALLEY CITY MAGIS CRT
   5202          CARRYING CONCEALED WEAPON             MIS
   DISPO/ COURT DISMISSAL          CASE/ CR99281
**
ARREST/ 07-03-2004  AGENCY/ AZ0100300   TUCSON PD
 NAME/ KINNUNEN, KEITH THOMAS     CASE/ TUS0407020942      PCN/ 2703192804
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        ENDANGERMENT                   FEL
   OFFENSE DATE/ 07-02-2004
******************** CONTINUED ON NEXT PAGE *******************ML0105182009
WVNICS000
CR.AZIII0000
12:51 05/18/2009 76704
12:51 05/18/2009 83803 WVNICS000
TXT
HDR/2L011D0HXLZ03330000
ATN/1D0HXLZ 18MAY2009 1549.FBI/461821LB8.PUR/F
THIS RECORD IS BASED ONLY ON THE SID NUMBER IN YOUR REQUEST-SID/AZ14072128
DATE 05-18-2009    ARIZONA DEPARTMENT OF PUBLIC SAFETY    PAGE 0003
TIME 12.51       AUTOMATED CRIMINAL HISTORY
SID/ AZ14072128
 DISPO/ 07-12-2004  AGENCY/ AZ010013A   PIMA CO ATTY,TUCSON
   13-1201        ENDANGERMENT                   FEL
   DISPO/ NO COMPLAINT FILED        CASE/ CASE # UNK
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        ENDANGERMENT                   FEL
   OFFENSE DATE/ 07-02-2004
 DISPO/ 07-12-2004  AGENCY/ AZ010013A   PIMA CO ATTY,TUCSON
   13-1201        ENDANGERMENT                   FEL
   DISPO/ NO COMPLAINT FILED        CASE/ CASE # UNK
 DATA TO BE USED ONLY FOR CRIMINAL JUSTICE OR OTHER LAWFUL PURPOSES.
END OF RECORD
```

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0020

# Firearms Transaction Record Part I – Over-the-Counter

**WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 *et. seq.*, are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. **"PLEASE PRINT."**

Transferor's Transaction Serial Number (If any): **9589**

## Section A - Must Be Completed Personally By Transferee (Buyer)

1. Transferee's Full Name
   - Last Name: Kinnunen
   - First Name: Keith
   - Middle Name: Thomas

2. Current Residence Address
   - City: Ft Worth TX
   - County: Tarrant
   - State: TX
   - ZIP Code: 76116

3. Place of Birth: USA — AZ Tucson

4. Height: 5' 9"
5. Weight: 160
6. Gender: Male ☒
7. Birth Date: [redacted]

10. Race (Ethnicity):
   - ☐ American Indian or Alaska Native
   - ☐ Black or African American
   - ☐ Native Hawaiian or Other Pacific Islander
   - ☐ Hispanic or Latino
   - ☐ Asian
   - ☒ White

11. Questions 11.a – 11.l:
   a. Actual transferee/buyer: **Yes** ☒
   b. Under indictment for felony: No
   c. Ever convicted of felony: No
   d. Fugitive from justice: No
   e. Unlawful user of controlled substance: No
   f. Adjudicated mentally defective: No
   g. Dishonorably discharged: No
   h. Subject to restraining order: No
   i. Convicted of misdemeanor domestic violence: No
   j. Renounced U.S. citizenship: No
   k. Alien illegally in U.S.: No
   l. Nonimmigrant alien: No

13. State of residence: Texas
14. Country of citizenship: ☒ United States of America

ATF Form 4473 (5300.9) Part I
Revised August 2008
Page 1 of 6

USA00023974

**I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law *(See Instructions for Question 16).***

16. Transferee's/Buyer's Signature [signature]

17. Certification Date 5-18-09

**Section B - Must Be Completed By Transferor (Seller)**

18. Type of firearm(s) to be transferred *(check or mark all that apply)*:

- ☐ Handgun
- ☑ Long Gun *(rifles or shotguns)*
- ☐ Other Firearm *(Frame, Receiver, etc. See Instructions for Question 18.)*

19. If sale at a gun show or other qualifying event.

Name of Event ______

City, State ______

20a. Identification *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.) (See Instructions for Question 20.a.)*

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* Month | Day | Year |
|---|---|---|---|---|
| TX DL | 21003580 | 11 | 26 | 2014 |

20b. Alternate Documentation *(if driver's license or other identification document does not show current residence address)*

20c. **All Aliens:** Type and dates of documents that establish 90-day residency *(e.g., utility bills or lease agreements). (See Instructions for Question 20.c.)*

Type(s) of Document

Date(s) of residence indicated on documents

20d. **Nonimmigrant Aliens Must Provide:** Type of documentation showing an **exception** to the nonimmigrant alien prohibition. *(See Instructions for Question 20.d.)*

**Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions for Questions 21, 22 and 23.)*

21a. Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: *(Month/Day/Year)*

| Month | Day | Year |
|---|---|---|
| 5 | 18 | 09 |

21b. The NICS or State transaction number *(if provided)* was: 1D0h-XLZ

21c. The response initially provided by NICS or the appropriate State agency was:

- ☐ Proceed
- ☐ Denied
- ☐ Cancelled
- ☑ Delayed *[The firearm(s) may be transferred on* 05-27-09 *(MDI date provided by NICS) if State law permits (optional)]*

21d. If initial NICS or State response was *"Delayed,"* the following response was received from NICS or the appropriate State agency:

- ☐ Proceed ______ *(date)*
- ☑ Denied 5-19-09 *(date)*
- ☐ Cancelled ______ *(date)*
- ☐ No resolution was provided within 3 business days.

21e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: ______ *(date).* ☐ Proceed ☐ Denied ☐ Cancelled

21f. The name and Brady identification number of the NICS examiner *(Optional)*

RANDY *(name)* 1632 *(number)*

22. ☐ No NICS check was required because the transfer involved only NFA firearm(s). *(See Instructions for Question 22.)*

23. ☐ No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS *(See Instructions for Question 23.)*

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| | | | |

**Section C - Must Be Completed Personally By Transferee (Buyer)**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee *(buyer)* signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 24 and 25.)*

**I certify that my answers to the questions in Section A of this form are still true, correct and complete.**

**24. Transferee's/Buyer's Signature**

**25. Recertification Date**

**Transferor (Seller) Continue to Next Page**

**STAPLE IF PAGES BECOME SEPARATED**

**Section D - Must Be Completed By Transferor (Seller)**

| 26. Manufacturer and/or Importer *(If the manufacturer and importer are different, the FFL should include both.)* | 27. Model | 28. Serial Number | 29. Type *(pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29)* | 30. Caliber or Gauge |
|---|---|---|---|---|
| Remington | 870 | AB749891M | Shotgun | 12 |
| | | | | |
| | | | | |
| | | | | |

30a. Total Number of Firearms *(Please handwrite by printing e.g., one, two, three, etc.* ***Do not use numerals.****)*
One

30b. Is any part of this transaction a Pawn Redemption? ☐ Yes ☑ No

30c. For Use by FFL *(See Instructions for Question 30c.)*

**Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

31. Trade/corporate name and address of transferor *(seller) (Hand stamp may be used.)*

WINCHESTER GALLERY, INC.
6054 E. LANCASTER AVE.
FT WORTH, TEXAS 76112

32. Federal Firearms License Number *(Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.)*

FFL LIC. #5-75-439-01-9F-41424
PH. (817) 496-9391
FAX (817) 496-3133
www.winchestergallery.com

**The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions, The Person Who Completed Section B Must Complete Questions 33-35.**

**I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer *if the transfer does not occur on the day Section A was completed*); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.**

| 33. Transferor's/Seller's Name ***(Please print)*** | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transferred |
|---|---|---|---|
| DAVID GOPP | David Gopp | SALES | |

**NOTICES, INSTRUCTIONS AND DEFINITIONS**

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun *(rifle or shotgun)* to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 *(which includes the Notices, General Instructions, and Definitions)*, and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological *(by date)*, alphabetical *(by name)*, or numerical *(by transaction serial number)*, as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical *(by name)* or chronological *(by date of transferee's certification)* order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. You only should make changes to Sections B and D. The buyer should only make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:** The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:** The State or Commerce Departments may require you to obtain a license prior to export.

**Section A**

**Question 1. Transferee's Full Name:** The buyer must personally complete Section A of this form and certify *(sign)* that the answers are true, correct, and complete. However, if the buyer is unable to read and/or write, the answers *(other than the signature)* may be completed by another person, excluding the seller. Two persons *(other than the seller)* must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the business must complete Section A of the form with his or her personal information, sign Section A, and attach a written statement, executed under penalties of perjury, stating: (A) the firearm is being acquired for the use of and will be the property of that business entity and (B) the name and address of that business entity.