# Ex. S

# DEPARTMENT OF THE JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### Denial Enforcement and NICS Intelligence Branch
#### Phone: (304) 616-4200    Fax: (866) 561-2048

Print Date: December 29, 2019



## ATF NICS Referral Application Field Office Referral Report

This referral is marked for referral to the field.

**Buyer Name: KEITH THOMAS KINNUNEN**                      **NTN: 0LB08PY**

| Applicant Information | Denial Information |
|---|---|

**Applicant Information**

| | |
|---|---|
| Date Of Birth: ▇ | Sex: Male |
| SSN: | Race: White |
| Height: 5 Ft. 09 In. | Weight: 160 Lbs. |
| Address: ▇ | |
| City: TUCSON | |
| State: AZ | Zip: 85743 |
| Address Source: NICS | |
| State of Res: AZ | Country of Residence : U.S.A |
| County of Res: PIMA | |
| Phone: | Fax: |
| Place Of Birth: ARIZONA | |
| Misc Id No: | |
| Misc Id Type: | |
| Retrieval Code / Description | |

**Denial Information**

| | |
|---|---|
| FFL Id: 986019014D38096 | |
| FBI Created Date: 01/02/2004 05:58 PM | |
| SFL ID: | |
| FBI Denied Date: 01/04/2004 03:23 PM | |
| Region: 12 | State Of Purchase: AZ |

**Purpose Code    Description**

01 _ Sale of a Hand Gun

| | |
|---|---|
| Dealer Name: JENSEN'S ARIZONA SPORTSMAN | |
| License Name: L.A.S.S., INC | |
| Address: 5146 E PIMA ST | |
| City: TUCSON | |
| State:   AZ | Zip: 857123628 |
| Phone: 5203253346 | Fax: 5203255704 |

USA00023977

# DEPARTMENT OF THE JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### Denial Enforcement and NICS Intelligence Branch
#### Phone: (304) 616-4200    Fax: (866) 561-2048

Print Date: December 29, 2019



## ATF NICS Referral Application Field Office Referral Report

This referral is marked for referral to the field.

**Buyer Name: KEITH THOMAS KINNUNEN**                                   **NTN: 0LB08PY**

---

## Denial Record Information

| Denied Number | Database | Prohibited Category | Criminal History |
|---|---|---|---|
| H844439077 | NCIC | H - 18 USC 922 (g)(8) Protection Restraining Order for Domestic Violence | |

---

## Denial Status Information

**Denial Status:** REFER - STANDARD               **Field Division:** Phoenix

**Qualifying Criteria:** 37   G8-Subject to a Qualifying Protective O     **Field Office:** PHOENIX

### DECISION NOTES

P/O was issued 11/25/2003 & expries 11/26/2004.  JT Miller

---

## United States State Department Information

*For additional information, please contact the US State Dept.*

**State Dept Suspect?:**   N

**Research Analyst:**                                      **Research Date:**

---

## United States Secret Service Information

*For additional information, please contact the US Secret Service.*

**USSS Suspect?:**   N

**Research Analyst:**                                      **Research Date:**

USA00023978

# DEPARTMENT OF THE JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### Denial Enforcement and NICS Intelligence Branch
Phone: (304) 616-4200    Fax: (866) 561-2048

Print Date: December 29, 2019



## ATF NICS Referral Application Field Office Referral Report

This referral is marked for referral to the field.

**Buyer Name: KEITH THOMAS KINNUNEN**          **NTN: 0LB08PY**

## FBI Comments

01/02/2004 18:01:59 -- HILLINGRA
COMMENTS/DELAYED FOR RESEARCH

NTN INQUIRY - MAY HAVE PREVIOUS

01/04/2004 09:16:15 -- HAYNESLL
COMMENTS/BASED ON DESCRIPTORS, NCIC HIT APPEARS TO MATCH SUBJECT

THE RECORD SHOWS THE FOLLOWING

======= N C I C ======= (1 OF 1)  550.000000

MKE/PROTECTION ORDER

NAM/KINNUNEN, KEITH THOMAS

SEX/M  RAC/W  DOB █████████

HGT/510  WGT/140  EYE/BLU  HAI/RED

BRD/N  ISD/20031125  EXP/20041126

PCO/THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING, HARASSING,
PCO/FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR THE CHILD
PCO/OF THE PROTECTED PERSON
PCO/THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE PROTECTED
PCO/PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR TELEPHONE
PCO/CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR OTHERS WITH
PCO/WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR ALARM THE
PCO/VICTIM
PCO/THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY, SCHOOL,
PCO/OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR HOUSEHOLD
PCO/MEMBER
PCO/THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM OR
PCO/OTHER WEAPON

SOC/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

OLN/601083213  OLS/AZ  OLY/2003

OCA/DV20031723  ORI/AZ0100000

PNO/DV20031723  CTI/AZ010015J

Page    3 of 7          ************ For Official Use Only *************

USA00023979

# DEPARTMENT OF THE JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### Denial Enforcement and NICS Intelligence Branch
Phone: (304) 616-4200    Fax: (866) 561-2048

Print Date: December 29, 2019



## ATF NICS Referral Application Field Office Referral Report

This referral is marked for referral to the field.

**Buyer Name: KEITH THOMAS KINNUNEN**                    **NTN: 0LB08PY**

---

### FBI Comments (cont.)

NIC/H844439077


1L010LB08PY06230000
WVNICS000

*****WARNING - THE FOLLOWING IS AN NCIC PROTECTION ORDER RECORD.  DO NOT
SEARCH, DETAIN, OR ARREST BASED SOLELY ON THIS RECORD.  CONTACT ENTERING
AGENCY TO CONFIRM STATUS AND TERMS OF PROTECTION ORDER*****

MKE/PROTECTION ORDER
ORI/AZ0100000 NAM/KINNUNEN, KEITH TH0MAS SEX/M RAC/W DOB/█████████
HGT/510 WGT/140 EYE/BLU HAI/RED
SOC/601083213
OLN/601083213 OLS/AZ OLY/2003
PNO/DV20031723 BRD/N ISD/20031125 EXP/20041126 CTI/AZ010015J
PPN/GLASG0W, CYNTHIA PPB/19610712
PCO/THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING, HARASSING,
PCO/FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR THE CHILD
PCO/OF THE PROTECTED PERSON
OCA/DV20031723
ORI IS PIMA CO SHERIFF'S DEPARTMENT TUCSON 520 741-4625
PCO/THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE PROTECTED
PCO/PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR TELEPHONE
PCO/CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR OTHERS WITH
PCO/WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR ALARM THE
PCO/VICTIM
PCO/THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY, SCHOOL,
PCO/OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR HOUSEHOLD
PCO/MEMBER
PCO/THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM OR
PCO/OTHER WEAPON
NIC/H844439077 DTE/20031209 0250 EST



01/04/2004 09:16:50 -- HAYNESLL
COMMENTS/WILL CALL ORI OF P.O

USA00023980

# DEPARTMENT OF THE JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### Denial Enforcement and NICS Intelligence Branch
Phone: (304) 616-4200    Fax: (866) 561-2048

Print Date: December 29, 2019



## ATF NICS Referral Application Field Office Referral Report

This referral is marked for referral to the field.

**Buyer Name: KEITH THOMAS KINNUNEN**                     **NTN: 0LB08PY**

---

### FBI Comments (cont.)

01/04/2004 11:07:05 -- HAYNESLL
COMMENTS/I CALLED THE PIMA CO S/O AT 520-741-4625 AND SPOKE WITH LISA. SHE CONFIRMED THE ORDER WAS STILL ACTIVE. SHE DID NOT HAVE THE RELATIONSHIP OF VICTIM BUT DID STATE THE VICTIM HAD CUSTODY OF THE SUBJECT'S SON

SHE ADVISED THE ORDER STATED HE COULD NOT HAVE A FIREARM. HE ALSO HAD TO RELINQUISH ALL FIREARMS IN HIS HOUSEHOLD WITHIN 24 HOURS OF THE ORDER

PROVIDED LISA WITH OUR FAX NUMBER--REQUESTED A COPY OF THE ORDER
OBTAINED THE PHONE NUMBER FOR THE PIMA CO SUPERIOR CRT-CIVIL DIVISION AS 520-740-3210--NOT OPEN TODAY-WILL CALL TOMORROW FOR ADDITIONAL INFORMATION

01/04/2004 11:07:56 -- HAYNESLL
The record for 11/26/2003 has been requested on 01/04/2004
from AZ for OTHER
AWAITING FAX FROM THE PIMA COUNTY S/O
DELAYED

01/04/2004 11:09:12 -- HAYNESLL
THE III HIT SHOWS NO DISQUALIFIERS

01/04/2004 15:17:25 -- HAYNESLL
COMMENTS/RESEARCHED THIS NTN FURTHER AND DETERMINED THE SUBJECT MEETS THE STATE PROHIBITOR-ACTIVE P/O, CONFIRMED BY ORI

THE PCO FIELD STATED THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM OR OTHER WEAPON

01/04/2004 15:18:52 -- HAYNESLL
The record for 11/26/2003 was received on 01/04/2004
from AZ for OTHER
RECD COPY OF P/O FROM THE PIMA CO S/O
FAXSVR 2004-01-04_11-19-54_200_UNKNOWN.TIF

WILL ROUTE TO FIREARM RETRIEVAL UNIT TO RESEARCH FURTHER TO DETERMINED IF FEDERAL CRITERIA IS MET

01/04/2004 15:23:55 -- HAYNESLL
CALLED FFL AND VERIFIED ALL INFORMATION. SPOKE WITH JACK AND ADVISED TO DENY

FIREARM HAS NOT TRANSFERRED

************ **For Official Use Only** *************

USA00023981

# DEPARTMENT OF THE JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### Denial Enforcement and NICS Intelligence Branch
#### Phone: (304) 616-4200    Fax: (866) 561-2048

Print Date: December 29, 2019



**ATF NICS Referral Application Field Office Referral Report**

This referral is marked for referral to the field.

**Buyer Name: KEITH THOMAS KINNUNEN**                    **NTN: 0LB08PY**

---

**FBI Comments (cont.)**

ADDRESS OF SUBJECT IS 15934 NORTH CAPSTAN, TUCSON AZ  85743

SENT NLETS TO ORI AZ0100000
ROUTED P/O TO F/ARM RETRIEVAL UNIT FOR FURTHER RESEARCH
DENIED STATE PROHIBITOR
FFL/Appellant Notified has been set for NTN 0LB08PY
NTN Status: Denied

---

**III Response Data**

LL010LB08PY00320000
WVNICS000
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/KINNUNEN,KEITH THOMAS SEX/M RAC/W DOB/███████PUR/F
NAME              FBI NO.     INQUIRY DATE
KINNUNEN,KEITH THOMAS      461821LB8    2004/01/02

SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR  BIRTH PLACE        PHOTO
M  W   1976/11/26  508   157   HAZ  BRO  ARIZONA         N

FINGERPRINT CLASS      PATTERN CLASS
        WU WU WU WU RS WU WU WU LS LS
          RS   WU        WU

SOCIAL SECURITY  MISC NUMBERS
███████      AF-601083213

IDENTIFICATION DATA UPDATED 2003/03/07

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 ARIZONA      - STATE ID/AZ14072128 - COURT DISPOSITION PENDING
                   CONVICTION STATUS UNKNOWN

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION

END

************ **For Official Use Only** *************

USA00023982

# DEPARTMENT OF THE JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### Denial Enforcement and NICS Intelligence Branch
Phone: (304) 616-4200    Fax: (866) 561-2048

Print Date: December 29, 2019



**ATF NICS Referral Application Field Office Referral Report**

This referral is marked for referral to the field.

**Buyer Name: KEITH THOMAS KINNUNEN**                                    **NTN: 0LB08PY**

---

**NCIC Response Data**

======= N C I C ======= (1 OF 1) 550.000000

MKE/PROTECTION ORDER

NAM/KINNUNEN, KEITH THOMAS

SEX/M  RAC/W  DOB █████████

HGT/510  WGT/140  EYE/BLU  HAI/RED

BRD/N  ISD/20031125  EXP/20041126

PCO/THE SUBJECT IS RESTRAINED FROM ASSAULTING, THREATENING, ABUSING, HARASSING,
PCO/FOLLOWING, INTERFERING, OR STALKING THE PROTECTED PERSON AND/OR THE CHILD
PCO/OF THE PROTECTED PERSON
PCO/THE SUBJECT IS RESTRAINED FROM MAKING ANY COMMUNICATION WITH THE PROTECTED
PCO/PERSON INCLUDING BUT NOT LIMITED TO, PERSONAL, WRITTEN, OR TELEPHONE
PCO/CONTACT, OR THEIR EMPLOYERS, EMPLOYEES OR FELLOW WORKERS, OR OTHERS WITH
PCO/WHOM THE COMMUNICATION WOULD BE LIKELY TO CAUSE ANNOYANCE OR ALARM THE
PCO/VICTIM
PCO/THE SUBJECT IS REQUIRED TO STAY AWAY FROM THE RESIDENCE, PROPERTY, SCHOOL,
PCO/OR PLACE OF EMPLOYMENT OF THE PROTECTED PERSON OR OTHER FAMILY OR HOUSEHOLD
PCO/MEMBER
PCO/THE SUBJECT IS PROHIBITED FROM POSSESSING AND/OR PURCHASING A FIREARM OR
PCO/OTHER WEAPON

SOC/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

OLN/601083213  OLS/AZ  OLY/2003

OCA/DV20031723  ORI/AZ0100000

PNO/DV20031723  CTI/AZ010015J

NIC/H844439077

USA00023983

called 1:31 pm 1-4-4 (520) - 393 - 8350

OMB NO. 1512-0129

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

Transferors Transaction Serial Number

## FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

### Section A - Must Be Completed Personally By Transferee (Buyer)

1 Transferee's Full Name (Last, First, Middle)

Kinnunen   Keith Thomas

2 Residence Address (No., Street, City, County, State, ZIP Code cannot be a post office box)

#5143    Tucson Az
                    Pima

3 Place of Birth (City, State or foreign country)

Tucson Az

4 Height  5'7"

Weight  160

5 ☒ Male   ☐ Female

6 Birth Date
Month 11  Day 26  Year 76

7 Social Security Number (Optional, but will help prevent misidentification)

8 Race (Ethnicity) (Check one or more boxes)

☐ American Indian or Alaska Native    ☐ ... or African American    ☐ Native Hawaiian or Other Pacific Islander
☐ Hispanic or Latino                                                ☒ White

~~Denied~~

9 What is your State of residence (if ... ) ... Arizona ... (See Definition 5   If you are not a citizen of the United States, you have a State of residence only if ... have resided in a State for at least 90 days prior to the date of this sale )

10 What is your country of citizenship (List more than one, if applicable)   United States

11 If you are not a citizen of the United States, what is your INS issued alien number or admission number?

### Certification Of Transferee

12 Answer questions 12a through 12l by writing "yes" or "no" in the boxes to the right of the questions

| | | |
|---|---|---|
| a | Are you the actual buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. (See Important Notice 1 for actual buyer definition and examples ) | Yes |
| b | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? (An information is a formal accusation of a crime by a prosecutor. See Definition 3 ) | No |
| c | Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? (See Important Notice 6, Exception 1 ) | No |
| d | Are you a fugitive from justice? | No |
| e | Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | No |
| f | Have you ever been adjudicated mentally defective (which includes having been adjudicated incompetent to manage your own affairs) or have you ever been committed to a mental institution? | No |
| g | Have you been discharged from the Armed Forces under dishonorable conditions? | No |
| h | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? (See Important Notice 7 ) | No |
| i | Have you been convicted in any court of a misdemeanor crime of domestic violence? (See Important Notice 6, Exception 1 and Definition 4 ) | No |
| j | Have you ever renounced your United States citizenship? | No |
| k | Are you an alien illegally in the United States? | No |
| l | Are you a nonimmigrant alien? (See Definition 6 ) | No |

13 If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?

Yes ☐   No ☒   Not applicable ☒   (If "yes," the licensee must complete question 18c.)

I certify that the above answers are true and correct. I understand that answering "yes" to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers "yes" to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. (See Important Notice 8.)

14 Transferee's Signature

15 Date   1-2-03

ATF F 4473 (5300.9)  PART I (10-2001)  PREVIOUS EDITIONS ARE OBSOLETE.

### Section B - Must Be Completed By Transferor (Seller)

16 Type of firearm(s) to be transferred

☒ Handgun   ☐ Long Gun   ☐ Both

17 Location of sale if at a gun show (See Instruction to Transferor 13 )

USA00023984

☒ Handgun ☐ Long Gun ☐ Both

(city, state)

18a Type of Identification (e.g., driver's license or other valid government-issued photo identification)
AZDL Kuppinger Keith Thomas ▮▮▮▮  TUCSON, AZ 85739
Number on Identification

Expiration Date of Identification (if any) 11-26-2041   (See Instruction to Transferor 1)

18b Aliens only: Types and dates of additional required identification (e.g. utility bills or lease agreements. See Instruction to Transferor 2)

18c Nonimmigrant aliens only: Type of documentation showing an exception to the nonimmigrant alien prohibition (e.g. hunting license permit waiver. See Instruction to Transferor 3)

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm.** (See Instructions to Transferor 5-7)

19a The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on 1-2-2003 (Date)

19b The NICS or state transaction number (if provided) was NICS: 0LB0-8PY 1-8-2003

19c The response initially provided by NICS or the appropriate state agency was:
☐ Proceed  ☒ Denied  ☒ Delayed

19d If initial NICS or state response was "Delayed" the following response was received from NICS or the appropriate state agency on 1-4-2004 (Date)
☐ Proceed  ☒ Denied  ☐ No resolution was provided within 3 business days
Linda

19e The name and Brady identification number of the NICS examiner (if provided)
Bob 7580 (optional)
(name) Linda 2123 (number)

20 ☐ No NICS check was required because the transfer involved a firearm(s) (See Instruction to Transferor 7)

21 ☐ No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS (See Instruction to Transferor 7)
State Permit Type ___ Date of Issuance ___
Expiration Date (if any) ___ Permit Number ___

*Denied* (handwritten overlay)

Section C
If the transfer of the firearm(s) takes place on a different day from the day that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). (See Instruction to Transferee 3 & Instruction to Transferor 8)
I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22 Transferee's Signature                     23 Date

**Section D**

| 24 Manufacturer and/or Importer | 25 Model | 26 Serial Number | 27 Type (pistol, revolver, rifle, shotgun, etc.) | 28 Caliber or Gauge |
|---|---|---|---|---|
| | | | | |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** (See Instruction to Transferor 11.)

29 Trade/corporate name and address of transferor (Hand stamp may be used)
L.A.S.S. INC.
dba JENSEN'S ARIZONA SPORTSMAN
5146 E. PIMA - TUCSON, AZ. 85712
TEL (520) 325-3346 • FAX (520) 321-3874

30 Federal Firearms License Number (Hand stamp may be used)
#9-86-019-01-4D-38096

On the basis of (1) the statements in Section A, (2) my verification of identity noted in question 18a and my verification again at the time of transfer (if the transfer does not occur on the same day the verification was noted in question 18a), and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31 Transferor's Name (Please print) | 32 Transferor's Signature | 33 Transferor's Title | 34 Date Transfer is completed |
|---|---|---|---|
| | | | |

ATF F 4473 (5300.9) PART I (10-2001)

USA00023985

## IMPORTANT NOTICES

1. [text illegible]

2. Under 18 U.S.C. 922 [text illegible]

3. The Brady law 18 U.S.C. 922 [text illegible]

4. **WARNING** Any [text illegible]

5. [text illegible]

6. [text illegible]

**EXCEPTION 1** A person who has been convicted of a felony or any other crime [text illegible]

**EXCEPTION 2** A nonimmigrant alien who is admitted to the United States for lawful [text illegible]

7. Under 18 U.S.C. 922 [text illegible]

8. Under 18 U.S.C. [text illegible]

9. [text illegible]

## INSTRUCTIONS TO TRANSFEREE

1. [text illegible]

2. [text illegible]

3. [text illegible]

4. [text illegible]

## INSTRUCTIONS TO TRANSFEROR

1. **KNOW YOUR CUSTOMER** [text illegible]

2. **SALE OF FIREARMS TO LEGAL ALIENS (PART 1)** [text illegible]

3. **SALE OF FIREARMS TO LEGAL ALIENS (PART 2)** [text illegible]

ATF F 4473 (5300.9) PART I [text illegible]

USA00023986

4. [text illegible] the purchaser's name or, if the buyer's name other than the name shown, then [...]

5. **NICS CHECK** [...]

6. **NICS RESPONSES** [...]

7. **EXCEPTIONS TO NICS CHECK** [...]

8. [text illegible]

9. [text illegible]

10. Additional firearms purchased by the same buyer may not be added to the form after the seller has signed and dated it. A buyer who wishes to purchase additional firearms after the seller has signed and dated the firm must complete a new ATF F 4473. The seller must conduct a new NICS check on the transaction.

11. In addition to completing the firm, the seller must report any multiple sale or other disposition of pistols or revolvers on ATF F 3310.4. See 27 CFR § 178.126a.

12. If more than three firearms are enclosed on a transaction, the information required by Section D questions 24-28 must be provided for these firearms on a separate sheet of paper which must be attached to the ATF F 4473 covering the transaction.

13. If the transfer occurs at a gun show authorized by 27 CFR § 178.100, the seller must record the location of the sale in question 19.

14. After the seller has completed the firearms transaction, he or she must make the completed, original ATF F 4473 (which includes the Important Notices, Instructions and Definitions) and any supporting documents part of his or her permanent records. Forms 4473 must be retained for at least 20 years. Filing may be [...]

## DEFINITIONS

1. **Over-the-counter Transaction.** [...]

2. **State Laws and Published Ordinances.** [...]

3. **Indictment or information or convicted in any court:** [...]

4. **Misdemeanor Crime of Domestic Violence.** [...]

5. **State of Residence.** [...]

   *Example 1:* [...]

   *Example 2:* [...]

6. **Nonimmigrant Alien.** [...]

## PRIVACY ACT INFORMATION

[text illegible]

## PAPERWORK REDUCTION ACT NOTICE

[text illegible]

*U.S. Government Printing Office: 2002 — 472 426 42923

ATF F 4473 (5300.9) PART I (10 2003)

USA00023987