IN THE UNITED STATES WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOE HOLCOMBE, ET AL<br>Plaintiffs | §<br>§<br>§ | |
| V. | § | NO: 5:18-CV-00555-XR |
| | § | (consolidated cases) |
| UNITED STATES OF AMERICA,<br>Defendant | §<br>§ | |

**UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE AS TO DEFENDANT UNITED STATES' MOTION TO DISMISS (DKT #255)**

COMES NOW Dalia Lookingbill, individually, as guardian of the person and estate of R.T. a minor, and as Representative of the Estate of E.G., deceased minor, Plaintiff, in the above-referenced matter and files this Unopposed Motion to Extend the Deadline for Plaintiff to respond to Defendant United States' Motion to Dismiss (Dkt #255). Plaintiff respectfully request the Court extend the deadline by seven days.

1. This case involves the shooting at a church in Sutherland Springs, Texas in November 2017 by Devin Kelley. Minors R.T. and E.G were present in the church at the time of the shooting and E.G. received fatal wounds as a result. The minors are represented by Plaintiff Dalia Lookingbill, their maternal grandmother.

2. On August 21, 2020, Defendant filed a motion to dismiss the claims of R.T., based upon an alleged failure to exhaust administrative remedies.

3. Plaintiff is in need of an additional seven days to respond to the motion lodged by the Defendant to properly brief this potentially dispositive motion. The current response deadline is September 4, 2020, and Plaintiff requests this deadline be extended to

1

September 11, 2020.

    4.    Plaintiff's counsel has conferred regarding extending the above deadline and Defendants are unopposed to the proposed extension.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff an additional seven days to respond to the motion by Defendant as set forth above, and for all other relief the parties may show themselves entitled.

Respectfully Submitted,

**THE WEBSTER LAW FIRM**

**By***: /s/ Jason C. Webster*
JASON C. WEBSTER
State Bar No. 24033318
6200 Savoy, Suite 150
Houston, TX 77036
(713) 581-3900 (telephone)
(713) 581-3907 (telecopier)
filing@thewebsterlawfirm.com

**&**

**THE HERRERA LAW FIRM**
Frank Herrera, Jr.
State Bar No. 09531000
Jorge A. Herrera
State Bar No.24044242
111 Soledad St., 19th Floor
San Antonio, Texas 78205
210-224-1054
jherrera@herreralaw.com

**ATTORNEYS FOR PLAINTIFFS
DALIA LOOKINGBILL, INDIVIDUALLY AND AS GUARDIAN OF THE PERSON AND ESTATE OF R.T., A MINOR AND AS REPRESENTATIVE OF THE ESTATE OF E.G., DECEASE MINOR**

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with opposing counsel regarding the above amendment of the response deadline to the motion to dismiss in this case and that counsel is unopposed to the amended date.

By:*/s/ Jason C. Webster*
Jason C. Webster

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2020 I filed the foregoing with the Clerk of Court and served the foregoing pleading on all counsel of record by the Court's electronic filing system.

By:*/s/ Jason C. Webster*
Jason C. Webster