1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE WESTERN DISTRICT OF TEXAS

3                   SAN ANTONIO DIVISION

4   HOLCOMBE, et al.,            )
                                 )
5         Plaintiffs,            )
                                 )
6   vs.                          ) Civil Action No.
                                 )
7   UNITED STATES OF AMERICA,    ) 5:18-CV-00555-XR
                                 )
8         Defendant.             ) (Consolidated cases)

9

10

11        REMOTE ORAL VIDEOTAPED DEPOSITION

12              UNITED STATES OF AMERICA

13         BY ITS CORPORATE REPRESENTATIVE

14              JAMES KEVIN POORMAN

15              Thursday, July 9, 2020

16

17

18

19

20

21

22

23

24  Reported by:

25  Rebecca Callow, RMR, CRR, RPR

Poorman, Kevin                    07-09-2020

164

1        A.    Yes.   That's right up front.   Yes.

2        Q.    Let me ask you this:

3              When a manual like this is released, or

4    changes to a manual like this are released by

5    Air Force Office of Special Investigations, how do

6    they let the agents on the ground know about a change

7    or a new manual --

8        A.    They send out a worldwide email --

9        Q.    Did they do anything else --

10       A.    -- it goes to everybody.   I'm sorry.

11       Q.    Do they do anything else other than

12   emailing all agents?

13       A.    Not routinely, no.

14       Q.    Okay.   Let's look at some of the specifics

15   in this manual.   I'm going to show you page 75.

16             All right.   You should see page 75,

17   AFOSI Manual 71-121.   Right?

18       A.    Yes.

19       Q.    Okay.   So under this manual, do you see

20   Paragraph 5.14.1.2?

21       A.    Yes.

22       Q.    And it's the paragraph titled "Unit

23   Leadership Review."   Right?

24       A.    Yes.

25       Q.    It requires that unit leadership must

Poorman, Kevin                 07-09-2020

165

1   review all FD-249, both hard copy and electronic

2   when accomplished, and R-84 for accuracy and

3   completeness, before sending them to the FBI.

4   Right?

5        A.   Yes.

6        Q.   And this is a supervisory obligation of

7   unit leadership.  Right?

8        A.   Yes.

9        Q.   And unit -- unit leadership are not

10  personally responsible for sending fingerprints and

11  the final dispositions to the FBI.  Right?

12       A.   They're not personally responsible.

13  Normally, it's a case investigator or another in the

14  unit, if I'm understanding that question, yes.

15       Q.   Yes.  Their obligation is supervisory, and

16  that they are supervising individuals in their

17  command to ensure that they do their jobs

18  appropriately.  Right?

19       A.   Yes.

20       Q.   And part of that supervisory responsibility

21  is to review these fingerprint cards and the R-84s

22  before sending -- before the agent sends them on to

23  the FBI.  Right?

24       A.   Yes.

25       Q.   What training does Air Force OSI provide

Poorman, Kevin                    07-09-2020

1   unit leadership in conducting these types of

2   reviews?

3      A.   No special training on that aspect.

4      Q.   What training did AFOSI provide unit

5   leadership in conducting case file reviews?

6      A.   There's no special course or training for

7   that.

8      Q.   And this might be just a lawyer question,

9   but you say there's no special course.  Is there

10  some sort of un-special course?

11           Is there -- you know, I'm trying to

12  capture any possible training that AFOSI might give

13  to unit leadership on this type of review, either the

14  case file review or the review of the fingerprints

15  and the final disposition.

16     A.   Well, it takes me back to the definition of

17  "training."  So there's no special course that they

18  go to and sit down in a classroom and they get

19  instructed on how to do that.

20           So when I mean special training, I

21  mean that kind of training.  They get training.  The

22  training is on-the-job training.  They went through

23  the same training that the same people that are

24  supposed to supervise and do that.

25           The training consists -- plus

Poorman, Kevin                    07-09-2020

169

1     Q.   Even though a unit leader is supposed to

2     also do case file reviews on a monthly basis.   Fair?

3     A.   Yes.

4     Q.   And are supposed to specifically review the

5     fingerprints and R-84s, the final dispositions, for

6     accuracy and completeness.   Right?

7     A.   Yes.

8     Q.   And let me talk to you about why that

9     review is important.   Because if the fingerprint

10    card or the R-84 is not filled out accurately or

11    completely, the FBI might send it back.   Right?

12    A.   Yes.

13    Q.   So it's important that you have a second

14    set of eyes reviewing those cards to make sure that

15    those cards are filled out accurately and

16    completely.   Fair?

17    A.   Yes.

18    Q.   Okay.   Let me share my screen again, and

19    keep going on the same manual.

20         Do you see page 75 of AFOSI

21    Manual 71-121 still?

22    A.   I do.

23    Q.   And we're still on Bates stamp page

24    USA 492.   Right?

25    A.   Correct.

Poorman, Kevin                    07-09-2020

361

1           IN THE UNITED STATES DISTRICT COURT

2           FOR THE WESTERN DISTRICT OF TEXAS

3                   SAN ANTONIO DIVISION

4    HOLCOMBE, et al.,          )
                                )
5         Plaintiffs,           )
                                )
6    vs.                        ) Civil Action No.
                                )
7    UNITED STATES OF AMERICA   ) 5:18-CV-00555-XR
                                )
8         Defendant.            ) (Consolidated cases)

9

10               REPORTER'S CERTIFICATE

11       REMOTE ORAL VIDEOTAPED DEPOSITION OF

12             UNITED STATES OF AMERICA

13         BY ITS CORPORATE REPRESENTATIVE

14               JAMES KEVIN POORMAN

15                   July 9, 2020

16

17         I, Rebecca J. Callow, Registered Merit

18   Reporter, Certified Realtime Reporter, Registered

19   Professional Reporter and Notary Public in and for

20   the State of Texas, hereby certify to the following.

21         That the witness, JAMES KEVIN POORMAN, was

22   duly sworn by the officer and that the transcript of

23   the oral deposition is a true record of the

24   testimony given by the witness;

25

Poorman, Kevin                    07-09-2020

362

1          That the original deposition was delivered

2   to Jamal Alsaffar.

3

4          That a copy of this certificate was served

5   on all parties and/or the witness shown herein on

6   July 17, 2020.

7

8          I further certify that pursuant to FRCP

9   Rule 30(f)(1) that the signature of the deponent:

10         [ X ] was requested by the deponent or a

11  party before the completion of the deposition and is

12  to be returned within 30 days from date of receipt

13  of the transcript.  If returned, the attached

14  Changes and Signature Page contains any changes and

15  the reasons therefor;

16         [   ] was not requested by the deponent or

17  a party before the completion of the deposition.

18         I further certify that I am neither

19  counsel for, related to, nor employed by any of the

20  parties or attorneys to the action in which this

21  proceeding was taken.  Further, I am not a relative

22  or employee of any attorney of record in this cause,

23  nor am I financially or otherwise interested in the

24  outcome of the action.

25

Poorman, Kevin                    07-09-2020

363

1

2          SUBSCRIBED AND SWORN TO under my hand and

3    seal of office on this the 17 day of July, 2020.

4

5

6                    _____

7

8                    Rebecca J. Callow, RMR, CRR, RPR

9                    Notary Public, Travis County, Texas

10                   My Commission No. 12955701-3

11                   Expires:  09/12/2021

12                   RES IPSA

13                   501 Congress Avenue, STE 150

14                   Austin, Texas 78701

15                   512.334.6777

16                   FIRM # CRF-11371

17

18

19

20

21

22

23

24

25