IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| HOLCOMBE, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No. |
| | ) |
| UNITED STATES OF AMERICA | ) 5:18-CV-00555-XR |
| | ) |
|     Defendant. | ) (Consolidated cases) |

REMOTE ORAL VIDEOTAPED DEPOSITION

MATTHEW VELTRI

Thursday, May 28, 2020

Reported by

Rebecca Callow, RMR, CRR, RPR

1    A.   Not necessarily.

2    Q.   Sure.  Let's go back to -- let's break that

3 down.

4         Was it a responsibility of yours to

5 identify investigative insufficiencies and inform

6 the investigative special agent of those

7 insufficiencies?

8         MR. STERN:  Objection.

9    A.   Not the case agent specifically.

10   BY MR. JACOB:

11   Q.   Okay.  Who would you inform?

12   A.   The detachment leadership, either the DITCO

13 special agent in charge, and/or superintendent.

14   Q.   Okay.  So when you identified investigative

15 insufficiencies in investigations that you reviewed

16 at the detachments in Region 2, it was your

17 responsibility to inform either the special agent in

18 charge or the superintendent or both?

19        MR. STERN:  Objection.

20   A.   Yes, sir.

21   BY MR. JACOB:

22   Q.   As a desk officer at Region 2, were you an

23 employee providing information to the National

24 Instant Criminal Background Search system?

25   A.   No, sir.

1            I, Rebecca J. Callow, Registered Merit Reporter
2  and Notary Public of State of Texas, hereby certify to
3  the following.
4            That the witness, MATTHEW VELTRI, was duly
5  sworn by the officer and that the transcript of the oral
6  deposition is a true record of the testimony given by the
7  witness;
8            That the original deposition was delivered to
9  Tom Jacobs.
10           That a copy of this certificate was served on
11 all parties and/or the witness shown herein on
12 _____.
13           I further certify that pursuant to FRCP Rule
14 30(f)(1) that the signature of the deponent:
15           was requested by the deponent or a party
16 before the completion of the deposition and is to be
17 returned within 30 days from date of receipt of the
18 transcript.  If returned, the attached Changes and
19 Signature Page contains any changes and the reasons
20 therefor;
21           I further certify that I am neither counsel
22 for, related to, nor employed by any of the parties or
23 attorneys to the action in which this proceeding was
24 taken.  Further, I am not a relative or employee of any
25 attorney or record in this cause, nor am I financially or

1  otherwise interested in the outcome of the action.
2
3
4          SUBSCRIBED AND SWORN TO under my hand and seal
5  of office on this the 1st day of June, 2020
6
7
8          _____
9          Rebecca J. Callow, RMR, CRR, RPR
10         Notary Public, Travis County, Texas
11         My Commission No. 12955701-3
12         Expires:  09/12/2021