# Ex. MM

```
 1            IN THE UNITED STATES DISTRICT COURT

 2             FOR THE WESTERN DISTRICT OF TEXAS

 3                    SAN ANTONIO DIVISION

 4

 5

 6   JOE HOLCOMBE, et al.      )    NO. 5:18-CV-00555-XR

 7   Plaintiffs                )      (Consolidated cases)

 8   -vs-                      )

 9   UNITED STATES OF          )

10   AMERICA                   )

11   Defendant                 )

12

13

14        Videotaped Deposition of Shelley Ann Verdego

15                       Arlington, VA

16              Tuesday, December 17, 2019

17                        10:00 a.m.

18

19   Job No: J4766138

20   Pages:  1-195

21   Reported by:  Kenneth Norris

22
```



1           Any other reason why the DOD was not
2    providing the FBI NICS system information in DIBRS
3    concerning these prohibited categories of individual?
4        A.   So the FBI has gone on record by saying that
5    if you have information regarding the 10 prohibitors,
6    they would prefer they be entered into Triple I, which
7    is the inter -- I'm going to get this wrong.  The
8    Interstate Identification Index, Triple I, or the
9    National Crime Information Center; NCIC, before it
10   goes into the NICS indices.  So the Department of
11   Defense was entering it that way.
12           DIBRS was set up just for statistical data.
13   And as you can see, the information that was requested
14   in this MOU was not statistical data.
15       Q.   Sure.  But let me be -- let me make sure I
16   understand what you're saying.
17           Does DIBRS contain, for example, the
18   originating Agency identifier of individuals within
19   DIBRS?
20       A.   It's not -- that identifies the Agency that
21   -- so in the case of, Air Force OSI, there was like a
22   nine-digit number.

