# Ex. OO

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0020

# Firearms Transaction Record Part I – Over-the-Counter

12

**WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 *et. seq.*, are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. "PLEASE PRINT."

Transferor's Transaction Serial Number *(If any)*

## Section A - Must Be Completed Personally By Transferee (Buyer)

**1. Transferee's Full Name**

| Last Name | First Name | Middle Name *(If no middle name, state "NMN")* |
|---|---|---|
| Kelley | Devin | Patrick |

**2. Current Residence Address** (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | County | State | ZIP Code |
|---|---|---|---|---|
| 2629 Brackinley Loop | Holloman AFB | Otero | NM | 88330 |

**3. Place of Birth**

| U.S. City and State -OR- Foreign Country | 4. Height Ft. 5 In. 9 | 5. Weight (Lbs.) 170 | 6. Gender Male ✓ Female ☐ | 7. Birth Date Month 02 Day 12 Year 1991 |
|---|---|---|---|---|
| San Marcos TX | | | | |

**8. Social Security Number** *(Optional, but will help prevent misidentification)*
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

**9. Unique Personal Identification Number** *(UPIN)* if applicable *(See Instructions for Question 9.)*

**10. Race** *(Ethnicity) (Check one or more boxes. See Instructions for Question 10.)*

☐ American Indian or Alaska Native    ☐ Black or African American    ☐ Native Hawaiian or Other Pacific Islander
☐ Hispanic or Latino    ☐ Asian    ✓ White

**11.** Answer questions 11.a. *(see exceptions)* through 11.l. and 12 *(if applicable)* by checking or marking *"yes" or "no"* in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Instructions for Question 11.a.)* Exception: *If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b.* | ✓ | ☐ |
| b. | Are you under indictment or information in any court for a **felony**, or any other crime, for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ✓ |
| c. | Have you ever been convicted in any court of a **felony**, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ✓ |
| d. | Are you a fugitive from justice? | ☐ | ✓ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ✓ |
| f. | Have you ever been adjudicated mentally defective *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* **OR** have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ✓ |
| g. | Have you been discharged from the Armed Forces under **dishonorable** conditions? | ☐ | ✓ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ✓ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ✓ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ✓ |
| k. | Are you an alien **illegally** in the United States? | ☐ | ✓ |
| l. | Are you a nonimmigrant alien? *(See Instructions for Question 11.l.)* If you answered "no" to this question, do **NOT** respond to question 12 and proceed to question 13. | ☐ | ✓ |
| 12. | If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in the instructions? **(If "yes," the licensee must complete question 20d.)** *(See Instructions for Question 12.)* If question 11.l. is answered with a "no" response, **then do NOT respond** to question 12 and proceed to question 13. | ☐ | ☐ |

| 13. What is your State of residence (if any)? *(See Instructions for Question 13.)* | 14. What is your country of citizenship? *(List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.)* | 15. If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number? |
|---|---|---|
| New Mexico | ✓ United States of America   ☐ Other *(Specify)* | |

Note: Previous Editions Are Obsolete

**Transferee (Buyer) Continue to Next Page**
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9) Part I
Revised August 2008

Page 1 of 6

USA00012133

I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law *(See Instructions for Question 16)*.

**16. Transferee's/Buyer's Signature:** *Dem Kelly*

**17. Certification Date:** 12Feb12

### Section B - Must Be Completed By Transferor (Seller)

**18. Type of firearm(s) to be transferred** *(check or mark all that apply)*:
- [X] Handgun
- [ ] Long Gun *(rifles or shotguns)*
- [ ] Other Firearm *(Frame, Receiver, etc. See Instructions for Question 18.)*

**19. If sale at a gun show or other qualifying event.**
Name of Event: _____
City, State: _____

**20a. Identification** *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.)* *(See Instructions for Question 20.a.)*

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* Month / Day / Year |
|---|---|---|
| TX DMV | 25628192 | 02 / 12 / 2015 |

**20b. Alternate Documentation** *(if driver's license or other identification document does not show current residence address)*: PCS ORDERS AE-032159

**20c. All Aliens:** Type and dates of documents that establish 90-day residency *(e.g., utility bills or lease agreements)*. *(See Instructions for Question 20.c.)*
Type(s) of Document: _____
Date(s) of residence indicated on documents: _____

**20d. Nonimmigrant Aliens Must Provide:** Type of documentation showing an **exception** to the nonimmigrant alien prohibition. *(See Instructions for Question 20.d.)*

### Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions for Questions 21, 22 and 23.)*

**21a.** Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: *(Month/Day/Year)*
Month: 02   Day: 12   Year: 2012

**21b.** The NICS or State transaction number *(if provided)* was: 1Z46-HMR

**21c.** The response initially provided by NICS or the appropriate State agency was:
- [X] Proceed
- [ ] Delayed *[The firearm(s) may be transferred on _____ (MDI date provided by NICS) if State law permits (optional)]*
- [ ] Denied
- [ ] Cancelled

**21d.** If initial NICS or State response was *"Delayed,"* the following response was received from NICS or the appropriate State agency:
- [ ] Proceed _____ (date)
- [ ] Denied _____ (date)
- [ ] Cancelled _____ (date)
- [ ] No resolution was provided within 3 business days.

**21e.** *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: _____ (date).
- [ ] Proceed
- [ ] Denied
- [ ] Cancelled

**21f.** The name and Brady identification number of the NICS examiner *(Optional)*
Terri (name)   1546 (number)

**22.** [ ] No NICS check was required because the transfer involved only NFA firearm(s). *(See Instructions for Question 22.)*

**23.** [ ] No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS *(See Instructions for Question 23.)*

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| | | | |

### Section C - Must Be Completed Personally By Transferee (Buyer)

If the transfer of the firearm(s) takes place on a different day from the date that the transferee *(buyer)* signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 24 and 25.)*

I certify that my answers to the questions in Section A of this form are still true, correct ___

**24. Transferee's/Buyer's Sig...**

USA00012134

## Section D - Must Be Completed By Transferor (Seller)

| 26. Manufacturer and/or Importer (If the manufacturer and importer are different, the FFL should include both.) | 27. Model | 28. Serial Number | 29. Type (pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29) | 30. Caliber or Gauge |
|---|---|---|---|---|
| EAA | Windicator | 1557099 | Revolver | 38 Spl |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

30a. Total Number of Firearms (Please handwrite by printing e.g., one, two, three, etc. **Do not use numerals.**)   One

30b. Is any part of this transaction a Pawn Redemption?   ☐ Yes  ☒ No

30c. For Use by FFL (See Instructions for Question 30c.)   830-358-2695

Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days

31. Trade/corporate name and address of transferor (seller) (Hand stamp may be used.)

Holloman Exchange
Bldg 227 Drawer V
551 4th Street
Holloman AFB
New Mexico 88330

32. Federal Firearms License Number (Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.)

FFL 5-85-035-01-2M-01293

The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions, The Person Who Completed Section B Must Complete Questions 33-35.

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer *if the transfer does not occur on the day Section A was completed)*; and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33. Transferor's/Seller's Name *(Please print)* | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transferred |
|---|---|---|---|
| Spears, Martin | *(signed)* Martin | Senior Sales Assoc (Guns) | 02/12/12 |

### NOTICES, INSTRUCTIONS AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun *(rifle or shotgun)* to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 *(which includes the Notices, General Instructions, and Definitions)*, and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological *(by date)*, alphabetical *(by name)*, or numerical *(by transaction serial number)*, as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical *(by name)* or chronological *(by date of transferee's certification)* order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the

buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. You only should make changes to Sections B and D. The buyer should only make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:** The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:** The State or Commerce Departments may require you to obtain a license prior to export.

### Section A

**Question 1. Transferee's Full Name:** The buyer must personally complete Section A of this form and certify *(sign)* that the answers are true, correct, and complete. However, if the buyer is unable to read and/or write, the answers *(other than the signature)* may be completed by another person, excluding the seller. Two persons *(other than the seller)* must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the business must complete Section A of the form with his or her personal information, sign Section A, and attach a written statement, executed under penalties of perjury, stating: (A) the firearm is being acquired for the use of and will be the property of that business entity and (B) the name and address of that business entity.

ATF Form 4473 (5300.9) Part I
Revised August 2008

USA00012135

OMB No. 1140-0020

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

18

# Firearms Transaction Record Part I - Over-the-Counter

**WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 *et. seq.*, are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

Prepare in original only. All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. **"PLEASE PRINT."**

Transferor's Transaction Serial Number *(If any)*

## Section A - Must Be Completed Personally By Transferee (Buyer)

**1. Transferee's Full Name**
- Last Name: Kelley
- First Name: Devin
- Middle Name *(If no middle name, state "NMN")*: Patrick

**2. Current Residence Address** *(U.S. Postal abbreviations are acceptable. Cannot be a post office box.)*
- Number and Street Address: 2624 B McKinley Loop
- City: HAFB Holloman AFB
- County: Otero
- State: NM
- ZIP Code: 88330

**3. Place of Birth**
- U.S. City and State: San Marcos Texas
- Foreign Country: —

**4. Height:** Ft. 5 In. 9
**5. Weight (Lbs.):** 170
**6. Gender:** Male ☒ Female ☐
**7. Birth Date:** Month 02 / Day 12 / Year 1991

**8. Social Security Number** *(Optional, but will help prevent misidentification)*: 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
**9. Unique Personal Identification Number** *(UPIN) if applicable (See Instructions for Question 9.)*:

**10. Race** *(Ethnicity) (Check one or more boxes. See Instructions for Question 10.)*
- ☐ American Indian or Alaska Native
- ☐ Black or African American
- ☐ Native Hawaiian or Other Pacific Islander
- ☐ Hispanic or Latino
- ☐ Asian
- ☒ White

**11.** Answer questions 11.a. *(see exceptions)* through 11.l. and 12 *(if applicable)* by checking or marking **"yes" or "no"** in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Instructions for Question 11.a.)* Exception: *If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b.* | ☒ | ☐ |
| b. | Are you under indictment or information in any court for a **felony**, or any other crime, for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☒ |
| c. | Have you ever been convicted in any court of a **felony**, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☒ |
| d. | Are you a fugitive from justice? | ☐ | ☒ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☒ |
| f. | Have you ever been adjudicated mentally defective *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* **OR** have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☒ |
| g. | Have you been discharged from the Armed Forces under **dishonorable** conditions? | ☐ | ☒ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☒ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ☒ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☒ |
| k. | Are you an alien **illegally** in the United States? | ☐ | ☒ |
| l. | Are you a nonimmigrant alien? *(See Instructions for Question 11.l.)* If you answered "no" to this question, do **NOT** respond to question 12 and proceed to question 13. | ☐ | ☒ |
| 12. | If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in the instructions? **(If "yes," the licensee must complete question 20d.)** *(See Instructions for Question 12.)* If question 11.l. is answered with a "no" response, **then do NOT respond** to question 12 and proceed to question 13. | ☐ | ☐ |

**13.** What is your State of residence (if any)? *(See Instructions for Question 13.)*: New Mexico

**14.** What is your country of citizenship? *(List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.)*
- ☒ United States of America
- ☐ Other *(Specify)*: _____

**15.** If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number?

---

Note: Previous Editions Are Obsolete
Page 1 of 6

**Transferee (Buyer) Continue to Next Page**
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9) Part I
Revised August 2008

USA00012136

I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definition on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. throu 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited fr purchasing or receiving a firearm, unless the person also answers "yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpo of resale for livelihood and profit without a Federal firearms license is a violation of law *(See Instructions for Question 16.)*

**16. Transferee's/Buyer's Signature:** [signature] Devin Kelley

**17. Certification Date:** 04-12-12

### Section B - Must Be Completed By Transferor (Seller)

**18. Type of firearm(s) to be transferred** *(check or mark all that apply):*
- [X] Handgun
- [ ] Long Gun (rifles or shotguns)
- [ ] Other Firearm (Frame, Receiver, etc. See Instructions for Question 18.)

**19. If sale at a gun show or other qualifying event.**
Name of Event: N/A
City, State:

**20a. Identification** *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.)* *(See Instructions for Question 20.a.)*

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| TX DMV | 25628192 | 02 | 12 | 2015 |

**20b. Alternate Documentation** *(if driver's license or other identification document does not show current residence address)*
PCS ORDERS   AE-032159

**20c. All Aliens:** Type and dates of documents that establish 90-day residency *(e.g., utility bills or lease agreements).* *(See Instructions for Question 2*
Type(s) of Document: 0731
Date(s) of residence indicated on documents:

**20d. Nonimmigrant Aliens Must Provide:** Type of documentation showing an **exception** to the nonimmigrant alien prohibition. (See Instructions Question 20.d.)

### Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions for Questions 21, 22 and 23.)*

**21a.** Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: *(Month/Day/Year)*

| Month | Day | Year |
|---|---|---|
| 04 | 12 | 2012 |

**21b.** The NICS or State transaction number *(if provided)* was: 20H2-TSH

**21c.** The response initially provided by NICS or the appropriate State agency was:
- [X] Proceed
- [ ] Delayed  *[The firearm(s) may be transferred on _____ (MDI date provided by NICS) if State law permits (optional)]*
- [ ] Denied
- [ ] Cancelled

**21d.** If initial NICS or State response was *"Delayed,"* the following response was received from NICS or the appropriate State age
- [ ] Proceed _____ (date)
- [ ] Denied _____ (date)
- [ ] Cancelled _____ (date)
- [ ] No resolution was provided within 3 business days.

**21e.** *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency _____ (date)  [ ] Proceed  [ ] Denied  [ ] Cancelled

**21f.** The name and Brady identification number of the NICS examiner *(Optional)*
RICK (name)    4364 (number)

**22.** [ ] No NICS check was required because the transfer involved only NFA firearm(s). *(See Instructions for Question 22.)*

**23.** [ ] No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as exemption to NICS *(See Instructions for Question 23.)*

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| | | | |

### Section C - Must Be Completed Personally By Transferee (Buyer)

If the transfer of the firearm(s) takes place on a different day from the date that the transferee *(buyer)* signed Section A, the transferee must comp Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 24 and 25.)*

I certify that my answers to the questions in Section A of this form are still true, correct and complete.

**24. Transferee's/Buyer's Signature:**

**25. Recertification Date:**

Page 2 of 6    Transferor (Seller) Continue to Next Page    ATF Form 4473 (5300.9) Part I
STAPLE IF PAGES BECOME SEPARATED    Revised August 2008

USA00012137

## Section D - Must Be Completed By Transferor (Seller)

| 26. Manufacturer and/or Importer (If the manufacturer and importer are different, the FFL should include both.) | 27. Model | 28. Serial Number | 29. Type (pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29) | 30. Caliber or Gauge |
|---|---|---|---|---|
| SIG SAUER | P250 | EAK087537 | PISTOL | 9 MM |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

30a. Total Number of Firearms (Please handwrite by printing e.g., one, two, three, etc. **Do not use numerals.**)   ONE

30b. Is any part of this transaction a Pawn Redemption?   ☐ Yes  ☒ No

30c. For Use by FFL (See Instructions for Question 30c.)
✓ KJB

**Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

31. Trade/corporate name and address of transferor (seller) (Hand stamp may be used.)
Holloman Exchange
Bldg 227 Drawer V
551 4th Street
Holloman AFB
New Mexico 88330

32. Federal Firearms License Number (Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.)
FFL 5-85-035-01-2M-01293

The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions, The Person Who Completed Section B Must Complete Questions 33-35.

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was completed); (2) my verification of the identification noted in question 20a (and my reverification at the time of transfer *if the transfer does not occur on the day Section A was completed*); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 33. Transferor's/Seller's Name (Please print) | 34. Transferor's/Seller's Signature | 35. Transferor's/Seller's Title | 36. Date Transferred |
|---|---|---|---|
| BEN KEPSEL | B. Kepsel | GR'S SALES ASSOC | 4-12-12 |

### NOTICES, INSTRUCTIONS AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun *(rifle or shotgun)* to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the buyer's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 *(which includes the Notices, General Instructions, and Definitions)*, and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological *(by date)*, alphabetical *(by name)*, or numerical *(by transaction serial number)*, as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical *(by name)* or chronological *(by date of transferee's certification)* order.

If you or the buyer discover that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and you or the

buyer wish to make a record of your discovery, then photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. You only should make changes to Sections B and D. The buyer should only make changes to Sections A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a firearm by a seller to a buyer, at the seller's licensed premises. This includes the sale or other disposition of a rifle or shotgun to a nonresident buyer on such premises.

**State Laws and Published Ordinances:** The publication (ATF P 5300.5) of State firearms laws and local ordinances ATF distributes to licensees.

**Exportation of Firearms:** The State or Commerce Departments may require you to obtain a license prior to export.

### Section A

**Question 1. Transferee's Full Name:** The buyer must personally complete Section A of this form and certify *(sign)* that the answers are true, correct, and complete. However, if the buyer is unable to read and/or write, the answers *(other than the signature)* may be completed by another person, excluding the seller. Two persons *(other than the seller)* must then sign as witnesses to the buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, partnership, or other such business entity, an officer authorized to act on behalf of the business must complete Section A of the form with his or her personal information, sign Section A, and attach a written statement, executed under penalties of perjury, stating: (A) the firearm is being acquired for the use of and will be the property of that business entity and (B) the name and address of that business entity.

Page 3 of 6

ATF Form 4473 (5300.9) Part I
Revised August 2008

USA00012138

# REQUEST AND AUTHORIZATION FOR PERMANENT CHANGE OF STATION - MILITARY

This contains information which must be protected IAW AFI 33-332 and DoD Regulation 5400.00; Privacy Act of 1974 as Amended Applies, and it is for Official Use Only (FOUO). It must be protected or Privacy Act information removed prior to further disclosure.

The following individual will proceed on permanent change of station:  [ ] PCS without PCA   [X] PCS with PCA   TED APR 11

**1. GRADE, NAME** (Last, First, Middle Initial): A1C KELLEY, DEVIN P
**2. SSAN:** 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
**3. SAFSC/CAFSC:** 2T031
**4. SECURITY CLEARANCE** (include date of last investigation): SCI(DCID 1/14 ELIG) 15 MAR 10
**5. REPORT TO COMDR, NEW ASSIGNMENT:** NLT: 21 APR 11
**6. TRAVEL DAYS AUTHORIZED IF TRAVELING BY PRIVATELY-OWNED CONVEYANCE:** 4
**7. TDY ENROUTE:**

**8. UNIT, MAJOR COMMAND AND ADDRESS OF UNIT FROM WHICH RELIEVED:**
OL AFST 316 TRAINING SQ FFC990 (AET)
GOODFELLOW TX 769080000

**9. UNIT, MAJOR COMMAND AND ADDRESS OF UNIT TO BE ASSIGNED:**
49 LOGISTICS READINES SQ FFJXD0 (ACC)
HOLLOMAN NM 883300000

**10. TYPE OF TOUR** (Check One): [ ] ACCOMPANIED  [ ] UNACCOMPANIED  [ ] UNACCOMPANIED, DEPENDENTS RESTRICTED
**11. TOUR LENGTH** (Total No. of Months):
**12. EXTENDED LONG TOUR VOL:** NO

**13. DEPENDENT TRAVEL:**
A. CONCURRENT TRAVEL IS AUTOMATIC
B. CONCURRENT TRAVEL IS APPROVED
C. DEPENDENT TRAVEL IS DELAYED FOR LESS THAN 20 WEEKS
D. DEPENDENT TRAVEL IS DELAYED FOR MORE THAN 20 WEEKS
E. TRAVEL IS AUTHORIZED TO A DESIGNATED PLACE

**14. THIS IS A JOIN-SPOUSE ASSIGNMENT** (Include spouse's grade, name & SSN): NO
**15. AUTHORITY FOR CCTVL:**

**16. HOMEBASING/FOLLOW-ON ASSIGNMENT** (Include AAN, GPAS and RNLTD)

**17. DEPENDENT(s):** (List names, DOB of children, relationship to member and current address)

**18. PCS EXPENSE CHARGEABLE TO:** 5713500 321 5841.0* 525725   Insert Applicable Subproject Shred
CIC: 4 5 148 0040 525725   TAC: F18A   ATAC: F18A10*
NTS CHARGEABLE TO: 5713500 321 5848.0N 525725

**19. AUTHORITY AND PCS CODE:** AFI 36-2110
PCS ID: A    AAN: 0410N02060

**20. AETC/FM TDY Funding.**
**20a. All other TDY Enroute Funding.**
**21. SDN:** PB58411001MP0H

Pursuant to AFI 32-6001, you will report to the base housing referral office servicing your new duty station before entering any rental, lease, or purchase agreement for off-base housing.

**22. REMARKS** (Submit travel voucher within 5 workdays after completion of travel. If TDY enroute is authorized, attach receipts showing cost of all lodging used. All promotional items incurred while PCS/TDY must be turned in to AFO upon arrival at gaining base. See reverse for remarks.)
PCS ADSC: 24  MONTHS   TRAINING ADSC:   MONTHS   (See AFI 36-2107)
01. Airmen and dependents returning from Overseas must surrender no-fee passports to their CONUS MPF/MPS upon in-processing.
02. Upon receipt of orders contact the Traffic Management Office (TMO) to make arrangements for HHGs shipment and travel.
03. Upon receipt of orders contact the Financial Services Office (FSO) to make financial arrangements and advisement

**23. DATE:** 11 JAN 11
**24. APPROVING OFFICIAL** (Type Name and Grade): Inventor, Whimy, 2LT, USAF, Chief, Career Develop
**25. SIGNATURE OF APPROVING OFFICIAL:** // SIGNED //

**26. DESIGNATION AND LOCATION OF HQ DEPT OF THE AIR FORCE:** AFPC RANDOLPH AFB TX 78150-0000
**27. SPECIAL ORDER NO:** AE-032159
**28. DATE:** 11 JAN 11
**29. TDN**   FOR THE COMMANDER

**30. DISTRIBUTION:** AA
**31. SIGNATURE ELEMENT OF ORDERS AUTHENTICATING OFFICIAL:**
// SIGNED //
DANIEL J. WALKER, GS-12, DAF
CHIEF, MILITARY PERSONNEL

**32. ADDRESS OF GAINING MPF:**
49 FSS
HOLLOMAN AFB NM 88330-8060

AF FORM 899, 20060807     PREVIOUS EDITIONS ARE OBSOLETE

USA00012139



E OF WEAPONS CHECKLIST

n Kelley

```
EXCHANGE
HOLLOMAN MAIN EXCHANGE
      575-479-1509
MON-SAT 09:00-20:00  SUN 10:00-1800
    WWW.SHOPMYEXCHANGE.COM

SIG P250 9MM 15RD BLK FS CMP
  79868142610              415.60
  PLEASE CHECK ID
  SERIAL # OR CI #   EAK087537
  CUSTOMER LAST NAME   Kelley
  CUSTOMER FIRST NAME  Devin
  DOES GUN HAVE LOCK? YES
S&B 9MM 115GR/FMJ   75490850008
                            13.00

TOTAL              CRD  $428.60
MILITARY STAR 973    $428.60
XXXXXXXXXXXX9776
EXPIRY: XX/XX SWIPED BANK
AUTH# 029023
SEQ# 2803
  PLAN NUMBER 10001

   By using this card, you agree to
  pay in accordance with the Exchange
  Credit Agreement terms. EXCH retains
  a purchase money security interest in
  all purchases made on this account.

ITEMS 2
04/12/2012  10:04    2201 10 000412 5437
```

ble to purchase a weapon having the following:
hes the completed 4473

) Orders for customer (CAN NOT BE TDY,

)rders or anything other than PCS orders). Be sure
le.

ortgage Payment or Rental Agreement) dating back

ise any weapon)

t has been reviewed and signed by

both forms of ID

all areas of the form; script is not allowed
obreviated (ex: NOVEMBER)
ne and (customer Section A/associate Section B)

abbreviation is not allowed)

ional)
:d
nust check the waivers to see if can proceed

; citizens)

day that certified

type, model) corrected?
eted properly and faxed?

associate and manager after review of form
iand written or stamped)

Date: 4-12-12
Date: 4-12-12

*105437120412220100*

THE EXCHANGE VALUES YOUR OPINION
       TAKE SURVEY AT
   WWW.INTOUCHSURVEY.COM/AAFES
        STORE# 1012201
       WIN SWEEPSTAKES PRIZES
> YOU SAVE MONEY X WE GIVE BACK <