# Ex. QQ

# In the Matter Of:

## HOLCOMBE vs UNITED STATES

5:18-CV-00555-XR

# RANDALL TAYLOR

*February 25, 2020*



ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

1  at Region 4 was not for a senior master sergeant.  It
2  was for a master sergeant in E-7.  So I had received
3  orders to go to Detachment 225 at Holloman Air Force
4  Base, New Mexico, in October of 2011.
5       Q.  Okay.  Now, was that a surprise to you that
6  you were transferred in October of 2011 as the senior
7  master sergeant and head of Detachment 225?
8       A.  A surprise, sir?
9       Q.  Yes.  Meaning was that a position that you
10 were looking for that you wanted to go to?
11      A.  No, sir.  I had specifically requested other
12 assignments.
13      Q.  And why -- why do you think that you were
14 sent there, if you know?
15      A.  You know, I was the right grade and I had
16 the proper leadership attributes they needed for that
17 detachment.
18      Q.  Gotcha.
19          Now, explain to the -- explain to the judge
20 what happened when you got there in December
21 of 2011.  What happened to -- can you describe what
22 you walked into?
23      A.  So in December 2011, being assigned to
24 Det 225, I remember walking into the facility and
25 quickly realizing that there were a number of



```
 1        Q.   Did agents ever take more than two copies of
 2   prints?
 3        A.   They had, sir.
 4        Q.   So was there a chance that even if there
 5   were two copies of prints in the file, that they
 6   still may have been submitted to the FBI?
 7        A.   Yes, sir, unless you validate it with the --
 8   had a conversation.
 9        Q.   You're saying, ultimately, you have to
10   validate with the agent?
11        A.   Yes, sir.
12        Q.   During the time with Detachment 225, did you
13   and/or the superintendent perform monthly case
14   reviews?
15        A.   Yes, sir.
16        Q.   And was that required by Air Force
17   instructions or regulations?
18        A.   It was.
19        Q.   And did you follow certain procedures in
20   doing these reviews?
21        A.   Yes, sir.
22        Q.   What types of procedures?
23        A.   The initial -- the initial review was
24   conducting a hardcopy case file review in what we
25   refer to as six parts, right, folder and we would
```



1  conduct a review of that six-part folder to make sure
2  that all the elements that were required to be there
3  were present.
4          But the six-part folder was essentially
5  useless to me at that point because every other
6  investigative step that you took would take place and
7  be recorded in I2MS.  And that is what I utilized on
8  a monthly basis to validate, you know, if the case
9  was progressing, if we're missing investigative
10 steps, if it was sufficient.
11         You know, if we're -- just to kind of give
12 generally an idea to the agent on what the next
13 investigative steps should be.
14     Q.  So was the purpose of these reviews to
15 ensure investigative sufficiency?
16     A.  Yes, sir.
17     Q.  Was there any requirement during these
18 monthly reviews to review for submission of
19 fingerprints to the FBI?
20     A.  No, sir.
21     Q.  So during those monthly reviews that is not
22 something you're looking for; is that right?
23     A.  No, I was not looking for that during the
24 monthly reviews, sir.
25     Q.  And after the monthly reviews, would you



1  provide feedback to the agent?
2      A.  I would, sir.
3      Q.  And how would you provide the feedback?
4      A.  Initially, I provided the feedback as a --
5  internal data page entry notes in I2MS where I
6  identified basically what I referred to as the
7  weaknesses of the investigation.  And I was, at some
8  point, counseled to no longer do that due to the
9  ability for those notes to be discovered from trial
10 counsel.  So I stopped adding those notes in and just
11 took up a new method where I would put a note
12 indicating I conducted the monthly review.
13         Within a Share file there was a -- the cases
14 were loaded in a Share file, as well.  And it was
15 either that Share file that I would record notes of
16 the investigation or I would e-mail it directly to
17 the agent indicating what needed to take place on
18 that investigation to move forward.
19     Q.  So, again, that feedback is concerning
20 investigative sufficiency?
21     A.  Yes, sir.
22     Q.  Turning to "Case closing."  We talked about
23 earlier I2MS and how that differs -- closings in
24 I2MS, how it differs from closings with hardcopy
25 files; do you recall that?

