# Ex. SS

**BY ORDER OF THE COMMANDER**  
**AIR FORCE OFFICE OF**  
**SPECIAL INVESTIGATIONS**

**AFOSI MANUAL 90-101**  
**31 OCTOBER 2007**  
*Special Management*

**OPERATIONAL PERFORMANCE MANAGEMENT**



## COMPLIANCE WITH THIS PUBLICATION IS MANDATORY

**ACCESSIBILITY:** This publication is available digitally on the AFOSI intranet via OSILink (http://hqsbullent/osilink/livelink.exe?func=ll&objId=1561878&objAction=browse&sort=name).

**RELEASIBILITY:** Access to this publication is restricted. This publication is For Official Use Only, therefore, requests for access to this publication must be approved by the OPR.

OPR: HQ AFOSI/XOI                                    Certified by: HQ AFOSI/XRJ  
                                                          (Mr. Ricardo Torres)  
                                                          Pages: 8

This manual provides guidance on the Command Metrics Program—Phase I, which is meant to determine the effectiveness and efficiency of AFOSI's Conduct Major Criminal Investigations core capability. As such, chapter 1 outlines the metrics for external customer impact, timeliness, quality, resource utilization, and quantity. This manual also mandates that the Headquarters Case Review Team (HQ CRT) and Region Case Reviewers (RCR) review case files within their respective spans of control. The purpose of these review functions is to ensure quality, sufficiency, and thoroughness of investigative products and ensure data integrity between the documented investigative files and the entries found in the Investigative Information Management System (I2MS) and Classified I2MS (CI2MS). Ensure that all records created as a result of processes prescribed in this publication are maintained in accordance with AFMAN 37-123 (will convert to AFMAN 33-363), *Management of* Records, and disposed of in accordance with the Air Force Records Disposition Schedule (RDS) located at https://afrims.amc.af.mil/. See attachment 1 for a list of references, abbreviations, acronyms, and terms.

This publication provides guidance for the internal operation of a Department of Defense agency, but it is not intended to, does not, and may not be relied upon to create any right or benefit, substantive or procedural, enforceable by law against the United States, the Department of Defense, or the Department of the Air Force or its officers, employees, contractors, or agents. For purposes of disciplinary or punitive action against individuals whose actions are governed by this publication, nothing in the previous sentence shall be interpreted as affecting the requirement for mandatory compliance with this publication or any other applicable laws, regulations, or policies by those to whom it applies. The information contained in this publication is for the information and guidance of AFOSI personnel. Further dissemination only as directed by the Commander, AFOSI (AFOSI/CC).

**FOR OFFICIAL USE ONLY**

USA00022535

## Chapter 1

## PERFORMANCE MEASUREMENT

**1.1. Introduction.** Under direction of AFOSI/CC, the HQ AFOSI, Performance Management Division (HQ AFOSI/XRZ), developed a standardized method to measure AFOSI operational performance. The new Command Metrics will ensure AFOSI resources are used efficiently as well as promote effective operation. These new metrics will, at a minimum, be used by headquarters staff; by the HQ AFOSI, Inspector General (HQ AFOSI/IG), during unit compliance inspections; by region and squadron staffs; and during unit distinguished visitor visits to evaluate the unit's operational performance.

**1.2. Phase One.** Phase I of the new Command Metrics program includes the implementation of measures that assess performance in the "Conduct Major Criminal Offense Investigations" core capability. In assessing this capability, the process will examine the results of each case against targets in 10 sub-capabilities representing various types of criminal offenses investigated by AFOSI. The following are the 10 sub-capabilities, grouped by appropriate Defense Incident-Based Reporting System (DIBRS) codes. Refer to OSILink (KC-90 Metrics Guidance and Policy) for a complete list of cases by DIBRS offense codes captured by each of the following categories:

    1.2.1. Investigate Base Level Contract Fraud.

    1.2.2. Investigate Sex Offenses.

    1.2.3. Investigate Central Systems Fraud.

    1.2.4. Investigate Miscellaneous Crimes Against Persons.

    1.2.5. Investigate Miscellaneous Crimes Against Property.

    1.2.6. Investigate Drug Offenses.

    1.2.7. Investigate Deaths.

    1.2.8. Investigate Miscellaneous Crimes Against Society.

    1.2.9. Investigate Computer Crime.

    1.2.10. Investigate Counterintelligence/Aiding the Enemy.

**1.3. Targeted Areas.** The targets are based upon the command's actual performance in each area as captured from calendar year (CY) 2003 through CY 2005 data in the AFOSI Business Intelligence System (TABIS). As a result, the metrics reflect recent operational factors that affect AFOSI's criminal mission.

**1.4. Target Descriptions.** The targets, as well as the description and rationale for each of the five measures, are as follows:

    1.4.1. **External Customer Impact (ECI) (Results):**

        1.4.1.1. **ECI Metric Defined.** ECI is calculated as the percentage of total investigations conducted that resulted in external customer impact (formerly known as significant action). It is ultimately a measure of effectiveness.

        1.4.1.2. **Expectation.** It is expected that at least 40 percent of final closed cases obtain external customer impact. This is determined by reviewing each final closed case and

FOR OFFICIAL USE ONLY

USA00022536

determining if it obtained one of the dispositions outlined below. The total number of cases on which a unit obtained external customer impact is then expressed as a percent of total final closed cases by a unit. As defined by AFOSI standards, ECI includes **only** the following dispositions in I2MS and CI2MS:

    1.4.1.2.1.  Administrative Recovery
(from Details → Disposition → Subject).

    1.4.1.2.2.  Article 15–Accepted
(from Details → Disposition → Subject).

    1.4.1.2.3.  Contractor–Debarment
(from Details → Disposition → Subject).

    1.4.1.2.4.  Contractor–Suspension
(from Details → Disposition → Subject).

    1.4.1.2.5.  Convicted
(from Details → Disposition → Specification).

    1.4.1.2.6.  No Action Required–Allegation Disproved (False)
(from Details → Disposition → Specification).

1.4.1.3. Cases documented as suicide, death from natural causes, or accidental deaths are removed from a unit's total caseload **only** when determining percentage of cases obtaining ECI.

1.4.1.4. Table 1.1 details where the Strategic Management Analysis and Reporting Tools (SMART-OSI) will rate a unit based on the ECI metric:

**Table 1.1. External Customer Impact Targets.**

|  | Green | Yellow | Red |
| --- | --- | --- | --- |
| Percent of total substantive cases yielding ECI | $\geq 40\%$ | 39-26% | $\leq 25\%$ |

    1.4.1.5. **Rationale for Metric.** AFOSI customers—and leadership—value investigations that identify and ultimately resolve crimes that threaten Air Force readiness or good order and discipline. Also, the metric shows whether or not resources used during an investigation yield a positive return on investment.

1.4.2. **Timeliness:**

    1.4.2.1. **Timeliness Metric Defined.** This metric measures the percent of a unit's total substantive cases that met sub-capability timeliness targets as a measure of efficiency.

    1.4.2.2. **Expectation.** It is expected that at least 70 percent of a unit's total caseload will meet timeliness targets. This is calculated by determining how long it took to complete each investigation, starting from the "Date Created" in I2MS or CI2MS until the final report of investigation (ROI) is attached in the respective system. This number of days is then compared to the timeliness target for each sub-capability (refer to table 1.2) to determine if the case met the metric for timeliness. The total number of cases that met

**FOR OFFICIAL USE ONLY**

USA00022537

the timeliness target is then calculated as a percent of a unit's total investigatively closed cases.

1.4.2.2.1. These targets are based on how long it took approximately 50 percent of the command to complete an investigation per sub-capability.

1.4.2.2.2. Refer to the "Data Dictionary for All Users" in OSILink for a full listing of DIBRS codes and the sub-capabilities they map to in I2MS and CI2MS.

1.4.2.2.3. Table 1.3 details where the SMART-OSI system will rate a unit based on the timeliness metric.

Table 1.2. Timeliness Target by Sub-Capability.

| Sub-Capability | Days From Initiation to Investigative Closure |
|---|---|
| Investigate Base Level Contract Fraud | 120 |
| Investigate Sex Offenses | 100 |
| Investigate Central Systems Fraud | 410 |
| Investigate Miscellaneous Crimes against Persons | 90 |
| Investigate Miscellaneous Crimes against Property | 100 |
| Investigate Drug Offenses | 60 |
| Investigate Death | 230 |
| Investigate Miscellaneous Crimes against Society | 100 |
| Investigate Computer Crime | 300 |
| Investigate Counterintelligence/Aiding the Enemy | 260 |

Table 1.3. Overall Timeliness Target.

| | Green | Yellow | Red |
|---|---|---|---|
| Percent of total substantive cases meeting timeliness targets | $\geq 70\%$ | 69-50% | $\leq 49\%$ |

1.4.2.3. **Rationale for Metric.** This metric indicates the command's ability to run investigations in a timely fashion to satisfy customer expectations. The intent of this metric is to complete each investigation as quickly as possible to meet customer needs. The individual sub-capability targets should not be viewed as the "authorized number of days" to complete the investigation, but rather as a gauge to judge how long it takes on average to complete a case of that type.

1.4.3. **Quality:**

1.4.3.1. **Quality Metric Defined.** This is the quality of ROI.

FOR OFFICIAL USE ONLY

USA00022538

1.4.3.2. **Expectation.** The Headquarters Case Review Team (HQ CRT) will use the Closed Case Review Checklist generated by the HQ AFOSI, Case Review Branch (HQ AFOSI/XOIR), to assess the quality of ROIs.

1.4.3.3. **Performance Targets.** There are no performance targets at this time as insufficient data exists to create realistic targets for determine quality ratings. In the future, targets will be based on data that is deemed reliable and valid.

1.4.3.4. **Rationale for Metric.** The Quality metric assesses a unit's ability to produce a quality ROI for external customers to ensure that investigations are not dismissed inappropriately. Measures of a quality report include investigative sufficiency, professional presentation, compliance with AFOSI requirements, and data integrity.

1.4.4. **Resource Utilization:**

1.4.4.1. **Resource Utilization Metric Defined.** Resource utilization is the total work hours per month spent in each sub-capability.

1.4.4.2. **How It Will Be Measured.** This metric will be measured using available data in SMART-OSI.

1.4.4.3. **Performance Targets.** Due to the broad range of mission areas across eight regions and a wide variety of special unit missions across the command, it is impossible to have one command target for resource utilization. However, individual units should establish local targets based on their own unit's mission focus and the unit's historical performance in criminal investigations.

1.4.4.4. **Rationale for Metric.** This metric will help determine how much manpower is used in each of the ten sub-capabilities. This metric illustrates for leadership where a particular unit's investigative focus lies (e.g., how much of a unit's work effort is spent in drug investigations as compared to fraud investigations). This metric will also help commanders determine if they are effectively and efficiently utilizing the agents assigned to their unit.

1.4.5. **Quantity:**

1.4.5.1. **Quantity Metric Defined.** This metric measures the number of investigations opened per sub-capability per month at a unit.

1.4.5.2. **How It Will Be Measured.** The quantity metric will be measured using available data in SMART-OSI.

1.4.5.3. **Performance Targets.** As with resource utilization, it is impossible to set a command target for the number of cases a unit should open each month due to the fluctuations in reactive crime and the broad range of mission areas for AFOSI units. However, individual units should establish local targets based on their own unit's mission focus and the unit's historical performance in criminal investigations.

1.4.5.4. **Rationale for Metric.** Proactive units generally open more cases over time. When coupled with resource utilization graphs, this measure can help a commander identify trends in proactivity and gross disparities in the use of agent time and effort in opening new cases.

**FOR OFFICIAL USE ONLY**

USA00022539

## Chapter 2
## COMMAND CASE REVIEW PROCESSES

**2.1. Headquarters Case Review Team (HQ CRT).** The goal of the HQ CRT is to identify investigative deficiencies and to confirm data integrity in I2MS and CI2MS through the systematic review of closed final investigations. Using regulatory guidance and investigative and administrative sufficiency requirements established in the Closed Case Review Checklist, the HQ CRT will identify deficiencies that are systemic across the command preventing the command from achieving quality in its investigative products. Identified deficiencies may be remedied through a variety of avenues to include working with the US Air Force Special Investigations Academy (USAFSIA) to target specific training deficiencies, changes or clarification in instructions or manuals, and modifications and changes in procedural processes.

2.1.1. **HQ CRT Processes.** Weekly, the HQ AFOSI File Repository receives approximately 50 mailed-in closed investigative case files and, using a barcode system, logs them in for storage within their facility. These case files potentially represent all case types investigated by AFOSI. Once a week, an HQ CRT member will randomly select a number of case files from the newly closed investigations available at the File Repository. All investigative case files—criminal, fraud or counterintelligence—received during the week are subject to selection for review by the HQ CRT with the exception of AFOSI death investigation case files. Death investigations are subject to a separate review process. The goal of randomly selecting from the remaining case types is to achieve a measure of confidence that identified issues and problems are a reliable indicator of broader problems throughout the command.

2.1.1.1. Using the Closed Case Review Checklist, the HQ CRT will systematically review each selected case file noting all discrepancies. Additionally, they will confirm that the information in I2MS or CI2MS mirrors what is in the case file. Neither the actual results nor the checklist will be filed with the reviewed case. The intent of the process is for AFOSI to identify and improve investigative products destined for external customers. It is important to note that because of the randomness of the HQ CRT case selection process, specific regions will not be targeted. This does not mean that during a collection period a specific region won't have more cases reviewed by the HQ CRT than another, but this would inherently be a result of closing more investigations during a given week. Again, the goal is to conduct random reviews using a systematic weighted checklist approach.

2.1.1.2. The HQ CRT will have the capability to conduct targeted reviews. If major and repeated deficiencies are found in a specific reporting unit, additional ROIs from the unit will be collected and reviewed to determine if a systemic problem exists at that location. Results of these targeted reviews will be provided back to the Region Case Reviewers (RCR) for their information or action, as necessary.

2.1.1.3. HQ CRT will generate a quarterly report and briefing for headquarters and region leadership by the 15th of January and July. In this report and briefing, the significant issues found during the case reviews conducted during the quarter will be highlighted. This will include data reflecting discrepancies and trends, positive or negative, as noted from the review action of the RCR. The findings from these quarterly reports will be briefed to the AFOSI leadership upon request.

**2.2. Region Case Review (RCR) Processes.** While the HQ CRT will be reviewing a random sampling of all case types generated by all the regions, the RCRs will concentrate their efforts on the significant investigations generated in their respective regions. Significant investigations are those investigations that, if conducted poorly, affect the Air Force's ability to preserve good order and discipline, deter and neutralize internal and external threats, and bring unfavorable attention to the command. *NOTE:* Although death investigations may be considered part of a region's review of ongoing high visibility cases during any given month, this policy DOES NOT replace region responsibility to review and approve all death investigations immediately prior to publishing as required in AFOSI Manual 71-122, *Criminal Investigations*.

   2.2.1. The minimum requirement for RCRs is to have visibility over all ongoing high visibility investigations in their respective regions. Regions will determine which high visibility cases they are able to review during a monthly period.

   2.2.2. RCRs may design their own processes for identifying, reviewing, and tracking high visibility investigations. Region reviewers will use the Region Case Review Checklist for their case reviews but may expand on it as needed based on unique local requirements or procedures. RCRs will review only open cases and only once during the lifecycle of the investigation to achieve a "snapshot in time" for any discrepancies.

      2.2.2.1. If discrepancies are identified, the RCRs will initiate action to correct them with the detachment concerned. The RCR may run into situations wherein a particular action on the checklist had not been accomplished in the investigation at the time of the review. In those situations the RCR will mark that checklist item as "N/A" and continue the review for those checklist items that can be reviewed. It is understood that because the RCRs are reviewing open investigations some items on the checklists may not have been conducted by the investigating entity at the particular time of the review.

      2.2.2.2. Regions will not review any investigation less than 30 days old.

      2.2.2.3. To the extent possible, RCRs should avoid mandating final reviews of high visibility cases immediately prior to publishing, i.e., creating a process similar to the reviews required for all death cases. *NOTE:* This RCR initiative is not intended to conflict with any region's ongoing processes to monitor ongoing investigations as part of a broader initiative.

   2.2.3. Each region will send a semiannual report to HQ AFOSI/XOIR by the 10th of January and July. This report will include the investigations they reviewed by file number, the discrepancies they identified, and corrective actions taken, if any (e.g., a change in region policy, in-region training). The RCR report should also highlight issues and concerns where organizational policy or formal training shortfalls may be responsible for the problems identified in the region. RCRs will use the Region Case Review Checklist to collate their results and as the reporting vehicle to HQ AFOSI/XOIR.

 

                                               RAYMOND G. CARTER, YN-03, DAFC
                                               Director, Strategic Programs and Requirements

## Attachment 1
## GLOSSARY OF REFERENCES AND SUPPORTING INFORMATION

*References*

AFMAN 37-123 (will convert to AFMAN 33-363), *Management of* Records

AFOSIMAN 71-122, *Criminal Investigations*

*Abbreviations and Acronyms*

**AFOSI/CC**—Commander, AFOSI

**AFOSIMAN**—AFOSI Manual

**CI2MS**—Classified Investigative Information Management System

**CY**—calendar year

**DIBRS**—Defense Incident-Based Reporting System

**ECI**—External Customer Impact

**HQ AFOSI/IG**—HQ AFOSI, Inspector General

**HQ AFOSI/XOIR**—HQ AFOSI, Case Review Branch

**HQ AFOSI/XRZ**—HQ AFOSI, Performance Management Division

**HQ CRT**—Headquarters Case Review Team

**I2MS**—Investigative Information Management System

**RCR**—Region Case Reviewers

**RDS**—Records Disposition Schedule

**ROI**—report of investigation

**SMART-OSI**—Strategic Management Analysis and Reporting Tools

**TABIS**—The AFOSI Business Intelligence System

*Web and OSILink Sites*

Closed Case Review Checklist (HQ AFOSI/XOIR>Services)

DIBRS Codes (KC-90 Metrics Guidance and Policy)

Region Case Review Checklist (HQ AFOSI/XOIR>Services)

Data Dictionary (SMART-OSI)