# Ex. TT

**FOR OFFICIAL USE ONLY**

| REGION CASE REVIEW CHECKLIST | | | |
|---|---|---|---|
| **File Number:** | **Reviewer:** | | |
| **Date of Review:** | | | |
| **A. ADMINISTRATIVE** | Y | N | N/A |
| 1.  Deco or SACs/ASACs conducted monthly case review to ensure progress and investigative sufficiency using the AFOSI investigative sufficiency checklist or a more comprehensive region-approved checklist as a guide for the review. (AFOSIMAN 71-121, para 4.9.1. and 4.9.1.1.) | | | |
| 2.  Internal Data Page (IDP) section contains the following information:  (AFOSIMAN 71-121, para 6.13.) | | | |
| a. If there is a release of an AFOSI investigation to another agency not listed in the ROI distribution section. | | | |
| b. A local agency gives permission to incorporate their information into the ROI. | | | |
| c. The investigation involves sensitive information such as command pressure. | | | |
| d. An investigation involves the Family Liaison Program (FLP). | | | |
| e.  The investigation involved system and program weaknesses that contributed to the case | | | |
| f. There is a gap of more than seven (7) calendar days between investigative steps. | | | |
| g. A logical investigative step is not conducted or could not be conducted. | | | |
| h. An individual was offered but declined to take a Psycho physiological Detection of Deception Examination. | | | |

FOR OFFICIAL USE ONLY

| B. INVESTIGATIVE SUFFICIENCY | Y | N | N/A |
|---|---|---|---|
| 1. Investigation meets investigative AFOSI purview. (AFI 71-101V1) | | | |
| 2. Upon initiating an investigation, consulted with servicing legal officials, military and/or civilian, to discuss the nature and severity of the alleged crime. (AFOSIMAN 71-121, para 3.1) | | | |
| 3. Local commander(s) notified in writing of the initiation of AFOSI investigation(s)? (AFI 71-101V1, para 1.1.1.) | | | |
| 4. Identify all agents by name conducting a particular investigative lead in narrative write-ups. (AFOSIMAN 71-121, para 4.2.4.) | | | |
| 5. Identified multiple subjects and/or victims throughout activities using the respective term "SUBJECT" or "VICTIM" followed by their last name. (AFOSIMAN 71-121, para 4.2.5. and 4.2.6.) | | | |
| 6. The expression "negative results" is not used in any activities. (AFOSIMAN 71-121, para 4.3.) | | | |
| 7. Headquarters and field units completed leads within 20 calendar days of receipt; if not completed within the 20 calendars, an explanation is provided in the IDP. (AFOSIMAN 71-121, para 4.5.1.) | | | |
| 8. Detco/SAC or his or her designee coordinated rape investigation with the servicing FSC. (AFOSIMAN 71-122, para 2.12.3.1.1.) | | | |
| 9. Detco/SAC or his or her designee coordinated child sexual investigation with the servicing FSC. (AFOSIMAN 71-122, para 2.12.4.1.1.) | | | |
| 10. Financial records obtained in accordance with AFOSI guidance. (AFOSIMAN 71-122, Chapter 14) | | | |

**FOR OFFICIAL USE ONLY**

| C. RECORDS CHECK | Y | N | N/A |
|---|---|---|---|
| 1. Records checks on subject or victim checked prior to interview or document circumstances in the IDP. (AFOSIMAN 71-121, para 3.5.) | | | |
| 2. Identified the name of the custodian and the location of the records that provided information for records check of value to the investigation (AFOSIMAN 71-121, para 4.2.8.) | | | |

**FOR OFFICIAL USE ONLY**

| D.  INTERVIEWS | Y | N | N/A |
|---|---|---|---|
| 1.  High profile case subject interviews coordinated with HQ AFOSI/XO and JA. (AFOSIMAN 71-118, para 5.6.1.) | | | |
| 2.  Rights advisement reported as a fact in the narrative field of the insert. (AFOSIMAN 71-121, para 4.1.5.1.) | | | |
| 3.  If subject invokes his or her rights, the interview was stopped and subject(s) first sergeant, commander and/or supervisor was notified of subject's invocation of rights.  (AFOSIMAN 71-118, para 5.7.9.) | | | |
| 4.  Juvenile subject interviews coordinated with servicing SJA and investigative agency having jurisdiction over the juvenile and/or crime.  (AFOSIMAN 71-118, para 5.8.7.2) | | | |
| 5.  Permission from parent, legal guardian, or custodian obtained before juvenile witness interview unless one of the parents is a subject of an investigation involving a crime against a child. (AFOSIMAN 71-118V4, para 5.11.1.) | | | |
| 6.  DD Form 2701, Initial Information for Victims and Witnesses of a Crime, provided to victim(s) and annotated in IDP. (AFOSIMAN 71-118V4, para 5.12.1.9.) | | | |
| 7.  Consulted with servicing SJA before audio or video taping a child interview (AFOSIMAN 71-118V4, para 5.19.1.4.) | | | |

**FOR OFFICIAL USE ONLY**

| E.  SPECIALIZED TECHNIQUES | Y | N | N/A |
|---|---|---|---|
| 1.  Physical Lineups include the suspect and at least five other people of similar characteristics. (AFOSIMAN 71-118, para 6.3.1.1.) | | | |
| 2.  Photographic lineups include a photograph of the subject and at least five other people of similar characteristics. (AFOSIMAN 71-118, para 6.3.2.1.) | | | |
| 3.  Statement obtained from witness who identified suspect of physical lineup via videotaping. (AFOSIMAN 71-118V4, para 6.3.2.5.) | | | |

**FOR OFFICIAL USE ONLY**

| F. SEARCH AND SEIZURE | Y | N | N/A |
|---|---|---|---|
| 1. Search and seizure authorization obtained? (AFOSIMAN 71-118V4, para 2.4.) | | | |
| 2. Military search authorization? | | | |
| a. Consulted with local SJA regarding probable cause? (AFOSIMAN 71-118V4, para 2.4.4.1.) | | | |
| b. Written authorization obtained using AF Form 1176, Authority to Search and Seize, and affidavit (AFOSIMAN 71-118V4, para 2.4.4.1.) | | | |
| c. Verbal military search authorization documentation presented to authorizing official NLT 1 calendar day after the search (AFOSIMAN 71-118V4, para 2.4.4.2.3.) | | | |
| 3. Civilian search warrant? | | | |
| a. Sworn affidavit provided to judge (AFOSIMAN 71-118V4, para 2.4.5.) | | | |
| b. Obtained concurrence of the appropriate US Attorney's office before requesting a civilian search warrant (AFOSIMAN 71-118V4, para 2.4.5.1.) | | | |
| 4. Consent? | | | |
| a. Individual authorized to give consent? (AFOSIMAN 71-118V4, para 2.6) | | | |
| b. Attempt to obtain written consent for search made? (AFOSIMAN 71-118V4, para 2.6.1.3.) | | | |

FOR OFFICIAL USE ONLY

| G.  EVIDENCE | Y | N | N/A |
|---|---|---|---|
| 1.  When shipping evidence, USPS registration number, tracking number or BITC accountable container number entered in the "purpose" block of the AF Form 52, Evidence Tag? (AFOSIMAN 71-118V4, para 3.13.3) | | | |
| 2.  Hair sample testing for drugs were coordinated with servicing FSC and SJA, were specifically requested, documented in ROI. (AFOSIMAN 71-118V4, para 3.24.2.) | | | |
| 3.  Original forged checks document(s) obtained as evidence? (AFOSIMAN 71-118V, para 3.24.1) | | | |
| 4. For forged checks investigations, major case prints from cashier, others handling the document obtained (AFOSIMAN 71-118V4, para 3.24.2) | | | |
| 5.  For forged checks investigations, major case prints and handwriting exemplars from the payee, signatory, and suspect obtained. (AFOSIMAN 71-118V4, para 3.24.3.) | | | |

USA00025432

**FOR OFFICIAL USE ONLY**

| H. CASE QUALITY | Y | N | N/A |
|---|---|---|---|
| 1.  Investigative sufficiency | | | |
|   a. Were appropriate investigative steps taken and documented? | | | |
|   b. Are there outstanding investigative questions that should be answered to improve the quality of this product? | | | |
| 2.  Professionalism | | | |
|   a. Is the writing style professional and are ideas clearly expressed? | | | |
|   b. Does the report contain appropriate and correct grammar, spelling, and punctuation? | | | |
|   c. Is this an unbiased report? | | | |
| 3.  Timeliness | | | |
|   a. Did the investigation meet the timeliness target for the sub-capability? | | | |
|   b. Were discrepancies and large gaps explained in the IDP? | | | |
|   c.  Case specific:  Sexual Assault Kits sent to the lab in timely fashion, etc. | | | |
| 4.  Compliance with current policy | | | |
|   a. Are appropriate items annotated in the IDP? | | | |
|   b. Were appropriate specialty services contacted and utilized? (FSC, Polygraph, Tech, CCI) | | | |
|   c. Does this investigation fall within AFOSI's investigative purview? | | | |
| 5.  Data Integrity | | | |
|   a. Have all activities been properly associated, disposition screen properly annotated, participant data filled in, participants confirmed, necessary reports attached in I2MS? | | | |
|   b.  Do the work-hours assigned to this investigation appear appropriate? | | | |

**FOR OFFICIAL USE ONLY**

**I. REVIEWER'S REMARKS:**