# Ex. UU



**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS 49TH WING (ACC)
HOLLOMAN AIR FORCE BASE, NEW MEXICO

MEMORANDUM FOR A1C DEVIN PATRICK KELLY (SSN 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)          17 Apr 12

FROM: 49 LRS/CC

SUBJECT: Letter of Reprimand

1. Investigation has revealed that you physically assaulted Mrs. Tessa K. Kelley on or about February 17, 2012 at 2629B McKinley Loop, Holloman AFB, NM. That on multiple occasions you physically assaulted your spouse, on this occasion you punched her in the arm and slapped her with an open hand while you were involved in a verbal/ physical altercation.

2. You are hereby reprimanded! Your actions violated Article 128 of the UCMJ-Assault. I need you to understand that your conduct was criminal and cannot continue. Our second core value, Service before Self, refers to the fact that professionals cannot indulge themselves in displays of anger or frustration that would bring discredit upon themselves and the Air Force, a precept that you clearly violated. When faced with similar situations in the future, you will exercise the sound judgment expected of a Airman as outlined in AFI 36-2618, the Enlisted Force Structure. Read it! I expect you to attend all the counseling sessions set forth for you by the Family Advocacy office, and that you resolve all future disagreements with your spouse in a professional manner. You should consider this an opportunity for self-improvement and carefully review your conduct and commitment to the Air Force. Consequences for any subsequent unacceptable behavior may be more severe disciplinary action.

3. AUTHORITY: 10 U.S.C. 8013. PURPOSE: To obtain any comments or documents you desire to submit (on a voluntary basis) for consideration concerning this action. ROUTINE USES: Provides you an opportunity to submit comments or documents for consideration. If provided, the comments and documents you submit become part of this action. DISCLOSURE: Your written acknowledgment of receipt and signature are mandatory. Your endorsement is not an admission of guilt. Any other comments or documentation you provide is voluntary.

4. You will acknowledge receipt of this reprimand. You have 3 duty days to provide any comments or documents you wish to be considered concerning this LOR. Those comments will become a part of the record.

Nathan McLeod-Hughes
NATHAN MCLEOD-HUGHES, Maj, USAF
Acting Commander, 49th Logistics Readiness Squadron

*Global Power for America*

USA00013387

SUBJECT: Letter of Reprimand

1st Ind, A1C DEVIN PATRICK KELLY (SSN 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)

MEMORANDUM FOR 49 LRS/CC

I acknowledge receipt and understanding on __17 Apr 12__. I understand that I have 3 workdays from the date of this letter to provide a response, and that I must include in my response any comments or documents I wish to be considered concerning this letter. I intend/do not intend to provide comments or documents to this letter of reprimand.

DEVIN P. KELLY, A1C, USAF
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

2nd Ind, 49 LRS/CC

You must give your final decision to the member within 3 duty days of receiving the member's response. See AFI 36-2907, para. 3.5.1.6.

Member (did) (did not) provide written matters in response to this letter. After consideration of all matters I have decided to:

_____ I have reviewed your comments to the LOR and have decided to remove the LOR from your records.

_____ I have reviewed your comments to the LOR and have decided the LOR will remain in effect and filed in your PIF.

__✓__ I have reviewed the response. My final decision is: this letter stands as written and I intend to file this LOR in your UIF.

FRANK MARION, Lt Col, USAF
NATHAN MCLEOD-HUGHES, Maj, USAF
Commander, 49th Logistics Readiness Squadron

Receipt and understanding acknowledged on __3 MAY 2012__ at __12:43 PM__

DEVIN P. KELLY, A1C, USAF
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

USA00013388