# Ex. VV

# PART II

## *SECTION A - SPECIALTY TRAINING STANDARD*

**1. Implementation.** This Specialty Training Standard (STS) is effective for USAF Special Investigations Academy Class 00-D beginning 6 Jul 00 and graduating 15 Sept 00.

**2. Purpose of this STS.** As prescribed in AFI 36-2201, this STS:

**2.1.** Lists in column 1 of the Attachment the most common tasks, knowledge, and technical references (TRs) for individuals to perform duties in the initial and advanced skill level AFSCs and civilian positions in the Special Investigations career ladder. These are based on an analysis of the duties in AFI 36-2108 and AFMAN 36-606, Volume 1.

**2.2.** Shows formal training requirements. Column 8 (indicated as "SIC") of Attachment 2 shows the proficiency to be demonstrated on the job by the graduate as a result of completion of the Special Investigations Course. Column 9 (indicated as "CDC") identifies the career/task knowledge provided by the career development course. **NOTE: The proficiency codes in the CDC column will become effective with the release of the new CDC, estimated completion Jan 01.** Column 10 (indicated as "W") shows the proficiency to be demonstrated on the job by the graduate of the Special Investigations Course during a wartime scenario.

**2.3.** Serves as a job qualification standard (JQS). Supervisor and trainee are responsible for the accuracy of this document. When used as a JQS, the following requirements apply:

**2.3.1.** Circle, in pencil, the appropriate subparagraph numbers and/or letters in column 1 to identify the current duty position requirements. Document task qualification by annotating the date (month and year) certified with initials of the trainee, trainer, and certifier. **NOTE: A certifier is required ONLY for those tasks identified as "Core" in column 2.**

**2.3.2.** Trainees are trained, evaluated, and qualified to the "go" level on the tasks in column 1. "Go" means the trainee can perform the task without assistance and meets local demand for accuracy and timeliness.

**2.3.3.** Trainers and certifiers must meet mandatory qualifications IAW AFI 36-2201, Chapter 4.

**2.3.4.** All core tasks listed in Attachment 2 are identified by an asterisk (*) in column 2. Personnel occupying any duty position in the Special Investigations career field must be trained and certified on all core tasks to be duty position qualified.

**2.3.5.** Converting from a previous CFETP to this CFETP. Use the CFETP to identify and certify all past and current qualifications. For those tasks previously certified and required in the current position, evaluate current qualification and when verified, recertify using current date as completion date and enter trainee's and certifier's initials for core tasks; for non-core tasks, enter trainee's and trainer's initials. (NOTE: For transcribing procedures, the supervisor fulfills the role of certifier and places initials in the certifier column.) For previous certification on tasks not required in the

24

USA00025402

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| advisement | * | | | | | | 2b | B | 2b |
| c. Conduct interrogation | * | | | | | | 2b | B | 2b |
| d. Document interrogation | * | | | | | | 2c | B | 2c |
| e. Obtain statement | * | | | | | | 2c | B | 2c |
| f. Fingerprint/photograph subject | * | | | | | | 2c | B | 2c |
| g. Submit criminal history data to NCIC/FBI | | | | | | | 2b | B | 2b |
| **17. SEARCH AND SEIZURE** <br> TR: MCM, AFI 31-201, AFI 44-102, AFOSII 71-105, AFOSII 71-106V1, AFOSIM 71-113 | | | | | | | | | |
| a. Plan and determine scope of search | * | | | | | | 2c | b | 2c |
| b. Prepare probable cause affidavit | * | | | | | | 2c | b | 2c |
| c. Complete Consent for Search and Seizure form | * | | | | | | 2c | b | 2c |
| d. Complete Authority to Search and Seize form | * | | | | | | 2c | b | 2c |
| e. Resource/manpower requirements | | | | | | | A | B | A |
| f. Search warrants | | | | | | | A | b | A |
| g. Conduct searches | * | | | | | | 2c | b | 2c |
| h. Legal considerations for computer searches | | | | | | | B | | B |
| **18. CRIME SCENE PROCESSING** <br> TR: MCM, AFI 31-201, AFOSII 71-103V2, AFOSII 71-117, AFOSII 71-106V1, AFOSIH 71-124 | | | | | | | | | |
| a. Respond with proper equipment | | | | | | | 2b | B | 2b |
| b. Crime scene management | | | | | | | | | |
| (1) Render aid as needed | * | | | | | | b | B | b |
| (2) Secure crime scene | * | | | | | | b | B | b |
| (3) Identify potential witnesses | * | | | | | | b | B | b |
| (4) Identify perishable and other evidence | * | | | | | | b | B | b |
| (5) Determine search technique(s) | * | | | | | | b | B | b |
| (6) Record crime scene | * | | | | | | 2b | B | 2b |
| (7) Conduct crime scene search | * | | | | | | 2b | | 2b |
| c. Determine need for specialized investigative techniques/equipment | | | | | | | A | B | A |
| **19. EVIDENCE** <br> TR: AFOSII 71-106V1, AFOSIM 71-118, AFOSIH 71-124 | | | | | | | | | |
| a. Evidence collection/preservation processes | | | | | | | C | B | C |

13

USA00025415