# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| JOE HOLCOMBE, et. al., <br>  Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br>  Defendant. | Civil Action No.  5:18-cv-0055 |

**ORDER**

The Court, after having reviewed the Motion to Strike Academy as Responsible Third Party finds that the motion is meritorious and should be GRANTED.

It is therefore ORDERED that Academy LTD. is stricken as a responsible third party.

SIGNED on this _____ day of _____, 2020.

_____

HON. JUDGE XAVIER RODRIGUEZ