# Exh. A

# TEXAS DEPARTMENT OF PUBLIC SAFETY

5805 N LAMAR BLVD • BOX 4087 • AUSTIN, TEXAS 78773-0001

www.dps.texas.gov
DRIVER LICENSE DIVISION
512-424-2600
EN ESPANOL 512-424-7181

STEVEN C. McCRAW
DIRECTOR
FREEMAN F. MARTIN
RANDALL B. PRINCE
JEOFF WILLIAMS
DEPUTY DIRECTORS

COMMISSION
STEVEN P. MACH, CHAIRMAN
NELDA L. BLAIR
STEVE H. STODGHILL
DALE WAINWRIGHT

**CERTIFIED ABSTRACT RECORD: 07/10/2020**

- THIS TYPE OF RECORD WILL REFLECT COMPLETION OF A DRIVING SAFETY COURSE.
- THIS RECORD REFLECTS ENFORCEMENT ACTIONS, CONVICTIONS, AND CRASH INVOLVEMENTS THAT ARE ALLOWED TO BE DISPLAYED BY LAW.

**REQUESTED BY:**

BRETT REYNOLDS,
BRETT REYNOLDS AND ASSOCIATES
1250 NE LOOP 410 STE 310
SAN ANTONIO, TX 78209

**KELLEY, DEVIN PATRICK**

2825 FM 2722
NEW BRAUNFELS, TX 78132-0000
REPORT OF APPROVED DRIVER EDUCATION COURSE.

Date of Birth: 02/12/1991
Sex: MALE
Eye Color: BLUE

## DRIVER LICENSE AND COMMERCIAL LEARNERS PERMIT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Driver License Number:** | 25628192 | **License Type:** | DL | **License Class:** | CM |
| **Date Originally Issued:** | 03/27/2007 | **Date Last Issued:** | 05/12/2017 | **Date of Expiration:** | 02/12/2024 |
| **Restrictions:** | NONE | | | | |
| **Endorsements:** | NONE | | | | |

**STATUS INFORMATION** — Driver eligibility reflects a person's eligibility to drive at the time this document was requested. Administrative Status details additional notes related to the person's record that do not affect driving eligibility.

**Driver Eligibility:** ELIGIBLE
**Administrative Status:** REPORTED DECEASED

**ENFORCEMENT ACTION HISTORY** — This section displays enforcement actions that may affect a person's eligibility to drive. Additional information pertaining to any event related to the enforcement action can be found in the Event Section of this record.

THE RECORD CONTAINS NO HISTORY OF ENFORCEMENT ACTIONS

**DRIVER RESPONSIBILITY PROGRAM (DRP)** — This section displays information relating the Driver Responsibility Program. Any suspension action resulting from a notice will be referenced in the Enforcement Action History Section.

| **SURCHARGE 1** | CASE 20852473184342480830 | **POINTS SURCHARGE NOTICE** | |
|---|---|---|---|
| Notice Date - Year : | 03/08/2013 | Complied Date: | 05/06/2013 |

**EVENT HISTORY** — This section displays information relating to convictions, crash involvement, safety courses completed, out-of-state surrendered license history and education program certificates.

Page 1

SSS-002807

KELLEY, DEVIN PATRICK - CERTIFIED ABSTRACT RECORD - 07/10/2020

| | | | | | |
|---|---|---|---|---|---|
| **EVENT 1** | **SURRENDER** | **SURRENDER OF OUT-OF-STATE CARD** | | | |
| Application Date: | 05/12/2017 | Country: | US | State: | CO |
| **EVENT 2** | **CRASH** | **NON-INCAPACITATING INJURY** | | | |
| Accident Date: | 02/19/2014 | Case Number: | 0013730146 | | |
| City: | NEW BRAUNFELS | State: | TX | | |
| CMV: | NO | HAZMAT: | NO | | |
| Citation: | NO CITATION ISSUED | | | | |
| **EVENT 3** | **CONVICTION** | **SPEEDING - SPEED LIMIT AND ACTUAL SPEED (DETAIL REQUIRED)** | | | |
| Offense Date: | 02/11/2012 | Conviction Date: | 02/11/2012 | | |
| | | State: | NM | Court Name: | Unknown (offense = Out of State) |
| | | Reference Number: | 1558091455 | | |
| CMV: | NO | HAZMAT: | NO | CDL: | NO |
| **EVENT 4** | **CONVICTION** | **SPEEDING - SPEED LIMIT AND ACTUAL SPEED (DETAIL REQUIRED)** | | | |
| Offense Date: | 10/07/2011 | Conviction Date: | 10/07/2011 | | |
| | | State: | NM | Court Name: | Unknown (offense = Out of State) |
| | | Reference Number: | 0310762698 | | |
| CMV: | NO | HAZMAT: | NO | CDL: | NO |
| **EVENT 5** | **CONVICTION** | **PROHIBITED MOTOR VEHICLE ON CONTROL ACCESS HIGHWAY** | | | |
| Offense Date: | 01/13/2011 | Conviction Date: | 02/14/2011 | County: | JEFFERSON |
| | | State: | TX | Court Name: | Justice of the Peace Court (offense = Texas Court) |
| Case/Cause/Docket No: | 65323 | | | | |
| CMV: | NO | HAZMAT: | NO | CDL: | NO |
| **EVENT 6** | **CONVICTION** | **RAN RED LIGHT** | | | |
| Offense Date: | 10/11/2010 | Conviction Date: | 10/19/2010 | | |
| City: | SAN ANGELO | State: | TX | Court Name: | Municipal Court (offense = Texas Court) |
| Case/Cause/Docket No: | 0010027412 | | | | |
| CMV: | NO | HAZMAT: | NO | CDL: | NO |
| **EVENT 7** | **CONVICTION** | **OPERATE MOTOR VEHICLE WITHOUT PLATES** | | | |
| Offense Date: | 05/02/2010 | Conviction Date: | 05/20/2010 | County: | MENARD |
| | | State: | TX | Court Name: | Justice of the Peace Court (offense = Texas Court) |
| Case/Cause/Docket No: | 010-000416 | | | | |
| CMV: | NO | HAZMAT: | NO | CDL: | NO |
| **EVENT 8** | **COURSE** | **DRIVING SAFETY COURSE** | | | |
| Offense Date: | 04/26/2008 | Completion Date: | 07/26/2008 | | |
| | | County: | COMAL | Court Name: | Justice of the |

SSS-002808

| KELLEY, DEVIN PATRICK - CERTIFIED ABSTRACT RECORD - 07/10/2020 |
|---|

Peace Court
(offense = Texas Court)

Case/Cause/Docket #:  4081533

Pursuant to the authority contained in the Texas Rules of Evidence 902, Section 4, and Transportation Code, Section 521, I, Manuel A. Rodriguez, do hereby certify that I am the custodian of driver records of the Driver License Division, Texas Department of Public Safety. The information contained herein is true and correct as taken from our official records. This is to certify that notices of convictions for the traffic law violations and incidents of motor vehicle accident involvement are received and recorded, along with the official action by the Department of Public Safety, in the computer records of DEVIN PATRICK KELLEY.

In Testimony Whereof, I hereunto set my hand and affix the Seal of the Department of Public Safety of the State of Texas on 07/10/2020.

Manuel A. Rodriguez
Texas Department of Public Safety

End of Record

SSS-002809