# Exh. C

Selected Applicant: KELLEY, DEVIN    DL/ID/UNL: 25628192    DOB: 02/12/1991

**KELLEY, DEVIN PATRICK**

Photo Redacted to Deny Attention

DL/ID/UNL Number: 25628192
License Type: DL
Date of Birth: 02/12/1991
Sex: MALE
Eye Color: BLUE
Record Status: ELIGIBLE

**Transaction Eligibility**
ID             DL
CLP
Other

PERSONAL | ADDRESSES | CARDS | EDUCATION | AKA | ID DOCUMENTS | MICROFILM | DOCUMENTS | OTHER

### Basic Information
| | |
|---|---|
| First Name: | DEVIN |
| Middle Name: | PATRICK |
| Last Name: | KELLEY |
| Suffix: | |
| SSN: | Redacted |
| SSN Affidavit: | NO |
| DOB: | 02/12/1991 |
| Age: | 26 |
| UNL Number: | |

### Primary Emergency Contact
First Name:
Last Name:
Phone 1:
Phone 2:
Street 1:
City:
State:
Zip Code:
Country:

### Physical Description
| | |
|---|---|
| Sex: | MALE |
| Eye Color: | BLUE |
| Hair Color: | BROWN |
| Race: | WHITE |
| Height: | 5' 09" |
| Weight: | 170 |

### Secondary Emergency Contact
First Name:
Last Name:
Phone 1:
Phone 2:
Street 1:
City:
State:
Zip Code:
Country:

### Place of Birth Information
| | |
|---|---|
| Country of Birth: | UNITED STATES |
| State of Birth: | TEXAS |
| City of Birth: | |
| County of Birth: | |

### Other Information
| | |
|---|---|
| Record Creation Date: | 03/27/2007 |
| Communication Impediment: | NO |
| Organ Donor: | NO |
| Disabled Veteran: | NO |
| Veteran: | NO |
| US Citizen: | YES |
| Military: | NO |
| Home Bound: | NO |

CONFIDENTIAL    TXRANGERS00054109

| | |
|---|---|
| Out Of State: | NO |
| Valid Without Photo: | NO |
| Voter Registration: | NO |
| Selective Service: | NO |
| Limited Term: | NO |
| Limited Term Expiration Date: | |
| Combined Date: | |
| CDLIS Indicator: | NO |
| PDPS Indicator: | NO |

CONFIDENTIAL TXRANGERS00054110