# Exh. F

1   conviction and verify that that's an accurate
2   relationship.
3       Q.   Okay.  Well, but their job is a lot easier
4   if you find a conviction for a felon within the NICS
5   database, correct?
6            MR. STERN:  Objection.
7            THE WITNESS:  It depends on the prohibitor.
8   BY MR. JACOB:
9       Q.   Well, I'm talking about a felony conviction,
10  a crime punishable by more than a year in prison?
11      A.   Yes.
12      Q.   That's instant denial, right?
13      A.   If the record's provided.
14      Q.   Sure.
15      A.   If it's available.
16      Q.   And obviously in order for that system to
17  work, you have to have the record of the felony
18  conviction, right?
19           MR. STERN:  Objection.
20           THE WITNESS:  I mean, in most instances that
21  would make it work.  But we have to do a lot of
22  research on our records.

```
 1   BY MR. JACOB:
 2       Q.   You have to do a lot of research if you have
 3   a record of an individual who has a conviction for
 4   greater than one year in prison?
 5       A.   A lot of times we don't have the conviction
 6   information.
 7       Q.   Sure.  Set that aside for a second.  I'm not
 8   talking about when you don't have it.
 9            I'm talking about, you have in front of you
10   an individual whose biographic data matches the
11   request and you see has a conviction for a felony,
12   crime punishable by greater than a year in prison.
13            That's an instant deny, isn't it?
14       A.   It is.
15       Q.   Let me flip to Page 12 of Exhibit 2.  Do you
16   see that?
17       A.   Yes, I do.
18       Q.   Can you tell me what we're looking at on
19   Page 12 of Exhibit 2?
20       A.   This is a sample of how a transaction would
21   either receive a proceed, a delay or a deny through
22   our system.  Excuse me.
```



```
 1   system searches these three databases in Exhibit 2,
 2   Page 7, right?
 3               MR. STERN:  Objection.
 4               THE WITNESS:  The NICS system searches the
 5   three databases.
 6   BY MR. JACOB:
 7         Q.    Yes.
 8               So what is the Interstate Identified Index?
 9         A.    It's a database that houses all of the
10   criminal history records associated with an arrest
11   charge with a ten print, fingerprint card.
12         Q.    What is the National Crime Information
13   Center?
14         A.    It's a database that houses wanted persons
15   protection orders and other property files.
16         Q.    Does the National Information Center contain
17   a database of NICS denies -- take that question back.
18   Let me ask that again.
19               Does the National Crime Information Center
20   contain a database of individuals who the NICS has
21   previously denied a firearm to?
22         A.    It has a denied persons file within it.
```

1   Q.   And what is the NICS indices?

2   A.   The NICS indices is a database that houses
3   prohibitors that could not reside in the triple I or
4   the NCIC, and they are an automatic denial when hit
5   upon.

6   Q.   Okay.  And this is going to help me sort of
7   understand where everything lays in the bigger scheme
8   of things.

9        So if we could kind of build an
10  organizational chart for a second.

11       So you have the NICS Background Search
12  System that searches these three databases; the III,
13  the NCIC and the NICS indices, correct?

14  A.   It automatically searches all three
15  databases, correct.

16  Q.   Sure.  And what about this Department of
17  Homeland Security?  There's a non-solid line to that
18  one?

19  A.   If there's a non-U.S. citizen, then we would
20  access that database to look at their holdings.

21  Q.   Okay.  So for U.S. citizens, we're not
22  worried about the Department of Homeland Security,


