February 2020

**CURRICULUM VITAE**

**Daniel William Webster**

**PERSONAL DATA**

, MD

Department of Health Policy & Management
Johns Hopkins Bloomberg School of Public Health
624 N. Broadway, Room 593
Baltimore, MD  21205
(410) 955-0440 (office)
                    (mobile)
e-mail:

**EDUCATION AND TRAINING**

Doctor of Science, 1991, The Johns Hopkins University, School of Hygiene and Public Health, Department of Health Policy and Management.

Masters of Public Health, 1985, The University of Michigan, School of Public Health, Department of Health Planning and Administration.

Bachelors of Arts, 1982, The University of Northern Colorado, Psychology.

**PROFESSIONAL EXPERIENCE**

**Bloomberg Professor of American Health in Violence Prevention, 2018 - present.  Professor, 2010 – present**; **Associate Professor, 2001-2010; Assist Professor 1995-2001; Instructor, 1992-1995.** Department of Health Policy and Management, Johns Hopkins Bloomberg School of Public Health, Baltimore, MD.

**Director, Health and Public Policy PhD Program 2013-2015**.  Department of Health Policy and Management, JHBSPH.

**Professor, 2010 – present,** Division of Public Safety Leadership, School of Education, Johns Hopkins University, Baltimore, MD.

*Research Center Participation at Johns Hopkins Bloomberg School of Public Health* **Center Director**, 2012 – present, **Co-Director**, 2001–2012.  Johns Hopkins Center for Gun Policy and Research.

**Team Co-Lead, 2016 - present.** Violence Prevention Workgroup, Bloomberg American Health

Initiative.

**Deputy Dir. for Research, 2005–present, Faculty, 2000-2017.**  Center for the Prevention of Youth Violence.

**Core Faculty, 2016 – present.**  Center for Mental Health and Substance Abuse Policy Research.

**Core Faculty, 1992 - present.**  Center for Injury Research and Policy.  JHBSPH.

**Director of Violence Research, 1990-1992.**  Washington Hospital Center, Trauma, Surgical Critical Care, and Emergency Medicine Department, Washington, DC.

**Graduate Research/Teaching Assistant, 1987-1990.**  The Johns Hopkins University, Injury Prevention Center and Department of Pediatrics, Baltimore, MD.

**Guest Researcher, 1988.**  National Institute on Aging; Epidemiology, Demography, and Biometry Program, Bethesda, MD.

**Injury Control Analyst, 1986 - 1987.**  American National Red Cross, Washington, DC.

**Research Associate II, 1985 - 1986.**  Program for Urban Health Research, Department of Epidemiology, School of Public Health, The University of Michigan, Ann Arbor.

**Research Associate I, 1984-1985.**  Systems Analysis Division, The University of Michigan Transportation Research Institute, Ann Arbor.

**Research Assistant I, 1983-1984.**  Department of Health Behavior and Health Education, School of Public Health, The University of Michigan, Ann Arbor.

**Social Worker, 1982-1983.**  Department for Social Services, Cabinet for Human Resources, Commonwealth of Kentucky, Warsaw, Kentucky.

*Society Membership and Leadership*
American Public Health Association, Injury Control and Emergency Health Services Section, Policy Committee, Faculty for training seminar on Design & Evaluation of Violence Prevention Programs.

American Society of Criminology, Firearms Program Chair 2009.

*Participation on Advisory Panels and Task Forces*
Founding member and Co-Chair, advisory board for Safe Streets Baltimore, Baltimore City Health Dept., 2016 - present.

Director, Johns Hopkins-Baltimore Collaborative for Violence Reduction, 2016 –2019.

Director, Baltimore Homicide Review Commission.  City of Baltimore, 2014 – 2015.

Advisory Committee on Violent Media and Gun Violence to the Directorate of the Social, Behavioral and Economic Sciences Division, National Science Foundation, 2013.

Institute of Medicine, Planning Committee for Workshop on Evidentiary Base for Violence Prevention across the Lifespan and Around the World, 2012-2013.

Invited participant to the Baltimore City GunStat project to provide technical assistance to law enforcement officials on gun law enforcement strategies, 2007 to present.

Expert reviewer, Child Death Review Capacity Building Project, Harborview (University of Washington) Injury Prevention and Research Center, 2006.

Advisory Council to the California Department of Justice for planning gun violence prevention campaign, 2005 - 2009.

Lethality Assessment Committee, advisory group for the Maryland Network Against Domestic Violence to develop a model lethality assessment protocol for police and providers of services to victims of intimate partner violence, 2003 to present.

Johns Hopkins Univ. President's Council on Urban Health, Violence Working Group, 1998-2000.

Baltimore City Task Force on Gunshot Wound Lethality, 1996-1997.

*Grant Review*
National Center for Injury Control and Prevention, Centers for Disease Control and Prevention, Youth Violence Prevention Through Community-Level Change, April 2004.

National Center for Injury Control and Prevention, Centers for Disease Control and Prevention, May 2001.  (Also selected for NCIPC-CDC review panel, June 1998)

National Institutes of Health, Clinical Sciences Special Emphasis Panel, Small Business Innovation Research Program, March 1999.

National Institute for Mental Health, Behavioral Science Track Award for Rapid Transition B/START) Program, April 1998.

*Consultations*
National Opinion Research Center, University of Chicago, 2019-present.  Expert advisor on project to develop recommendations for building a data infrastructure for gun violence research. Funded by the National Collaborative for Gun Violence Research.

Consultant and Participant, Square One Justice Project to Reimagine Criminal Justice, Columbia University, 2019-present.

Violence Prevention Research Program, University of California, Davis, 2014 – present.  Identify state background check policies for firearm purchasers and develop plans for evaluating the laws' effects on violence and injuries.

John Jay School of Criminal Justice, 201 –2019. Advise team evaluating Cure Violence public health interventions in New York to reduce shootings and other serious violence.

Police Executive Research Forum, 2012-2014.  Advise PERF and law enforcement officials in four cities on strategies to combat gun violence as part of a USDOJ Bureau of Justice Assistance project.

California Dept. of Justice, Firearms Division, 2005-2006.  Provide advice about how the state should use funds from its litigation against Wal-Mart to advance gun violence prevention.

The Robert Wood Johnson Foundation, 2005-2006.  Prepare advice and white papers on the prevention of youth violence and the prevention of intimate partner violence.

National Association for the Advancement of Colored People, 1999-2000.  Assistance with gun violence victimization survey of NAACP members for use in lawsuit against the gun industry.

Duke University and Georgetown University, 1998-1999.  Consultation on project to estimate the economic costs associated with firearm injuries.

Consortium of Virginia Urban Municipalities on strategies to reduce violence, 1992.

Center to Prevent Handgun Violence, Washington, DC, 1991-1993.  Conducted survey of pediatricians on materials being developed for education families about firearm injury prevention.

*Testimony*
The Importance of Federal Funding of Public Health Research on Gun Violence and Its Prevention Testimony presented before the House Appropriations Subcommittee on Labor, Health and Human Services, Education, and Related Agencies on March 7, 2019.

Testimony in Support of Illinois SB 1966 – Fix the FOID Act – A measure to strengthen the state's firearm owner licensing laws. May 20, 2019.

Testimony in Support of Maryland SB 741 - Public Safety – Handgun Permit Review Board – Repeal, February 18, 2018.

Testimony in support of Violence Intervention and Prevention Program funding, Maryland House of Delegates, Appropriations Committee, February 6, 2018.

Testimony before  U.S. House Gun Violence Prevention Task Force's Forum: "No More Silence: Commonsense Solutions to Address the Gun Violence Epidemic." December 8, 2015.

Congressional staff briefing on "Guns, Public Health, and Mental Illness: An Evidence-Based Approach to Federal Policy.  U.S. House of Representatives, December 11, 2013.

Testimony in Support of SB 281 – Firearm Safety Act of 2013, and SB 266, Maryland Senate Judicial Proceedings Committee, February 6, 2013.

Testimony in support of HB 1092 – Public Safety – Regulated Firearms – Reporting Lost or Stolen. Maryland House of Delegates, Judicial Proceedings Committee Hearings, March 5, 2013

United States House of Representatives Democratic Gun Violence Prevention Task Force on Strengthening Federal Law on Background Checks for Firearm Purchases Friday March 15, 2013.

Proposals to Reduce Gun Violence: Protecting Our Communities While Respecting the Second Amendment.  U.S. Senate, Subcommittee on the Constitution, Civil Rights, and Human Rights, February 12, 2013.

Congressional Briefing: Gun Violence: Lessons from Research and Practice. U.S. House of Representatives, February 22, 2012.

Maryland Senate.  SB 512, Regulated Firearms – Database – Applications for Dealer's License – Record 2 Keeping and Reporting Requirements. February 23, 2012.

District of Columbia Council, Hearing on gun laws, January 30, 2012.

Maryland Senate and House of Delegates, SB 162 / HB 330, Bill to reduce maximum capacity of detachable ammunition magazines, Feb. – March, 2011.

Maryland Senate and House of Delegates, SB 161 / HB 1043, Bill to provide state police with greater authority to regulate licensed handgun dealers, Feb. – March, 2011.

Maryland Senate and House of Delegates, SB 239 / HB 241, Bill to create a minimum sentence of 18 months for all defendants convicted of illegal possession of a loaded firearm, Feb. – March, 2011.

Maryland Senate and House of Delegates, SB 240 / HB 252, Bill to allow longer sentences for felons illegally possessing firearms and extend prohibitions to include long guns, Feb. – March, 2011.

U.S. House of Representatives, Forum on the Gun Show Loophole Act of 2009.  July 14, 2010.

Chicago City Council, Committee on Police and Fire Departments, Hearing on a new legislation to replace the city's handgun ban with comprehensive gun regulations.  June 29, 2010.

Maryland Senate and House, SB 645 and HB 820, Firearms Safety Act of 2010, March 2010.

District of Columbia Council, Committee on Public Safety and the Judiciary, Hearing on a bill to rewrite many provisions of its firearms laws.  October 1, 2008.

District of Columbia Council, Committee on Public Safety and the Judiciary, Hearing on the revision of the District's gun laws in response to the Supreme Court's ruling that the law was unconstitutional. July 2, 2008.

Maryland Senate, SB 642 Restrictions on pretrial release for offenses involving firearms. Mar. 2008.

Maryland Senate, SB586 Restrictions on Possession of Firearms - Conviction of Disqualifying Crime and Protective Order Respondent, March 2008.

Maryland Senate, SB585 Reporting Lost or Stolen Firearms, March 2008.

Baltimore City Council, Law to Establish a Registry for Gun Offenders, August 2007.

United States Congress, House Committee on Government Oversight and Reform, May 10, 2007.

Connecticut Senate, RB 5600, Act to Require Reporting of Theft or Loss of a Firearm. March 2004.

Maryland Senate, SB 83, Law Enforcement – Forfeited Property and Agency-Owned Handguns – Disposition; SB 528, Firearm Loss and Theft Reporting; SB 494 Assault Weapons Ban; Feb. 2003.

Maryland Senate, SB 224 Gun Accountability Act of 2002; SB 225 Gun Safety Act of 2002; SB 969 Minors Access to Firearms, March 12, 2002.

Maryland Senate, SB 448, Bodywire Evidence and Illegal Gun Sales, February 22, 2002.

Maryland Senate, SB 384, Minors' Access to Firearms - Felony.  March 13, 2001.

Maryland House of Delegates, HB 1131, Mandatory Licensing of Handgun Purchasers, March 2000. California State Assembly, Committee on Public Safety, hearing on a right-to-carry handgun law, November 18, 1997.  (Written)

Baltimore City Grand Jury Commission on the Prevention of Gun Violence, March 25, 1993.

Maryland Senate, SB 326, Assault Pistols Act of 1993, March 17, 1993.

**EDITORIAL ACTIVITIES**
*Scientific Journal Peer Review*
American Journal of Epidemiology
American Journal of Preventive Medicine
American Journal of Public Health
Annals of Emergency Medicine
Annual Reviews of Public Health (Special Symposium Editor 2014-2015)
Archives of Pediatric and Adolescent Medicine Canadian
Medical Association Journal
Epidemiologic Reviews (Special Issue Editor 2015-2016)

Guide to Clinical and Preventive Services
Health Education and Behavior (Special Issue Editorial Board Member)
Health Education Research
Injury Prevention (Editorial Board, 2005-2010)
JAMA (Journal of the American Medical Association)
Journal of Crime and Delinquency
Journal of Criminal Justice
Journal of General and Internal Medicine
Journal of Health Politics, Policy, and Law
Journal of Interpersonal Violence
Journal of Policy Analysis & Management
Journal of Quantitative Criminology
Journal of Trauma
Journal of Urban Health
Journal of Women's Health
New England Journal of Medicine
Pediatrics
Politics and Policy
Preventive Medicine (Co-editor, special issue on gun violence, 2015)
Social Science & Medicine
Sothern Economic Journal
Western Criminology Review


**HONORS AND AWARDS**

Inaugural (Endowed) Bloomberg Professor of American Health, 2018.

Johns Hopkins University Distinguished Alumni Award, 2017.

Injury Free Coalition for Kids, Pioneer Award, 2017.

Leon Robertson Award for best 2016 article in *Injury Epidemiology, c*o-author, 2017.

Baltimore City Health Equity Leadership Award, 2016.

David Rall Award for Science-Based Advocacy, American Public Health Association, 2015.

Finalist for The Baltimore Sun's award for Marylander of the Year, 2013.

Selected for Institute of Medicine Planning Committee for the  Evidentiary Base for Violence Prevention Across the Lifespan and Around the World Workshop, 2012.

Delta Omega Honorary Society in Public Health – Alpha Chapter, Johns Hopkins Bloomberg School of Public Health, Faculty induction, 2005.

SSS-002311

Education Award from the Maryland Network Against Domestic Violence, 2004.

Delta Omega Honorary Society - Alpha Chapter Certificate of Merit, 1989.

William Haddon Memorial Fellowship, The Johns Hopkins School of Public Health, 1988-1989.

Public Health Traineeship, The Johns Hopkins School of Public Health, 1987-1989.

## PUBLICATIONS

*Peer Reviewed Journal Articles*
**Webster DW**, McCourt AD, Crifasi CK, Booty MD. Evidence Concerning the Regulation of Firearms Design, Sale, and Carrying on Fatal Mass Shootings in the United States. *Criminology & Public Policy*, 2020;19:171–212.  doi.org/10.1111/1745-9133.12487

Trangenstein P, Eck R, Lu Y, **Webster D**, Jennings JM, Latkin C, Milam AJ, Furr-Holden D, Jernigan DH.  The Violence Prevention Potential of Reducing Alcohol Outlet Access in Baltimore, MD.  *Journal of Studies on Alcohol and Drugs* 2020, forthcoming.

Crifasi CK, Buggs SAL, Booty MD, **Webster DW**, Sherman SG. Baltimore's Underground Gun Market: availability of and access to guns.  *Violence and Gender*, in press.

Booty M, O'Dwyer J, **Webster D**, McCourt A, Crifasi C. Describing a "mass shooting": the role of databases in understanding burden. *Injury Epidemiology,* 2019;6:47. doi:10.1186/s40621-019-0226-7

Stone E, Barry CL, Crifasi CK, **Webster DW**, Vernick JS, McGinty EE.  Support for Gun Policies among Young Adults in the U.S., 2017-2019.  *Preventive Medicine*, in press.

Castillo-Carniglia A, **Webster DW**, Wintemute GJ. Effect on background checks of newly-enacted comprehensive background check policies in Oregon and Washington: a synthetic control approach. *Injury Epidemiology*. 2019;6:45. Published 2019 Nov 27. doi:10.1186/s40621-019-0225-8

Barry CL, Stone E, Crifasi CK, Vernick JS, **Webster DW**, McGinty EE. Trends in Americans' Support for Gun Policies.  *Health Affairs* 2019; 38:1727-34. doi: 10.1377/hlthaff.2019.00576.

Crifasi CK, Stone EM, McGinty B, Vernick JS, Barry CL, **Webster DW.** Differences in public support for handgun purchaser licensing. *Injury Prevention* 2019 Sep 6. pii: injuryprev-2019-043405. doi: 10.1136/injuryprev-2019-043405. [Epub ahead of print]

Crifasi CK, O'Dwyer JK, McGinty EE, **Webster DW**, Barry CL. Desirability of personalized guns among current gun owners.  *American Journal of Preventive Medicine*. 2019 Jun 7. pii: S0749-3797(19)30155-2. doi: 10.1016/j.amepre.2019.02.024. [Epub ahead of print] PMID: 31196718

SSS-002312

Hasegawa RB, **Webster DW**, Small DS.  Bracketing in the Comparative Interrupted Time-Series Design to Address Concerns about History Interacting with Group: Evaluating Missouri's Handgun Purchaser Law.  *Epidemiology* 2019 May;30(3):371-379. doi: 10.1097/EDE.0000000000000989. PMID: 30969945.

Zeoli AM, **Webster DW**.  Firearm policies that work. JAMA. 2019 Feb 25. doi: 10.1001/jama.2019.0706.

Decker MR, Wilcox HC, Holliday CN, **Webster DW**.  An integrated public health approach to interpersonal violence and suicide prevention and response.  *Public Health Rep*. 2018 Nov/Dec;133(1_suppl):65S-79S. doi: 10.1177/0033354918800019.  PMID: 30426878

Crifasi CK, McCourt AD, Booty MD, **Webster DW**. Polices to Prevent Illegal Acquisition of Firearms: Impacts on Diversions of Gun for Criminal Use, Violence, and Suicide. *Current Epidemiology Reports* 2019; 6:238–247.

Castillo -Carniglia A, **Webster DW**, Cerdá M, Kagawa R, Vernick JS, Wintemute GJ, Crifasi CK. California's comprehensive background check and misdemeanor violence prohibition policies, and firearm mortality.  *Annals of Epidemiology* 2019; 30:50-56. doi: https://doi.org/10.1016/ j.annepidem.2018.10.001.

Trangenstein PJ, Curriero FC, **Webster D**, Jennings JM, Latkin C, Eck R, Jernigan DH.  Outlet type, access to alcohol, and violent crime. *Alcoholism: Clinical and Experimental Research* 2018 Nov;42(11):2234-2245. doi: 10.1111/acer.13880. Epub 2018 Sep 26. PMID: 30256427

Crifasi CK, Merrill-Francis M, McCourt A, Vernick JS, Wintemute GJ, **Webster DW.** Association between Firearm Laws and Homicide in Large, Urban U.S. Counties, *Journal of Urban Health* 2018 Jun;95(3):383-390. doi: 10.1007/s11524-018-0273-3.  Correction: Oct 2018; 95 (5):773-776. 10.1007/s11524-018-0306-y

Barry CL, **Webster DW**, Stone E, Crifasi CK, Vernick JS, McGinty EE.  Five Years after Newton: Public Support for Gun Violence Prevention Policies among Gun Owners and Non-Gun Owners. *American Journal of Public Health*.  Published online ahead of print May 17, 2018: e1-e4. Doi:10.2105/AJPH.2018.304432).

Crifasi CK, McGinty EE, Douchette M, **Webster DW**, Barry CL. Storage practices of U.S. gun owners in 2016.  *American Journal of Public Health*, 2018; 108:532-537. doi: 10.2105/AJPH.2017.304262. Epub 2018 Feb 22.  PMID: 29470124.

Crifasi CK, Frances M, Vernick JS, **Webster DW**. Changes in the legal environment and enforcement of firearm transfer laws in Pennsylvania and Maryland.  *Injury Prevention* January 13, 2018 [Epub ahead of print] as 10.1136/injuryprev-2017-042582.

Zeoli AM, McCourt A, Buggs S, Lilley D, Frattaroli S, **Webster DW**. Analysis of the strength of legal firearms restrictions for perpetrators of domestic violence and their impact on intimate partner homicide. *American Journal of Epidemiology* 2018;187(11):2365–2371. doi: 10.1093/aje/kwy174.

Kagawa RM, Rudolph KE, Cerda M, Castillo AC, Shev BA, **Webster D**, Vernick JS, Crifasi CK, Wintemute GJ. Repeal of comprehensive background check policies and firearm homicide and suicide. *Epidemiology* 2018;29:494-502. doi: 10.1097/EDE.0000000000000838. PMID: 29613872

Castillo AC, Kagawa RM, **Webster DW**, Vernick JS, Cerda M, Wintemute GJ. Comprehensive Background Check Policy and Firearm Background Checks in Three States. *Injury Prevention* 2017; doi:10.1136/injuryprev-2017-042475.

**Webster DW**, Buggs SAL.* Can an Efficacious Strategy for Curtailing Illegal Drug Sales Be Counted on to Reduce Violent Crime? *Criminology & Public Policy* 2017;16: 821-825.

Stuart EA, Crifasi C, McCourt A, Vernick JS, **Webster D**. Differing perspectives on analyzing data related to firearms and suicide. *American Journal of Public Health*. 2017 Aug;107(8):e26. doi: 10.2105/AJPH.2017.303890.

Crifasi CK, Choksey S, Buggs S,* **Webster DW**. The initial impact of Maryland's Firearm Safety Act of 2013 on the supply of crime guns in Baltimore. *The Russel Sage Foundation Journal for the Social Sciences* 2017;3(5):128-140. https://www.jstor.org/stable/10.7758/rsf.2017.3.5.06

Crifasi CK, Pollack K, **Webster DW**. Assaults against U.S. law enforcement officers in the line-of duty: Situational context and predictors of lethality. *Injury Epidemiology* 2016; 3:29. PMID: 27885587.

Tung GJ, Vernick JS, Stuart EA, **Webster DW**, Gielen AC. Federal Actions to Incentivize State Adoption of 0.08g/dl Blood Alcohol Concentration Laws. *Injury Prevention* 2016 Oct 31. doi: 10.1136/injuryprev-2016-042087. PMID: 27799290.

Milam AJ, Buggs S*, Furr-Holden CD, Leaf P, Bradshaw CP, **Webster D**. Changes in Attitudes towards Guns and Shootings following Implementation of the Baltimore Safe Streets Intervention. *J Urban Health* 2016 Jun 13. [Epub ahead of print] PMID: 27294969.

Masho SW, Schoeny M, Sigel E, **Webster D**. Outcomes, data, and indicators of violence at the community level. *Journal of Primary Prevention* 2016;37:121-39. doi: 10.1007/s10935-016-0429-4.

Wintemute GJ, Frattaroli S, Wright MA, Claire BE, Vittes KA, **Webster DW**. Firearms and the incidence of arrest among respondents to domestic violence restraining orders. *Injury Epidemiology*, 2015; 2:14. doi: 10.1186/s40621-015-0047-2.

Riedel LE, Barry CL, McGinty EE, Bandara SN, **Webster DW**, Toone RE, Huskamp HA. Improving Health Care Linkages for Persons: The Cook County Jail Medicaid Enrollment Initiative. *J Correct Health Care*. 2016 Jul;22(3):189-99. doi: 10.1177/1078345816653199. PMID: 27302704.

Messing JT, O'Sullivan CS, **Webster D**, Campbell J. Are Abused Women's Protective Actions Associated with Reduced Threats, Stalking, and Violence Perpetrated by their Male Intimate Partners? *Violence Against Women* 2016 Apr 26. pii: 1077801216640381. [Epub ahead of print] PMID: 27118689.

SSS-002314

Parker EM, Gielen AC, Castillo R, **Webster D**, Glass N.  Intimate partner violence and patterns of safety strategy use among women seeking temporary protective orders: a latent class analysis. *Violence Against Women* 2016 Mar 6. pii: 1077801216631436. [Epub ahead of print] PMID: 26951307.

Messing JT, Campbell J, **Webster DW**, Brown S, Patchell B, Wilson JS.  The Oklahoma lethality assessment study: A quasi-experimental evaluation of the Lethality Assessment Program.  *Social Service Review*  2015: 89: 499-530.  DOI: 10.1086/683194.

**Webster DW**, Cerdá M, Wintemute GJ, Cook PJ.  Epidemiologic evidence to guide the understanding and prevention of gun violence.  *Epidemiologic Reviews* 2016;  38(1):1-4. doi: 10.1093/epirev/mxv018. Epub 2016 Feb 10. PMID: 26905892.

Milam AJ, Furr-Holden CD, Leaf P, **Webster D**.  Managing Conflicts in Urban Communities: Youth Attitudes Regarding Gun Violence.  J Interpersonal Violence 2016; Mar 27. pii: 0886260516639584. [Epub ahead of print] PMID: 27021734.

Bushman BJ, Newman K, Calvert SL, Downey G, Drezde M, Gottfredson M, Jablonski NG, Masten AS, Morrill C, Neil DB, Romer D, **Webster DW**.  Youth violence: what we know and what we need to know. *American Psychologist* 2016;71:17-39. doi: 10.1037/a0039687.

Wintemute GJ, Frattaroli S, Wright MA, Claire BE, Vittes KA, **Webster DW.**  Firearms and the incidence of arrest among respondents to domestic violence restraining orders.  *Injury Epidemiol*. 2015;2(1):14. Epub 2015 Jun 23. PMID: 27747746

Bandara SN, Huskamp HA, Riedel LE, McGinty EE, **Webster D**, Toone RE, Barry CL. Leveraging the Affordable Care Act to enroll justice-involved populations in Medicaid: an inventory of state and local efforts.  *Health Affairs* 2015;34:2044-51. doi: 10.1377/hlthaff.2015.0668. PMID: 26643624.

Crifasi CK, Pollack K, **Webster DW**.  The influence of state-level policy changes on the risk environment for law enforcement officers.  *Injury Prevention* 2016; 22:274-8. doi: 10.1136/injuryprev-2015-041825.  PMID: 26718550.

Kennedy-Hendricks A, Richey M, McGinty EE, Stuart EA, Barry CL, **Webster DW**. Opioid Overdose Deaths and Florida's Crackdown on Pain Clinics. *Am J Public Health* 2015 Dec 21:e1-e8. [Epub ahead of print] PMID: 26691121.

Rutkow L, Chang HY, Daubresse M, **Webster DW**, Stuart EA, Alexander GC.  Effect of Florida's prescription drug monitoring program and pill mill laws on opioid prescribing and use.  *JAMA Internal Med* 2015; online August 17, 2015. doi:10.1001/jamainternmed.2015.3931.

Crifasi CK, Meyers JS, Vernick JS, **Webster DW**. Effects of changes in permit-to-purchase handgun laws in Connecticut and Missouri on suicide rates.  *Preventive Med*. Jul 23, 2015. pii: S00917435(15)00229-7. doi: 10.1016/j.ypmed.2015.07.013. [Epub ahead of print] PMID: 26212633.

McGinty EE, Sell TK, Wolfson JA, **Webster DW**.  Political communication about firearm policy in the United States: Competing news media messages about background check proposals in the year following the Newtown shooting.  *J Health Politics, Policy, and Law*, 2015 Nov 13. pii: 3445592. [Epub ahead of print] PMID: 26567381.

Barry CL, Kennedy Hendricks A, Gollust SE, Niederdeppe J, Bachhuber MA, **Webster D**, McGinty EE.  Understanding Americans' Views on Opioid Pain Reliever Abuse.  *Addiction*. 2015 Jul 25. doi: 10.1111/add.13077. [Epub ahead of print] PMID: 26212522

Rudolph KE, Stuart EA, Vernick JS, **Webster DW**.  Association between Connecticut's permit-topurchase handgun law and homicides. *American Journal of Public Health*, 105(8):e49-54. doi:10.2105/AJPH.2015.302703.

Barry C, McGinty EE, Vernick JS, **Webster DW**.  Two Years after Newtown - Public Opinion on Gun Policy Revisited.  *Preventive Medicine* 2015 May 18. pii: S0091-7435(15)00166-8. doi: 10.1016/j.ypmed.2015.05.007.

**Webster DW**, Wintemute GJ.  Effects of policies designed to keep firearms from high-risk individuals.  *Annual Reviews of Public Health*.  2015;36:21-37.  PMID: 25581152.

McGinty EE, Frattaroli S, Appelbaum P, Bonnie R, Grilley A, Horwitz J, Swanson J, **Webster DW**.  Using research evidence to reframe the policy debate around mental illness and guns: Process and recommendations.  *Am J Public Health*. 2014;104(11):e22-6. doi: 10.2105/AJPH.2014.302171.

**Webster DW**, Crifasi CK, Vernick JS.  Effects of the repeal of Missouri's handgun purchaser licensing law on homicides.  *J Urban Health* 2014;91:293-302.  Erratum: *J Urban Health* 2014; 91:598-601.

McGinty EE, **Webster DW**, Jarlenski ML, Barry CL News media framing of serious mental illness and gun violence in the United States, 1997-2012 *Am J Public Health* 2014;104:406-13. doi: 10.2105/AJPH.2013.301557.

Cavanaugh CE, Messing JT, Amanor-Boadu Y, O'Sullivan CS, **Webster D**, Campbell J.  Intimate partner sexual violence: a comparison of foreign-born versus U.S.-born physically abused Latinas.  *J Urban Health* 2014;91:122-35. PMID: 23959640.

McGinty EE, **Webster DW**, Barry CL. Gun policy and serious mental illness: Priorities for future research and policy.  *Psychiatric Services* 2014;65:50-8. doi: 10.1176/appi.ps.201300141

Tung GJ, Vernick JS, Stuart EA, **Webster DW**. Political factors affecting the enactment of clean indoor air laws.  *Am J Public Health*. 2014;104(6):e92-7. doi: 10.2105/AJPH.2013.301689.

Whitehill JM, **Webster DW**, Frattaroli S, Parker EM. Interrupting violence: How the CeaseFire program prevents imminent gun violence through conflict mediation. *J Urban Health* 2014;91:84-95. doi: 10.1007/s11524-013-9796-9.

Wintemute GJ, Frattaroli S, Wright MA, Claire BE, Vittes KA, **Webster DW**. Identifying armed respondents to domestic violence restraining orders and recovering their firearms: process evaluation of an initiative in California. *Amer J Public Health* 2014;104:e113-8. doi: 2013.301484. PMID: 24328660

Vittes KA, **Webster DW**, Frattaroli S, Claire BE, Wintemute GJ. Removing guns from batterers: Findings from a survey of domestic violence restraining order recipients in California. *Violence Against Women* 2013; 19:602-16. doi: 10.1177/1077801213490561.

Milam AJ, Furr-Holden D, Bradshaw CP, **Webster DW**, Leaf PJ.  Alcohol environment, perceived safety, and exposure to alcohol, tobacco, and other drugs in early adolescence.  *Journal of Community Psychology* 2013;41:867-883.

McGinty EE, **Webster DW**, Barry CL. Dangerous People or Dangerous Guns? Effects of news media messages about mass shootings on attitudes toward persons with serious mental illness and public support for gun control policies. *American Journal of Psychiatry* 2013;170:494-501.

Barry CL, McGinty EE, Vernick JS, **Webster DW**.  After Newtown – public opinion on gun policy and mental illness.  *New England Journal of Medicine* 2013;368:1077-1081. doi: 10.1056.

Vittes KA, Vernick JS, **Webster DW**.  Common sense gun policy reforms for the United States. *British Medical Journal* 2012; 345:e8672. doi: 10.1136 /bmj.e8672.

Alexander GC, **Webster DW**, Kruszewski SP.  Rethinking opioid prescribing to protect patient safety and public health.  *JAMA* 2012;308:1865-6. doi: 10.1001 /jama.2012.14282.

Whitehill JM, **Webster DW**, Vernick JS. Street conflict mediation to prevent youth violence: conflict characteristics and outcomes.  *Injury Prev* 2013; 19:204-9. doi: 10.1136 /injuryprev-2012-040429.

Vittes KA, Vernick JS, **Webster DW**. Legal status and source of offenders' firearms in states with the least stringent criteria for gun ownership.  *Injury Prevention* 2013;19:26-31. doi: 10.1136/injuryprev-2011-040290.

Kercher C, Swedler DI, Pollak KM, **Webster DW**.  Homicides of law enforcement officers responding to domestic disturbance calls.  *Injury Prevention* 2013; 19:331-5.

**Webster DW**, Whitehill JM, Vernick JS, Curriero FC. Effects of Baltimore's *Safe Streets* Program on gun violence: a replication of Chicago's *CeaseFire* program. *J Urban Health* 2013;90:27-40. doi: 10.1007/s11524-012-9731-5.

**Webster DW**, Vernick JS, Bulzacchelli MT, Vittes KA.  Recent federal gun laws, gun dealer accountability and the diversion of guns to criminals in Milwaukee.  *J Urban Health* 2012;89:87-97.

Yang C, German D, **Webster DW**, Latkin C. Experiencing violence as a predictor of drug use relapse among former drug users in Baltimore, Maryland. *J Urban Health* 2011;88:1044-51.

Vernick JS, Rutkow L, **Webster DW**, Teret SP. Changing the constitutional landscape for firearms: the Supreme Court's recent second amendment decisions. *Amer. J Public Health* 2011;101;2021-6.

Franklin FA II, Pan WK, **Webster DW**, LaVeist TA. Alcohol outlets and violent crime in the nation's capital. *Western Journal of Emergency Medicine* 2010;11:283-290.

Wintemute GJ, Hemenway D, **Webster DW**, Pierce G, Braga AA. Gun shows and gun violence: fatally flawed study yields misleading results. *American Journal of Public Health* 2010;100:1856-60.

Wright MA, Wintemute GJ, **Webster DW**. Factors affecting a recently-purchased handgun's risk for use in crime under circumstances that suggest gun trafficking. *J Urban Health* 2010; 87:352-364.

Zeoli AM, **Webster DW**. Effects of domestic violence policies, alcohol taxes and police staffing levels on intimate partner homicide in large U.S. cities. *Injury Prevention* 2010;16:90-95.

**Webster DW**, Frattaroli S, Vernick JS, O'Sullivan C, Roehl J, Campbell JC. Women with protective orders report failure to remove firearms from their abusive partners: Results from an exploratory study. *Journal of Women's Health* 2010;19:93-98.

**Webster DW**, Vernick JS. Keeping firearms from drug and alcohol abusers. *Injury Prevention* 2009;15:425-7.

**Webster DW**, Vernick JS, Bulzacchelli MT. Effects of state-level firearm seller accountability policies on firearms trafficking. *Journal of Urban Health* 2009;86:525-537.

Snider C, **Webster D**, O'Sullivan CS, Campbell JC. Intimate partner violence: Development of a Brief Risk Assessment for the Emergency Department. *Academic Emergency Medicine* 2009;16:1-8.

Rutkow L, Vernick JS, **Webster DW**, Lennig DJ. Violence against women and the Supreme Court: recent challenges and opportunities for advocates and practitioners. *Violence Against Women* 2009; 15:1248-1258.

Campbell JC, **Webster DW**, Glass N. The Danger Assessment: Validation of a Lethality Risk Assessment Instrument for Intimate Partner Femicide. *J Interpersonal Violence* 2009;24:653-674.

Hu G, **Webster DW**, Baker SP. Hidden homicide trends in the U.S., 1999-2004. *J Urban Health* 2008;85:597-606.

Bulzacchelli MT, Vernick JS, Sorock GS, **Webster DW**, Lees PS. Circumstances of Fatal Lockout/Tagout- Related Injuries in Manufacturing. *Amer J Industrial Medicine* 2008;51:728-734.

Outwater A, Campbell JC, **Webster DW**, Mgaya E. Homicide death in Sub-Saharan Africa: A review 1970-2004. *African Safety Promotion* 2008;5:31-44.

Vernick JS, Hodge J , **Webster DW**.  The ethics of restrictive licensing for handguns: Comparing the United States and Canadian approaches to handgun regulation.  *Journal of Law, Medicine, and Ethics* 2007;35:668-678.

Bulzacchelli MT, Vernick JS, **Webster DW**, Lees PS. Effects of OSHA's Control of Hazardous Energy (Lockout/Tagout) Standard on Rates of Machinery- Related Fatal Occupational Injury. *Injury Prevention* 2007;13:334-338.

Vernick JS, **Webster DW.**  Policies to prevent firearms trafficking. *Injury Prevention* 2007;13:78-79.

Weiner J, Wiebe DJ, Richmond TS, and other including **Webster D**.  Reducing firearm violence: a research agenda.  *Injury Prevention* 2007;13:80-84.

Vernick JS, **Webster DW**, Bulzacchelli MT.  Regulating firearms dealers in the United States: an analysis of state law and opportunities for improvement.  *J Law Med and Ethics* 2006;34:765-775.

Vernick JS, Teret SP, Smith GA, **Webster DW**.  Counseling About Firearms: Proposed Legislation is a Threat to Physicians and Their Patients.  *Pediatrics* 2006; 118:2168-72.

Manganello J, **Webster DW**, Campbell JC.  Intimate partner violence and health provider training and screening in the news.  *Journal of Women's Health* 2006; 43:21-40.

**Webster DW,** Zeoli AM, Bulzacchelli MT, Vernick JS.  Effects of police stings of gun dealers on the supply of new guns to criminals.  *Injury Prevention* 2006;12:225-230.

**Webster DW**, Vernick JS, Bulzacchelli MT.  Effects of a gun dealer's change in sales practices on the supply of guns to criminals.  *Journal of Urban Health* 2006; 83:778-787.

Koziol-McLain J, **Webster DW**, MacFarlane J, Block CR, Glass N, Campbell JC. Risk factors for femicide-suicide in abusive relationships: results from a multi-site case control study. *Violence & Victims* 2006;21:3-21.

Vernick JS, Johnson SB, **Webster DW**.  Firearm suicide in Maryland: characteristics of older versus younger suicide victims.  *Maryland Medicine*, 2005; 6(3):24-27.

Lewin NL, Vernick JS, Beilenson PL, Mair JS, Lindamood LM, Teret SP, **Webster DW**.  Using local public health powers as a tool for gun violence prevention: the Baltimore youth ammunition initiative. *American Journal of Public Health* 2005; 95:762-765.

**Webster DW**, Vernick JS, Zeoli AM, Manganello JA.  Effects of youth-focused firearm laws on youth suicides. *JAMA* 2004; 292:594-601.

Vernick JS, O'Brien M, Hepburn LM, Johnson SB, **Webster DW**, Hargarten SW.  Unintentional and undetermined firearm deaths: a preventable death analysis of 3 safety devices. *Injury Prev* 2003; 9:307-11.

Vernick JS, Pierce MW, **Webster DW**, Johnson SB, Frattaroli S.  Technology to detect concealed weapons: 4th Amendment limits on a public health and law enforce tool.  *J Law, Med. and Ethics* 2003; 31:567-579.

Campbell JC, **Webster DW**, Koziol-McLain J, et al.  Risk factors for femicide within physically abusive intimate relationships: Results from a multi-site case control study.  *Am J Public Health* 2003; 93:1089-97.

Campbell JC, **Webster DW**, Koziol-McLain J, et al.  Assessing risk factors for intimate partner homicide.  *NIJ Journal* 2003;250:14-19.

Roche KM, **Webster DW**, Alexander CS, Ensminger ME.  Neighborhood variations in the salience of parental support to boys' fighting.  *Adolescent and Family Health* 2003;3:55-63.

Solomon BS, Duggan AK, **Webster DW**, Serwint JR.  Pediatric resident firearm safety counseling during adolescent health maintenance visits. *Arch Pediatric and Adolescent Med* 2002;156:769-775.

**Webster DW**, Vernick JS, Hepburn LM.  Effects of Maryland's law banning Saturday night special handguns on homicides.  *American Journal of Epidemiology* 2002;155:406-412.

**Webster DW**, Freed LH, Frattaroli S, Wilson MH.  How delinquent youth acquire guns: Initial versus most recent gun acquisitions. *Journal of Urban Health* 2002;79:60-69.

Frattaroli S, **Webster DW**, Teret SP.  Unintentional gun injuries, firearm design, and prevention: A perspective on urban health.  *Journal of Urban Health* 2002;79:49-59.

Sachs CJ, Kosiol-McLain J, Glass N, **Webster DW**, Campbell JC.  A population-based survey assessing support for mandatory domestic violence reporting by healthcare personnel.  *Women and Health* 2002;35:121-133.

**Webster DW**, Vernick JS, Hepburn LM.  The relationship between licensing, registration and other state gun sales laws and the source state of crime guns.  *Injury Prevention* 2001;7:184-189.

Sharps PW, Campbell JC, Campbell D, Gary F, **Webster D.**  The role of alcohol use in intimate partner femicide.  *American Journal on Addictions*, 2001;10:122-135.

Freed LH, **Webster DW**, Longwell JJ, Carrese J, Wilson MH.  Deterrents to gun acquisition and carrying among incarcerated adolescent males.  *Arch Pediatric and Adoles Med* 2001;155:335-341.

**Webster DW**, Starnes M.  Reexamining the association between child access prevention gun laws and unintentional firearm deaths among children, *Pediatrics*, 2000;106:1466-1469.

Vernick JS, **Webster DW**, Hepburn LM.  Maryland's law banning Saturday night special handguns: Effects on crime guns.  *Injury Prevention* 1999; 5:259-263.

Howard KA, **Webster DW**, Vernick JS.  Beliefs about the risks of firearms in the home: Analysis of a national survey (U.S.A.).  *Injury Prevention* 1999;5:284-289.

Teret SP, **Webster DW**.  Reducing gun deaths in the United States: Personalized guns would help – and would be achievable.  *British Medical Journal* 1999:318:1160-1161.

Teret SP, **Webster DW**, Vernick JS, et al.  Public support for innovative gun policies: The results of two national surveys.  *New England Journal of Medicine* 1998;339:813-818.

**Webster DW**, Vernick JS, Ludwig J.  No proof that right-to-carry laws reduce violence, *American Journal of Public Health*, 1998;88:982-983.

**Webster DW**, Vernick JS, Ludwig J, Lester KJ.  Flawed gun policy research could endanger public safety.  *American Journal of Public Health* 1997;87:918-921.

Vernick JS, Teret SP, **Webster DW.**  Regulating firearm advertising promising home protection: The legal basis for a public health intervention.  *JAMA* 1997;277:1391-1397.

**Webster DW**, Wilson MEH.  Gun violence among youth and the pediatrician's role in primary prevention.  *Pediatrics* 1994;94:617-622.

**Webster DW.**  The unconvincing case for school-based conflict resolution programs for adolescents.  *Health Affairs* 1993;12(4):126-141.

**Webster DW**, Gainer PS, Champion HR.  Weapon carrying among inner-city junior high school students:  Defensive behavior vs aggressive delinquency.  *Amer J Public Health* 1993; 83:1604-1608.

Gainer PS, **Webster DW**, Champion HR.  A youth violence prevention program description and preliminary evaluation.  *Archives of Surgery* 1993;128:303-308.

**Webster DW**, Champion HR, Gainer PS, Sykes L.  Epidemiologic changes in gunshot wounds in Washington, DC, 1983-1990.  *Archives of Surgery* 1992;127:694-698.

Oschner MG, Hoffman AP, DiPasquale D, Cole FJ, **Webster DW**, Champion HR.  Associated aortic rupture-pelvic fracture: an alert for orthopedic and general surgeons. *J Trauma*, 1992;33:429-34.

**Webster DW**, Wilson MEH, Duggan AK, Pakula LC.  Parents' beliefs about preventing gun injuries to children.  *Pediatrics* 1992;89:908-914.

**Webster DW**, Wilson MEH, Duggan AK, Pakula LC.  Firearm injury prevention counseling:  a study of pediatricians' beliefs and practices.  *Pediatrics* 1992;89:902-907.

Harburg E, DiFrancesco W, **Webster DW**, Gleiberman L, Schork MA:  Familial transmission of alcohol use: II. Imitation of and aversion to parent drinking (1960) by adult offspring (1977); Tecumseh, Michigan.  Journal of Studies on Alcohol 1990;51:245-256.

**Webster DW**, Harburg E, Gleiberman L, Schork MA, DiFrancesco W:  Familial transmission of alcohol use:  I. Parent and adult offspring alcohol use over 17 years, Tecumseh, Michigan.  *Journal of Studies on Alcohol* 1989;50:557-566.

Wagenaar AC, **Webster DW**, Maybee RG:  Effects of child restraint laws on traffic fatalities in eleven states.  *Journal of Trauma* 1987;27:726-732.

Wagenaar AC, **Webster DW**:  Preventing injuries to children through compulsory automobile safety seat use.  *Pediatrics* 1986;78:662-672.

*Invited Commentaries in Scientific Journals*

Zeoli AM, **Webster DW**.  Firearm policies that work. *JAMA* 2019 Feb 25. doi: 10.1001/jama.2019.0706. [Epub ahead of print]

**Webster DW**, Buggs SAL.  Can an efficacious strategy for curtailing illegal drug sales be counted on to reduce violent crime? *Criminology & Public Policy* 2017; 16:821-825. DOI: 10.1111/17459133.12326.

**Webster DW**.  The true impact of mass shootings on Americans.  *Annals of Internal Medicine.* 2017; *Annals of Internal Medicine*. 2017 May 2. doi: 10.7326/M17-0943. PMID: 28462426.

McGinty EE, **Webster DW**. The role of alcohol and drugs in firearm violence. *JAMA Internal Med.* 2017 Jan 3. doi: 10.1001/jamainternmed.2016.8192. [Epub ahead of print] PMID: 28055044

**Webster DW**.  Lessons from Australia's National Firearms Agreement.  *JAMA*. 2016;316:279-81. doi: 10.1001/jama.2016.8819. PMID: 27332736.

Hemenway D, **Webster DW**.  Increasing knowledge for the prevention of firearm violence. *Preventive Medicine*, Jun 8, 2015. pii: S0091-7435(15)00198-X. doi: 10.1016/j.ypmed.2015.06.001.

**Webster DW**.  Commentary: Evidence to guide gun violence prevention in America.  *Annual Reviews of Public Health*. 2015;36:1-4. PMID: 25581156.

Frattaroli S, Wintemute GJ, **Webster DW.** Implementing a public health approach to gun violence prevention: The importance of physician engagement.  *Ann Internal Medicine*, 2013; 159:306-7.

*Journal Articles Not Peer-Reviewed*

**Webster DW**, Chaulk CP, Teret SP, Wintemute GJ.  Reducing firearm injuries.  *Issues in Science & Technology* 1991; 7 (Spring): 73-79.

**Webster DW.**  Suicide in the subway:  case consultation:  suicide and mass transit: commentary. Journal of Suicide and *Life-Threatening Behavior* 1991;21:209-212.

SSS-002322

*Books and Book Chapters*

McGinty EE, **Webster DW**. "Defining the problem: the relationship between mental illness and gun violence," in Gold LH, Simon RI., eds. *Gun Violence and Mental Illness*. Arlington, VA: American Psychiatric Press, 2015.

**Webster DW**, Vernick JS, Eds. *Updated Evidence and Policy Developments on Reducing Gun Violence in America*. Baltimore, MD: Johns Hopkins University Press, 2014.

**Webster DW**, Vernick JS, Eds. *Reducing Gun Violence in America: Informing Policy with Evidence and Analysis*. Baltimore, MD: Johns Hopkins University Press, 2013.

Chapters contributed to in *Reducing Gun Violence in America: Informing Policy with Evidence and Analysis*. Baltimore, MD: Johns Hopkins University Press, 2013:

Vittes KA, **Webster DW**, Vernick JS. "Reconsidering the Adequacy of Current Conditions on Legal Firearm Ownership," pp. 65-76.

**Webster DW**, Vernick JS, McGinty EE, Alcorn T. "Preventing the Diversion of Guns to Criminals through Effective Firearm Sales Laws," pp. 109-122.

**Webster DW**, Vernick JS. "Spurring Responsible Firearms Sales Practices through Litigation: The Impact of New York City's Lawsuits Against Gun Dealers on Interstate Gun Trafficking," p. 123-32.

Vernick JS, **Webster DW**. "Curtailing Dangerous Practices by Licensed Firearm Dealers: Legal Opportunities and Obstacles." pp. 133-142.

McGinty EE, **Webster DW**, Vernick JS, Barry CL. "Public Opinion on Proposals to Strengthen U.S. Gun Laws: Findings from a 2013 Survey," pp. 239-257.

Vernick JS, **Webster DW**, Vittes KA. "Law and Policy Approaches to Keeping Guns from High Risk People" in Culhane J. ed. *Reconsidering Law and Policy Debates: A Public Health Perspective*. New York: Cambridge University Press, 2011.

Vernick JS, **Webster DW.** Amicus Brief to U.S. Supreme Court regarding District of Columbia vs. Heller for the petitioner. Written on behalf of American Public Health Assoc., American College of Preventive Medicine, American Trauma Society, and the American Assoc. of Suicidology, Jan. 2008.

**Webster DW**. Child Access Prevention (CAP) Laws. In Gregg Lee Carter (Ed.) Entry in *Encyclopedia of Guns in American Society*. Santa Barbara, CA: ABC-CLIO, 2003.

*Reports*

**Webster DW**, Crifasi CK, Williams RG, Booty MD, Buggs SAL. *Reducing Violence and Building Trust: Data to Guide Gun Law Enforcement in Baltimore.* Johns Hopkins Center for Gun Policy and Research, March 2020.

SSS-002323

Crifasi CK, McCourt AD, **Webster DW.**  Impact of Handgun Purchaser Licensing on Gun Violence. Center for Gun Policy and Research, Johns Hopkins Bloomberg School of Public Health, 2019.

Crifasi CK, McCourt A, **Webster DW.**  Policies to Reduce Gun Violence in Illinois: Research, Policy Analysis and Recommendations. Center for Gun Policy and Research, Johns Hopkins Bloomberg School of Public Health, February 2019.

**Webster DW**, Buggs SAL, Crifasi CK.  Estimating the Effects of Law Enforcement and Public Health Interventions to Reduce Gun Violence in Baltimore.  Johns Hopkins Center for Gun Policy and Research, Johns Hopkins Bloomberg School of Public Health, January 2018.

**Webster DW**, Crifasi CK, Vernick JS, McCourt A.  Concealed Carry of Firearms: Facts vs. Fiction. Johns Hopkins Center for Gun Policy and Research, November 2017.

**Webster DW**, Donohue JJ III, Klarevas L, Crifasi CK, Vernick JS, Jernigan D, Wilcox HC, Johnson SB, Greenberg S, McGinty EE.  Firearms on College Campuses:  Research Evidence and Policy Implications.  Johns Hopkins Center for Gun Policy and Research, Johns Hopkins University, October 15, 2016.

Braga AA, **Webster DW**, White MD, Saizow H.  Gun Violence: Smart Policing Initiative Spotlight on Evidence-Based Strategies and Impacts. Alexandria, VA: CNA Analysis & Solutions, Mar. 2014.

Bushman B, Newman K, Calvert S, Downey G, Dredze M, Gottfredson M, Jablonski NG, Masten A, Morrill C, Neil DB, Romber D, **Webster D**.  Predictors of Youth Violence.  Report prepared at the request of the National Sciences Foundation, December 2013.

American Psychological Association Panel of Experts Report – (alphabetical listing of contributors) Cornell D, Evans AC Jr., Guerra NG, Kinscherff R, Mankowski E, Randazzo MR, Scrivner E, Sorenson SB, Tynan WD, **Webster DW**.  *Gun Violence: Prediction, Prevention and Policy.*  American Psychological Association, Washington, DC, December 2013.

Consortium for Risk-Based Firearm Policy (**DW Webster** contributing member). *Guns, Public Health, and Mental Illness: An Evidence-Based Approach to State Policy.*  December 2013.

Consortium for Risk-Based Firearm Policy (**DW Webster** contributing member). *Guns, Public Health, and Mental Illness: An Evidence-Based Approach to Federal Policy.*  December 2013.

**Webster DW**.  Evaluation of Baltimore's Strategies for Reducing Gun Violence. Report prepared for the Baltimore Police Department, Smart Policing Initiative grant, U.S. Bureau of Justice Assistance, Aug. 2013.

**Webster DW**, Vernick JS, Vittes KA, McGinty EE, Teret SP, Frattaroli S.  *The Case for Gun Policy Reforms in America.*  Johns Hopkins Center for Gun Policy and Research, Johns Hopkins Bloomberg School of Public Health, Baltimore, MD, October 2012.

**Webster DW**. Whitehill JM, Vernick JS, Parker E.  *Evaluation of Baltimore's Safe Streets Program: Effects on Attitudes, Participants' Experiences, and Gun Violence*. Johns Hopkins Center for the Prevention of Youth Violence, January 2012.

**Webster DW**, Illangasekare SL.  Best Practices for the Prevention Youth Homicide and Serious Violence.  Johns Hopkins Urban Health Institute, October 2010.

**Webster DW**, Vernick JS, Mendel J.  Interim Evaluation of Baltimore's *Safe Streets* Program. Johns Hopkins Center for the Prevention of Youth Violence, Jan. 2009.

**Webster DW**, Vittes KA. Using GunStat Data to Assess Progress on the Prosecution of Gun Cases in Baltimore City.  Center for Gun Policy and Research, Johns Hopkins Bloomberg School of Public Health, December 2009.

**Webster DW**, Mendel J.  Effects of Baltimore's *Operation Safe Kids* on Re-Arrest.  Johns Hopkins Center for the Prevention of Youth Violence, June 2008.

**Webster DW.**  Interventions to reduce deaths and injuries associated with youth violence. White paper commissioned by the Robert Wood Johnson Foundation.  May 2006.

**Webster DW.**  Preventing intimate partner violence.  White paper commissioned by the Robert Wood Johnson Foundation.  June 2006.

**Webster DW**, Vernick JS, Teret SP.  How Cities Can Reduce Illegal Guns and Gun Violence.  Johns Hopkins Center for Gun Policy and Research, April 2006. Updated January 2008.

Campbell JC, **Webster DW**, O'Sullivan C, Roehl J, Mahoney P, White M, Guertin K.  Intimate Violence Risk Assessment Validation Study. Report submitted to the National Institute of Justice, September, 2004. 2000WTVX0011.

**Webster DW**, Kim A.  Evaluation of the Maryland Gun Violence Act of 1996**:** Effects on the Illicit Gun Market.  Prepared for the U.S. Bureau of Alcohol, Tobacco, and Firearms, September 2003.

**Webster DW**, Vernick JS, Kaljee L, Cameron DD, Frattaroli S, Johnson S.  Public attitudes About New Law Enforcement Technologies and Related to Strategies to Reduce Gun Violence.  Report by the Johns Hopkins Center for Gun Policy and Research to the National Institute of Justice, 2002.

**CURRICULUM VITAE**

Daniel W. Webster, Sc.D., M.P.H.

PART II

**TEACHING**

*Coursera Open Online Course*
Lead Instructor: _    Reducing Gun Violence in America: Evidence for Change, 2019-present.

*Classroom Instruction*
Instructor:     Understanding and Preventing Violence, 1993- present.
                Graduate Seminar in Injury Research and Policy, 2005 – 2018.
                Graduate Seminar in Health and Public Policy, 2012 – 2014.
Co-Instructor: Research and Evaluation Methods for Health Policy, 2008 – 2010. Lead
Instructor: Research and Evaluation Methods for Health Policy, 2011-2015.

Lecturer in these JHU courses:     Epidemiology and Evidence-Based Policy
                                   Public Health Policy
                                   Health Policy I: Social & Economic Determinants of Health
                                   Proposal Writing (Health Policy & Management)
                                   Introduction to Urban Health
                                   Suicide as a Public Health Problem
                                   Adolescence and Adolescent Health
                                   Issues in Injury and Violence Prevention
                                   Methodological Issues in Injury and Violence
                                   Applications in Program Monitoring and Evaluation
                                   Alcohol, Society, and Health
                                   Baltimore and "The Wire": A Focus on Major Urban Issues
                                   Community Health Practicum

*Advising and Thesis Committees*
Primary advisor to:     Kim Ammann Howard, PhD, 1997
                        Jennifer Manganello, PhD, 1999-2003
                        Allegra Kim, PhD 2001 – 2006
                        April Zeoli, PhD, 2002 - 2007
                        Elizabeth Saylor, PhD candidate, 2003 - 2007
                        Jennifer Mendel Whitehill, PhD, 2006 – 2011
                        Jillian Fry, PhD, 2007 – 2012
                        James Saltzman, MPH, 2007-2008
                        Gayle Nelson, MPH, 2007-2009
                        Summer Venable, MPH, 2008-2010
                        Jeane Garcia Davis, MPH, 2008-2011
                        Donald Chalfin, MPH, 2010 – 2014
                        Dara Johnson, MPH, 2011 – 2012
                        Janis Sethness, MPH, 2011 – 2012

|                              |                                                        |
|------------------------------|--------------------------------------------------------|
|                              | Cassandra Kercher, PhD, 2011–2014                      |
|                              | Shani Buggs, PhD, 2013 – 2018                          |
|                              | Christine McKenna, MPH, 2013-2014                     |
|                              | Alexander McCourt, PhD, 2014-2018                     |
| Co-advisor to:               | Leonardo Goe (MHS Health Policy), 1997-98            |
|                              | Rachel Garfield (MHS Health Policy), 1998-           |
|                              | Emma (Beth) McGinty, PhD, 2010-2013                  |
|                              | Julia Ward, PhD, 2019 – present.                     |

| Thesis committees: (not advisees) | Kathleen Roche, PhD in MCH, 1998 |
|------------------------------|--------------------------------------------------------|
|                              | Shannon Frattaroli, PhD in HPM, 1998                 |
|                              | Li-Hui Chen, PhD in HPM, 1999                         |
|                              | Marsha Rosenberg, PhD in Mental Hygiene, 2001        |
|                              | Lisa Hepburn, PhD in HPM, 2001                        |
|                              | Swapnil P. Maniar, PhD in PFHS, 2005                 |
|                              | Maria Bulzacchelli, PhD in HPM, 2006                 |
|                              | April Zeoli, PhD in HPM, 2007                         |
|                              | Anne Outwater, PhD in Nursing, 2007                  |
|                              | Donna Ansara, PhD in PFHS, 2008                      |
|                              | Vanessa Kuhn, PhD in HPM, 2010                       |
|                              | Susan Ganbarpour, DrPH, 2011                         |
|                              | Mahua Mandel, PhD, 2012                              |
|                              | Lareina La Flair, PhD, 2012                          |
|                              | Gregory Tung, PhD, 2012                              |
|                              | Michael Kim, PhD, 2013                               |
|                              | Elizabeth Parker, PhD, 2013                          |
|                              | Nicole Lunardi, MSPH, 2014                           |
|                              | Lian-Yu Chen, PhD, 2014                              |
|                              | Erin Person, PhD, 2015                               |
|                              | Joceyln Kelly, 2015                                 |
|                              | Pamela Trangenstein, PhD, 2019                       |

| Preliminary oral exam committees: | Shannon Frattaroli, Marguerite Roe, Li-Hui Chen, Mary Beth Skupien, Monique Shepard, Beth Hooten, Farfifteh Duffy, Mary Garza, Lisa Hepburn, Marc Starnes, Jennifer Manganello, Allegra Kim, Christina Pallitto, Swapnil Maniar, Christine Koth, Maria Bulzacchelli, Margaret Haynes, Frank Franklin, Donna Ansara, Vanessa Kuhn, Susan Ghanbarpour, Greg Tung, Adam, Milam, Michael Kim, Beth McGinty, Erin Pearson. |
|------------------------------|--------------------------------------------------------|

| Post-Doctoral Mentoring      | Lorraine Freed, MD, MPH, RWJ Clinical Scholar 1996-98 |
|------------------------------|--------------------------------------------------------|
|                              | Shannon Frattaroli, Kellogg Community Health Scholar, 1999-2000 |
|                              | Barry Solomon, MD, Pediatric Fellow, 1999-2002       |
|                              | Erica Sutton, MD, NIMH Violence Research Fellow, 2003-2005 |
|                              | Lareina LaFlair, NIDA Drug Dependency Epidemiology, 2012-2013 |

SSS-002327

*Program Management / Training Program Involvement*
Program Head, PhD program in Health and Public Policy, 2006–2007; 2012 -2014.

Faculty Director, Certificate Program in Injury Control, 1999- 2012.

Executive Committee and Core Faculty, Interdisciplinary Research Training Program on Violence Research (pre- and post-doctoral training program funded by NICHD), 2008-2015.

Executive Committee and Core Faculty, Interdisciplinary Research Training Program on Violence (pre- and post-doctoral training program funded by NIMH), 1999-2008.
Core Faculty, Drug Dependency Epidemiology Program (pre- and post-doctoral training program funded by NIDA), 2011-present.

Resource Faculty, Alcohol, Injury and Violence Training Program (pre-doctoral training program funded by NIAAA), 2001-2007.


## ACADEMIC COMMITTEES

Appointments and Promotions Committee, School of Public Health, 2012 – 2015.
Conflict of Interest Committee, School of Public Health, 2011 – 2012
Academic Policy and Admissions Committee, HPM, 2006 – 2007, 2012 – 2014
Faculty Development Committee, HPM, 2010 - present
Qualifying Exam Committee, HPM, 1998- 1999, 2001 – 2008, Chair 2004 – 2008 HPM
Doctoral Admissions Committee, 2006 – 2007.
Affirmative Action Committee, School, 2005 – 2010.
9 Ad Hoc Committees for Appointments and Promotions, 2006 – present.
Search Committee, Leon Robertson Chair in Injury Control, 2005 – 2006.
Academic Policy and Admissions Committee, HPM, 1997- 1999
Ad-Hoc Committee on Statistics Training, HPM, 1997-1998
Research Policy Committee, HPM, 1995-97


## RESEARCH GRANT PARTICIPATION

*Active Support*
Title:                    Comprehensive Background Check Policies and Firearm Violence: Identifying
                          Effective Design, Implementation, and Enforcement Strategies - subaward
Dates:                    7/1/2019 – 6/30/2022
Principal Investigator: Daniel W. Webster (of subaward)
Sponsoring Agency:   University of California, Davis (grant from the National Collaborative for Gun
                          Violence Research)
Amount:                  $122,612
Effort:                   5%
Main Objectives:      Identify aspects of systems for background checks that affect efforts to prevent
                          high-risk individuals from acquiring firearms.

SSS-002328

Title:                  Evaluating the Effects of Legal Standards for Civilian Concealed Gun Carrying
Dates:                  4/11/2018 – 8/31/2021
Principal Investigator: Daniel W. Webster
Sponsoring Agency:      The Joyce Foundation
Amount                  $407,000
Effort:                 20%
Main Objectives:        Estimate the impacts of various type of state laws governing civilian gun
                        carrying in relations to legal qualifications and standards of legal carriers.


Title:                  Effects of Permitless Concealed Carry on Violent Crime
Dates:                  10/1/2018-3/31/2021
Principal Investigator: Cassandra Crifasi
Sponsoring Agency:      New Venture Fund – Fund for Safer Future
Amount:                 $250,000
Effort:                 5%
Main Objective:         To assess the impacts of deregulating civilian gun carrying on violent crime.


Title:                  Development and Testing of a Virtual Reality Experience for Civilian Carriers
                        of Concealed Firearms
Dates:
Principal Investigator: Cassandra Crifasi
Sponsoring Agency:      The Davide and Lucille Packard Foundation
Amount:                 $500,000
Effort:                 5%
Main Objective:         Develop and test a system for evaluating the performance of civilian gun
                        carriers under realistic situations.


Title:                  Core Support for Johns Hopkins Center for Gun Policy and Research and
                        Youth Education on Evidence-Based Gun Violence Prevention
Dates:                  7/1/2018 – 6/30/2020
Principal Investigator: Daniel W. Webster
Sponsoring Agency:      David and Lucille Packard Foundation
Amount:                 $750,000
Effort:                 25%
Main Objectives:        Conduct and translate research to inform gun violence prevention. Develop
                        Open Online Course and Summer Youth Institute on gun violence prevention.


Prior Externally Funding Work

Title:                  Johns Hopkins-Baltimore Collaborative for Violence Reduction
Dates:                  1/1/16 – 9/30/19
Principal Investigator: Daniel W. Webster
Sponsoring Agency:      The Abell Foundation and The Annie E. Casey Foundation
Funding Level:          $875,000
Effort:                 30%

| | |
|---|---|
| Main Objectives: | Assess police efforts to reduce violent crime and enhance training to promote more effective policing. |

Title:   Study of Baltimore's Underground Gun Market
Dates:  7/1//15 –6/30/17
Principal Investigator: Daniel W. Webster
Sponsoring Agency: Everytown for Gun Safety

| | |
|---|---|
| Funding Level: | $240,245 |
| Effort: | 15% |
| Main Objectives: | Collect and analyze data from surveys of offenders, crime gun trace data, and gun-related arrests to describe Baltimore's underground gun market and assess evidence that 2013 state gun laws affected the diversion of guns to criminals. |

| | |
|---|---|
| Title: | Effects of Universal Background Check Laws for Handgun Sales in Maryland and Pennsylvania |
| Dates: | 8/1//15 – 7/31/18 |

Principal Investigator: Daniel W. Webster
Sponsoring Agency: The Joyce Foundation

| | |
|---|---|
| Funding Level: | $357,000 |
| Effort: | 18% |
| Main Objectives: | Describe the implementation and enforcement of universal background check laws for handgun purchases in Maryland and Pennsylvania and estimate the effects of the laws and enforcement practices on gun violence. |

| | |
|---|---|
| Title: | Estimating Effects of Gun Policies on Intimate Partner Homicides |
| Dates: | 8/1/15 – 6/30/17 |

Principal Investigator: Daniel W. Webster, subcontract to Michigan State University
Sponsoring Agency: The Joyce Foundation

| | |
|---|---|
| Funding Level: | $267,276 |
| Effort: | 10% |
| Main Objectives: | To estimate the impact of firearm sales laws on intimate partner homicides and examine factors relevant to successful enforcement of those laws. |

| | |
|---|---|
| Title: | Promoting Evidence-based Policies to Reduce Domestic Violence Involving Guns |
| Dates: | 7/1/15 – 6/30/16 |

Principal Investigator: Daniel W. Webster
Sponsoring Agency: Norman Raab Foundation

| | |
|---|---|
| Funding Level: | $25,000 |
| Effort: | 2% |

| | |
|---|---|
| Title: | Analysis of the Strength of Legal Firearms Restrictions for Perpetrators of Domestic Violence and their Impact on Intimate Partner Homicide |
| Dates: | 8/1/15 – 1/31/18 |

Principal Investigator: Daniel W. Webster
Sponsoring Agency: The Joyce Foundation

Funding Level:      $176,389
Effort:             10%
Main Objectives:    Describe the implementation and enforcement of domestic violence related
                    firearm laws and their impact on intimate partner homicides.


Title:              Baltimore Homicide Review Commission
Dates:              9/1/14 – 12/31/15
Principal Investigator: Daniel W. Webster
Sponsoring Agency: Baltimore City Mayor's Office
Funding Level:      $135,000
Effort:             15%
Main Objectives:    Conduct in-depth reviews of homicides in three police districts in Baltimore to
                    identify determinants of lethal violence and develop recommendations for
                    policies, procedures, and programs to prevent homicides.


Title:   Study of Baltimore's Underground Gun Market Dates:        7/1//14 –
6/30/15
Principal Investigator: Daniel W. Webster
Sponsoring Agency: The Norman Raab Foundation
Funding Level:      $50,000
Effort:             5%
Main Objectives:    Gather data about how criminals access firearms, how they connect with
                    suppliers, what barriers they face, and their perceptions of gun laws.


Title:              Effects of Drug and Gun Law Enforcement on Violence in Baltimore
Dates:              1/1/14 – 12/31/15
Principal Investigator: Daniel W. Webster
Sponsoring Agency: The Abell Foundation
Funding Level:      $144,918
Effort:             15%
Main Objectives:    Estimate the effects of law enforcement activities directed at drug and gun law
                    violations on violent crime in Baltimore from 1986 through 2012.


Title:              Gun Owners Perspectives on Safe Gun Ownership and Sales Practices
Dates:              10/01/2013 – 03/31/16
Principal Investigator: Daniel W. Webster
Sponsoring Agency: Harold B. Simmons Foundation
Funding Level:      $411,421
Effort:             20%
Main Objectives:    Study gun owners' attitudes relevant to safe firearm sales and storage.


Title:              Johns Hopkins Center for the Prevention of Youth Violence
Dates:              9/15/11 – 9/14/16
Principal Investigator: Philip Leaf
Sponsoring Agency: Centers for Disease Control and Prevention Funding
Level: $6 million

Main Objectives:      Develop, implement, and evaluate a comprehensive community intervention to prevent youth violence in the Park Heights neighborhood of Baltimore.
Effort:      20% to 25%

*Prior Support*
Title:      Prescription Opioid Addiction Research Study
Dates:      09/01/2012 – 08/31/2014
Principal Investigator: Colleen L. Barry
Sponsoring Agency: AIG
Funding Level:      $430,655
Main Objectives:  To assess of the growing problem of prescription opioid addiction, and to identify promising policy and clinical approaches to address the problem.
Effort:      10%

Title:      National Gun Violence Research Center - subcontract Dates: 05/01/13 – 05/31/14
Principal Investigator: Daniel W. Webster
Sponsoring Agency: Police Executive Research Forum
Funding Level:      $41,762
Effort:      20%
Main Objectives: Assist PERF with designing and conducting studies of innovative policing strategies to combat gun violence.

Title:      Evaluation of the Effects of Permit to Purchase Handgun Laws
Dates:      9/1/12 - 8/31/14
Principal Investigator: Daniel W. Webster
Sponsoring Agency:  The Joyce Foundation
Funding Level:      $222,242
Main Objectives:      To evaluate the effects of changes in permit to purchase handgun laws in Connecticut and Missouri on homicides and the diversion of guns to criminals.
Effort:      25%

Title:      Gun Violence Reduction Program
Dates:      1/01/11 – 12/31/13
Principal Investigator: Daniel W. Webster
Sponsoring Agency: Bloomberg Philanthropies
Funding Level:      $500,000
Main Objectives:      Conduct research, policy analysis, and technical assistance to inform efforts to reduce the availability of illegal guns and gun violence.
Effort:      5% to 40%

Title:      Evaluation of Baltimore Policing Strategies to Reduce Gun Violence Dates: 10/1/2010 – 3/31/2012.
Principal Investigator: Daniel W. Webster
Sponsoring Agency: U.S. Dept. of Justice, Bureau of Justice Assistance
Funding Level:      $60,000

SSS-002332

Main Objectives:    Develop unbiased estimates of the impact of 3 strategies being implemented by
                    Baltimore police to reduce violence.
Effort:             15%

Title:              Impact of Safe Streets' Outreach Workers on the Lives of Their Clients
Dates:              12/1/09 – 6/30/10
Principal Investigator: Daniel W. Webster
Sponsoring Agency: Baltimore City Health Department
Funding Level:      $72,000
Main Objectives:    Measure the impact of the Safe Streets program on program participants and
                    analyze of the relationships between program activities and gun violence.
Effort:             25%

Title:              Effects of the Lethality Assessment Program on Intimate Partner Violence
Dates:              3/15/10 – 3/14/12
Principal Investigator: Daniel Webster
Sponsoring Agency: Centers for Disease Control and Prevention (through Center grant to JHU)
Funding Level:      $388,282
Main Objectives:    Estimate the effects of the Maryland Lethality Assessment program on
                    intimate partner homicide and repeat intimate partner violence.
Effort:             20%

Title:              Gun Violence Reduction Program
Dates:              1/01/08 – 12/31/10
Principal Investigator: Daniel W. Webster
Sponsoring Agency: Anonymous donor
Funding Level:      $500,000

Main Objectives:    Conduct research, policy analysis, and technical assistance to inform efforts to
                    reduce the availability of illegal guns and gun violence.
Effort:             25%

Title:              Analyzing and Developing Policies to Limit Firearm Access by High-Risk People
Dates:              5/1/09 – 4/30/11
Principal Investigator: Daniel W. Webster
Sponsoring Agency: The Joyce Foundation
Funding Level:      $179,971
Main Objectives:    Research and describe state laws pertaining the potential public safety gains for
                    expanding current prohibition categories for firearm purchase and possession.

Title:              Data for Combating Illegal Guns
Dates:              1/01/08 – 12/31/08
Principal Investigator: Daniel W. Webster
Sponsoring Agency: Maryland Governor's Office for Crime Control and Prevention
Funding Level:      $75,419

Main Objectives:      Assist Baltimore and Maryland State Police to collect and analyze data on crime guns and illegal gun trafficking.


Title:                Analyzing & Assisting Innovative City-Level Efforts to Prevent Gun Violence
Dates:                5/1/07 – 4/30/09
Principal Investigator: Daniel W. Webster
Sponsoring Agency:    The Joyce Foundation
Funding Level:        $175,000
Main Objectives:      Analyze data on illegal gun trafficking and provide consultation to enhance data to inform efforts to stem gun trafficking in Milwaukee. Case study of Chicago Police Department's efforts to thwart gun trafficking.


Title:                Evaluation of the California Firearms Domestic Violence Intervention Project
Dates:                1/15/07 – 1/14/10
Principal Investigator: Garen Wintemute (UC Davis) and Shannon Frattaroli (JHBSPH)
Sponsoring Agency:    California Department of Justice
Funding Level:        $31,481 subcontract from UC Davis for first year
Main Objectives:      Evaluate a program in 2 California counties to enhance implementation of state laws prohibiting certain domestic violence offenders from possessing firearms.
Effort:               10%


Title:                Baseline Data for Evaluating a Community Initiative to Reduce Youth Homicides
Dates                 3/01/07 – 2/28/09
Principal Investigator: Daniel W. Webster
Sponsoring Agency:    Baltimore City Health Department
Funding Level:        $75,122
Main Objectives:      Collect and analyze baseline data on violent crime and youths' attitudes relevant to gun violence in intervention and comparison neighborhoods.
Effort:               6%


Title:                Evaluation of a community gun violence prevention initiative in Baltimore.
Dates:                9/1/05 – 8/31/10
Principal Investigator: Daniel W. Webster
Sponsoring Agency:    Centers for Disease Control and Prevention
Funding Level:        $745,352
Main Objectives:      Estimate the impact of the initiative on youth gun violence victimization and perpetration and attitudes and behaviors of high risk youth.
Effort:               25%-30%


Title:                Effects of a Formal Danger Assessment and Risk Communication Intervention on Actions Taken to Reduce Risks of Intimate Partner Violence
Dates:                9/1/04 – 8/31/09
Principal Investigator: Daniel W. Webster
Sponsoring Agency:    Centers for Disease Control and Prevention

Funding Level:        $485,000
Main Objectives:      Determine whether a formal, quantitative assessment of danger, and a standard
                      protocol for communicating the assessed risk of future partner violence and
                      scientific support for protection strategies is more effective than current
                      procedures in motivating protective actions and lowers risk for future violence.
Effort:               20%-25%


Title:                 Reducing Illegal Gun Trafficking Through Research and Technical Assistance
Dates:                5/1/05 – 4/30/08
Principal Investigator: Daniel W. Webster
Sponsoring Agency: The Joyce Foundation
Funding Level:        $181,117
 Main Objective:       Disseminate research findings to law enforcement agencies, advocates, and the
                      media on policies shown to reduce illegal gun trafficking.
Effort:               25%-30%


Title:                Effects of Police Stings of Gun Dealers on the Illegal Gun Market
Dates:                11/1/03 - 10/31/04
Principal Investigator: Daniel W. Webster
Sponsoring Agency: The Overbrook Foundation
Funding Level:        $37,000
Main Objectives:      Assess the impact of police stings of 12 gun dealers suspected of making
                      illegal gun sales in Chicago on the flow of new guns into the illicit gun market.
Effort:               20%


Title:                Evaluating and Developing Policies to Regulate Licensed Gun Dealers
Dates:                4/1/02 - 3/31/04
Principal Investigator: Daniel W. Webster
Sponsoring Agency: The John D. and Catherine T. MacArthur Foundation
Funding Level:        $260,000
Main Objectives:      1) Document state policies and practices for regulation and oversight of
                      licensed gun dealers; 2) Assess effects of those measures on gun trafficking;
                      and 3) Recommend strategies for deterring diversions of guns to criminals.
Effort:               35%


Title:                Working with Health Commissioners to Reduce Gun Violence
Dates:                7/01/03 - 6/30/04
Principal Investigator: Jon S. Vernick
Sponsoring Agency:    Richard and Rhoda Goldman Fund
Funding Level:        $100,000
Main Objective:       Identify and provide technical assistance to city or county health
                      commissioners in order to use public health powers to shut down corrupt gun
                      dealers who endanger the public's health.
Effort:               15%


Title:                Separating Kids from Guns Program

SSS-002335

Dates:                     10/01/01 - 9/30/03
Principal Investigator: Shannon Frattaroli
Co-PI:                     Daniel W. Webster
Sponsoring Agency: The David and Lucille Packard Foundation
Funding Level:         $300,000
Main Objective:        Conduct research, perform policy analysis, disseminate information relevant to
                       protecting children and adolescents from unsupervised access to guns.
Effort:                    25%


Title:                     Johns Hopkins Center for Gun Policy and Research
Dates:                     01/01/99 - 4/30/04
Sponsoring Agency:  The Joyce Foundation
Principal Investigator: Stephen P. Teret (1995-2001), Jon S. Vernick (2001-present)
Co-Prin. Invest.:      Daniel W. Webster (2001-present)
Funding Level:         2001-2003: $600,000
Main Objective:        Develop and analyze policies to reduce firearm injuries.
Responsibilities:       Co-direct Center, initiate and conduct research and analysis relevant to gun
                       policy; develop and analyze gun policy surveys; assist groups working to
                       reduce gun violence; serve as resource to media and policymakers.
Effort:                    15% (05/01/03 - 4/30/04)
                       35% (05/01/01 - 4/30/03)
                       25% (01/01/00 - 4/30/01)
                       35% (01/01/96 - 12/31/99)
                       20% (01/01/95 - 12/31/96)


Title:                      Effects of Minimum Age Restrictions on Handgun Purchase and Possession –
                       Center for the Prevention of Youth Violence
Dates:                     10/01/00 - 9/30/05
Principal Investigator: Daniel W. Webster
Sponsoring Agency: Centers for Disease Control and Prevention
Funding Level:         $306,695
Main Objective:        Estimate the effects of minimum age restrictions on handgun purchases and
                       possession on youth homicide offending and suicides


Title:                     Evaluation of Instruments to Assess Risk for Intimate Partner Violence
Dates:                     08/01/00 - 03/31/04
Principal Investigator: Jacquelyn C. Campbell
Sponsoring Agency: National Institute of Justice
Funding Level:         $619,792
Main Objective:        Determine the sensitivity, specificity, and predictive value of four instruments
                       designed to assess future risk for violent victimization by an intimate partner.
Effort:                    20%


Title:                     The Center for Injury Research and Policy:
Dates:                     1987-2005

SSS-002336

Sponsoring Agency: Centers for Disease Control and Prevention
Principal Investigator: Ellen MacKenzie
Funding Level:        1999-2003: $750,000 per year.
Main Objective:       One of the eight regional injury control research centers.
Responsibilities:     Evaluate state-level gun policies, direct study of risk factors for serious injuries
                      from intimate partner assaults, develop research proposals, serve as resource to
                      students, media, practitioners, and policy makers.

| Effort: | 10% (09/03/03 - 8/31/04) | 20% (04/01/94 - 08/31/94) |
|---|---|---|
| | 10% (09/01/00 - 8/31/01) | 50% (07/01/92 - 03/31/94) |
| | 20% (09/01/99 - 8/31/00) | 100% (04/01/92 - 06/30/93) |
| 25% (09/01/94 - 08/31/98) | | 10% (09/01/98 - 08/31/99) |


Title:                Developing and Analyzing Data for Effective Gun Law Enforcement
Dates:                03/01/01 - 02/28/02
Principal Investigator: Daniel W. Webster
Sponsoring Agency: Governor's Office of Crime Control and Prevention
Funding Level:        $102,911
Main Objective:       Develop databases for information about the sources of crime guns and the
                      prosecution of gun crimes
Effort:               35%


Title:                Developing a Dataset of State Gun Laws
Dates:                12/01/00 - 11/30/01
Principal Investigator: Jon S. Vernick
Sponsoring Agency: Annie E. Casey Foundation
Funding Level         $45,000
Main Objective:       Determine the presence and effective dates of specific types of gun laws in
                      each of the 50 U.S. states and the District of Columbia. Create a dataset with
                      this information and provide the information to interested researchers.
Effort:               10%


Title:                Effects of Personalized Guns in Maryland
Dates                 9/1/99 - 8/31/00
Sponsoring Agency:    The Abell Foundation
Funding Level:        $40,533
Principal Investigator: Stephen Teret
Main Objective:       Assess likely effects of a law to require personalized guns in Maryland
Effort:               10%


Title:                Risk Factors for Homicide in Violent Intimate Relationships
Dates:                09/01/96 - 02/28/00
Sponsoring Agency:    NIDA, NIMH, CDC, NIJ, NIA
Principal Investigator: Jacquelyn Campbell
Funding Level:        $1,267,744

Main Objective: Determine risk factors for homicide or attempted homicide among women involved in violent intimate relationships and develop predictive screening devices for clinicians, shelter workers, and the courts.

Effort: 10% (09/01/99 - 02/28/00)
25% (09/01/98 - 08/31/99)
10% (09/01/97 - 08/31/98)
15% (09/01/96 - 08/31/97)


Title: Preventing Firearm Suicide and Unintentional Deaths Through Safer Gun Design
Dates: 01/01/00 - 12/31/00
Principal Investigator: Jon S. Vernick
Sponsoring Agency: Funders' Collaborative for Gun Violence Prevention
Funding Level: $176,755
Main Objective: Evaluate potential benefits of safer gun designs
Effort: 10%


Title: Public Attitudes About New Law Enforcement Technologies
Dates: 06/01/97 – 05/31/99
Sponsoring Agency: National Institute of Justice
Principal Investigator: Daniel W. Webster
Funding Level: $266,625
Main Objectives: Assess public attitudes relevant to law enforcement strategies to detect concealed weapons in high-crime areas including the use of new technology, concerns about safety, privacy, and fairness in the way that law enforcement officials apply new technology. Qualitative study of residents of a high-crime neighborhood in Baltimore and a national phone survey of urban residents.


Title: Evaluation of the California Violence Prevention Initiative
Dates: 07/01/93 - 04/15/96
Sponsoring Agency: The California Wellness Foundation
Principal Investigator: Stephen P. Teret
Co-Prin. Investigator: Daniel W. Webster
Funding Level: $3.1 million
Main Objectives: Conduct process and outcome evaluation of a statewide violence prevention initiative.
Effort: 50%


Title: Evaluation of Violence Prevention Public Education Campaign
Dates: 04/01/94 - 03/31/95
Sponsoring Agency: The California Wellness Foundation
Principal Investigator: Daniel W. Webster
Funding Level: $40,000

SSS-002338

| Main Objectives: | The describe all facets of the campaign and the political and social context in which the campaign is conducted and evaluate the effects of the campaign on public opinion, opinion leaders, the media, and policy makers. |
| Effort: | 20% |

| Title: | Planning "The Consortium on Gun Policy and Information" |
| Dates: | 04/01/94 - 10/31/94 |
| Sponsoring Agency: | The Joyce Foundation |
| Principal Investigator: | Stephen P. Teret |
| Funding Level: | $40,000 |
| Main Objectives: | To assess the need for a "Consortium on Gun Policy and Information" that would provide factual information on firearms and the public's health to various consumers.  Examine the feasibility of creating a Consortium, explore the policy role that such an organization might fulfill, and describe the methods by which accurate information could be disseminated. |
| Effort: | 10% |

## PRESENTATIONS

*Scientific Meetings*
**Webster DW.**  Strengthening the science of firearm policy evaluations. Research Symposium: Preventing Firearm Injuries among Children and Teens: The State of the Science. University of Michigan, October 2019.

**Webster DW.**  Public Health Approaches to Preventing Gun Violence. Plenary session presentation at the Annual meeting of the American Society of Criminology, Atlanta, GA, November 2018.

**Webster DW.**  Research and public safety collaborations focused on reducing gun violence in Baltimore.  Presented at the Annual meeting of the American Society of Criminology, New Orleans, November 2016.

**Webster DW.**  What have we learned about the impact of states' gun policies.  Plenary session presentation at the annual meeting of the American Public Health Association, Denver, Nov. 2016.

**Webster DW**, Crifasi CK, Meyers JS, Vernick JS.  Effects of changes in permit-to-purchase handgun laws on suicide rates.  Presented at the Annual Meeting of the American College of Epidemiology, Atlanta, GA, September 29, 2015.

**Webster DW**, Meyers JS, Buggs S.  Access to firearms among youth in the United States: Patterns, consequences, and prevention strategies. Presented at the Institute of Medicine's Forum on Global Violence Prevention, Workshop on Lethal Means of Violence, Washington, DC, December 18, 2014.

**Webster DW**.  State of the science and need for additional research to prevent gun violence in America.  Presentation at the Martha May Elliott Forum at the American Public Health Association Annual Meetings, New Orleans, November 2014.

**Webster DW.**  Community Involvement in the Evaluation of Baltimore's Safe Streets Program to Reduce Youth Violence.  Presented at the annual meetings of the Society for Prevention Research, Washington, DC May 29, 2014.

**Webster DW**.  Mental health and means of violence.  Presented at Workshop on Violence and Mental Health: Opportunities for Prevention and Early Intervention, Institute of Medicine's Forum on Global Violence Prevention, February 26, 2014.

**Webster DW.**  Effects of Missouri's permit to purchase handgun licensing law on the diversion of firearms to criminals and homicides.  Presented at the annual meetings of the American Public Health Association, Boston, November 2013.

Vittes KA, **Webster DW**, Vernick JS.  Associations between state gun sales laws and the source of criminals' handguns they used to commit crime. Presented at the annual meetings of the American Public Health Association, Boston, November 2013.

**Webster DW**.  Effects of Baltimore's Safe Streets Program on Gun Violence and Youth Attitudes toward Resolving Conflicts with Guns.  Presented at the World Health Summit, Berlin, Germany, October 2013.

**Webster DW.**  Safe Streets Baltimore – program effects on gun violence, youth attitudes, and the lives of program participants.  Presented at the meetings of the Society for the Advancement of Violence and Injury Research, Baltimore, June 2013.

Parker EM, Gielen AC, Castillo R, **Webster DW**. Intimate Partner Violence and Patterns of Safety Strategy Use among Women Seeking Temporary Protective Orders: A Latent Class Analysis. Presented at the meetings of the Society for the Advancement of Violence and Injury Research, Baltimore, June 2013.

**Webster DW**.  Priorities for public health efforts to reduce gun violence.  Presentation to the Institute of Medicine's Workshop on Priorities for Public Health Research Agenda to Reduce Firearm-Related Violence, Washington, DC, April 2, 2013

**Webster DW.**  State gun laws' effects on the intra- and interstate diversion of guns used by criminals.  Presented at the annual meetings of the American Society of Criminology, Washington, DC, November 2011.

**Webster DW**.  Effects of state gun sales laws on the exportation of guns used by criminals.  Presented at the annual meetings of the American Public Health Association Meetings, Washington, DC, November 2011.

**Webster DW**, Mendel JS, Vernick. Evaluating Baltimore's Safe Streets Program's effects on violence.  Presented at the annual meetings of the Amer. Public Health Assoc., Denver, Nov. 2010.

SSS-002340

**Webster DW**, Vernick JS, Mendel JS.  Interim evaluation of Baltimore's Safe Streets initiative: Effects on gun violence.  Presented at the Annual Meetings of the American Public Health Association, Philadelphia, November 2009.

**Webster DW**.  Impact of danger assessment screening and safety education on abused women's perceived risk of serious re-abuse.  Presented at the Annual Meetings of the American Public Health Association, Philadelphia, November 2009.

Mendel JS, **Webster DW**, Vernick JS.  Street outreach to prevent gun violence in Baltimore: An analysis of high-risk conflict mediation.  Presented at the Annual Meetings of the American Public Health Association, Philadelphia, November 2009.

Vernick JS, **Webster DW.**  An environmental approach to preventing firearm violence: targeting illegal gun trafficking.  Annual Meetings of Amer. Public Health Assoc., Philadelphia, Nov. 2009.

Vittes KA, **Webster DW**.  Potential effects of expanding firearm prohibitions in the U.S.: analysis of data from a national survey of prisoners.  Presented at the Annual Meetings of the American Public Health Association, Philadelphia, November 2009.

**Webster DW**, Vernick JS, Bulzacchelli MT.  Effects of Policies to Promote Firearm Dealer and Owner Accountability on Firearm Trafficking.  Presented at the Annual Meeting of the American Public Health Association, Washington, DC, November 2007.

**Webster DW.** Firearm violence roundtable: Data collection, data quality, and data access. Roundtable discussion led at the Annual Meeting of the American Public Health Association, Washington, DC, November 2007.

**Webster DW**, Vernick JS.  Implementation of a Community Gun Violence Prevention Program: A Focus on Outreach Workers' Efforts.  Presented at the Annual Meeting of the American Public Health Association, Washington, DC, November 2007.

**Webster DW**, Mahoney P, Campbell JC, Ghanbarpou S, Stockman J.  Factors associated with seeking a long term protective order and staying away among women seeking temporary protective orders against a male partner.  Presented at the Annual Meeting of the American Public Health Association, Washington, DC, November 2007.

**Webster DW**, Mahoney P, Campbell JC, Ghanbarpou S.  Communicating empirically-based information about risks and protection strategies to survivors of intimate partner violence.  Presented at the Annual Meeting of the American Public Health Association, Washington, DC, Nov. 2007.

**Webster DW**, Vernick JS, Bulzacchelli MT.  Association Between Regulations and Oversight of Firearm Dealers and Gun Trafficking.  Presented at the Annual Meeting of the American Society of Criminology, Atlanta, November 2007.

Campbell JC, O'Sullivan C, Roehl J, **Webster DW**, Mahoney P, White M, Eliacin J, Guertin K. What battered women know and do to protect themselves from abuse:  results and methodological

SSS-002341

challenges from the domestic violence risk assessment validation experiment. Paper presented at the 9th International Family Violence Research Conference, Portsmouth, NH, July 2005.

**Webster DW**, Vernick JS, Manganello JA, Zeoli AM.  Effects of youth-focused firearm laws on youth suicides. Paper presented at the annual meeting of the American Public Health Association, Washington, DC, November 2004.

Vernick JS, **Webster DW**, Pierce MW, Johnson SB, Frattaroli S. Judging the constitutionality of injury interventions using empirical data: The case of concealed weapons detectors. Paper presented at the annual meeting of the American Public Health Association, Washington, DC, November 2004.

Vernick JS, Lewin NL, Beilenson PL, Mair JS, Lindamood MM, Teret SP, **Webster DW**.  Using local public health powers as a tool for gun violence prevention: The Baltimore Youth Ammunition Initiative. Paper to be presented at the annual meeting of the American Public Health Association, Washington, DC, November 2004.

**Webster DW**.  Cracking down on corrupt gun dealers in Chicago: Effects on the illicit gun market. Paper presented at the annual meeting of the American Public Health Association, San Francisco, November 2003.

Campbell JC, **Webster DW**, Mahoney P, Rhoel J, O'Sullivan C. Domestic violence risk assessment and history of injury. Presented at the Annual Meeting of the American Public Health Association, San Francisco, November 2003.

Kim A, **Webster DW**.  Effects of a one-gun-a-month purchase limit on illicit gun trafficking and availability. Presented at the Annual Meeting of the American Public Health Association, San Francisco, November 2003.

Campbell JC, **Webster DW**, Chouaf K, et al. "If I can't have you, no one can": Further exploration of estrangement increasing risk of intimate partner femicide. Presented at the Annual Meetings of the American Society of Criminology, Chicago, November 2002.

Kim A, **Webster DW**.  The effects of the 1996 Maryland Gun Violence Prevention Act on Illicit Gun Markets. Presented at the Annual Meeting of Amer. Public Health Assoc., Philadelphia, Nov. 2002.

**Webster DW**, Vernick JS, Hepburn L.  The association between licensing, registration, and other gun sales laws and the state-of-origin of crime guns.  Presented at the National Association for Injury Control Research Centers meeting, Pittsburgh, May 2001.

**Webster DW**, Vernick JS, Hepburn L.  The association between licensing, registration, and other complementary gun sales laws and the state-of-origin of crime guns.  Presented at the annual meetings of the American Public Health Association, Boston, November 2000.

Campbell JC, **Webster DW**, et al.  Risk factors for intimate partner femicide among women in physically abusive relationships.  Presented at the annual meetings of the American Public Health Association, Boston, November 2000.

**Webster DW**, Vernick JS, Hepburn L.  Can comprehensive gun control and enforcement keep guns from being used in crime?  Presented at the annual meetings of the American Society of Criminology, Toronto, Ont., November 1999.

Roche K, **Webster DW**, Alexander C, Ensminger M.  Neighborhood effects on the association between parenting and youth fighting.  Presented at the American Sociological Association Annual Meetings, 1999.

**Webster DW**.  Assessing sources of data on risk factors for intimate partner homicide: Proxy respondent surveys versus police records.  Femicide Research Working Meeting, Chapel Hill NC, February 1999.

**Webster DW**, Campbell JC, Curry MA.  Issues of using proxy informants in femicide research.  Annual meetings of the American Society of Criminology, Washington DC,  November 1998.

McFarlane J, **Webster DW**, Campbell JC, Block CR, Ulrich Y.  Femicide with and without suicide by an intimate partner: A comparative analysis.  Annual meetings of the American Society of Criminology, Washington DC, November 1998.

**Webster DW**, Vernick JS, Huang K.  The effects of Maryland's law banning Saturday Night Specials on homicides. American Public Health Assoc. Annual Meeting, Washington DC, Nov. 1998.

Vernick JS, **Webster DW**, Huang K.  Maryland's 1988 law banning Saturday Night Special handguns:  Effects on intermediate outcomes.  American Public Health Association Annual Meeting, Washington DC, November 1998.

**Webster DW.**  Investigating a sudden increase in the lethality of shootings in Baltimore: A case study.  American Public Health Association Annual Meeting, Indianapolis IN, November 1997.

Freed LH, Wilson MHS, Longwell JJ, Carrese J, **Webster DW**.  Deterrent to gun carrying among incarcerated adolescent males.  Presented at the Annual Meeting of the Robert Wood Johnson Clinical Scholars Meeting, November 1998.

**Webster DW**, Kaljee L, Vernick JS, Cameron DD.  Attitudes about new law enforcement technologies and strategies for detecting concealed weapons in a high-crime urban community.  Presented at the National Institute of Justice Annual Research and Evaluation Meetings, Washington DC, July 1998.

**Webster DW**, Campbell JC.  Issues in using case-control methods in homicide research.  Annual Meetings of the American Society of Criminology, San Diego CA, November 1997.

**Webster DW.**  Methodological challenges to evaluating the Brady Law.  Annual Meetings of the Homicide Research Working Group, Shepherdstown, WV, June 9 1997.

**Webster DW.**  Modifying guns tor reduce child and adolescent mortality: A Risk Analysis.  American Public Health Association Annual Meeting, New York, November 1996.

**Webster DW.**  School-based efforts to reduce adolescent violence.  Presented at Children Harmed and

Harmful:  Risks and Risk-Taking Among 10-15 Year-Olds, Working Conference.  Chicago, September 1994.

**Webster DW.**  Tackling the problem of gun carrying among youth:  Behavior change vs. environmental change.  Paper presented at the National Conference on Risk-Taking Behaviors Among Children and Adolescents.  Arlington, VA, June 1994.

**Webster DW.**  Individual vs. community perspective on the study and prevention of youth weapon carrying.  Public Health Service Annual Professional Meetings, Baltimore, MD, April 1994.

**Webster DW**, Wilson MEH.  The role of primary care pediatricians in preventing firearm injuries to children and youth.  Johnson & Johnson Pediatric Institute Conference on the Pediatrician's Role in Violence Prevention, Dulles, VA, March 1994.

**Webster DW**, Gainer PS, Champion, HR.  Determinants of weapon carrying within a sample of inner city junior high school students.  Paper to be presented at the American Public Health Association Annual Meetings, Washington, DC, November 1992.

**Webster DW.**  Short-term effects of a primary prevention program for youth violence.  American Psychiatric Association Annual Meetings, Washington, DC, May 1992.

**Webster DW**, Sykes L, Champion HR, Gainer PS.  The effects of Washington D.C.'s epidemic of gun violence on trauma center admissions and wound profiles.  American Public Health Association Annual Meetings, Atlanta, GA, November 1991.

Champion HR, Oschner MG, **Webster DW.**  A retrospective review of over 300 abdominal gunshot wounds at an urban Level I trauma center.  International Society of Surgery Conference, Stockholm, Sweden, August 1991.

Wilson MEH, **Webster DW**, Duggan AK, Pakula LC.  Firearm injury prevention counseling:  are pediatricians and parents ready?  American College of Physicians Annual Meetings, April 1991.

**Webster DW**, Wilson MEH, Duggan AK.  Parental beliefs and practices concerning firearm injury prevention.  American Public Health Association Annual Meetings, New York, October 1990.

**Webster DW**, Wilson MH, Duggan AK. Determinants of pediatrician firearm injury prevention counseling practices. American Public Health Assoc. Annual Meetings, New York, October 1990.

**Webster DW**, Wilson MH, Duggan AK. Pediatrician attitudes and practices concerning firearm injury prevention counseling. Amer. Pediatric Soc./Soc. Pediatric Research Meetings, Chicago, 1990.

Waller AE, **Webster DW**, Baker SP.  Homicide and suicide among children, United States, 19801985.  American Public Health Association Annual Meeting, Chicago, October 1989.

Keyl PM, **Webster DW**, Smith GS, Baker SP.  The effect of Maryland's seat belt law on fatality risks.  SAE Conference on the Evaluation of Trends in Auto Safety, National Highway Traffic Safety Administration, Washington, DC, May 1989.

*Invited Presentations / Seminars / Webinars*

Public Health Models and Evidence to Guide the Prevention of Gun Violence.  2nd Annual Sarah and Erin Braner Endowed Lecture for the Department of Pediatrics at Oregon Health and Science University's (OHSU) Doernbecher Children's Hospital, Portland. November 2019.

A Roadmap for Reducing Gun Violence in America.  28th Annual Herbert Lourie Memorial Lecture on Health Policy, Maxwell School of Citizenship and Public Affairs, Syracuse University, Oct. 2016.

Gun Violence in America: How Culture and Politics Shape Our Response.  Public Health Models for Reducing Gun Violence. 22nd Annual Rosemary Flanigan Lecture, Center for Practical Bioethics, KU School of Medicine, The University of Kansas, August 2016.

Lessons from Baltimore's Safe Streets Program on Community Efforts to Reduce Gun Violence. National Academies of Science, Engineering, and Medicine Workshop on Community Violence Prevention.  Brooklyn, NY, June 16, 2016.

Effects of Extending Background Check Requirements to Firearm Sales by Private Gun Owners. White House meeting for state and local officials on strategies to reduce gun violence.  Washington, DC, May 24, 2016.

Priorities for Advancing Research on Gun Violence.  American Association for the Advancement of Science Forum on Science and Technology Policy, Washington, DC, April, 2016.

Evidence to Guide Public Health Efforts to Reduce Gun Violence.  Keynote presentation at Gun Violence: A Public Health Crisis Symposium, Washington University of St. Louis, April 5, 2016.

Effects of drug law enforcement practices on gun violence in Baltimore, 2003-2015.  Presentation at 2016 National High-Intensity Drug Trafficking Areas Conference, Washington, DC, Feb. 18, 2016.

Public health approaches to reducing gun violence in America.  Presentation at Moving from Crisis to Action: A Public Health Approach to Reducing Gun Violence, Mother Emanuel A.M.E. Church, Charleston, SC, Dec. 4, 2015.

Evidence on policies to keep guns from high-risk individuals.  The Brady Center for Gun Violence Prevention and the American Public Health Association's Summit. Washington, DC, Oct. 27, 2015.

Charting a Course Toward Fewer Gun Deaths in America. National Public Health Week Grand Rounds Lecture, Drexel University, School of Public Health, Philadelphia, April 8, 2015.

Evidence to Guide Gun Violence Prevention in America.  National Public Health Week Grand Rounds, University of Delaware, Newark, DE, April 6, 2015

Research on Policies to Keep Firearms from Dangerous People.  Forum on Gun Violence Prevention. American Public Health Association and Brady Campaign to Prevent Gun Violence.  Washington, DC, March 2, 2015.

Why Collective Efficacy Makes us Safer than "Good Guys with Guns." Q Commons Baltimore. Baltimore. February 26, 2015.

Evidence that State Gun Policies Can Reduce Gun Availability to Criminals and Gun Violence. Gun Violence Prevention Summit for State Legislators, Arlington, VA, December 9, 2014.

Opportunities and Challenges for Prosecutors Combatting Gun Violence in America. Keynote presentation to the first meeting of Prosecutors Against Gun Violence, Atlanta, Oct. 21, 2014.

Evidence-Based Strategies to Reduce Gun Violence in America. Presentation as part of the Distinguished Guest Faculty Seminars, University of Michigan Injury Research Center, Ann Arbor, Oct. 21, 2014.

Evidence-Based Strategies for Reducing Gun-Related Violence and Injuries Among Youth.  Grand Rounds Presentation, Department of Pediatrics and Adolescent Medicine, Johns Hopkins University, School of Medicine.  Sept. 24, 2014.

America's Path to Fewer Gun Deaths.  Presented at TEDMED Conference, Washington, DC, Sept. 10, 2014.

Evidence-Based Policies to Reduce Gun Violence in America.  George Mason University, Center for Evidence-Based Crime Policy's 2014 Symposium, June 23, 2014.

Using Research Evidence to Strengthen Maryland's Gun Laws.  Mid-Atlantic Public Health Grand Rounds, Johns Hopkins Bloomberg School of Public Health, June 18, 2014.

Evidence to Support Efforts to Reform America's Gun Laws. The Brady Campaign Summit. Washington, DC, November 2013.

A Way Forward for Policies to Reduce Gun Violence in America. Invited to be a William J. Clinton Distinguished Lecturer for the Clinton School of Public Service, University of Arkansas, Little Rock, Sept. 10, 2013.

Public Health Approaches to Reducing Gun Violence.  The Group Dynamics Seminar Series, Institute for Social Research, University of Michigan, Ann Arbor, MI, October 7, 2013.

Preventing Intimate Partner Homicides by Keeping Firearms from Perpetrators of Domestic Violence. Summit on Civil Protection Orders, National Council of Juvenile and Family Court Judges, Washington, DC, June 2013.

Data and Informatics needs for gun violence prevention research. Webinar for the Public Health Informatics Working Group for the American Medical Informatics Association. June 2013.

Webinar: Gun Violence: The Healthcare Providers Role in Prevention, National Healthcare Collaborative on Violence and Abuse., June 2013.

SSS-002346

Firearm Policy and Gun Violence Prevention.  Webinar for California Public Health Grand Rounds, May 2013.

Public Health Interventions to Reduce Gun Violence to Youth.  Keynote session, Pediatric Academic Societies Annual Meeting, May 2013.
Priorities for a Public Health Research Agenda to Reduce the Threat of Firearm-Related Violence: Workshop.  Institute of Medicine, Washington, DC, April 2013.

Preventing Violence with Policies to Keep Guns from High-Risk People. George Washington University, School of Public Health, Forum – From Dialogue to Action: Preventing Gun Violence, April 5, 2013.

Research to Inform Policies to Keep Guns from High Risk People.  The United States General Accountability Office, April 3, 2013.

Policy Priorities for Reducing Youth Gun Violence: A Way Forward.  Semi-annual meeting of the Maternal and Child Health Section of the American Public Health Association, February 2013.

Importance of Assessing Threats to Study Validity: Cautions About Applying Questionable Evidence to Policies and Programs to Reduce Violence. Evidence for Violence Prevention Across the Lifespan and Around the World: A Workshop of the Forum on Global Violence Prevention, Institute of Medicine, Washington, DC, January 23-24, 2013.

Preventing Gun Violence to Youth.  Keynote presentation, King Holiday Celebration, Martin Luther King, Jr. Center for Non-Violence, New York, NY, January 2013.

Changing the Code of the Street in Baltimore's Most Violent Neighborhoods: Evaluation of a CeaseFire-like Intervention.  Patricia F. Waller Lecture. University of North Carolina, October 2012.

Reducing Risk for Reassault of Victims of Intimate Partner Violence. Network for Public Health Law's Eastern Region Symposium.  University of Maryland Law School, Baltimore, June 26, 2012.

Firearm Seller Accountability Measures and the Diversion of Guns to Criminals.  Congressional briefing organized by George Mason University's Center for Evidence Based Crime Policy, Washington, DC, February 2012.

Research with Victims of Intimate Partner Violence:  Risks, Benefits, and Safety Strategies.  Plenary session, Advancement of Ethical Research Conference, National Harbor, MD, December 2011.

Evaluating Baltimore's Replication of Chicago's CeaseFire Program:  Effects on Youth Attitudes and Gun Violence.  Centers for Disease Control and Prevention, Atlanta, January 7, 2010.

Public Health Approaches to Gun Violence Prevention.  Conference on Promoting Community Safety and Preventing Violence: Integrating Lessons from Research and Practice.  Ohio State University, Columbus, OH, June 2009.

SSS-002347

Keys to States Keeping Guns From Criminals and Reducing Gun Violence.  Meeting of State Legislators Against Gun Violence, Gracie Mansion, New York, May 8, 2009.

Effects of Baltimore's Safe Streets Program: A Public Health Approach to Reducing Gun Violence. Trauma Seminar Series, Johns Hopkins Hospital, March 2009.

Effective Strategies for Combating Illegal Guns and Gun Violence.  Roundtable on Gun Violence Prevention, International Association of Chiefs of Police, Chicago, IL, November 2008.

Research Supporting the Lethality Assessment Program.  Maryland Judicial Conference, Linthicum Heights, MD, June 20, 2008.

Evidence-Based Strategies for Reducing Illegal Guns and Gun Violence.  Seminar for the Baltimore Police Department Command Staff Training, Baltimore, May 22, 2008.

Preventing Gun Violence.  Invited seminar for the Baltimore City Circuit Court Judges, April 2008.

How Cities Can Reduce Gun Violence.  Mid-Atlantic Regional Meeting, Mayors Against Illegal Guns, March 2007.Strategies to Reduce Illegal Gun Trafficking.  Harvard Injury Control Research Center, January 2007.

Expert Panel, Midwest meeting of Mayors Against Illegal Guns, Chicago, October 2006.

Expert Panel for Mayors Against Illegal Guns Summit.  New York, April 2006.

Promising Approaches for Violence Prevention.  Association of Baltimore Area Grantmakers, Baltimore, March 2006.

Evidence of the Effectiveness of Gun Policies.  Graduate Seminar in Injury Research and Policy, Johns Hopkins Bloomberg School of Public Health, February 2004.

Recent Research on Gun Violence Prevention.  Seminar at the 2003 Child Advocacy Leadership Institute, Advocates for Children and Youth, Washington, DC, November 2003.

Gun Policy: Understanding the Research and Defending the Data.  Seminar at 2002 Child Advocacy Leadership Institute, National Association of Child Advocates, Washington, DC, November 2002.

Preventing Gun Violence Among Youth.  Seminar for the University of Maryland Journalism Fellowship in Child and Family Policy, Washington, DC, November 2002.

Opportunities for Preventing Gun Violence in the U.S.  Robert W. Leraas Lecture, St. Olaf College, Northfield MN, October 2002.

The Impact of Gun Safe Storage Laws on Firearm Mortality Risks among Youth.  National Academy of Sciences, Institute of Medicine Meeting on Youth and Gun Violence. Washington, DC, Sept 2002.

Recent Research on the Effectiveness of Gun Policies.  Citizens' Conference to Stop Gun Violence. Arlington, VA, February 2002.

How Criminally-Involved Youth Obtain Their Guns.  Citizens' Conference to Stop Gun Violence. Arlington, VA, February 2002.

The Role of Alcohol in Interpersonal Violence.  Johns Hopkins University, Center for Injury Research and Policy Seminar, October 2001.

Risk Factors for Near Fatal Intimate Partner Assaults.  Johns Hopkins University, Department of Mental Hygiene's Seminar Series on Violence Research, September 2001.

Effects of child access prevention gun laws on unintentional gun deaths to children.  Presented at the annual meeting of the Handgun Epidemic Lowering Plan (HELP) Network, Atlanta, April 2001.

Public health models for reducing gun violence.  Grand rounds presentation at George Washington University School of Medicine, Washington, DC, April 2000.

Methodological challenges to studying risk factors for intimate partner homicide.  Seminar for the Center for Injury Research and Policy, Johns Hopkins School of Public Health, March 1999.

School-based interventions to reduce youth violence: Do our programs fit the problem?  Annual conference of Maryland State School Health Council, Ocean City MD, April 1998.

The role of health professionals in the prevention of youth violence.  Continuing medical education seminar at Bethesda Memorial Hospital, Boynton Beach, FL, February 1998.

Determinants of youth violence and scientific support for interventions.  Best Practices in Adolescent Health Conference, Annapolis MD, May 1996.

Media advocacy and public health: A case study of a campaign to increase support for handgun restrictions.  Johns Hopkins University School of Public Health Seminar, April 1995.

The evaluation of the policy program of the California Wellness Foundation's Violence Prevention Initiative, MPH Seminar, November 1995.

The limitations of skill-focused conflict resolution curricula for reducing youth violence.  Handgun Epidemic Lowering Plan (HELP) Network Annual Meeting.  Chicago, September 1994.

Promising public health approaches to violence prevention.  Presentation to the Board of Directors, Physicians for Social Responsibility, Bethesda, MD, March 1994.

The ability of gun laws to reduce deaths and injuries.  Presentation to the Maryland State Office of Strategic Drug Enforcement Coordination, Columbia, MD, January 1994.

The limitations of conflict resolution curricula for adolescents.  National Symposium on Violence, Safety, and Health in Urban Schools.  Sponsored by the Council of Great City Schools, Washington, DC, December 1993.

The role of public health in violence prevention.  JHU Seminar sponsored by the Department of Mental Hygiene and The Injury Prevention Center, December 1993.

Research on Strategies to Prevent Youth Violence. Creative Solutions to Problem of Urban Violence. Symposium sponsored by the Baltimore Urban League and the YMCA. Baltimore, April 6, 1993.

Public Health Professionals' Role in Reducing Injuries from Violence.  Preventive Medicine in Minority Communities:  First or Last Resort?  Symposium sponsored by the Student National Medical Association of The Johns Hopkins School of Medicine.  Baltimore, MD, April 3, 1993.

Health Professionals' Role in Limiting Children's Access to Firearms.  Surgeon General's Invitational Workshop.  Keeping Kids Safe:  Strategies for Preventing Violence and Injury, Columbia, MD, November 19, 1992.

A Legislative Agenda for Violence Reduction.  Consortium of Virginia Urban Municipalities, Williamsburg, VA, July 10, 1992.

Keynote Address:  The epidemiology of violence and public health approaches to the problem.  13th Annual Institute of the Virginia Organization of Health Care Social Workers, Richmond, June 1992.

*Research Objectives*
To study the causes and prevention of interpersonal and self-inflicted violence and associated injuries; to study the effectiveness interventions intended to reduce severe forms of violence; to develop and assess instruments designed to assess the risk for future violence.

*Keywords* violence, violence prevention, firearm injuries, gun policy, domestic violence, substance abuse

*Community Involvement*:
Coach, Bethesda-Chevy Chase Baseball Youth League 2001- 2010.

Served as Co-Chair of Social Justice Committee and as a member of the Board of Trustees at Temple Emanuel, Kensington, MD, 2004- 2007.