Ex. YY

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE WESTERN DISTRICT OF TEXAS

 3                     SAN ANTONIO DIVISION

 4   HOLCOMBE, et al.,            )
                                  )
 5        Plaintiffs,             )
                                  )
 6   vs.                          ) Civil Action No.
                                  )
 7   UNITED STATES OF AMERICA,    ) 5:18-CV-00555-XR
                                  )
 8        Defendant.              ) (Consolidated cases)

 9

10

11           REMOTE ORAL VIDEOTAPED DEPOSITION

12                 UNITED STATES OF AMERICA

13             BY ITS CORPORATE REPRESENTATIVE

14                    JAMES KEVIN POORMAN

15                  Thursday, July 9, 2020

24   Reported by:

25   Rebecca Callow, RMR, CRR, RPR
```

                                                        132

1   dangerous felons, the better decision they can make
2   in preventing individuals who shouldn't have
3   firearms from getting them?
4       A.   Yes.
5            MR. STERN:  Objection.
6       BY MR. JACOB:
7       Q.   Would you agree with me that when
8   government agencies fail to share criminal history
9   on dangerous felons, they unnecessarily expose the
10  public to an increased risk of gun violence?
11           MR. STERN:  Objection.
12      A.   I don't know that I -- that we agree that
13  it exposes the public to gun violence.  That -- I
14  can explain what I mean by that if that's -- if ...
15      BY MR. JACOB:
16      Q.   Sure.  Would you mind explaining?
17      A.   Yeah.
18              The -- so exposing to gun violence
19  is -- "exposed" to me, is a verb, and it sounds like
20  a causative, I guess, in that, in sorting through
21  this, I think we see -- at least "we" in
22  discussion -- acts of commission and acts of
23  omission.
24              And the way that's phrased would come
25  across to me as an act of commission, that there's

                                                          133
1  some contribution, if you will, to the ability.  I
2  think it's an act omission.
3              I think it perhaps didn't mitigate the
4  ability to get a weapon, certainly didn't mitigate
5  the ability to get a weapon from a federal
6  firearms -- licensed federal firearms dealer.
7              It didn't fully mitigate the inability
8  to get a weapon, but it didn't provide the FBI what
9  they needed, if a call is made, that would have
10 resulted in the weapon not being sold.  But, again,
11 I see -- that's an act of omission.
12             And so "exposed," I'm sorry, I take
13 exception with that word in there.  But, again, it
14 sounded like more of an action verb to me, and I
15 don't -- I don't think we contributed or failure
16 contributes in an active way to that.  Over.
17             (Pause in proceedings.)
18             THE WITNESS:  Is someone still there?
19 I'm sorry.
20             MS. SANDERS:  We're still here.
21    BY MR. JACOB:
22    Q.   Sir, can you hear me?
23    A.   Okay.  It just was a long -- long silence.
24 I thought it was a disconnect or something.
25    Q.   I think we're talking past each other on