# Ex. I

**In the Matter Of:**

HOLCOMBE vs UNITED STATES of AMERICA

5:18-cv-00555-XR

**EMILY WILLIS**

*May 26, 2020*



800.211.DEPO (3376)
*EsquireSolutions.com*

1            UNITED STATES DISTRICT COURT

2          FOR THE WESTERN DISTRICT OF TEXAS

3

4   JOE HOLCOMBE, et al.,

5                    Plaintiff,

6   vs.                              Civil Action No:
                                       5:18-cv-00555-XR
7   UNITED STATES OF AMERICA,

8                    Defendant.
    _____
9

10

11

12         REMOTE VIDEOTAPED DEPOSITION OF

13                  EMILY WILLIS

14

15                 May 26, 2020

16                  10:00 a.m.

17

18

           Remote Videotaped Proceedings
19          Colorado Springs, Colorado

20

21

22

23

24

     Cynthia Gage, B.S., M.A., California CSR No. 10492
25       Notary Public in and for the State of Colorado



Case 5:18-cv-00555-XR   Document 286-1   Filed 10/02/20   Page 4 of 5
EMILY WILLIS                                          May 26, 2020
HOLCOMBE vs UNITED STATES of AMERICA                        68

1  anger problems that in my opinion he had, I think at

2  that time I definitely could have seen him lashing

3  out in that sense.

4  BY MS. KRIEGER:

5     Q    Were you surprised when you heard about the    11:54:09

6  shooting at the church in Texas?

7     A    Yes.

8     Q    Why were you surprised?

9     A    Um, I guess that not just a daily thing that

10 happens.  So there's obviously like that initial    11:54:27

11 shock.  But I guess the more that I thought about it,

12 I guess it made sense that it was him.

13    Q    Do you believe that if Devin had asked

14 Danielle to purchase a weapon for him, how do you

15 think she would have responded?    11:54:56

16       MR. SCHREIBER:  Calls for speculation.

17 Objection.

18       THE WITNESS:  Um, in my opinion, when Devin

19 wanted something from Danielle, she would do whatever

20 it took to make him happy.  I don't particularly    11:55:13

21 think that if she would have known what was going to

22 happen with the firearm she would have done it.  But

23 if it was like an everyday type of question, I guess

24 I could see her doing it.  Buying the gun.  I'm

25 sorry.    11:55:36



```
 1   BY MS. KRIEGER:

 2       Q    So just to be clear if Devin had asked

 3   Danielle to purchase a weapon, do you think that

 4   Danielle would have purchased it for him?

 5            MR. SCHREIBER:  Objection.  Calls for          11:55:46

 6   speculation.

 7            THE WITNESS:  Um, yes.  Um, just to add on

 8   to that, in my opinion if she knew what it was going

 9   to be used for, I don't think she would have.  But

10   yes.                                                   11:55:59

11   BY MS. KRIEGER:

12       Q    While you were living with the Kelleys, how

13   did Devin treat you?

14       A    Um, kind of just like another person living

15   there.  I think he saw that I was not someone that    11:56:17

16   can be manipulated, so I don't think that he tried.

17   I think he just kind of let me live there, um, if

18   that makes sense, Um, kind of like as a passing by

19   person, if that makes sense.

20            MR. SCHREIBER:  Can you repeat that?  Mine    11:56:40

21   cut out.

22            THE WITNESS:  Yes, sir.

23            He just treated me as if I was like a

24   passing by person.  Like there was never any

25   aggressive really towards me or never any like        11:56:50
```

