UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Joe Holcombe, *et. al.*,
    Plaintiffs,

    v.

United States of America,
    Defendant.

Civil Action No. SA-18-CV-00555-XR
(Consolidated cases)

**DEFENDANT'S AMENDED DESIGNATION OF TESTIFYING DAMAGES EXPERTS**

    Defendant United States of America, pursuant to Fed. R. Civ. P. 26(a)(2) and the Court's

Amended Scheduling Order, hereby designates the following testifying expert witnesses related

to damages in the above titled and referenced case:

  **I.**    **Retained Experts:**

    1.  Evan Appelbaum, M.D.
        200 Boylston Street, Suite A309
        Chestnut Hill, MA 02467

    Dr. Evan Appelbaum is a licensed physician specializing in cardiology. Dr. Appelbaum

will provide testimony in accordance with his report regarding cardiac injuries and/or conditions

of certain Plaintiffs. His report may also rebut cardiac opinions asserted by Plaintiffs' experts.

These expert opinions are based on his skill, knowledge, training, education, and professional

judgment. Dr. Appelbaum's expert opinions, supporting documents, CV, and list of testimony

and depositions for the last four years will be provided. Dr. Appelbaum is being compensated at

the rate of $650.00 per hour for file review, $1,100.00 per hour for attendance at deposition, and

$1,700.00 per day for attendance at trial. Dr. Appelbaum reserves the right to supplement his

report if more information becomes available.

2. Steven Berkowitz, M.D.
   Anschutz Medical Campus, Building 500
   13001 E. 17th Place, Campus Box F546 AMC
   Aurora, CO 80045

Dr. Steven Berkowitz is a psychiatrist who will potentially provide rebuttal testimony regarding any recommendations made for psychoactive medications, the nature, the course, the length of time and alternative treatments offered in this area should these issues arise for children, adolescents, and adults. His expert opinions are based on his skill, knowledge, training, education, and professional judgment. Dr. Berkowitz's expert opinions, supporting documents, CV, and list of testimony and depositions for the last four years will be provided. Dr. Berkowitz is being compensated at the rate of $500.00 per hour for file review, $750.00 per hour for attendance at deposition, and $5,000.00 per day for attendance at trial.

3. Richard G. Bowman, M.D.
   466 Bedford Road
   Armonk, NY 10504

Dr. Richard G. Bowman is a certified Life Care Planner and is a board-certified physician in the field of Physical Medicine and Rehabilitation and Pain Medicine. Dr. Bowman will provide testimony in accordance with his report regarding life care plans for certain Plaintiffs. His reports also rebut certain opinions asserted by Plaintiffs' Life Care Planners. His expert opinions are based on his skill, knowledge, training, education, and professional judgment. Dr. Bowman's expert opinions, supporting documents, CV, and list of testimony and depositions for the last four years will be provided.  Dr. Bowman is being compensated at the rate of $500.00 per hour for file review and attendance at deposition, and $5,000.00 per day for attendance at trial. Dr. Bowman reserves the right to supplement his report if more information becomes available.

4.  William O. Brant, M.D.
    1943 E 1700 S.
    Salt Lake City, UT 84108

Dr. William O. Brant is a licensed physician specializing in Urology. Dr. Brant will

provide testimony in accordance with his report regarding urological injuries and/or conditions

alleged to have been suffered by Plaintiffs Juan Macias and Kris Workman. His expert opinions

are based on his skill, knowledge, training, education, and professional judgment. Dr. Brant's

expert opinions, supporting documents, CV, and list of testimony and depositions for the last

four years will be provided. Dr. Brant is being compensated at the rate of $700.00 per hour for

file review, $800.00 per hour for attendance at deposition, and $1,000.00 per hour for attendance

at trial. Dr. Brant reserves the right to supplement his report if more information becomes

available.

5.  Jennifer Canter, M.D.
    466 Bedford Rd.
    Armonk, NY 10504

Dr. Jennifer Canter is a pediatrician and physician Life Care Planner. Dr. Canter will

provide testimony in accordance with her reports regarding life care plans for certain Plaintiffs.

Her reports also rebut certain opinions asserted by Plaintiffs' Life Care Planners. Her expert

opinions are based on her skill, knowledge, training, education, and professional judgment.

Dr. Canter's expert opinions, supporting documents, CV, and list of testimony and depositions

for the last four years will be provided.  Dr. Canter is being compensated at the rate of $500.00

per hour for file review and attendance at deposition, and $5,000.00 per day for attendance at

trial. Dr. Canter reserves the right to supplement her report if more information becomes

available.

6. Danielle Becker, M.D.
   1445 Wagar Avenue
   Lakewood, Ohio 44107

Dr. Danielle Becker is a Board Certified Neurologist replacing the designated Board Certified Neurologist Dr. Julio Chalela in this case. Dr. Danielle Becker will provide testimony in accordance with her report regarding neurological injuries and/or conditions of certain Plaintiffs. Her reports may also rebut opinions asserted by Plaintiffs' experts. Her expert opinions are based on her skill, knowledge, training, education, and professional judgment. Dr. Becker's expert opinions, supporting documents, CV, and list of testimony and depositions for the last four years will be provided. Dr. Becker is being compensated at the rate of $600.00 per hour for file review, $800.00 per hour for attendance at deposition, and $8,000.00 per day for attendance at trial. Dr. Becker reserves the right to supplement her report if more information becomes available.

7. Christopher S. Cooper, M.D.
   4707 Canterbury Court
   Iowa City, IA 52245

Dr. Christopher D. Cooper is a Board Certified Pediatric Urologist. Dr. Cooper will provide testimony in accordance with his report regarding urologic injuries suffered by Ryland Ward. His expert opinions are based on his skill, knowledge, training, education, and professional judgment. Dr. Cooper's expert opinions, supporting documents, CV, and list of testimony and depositions for the last four years will be provided. Dr. Cooper is being compensated at the rate of $750.00 per hour for file review, $4000 per day for attendance at deposition, and $8,500.00 a day for attendance at trial. Dr. Cooper reserves the right to supplement his report if more information becomes available.

8. Michael J. Kosnett M.D.
   4495 Hale Parkway, Suite 301
   Denver, CO 80220

Dr. Michael J. Kosnett is a Board Certified Toxicologist. Dr. Kosnett will provide testimony in accordance with his reports regarding any lead poisoning and lead toxicity suffered by certain Plaintiffs. His expert opinions are based on his skill, knowledge, training, education, and professional judgment. Dr. Kosnett's expert opinions, supporting documents, CV, and list of testimony and depositions for the last four years will be provided. Dr. Kosnett is being compensated at the rate of $630.00 per hour for file review and attendance at trial and $2,800.00 per day for attendance at deposition. Dr. Kosnett reserves the right to supplement his report if more information becomes available.

9. Samuel M. Lundstrom, Ph.D.
   600 Longwater Drive, Suite 104
   Norwell, MA 02061

Dr. Samuel M. Lundstrom will provide testimony in accordance with his reports regarding the economic damages alleged to have been suffered by Plaintiffs. His reports also rebut certain opinions asserted by Plaintiffs' experts. His expert opinions are based on his skill, knowledge, training, education, and professional judgment. Dr. Lundstrom's expert opinions, supporting documents, CV, and list of testimony and depositions for the last four years will be provided. Dr. Lundstrom is being compensated at the rate of $825.00 per hour for file review, attendance at deposition and attendance at trial. Dr. Lundstrom reserves the right to supplement his report if more information becomes available.

10. Amy MacKenzie, Ph.D.
    110 N. College Ave., #1118
    Tyler, TX 75702

Dr. Amy MacKenzie is a Certified Life Care Planner. Dr. MacKenzie will provide

testimony in accordance with her report regarding life care plans for certain Plaintiffs. Her

reports also rebut certain opinions asserted by Plaintiffs' Life Care Planners. Her expert opinions

are based on her skill, knowledge, training, education, and professional judgment.

Dr. MacKenzie's expert opinions, supporting documents, CV, and list of testimony and

depositions for the last four years will be provided. Dr. MacKenzie is being compensated at the

rate of $275.00 per hour for file review, attendance at deposition and attendance at trial.

Dr. MacKenzie reserves the right to supplement her report if more information becomes

available.

11. Benzel MacMaster, M.D.
    8220 Walnut Hill Lane
    Suite 310
    Dallas, TX 75231

Dr. Benzel MacMaster is a Board Certified Orthopedic Surgeon. Dr. MacMaster will

provide testimony in accordance with his report regarding orthopedic injuries and/or conditions

suffered by certain Plaintiffs. His report may also rebut certain opinions asserted by Plaintiffs'

orthopedic experts. His expert opinions are based on his skill, knowledge, training, education,

and professional judgment. Dr. MacMaster's expert opinions, supporting documents, CV, and

list of testimony and depositions for the last four years will be provided. Dr. MacMaster is being

compensated at the rate of $600.00 per hour for file review, $1,000.00 per hour for attendance at

deposition and $5,000.00 per day for attendance at trial. Dr. MacMaster reserves the right to

supplement his report if more information becomes available.

12. Brian P. Marx, Ph.D.
    150 South Huntington Ave.
    Boston, MA 02130

Dr. Brian P. Marx, the Deputy Director of the Behavioral Science Division for the National Center for Post-Traumatic Stress Disorder, will provide testimony in accordance with his reports regarding the psychological injuries and/or conditions alleged to have been suffered by certain Plaintiffs. Additionally, these reports may include rebuttals of certain opinions asserted by Plaintiffs' experts. His expert opinions are based on his assessment of the Plaintiffs, and his skill, knowledge, training, education, and professional judgment. Dr. Marx's expert opinions, supporting documents, CV, and list of testimony and depositions for the last four years will be provided. Dr. Marx is being compensated at the rate of $400.00 per hour for file review, attendance at deposition and attendance at trial. Dr. Marx reserves the right to supplement his report if more information becomes available.

The following 9 experts are designated as testifying experts in their own right, but are part of Dr. Marx's assessment team. They have conducted assessments of various Plaintiffs and will provide reports regarding those assessments. Those reports are written under the guidance and assistance of Dr. Marx. Those assessments were also conducted in accordance with the protocols developed by Dr. Marx.

12(a).  Anthony Annunziata, Ph.D.
        150 South Huntington Ave., 116B-4
        Boston, MA 02130

Dr. Anthony Annunziata is a clinical psychologist. Dr. Annunziata will provide testimony in accordance with his assessments/reports regarding the psychological damages alleged to have been suffered by certain Plaintiffs. His expert opinions are based on his assessment of certain Plaintiffs, and his skill, knowledge, training, education, and professional judgment.

Dr. Annunziata's expert opinions, supporting documents, CV, and list of testimony and depositions for the last four years will be provided. Dr. Annunziata is being compensated at the rate of $250.00 per hour for file review and $350.00 per hour for attendance at deposition and attendance at trial. Dr. Annunziata reserves the right to supplement his report if more information becomes available.

      12(b).  Stephanie Larew, Ph.D.
               150 South Huntington Ave., 13B-56
               Boston, MA 02130

Dr. Stephanie Larew is a clinical psychologist. Dr. Larew will provide testimony in accordance with her assessments/reports regarding the psychological damages alleged to have been suffered by certain Plaintiffs. Her expert opinions are based on her assessment of certain Plaintiffs, and her skill, knowledge, training, education, and professional judgment. Dr. Larew's expert opinions, supporting documents, CV, list of testimony and depositions for the last four years will be provided. Dr. Larew is being compensated at the rate of $200.00 per hour for file review and $300.00 per hour for attendance at deposition and attendance at trial. Dr. Larew reserves the right to supplement her report if more information becomes available.

      12(c).  Nikki Frousakis, Ph.D.
               5901 E 7th Street
               Long Beach, CA 90822

Dr. Nikki Frousakis is a clinical psychologist. Dr. Frousakis will provide testimony in accordance with her assessments/reports regarding the psychological damages alleged to have been suffered by certain Plaintiffs. Her expert opinions are based on her assessment of certain Plaintiffs, and her skill, knowledge, training, education, and professional judgment. Dr. Frousakis' expert opinions, supporting documents, CV, and list of testimony and depositions for the last four years will be provided. Dr. Frousakis is being compensated at the rate of $250.00

per hour for file review and $350.00 per hour for attendance at deposition and attendance at trial. Dr. Frousakis reserves the right to supplement her report if more information becomes available.

> 12(d).  Kelly Harper, Ph.D.
>          150 South Huntington Ave.
>          Boston, MA 02130

Dr. Kelly Harper is a clinical psychologist. Dr. Harper will provide testimony in accordance with her assessments/reports regarding the psychological damages alleged to have been suffered by certain Plaintiffs. Her expert opinions are based on her assessment of certain Plaintiffs, and her skill, knowledge, training, education, and professional judgment. Dr. Harper's expert opinions, supporting documents, CV, and list of testimony and depositions for the last four years will be provided. Dr. Harper is being compensated at the rate of $200.00 per hour for file review and $300.00 per hour for attendance at deposition and attendance at trial. Dr. Harper reserves the right to supplement her report if more information becomes available.

> 12(e).  Daniel Lee, Ph.D.
>          150 South Huntington Ave., 116B-4
>          Boston, MA 02130

Dr. Daniel Lee is a clinical psychologist. Dr. Lee will provide testimony in accordance with his assessments/reports regarding the psychological damages alleged to have been suffered by certain Plaintiffs. His expert opinions are based on his assessments of certain Plaintiffs, and his skill, knowledge, training, education, and professional judgment. Dr. Lee's expert opinions, supporting documents, CV, and list of testimony and depositions for the last four years will be provided. Dr. Lee is being compensated at the rate of $250.00 per hour for file review, attendance at deposition and attendance at trial. Dr. Lee reserves the right to supplement his report if more information becomes available.

12(f).   Alexandria Miller, Ph.D.
          150 South Huntington Ave.
          Boston, MA 02130

Dr. Alexandria Miller is a clinical psychologist. Dr. Miller will provide testimony in accordance with her assessments/reports regarding the psychological damages alleged to have been suffered by certain Plaintiffs. Her expert opinions are based on her assessment of certain Plaintiffs, and her skill, knowledge, training, education, and professional judgment. Dr. Miller's expert opinions, supporting documents, CV, and list of testimony and depositions for the last four years will be provided. Dr. Miller is being compensated at the rate of $150.00 per hour for file review and $250.00 per hour for attendance at deposition and attendance at trial. Dr. Miller reserves the right to supplement her report if more information becomes available.

12(g).   Alora Rando, Ph.D.
          150 South Huntington Ave.
          Boston, MA 02130

Dr. Alora Rando is a clinical psychologist. Dr. Rando will provide testimony in accordance with her assessments/reports regarding the psychological damages alleged to have been suffered by certain Plaintiffs. Her expert opinions are based on her assessment of certain Plaintiffs, and her skill, knowledge, training, education, and professional judgment. Dr. Rando's expert opinions, supporting documents, CV, and list of testimony and depositions for the last four years will be provided. Dr. Rando is being compensated at the rate of $150.00 per hour for file review and $250.00 per hour for attendance at deposition and attendance at trial. Dr. Rando reserves the right to supplement her report if more information becomes available.

12(h).   Kaitlyn Gorman Wellcome, Ph.D.
          150 South Huntington Ave.
          Boston, MA 02130

Dr. Kaitlyn Gorman Wellcome is a clinical psychologist. Dr. Gorman Wellcome will provide testimony in accordance with her assessments/reports regarding the psychological

damages alleged to have been suffered by certain Plaintiffs. Her expert opinions are based on her assessment of certain Plaintiffs, and her skill, knowledge, training, education, and professional judgment. Dr. Gorman Wellcome's expert opinions, supporting documents, CV, and list of testimony and depositions for the last four years will be provided. Dr. Gorman Wellcome is being compensated at the rate of $150.00 per hour for file review and $250.00 per hour for attendance at deposition and attendance at trial. Dr. Gorman Wellcome reserves the right to supplement her report if more information becomes available.

> 12(i).   Erika Wolf, Ph.D.
>          150 South Huntington Ave.
>          Boston, MA 02130

Dr. Erika Wolf is a clinical psychologist. Dr. Wolf will provide testimony in accordance with her assessments/reports regarding the psychological damages alleged to have been suffered by certain Plaintiffs. Her expert opinions are based on her assessment of certain Plaintiffs, and her skill, knowledge, training, education, and professional judgment. Dr. Wolf's expert opinions, supporting documents, CV, and list of testimony and depositions for the last four years will be provided. Dr. Wolf is being compensated at the rate of $325.00 per hour for file review, attendance at deposition and attendance at trial. Dr. Wolf reserves the right to supplement her report if more information becomes available.

> 13. Christopher Meyers, MRC
>     466 Bedford Road
>     Armonk, New York 10504

Mr. Christopher Meyers will provide testimony in accordance with his reports regarding vocational injuries/damages alleged to have been suffered by certain Plaintiffs. Certain reports may include opinions rebutting those asserted by Plaintiffs' experts. His expert opinions are based on his skill, knowledge, training, education, and professional judgment. Mr. Meyers' expert opinions, supporting documents, CV, and list of testimony and depositions for the last

four years will be provided. Mr. Meyers is being compensated at the rate of $400.00 per hour for

file review and attendance at deposition, and $5,000.00 per day for attendance at trial. Mr.

Meyers reserves the right to supplement his report if more information becomes available.

    14. John E. Scarbrough, Ph.D.
        127 Main Street, Building II
        Ridgefield, CT 06877

Dr. John E. Scarbrough will provide testimony in accordance with his report regarding

economic damages alleged to have been suffered by certain Plaintiffs. Certain reports may

include opinions rebutting those asserted by Plaintiffs' experts. His expert opinions are based on

his skill, knowledge, training, education, and professional judgment. Dr. Scarbrough's expert

opinions, supporting documents, CV, and list of testimony and depositions for the last four years

will be provided. Dr. Scarbrough is being compensated at the rate of $825.00 per hour for file

review, attendance at deposition and attendance at trial. Dr. Scarbrough reserves the right to

supplement his report if more information becomes available.

    15. James A. Scott, M.D.
        429 College Avenue #441
        Fort Worth, TX 76104

Dr. James A. Scott is a Board Certified Physical Medicine and Rehabilitation physician.

Dr. Scott will provide testimony in accordance with his report regarding rehabilitation potential

and rehabilitation-related damages and/or conditions of certain Plaintiffs. His reports may also

include rebuttal opinions to those asserted by Plaintiffs' experts. His expert opinions are based

on his skill, knowledge, training, education, and professional judgment. Dr. Scott's expert

opinions, supporting documents, CV, and list of testimony and depositions for the last four years

will be provided. Dr. Scott is being compensated at the rate of $500.00 per hour for file review

and $2,500.00 for the first two hours and $1,000 per each additional hour for attendance at

deposition and $6,000.00 per day for attendance at trial. Dr. Scott reserves the right to supplement his report if more information becomes available.

**II.    Non-Retained Experts:**

Defendant reserves the right to designate and call any experts Plaintiffs have designated for the limited purpose of eliciting favorable admissions at trial, either by deposition or in person.

**III.    Other Reservations**

Descriptions provided are not intended to be an exhaustive list of the areas to be addressed by the expert.

Defendant reserves the right to call rebuttal witnesses who are not designated and whose testimony cannot be reasonably foreseen until the presentation of the evidence against the Defendant.

Respectfully submitted,

**GREGG N. SOFER**
United States Attorney

By:   _/s/ James E. Dingivan_
        James E. Dingivan
        Assistant United States Attorney
        Texas Bar No. 24094139
        Clayton R. Diedrichs
        Assistant United States Attorney
        Colorado Bar No. 16833
        James F. Gilligan
        Assistant United States Attorney
        Texas Bar No. 07941200
        601 N.W. Loop 410, Suite 600
        San Antonio, Texas  78216
        james.dingivan@usdoj.gov
        clayton.diedrichs@usdoj.gov
        jim.gilligan@usdoj.gov
        (210) 384-7372 (phone)
        (210) 384-7312 (fax)

**Certificate of Service**

I do hereby certify that on January 6, 2020, I electronically filed this document with the Clerk of Court using the CM/ECF system.

☒  The CM/ECF system will send notification to the following CM/ECF participant(s):

April A. Strahan (april@ammonslaw.com)

Brett T. Reynolds (btreynolds@btrlaw.com)

Catherine Tobin (catherine@hmglawfirm.com)

Craig William Carlson (ccarlson@carlsonattorneys.com)

Dale Wainwright (wainwrightd@gtlaw.com)

Daniel D. Barks (ddb@speiserkrause.com)

Daniel David Horowitz, III (daniel@ddhlawyers.com)

Daniel J.T. Sciano (dsciano@tsslawyers.com)

Daniel P. Chung (daniel.p.chung@usdoj.gov)

David J. Campbell (david.campbell@utexas.edu)

David McDonald Prichard (dprichard@prichardyoungllp.com)

Dennis Bentley (dbentley@tjhlaw.com)

Dennis Charles Peery (d.peery@tylerpeery.com)

Erik A. Knockaert (erik@lawdoneright.net)

Frank Herrera, Jr (fherrera@herreralaw.com)

George Louis LeGrand (tegrande@aol.com)

J. Dean Jackson (djackson@cfholaw.com)

Jamal K. Alsaffar (jalsaffar@nationaltriallaw.com)

Janet E. Militello (jmilitello@lockelord.com)

Jason C. Webster (jwebster@thewebsterlawfirm.com)

Jason P. Steed (jsteed@kilpatricktownsend.com)

Jorge A. Herrera (jherrera@herreralaw.com)

Joseph Michael Schreiber (joe@lawdoneright.net)

Justin B. Demerath (jdemerath@808west.com)

Kelly W. Kelly (kk.aalaw@yahoo.com)

Kevin Michael Young (kyoung@prichardyoungllp.com)

Koby J. Kirkland (kkirkland@nationaltriallaw.com)

Laurie M. Higginbotham (lhigginbotham@nationaltriallaw.com)

Marco Crawford (mcrawford@tjhlaw.com)

Marion M. Reilly (marion@hmglawfirm.com)

Mark W. Collmer (mark@collmerlaw.com)

Paul E. Campolo (pcampolo@maloneyandcampolo.com)

Philip Koelsch (pkoelsch@carlsonattorneys.com)

R. Craig Bettis (cbettis@tylerpeery.com)

Defendant's Amended Designation of Testifying Damages Experts                    15

Robert C. Hilliard (bobh@hmglawfirm.com)
Robert E. Ammons (rob@ammonslaw.com)
Steven R. Haspel (shaspel@nationaltriallaw.com)
Thomas J. Henry (tjhenry@thomasjhenrylaw.com)
Tim Maloney (timmaloney@yahoo.com)
Tom Jacob (tjacob@nationaltriallaw.com)

☒   I also certify that I have electronically transmitted this document and attachments to the following:

Jamal K. Alsaffar (jalsaffar@nationaltriallaw.com)
Tom Jacob (tjacob@nationaltriallaw.com)

*/s/ James E. Dingivan*
James E. Dingivan
Assistant United States Attorney