# Exhibit B

Excerpt of Deposition from Academy Representative

**FILED UNDER SEAL**