UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOE HOLCOMBE, et al.<br> *Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br> *Defendant*. | §<br>§<br>§<br>§ Civil Action No. SA-18-CV-00555-XR<br>§<br>§<br>§ |

**ORDER SETTING HEARING ON MOTION TO QUASH
AND MOTION TO CONTINUE TRIAL**

On this day the Court considered non-party Academy, Ltd.'s Motion to Quash and for Protection from the Government's Subpoena Seeking Oral Testimony (ECF No. 319) and the Government's Motion to Continue Trial (ECF No. 324). These motions are set for hearing on **Tuesday, February 2, 2021** at **9:00 a.m.** The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted.

It is so **ORDERED**.

SIGNED this 22nd day of January, 2021.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE