IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HOLCOMBE, et. al,<br>Plaintiffs<br><br>vs.<br><br>UNITED STATES OF<br>AMERICA,<br>Defendant | NO. 5:18-CV-00555-XR<br>(consolidated cases) |

## SUGGESTION OF DEATH UPON THE RECORD

COMES NOW, undersigned counsel for Plaintiff GUADALUPE RODRIGUEZ and hereby suggests upon the record, pursuant to Federal Rule of Civil Procedure Rule 25, that Plaintiff Guadalupe Rodriguez unfortunately died on Wednesday, January 20, 2021 during the pendency of this action.

Plaintiff Guadalupe Rodriguez, a loving mother who tragically lost her son Richard C. Rodriguez on November 5, 2017, unfortunately passed away on January 20, 2021 after three years of suffering emotional trauma and morning the tragic death of her son. Despite suffering a tremendous loss of companionship and society, pecuniary loss, and experiencing emotional pain, torment, and suffering as a result of the tragic loss of her son, her wrongful death claims has been shattered by delay. Tragically, the delay of this matter has prevented both biological parents of Richard C. Rodriguez, Deceased from obtaining justice on their individual wrongful death claims.

Guadalupe Rodriguez, just as her husband, was a kind, compassionate, and loving mother, spouse, grandparent, and great grandparent, that soldiered on confident this Court would right the wrong of the Government's neglect.

Sadly, her march for justice ended on January 20, 2021, over three years of waiting for her day in court. As counsel previously conveyed in open Court during a prior hearing so very long ago, and more recently in the Suggestion of Death of Jose Rodriguez (Document Number 326), "*justice delayed is justice denied*".  Counsel again prays that the Court take notice of another unfortunate tragedy and denial of justice and diligently conclude the trial of this matter before another victim of the Government's neglect is denied justice.

                        Respectfully Submitted,

                        By:/s/ Daniel J. T. Sciano
                        DANIEL J.T. SCIANO
                        State Bar No. 17881200
                        Email:  dsciano@tsslawyers.com
                        10107 McAllister Freeway
                        San Antonio, Texas 78216
                        Telephone: (210) 225-3121
                        Facsimile: (210) 225-6235

                        ATTORNEYS FOR PLAINTIFFS
                        *REGINA AMADOR, Individually and As Independent Administratrix of the Estate of RICHARD C. RODRIGUEZ, Deceased, a/k/a RICARDO RODRIGUEZ, JOSE RODRIGUEZ and GUADALUPE RODRIGUEZ*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure on January 27, 2021.

/s/ Daniel J. T. Sciano
Daniel J. T. Sciano
