IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOE HOLCOMBE, et. al, | § | NO. 5:18-cv-00555-XR |
| | § | (Consolidated cases) |
| Plaintiffs | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant | § | |
| | § | |

### **[PROPOSED] ORDER**

Before the Court is Defendant United States of America's Motion in Limine. Having considered the motion and the exhibit(s), the Court is of the opinion that the motion should be GRANTED. The Court hereby precludes any evidence at trial (1) pertaining to Kelley's conduct while he was in the Air Force that did not give rise to a duty, (2) pertaining to Kelley's conduct while he was in the Air Force that was unknown to the Air Force personnel with the duty to submit Kelley's information, and (3) related to the extent of underlying conduct by the Air Force that led to its failure to submit Kelley's disqualifying information into NICS for purposes of apportionment of responsibility.

Signed and entered this _____ day of _____, 2021

_____
Xavier Rodriguez
United States District Court Judge