# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOE HOLCOMBE et al. | § § | |
| -vs- | § § | SA-18-CV-00555-XR |
| UNITED STATES OF AMERICA,<br>*Defendant* | § § § § § | |

## ORDER RE-SETTING PRETRIAL CONFERENCE

On this day the Court considered the status of this case. This case is set for trial on April 5, 2021. Due to scheduling conflicts, the pretrial conference is now re-set to **Thursday, March 25, 2021** at **1:30 p.m.** The Courtroom Deputy will inform the parties of the means by which the pretrial conference will be conducted.

It is so **ORDERED**.

SIGNED this 11th day of February, 2021.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE