**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JOE HOLCOMBE *et al.*, | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No.  SA-18-CV-555-XR |
| UNITED STATES OF AMERICA, | § § | *Consolidated Cases* |
| *Defendant.* | § § § | |

**ORDER SETTING STATUS CONFERENCE**
**AND HEARING ON ALL PENDING MOTIONS**

On this day the Court considered the status of this case. This case is set for a status conference and hearing on all pending motions **Friday, February 26, 2021** at **8:30 a.m.** The Courtroom Deputy will inform the parties of the means by which the hearing will be conducted. The parties should be prepared to discuss all pending motions and, in anticipation of the Court's entry of a pretrial order, the parties' joint status report filed on February 15, 2021 (ECF No. 342).

It is so **ORDERED**.

SIGNED this 22nd day of February, 2021.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE