

**United States Department of Justice**
United States Attorney's Office
Western District of Texas

---

*Jacquelyn Christilles*           *601 N. W. Loop 410, Suite 600*      Direct Line: (210) 384-7365
*Assistant United States Attorney*  *San Antonio, Texas 78216*           Facsimile:   (210) 384-7312

March 2, 2021

**Via: ECF**
United States District Clerk's Office
San Antonio Division
655 E. Cesar E. Chavez Blvd.
San Antonio, TX 78206

    Re:    Notice of Mandatory Military Duty
            ***Holcombe et. al. v. United States of America***
            Case Number: SA-18-CV-00555-XR
            USDC W.D. Texas (San Antonio Division)

Ladies & Gentlemen:

Please be advised that I will be on mandatory military duty and therefore unavailable on the dates below:

- June 6, 2021 through July 2, 2021.

Where possible, please extend me the professional courtesy of not scheduling any hearings, trials, or other matters connected to this case during the days listed above.

Thank you for your attention to this matter.

                                            Respectfully submitted,

                                            **ASHLEY C. HOFF**
                                            United States Attorney

                By:    */s/ Jacquelyn Christilles*
                       **JACQUELYN CHRISTILLES**
                       Assistant United States Attorney
                       Texas Bar No. 24075431
                       601 N.W. Loop 410, Suite 600
                       San Antonio, Texas  78216
                       Tel: (210) 384-7365
                       Fax: (210) 384-7312
                       Jacquelyn.christilles@usdoj.gov

Cc: Jamal Alsaffar