**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JOE HOLCOMBE et al. | § § | |
| -vs- | § § | SA-18-CV-00555-XR |
| UNITED STATES OF AMERICA,<br>*Defendant* | § § § § § | |

## ORDER RE-SETTING TRIAL

On this day the Court considered the status of this case. Due to certain scheduling conflicts, the bench trial is now re-set to **Wednesday, April 07, 2021** at **9:00 a.m.** All other deadlines and settings in this case remain unchanged.

It is so **ORDERED**.

SIGNED this 11th day of March, 2021.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE