Page 1

1                    UNITED STATES DISTRICT COURT

2                  FOR THE WESTERN DISTRICT OF TEXAS

3

4    JOE HOLCOMBE, et al.,

5                          Plaintiff,

6    vs.                                     Civil Action No:
                                             5:18-cv-00555-XR
7    UNITED STATES OF AMERICA,

8                          Defendant.
     _____

9

10

11

12              REMOTE VIDEOTAPED DEPOSITION OF

13                        EMILY WILLIS

14

15                       May 26, 2020

16                        10:00 a.m.

17

18

              Remote Videotaped Proceedings
19              Colorado Springs, Colorado

20

21

22

23

24

25    Cynthia Gage, B.S., M.A., California CSR No. 10492
         Notary Public in and for the State of Colorado

PEX 0108-0001

PEX
108

Page 9

what is your name?

24        A    My name is Emily Willis.

25        Q    And you live in Colorado Springs, Colorado;

**PEX 0108-0002**

**EMILY WILLIS**                                          May 26, 2020
**HOLCOMBE vs UNITED STATES of AMERICA**

Page 10

1   is that right?

2        A    Yes, ma'am.

**PEX 0108-0003**

EMILY WILLIS                                          May 26, 2020
HOLCOMBE vs UNITED STATES of AMERICA

Page 31


                              When was the last time you

4    communicated with Danielle?

5        A     The last time that I communicated with

6    Danielle, I believe it was a few months after they

7    had left.  She reached out to me asking if I wanted

8    to meet.  She said she had left Devin.  She just

9    wanted to see me.  She had sent me a picture of

10   Michael.  I believe it was in his Halloween costume.

11   And I had just relayed back to her that I wasn't

12   interested in being involved in her life anymore and

13   that was kind of the end of that conversation.




20       Q     So how did you first meet the Kelleys?

21       A     I met Danielle Kelley working at Texas

22   Roadhouse.  We were both seaters at the time.  She

23   was pregnant.  We just became really good friends.

24   And she had had her baby in the hospital.  I went to

25   go visit them.  And that's initially when I had met

**PEX 0108-0004**

Page 32

1    Devin Kelley.

2       Q    Do you know why they were living in

3    Colorado?

4       A    Um, like I had mentioned before, I believe

5    from my memory we had talked about how Devin and her

6    parents, Danielle's parents, were just not getting

7    along.  So they had moved out here to get away from

8    that.  But they had also mentioned something about

9    starting up in the marijuana business, being involved

10   in that.

11      Q    Where were Devin and Danielle living when

12   you first met them?

13      A    They were living in a trailer just a few

14   minutes away from Texas Roadhouse.

19      Q    How did you come to live with the Kelleys?

20      A    A few months after I had met them, I was

21   living at the time at my mother's house.  It was just

22   time for me to move on with my life.  And they were

23   interested in getting an apartment and getting out of

24   their trailer home.  And so we had spoken about

25   possibly getting an apartment together, and we ended

**PEX 0108-0005**

Page 33

1    up doing that.

2         Q    Um, did you know -- how well did you know

3    Danielle before you moved in together?

4         A    Not very well.

5         Q    How long had you known Danielle at that

6    point in time?

7         A    Just a few months.

8         Q    Did you know Devin well before you moved in

9    with them?

10        A    Not very well.  I only knew him when we --

11   when I went over to see them and see their baby.

12   Just kind of in passing I guess I knew him.

13        Q    How many times do you think you had met

14   Devin before you moved in with them?

15        A    To my memory, I would say three.

16        Q    Where -- so you all moved in together.  You

17   don't have to give me the address, but what city were

18   you all living in at that time?

19        A    The apartment we moved into was here in

20   Colorado Springs.

21        Q    And how big of an apartment was it?

22        A    It was a two bedroom/two bath apartment.

23        Q    While you were living -- how long did you

24   and the Kelleys live together for?

25        A    I want to say it was a little over two weeks

PEX 0108-0006

Page 34

1    before they had left.

2        Q    You only lived with them for two weeks?

3        A    Yes, ma'am.

4        Q    When you were living with them, how often

5    did you see them?

6        A    I saw them daily, yeah.

7        Q    Did you hang out with them?  Spend a lot of

8    time together?

9        A    We ate meals together.  We would have movie

10   nights together on the couch.  We would go grocery

11   shopping together.  So we did spend a lot of time

12   together.

**PEX 0108-0007**



**EMILY WILLIS**                                        May 26, 2020
**HOLCOMBE vs UNITED STATES of AMERICA**

Page 36

19      Q     Did you have personal conversations after

20   you moved in together?

21      A     Yes, ma'am.

22      Q     What kinds of -- what did you talk about in

23   those conversations?

24      A     Primarily we just spoke about Devin and his

25   past.  That's when she initially started opening up

**PEX 0108-0008**

EMILY WILLIS                                        May 26, 2020
HOLCOMBE vs UNITED STATES of AMERICA

                                                    Page 37

1   to me about, um, their past relationship with each

2   other and, um, his life before he met her and stuff

3   in regards to that.

4        Q    What did she tell you about Devin's life

5   before he met her?

6        A    Um, she had shared that Devin was previously

7   married, that he -- there was some abuse between him

8   and the woman he was married to and also her child.

9   To my memory, they had also mentioned something about

10  a dog being involved in the abuse.  She had mentioned

11  that he had been dishonorably discharged from the

12  military.  She had told me about occasions where he

13  would push her down the stairs or hit her, verbally

14  belittle her, just kind of stuff along those lines.

15       Q    Were there any specifics incidences --

16  incidents, excuse me, that Danielle told you about

17  where Devin was abusive?

18       A    Yes, ma'am.  I remember a conversation and

19  when she told me prior to being pregnant with

20  Michael, she had been pregnant before and he had

21  pushed her I believe it was down stairs and she had

22  had a miscarriage after that.  I don't have any

23  memory of any other instances.

**PEX 0108-0009**

Page 60

```
14      Q    Did Devin ever seem angry?

15      A    Daily, yes.

16      Q    How did he seem angry?

17      A    I'm -- it just seemed like who he was.  He

18   just seemed like an angry person, towards Hispanic

19   people, drivers, pretty much anything that didn't go

20   his way, I guess, would upset him.
```

**PEX 0108-0010**

Page 68

```
 5      Q    Were you surprised when you heard about the
 6  shooting at the church in Texas?
 7      A    Yes.
 8      Q    Why were you surprised?
 9      A    Um, I guess that not just a daily thing that
10  happens.  So there's obviously like that initial
11  shock.  But I guess the more that I thought about it,
12  I guess it made sense that it was him.
```

**PEX 0108-0011**

EMILY WILLIS                                              May 26, 2020
HOLCOMBE vs UNITED STATES of AMERICA

Page 76

```
 5     Q    Okay.  So you mentioned the night with the

 6   bruises on the baby's legs.  Can you tell me what

 7   happened that night?

 8     A    To my memory, um, Devin was in the restroom

 9   whether taking a shower or using the restroom,

10   whatever.  Danielle came out and spoke with me and

11   mentioned something with Michael.  Then we continued

12   talking about whatever, um, she was mentioning

13   through the text messaging app that we had, told me

14   about the bruises.  I went in to see them.  Saw them.

15   She had sent me pictures.

16          I remember telling her in the conversation,

17   um, you either need to leave him.  We need to go talk

18   to the police.  Something needs to happen.  It's one

19   thing to be abused yourself by him.  That's not

20   anything anyone else can do anything about really.

21   You have to be the person to do that.  But Michael is

22   an innocent little baby.  Someone needs to be looking

23   out for him.  So if you don't do something about it,

24   I am going to.

25          She just kept telling me that she was going
```

**PEX 0108-0012**

Page 77

1    to leave Devin.  She was going to leave him.  She was

2    going to tell him that what he was doing was not

3    okay.  She kept asking me not to tell the police

4    because she was concerned that Michael was going to

5    be taken away from them.

6           Then my god-sister came over.  Her and I

7    went out to go swimming that night.  When we came

8    back, we fell asleep.  The next morning we woke up,

9    and that's when I noticed that they were gone.

10   Q    Did you see the bruises yourself or did you

11   just see the photos that Danielle took of them?

12   A    I saw the bruises.

13   Q    And you said Danielle took the photos --

14   sent you photos of the bruises, and that was the

15   pictures you looked at before, Exhibits 3 and 4?

16   A    Yes.

17   Q    Then when you were talking with Danielle and

18   telling her to go to the police or leave, the text

19   messages were part of the conversation -- the text

20   messages were shown at least in part in the document

21   that we looked at before, Exhibit 5?

22   A    Yes.  That was part of our conversation that

23   we had had that night.

**PEX 0108-0013**

Page 80

```
2      Q    Um, were you concerned about the baby's
3  safety?
4      A    Um --
5      Q    After you saw the bruises?
6      A    Yes, ma'am.
```

**PEX 0108-0014**

Page 82

```
12      Q    What did you do when you saw that they were

13   gone?

14      A    My god-sister was still in the apartment

15   with me.  She came over and stayed the night that

16   night.  Um, we woke up, realized they were gone, got

17   in my car and drove to the nearest police station so

18   I could file the police report.
```

**PEX 0108-0015**

Page 83

.

10      Q    In the police report -- you said as far as

11   you are aware the police report that was taken is

12   what we have already looked at Exhibit 9?

13      A    Yes.  As far as I am aware, that is what

14   they had written the day that I had gone.  I never

15   saw anything after that.  After I went and had given

16   my statement, I never seen any documentation about it

17   after that, so I wouldn't really know the difference.

18      Q    Um, do you know if the Colorado police did

19   anything?

20      A    I'm not aware of that.

21      Q    Did they tell you they were going to do

22   anything after you made your report?

23      A    Um, reading the documentation that you had

24   sent me, it says somewhere that the cops had come to

25   the apartment.  In my memory, I don't recall that

**PEX 0108-0016**

Page 84

1    happening.  That's not to say that it didn't happen,

2    um, but I don't -- in my memory, I don't remember

3    anything happening after I made the police report.

**PEX 0108-0017**

Page 97

16      Q    There was some discussion about whether

17   Devin Kelley might commit a mass shooting.  Do you

18   remember that conversation earlier this morning?

19      A    When Jocelyn asked me --

20      Q    Yes, ma'am.

21      A    -- that question?  Yes.

22      Q    Did the government ever tell you that Devin

23   Kelley escaped from a mental institution?

24      A    No, sir.

25      Q    Did they tell you that he tried to buy a gun

**PEX 0108-0018**

Page 98

 1   while in a mental --

 2       A    I'm sorry.  Can you repeat yourself?  You

 3   cut out.

 4       Q    Did the government lawyers tell you that

 5   Devin Kelley attempted to buy a gun while in a mental

 6   institution?

 7       A    No, sir.

 8       Q    Did the government attorneys tell you that

 9   Devin Kelley was found at the El Paso bus station and

10   brought back to the mental institution under armed

11   guard?

12       A    No, sir.

13       Q    Did the government tell you that Devin

14   Kelley actually threatened a mass shooting while he

15   was in the Air Force?

16       A    No, sir.

17       Q    They didn't tell you very much about his

18   past, did they?

19       A    No, sir.  It was primarily them asking me

20   what I knew about his past.

21       Q    So when you answered whether or not you

22   thought Devin Kelley could have committed a mass

23   shooting, you didn't know that actually had

24   threatened one already, did you?

25       A    No, sir.

**PEX 0108-0019**

Page 99

1      Q     I believe you said at the end of the line of

2   questioning with Jocelyn that when you heard that

3   Devin Kelley actually committed a mass shooting in

4   Sutherland Springs you weren't surprised it was him.

5   Did I get that right?

6      A     Yes, sir.

7      Q     He was the kind of person, looking back,

8   that would have committed a mass shooting; correct?

9      A     Yes, sir.

20          MR. SCHREIBER:  Okay.

21          THE WITNESS:  If I can interrupt.  I'm

22   sorry.  From what I remember about that, I said I was

23   surprised at first.  But now thinking about it, I'm

24   not as surprised that he is the one that did it.

25   ///

**PEX 0108-0020**

Page 100

```
 5      Q    You answered before that Devin was a
 6   persuasive individual; correct?
 7      A    Yes, sir.
 8      Q    He asked you -- offered a thousand dollars
 9   to you to send him nude photographs; correct?
10      A    Yes, he has.
11      Q    You weren't persuaded by him, were you?
12      A    No, sir.
13      Q    You didn't send him any nude pictures?
14      A    No, sir.
15      Q    And he propositioned you for sex; correct?
16      A    Yes, sir.
17      Q    And you weren't persuaded to do that, were
18   you?
19      A    No, sir.
20      Q    You say that Devin was controlling of
21   Danielle; correct?
22      A    Yes, sir.
23      Q    But you had no information that he ever got
24   her to commit a crime, do you?
25      A    Not that I'm aware of, no.
```

**PEX 0108-0021**

Page 101

1      Q    When you were talking about controlling, you

2  were talking about dinner choices and what movies to

3  watch; right?

4      A    Yes, sir.

5      Q    That's far different from committing a

6  felony; isn't it?

7      A    Yes, sir.

8      Q    At one point, I want to make sure I got this

9  correct, you said they went to the church service

10  from some folks who were standing out in front of

11  Wal-Mart; right?

12      A    Yes, sir.

13      Q    And Danielle wanted to go a second time or

14  Devin wanted to go a second time?

15      A    Devin wanted to go a second time.  Danielle

16  did not.

17      Q    They didn't go a second time, did they?

18      A    Not that I'm aware of, no.

19      Q    Danielle Kelley, the night before they moved

20  out, she sent you pictures of her baby with bruises;

21  correct?

22      A    Yes.

23      Q    Do you think Devin wanted her to do that?

24      A    No.

25      Q    And she managed to communicate with you by

**PEX 0108-0022**

Page 102

1    text message app; correct?

2         A    Yes, sir.

3         Q    And was something that Devin didn't want her

4    to do but she did anyway; right?

5         A    Yes, sir.  I don't believe he knew that she

6    was doing it.  So I don't know whether or not I have

7    an opinion if he didn't know.

8         Q    But he didn't control that conversation, did

9    he?

10        A    Not that I'm aware of, no.

**PEX 0108-0023**

Page 103

```
23      Q   On this document, Exhibit No. 9, is your

24   police report when you went to the Colorado Springs

25   Police; right?
```

**PEX 0108-0024**

Page 104

1       A    Yes, sir.

2       Q    And you reported that there was a child in

3    danger; correct?

4       A    Yes, sir.

5       Q    And you told the police that Danielle told

6    you that Devin was arrested and went to jail;

7    correct?

8       A    Yes, sir.

9       Q    "She said Devin was kicked out of the Army

10   because of the child abuse charges."  Correct?

11      A    Yes, sir.

12      Q    That's what you told the police; right?

13      A    I'm guessing so, yes.

14      Q    I am going to go to the bottom of the

15   document now.  On the officer's statement, you can

16   read that; correct?

17      A    Yes.

18      Q    This is page 23563.  The officer states he

19   completed a record's search on Devin Kelley.  There

20   was a Colorado Driver's License for Devin, which had

21   an address, ran the license plate provided by

22   Miss Willis was registered to Devin Kelley in Texas.

23   Then there is nothing else about any criminal history

24   from Devin or jail history from Devin on that report;

25   correct?

**PEX 0108-0025**

EMILY WILLIS                                        May 26, 2020
HOLCOMBE vs UNITED STATES of AMERICA

Page 105

1      A    Correct.

5      Q    Did you know that the reason there was no
6    information the police could find about Devin's
7    criminal history is that the Air Force hadn't told
8    them?

11            THE WITNESS:  Yeah.  I had no idea.

18      Q    Do you think it might have hurt your
19    credibility in your report about baby Michael when
20    you told the police that Devin had been in jail and
21    kicked out of the Army and nothing showed up in the
22    background check about that?

25            THE WITNESS:  Yes, sir.

**PEX 0108-0026**

Page 106

1   BY MR. SCHREIBER:

2       Q    Do you think it put baby Michael in danger

3   that you gave a report about Devin and nothing showed

4   up in the background check so the police didn't

5   believe you?


7            THE WITNESS:   In my opinion -- I'm sorry.

8   In my opinion, maybe if there was something else in

9   his record when I went and filed the police report

10  something else would have been done, I guess.

**PEX 0108-0027**

EMILY WILLIS                                              May 26, 2020
HOLCOMBE vs UNITED STATES of AMERICA

                                                         Page 110

1              REPORTER'S CERTIFICATE

2              I, CYNTHIA GAGE, B.S., M.A., a California

3    Certified Shorthand Reporter No. 10492, and Notary

4    Public within and for the State of Colorado

5    commissioned to administer oaths, do hereby certify:

6              That previous to the commencement of the

7    remote examination, the deponent was duly sworn by me

8    to testify the truth; that said deposition was taken

9    in stenotype remotely and was thereafter reduced to

10   typewritten form by me; and that the foregoing is a

11   true record of the remote testimony given by said

12   deponent;

13             Request to review the transcript was made;

14             I further certify that I am not related to

15   any of the parties to this action or in any way

16   connected with any attorney or counsel for any of the

17   parties to said action, and that I am in no way

18   interested in the outcome of this matter.

19             My commission expires:  August 7, 2022.

20

21

22

23   _____
     CYNTHIA GAGE, B.S., M.A., California
24   Certified Shorthand Reporter,
     CSR No. 10492; and Notary Public
25   within and for the State of Colorado

PEX 0108-0028