IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HOLCOMBE, et. al, | NO. 5:18-CV-00555-XR |
| | (consolidated cases) |
| Plaintiffs | |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant | |

# PLAINTIFFS' COUNTER-DESIGNATION OF DEPOSITION TESTIMONY OF ACADEMY WITNESS (R.C.)

Plaintiffs file the following counter-designation of testimony by Academy Witness R.C. and hereby designate the following pages and lines of the referenced deposition to be used at trial in response to the designations offered by Defendant United States.

Plaintiffs do not include in their designations any objections or attorney commentary that may fall within the page and line references.

The underlying deposition testimony is subject to the Protective Order entered by the Court [Doc. 184-1]. Therefore, in accordance with the Protective Order, the complete text of the designated testimony and official transcript pages are being separately provided to the Court.

## Plaintiffs' Counter-Designation of

## Deposition Testimony of Academy Witness R.C. [11/13/2018]

6:14-16

9:13-18

11:24-12:5

43:14-21

89:23-90-9

28:21-29:7

Respectfully Submitted,

/s/ Jamal K. Alsaffar
**Jamal K. Alsaffar**
JAlsaffar@nationaltriallaw.com
Texas Bar No. 24027193
**Tom Jacob**
TJacob@nationaltriallaw.com
Texas Bar No. 24069981
**Whitehurst, Harkness, Brees, Cheng, Alsaffar & Higginbotham & Jacob PLLC**
7500 Rialto Blvd, Bldg. Two, Ste 250
Austin, TX 78735
Office 512-476-4346
Fax 512-476-4400
Counsel for Vidal, McKenzie, Solis, McNulty, and Wall

/s/ Jason P. Steed
**Jason P. Steed**
JSteed@kilpatricktownsend.com
Texas Bar No. 24070671
**Kilpatrick Townsend & Stockton LLP**
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
Office 214-922-7112
Fax 214-853-5731
Counsel for Vidal, McNulty, and Wall

/s/ April A. Strahan
**April A. Strahan**
april@ammonslaw.com
Texas Bar No. 24056387
**Robert E. Ammons**
rob@ammonslaw.com
Texas Bar No. 01159820
**The Ammons Law Firm**
3700 Montrose Blvd.
Houston, TX 77006
Office 866-523-1603
Fax 713-523-4159
Counsel for Holcombe, Ramsey, Curnow & Macias

/s/ Daniel J.T. Sciano
**Daniel J.T. Sciano**
DSciano@tsslawyers.com
Texas Bar No. 17881200
**Tinsman & Sciano**
10107 McAllister Freeway
San Antonio, TX 78216
Office 210-225-3121
Fax 210-225-6235
Counsel for Amador

/s/ Daniel Barks
**Daniel D. Barks,** *pro hac vice*
ddb@speiserkrause.com
**Speiser Krause, P.C.**
5555 Glenridge Connector, Suite 550
Atlanta, GA 30342
Office 571-814-3344
Fax 866-936-6382
Counsel for Holcombe

/s/ Mark Collmer
**Mark W. Collmer**
mark@collmerlaw.com
Texas Bar No. 04626420
**Collmer Law Firm**
3700 Montrose
Houston, TX 77006
Office 713-337-4040
Counsel for Holcombe

/s/ Dennis Peery
**Dennis Charles Peery**
d.peery@tylerpeery.com
Texas Bar No. 15728750
**R. Craig Bettis**
cbettis@tylerpeery.com
Texas Bar No. 24040518
**Tyler & Peery**
5822 West IH 10
San Antonio, TX 78201
Office 210-774-6445
Counsel for Uhl

/s/ George LeGrand
**George LeGrand**
tegrande@aol.com
Texas Bar No. 12171450
**Stanley Bernstein**
Texas Bar No. 02225400
**LeGrand & Bernstein**
2511 N. Saint Mary's St.
San Antonio, Texas 78212
Office 210-733-9439
Fax 510-735-3542
Counsel for Wall & Solis

/s/ Justin Demerath
**Justin Demerath**
jdemerath@808west.com
Texas Bar No. 24034415
**O'Hanlon, Demerath & Castillo**
808 West Ave.
Austin, TX 78701
Office 512-494-9949
Counsel for Corrigan, Braden,
Warden, Stevens, Pachal, McCain, &
Poston

/s/ Tim Maloney
**Tim Maloney**
Texas Bar No. 12887380
timmaloney@yahoo.com
**Paul E. Campolo**
pcampolo@maloneyandcampolo.com
Texas Bar No. 03730150
**Maloney & Campolo, L.L.P.**
926 S. Alamo
San Antonio, TX 78205
Office (210) 465-1523
Counsel for Ramsey

/s/ Joseph M. Schreiber
**Joseph M. Schreiber**
joe@lawdoneright.net
Texas Bar No. 24037449
**Erik A. Knockaert**
erik@lawdoneright.net
Texas Bar No. 24036921
**Schreiber | Knockaert, PLLC**
701 N. Post Oak Rd., Suite 325
Houston, TX 77024
Phone (281) 949-8904
Fax (281) 949-8914
Counsel for Brown

/s/ Jason Webster
**Jason Webster**
jwebster@thewebsterlawfirm.com
Texas Bar No. 24033318
**The Webster Law Firm**
6200 Savoy
Suite 640
Houston, TX 77036
Counsel for Lookingbill

| | |
|---|---|
| /s/ Brett Reynolds<br>**Brett T. Reynolds**<br>btreynolds@btrlaw.com<br>Texas Bar No. 16795500<br>**Brett Reynolds & Associates, P.C.**<br>1250 N.E. Loop 420, Suite 420<br>San Antonio, TX 78219<br>(210) 805-9799<br>Counsel for Workman, Colbath, and Harris | /s/ Marion M. Reilly<br>Marion M. Reilly<br>**Hilliard Munoz Gonzales, L.L.P.**<br>719 S. Shoreline - Ste 500<br>Corpus Christi, TX 78401<br>(361) 882-1612<br>(361) 882-3015 (fax)<br>marion@hmglawfirm.com<br>Counsel for McMahan |
| /s/ Hugh J. Plummer<br>**Hugh J. Plummer**<br>hplummer@thomasjhenrylaw.com<br>**Law Office of Thomas J. Henry**<br>4715 Fredricksburg<br>San Antonio, TX 78229<br>(210) 585-2151<br>(361) 985-0601 (fax)<br>Counsel for McMahan | /s/ Kelly W. Kelly<br>**Kelly W. Kelly**<br>**Anderson & Associates Law Firm**<br>2600 SW Military Drive, Suite 118<br>San Antonio, TX 78224<br>(210) 928-9999<br>(210) 928-9118 (fax)<br>kk.aalaw@yahoo.com<br>Counsel for Ward |
| /s/ Craig Carlson<br>**Craig Carlson**<br>ccarlson@carlsonattorneys.com<br>**Philip Koelsch**<br>pkoelsch@carlsonattorneys.com<br>**Joe Craven**<br>jcraven@carlsonattorneys.com<br>**The Carlson Law Firm**<br>100 E Central Texas Expy<br>Killeen, TX 76541<br>254-526-5688<br>Counsel for Rios | |

# CERTIFICATE OF SERVICE

I certify that the foregoing was filed through the Court's CM/ECF system on March 11, 2021, and the following counsel for the United States have received notice and been served through that system.

/s/ Jamal K. Alsaffar
**Jamal K. Alsaffar**

| | |
|---|---|
| Janet E. Militello<br>Brandon Renken<br>LOCKE LORD LLP<br>2800 JPMorgan Chase Tower<br>600 Travis Street<br>Houston, Texas 77002-3095 | David M. Pritchard<br>Kevin M. Young<br>PRITCHARD YOUNG LLP<br>10101 Reunion Place, Suite 600<br>San Antonio, Texas 78216 |
| BRIAN BOYNTON<br>Acting Assistant Attorney General<br>Civil Division | JOHN PANISZCZYN, Civil Chief<br>United States Attorney's Office<br>Western District of Texas |
| ASHLEY C. HOFF<br>United States Attorney<br>Western District of Texas | JAMES G. TOUHEY, JR.<br>Director, Torts Branch<br>United States Dept. of Justice<br>Civil Division |
| KIRSTEN WILKERSON<br>Assistant Director, Torts Branch<br>United States Dept. of Justice<br>Civil Division | STEPHEN E. HANDLER<br>Senior Trial Counsel, Torts Branch<br>United States Dept. of Justice<br>Civil Division |
| PAUL DAVID STERN<br>Trial Attorney, Torts Branch<br>United States Dept. of Justice<br>Civil Division | STEPHEN TERRELL<br>Trial Attorney, Torts Branch<br>United States Dept. of Justice<br>Civil Division |
| CLAYTON R. DIEDRICHS<br>Assistant United States Attorney | JAMES E. DINGIVAN<br>Assistant United States Attorney |
| JIM F. GILLIGAN<br>Assistant United States Attorney | JACQUELYN M. CHRISTILLES<br>Assistant United States Attorney |
| KRISTIN K. BLOODWORTH<br>Assistant United States Attorney | |