IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HOLCOMBE, et. al, | NO. 5:18-CV-00555-XR |
| | (consolidated cases) |
| Plaintiffs | |
| | |
| vs. | |
| | |
| UNITED STATES OF AMERICA, | |
| | |
| Defendant | |

**PLAINTIFFS' OBJECTIONS TO DEFENDANT UNITED STATES' TRIAL DEPOSITION DESIGNATION OF LYLE BANKHEAD**

Plaintiffs file the following Objections to Defendant United States' Designations of Deposition Testimony from Lyle Bankhead. Plaintiffs specifically object to the proffered page and line designations as follows:

Objections to Deposition Testimony of Lyle Bankhead

| Page / Line | Objection & Testimony at Issue | Court's Ruling | | |
|---|---|---|---|---|
| | | *Sustained* | *Overruled* | *Other* |
| *128:1-128:25* | **Plaintiffs object to the relevancy of the testimony under Fed. R. Evid. 401, 402 regarding the deponent's Air Force accolades and disciplinary history.**<br><br>**Plaintiffs object to the question as asked and answered under Fed. R. Evid. 611(a).**<br><br>**Plaintiffs further object as to the relevance of the deponent's training for OSI under Fed. R. Evid. 401, 402.**<br><br>Q. And have you received accolades during your time with the Air Force?<br>A. Been award the Meritorious Service Medal three times. I've been given the Commendation Medal three times. I've been given the Achievement Medal twice, once for act of courage.<br>Q. And what did that act of courage involve?<br>A. Preventing an active shooting on base, actually.<br>Q. And were you proud of that?<br>A. I was.<br>Q. And other than the letter that Mr. Webster just talked about or talked with you about from Colonel Stabler, have you ever had any other discipline during your time with the United States | | | |

Objections to Deposition Testimony of Lyle Bankhead

| Page / Line | Objection & Testimony at Issue | Court's Ruling | | |
|---|---|---|---|---|
| | | *Sus-tained* | *Over-ruled* | *Other* |
| | Air Force?<br>A. No.<br>Q. I'd like to touch just a tad bit on your<br>training. And during your time, you're training for<br>OSI when you were at FLETC, then the further<br>training, were you trained on probable cause?<br>A. Yes.<br>Q. And you were trained on how to make<br>probable cause determinations?<br>A. Yes. | | | |
| *143:2-144:4 (obj to 143:19-144:4)* | **Plaintiffs object on the basis that the questions are leading, the testimony is speculative under Fed. R. Evid. 602, and calls for a legal conclusion.**<br><br>Q. Is it fair to say that during the time you<br>were involved with that investigation, you were not<br>concerned or thinking about whether there was<br>probable cause that Devin Kelley committed a<br>particular crime?<br>A. I don't know for sure.<br>Q. And you don't specifically recall making<br>any determination with respect to probable cause<br>with respect to the investigation of Mr. Kelley, do<br>you? | | | |

Objections to Deposition Testimony of Lyle Bankhead

| Page / Line | Objection & Testimony at Issue | Court's Ruling | | |
|---|---|---|---|---|
| | | *Sus-tained* | *Over-ruled* | *Other* |
| | 12 A. I do not recall doing that, no.<br>13 Q. So any indication by you today or<br>14 statements to the Inspector Generals for AFOSI or<br>15 for the Department of Defense, those are all made<br>16 after the fact?<br>17 A. Yes. They, you know, asked me a lot of<br>18 questions about probable cause after the fact.<br>*19 Q. And prior to answering those questions, did*<br>*20 you have an opportunity to review the entire Devin*<br>*21 Kelley case file?*<br>*22 A. No.*<br>*23 Q. And could there have been evidence in -- in*<br>*24 there that would have affected the probable cause*<br>*25 determination?*<br>*Page 144*<br>*1 A. Yeah. I mean, any of the statements I made*<br>*2 about probable cause would have really -- you know,*<br>*3 without having the case file in front of me, it's --*<br>*4 it's not really -- it's all just speculation.* | | | |

Respectfully Submitted,

/s/ Jamal K. Alsaffar

**Jamal K. Alsaffar**
JAlsaffar@nationaltriallaw.com
Texas Bar No. 24027193
**Tom Jacob**
TJacob@nationaltriallaw.com
Texas Bar No. 24069981
**Whitehurst, Harkness, Brees, Cheng, Alsaffar & Higginbotham & Jacob PLLC**
7500 Rialto Blvd, Bldg. Two, Ste 250
Austin, TX 78735
Office 512-476-4346
Fax 512-476-4400
Counsel for Vidal, McKenzie, Solis, McNulty, and Wall

/s/ April A. Strahan

**April A. Strahan**
april@ammonslaw.com
Texas Bar No. 24056387
**Robert E. Ammons**
rob@ammonslaw.com
Texas Bar No. 01159820
**The Ammons Law Firm**
3700 Montrose Blvd.
Houston, TX 77006
Office 866-523-1603
Fax 713-523-4159
Counsel for Holcombe, Ramsey, Curnow & Macias

/s/ Daniel Barks

**Daniel D. Barks,** *pro hac vice*
ddb@speiserkrause.com
**Speiser Krause, P.C.**
5555 Glenridge Connector, Suite 550
Atlanta, GA 30342
Office 571-814-3344
Fax 866-936-6382
Counsel for Holcombe

/s/ Jason P. Steed

**Jason P. Steed**
JSteed@kilpatricktownsend.com
Texas Bar No. 24070671
**Kilpatrick Townsend & Stockton LLP**
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
Office 214-922-7112
Fax 214-853-5731
Counsel for Vidal, McNulty, and Wall

/s/ Daniel J.T. Sciano

**Daniel J.T. Sciano**
DSciano@tsslawyers.com
Texas Bar No. 17881200
**Tinsman & Sciano**
10107 McAllister Freeway
San Antonio, TX 78216
Office 210-225-3121
Fax 210-225-6235
Counsel for Amador

/s/ Mark Collmer

**Mark W. Collmer**
mark@collmerlaw.com
Texas Bar No. 04626420
**Collmer Law Firm**
3700 Montrose
Houston, TX 77006
Office 713-337-4040
Counsel for Holcombe

/s/ Dennis Peery
**Dennis Charles Peery**
d.peery@tylerpeery.com
Texas Bar No. 15728750
**R. Craig Bettis**
cbettis@tylerpeery.com
Texas Bar No. 24040518
**Tyler & Peery**
5822 West IH 10
San Antonio, TX 78201
Office 210-774-6445
Counsel for Uhl

/s/ George LeGrand
**George LeGrand**
tegrande@aol.com
Texas Bar No. 12171450
**Stanley Bernstein**
Texas Bar No. 02225400
**LeGrand & Bernstein**
2511 N. Saint Mary's St.
San Antonio, Texas 78212
Office 210-733-9439
Fax 510-735-3542
Counsel for Wall & Solis

/s/ Justin Demerath
**Justin Demerath**
jdemerath@808west.com
Texas Bar No. 24034415
**O'Hanlon, Demerath & Castillo**
808 West Ave.
Austin, TX 78701
Office 512-494-9949
    Counsel for Corrigan, Braden,
    Warden, Stevens, Pachal, McCain, &
    Poston

/s/ Tim Maloney
**Tim Maloney**
Texas Bar No. 12887380
timmaloney@yahoo.com
**Paul E. Campolo**
pcampolo@maloneyandcampolo.com
Texas Bar No. 03730150
**Maloney & Campolo, L.L.P.**
926 S. Alamo
San Antonio, TX 78205
Office (210) 465-1523
Counsel for Ramsey

/s/ Joseph M. Schreiber
**Joseph M. Schreiber**
joe@lawdoneright.net
Texas Bar No. 24037449
**Erik A. Knockaert**
erik@lawdoneright.net
Texas Bar No. 24036921
**Schreiber | Knockaert, PLLC**
701 N. Post Oak Rd., Suite 325
Houston, TX 77024
Phone (281) 949-8904
Fax (281) 949-8914
Counsel for Brown

/s/ Jason Webster
**Jason Webster**
jwebster@thewebsterlawfirm.com
Texas Bar No. 24033318
**The Webster Law Firm**
6200 Savoy
Suite 640
Houston, TX 77036
    Counsel for Lookingbill

/s/ Brett Reynolds
**Brett T. Reynolds**
btreynolds@btrlaw.com
Texas Bar No. 16795500
**Brett Reynolds & Associates, P.C.**
1250 N.E. Loop 420, Suite 420
San Antonio, TX 78219
(210)805-9799
    Counsel for Workman, Colbath, and
    Harris

/s/ Hugh J. Plummer
**Hugh J. Plummer**
hplummer@thomasjhenrylaw.com
**Law Office of Thomas J. Henry**
4715 Fredricksburg
San Antonio, TX 78229
(210) 585-2151
(361) 985-0601 (fax)
    Counsel for McMahan

/s/ Craig Carlson
**Craig Carlson**
ccarlson@carlsonattorneys.com
**Philip Koelsch**
pkoelsch@carlsonattorneys.com
**Joe Craven**
jcraven@carlsonattorneys.com
**The Carlson Law Firm**
100 E Central Texas Expy
Killeen, TX 76541
254-526-5688
    Counsel for Rios

/s/ Marion M. Reilly
Marion M. Reilly
**Hilliard Munoz Gonzales, L.L.P.**
719 S. Shoreline - Ste 500
Corpus Christi, TX 78401
(361) 882-1612
361/882-3015 (fax)
marion@hmglawfirm.com
    Counsel for McMahan

/s/ Kelly W. Kelly
**Kelly W. Kelly**
**Anderson & Associates Law Firm**
2600 SW Military Drive, Suite 118
San Antonio, TX 78224
(210) 928-9999
(210) 928-9118 (fax)
kk.aalaw@yahoo.com
    Counsel for Ward

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed through the Court's CM/ECF system on March 12, 2021, and the following counsel for the United States have received notice and been served through that system.

/s/ Jamal K. Alsaffar
**Jamal K. Alsaffar**

BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division

ASHLEY C. HOFF
United States Attorney
Western District of Texas

KIRSTEN WILKERSON
Assistant Director, Torts Branch
United States Dept. of Justice
Civil Division

PAUL DAVID STERN
Trial Attorney, Torts Branch
United States Dept. of Justice
Civil Division

CLAYTON R. DIEDRICHS
Assistant United States Attorney

JIM F. GILLIGAN
Assistant United States Attorney

KRISTIN K. BLOODWORTH
Assistant United States Attorney

JOHN PANISZCZYN, Civil Chief
United States Attorney's Office
Western District of Texas

JAMES G. TOUHEY, JR.
Director, Torts Branch
United States Dept. of Justice
Civil Division

STEPHEN E. HANDLER
Senior Trial Counsel, Torts Branch
United States Dept. of Justice
Civil Division

STEPHEN TERRELL
Trial Attorney, Torts Branch
United States Dept. of Justice
Civil Division

JAMES E. DINGIVAN
Assistant United States Attorney

JACQUELYN M. CHRISTILLES
Assistant United States Attorney