IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HOLCOMBE, et. al, <br><br> Plaintiffs <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant | NO. 5:18-CV-00555-XR <br> (consolidated cases) |

# PLAINTIFFS' OBJECTIONS TO DEFENDANT UNITED STATES' TRIAL DEPOSITION DESIGNATION OF COLONEL JAMES HUDSON

Plaintiffs file the following Objections to Defendant United States' Designations of Deposition Testimony from Colonel James Hudson, Plaintiffs specifically object to the proffered page and line designations as follows:

Objections to Deposition Testimony of Colonel James Hudson

| Page / Line | Objection & Testimony at Issue | Court's Ruling | | |
|---|---|---|---|---|
| | | Sustained | Overruled | Other |
| 187:16-188:16 | **Plaintiff objects to this testimony after "I can't recall" as non-responsive to the question asked, not based on personal knowledge as required by FRE 602, and therefore speculative.**<br><br>16    Q.  Can you test it -- can you tell us how<br>17   the trainees were tested on criminal-data-history<br>18   compliance?<br>19    A.  Well, we had -- excuse me.  We had<br>20   exercises and scenario, which were hands-on testing,<br>21   whether or not a specific graded element included<br>22   criminal-data-history compliance, I can't recall.<br>23       In other words, I'm not sure if -- when we<br>24   were looking at a certain exercise or scenarios,<br>25   whether or not there was a line item that said, Did<br>Page 188<br>1   you submit the fingerprint cards in compliance with<br>2   Air Force instruction or DoD IG, whatever.<br>3    Q.  Um-hum.<br>4    A.  It was probably more along the lines of,<br>5   Did the student comply with all relevant aspects of<br>6   conducting the investigation, documenting the<br>7   investigation, closing the case file properly.  So<br>8   that was the hands-on piece.<br>9       We had written tests as well that covered all<br>10   the blocks of instruction.  So presumably -- and<br>11   I -- I don't recall, you know, I'd have to pull the<br>12   tests -- but presumably, there were -- there were | | | |

Objections to Deposition Testimony of Colonel James Hudson

| Page / Line | Objection & Testimony at Issue | Court's Ruling | | |
|---|---|---|---|---|
| | | *Sustained* | *Overruled* | *Other* |
| | 13   questions on there about the timing or the<br>14   requirements of fingerprint cards and how we -- how<br>15   we took those, how we archived those, how we<br>16   submitted those, et cetera. | | | |
| 249:23-250:10 | **Plaintiff objects to the testimony as non-responsive to the question posed, not based on personal knowledge as required by FRE 602 and therefore speculative.**<br><br>23         So whether it makes a difference or not<br>24   remains to be seen, you know, as that activity<br>25   transpires out to the actual investigation.<br>Page 250<br>1         So if, for instance, the commander would have<br>2   said, We have a real problem with, you know, tagging<br>3   computers as evidence, you're not doing it<br>4   correctly, we're going to do an all-stop focus on<br>5   how to do that correctly, then one would expect if<br>6   you put that much effort into that, the result would<br>7   have been you would have had far fewer errors<br>8   tagging computers correctly as evidence.  But you<br>9   don't know that until you collect the data after the<br>10   fact. | | | |
| 253:16 – 253:20 | **Plaintiff objects to the questions from Counsel Mr. Furman as calling for opinion testimony unsupported by proper foundation in violation of FRE 701 and 702.** | | | |

Objections to Deposition Testimony of Colonel James Hudson

| Page / Line | Objection & Testimony at Issue | Court's Ruling | | |
|---|---|---|---|---|
| | | Sustained | Overruled | Other |
| | 16    Q.  (By Mr. Furman) Did you feel the<br>17  training provided to the OSI agents was sufficient?<br>18    A.  I did feel it was sufficient and it met<br>19  the requirements -- for the training requirements<br>20  injected that we had at the time. | | | |
| 253:21 – 253:23 | **Plaintiff objects to the questions from Counsel Mr. Furman as calling for a response based on hearsay FRE 802.**<br><br>21    Q.  Did any -- anyone ever tell you that the<br>22  training was not sufficient?<br>23    A.  No. | | | |
| 253:24 – 254:7 | **Plaintiff objects to the questions from Counsel Mr. Furman not based on personal knowledge as required by FRE 602 and therefore speculative; and calling for speculative opinion testimony unsupported by proper foundation in violation of FRE 701 and 702.**<br><br>24    Q.  And when the students were done with<br>25  your portion on the course that involved those<br>Page 254<br>1  elements, did you believe that they understood the<br>2  material?<br>3    A.  I believe that I provided them with<br>4  the -- the relevant information that they needed to<br>5  understand and be able to execute that requirement.<br>6    So the answer is yes, I felt they were<br>7  prepared to do what was required. | | | |

Objections to Deposition Testimony of Colonel James Hudson

| Page / Line | Objection & Testimony at Issue | Court's Ruling |||
|---|---|---|---|---|
| | | Sus-tained | Over-ruled | Other |
| 258:7–258:17 | **Plaintiff objects to the questions from Counsel Mr. Furman as calling for a legal conclusion.**<br><br>7   Q.  So is it fair to say that your<br>8  instructions as Region II commander under the<br>9  regulations were more general in nature?<br>10     A.  Yes, I think so.  Um-hum.<br>11     Q.  And as Region II Commander under the<br>12  regulations, did you have discretion on how you<br>13  executed your command role?<br>14     A.  Yes.<br>15     Q.  And you did, in fact, exercise that<br>16  discretion?<br>17     A.  Yes. | | | |
| 258:18 –260:1 | **Plaintiff objects to the question from Counsel Mr. Furman on the grounds of relevance FRE 401, 403.**<br><br>18     Q.  And as Region II Commander, did you have<br>19  many responsibilities?<br>20     A.  I had several responsibilities.<br>21     Q.  What did those include?<br>22     A.  Essentially, the training, equipping and<br>23  organizing of the entire region.  So everything from<br>24  ensuring that all elements of the mission were being<br>25  accomplished in a timely manner, that we were<br>Page 259<br>1  complying with guidance, whether it was | | | |

Objections to Deposition Testimony of Colonel James Hudson

| Page / Line | Objection & Testimony at Issue | Court's Ruling | | |
|---|---|---|---|---|
| | | Sus-tained | Over-ruled | Other |
| | 2  administrative in nature or -- or operational in<br>3  nature.<br>4     I had responsibility for the care and feeding<br>5  of the -- not only the personnel assigned to<br>6  Region II, but also their families, in some cases.<br>7     When we had several people deployed, we still<br>8  had the obligation to ensure the families that were<br>9  left behind were still taken care of.<br>10     As I mentioned before, the -- the area of<br>11  responsibility was vast.  So I traveled a great deal<br>12  to try to get out to as many units as I could to<br>13  have face-to-face conversations, to check on their<br>14  morale, to ensure they had as much as I could<br>15  provide, the resources they needed to conduct their<br>16  mission.<br>17     I had a substantial role in international<br>18  liaison with respect to making sure international,<br>19  and even federal, state and local law enforcement<br>20  partners understood our mission and worked<br>21  collegially with us on joint issues.<br>22     A -- a big role in visiting, again, all the<br>23  different aspects of the -- the AOR that I was<br>24  responsible for.<br>25     Q.  So there was a lot?<br>Page 260<br>1     A.  It was a lot. | | | |

Respectfully Submitted,

/s/ Jamal K. Alsaffar
**Jamal K. Alsaffar**
JAlsaffar@nationaltriallaw.com
Texas Bar No. 24027193
**Tom Jacob**
TJacob@nationaltriallaw.com
Texas Bar No. 24069981
**Whitehurst, Harkness, Brees, Cheng, Alsaffar & Higginbotham & Jacob PLLC**
7500 Rialto Blvd, Bldg. Two, Ste 250
Austin, TX 78735
Office 512-476-4346
Fax 512-476-4400
Counsel for Vidal, McKenzie, Solis, McNulty, and Wall

/s/ Jason P. Steed
**Jason P. Steed**
JSteed@kilpatricktownsend.com
Texas Bar No. 24070671
**Kilpatrick Townsend & Stockton LLP**
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
Office 214-922-7112
Fax 214-853-5731
Counsel for Vidal, McNulty, and Wall

/s/ April A. Strahan
**April A. Strahan**
april@ammonslaw.com
Texas Bar No. 24056387
**Robert E. Ammons**
rob@ammonslaw.com
Texas Bar No. 01159820
**The Ammons Law Firm**
3700 Montrose Blvd.
Houston, TX 77006
Office 866-523-1603
Fax 713-523-4159
Counsel for Holcombe, Ramsey, Curnow & Macias

/s/ Daniel J.T. Sciano
**Daniel J.T. Sciano**
DSciano@tsslawyers.com
Texas Bar No. 17881200
**Tinsman & Sciano**
10107 McAllister Freeway
San Antonio, TX 78216
Office 210-225-3121
Fax 210-225-6235
Counsel for Amador

/s/ Daniel Barks
**Daniel D. Barks,** *pro hac vice*
ddb@speiserkrause.com
**Speiser Krause, P.C.**
5555 Glenridge Connector, Suite 550
Atlanta, GA 30342
Office 571-814-3344
Fax 866-936-6382
Counsel for Holcombe

/s/ Mark Collmer
**Mark W. Collmer**
mark@collmerlaw.com
Texas Bar No. 04626420
**Collmer Law Firm**
3700 Montrose
Houston, TX 77006
Office 713-337-4040
Counsel for Holcombe

| | |
|---|---|
| /s/ Dennis Peery <br> **Dennis Charles Peery** <br> d.peery@tylerpeery.com <br> Texas Bar No. 15728750 <br> **R. Craig Bettis** <br> cbettis@tylerpeery.com <br> Texas Bar No. 24040518 <br> **Tyler & Peery** <br> 5822 West IH 10 <br> San Antonio, TX 78201 <br> Office 210-774-6445 <br> Counsel for Uhl | /s/ Tim Maloney <br> **Tim Maloney** <br> Texas Bar No. 12887380 <br> timmaloney@yahoo.com <br> **Paul E. Campolo** <br> pcampolo@maloneyandcampolo.com <br> Texas Bar No. 03730150 <br> **Maloney & Campolo, L.L.P.** <br> 926 S. Alamo <br> San Antonio, TX 78205 <br> Office (210) 465-1523 <br> Counsel for Ramsey |
| /s/ George LeGrand <br> **George LeGrand** <br> tegrande@aol.com <br> Texas Bar No. 12171450 <br> **Stanley Bernstein** <br> Texas Bar No. 02225400 <br> **LeGrand & Bernstein** <br> 2511 N. Saint Mary's St. <br> San Antonio, Texas 78212 <br> Office 210-733-9439 <br> Fax 510-735-3542 <br> Counsel for Wall & Solis | /s/ Joseph M. Schreiber <br> **Joseph M. Schreiber** <br> joe@lawdoneright.net <br> Texas Bar No. 24037449 <br> **Erik A. Knockaert** <br> erik@lawdoneright.net <br> Texas Bar No. 24036921 <br> **Schreiber \| Knockaert, PLLC** <br> 701 N. Post Oak Rd., Suite 325 <br> Houston, TX 77024 <br> Phone (281) 949-8904 <br> Fax (281) 949-8914 <br> Counsel for Brown |
| /s/ Justin Demerath <br> **Justin Demerath** <br> jdemerath@808west.com <br> Texas Bar No. 24034415 <br> **O'Hanlon, Demerath & Castillo** <br> 808 West Ave. <br> Austin, TX 78701 <br> Office 512-494-9949 <br>    Counsel for Corrigan, Braden, Warden, Stevens, Pachal, McCain, & Poston | /s/ Jason Webster <br> **Jason Webster** <br> jwebster@thewebsterlawfirm.com <br> Texas Bar No. 24033318 <br> **The Webster Law Firm** <br> 6200 Savoy <br> Suite 640 <br> Houston, TX 77036 <br>    Counsel for Lookingbill |

| | |
|---|---|
| /s/ Brett Reynolds<br>**Brett T. Reynolds**<br>btreynolds@btrlaw.com<br>Texas Bar No. 16795500<br>**Brett Reynolds & Associates, P.C.**<br>1250 N.E. Loop 420, Suite 420<br>San Antonio, TX 78219<br>(210)805-9799<br>     Counsel for Workman, Colbath, and Harris | /s/ Marion M. Reilly<br>Marion M. Reilly<br>**Hilliard Munoz Gonzales, L.L.P.**<br>719 S. Shoreline - Ste 500<br>Corpus Christi, TX 78401<br>(361) 882-1612<br>361/882-3015 (fax)<br>marion@hmglawfirm.com<br>     Counsel for McMahan |
| /s/ Hugh J. Plummer<br>**Hugh J. Plummer**<br>hplummer@thomasjhenrylaw.com<br>**Law Office of Thomas J. Henry**<br>4715 Fredricksburg<br>San Antonio, TX 78229<br>(210) 585-2151<br>(361) 985-0601 (fax)<br>     Counsel for McMahan | /s/ Kelly W. Kelly<br>**Kelly W. Kelly**<br>**Anderson & Associates Law Firm**<br>2600 SW Military Drive, Suite 118<br>San Antonio, TX 78224<br>(210) 928-9999<br>(210) 928-9118 (fax)<br>kk.aalaw@yahoo.com<br>     Counsel for Ward |
| /s/ Craig Carlson<br>**Craig Carlson**<br>ccarlson@carlsonattorneys.com<br>**Philip Koelsch**<br>pkoelsch@carlsonattorneys.com<br>**Joe Craven**<br>jcraven@carlsonattorneys.com<br>**The Carlson Law Firm**<br>100 E Central Texas Expy<br>Killeen, TX 76541<br>254-526-5688<br>     Counsel for Rios | |

# CERTIFICATE OF SERVICE

I certify that the foregoing was filed through the Court's CM/ECF system on March 12, 2021, and the following counsel for the United States have received notice and been served through that system.

/s/ Jamal K. Alsaffar
**Jamal K. Alsaffar**

| | |
|---|---|
| BRIAN BOYNTON<br>Acting Assistant Attorney General<br>Civil Division | JOHN PANISZCZYN, Civil Chief<br>United States Attorney's Office<br>Western District of Texas |
| ASHLEY C. HOFF<br>United States Attorney<br>Western District of Texas | JAMES G. TOUHEY, JR.<br>Director, Torts Branch<br>United States Dept. of Justice<br>Civil Division |
| KIRSTEN WILKERSON<br>Assistant Director, Torts Branch<br>United States Dept. of Justice<br>Civil Division | STEPHEN E. HANDLER<br>Senior Trial Counsel, Torts Branch<br>United States Dept. of Justice<br>Civil Division |
| PAUL DAVID STERN<br>Trial Attorney, Torts Branch<br>United States Dept. of Justice<br>Civil Division | STEPHEN TERRELL<br>Trial Attorney, Torts Branch<br>United States Dept. of Justice<br>Civil Division |
| CLAYTON R. DIEDRICHS<br>Assistant United States Attorney | JAMES E. DINGIVAN<br>Assistant United States Attorney |
| JIM F. GILLIGAN<br>Assistant United States Attorney | JACQUELYN M. CHRISTILLES<br>Assistant United States Attorney |
| KRISTIN K. BLOODWORTH<br>Assistant United States Attorney | |