# EMILY WILLIS
# EXHIBIT A

```
 1            UNITED STATES DISTRICT COURT

 2          FOR THE WESTERN DISTRICT OF TEXAS

 3

 4   JOE HOLCOMBE, et al.,

 5                    Plaintiff,

 6   vs.                              Civil Action No:
                                      5:18-cv-00555-XR
 7   UNITED STATES OF AMERICA,

 8                    Defendant.
     _____
 9

10

11

12          REMOTE VIDEOTAPED DEPOSITION OF

13                  EMILY WILLIS

14

15                  May 26, 2020

16                  10:00 a.m.

17

18
            Remote Videotaped Proceedings
19            Colorado Springs, Colorado

20

21

22

23

24
       Cynthia Gage, B.S., M.A., California CSR No. 10492
25        Notary Public in and for the State of Colorado
```



```
 1                   APPEARANCES OF COUNSEL
         (ALL PARTIES APPEARED VIA WEBCAM/TELECONFERENCE)
 2

 3    On Behalf of the Defendant:

 4        U.S. DEPARTMENT OF JUSTICE
          BY:  JOCELYN KRIEGER, ESQ.
 5             (Appeared Remotely)
          175 N Street NE
 6        Room 11.1326
          Washington, DC 20002
 7        (202) 616-1679
          jocelyn.krieger@usdoj.gov
 8

 9    On Behalf of the Plaintiff:

10        SCHREIBER, KNOCKAERT, PLLC
          BY:  JOSEPH SCHREIBER, ESQ.
11             (Appeared Remotely)
          701 North Post Oak Road
12        Houston, Texas 77024
          (281) 949-8904
13        peter@praxidicelaw.com

14
      Also Present remotely:
15
          Daniel Chung
16        Jamal Alsaffar
          Austin Furman
17        Steven Handler

18
      The Remote Videographer:
19
          Angela Lyons
20

21

22

23

24

25
```



```
 1                    INDEX OF EXAMINATION

 2
     WITNESS:  EMILY WILLIS
 3

 4   EXAMINATION:                                  PAGE

 5   By Ms. Krieger                                5, 106

 6   By Mr. Schreiber                              93

 7

 8
                     INDEX TO EXHIBITS
 9
     NUMBER                  DESCRIPTION          PAGE
10
     Exhibit 1 - Subpoena                          14
11   Exhibit 2 - Attachment to Subpoena            16
     Exhibit 3 - Photograph                        16
12   Exhibit 4 - Photograph                        16
     Exhibit 5 - Text messages                     16
13   Exhibit 6 - Text messages                     19
     Exhibit 7 - Federal Bureau of Investigation   21
14               Report
     Exhibit 8 - Intake SA-21                      24
15   Exhibit 9 - Event Details Report              26

16

17

18

19

20

21

22

23

24

25
```



```
 1        REMOTE VIDEOTAPED DEPOSITION OF EMILY WILLIS
 2                      MAY 26, 2020
 3
 4        THE VIDEOGRAPHER:  We are now on the record.
 5   The time is 10:00 a.m. on May 26th, 2020.  This is        10:00:53
 6   the videoconference deposition of Emily Willis taken
 7   in the matter of Joe Holcombe, et al., versus the
 8   United States of America filed in the United States
 9   District Court for the Western District of Texas,
10   Civil Action No. 5:18-cv-00555-XR.  My name is            10:01:15
11   Angela Lyons.  I am your remote videographer today.
12   The court reporter is Cynthia Gage.  We are
13   representatives of Esquire Deposition Solutions.
14        As a courtesy, will everyone who is not
15   speaking please mute your audio and please remember       10:01:36
16   to unmute your audio when you are ready to speak.
17   Would everyone present please identify yourself and
18   state who you represent, after which the court
19   reporter will swear in the witness.
20        MR. SCHREIBER:  This is Joe Schreiber on           10:01:50
21   behalf of the Plaintiffs.
22        MS. KRIEGER:  Jocelyn Krieger on behalf of
23   the United States.
24        MR. ALSAFFAR:  Jamil Alsaffar for the
25   Plaintiffs.                                               10:02:21
```



 1          MR. FURMAN:  Austin Furman for the Defendant

 2    United States:

 3          MS. WILLIS:  My name is Emily Willis.

 4

 5                    EMILY WILLIS,                              10:02:54

 6          having been duly sworn remotely was

 7          examined and testified as follows:

 8                    EXAMINATION

 9    BY MS. KRIEGER:

10       Q    Hi, Emily.  We have met off the record a few       10:03:00

11    times, spoken a few times not on the record.  But

12    nonetheless, my name is Jocelyn Krieger.  I represent

13    the United States in this case.  You have just heard

14    a number of attorneys on the phone.  Primarily though

15    Joe Schreiber is representing the Plaintiffs here.        10:03:21

16          This case is based on the shooting committed

17    in Sutherland Springs, Texas, by Devin Patrick

18    Kelley.  The Plaintiffs here are the victims of the

19    shooting, who are suing the United States for

20    negligence.                                               10:03:45

21          Do you have any prior experience having your

22    deposition taken?

23       A    No, ma'am.

24       Q    Do you have any prior experience testifying

25    in court?                                                 10:04:01



1    appears to be another screen shot.  The title of the

2    document right now is Willis image 3.  I'm sorry.

3    The previous one will be Exhibit 4.  This will be

4    Exhibit 5.

5              What is this image showing?                 10:23:22

6        A    This image is a conversation between

7    Danielle and I after she had sent to me the photos of

8    Michael's legs.  We had had a conversation about it

9    where I was explaining to her that I don't feel

10   comfortable living with Devin anymore, and I was       10:23:41

11   trying to convince her to go and speak to the police.

12       Q    What is the date -- do you recall is this

13   the same -- was this text conversation occurring at

14   the same time on the same date that you received the

15   photographs?                                           10:24:01

16       A    Yes, ma'am.

17       Q    Does that make sense?

18       A    Yes.

19       Q    Okay.  So the photographs were sent -- taken

20   and sent to you, you said, around July 13th.  You      10:24:10

21   believe the conversation was also July 13th?

22       A    Yes, ma'am.

23       Q    And I will show you a fourth image that I

24   received, which will be Exhibit 6.

25            (Exhibit 6 was marked for identification.)    10:24:29



 1    BY MS. KRIEGER:

 2        Q    What is this image?

 3        A    This is a screen shot of a conversation

 4    between Devin Kelley and myself.   Yes.

 5        Q    Did you take the screen shot?                10:24:46

 6        A    Yes, ma'am.

 7        Q    What was the date that you received these

 8    messages from Devin Kelley?

 9        A    I don't recall at the moment.   I could go

10    back into the conversation where this picture was    10:25:07

11    taken and look at it, if you would like.

12        Q    To be clear, you do still have this

13    conversation on your phone or --

14        A    Yes, I still have this picture on my phone.

15        Q    Okay.  You don't have to look at this       10:25:19

16    second.

17        A    Okay.

18        Q    Maybe when we take a break, if you could

19    check and we can confirm.

20        A    Yes.                                         10:25:29

21        Q    How did you know that these -- how did you

22    know that these texts were sent from Devin Kelley?

23        A    This I believe was the phone number that I

24    had for Devin Kelley.  That's why his name was saved

25    under the phone number as shown in the picture.      10:25:43



1   that were more or less forced on Danielle from what

2   she had told me.

3          Also on this form it said, um, that Willis

4   caught Kelley masturbating in her room while she

5   resided with the Kelleys." That is incorrect. I        10:36:35

6   found out about that situation because Danielle had

7   texted me shortly after they had left to tell me that

8   information.

9          Um, the next statement in here, um, I

10  believe it is -- I believe it's five paragraphs down    10:37:11

11  where it says that Willis did not know why the

12  Kelleys moved to Colorado. Um, from my memory, um,

13  the reason that they moved to Colorado was because

14  there were some issues between Devin Kelley and

15  Danielle Kelley's parents.                               10:37:34

16         And also I recall them talking about wanting

17  to start up a marijuana business.

18         Would you mind scrolling down, please?

19         All right. That's it.

20     Q   Okay. And then I will show you one more           10:38:04

21  document, which we -- there it is -- which we will

22  mark as Exhibit 9. I will make it full screen. This

23  is an eight-page document. The Bates number at the

24  bottom is USA 00023557.

25         (Exhibit 9 was marked for identification.)        10:38:20



1    Devin Kelley.

2        Q    Do you know why they were living in

3    Colorado?

4        A    Um, like I had mentioned before, I believe

5    from my memory we had talked about how Devin and her      10:51:42

6    parents, Danielle's parents, were just not getting

7    along.  So they had moved out here to get away from

8    that.  But they had also mentioned something about

9    starting up in the marijuana business, being involved

10   in that.                                                  10:52:02

11       Q    Where were Devin and Danielle living when

12   you first met them?

13       A    They were living in a trailer just a few

14   minutes away from Texas Roadhouse.

15       Q    Was the trailer in like a trailer park or on   10:52:15

16   someone's property?

17       A    It was not on someone's property.  I believe

18   it was in a trailer park.

19       Q    How did you come to live with the Kelleys?

20       A    A few months after I had met them, I was        10:52:34

21   living at the time at my mother's house.  It was just

22   time for me to move on with my life.  And they were

23   interested in getting an apartment and getting out of

24   their trailer home.  And so we had spoken about

25   possibly getting an apartment together, and we ended     10:52:54



EMILY WILLIS                                      May 26, 2020
HOLCOMBE vs UNITED STATES of AMERICA                        33

1    up doing that.

2        Q    Um, did you know -- how well did you know

3    Danielle before you moved in together?

4        A    Not very well.

5        Q    How long had you known Danielle at that        10:53:08

6    point in time?

7        A    Just a few months.

8        Q    Did you know Devin well before you moved in

9    with them?

10       A    Not very well.  I only knew him when we --     10:53:22

11   when I went over to see them and see their baby.

12   Just kind of in passing I guess I knew him.

13       Q    How many times do you think you had met

14   Devin before you moved in with them?

15       A    To my memory, I would say three.               10:53:43

16       Q    Where -- so you all moved in together.  You

17   don't have to give me the address, but what city were

18   you all living in at that time?

19       A    The apartment we moved into was here in

20   Colorado Springs.                                       10:54:03

21       Q    And how big of an apartment was it?

22       A    It was a two bedroom/two bath apartment.

23       Q    While you were living -- how long did you

24   and the Kelleys live together for?

25       A    I want to say it was a little over two weeks   10:54:18



1   before they had left.

2       Q    You only lived with them for two weeks?

3       A    Yes, ma'am.

4       Q    When you were living with them, how often

5   did you see them?                                      10:54:36

6       A    I saw them daily, yeah.

7       Q    Did you hang out with them?  Spend a lot of

8   time together?

9       A    We ate meals together.  We would have movie

10  nights together on the couch.  We would go grocery     10:54:56

11  shopping together.  So we did spend a lot of time

12  together.

13      Q    Were you at the apartment very much?  In a

14  given day, how long were you at the apartment for

15  would you say?                                         10:55:12

16      A    I was a waitress at the time.  So other than

17  going to work, I was pretty much at the apartment all

18  the time.

19      Q    How -- how long were your shifts at work?

20      A    I don't recall.                               10:55:26

21      Q    Were the Kelleys -- how much were -- in a

22  given day, how much time would the Kelleys spend at

23  the apartment?

24      A    To my memory, the whole day unless they were

25  going out to explore something.  They were pretty      10:55:42



1    much at the apartment all the time.

2        Q    Did either of them have a job?

3        A    Not that I can recall, no.

4        Q    Do you know how they paid rent?

5        A    I do not know.                          10:55:58

6        Q    Did you ever hear if one of the parents were

7    helping them or anything like that?

8        A    Not to my memory, no.

9        Q    In the apartment it was you and Devin and

10   Danielle and also the baby; is that right?        10:56:20

11       A    Yes, ma'am.

12       Q    You said that neither of them had jobs, but

13   you and Danielle had previously worked together.

14   When did Danielle stop working?

15       A    I don't recall when she had stopped working.  10:56:35

16   I know that she had went on maternity leave when she

17   had Michael, but I don't recall whether or not she

18   went back after.

19       Q    Do you know why she stopped working or

20   possibly why she didn't go back?                  10:56:54

21       A    I recall that Devin was not a fan of her

22   just going out and being on her own.  It was his

23   preference that she stay at home the majority of the

24   day.

25       Q    Were you and Danielle close when you moved  10:57:11



 1   in together?

 2        A    In my opinion, yes.

 3        Q    Why did you say that you were close?

 4        A    We had just had a lot of commonalities in

 5   our life stories in terms of people we dated.  She          10:57:29

 6   was a very sweet person, and she would kind of talk

 7   to me about life.  She was just very nice so.

 8        Q    Did you -- I know you worked together

 9   initially.  Did you do anything together outside of

10   work?                                                       10:57:49

11        A    Um, other than when I went to go see her

12   after she had her baby, no.

13        Q    Before you moved in together, would you have

14   personal conversations with Danielle?

15        A    Yes, but nothing in regards to Devin.  It         10:58:03

16   was probably just more about like her life, and where

17   she grow up, and where she went to school.  It was

18   never anything like private.

19        Q    Did you have personal conversations after

20   you moved in together?                                      10:58:21

21        A    Yes, ma'am.

22        Q    What kinds of -- what did you talk about in

23   those conversations?

24        A    Primarily we just spoke about Devin and his

25   past.  That's when she initially started opening up         10:58:32



 1   to me about, um, their past relationship with each

 2   other and, um, his life before he met her and stuff

 3   in regards to that.

 4      Q    What did she tell you about Devin's life

 5   before he met her?                                    10:58:53

 6      A    Um, she had shared that Devin was previously

 7   married, that he -- there was some abuse between him

 8   and the woman he was married to and also her child.

 9   To my memory, they had also mentioned something about

10   a dog being involved in the abuse.  She had mentioned  10:59:11

11   that he had been dishonorably discharged from the

12   military.  She had told me about occasions where he

13   would push her down the stairs or hit her, verbally

14   belittle her, just kind of stuff along those lines.

15      Q    Were there any specifics incidences --        10:59:36

16   incidents, excuse me, that Danielle told you about

17   where Devin was abusive?

18      A    Yes, ma'am.  I remember a conversation and

19   when she told me prior to being pregnant with

20   Michael, she had been pregnant before and he had      10:59:54

21   pushed her I believe it was down stairs and she had

22   had a miscarriage after that.  I don't have any

23   memory of any other instances.

24      Q    When would you have these conversations?

25   You know, Devin was also around all the time.         11:00:17



1      A    Yeah.  Primarily we would just talk when

2  Devin would be in the shower or using the restroom,

3  in his room playing video games.  Pretty much they

4  were very brief conversations between her and I when

5  he was out of the room for a little bit.                11:00:36

6      Q    What -- how would you describe Danielle at

7  that time?

8      A    Um, very sweet, very honest, um, scared, but

9  more for her child than for herself.  Just pretty

10  much in that way.                                       11:01:01

11      Q    We have been going about an hour.  Do people

12  like to take a five-minute break?  Okay.

13          THE VIDEOGRAPHER:  We are going off the

14  record.  The time is 11:01 a.m.

15          (Recess.)                                       11:06:36

16          THE VIDEOGRAPHER:  We are back on the

17  record.  The time is 11:06 a.m.

18  BY MS. KRIEGER:

19      Q    I just wanted to follow up on something that

20  I had asked you about a second ago.  You said that    11:06:52

21  you lived them for two weeks, the Kelleys for two

22  weeks.  I am going to show you Exhibit 9 again.  This

23  is on the page that is marked the last Exhibit 23561.

24  It says under "Emily Willis statement, Ms. Willis

25  says she has been living with the Kelleys since        11:07:19



1   June 26th, 2015."  Is that -- to your recollection,

2   is that accurate?

3        A     To my recollection, yes.

4        Q     At the time that you made that statement to

5   the Colorado Police, that was fairly close in time to          11:07:34

6   when you were living with the Kelleys; right?

7        A     I'm sorry.  You said --

8        Q     When you made this statement to the Colorado

9   Police, that was closer in time to when you were

10  living with the Kelleys; is that right?                         11:07:52

11       A     Yes, ma'am.

12       Q     And I believe you said that the Kelleys

13  moved out the day of or the day before you filed this

14  report; is that correct?

15       A     Yes, ma'am.  I believe I filed it on              11:08:12

16  July 14th, and they had moved out of my apartment the

17  night prior.

18       Q     So I can't do that math.  Well, whatever the

19  math is, June 26th to July 13th or 14th, that's how

20  long you lived with the Kelleys; is that fair?                  11:08:30

21       A     Yes, ma'am.

22       Q     How would you describe Devin Kelley at the

23  time that you were living with him?

24       A     Um, I would describe Devin Kelley as very

25  persuasive, opinionated, more or less on the                   11:08:57



1    aggressive side in terms of like making seductive

2    comments more aggressively.  He had a very

3    big-man-in-charge personality.  Yeah.

4        Q    You said he was very persuasive.  How was he

5    persuasive?                                      11:09:32

6        A    Um, more like suggestive persuasive.  Like

7    if he wanted to do something, that's what was going

8    to happen.  If he wanted to buy something particular

9    at the grocery store, that's what we were buying.  If

10   he wanted to watch a particular movie, that's what we  11:09:52

11   were watching because that's what he wanted to watch.

12       Q    So he was very much like in control; is that

13   fair?

14       A    Yes, ma'am.

15           MR. SCHREIBER:  Objection.  Leading.        11:10:08

16   BY MS. KRIEGER:

17       Q    When you said he had like a big-man

18   personality, what -- what do you mean by that?

19       A    Um, I meant that he, um, presented himself

20   as bigger than you, stronger than you, his opinion    11:10:28

21   was more important than yours.  Like he was higher

22   than you when you were kind of down here.  It was his

23   life and you were kind of just living in it.  I don't

24   know if that makes sense.

25       Q    Was Kelley -- was Devin Kelley ever          11:10:56



1   aggressive?

2        A    Not toward me.  Um, more verbally -- more

3   verbally aggressive I would say in terms of towards

4   other people.  He would not be verbally aggressive

5   towards them, but he would talk to Danielle and I      11:11:15

6   about -- I don't know if that makes sense -- um,

7   about his opinions and ideas about other people in

8   more of an aggressive way.

9        Q    Can you give any example of how he would be

10  aggressive about other people to you and Danielle?     11:11:34

11       A    Yes.  Thank you for explaining it better.

12  If we were driving in the car and somebody got in

13  front of him, he would kind of scream out in the car.

14  He was very -- um, he had a lot of road range.  He

15  was very verbally aggressive when he was in the car.   11:11:53

16  If he saw someone that he did not like in the grocery

17  store, he would mumble words under his breath,

18  inappropriate words, about the people.  As it said on

19  the document that we had just read, he was very

20  racist towards Hispanic people.  So whenever he would  11:12:10

21  see a Hispanic person or something would happen in

22  regards to him and a Hispanic person, he would make

23  comments to Danielle and I about them and their race

24  in more of an aggressive way.

25       Q    Is Danielle Hispanic?                        11:12:28



```
 1        A    I believe so, yes.
 2        Q    Did he ever make comments about Danielle's
 3   race?
 4        A    Not that I can recall.
 5        Q    Did you -- did you observe Devin and       11:12:43
 6   Danielle's relationship while you were living with
 7   them?
 8        A    I would say so, yes.
 9        Q    Can you describe their relationship?
10        A    Yes, I would describe it as kind of -- like  11:13:02
11   I mentioned before, Devin was kind of in charge.
12   Danielle would do whatever he wanted.  He would take
13   whatever he wanted to eat and Danielle would make it
14   for him.  Michael would be crying -- their baby
15   Michael would be crying and Devin would tell         11:13:21
16   Danielle, hey, you need to go do this for the baby.
17   So it was very, yes, controlling in terms of what
18   Devin wanted.  It was going to happen.  It was kind
19   of an I'm in charge, if that makes sense.
20        Q    Can you give examples of Devin being       11:13:45
21   controlling?
22        A    Um, nothing particular strikes my memory
23   more than like the movies that we wanted to watch.
24   It would be his choice.  The food that we ate would
25   be his choice.  He always needed her when we were out  11:14:06
```



```
 1   in public, he needed to be walking right beside her.

 2   Um, she would always be wearing baggy clothes.  I

 3   believe that was because of his preference.  She

 4   would not wear any makeup.  And I believe that was

 5   per Devin.  And then back to the job situation          11:14:32

 6   between the two of them, I believe that Danielle did

 7   not have a job and that was primarily because of

 8   Devin's opinion.

 9        Q     Did Danielle have any friends that she

10   associated with without Devin?                          11:14:55

11        A     Without Devin I wouldn't -- no.

12        Q     I'm sorry.  Is that a "no" or you wouldn't

13   know?

14        A     I'm sorry.  No, I don't believe so.

15        Q     Did Devin control Danielle's communications? 11:15:10

16        A     Yes.  They shared one cellphone in which

17   they had the same Facebook page.  They shared the

18   same Facebook page.  I don't recall her having any

19   other form, um, of her own communication.  The text

20   message conversation between her and I where she       11:15:40

21   shared what was happening with Michael, I believe

22   that was through like a text messaging app that she

23   had on the phone.  I believe that that was deleted

24   shortly after she used it.  So it wasn't like an out

25   in open personal kind of conversation.  It was more    11:16:03
```



```
 1    like if I wanted to talk to somebody it would be
 2    private and more secretive, I guess.
 3        Q    The report -- when we looked at the F.B.I.
 4    report and you put a correction about Devin's sexual
 5    fetishes, can you tell me a little bit more about         11:16:26
 6    your knowledge of the Kelleys' sex life?
 7        A    Yes.  To my memory, we were standing in the
 8    living room, Danielle and I one day.  And I believe
 9    Devin was using the restroom or the shower.  He was
10    in their bedroom bathroom.  And she had made a           11:16:47
11    comment to me about something that Devin had bought
12    previously that day.  It was more of a strong
13    suggestion on his part that they had gotten it.  She
14    let me peek into their room.  There was some sex toys
15    laying on the bed.  I guess they had a conversation      11:17:06
16    about that.  She had relayed to me that it wasn't
17    really her choice to use them, that it was more along
18    the lines of what he wanted.  She wasn't as big of a
19    fan of them as he was.
20        Q    Did you get the impression that she was         11:17:26
21    happy to use the sex toys to make Devin happy?
22        A    Um, I believe so.  I don't think that she
23    would have used the sex toys in any other situation.
24    I believe that the only reason that they were using
25    them was because it was what Devin wanted.               11:17:50
```



```
 1   together, it was more in-home just movies, hanging
 2   out, playing video games in the apartment.
 3       Q    Did they ever -- did Devin and Danielle ever
 4   do anything separately?
 5       A    Not to my recollection no, other than use      11:21:15
 6   the restroom.
 7       Q    Was interest ever an occasion where one of
 8   them went to the grocery store without the other one?
 9       A    To my memory, no.  Every time there was
10   something that needed to happen outside of the          11:21:30
11   apartment, they both went.  Well, all of three of
12   them went together.
13       Q    Do you know if Danielle ever spoke with
14   other friends without Devin?
15       A    Not that I can recall.  I was never aware of   11:21:44
16   that.
17       Q    Do you know if she spoke with her other
18   friends with Devin?
19       A    It was stated in the forms that they had a
20   couple friends come over.  Um, I don't necessarily      11:22:00
21   recall that to this day, but they did have friends
22   together.  To go back to your previous question about
23   speaking to friends, there's one friend whose name I
24   can't remember, but she had me reach out to him on my
25   Facebook to say "hello."  I believe it was an old       11:22:21
```



 1    wearing baggy clothes all the time.   I mean, she just

 2    had a baby so.

 3        Q    How would Danielle respond when Devin

 4    insulted her or told her what she had to do?

 5        A    From my memory, she was just very quiet,          11:25:51

 6    wasn't very argumentative about things.   She would

 7    just kind of take what he said and move on, I guess.

 8        Q    Did she ever push back when he told her to

 9    do something?

10        A    Not to my memory, no.                             11:26:10

11        Q    Who controlled the finances in their

12    relationship?

13        A    I don't recall.

14        Q    Did you ever see -- did you ever see either

15    of them with a credit card?                                11:26:28

16        A    I believe that is what they paid for

17    groceries with when they would go for like grocery

18    shopping.   Other than that, I wouldn't see it, not.

19        Q    Do you know who had a credit card?   Did they

20    both have a credit card?   Did just one of them?          11:26:43

21        A    I don't recall.

22        Q    Did you ever witness Danielle talking to her

23    family?

24        A    No, ma'am.

25        Q    Did you ever -- did she ever tell you          11:26:54



1  | at all?

2  |      A     Not that I can recall, no.

3  |      Q     Did Devin ever talk to friends?

4  |      A     Um, I don't recall him particularly speaking

5  | to friends.  Like I mentioned before, um, they had a          11:35:10

6  | pair of friends I think it was from their hometown

7  | come to visit them together, but never just Devin.  I

8  | don't recall.

9  |      Q     Did you ever observe Devin talking to his

10 | family?                                                        11:35:29

11 |      A     No, ma'am.

12 |      Q     Did Devin Kelley seem to you to be an honest

13 | man?

14 |      A     No.

15 |      Q     Why do you say that?                                11:35:37

16 |      A     I think it was just my perception of him,

17 | just knowing the things that I knew about him I just

18 | wouldn't have pegged him as a very honest person.

19 | Nothing in particular, but --

20 |      Q     When you say the things you knew about him,         11:35:55

21 | like what?

22 |      A     Just the abuse from his past.  Um, I take

23 | that as manipulation.  Being that are manipulative

24 | aren't very honest, in my opinion.

25 |      Q     Did Devin ever talk to you about weapons?           11:36:16



1    A    Aside from the gun that he had had in his

2    closet, they had one of those police batons.  But

3    outside of that, I don't recall any particular

4    conversation about weapons.

5    Q    When did you see the gun that was in Devin's       11:36:37

6    closet?

7    A    While we were living together in the

8    apartment.  Um, I don't know how that conversation

9    came about, but I remember we all kind of were in

10   their closet probably unpacking and he pulled it out    11:36:55

11   and he showed it to me.

12   Q    Do you know what kind of gun it was?

13   A    Not particular what kind.  I do know it was

14   a little handheld gun, smaller.

15   Q    Do you know if the gun was loaded?                  11:37:13

16   A    I don't recall whether it was or was not.

17   Q    Do you know if Devin ever concealed carried

18   weapons?

19   A    In my memory, he did have a concealed carry

20   gun that he carried, but I don't ever remember him       11:37:43

21   showing me.  I remember him speaking about it, but

22   never like pulling it out and showing me or being

23   obvious with it.

24   Q    Do you know if Devin had a concealed carry

25   permit?                                                  11:38:01



1  I

2  unfriended them.  I did look back in my history and

3  my friends, and I am no longer friends with them so I

4  assume I unfriended them at some point.

5       Q    Do you ever recall Kelley -- do you ever      11:40:59

6  recall Devin talking about mass shooters?

7       A    Not that I can recall, no.

8       Q    Do you ever recall him posting anything

9  strange or unusual on their joint Facebook account?

10      A    From my memory, no.  They didn't have very    11:41:23

11 much posted on their Facebook.  I don't even recall

12 them posting a picture of their son or even that they

13 had a son.  So to answer your question, no.

14      Q    Did Devin ever seem angry?

15      A    Daily, yes.                                    11:41:49

16      Q    How did he seem angry?

17      A    I'm -- it just seemed like who he was.  He

18 just seemed like an angry person, towards Hispanic

19 people, drivers, pretty much anything that didn't go

20 his way, I guess, would upset him.                        11:42:08

21      Q    Did Devin ever seem vindictive?

22      A    Um, not particularly while we were living

23 together.  Um, I don't recall any comments or like

24 behaviors that would make me think that he was.

25      Q    Did he seem vindictive before or after you     11:42:45



1    the dog?

2        A    Um, he wasn't very interactive with the dog

3    to my memory.  That was more Danielle's dog in my

4    opinion than his.  He was -- he kind of ignored the

5    dog.                                                   11:47:46

6        Q    Um, when Devin wanted something, would he --

7    would you say he was determined to get it?

8        A    Oh, yeah.

9        Q    Can you give an example?

10       A    Um, like to bring back the eating, whatever   11:48:03

11   he wanted to eat or the movie he wanted to watch, he

12   always had a reason for why that was the best option

13   at the time.

14       Q    What -- did you ever push back if, you know,

15   he wanted to eat something and you didn't want to eat  11:48:22

16   the same thing?  Did you ever push back?

17       A    No.  Um, I tried to stay more or less out of

18   his way.  If he wanted to eat something that I didn't

19   want, I would just go buy my own food.  Like I

20   mentioned before, I have previous experience with      11:48:40

21   people like him, abusive people.  I just kind of

22   learned to veer in the other direction.

23       Q    If something was getting in Devin's way of

24   getting what he wants, how would he respond to that?

25       A    Um, I don't know how to explain it other     11:49:05



```
 1   than a child.  Just kind of temper tantrum-y.  If he
 2   didn't get what he wanted, he made sure to let people
 3   know that he was unhappy or just kind of in that
 4   sense, I guess.
 5       Q     Would Devin lie to get his way?              11:49:31
 6       A     In my opinion, yes.  I don't have any
 7   examples of that, but in my opinion yes.
 8       Q     Did Devin ever seem secretive?
 9       A     Towards me, yeah.  Just in the sense that he
10   never really told me about himself or his life or     11:49:54
11   what he was doing.  We never had like those sorts of
12   conversations with each other.
13       Q     Um, did you ever see him make plans to do
14   anything?
15       A     Not that I can recall, no.                   11:50:09
16       Q     Was there ever a time where Devin, I guess,
17   did something that you knew must have taken planning
18   but you didn't see him make those plans, were unaware
19   of those plans?
20           MR. SCHREIBER:  Objection.  Vague.             11:50:38
21           THE WITNESS:  Um, not that I can recall, no.
22   BY MS. KRIEGER:
23       Q     Over the time that you knew him, which was
24   not terribly long, but did you notice any changes in
25   him?                                                   11:50:59
```



1    assaulted her?

2        A    Not to my memory, no.

3        Q    Obviously hindsight in 2020.  But at the

4    time that you were living with the Kelleys, did you

5    ever think that he would comment a mass shooting at          11:52:53

6    his mother-in-law's church?

7        A    No.

8        Q    With all the knowledge that you had, knowing

9    that he had abused his family, that he was

10   aggressive, that he owned firearms, did it ever occur       11:53:10

11   to you that he might commit a mass shooting?

12            MR. SCHREIBER:  Objection to form, calls for

13   speculation.

14            THE WITNESS:  Um, I don't particularly ever

15   remember having that thought, that particular              11:53:23

16   thought, no.

17   BY MS. KRIEGER:

18       Q    Did you ever think that he would commit I'll

19   say a non-mass shooting, that he would ever -- did

20   you ever think that he might shoot someone?                11:53:41

21            MR. SCHREIBER:  Calls for speculation.

22            THE WITNESS:  Yeah.  Um, he just seemed like

23   the type of person that if he didn't get his way, he

24   would do whatever it took to get what he wanted.  And

25   knowing that he had the past that he and he had the        11:53:54



1   anger problems that in my opinion he had, I think at

2   that time I definitely could have seen him lashing

3   out in that sense.

4   BY MS. KRIEGER:

5       Q    Were you surprised when you heard about the   11:54:09

6   shooting at the church in Texas?

7       A    Yes.

8       Q    Why were you surprised?

9       A    Um, I guess that not just a daily thing that

10  happens.  So there's obviously like that initial   11:54:27

11  shock.  But I guess the more that I thought about it,

12  I guess it made sense that it was him.

13      Q    Do you believe that if Devin had asked

14  Danielle to purchase a weapon for him, how do you

15  think she would have responded?   11:54:56

16          MR. SCHREIBER:  Calls for speculation.

17  Objection.

18          THE WITNESS:  Um, in my opinion, when Devin

19  wanted something from Danielle, she would do whatever

20  it took to make him happy.  I don't particularly   11:55:13

21  think that if she would have known what was going to

22  happen with the firearm she would have done it.  But

23  if it was like an everyday type of question, I guess

24  I could see her doing it.  Buying the gun.  I'm

25  sorry.   11:55:36



 1   BY MS. KRIEGER:

 2       Q     So just to be clear if Devin had asked

 3   Danielle to purchase a weapon, do you think that

 4   Danielle would have purchased it for him?

 5             MR. SCHREIBER:  Objection.  Calls for          11:55:46

 6   speculation.

 7             THE WITNESS:  Um, yes.  Um, just to add on

 8   to that, in my opinion if she knew what it was going

 9   to be used for, I don't think she would have.  But

10   yes.                                                     11:55:59

11   BY MS. KRIEGER:

12       Q     While you were living with the Kelleys, how

13   did Devin treat you?

14       A     Um, kind of just like another person living

15   there.  I think he saw that I was not someone that       11:56:17

16   can be manipulated, so I don't think that he tried.

17   I think he just kind of let me live there, um, if

18   that makes sense, Um, kind of like as a passing by

19   person, if that makes sense.

20             MR. SCHREIBER:  Can you repeat that?  Mine     11:56:40

21   cut out.

22             THE WITNESS:  Yes, sir.

23             He just treated me as if I was like a

24   passing by person.  Like there was never any

25   aggressive really towards me or never any like          11:56:50



1   emotions towards me, he was never joking with me or,

2   um, trying to make me feel welcome or trying to make

3   me not feel welcome.  I think it was just two

4   separate worlds for him in my opinion when it came to

5   me.                                                    11:57:04

6   BY MS. KRIEGER:

7        Q    Did Devin ever yell at you?

8        A    No, ma'am.

9        Q    Did you ever feel frightened of him?

10       A    I think once Danielle started confiding in   11:57:20

11  me and telling me about his past, I would say that

12  there was, um -- I was frightened, yes, but not in a

13  sense that he would do anything to me.  I wouldn't --

14  I don't -- I didn't believe that he would have, you

15  know, done anything towards me.                        11:57:41

16       Q    Did he ever do anything towards you that

17  felt threatening?

18       A    Not while we lived together, no.  Well, that

19  I was aware of, not while we lived together.

20       Q    After you lived together, did he do anything  11:58:00

21  that felt threatening?

22       A    Danielle had mentioned after they left about

23  how he would go into my bedroom while I was away and

24  do God knows what inside my bedroom.  And in my

25  opinion that was threatening, but I didn't know that   11:58:21



1   at the time while we were living together.

2      Q    When you say "do God knows what," the report

3   mentions that you said -- the F.B.I. report mentions

4   that he would masturbate on your clothes?

5      A    On my underwear.  Yes.  Um, I had found out     11:58:35

6   that he was going into my room and masturbating on my

7   underwear.  Um, and also I had my iPad at the time.

8   I guess he went into my room and he was -- I don't

9   know how he got onto my iPad, but I guess he was on

10  my iPad looking through my photos and stuff like      11:58:59

11  that.

12     Q    Did he send any of your photos or other

13  personal information to himself that you are aware

14  of?

15     A    Not that I am aware of, no.                    11:59:15

16     Q    Other than the going into your room while

17  you were not home, did Devin make any sexual advances

18  to your face while you were living together?

19     A    No, ma'am.

20     Q    Um, did he make sexual advances towards you    11:59:37

21  after they moved out?

22     A    Via the text messages, yes.

23     Q    Okay.  When did that -- when did he first

24  send you a sexual text message?

25     A    Um, I don't have a particular like date in     11:59:55



1   mind, but, um, if I could make a guess, um, I would

2   say probably a few months after they had left would

3   have been the first one.

4       Q    And we have seen some examples in Exhibits 5

5   and 6.  Would you say that those are kind of                    12:00:17

6   representative of the kinds of text messages that he

7   would send?

8       A    Yes.  In the examples that you have, it was

9   him asking me to show him particular things.  In

10  other text messages that I was receiving, it was him          12:00:36

11  asking me to perform specific things for money.

12      Q    I'm sorry to ask you this, but can you be

13  more specific?  I know this is hard.

14      A    It's okay.  In one text message that I

15  recall, it was him asking me to give him oral sex.            12:00:54

16  Um, I believe there was another one where he was

17  asking for sex in general, but just along those

18  lines.

19      Q    How would you respond to his text messages?

20      A    Um, probably using some language I shouldn't        12:01:16

21  have, but in a very -- in a sense in which he would

22  know that it was a "no" type words, me being very --

23      Q    You can say it.  It's okay.

24      A    Yeah.  Um, I just, um -- I just did it in a

25  sense where he would blatantly know that the answer          12:01:40



1   was no.  I guess I was very upset that he would even

2   text me in the first place, so I would pass that on

3   and tell him "no" and tell him to lose my number.

4        Q    Would you block his number?

5        A    Yes.                                              12:01:58

6        Q    Approximately how many times do you think he

7   texted you with these sexual propositions?

8        A    Um, I would say probably between four and

9   five text messages.

10       Q    Um, when was the last time that Devin texted    12:02:18

11   you?

12       A    I want to say the last text message that I

13   got was the one that the F.B.I. had.  I don't recall

14   a date on that, but I want to say that was the last

15   text messages, last conversations that he and I had   12:02:37

16   had in terms of asking for anything sexual.

17       Q    Do you know what year that would have been?

18       A    I don't remember.  It's the picture that you

19   have, the date that's on top of that conversation

20   should be it.                                             12:02:57

21       Q    Um, do we want to take another five-minute

22   break?

23       A    I'm okay without.

24            MR. SCHREIBER:  I'm fine too.

25   ///                                                       12:03:10



```
 1   was a little bit more on the aggressive side.  He

 2   would like pin his legs down to change his diaper.

 3   But like I mentioned, that was a rarity that he ever

 4   changed Michael's diaper.

 5       Q    Okay.  So you mentioned the night with the    12:06:39

 6   bruises on the baby's legs.  Can you tell me what

 7   happened that night?

 8       A    To my memory, um, Devin was in the restroom

 9   whether taking a shower or using the restroom,

10   whatever.  Danielle came out and spoke with me and     12:07:03

11   mentioned something with Michael.  Then we continued

12   talking about whatever, um, she was mentioning

13   through the text messaging app that we had, told me

14   about the bruises.  I went in to see them.  Saw them.

15   She had sent me pictures.                              12:07:26

16           I remember telling her in the conversation,

17   um, you either need to leave him.  We need to go talk

18   to the police.  Something needs to happen.  It's one

19   thing to be abused yourself by him.  That's not

20   anything anyone else can do anything about really.     12:07:47

21   You have to be the person to do that.  But Michael is

22   an innocent little baby.  Someone needs to be looking

23   out for him.  So if you don't do something about it,

24   I am going to.

25           She just kept telling me that she was going    12:08:03
```



1  to leave Devin.  She was going to leave him.  She was

2  going to tell him that what he was doing was not

3  okay.  She kept asking me not to tell the police

4  because she was concerned that Michael was going to

5  be taken away from them.                          12:08:16

6          Then my god-sister came over.  Her and I

7  went out to go swimming that night.  When we came

8  back, we fell asleep.  The next morning we woke up,

9  and that's when I noticed that they were gone.

10     Q    Did you see the bruises yourself or did you   12:08:34

11  just see the photos that Danielle took of them?

12     A    I saw the bruises.

13     Q    And you said Danielle took the photos --

14  sent you photos of the bruises, and that was the

15  pictures you looked at before, Exhibits 3 and 4?   12:08:52

16     A    Yes.

17     Q    Then when you were talking with Danielle and

18  telling her to go to the police or leave, the text

19  messages were part of the conversation -- the text

20  messages were shown at least in part in the document   12:09:18

21  that we looked at before, Exhibit 5?

22     A    Yes.  That was part of our conversation that

23  we had had that night.

24     Q    I would actually like to look again at the

25  conversations that you had.  Let me log in again.   12:09:39



1    shouldn't be going down into the office and, you

2    know, having conversations with people who worked

3    there.

4        Q    Were you home when the Kelleys left?

5        A    No.  Not to my knowledge.  I don't ever     12:16:14

6    remember hearing them moving stuff out.  In my

7    opinion, they left while I was swimming with my

8    god-sister.

9        Q    So you woke up in the morning, and they were

10   just gone; is that right?                            12:16:34

11       A    Yes, ma'am.

12       Q    What did you do when you saw that they were

13   gone?

14       A    My god-sister was still in the apartment

15   with me.  She came over and stayed the night that    12:16:44

16   night.  Um, we woke up, realized they were gone, got

17   in my car and drove to the nearest police station so

18   I could file the police report.

19       Q    Um, did you try and contact either of the

20   Kelleys when you saw they were gone?                 12:17:02

21       A    Um, in my memory, I did.  I tried to like

22   text and kind of act like nothing was going on.  Um,

23   just "Hey, what's going on?  When are you coming back

24   for dinner?  I just want to like be able to plan my

25   day."  And in my memory, they were just kind of going 12:17:22



 1  along with it.  I tried to call them.  And eventually

 2  she just kind of texted me and said, "Hey, this is

 3  best.  We are just going our separate ways."  We are

 4  not coming back essentially.

 5      Q    Was that before -- when you got that message          12:17:42

 6  from Danielle, was that before or after you went to

 7  the police?

 8      A    After.  I went to the police the first thing

 9  in the morning.

10      Q    In the police report -- you said as far as           12:17:57

11  you are aware the police report that was taken is

12  what we have already looked at Exhibit 9?

13      A    Yes.  As far as I am aware, that is what

14  they had written the day that I had gone.  I never

15  saw anything after that.  After I went and had given     12:18:15

16  my statement, I never seen any documentation about it

17  after that, so I wouldn't really know the difference.

18      Q    Um, do you know if the Colorado police did

19  anything?

20      A    I'm not aware of that.                               12:18:27

21      Q    Did they tell you they were going to do

22  anything after you made your report?

23      A    Um, reading the documentation that you had

24  sent me, it says somewhere that the cops had come to

25  the apartment.  In my memory, I don't recall that        12:18:46



1  messages with Danielle immediately after they left,

2  um, did you have any other communications with

3  Danielle after the Kelleys moved out?

4       A    Um, other than the text message a few months

5  later, um, where she had sent me what I believe is        12:20:21

6  the Halloween picture of Michael and her telling me

7  that she splint up with Devin and all that, we

8  haven't had any conversation other than that.

9       Q    Do you still have those text messages?

10      A    No, ma'am.                                       12:20:38

11      Q    Other than the sexual messages that Devin --

12  that we have already talked about, did you have any

13  communications with Devin Kelley after he moved out?

14      A    No, ma'am.

15      Q    Um, I will kind of go back and do some          12:20:55

16  follow-up on some of the things that we were talking

17  about earlier that I may have missed at the time.

18          You mentioned -- at one point you said when

19  we were looking at one of the F.B.I. documents, you

20  said that fetishes were forced on Danielle.  Did        12:21:27

21  you -- did Danielle -- did Devin force sexual

22  activity on Danielle?

23      A    Yes.  Like I had mentioned, I had seen some

24  sex toys in their bedroom.  She had mentioned that

25  they had used them, and it wasn't really her choice     12:22:02



 1   or her preference to use them.  Other than that, I --
 2   there is nothing else that I can recall.
 3        Q     Did Danielle ever talk about having sex with
 4   Devin when she didn't want to?
 5        A     Um, yes.  But more in like a "I don't feel          12:22:23
 6   like it" type of way.  I don't ever recall her
 7   telling me that it was like a rape situation.  I
 8   don't recall her telling me that when we were
 9   together.  Like I mention, like it was more of a "I
10   don't feel like it but okay whatever" type of          12:22:43
11   situation.
12        Q     Um, when we talked about whether -- about
13   Devin being physically abusive to Danielle, you
14   mentioned that you -- Danielle told you about the
15   time he pushed her down the stairs and you said you          12:23:00
16   couldn't recall other instances.  Is that because
17   you -- can you not recall specific instances or you
18   just don't know if there were other instances at all?
19        A     Um, I don't know -- I can't recall the
20   particular instances.  I don't want to say that I          12:23:25
21   don't think there were any because I do think there
22   were some, but I don't recall any particular
23   conversations we had.
24        Q     Um, then you mentioned that you think that
25   Danielle stopped working in part because Devin          12:23:46



```
1   remember at one point we were like we need to think
2   of a plan to get her out of it.  Um, I guess whenever
3   something would happen, I would just kind of reach
4   out to him because he was a medium between what was
5   right and what was actually happening, if that's          12:29:14
6   makes sense.
7        Q    You said at the very beginning that
8   Mr. Schreiber -- when you spoke with Mr. Schreiber,
9   he asked you your opinion of Danielle.  Do you
10  remember exactly what he asked?                           12:29:33
11       A    Um, I don't remember exactly what he asked
12  me, no.
13       Q    What is your opinion of Danielle now?
14       A    Um, at this current moment my opinion?
15       Q    Yes.                                            12:29:53
16       A    Um, I hate to saw it but kind of for lack of
17  a better word a liar.  I had seen something like a
18  conversation or news report from like the Washington
19  Post, I think it was, in regards to her relationship
20  and her life with Devin, and I can remember thinking      12:30:16
21  all of it was a lie, everything she was saying was a
22  lie.
23            I think she is a sweet person, but I think
24  at a certain point when sweet people have
25  manipulative people in their life for an extended         12:30:32
```



1   period of time it kind of takes a toll on them.  But

2   she loves her kid, and that's something to be said.

3   I think it shows a person for how they treat their

4   kid.

5       Q    Is your opinion now -- is that opinion that      12:30:51

6   you just expressed, is that a change from how you

7   used to feel about her?

8       A    Yeah.  I never thought that she, again, for

9   lack of a better word would have been a liar to that

10  extent.  Um, but she has always been like when I knew   12:31:13

11  her previously, she had always been a sweet person.

12  She cared about others.  She wanted other people to

13  be happy.  She would put everybody before herself at

14  the end of the day.  That's definitely a very

15  different opinion from how I feel about her today,      12:31:29

16  yes.

17      Q    As you mentioned earlier, you and I had

18  previously talked by phone including, as you said, a

19  long about two-hour conversation.  Um, is there

20  anything that we discussed on those phone calls that    12:31:51

21  we haven't discussed here today?

22      A    Um, not that I can particularly remember.

23  Um, this is a very similar conversation to what we

24  had had on the phone.

25      Q    Um, and we also exchanged some e-mails back     12:32:10



```
 1       A      Correct.
 2             MS. KRIEGER:  Objection.  The report speaks
 3   for itself.
 4   BY MR. SCHREIBER:
 5       Q      Did you know that the reason there was no          12:55:06
 6   information the police could find about Devin's
 7   criminal history is that the Air Force hadn't told
 8   them?
 9             MS. KRIEGER:  Objection.  Outside of this
10   witness' knowledge.                                          12:55:18
11             THE WITNESS:  Yeah.  I had no idea.
12   BY MR. SCHREIBER:
13       Q      Do you think it hurts your credibility when
14   you told the police he had been in prison and kicked
15   out of the Army when the records didn't show anything        12:55:29
16   about that?
17       A      Can you repeat that?  I'm sorry.
18       Q      Do you think it might have hurt your
19   credibility in your report about baby Michael when
20   you told the police that Devin had been in jail and          12:55:38
21   kicked out of the Army and nothing showed up in the
22   background check about that?
23             MS. KRIEGER:  Objection.  Calls for
24   speculation.
25             THE WITNESS:  Yes, sir.                            12:55:49
```



 1   BY MR. SCHREIBER:

 2       Q    Do you think it put baby Michael in danger

 3   that you gave a report about Devin and nothing showed

 4   up in the background check so the police didn't

 5   believe you?                                          12:56:01

 6           MS. KRIEGER:   Objection.   Speculation.

 7           THE WITNESS:   In my opinion -- I'm sorry.

 8   In my opinion, maybe if there was something else in

 9   his record when I went and filed the police report

10   something else would have been done, I guess.        12:56:18

11           MR. SCHREIBER:   Just a moment.

12           I will pass the witness back.

13

14                     FURTHER EXAMINATION

15   BY MS. KRIEGER:                                       12:56:44

16       Q    You said you had experience in an abusive

17   relationship.  How long were you in that abusive

18   relationship?

19       A    Um, way too long.  Um, I mean I was a child

20   at the -- well, I was ini school at the time.  Um,    12:57:02

21   probably no more than a year.

22       Q    Did you ever try to leave that relationship

23   and then go back to it?

24       A    Many times.

25       Q    Mr. Schreiber -- in response to            12:57:19



 1  Mr. Schreiber's question, you said that Danielle

 2  wanted to protect her baby; is that right?

 3      A    Yes, I believe so.

 4      Q    Do you think that for a parent to stay with

 5  an abuser is dangerous to a child?                    12:57:41

 6          MR. SCHREIBER:  Objection.  Speculation.

 7          THE WITNESS:  Yes.

 8  BY MS. KRIEGER:

 9      Q    Why?

10          MR. SCHREIBER:  Objection.  Speculation.     12:57:52

11          THE WITNESS:  Because I mean if that parent

12  is still staying with the abusive parent, that puts

13  the baby in -- in the situation with them.  If the

14  abusive parent wasn't involved, obviously the baby

15  wouldn't be involved either.                          12:58:10

16  BY MS. KRIEGER:

17      Q    Do you think Danielle maybe had kind of a

18  blind spot with it came to Devin?

19          MR. SCHREIBER:  Objection.  Calls for

20  speculation.                                          12:58:19

21          THE WITNESS:  Um, possibly.  Um, I think

22  that she was well aware of who he was as a person.

23  Um, but relationships like this, I feel like there's

24  always -- people always try to find a reason to stay.

25  Um, so that could have possibly been a blind spot,    12:58:40



```
 1   because one reason why she should stay.

 2   BY MS. KRIEGER:

 3       Q     Did you ever see Danielle directly tell

 4   Devin "no"?

 5       A     Not to my knowledge, no.                    12:58:56

 6              MS. KRIEGER:  I have no further questions.

 7              MR. SCHREIBER:  No further questions from

 8   me.

 9              THE VIDEOGRAPHER:  We are going off the

10   record at 12:59 p.m.                                  12:59:10

11              THE COURT REPORTER:  Mr. Schreiber, would

12   you like a copy of the transcript?

13              MR. SCHREIBER:  Yes, ma'am.

14              (Proceedings concluded at 12:59 p.m.)

15

16

17

18

19

20

21

22

23

24

25
```



1               REPORTER'S CERTIFICATE

2          I, CYNTHIA GAGE, B.S., M.A., a California

3     Certified Shorthand Reporter No. 10492, and Notary

4     Public within and for the State of Colorado

5     commissioned to administer oaths, do hereby certify:

6          That previous to the commencement of the

7     remote examination, the deponent was duly sworn by me

8     to testify the truth; that said deposition was taken

9     in stenotype remotely and was thereafter reduced to

10    typewritten form by me; and that the foregoing is a

11    true record of the remote testimony given by said

12    deponent;

13          Request to review the transcript was made;

14          I further certify that I am not related to

15    any of the parties to this action or in any way

16    connected with any attorney or counsel for any of the

17    parties to said action, and that I am in no way

18    interested in the outcome of this matter.

19          My commission expires:  August 7, 2022.

20

21

22

23    _____
      CYNTHIA GAGE, B.S., M.A., California
24    Certified Shorthand Reporter,
      CSR No. 10492; and Notary Public
25    within and for the State of Colorado

