# Emily Willis
# Excerpt of JEX 46

# DEPARTMENT OF JUSTICE

# FEDERAL BUREAU OF INVESTIGATION

SUTHERLAND SPRINGS, TEXAS
CHURCH SHOOTING

356E-SA-2228817

SERIAL ATTACHMENTS
Parts 1 and 2 of 2 parts

Excised Copy

USA00023478



# Event Details Report

15323139

Run Date: 11/05/17 14:11

| Event ID | Disposition | Initial Event Type | Final Event Type | Supplemental Type |
|---|---|---|---|---|
| 15323139 | UNABLE TO LOCATE | | ABUSE/ABANDON/NEGLECT | |

| Case Number | Event Description | | Priority | Call Source |
|---|---|---|---|---|
| C2015-00028407 | | | 3 | TELEPHONE |

| Event Location | | Location Description | | |
|---|---|---|---|---|
| 4125 LACY LN #28 | | | | |

| Entered | Dispatched | Enroute | Arrived | Closed |
|---|---|---|---|---|
| 14 Jul 12:59 | 14 Jul 12:59 | 14 Jul 18:38 | 14 Jul 18:59 | 14 Jul 21:31 |

| Complainant | Phone | Reporting Area | Beat | District |
|---|---|---|---|---|
| EMILY WOLLIS | | 3118 | 37 | 3 |

| Entry Date | Unit ID | Status | Comments |
|---|---|---|---|
| 14 Jul 12:59 | | | COMPLAINANT: EMILY WOLLIS ▮▮▮▮▮ APARTMENTS ▮▮▮▮ |
| 14 Jul 13:00 | | | RP BELIEVES ROOMATES CHILD IS BEING ABUSED |
| 14 Jul 13:01 | | | -NO BOLO |
| 14 Jul 13:01 | | | OCC 2 DAYS AGO |
| 14 Jul 13:02 | | | UNK LOCATION OF CHILD OR MOTHER |
| 14 Jul 13:04 | | | RP HAS PHOTOS OF BRUISES |
| 14 Jul 13:04 | | | PRIORITY CHANGED FROM "2" TO "3". |
| 14 Jul 13:04 | | | RP TOLD ROOMATE YESTERDAY THAT SHE WAS GOING TO |
| 14 Jul 13:04 | | | CONTACT POLICE |
| 14 Jul 13:04 | | | RP WOKE UP THIS MORNING AND ROOMATE, CHILD, AND |
| 14 Jul 13:04 | | | BELONGINGS ARE GONE |
| 14 Jul 13:05 | | | CHILD: ▮▮▮▮▮ 3 MONTHS OLD |
| 14 Jul 13:07 | | | MOTHER: DANIEL KELLEY 20YOA HF MEDIUM |
| 14 Jul 13:07 | | | FATHER: DEVIN KELLEY 021291 WM HEAVY |
| 14 Jul 13:08 | | | 102B1 |
| 14 Jul 14:57 | | | NO BOLO |
| 14 Jul 14:57 | | | CALL 15323139 ACKNOWLEDGED BY PSISKAME (3). |
| 14 Jul 16:50 | | | ***CALLING RP BACK...ADVISED OF DELAY |
| 14 Jul 18:38 | 3A57 | 1 | |
| 14 Jul 18:40 | | | CALL 15323139 REQUEUED DUE TO UNIT REASSIGNMENT. |
| 14 Jul 18:40 | 3A57 | 30 | |



1 of 2

Run Date: 11/05/17 14:11

FBI000927

USA00023557



# Event Details Report

15323139

Run Date: 11/05/17 14:11

| Entry Date | Unit ID | Status | Comments |
|---|---|---|---|
| 14 Jul 18:40 | 3A57 | 1 | |
| 14 Jul 18:40 | 3A57 | 3 | |
| 14 Jul 18:50 | 3A85 | 1 | |
| 14 Jul 18:51 | | | UNIT 3A85 IS POLICE ENROUTE. |
| 14 Jul 18:51 | 3A85 | 5 | |
| 14 Jul 18:51 | | | 3A85: WILL ADV ON COVER |
| 14 Jul 18:59 | 3A85 | 2 | |
| 14 Jul 20:25 | | | NAM/KELLEY,DEVIN DOB/021291 SEX/M |
| 14 Jul 20:25 | 3A85 | 27 | |
| 14 Jul 20:27 | | | NAM/KELLEY,DEVIN DOB/021291 SEX/M OLS/TX |
| 14 Jul 20:27 | 3A85 | 27 | |
| 14 Jul 20:33 | | | NAM/KELLEY,DANIELLE SEX/F |
| 14 Jul 20:33 | 3A85 | 27 | |
| 14 Jul 20:33 | | | LIC/FZY0858 LIS/TX |
| 14 Jul 20:33 | 3A85 | 26 | |
| 14 Jul 21:31 | | | CASE REPORT COMPLETED FOR CHILD ABUSE. THE CHILD |
| 14 Jul 21:31 | | | WAS NOT LOCATED AT THIS TIME. DHS CALLED. |
| 14 Jul 21:31 | 3A85 | 3 | |

## Unit Time Summary

| Unit ID | Officer 1 | Officer 2 | Dispatch | Enroute | Arrive | Clear | Min. on-scene |
|---|---|---|---|---|---|---|---|
| *3A85 | 2895 | | 14 Jul 18:50 | 14 Jul 18:51 | 14 Jul 18:59 | 14 Jul 21:31 | 151.8 |
| 3A57 | 4170 | | 14 Jul 18:38 | 14 Jul 18:38 | | 14 Jul 18:40 | |

* = primary unit, if data is available.


FBI000928

USA00023558

|  COLORADO SPRINGS POLICE DEPARTMENT<br>705 S. Nevada Ave.<br>Colorado Springs, CO 80903<br>(719) 444-7000 | Initial Case Report<br><br>Case Report # **2015-00028407** |
|---|---|

### EVENT
| OCCURRED INCIDENT | INCIDENT # | DATE/TIME REPORTED |
|---|---|---|
| Child Abuse (Misdemeanor) | 2015-00323139 | 07/14/2015 12:59 |

LOCATION OF OCCURRENCE
▇▇▇
Colorado Springs, CO 80916

OCCURRED DATE/TIME: 7/10/2015  07:00
OCCURRED THROUGH: 7/13/2015  19:00

☐ Domestic Violence   ☐ DNA Evidence   ☐ Interpreter Needed   ☐ Evidence   ☐ Photos

### OFFENSES
| STATUTE / DESCRIPTION | Counts | Attempt/Commit |
|---|---|---|
| 18-6-401(1)(a)(7)(a) M1<br>Child Abuse - Knowingly/Recklessly Any Injury Other than SBI | 1 | Completed |

### VICTIM
| PER # | SUBJECT TYPE | NAME | DOB / AGE RANGE |
|---|---|---|---|
| 01 | Victim | K▇▇, M▇▇ | ▇▇ |

ADDRESS: ▇▇▇ Colorado Springs CO 80916
PRIMARY PHONE: ▇▇▇
SECONDARY PHONE:

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
|---|---|---|---|---|---|
| White | Male | | | | |

VICTIM / OFFENDER RELATIONSHIP:
EMAIL ADDRESS:

### SUSPECT / OTHER
| PER # | SUBJECT TYPE | NAME | DOB / AGE RANGE |
|---|---|---|---|
| 01 | Suspect | Kelley, Devin Patrick | 02/12/1991  24 |

ADDRESS: 4125 Lacy LN 28 Colorado Springs CO 80916
PRIMARY PHONE: (830)708-3134
SECONDARY PHONE:

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
|---|---|---|---|---|---|
| White | Male | | | | |

DL/ID NUMBER: ▇▇▇   STATE: CO   JACKET NUMBER:

### VEHICLE
| VEH # | PROPERTY CODE | ☐ Burned ☐ Recovered | ☐ Counterfeit / Forged ☐ Seized | ☐ Destroyed / Damaged / Vandalized ☐ Stolen ☐ Unknown |

TYPE / MAKE / MODEL:     YEAR:     COLOR:
PLATE:     STATE:     VIN:     VALUE:
DESCRIPTION:

### PROPERTY
| ITEM # | PROPERTY CODE | ☐ Burned ☐ Recovered | ☐ Counterfeit / Forged ☐ Seized | ☐ Destroyed / Damaged / Vandalized ☐ Stolen ☐ Unknown |

SERIAL NUMBER:     QTY/UNIT OF MEASURE:     VALUE:     COLOR:
ITEM TYPE and DESCRIPTION:

| CASE DISPOSITION<br>Open | EXCEPTIONAL CLEARANCE | ASSOCIATED CASES | REPORTING DISTRICT<br>Sand Creek Patrol |
|---|---|---|---|
| REPORTING OFFICER & IBM #<br>Orten, Bethany 2895 | | APPROVING SUPERVISOR & IBM #<br>Matiatos, Joseph | |

CSPD Case Report 2015-00028407 Page 1 OF 6

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

FBI000929

USA00023559



**COLORADO SPRINGS POLICE DEPARTMENT**
705 S. Nevada Ave.
Colorado Springs, CO 80903
(719) 444-7000

**Initial Case Report**

Case Report # **2015-00028407**

## ADDITIONAL SUSPECTS / OTHER SUBJECTS

**SUSPECT / OTHER**

| PER # | SUBJECT TYPE | NAME | DOB / AGE RANGE |
|---|---|---|---|
| 02 | Reporting Party | WILLIS, EMILY ALANE | |

ADDRESS: Colorado Springs CO 80916
PRIMARY PHONE:
SECONDARY PHONE:

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
|---|---|---|---|---|---|
| White | Female | | | Blond | Blue |

DL/ID NUMBER: 
STATE: CO
JACKET NUMBER:

---

**SUSPECT / OTHER**

| PER # | SUBJECT TYPE | NAME | DOB / AGE RANGE |
|---|---|---|---|
| 03 | Witness | Kelley, Danielle | |

ADDRESS: Colorado Springs CO 80916
PRIMARY PHONE:
SECONDARY PHONE:

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
|---|---|---|---|---|---|
| White | Female | | | | |

DL/ID NUMBER:
STATE:
JACKET NUMBER:

---

**SUSPECT / OTHER**

| PER # | SUBJECT TYPE | NAME | DOB / AGE RANGE |
|---|---|---|---|
| | | | |

ADDRESS:
PRIMARY PHONE:
SECONDARY PHONE:

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
|---|---|---|---|---|---|

DL/ID NUMBER:
STATE:
JACKET NUMBER:

---

**SUSPECT / OTHER**

| PER # | SUBJECT TYPE | NAME | DOB / AGE RANGE |
|---|---|---|---|

ADDRESS:
PRIMARY PHONE:
SECONDARY PHONE:

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
|---|---|---|---|---|---|

DL/ID NUMBER:
STATE:
JACKET NUMBER:

---

**SUSPECT / OTHER**

| PER # | SUBJECT TYPE | NAME | DOB / AGE RANGE |
|---|---|---|---|

ADDRESS:
PRIMARY PHONE:
SECONDARY PHONE:

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYE |
|---|---|---|---|---|---|

DL/ID NUMBER:
STATE:
JACKET NUMBER:

---

| REPORTING OFFICER & IBM # | APPROVING SUPERVISOR |
|---|---|
| Orten, Bethany 2895 | Matiatos, Joseph |

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

FBI000930

USA00023560



| COLORADO SPRINGS POLICE DEPARTMENT<br>705 S. Nevada Ave.<br>Colorado Springs, CO 80903<br>(719) 444-7000 | Initial Case Report<br><br>Case Report # **2015-00028407** |
|---|---|

## NARRATIVE

### Initiating Information

On 07/14/2015 at approximately 1850 hours I, Officer B.T. Orten 2895P (3A85), while working patrol in the Sand Creek Division, was dispatched to 4125 Lacy Lane #28, to investigate a report of child abuse. After my arrival I contacted the reporting party, **Emily Alane Willis** (DOB ▇▇▇▇▇▇▇), who stated she believes her friend's, **Danielle Kelley**, child, M▇▇▇ K▇▇▇ (DOB ▇▇▇▇▇▇), is being abused by his father, **Devin Kelley (DOB 02/12/1991)**.

### Emily Willis Statement

Ms. Willis said she has been living with the Kelleys' since June 26, 2015. She stated Danielle and Devin lived in Colorado, in a trailer when ▇▇▇▇ was born. She said shortly after ▇▇▇▇ was born they moved to Texas and lived in the same trailer, which was parked on Devin's family's land. She stated they got into a fight with Devin's family in June and asked her if she wanted to live in an apartment with them. She said on June 26th they all moved into the apartment at ▇▇▇▇▇▇▇▇▇▇▇▇.

She stated she is close with Danielle. She said Danielle has told her things about her relationship with Devin which have concerned her. She stated Danielle told her that Devin has been physically violent with Danielle. She said Danielle explained that she was pregnant with a child before ▇▇▇▇ and Devin beat her so much she lost the baby. She stated Danielle told her that Devin hit Danielle shortly before she gave birth to ▇▇▇▇.

She said she was told Devin was arrested for child abuse in the past, when he was either 19 or 20. She stated the child was not his and was his wife's. She said the child was beat by Devin from the age of 2 months until the age of 2 years old. She stated the child had a seizure because of the beatings and Devin was arrested and went to jail. She said Devin was kicked out of the army because of the child abuse charges.

She stated Devin is very controlling over Danielle. She said they share a cellular phone so Devin can check everything Danielle is doing. She stated Devin won't let Danielle drive. She said he will make her hold his arm when they are walking, won't let her wear makeup, and won't let her get a job.

Ms. Willis said she has told Danielle that she needs to tell police

| REPORTING OFFICER & IBM #<br>**Orten, Bethany 2895** | APPROVING SUPERVISOR<br>**Matiatos, Joseph** |
|---|---|

|  | COLORADO SPRINGS POLICE DEPARTMENT<br>705 S. Nevada Ave.<br>Colorado Springs, CO 80903<br>(719) 444-7000 | Initial Case Report<br><br>Case Report # **2015-00028407** |
|---|---|---|

**NARRATIVE (continuation)**

about what has been happening but she has to do this herself. She stated Danielle does not want to tell anyone about what Devin has been doing. She said she has noticed Devin has been getting more aggressive in the last few days.

She stated last night (07/13/2015) around 1900 hours she was talking to Danielle on a text messaging app. She said that was the only way they could talk without Devin knowing about their conversation. She stated Danielle told her that ▮ has a bruise on his leg and she thought Devin caused the bruise. She said she was scared and worried about ▮ being with Devin.

She stated Devin went into the bathroom and Danielle had her come into the room to see ▮. She said she looked at the bruise on ▮'s leg and took photographs of his leg. She stated it looked like the bruise was caused by someone holding ▮'s leg down hard enough to leave a bruise in the shape of their thumb as they held his leg down.

She told me ▮ is a very calm baby. She said he is just learning how to roll over so he is not an active baby and moving around a lot. She stated she can't think of any reason why ▮ would need to be held down. She said it is easy to change ▮'s diaper.

She stated she witnessed Devin say some inappropriate things to ▮. She stated ▮ was fussing a little and Devin said, "Shut up ▮. I don't want to hear your shit."

She stated ▮ is a healthy baby. She said he is lactose intolerant and needs special formula. She stated something went wrong during his circumcism and it has not been fixed yet but otherwise he is healthy.

She told me when she spoke to Danielle about the bruise to ▮'s leg she told her to call the police. She said Danielle did not want to call the police because she did not want ▮ taken away from her.

She told me she remembered ▮ had not worn pants for several days, maybe three. She said ▮ was wearing pants at Devin's insistence. She told me about three days ago ▮ was lying on the couch and he was crying. She stated she believed ▮ was too hot and she told Devin to take his pants off because ▮ was hot. She said Devin said he was not going to take ▮'s pants off because he needed to get used to wearing pants for winter.

| REPORTING OFFICER & IBM # | APPROVING SUPERVISOR |
|---|---|
| **Orten, Bethany 2895** | **Matiatos, Joseph** |

|  | COLORADO SPRINGS POLICE DEPARTMENT<br>705 S. Nevada Ave.<br>Colorado Springs, CO 80903<br>(719) 444-7000 | Initial Case Report<br><br>Case Report # **2015-00028407** |
|---|---|---|

**NARRATIVE (continuation)**

Ms. Willis said when she woke up this morning (07/14/2015), around 1000 hours, she noticed a lot of things were missing from the apartment. She stated later she went into Danielle and Devin's bedroom to let maintenance fix their sink and she saw everything of theirs was gone from the room. She stated six months worth of baby formula was gone from the kitchen.

She said she called Danielle several times but she would not answer. She stated late in the day Danielle sent her a text message. She said she was asking Danielle questions about when they would be home so she could have dinner ready. She stated Danielle was telling her that she was acting differently and asking so many questions. She said she had asked how ▉▉▉▉ was doing and if she could get a photo of ▉▉▉▉. She stated she did speak to Danielle on the phone but she could tell she was on speaker and Danielle would hesitate before answering. She stated she could tell they were in a vehicle and in traffic. She said she got a message from Danielle in the evening saying they needed to go their separate ways.

She stated Devin drives a Nissan four door sedan that is silver in color. She said he described it as the slowest cheapest Nissan. She stated she believed it was a Versa. She had the license plate for the vehicle, FZY0858 out of Texas. She told me she believes Devin and Danielle probably left and were going back to Texas. She had their address in Texas, ▉▉▉▉▉▉▉▉ New Braunfels, TX 78132. She told me she is just worried about M▉▉▉'s safety.

**Officer Statement**

While on scene I took digital photographs of the photographs of ▉▉▉▉ on Ms. Willis' phone. I observed what appeared to be red marks on legs of a baby in the photograph. She told me the marks looked like a bruise in person. ▉▉▉▉'s face was not in the photograph of the legs. I took a photograph of a photo on Ms. Willis' phone of ▉▉▉▉ with Danielle and of a photo on her iPad of Danielle, Devin, and ▉▉▉▉. These photographs were placed into evidence.

I completed a records search on Devin Kelley. There was a Colorado Driver's License for Devin which had the address of 3023 W. Colorado Ave. #60 and it was issued 11/13/2014. I ran the license plate provided to me by Ms. Willis and it was registered to Devin Patrick Kelley, to a 2015 Nissan 4 door, at 2825 FM 2722, New Braunfels, TX 78132.

| REPORTING OFFICER & IBM #<br>Orten, Bethany 2895 | APPROVING SUPERVISOR<br>Matiatos, Joseph |
|---|---|

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

FBI000933
USA00023563



| COLORADO SPRINGS POLICE DEPARTMENT<br>705 S. Nevada Ave.<br>Colorado Springs, CO 80903<br>(719) 444-7000 | Initial Case Report<br><br>Case Report # **2015-00028407** |
|---|---|

**NARRATIVE (continuation)**

I completed a records search on Danielle Kelley and was not able to locate any information on her. Ms. Willis said she believed Danielle was 20 years old and her birthday was in ▮▮▮▮. I attempted to contact Danielle or Devin by phone and there was no answer. I did not leave a message.

I contacted DHS, Sunshine Powell, and they provided me with their referral #2554625. I contacted the victim advocate unit and provided them with the information on this case. I was not able to provide the victim with a victim's rights pamphlet because I was unable to contact or locate them.

I have nothing further at this time.

| REPORTING OFFICER & IBM #<br>**Orten, Bethany 2895** | APPROVING SUPERVISOR<br>**Matiatos, Joseph** |
|---|---|