# Emily Willis
# JEX 61


