**Emily Willis**
**JEX 62**



WILLIS00000004