

**United States Department of Justice**
United States Attorney's Office
Western District of Texas

---

*James Dingivan*           *601 N. W. Loop 410, Suite 600*    *Direct Line: (210) 384-7372*
*Assistant United States Attorney*   *San Antonio, Texas 78216*         *Facsimile:  (210) 384-7312*

May 26, 2021

**Via: ECF**
United States District Clerk's Office
San Antonio Division
655 E. Cesar E. Chavez Blvd.
San Antonio, TX 78206

    Re:    Notice of Military Duty
           ***Holcombe et. al. v. United States of America***
           Case Number: SA-18-CV-00555-XR
           USDC W.D. Texas (San Antonio Division)

Ladies & Gentlemen:

    Please be advised that I will be on mandatory military duty and therefore unavailable on the dates below:

- June 21, 2021 through July 2, 2021
- August 16, 2021 through August 20, 2021

    Where possible, please extend me the professional courtesy of not scheduling any hearings, trials, or other matters connected to this case during the days listed above.

    Thank you for your attention to this matter.

                            Respectfully submitted,

                            **ASHLEY C. HOFF**
                            United States Attorney

            By:    */s/ James E. Dingivan*
                            **JAMES E. DINGIVAN**
                            Assistant United States Attorney
                            Texas Bar No. 24094139
                            601 N.W. Loop 410, Suite 600
                            San Antonio, Texas  78216
                            Tel: (210) 384-7372
                            Fax: (210) 384-7312
                            james.dingivan@usdoj.gov