## Gilligan, Jim (USATXW)

| | |
|---|---|
| **From:** | Dingivan, James (USATXW) |
| **Sent:** | Friday, November 6, 2020 2:45 PM |
| **To:** | Jamal Alsaffar |
| **Cc:** | Gilligan, Jim (USATXW); Diedrichs, Clayton (USATXW); Jones, Joan (USATXW) [Contractor]; Thelma Alvarado-Garza; Tom Jacob |
| **Subject:** | F/U re Agreed Extension for Provision of Expert Reports |

Jamal,

This is to confirm our agreement to extend our deadline by which to provide the balance of our damages expert reports by 30 days. Specifically, we intend to designate all of our experts today and provide you with the CVs/testimonial histories/fee schedules for all experts. We will also be disclosing the reports from our economists, life care planners, and urologists. The balance of our expert reports will be provided as expeditiously as possible over the next month.

Please let me know if there are any additions or corrections.

Best,
James

**James E. Dingivan**
Assistant United States Attorney
United States Attorney's Office
Western District of Texas
601 NW Loop 410, Ste 600
San Antonio, TX 78216
(210) 384-7372

WARNING: This transmission contains confidential information intended only for the person(s) named above. It may contain information that is protected from disclosure by the attorney-client privilege and/or the attorney work product privilege, or that is exempt from disclosure under applicable laws, including, but not limited to, FOIA, Privacy Act, or the Military Rules of Evidence. Any use, distribution, copying or other disclosure by any other person is strictly prohibited. If you have received this e-mail in error, please notify the sender.