**Gilligan, Jim (USATXW)**

| | |
|---|---|
| From: | Jamal Alsaffar <jalsaffar@nationaltriallaw.com> |
| Sent: | Wednesday, December 9, 2020 3:36 PM |
| To: | Dingivan, James (USATXW) |
| Cc: | Tom Jacob; Thelma Alvarado-Garza; Diedrichs, Clayton (USATXW); Jones, Joan (USATXW) [Contractor]; Puryear, Hollee (USATXW) |
| Subject: | Re: Two Week Extension for Disclosure of Expert Reports |

Agreed.

Jamal K. Alsaffar



On Dec 9, 2020, at 3:32 PM, Dingivan, James (USATXW) <James.Dingivan@usdoj.gov> wrote:

Jamal,

Just to confirm our conversation, you agree to permit us two additional weeks in which to disclose our expert reports. That puts our deadline at December 23d.

Thanks,
James

James Dingivan
Assistant United States Attorney
Western District of Texas
601 NW Loop 410, Ste 600
San Antonio, TX 78216