### Gilligan, Jim (USATXW)

| | |
|---|---|
| **From:** | Jamal Alsaffar <jalsaffar@nationaltriallaw.com> |
| **Sent:** | Wednesday, December 23, 2020 5:36 PM |
| **To:** | Dingivan, James (USATXW) |
| **Cc:** | Thelma Alvarado-Garza; Tom Jacob; Gilligan, Jim (USATXW); Diedrichs, Clayton (USATXW); Jones, Joan (USATXW) [Contractor]; Puryear, Hollee (USATXW) |
| **Subject:** | Re: Extension of Expert Report Disclosures - List of Outstanding Reports |

Yes, agreed. It was good talking to you today and in the meantime we'll get you dates of availabiity for our damage expert depos and you'll be getting us dates in jan and feb for your life care planner, economist and vocational rehab experts. And have a safe and happy holiday as well. Take care.

Jamal K. Alsaffar



NATIONAL TRIAL LAW
WHITEHURST, HARKNESS, BREES, CHENG, ALSAFFAR, HIGGINBOTHAM, & JACOB PLLC
7500 RIALTO BLVD.,
BLDG. TWO, STE 250
AUSTIN, TX 78735
512.476.4346
www.nationaltriallaw.com

On Dec 23, 2020, at 4:42 PM, Dingivan, James (USATXW) <James.Dingivan@usdoj.gov> wrote:

Good afternoon Jamal,

Per our conversation from earlier, we request an additional 14 day extension in which to produce our outstanding expert reports. I also told you that I would provide you a list of the outstanding reports we expect to produce in this matter.

Dr. Michael Kosnett (Toxicologist)
- David Colbath
- Morgan Harris

Dr. Danielle Becker (Neurologist, replacing Dr. Julio Chalela). Her CV is attached. We've discussed this, but I couldn't recall actually sending you her CV.
- David Colbath
- Morgan Harris

Dr. Evan Appelbaum (Cardiology)
- John Bryan Holcombe

- Margarette Vidal
- Dalia Lookingbill

Dr. Benzel MacMaster (Orthopedist):
- Ryland Ward
- Juan Macias
- David Colbath
- Zach Poston
- Roseanne Solis
- Margarette Vidal

Dr. Brian Marx (and team):
- Morgan Harris
- Claryce Holcombe
- Joe Holcombe
- Jennifer Macias
- Juan Macias
- Margaret McKenzie
- Chancie McMahan
- Lisa McNulty
- Zachary Poston
- Jen Racey
- Joaquin Ramirez
- Ruben Rios
- Jose Rodriguez
- Rosanne Solis
- Margarette Vidal

Dr. David Berkowitz (Psychiatrist):
- Combined report on psychiatric medicines of Plaintiffs

As discussed, I can confirm that there are no outstanding economic report or life care plans. We will continue to produce these reports on a rolling basis as soon as they are finalized. The final 14 Marx reports should be relatively soon.

James

James Dingivan
Assistant United States Attorney
Western District of Texas
601 NW Loop 410, Ste 600
San Antonio, TX 78216


<D. Becker CV 2.2020.docx>