### Gilligan, Jim (USATXW)

**From:** Jamal Alsaffar <jalsaffar@nationaltriallaw.com>
**Sent:** Monday, January 11, 2021 4:39 PM
**To:** Dingivan, James (USATXW); Jones, Joan (USATXW) [Contractor]; Puryear, Hollee (USATXW); Brooke, Nita (USATXW); Diedrichs, Clayton (USATXW)
**Cc:** Thelma Alvarado-Garza; Tom Jacob; April Strahan; Justin Demerath
**Subject:** SS--Damage expert f/u

James,

A few things just to confirm based on our conversation Friday and thank you again for working so hard with me on making this as efficient as possible.

1) **MacKenzie and Dr. Scott**—Jan. 26th depo is confirmed. Brett is available to take her deposition on that date you offered regarding both clients Colbath and Workman. I'll get the notice and zoom set up. Can she do a start time at 9am central (or 9:30 or 10am)?

2) **MacKenzie and Dr. Scott**—Feb. 11th confirmed for Mckenzie LCP re Ryland Ward. Same questions, 9am (or 9:30 or 10am) start time work?

PLEASE NOTE: Dr. Scott was the MD who reviewed her LCPs so please let me know if you can get him available either on those two dates or if we need to do them separately. And I'll follow up with Brett to see if he really wants Dr. Scott in the meantime.

3) **Scarborough and Lundstrom**—you were going to get me dates for these economists to be deposed—again, I don't need dates for each client on which he provided a report. We will focus on methodologies rather than go through each of the plaintiffs individual cases which will allow us to get these done in two sessions (one day for each). Let me know if you have any dates for them so we can get those knocked off.

4) **Brant**—your urologist for Workman. We ONLY need you to get dates for Brant as to Workman, not Macias. And this is also one I can get Brett to take down depending on your expert depo requests, but let's go ahead and get this on the calendar at least.

5) **McMaster**— we would only need one deposition date for this expert and only as it applies to his review of Colbath. So get me dates on this one.

6) **Berkowitz**—based on your understanding the he's not providing any reports on the child psychology issues then we don't need to depose him on any of those reviews. I only reserve the possibility of deposing him based on some outlier issues you said he may address regarding Ticknor rebuttal points. My understanding is that is coming any day now. But I suspect these will be minimal and I will try to get Brett to pass on this one if the issues separating them are small.

7) **Applebaum**—we do not need to depose this expert

8) **Canter and Bowman** — we do not to need to depose these experts on any of the 14 or so LCPs they performed

9) **Marx**—we do not need to depose this expert on any of his psych exams and reports

10) **Cooper** — we do not need to depose this expert

1

Exhibit 5 Page 1 of 2

11) **Kosnett**— this is your toxicologist/lead expert and we don't have their report from you yet but should get that any day now. Go ahead and get depo dates for this one as it's a Brett rebuttal and he'll likely want it. But one day should be fine.

12) **Becker** — same as with Kosnett. Brett will likely want it taken so go ahead and get us dates and one day should be fine.

Please let me know if I've left anything out on the damage expert side. As you can tell, we've eliminated about **56 depositions** with the list above. So let me know what you can do on Plaintiffs' damage expert list. So far, you confirmed (please correct me if I'm wrong) that you will NOT NEED to depose Dr. Dissanaike, Dr. Gwin, or Dr. Casaneve. And that you think you'll be able to substantially trim what you need from Dr. Feltoon (psych)—if you need any at all because we have taken down all requests for your Psych expert Dr. Marx. And your approach to our economist Fairchild will be similar to ours (meaning one depo for methodology essentially). And as for our LCP experts, you will do the same and focus only on those clients where there is substantial difference. Again, please let me know if I've misstated anything as I'm just trying to memorialize our agreements and keep track of it as we're both juggling a lot right now. Thanks and let me know. And I'm happy to discuss so just call my cell if you need me.  Talk to you soon.

Jamal K. Alsaffar



NATIONAL TRIAL LAW

WHITEHURST, HARKNESS, BREES, CHENG, ALSAFFAR, HIGGINBOTHAM, & JACOB PLLC
7500 RIALTO BLVD.,
BLDG. TWO, STE 250
AUSTIN, TX 78735
512.476.4346
www.nationaltriallaw.com

Exhibit 5 Page 2 of 2