**Gilligan, Jim (USATXW)**

| | |
|---|---|
| **From:** | Jamal Alsaffar <jalsaffar@nationaltriallaw.com> |
| **Sent:** | Friday, January 29, 2021 12:11 PM |
| **To:** | Dingivan, James (USATXW); Justin Demerath; April Strahan |
| **Cc:** | Thelma Alvarado-Garza; Tom Jacob |
| **Subject:** | SS--your remaining expert reports |

James

I'm getting questions about when we will be getting your remaining expert reports. Can you give me something specific to report back? I noted it'd be any day now but I want to be sure especially as we're getting depo dates set for them. Thanks.

Jamal K. Alsaffar



NATIONAL TRIAL LAW

WHITEHURST, HARKNESS, BREES, CHENG, ALSAFFAR, HIGGINBOTHAM, & JACOB PLLC
7500 RIALTO BLVD.,
BLDG. TWO, STE 250
AUSTIN, TX 78735
512.476.4346
www.nationaltriallaw.com