| | |
|---|---|
| **From:** | Jones, Joan (USATXW) [Contractor] |
| **To:** | Jamal Alsaffar; Tom Jacob; Thelma Alvarado-Garza |
| **Cc:** | Dingivan, James (USATXW); Diedrichs, Clayton (USATXW); Gilligan, Jim (USATXW); Otto, Anabell (USATXW); Puryear, Hollee (USATXW); Garza, Erica (USATXW) [Contractor] |
| **Subject:** | Holcombe et al v. USA - Expert Designation |
| **Date:** | Thursday, February 4, 2021 12:24:00 PM |

**Please confirm receipt.**

Good afternoon,

The following materials are now available on USAfx:

<u>Becker</u>

- Ex. 6.1 - Colbath, David
- Ex. 6.2 - Harris, Morgan

Thank you.

**Joan Jones**
Contract Paralegal
U.S. Attorney's Office, San Antonio
Western District of Texas
(210) 384-7305

Exhibit 8 Page 1 of 1