| | |
|---|---|
| **From:** | Puryear, Hollee (USATXW) |
| **To:** | Thelma Alvarado-Garza; Jamal Alsaffar (jalsaffar@nationaltriallaw.com); Tom Jacob (tjacob@nationaltriallaw.com) |
| **Cc:** | Dingivan, James (USATXW); Gilligan, Jim (USATXW); Jones, Joan (USATXW) [Contractor]; Garza, Erica (USATXW) [Contractor] |
| **Subject:** | Holcombe et al v. USA - Expert Designation |
| **Date:** | Friday, February 26, 2021 10:48:43 AM |

**Please confirm receipt.**

Good morning,

The following report is now available on USAfx:

<u>Kosnett</u>

- Ex. 8.2 Colbath, David

Thank you,

Hollee Puryear
Paralegal Specialist
United States Attorney's Office
Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, Texas  78216
Phone: (210) 384-7348

Exhibit 10 Page 1 of 1