## Karam, Stephanie (USATXW)

| | |
|---|---|
| **From:** | Jones, Joan (USATXW) [Contractor] |
| **Sent:** | Wednesday, July 28, 2021 3:05 PM |
| **To:** | Karam, Stephanie (USATXW); Gilligan, Jim (USATXW) |
| **Subject:** | FW: Holcombe et al v. USA -- Dr. Todd's Reports re Morgan Harris |
| **Attachments:** | 008781-008814 Dr. Todd Report (M. Harris).pdf; 008815-009195 Dr. Todd Appendices.pdf; RE: SS--Discovery deadline extension |
| **Importance:** | High |

**From:** April Strahan <april@ammonslaw.com>
**Sent:** Monday, March 22, 2021 4:19 PM
**To:** Dingivan, James (USATXW) <JDingivan@usa.doj.gov>; Diedrichs, Clayton (USATXW) <CDiedrichs@usa.doj.gov>; Gilligan, Jim (USATXW) <JGilligan@usa.doj.gov>; Christilles, Jacquelyn (USATXW) <JChristilles@usa.doj.gov>; Bloodworth, Kristin (USATXW) <KBloodworth@usa.doj.gov>; Jones, Joan (USATXW) [Contractor] <JJones5@usa.doj.gov>; Puryear, Hollee (USATXW) <HPuryear@usa.doj.gov>; Otto, Anabell (USATXW) <AOtto@usa.doj.gov>; Makowski, Lora (USATXW) <LMakowski@usa.doj.gov>
**Cc:** Brett Reynolds <btreynolds@btrlaw.com>; AD Williams <adwilliams@btrlaw.com>; Jamal Alsaffar (jalsaffar@nationaltriallaw.com) <jalsaffar@nationaltriallaw.com>; Tom Jacob (tjacob@nationaltriallaw.com) <tjacob@nationaltriallaw.com>; Justin Demerath (jdemerath@808west.com) <jdemerath@808west.com>; Thelma Alvarado-Garza <talvarado@nationaltriallaw.com>
**Subject:** Holcombe et al v. USA -- Dr. Todd's Reports re Morgan Harris
**Importance:** High

Dear Counsel,

In follow up to the attached agreement to allow Mr. Reynolds to substitute Dr. Todd for Dr. Wilkerson in light of Dr. Wilkerson's terminal illness, I have attached Dr. Todd's report and appendices regarding Morgan Harris.

If you have any trouble with these documents, please let me know.

Thank you.

Best regards,
April Strahan, Of Counsel
The Ammons Law Firm, LLP
832-689-2679
april@ammonslaw.com

1

Exhibit 11 Page 1 of 1