IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOE HOLCOMBE *et al.*, | § |
| | §   Civil Action No. SA-18-CV-555-XR |
| *Plaintiffs,* | § |
| | §   *Consolidated with:* SA-18-cv-712-XR, |
| v. | §   SA-18-cv-881-XR, SA-18-cv-944-XR, |
| | §   SA-18-cv-949-XR, SA-18-cv-951-XR, |
| UNITED STATES OF AMERICA, | §   SA-18-cv-1151-XR, SA-19-cv-184-XR, |
| | §   SA-19-cv-289-XR, SA-19-cv-506-XR, |
| *Defendant.* | §   SA-19-cv-678-XR, SA-19-cv-691-XR, |
| | §   SA-19-cv-705-XR, SA-19-cv-706-XR, |
| | §   SA-19-cv-714-XR, SA-19-cv-715-XR, |
| | §   SA-19-cv-805-XR, SA-19-cv-806-XR, |
| | §   SA-19-cv-953-XR, SA-19-cv-972-XR, |
| | §   SA-19-cv-1291-XR, SA-19-cv-1300-XR, |
| | §   SA-19-cv-1301-XR, SA-19-cv-1318-XR, |
| | §   SA-19-cv-1481-XR, SA-20-cv-109-XR, |
| | §   SA-20-cv-368-XR, SA-20-cv-991-XR |

## **ORDER**

On this date, the Court considered the status of these consolidated cases. On July 21, 2021, in accordance with the Court's order of July 6, 2021 (ECF No. 452), the parties submitted an advisory with their proposed plans for continuing with the damages phase of the trial. ECF No. 454. At a status conference held on July 30, 2021, the parties represented that they intend to submit a second proposed plan within ten days.

Because this action cannot proceed to the next stage of trial until the parties have reached an agreement that will allow the Court to set this case for trial and issue a pretrial order, the Court finds this case is appropriate for administrative closure. *See Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2014) ("District courts frequently make use of this device to remove from their pending cases suits which are temporarily active elsewhere (such as

before an arbitration panel) or stayed (such as where a bankruptcy is pending). The effect of an administrative closure is no different from a simple stay . . . .").

The Clerk's office is therefore **DIRECTED** to administratively close these consolidated cases pending further order of the Court. Though administratively closed, these cases will still exist on the docket of this Court and may be reopened upon request or on the Court's own motion. Parties may continue to file motions and documents under the lead case, *Holcombe v. United States*, SA-18-CV-555-XR.

It is so **ORDERED**.

**SIGNED** this 30th day of July, 2021.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE