IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HOLCOMBE, et. al,<br><br>Plaintiffs<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant | NO. 5:18-CV-00555-XR<br>(consolidated cases) |

## PLAINTIFFS' DESIGNATION OF MARGARET MCKENZIE

Plaintiffs file the following deposition designation of Margaret McKenzie and hereby designate the entire transcript of the referenced trial deposition taken on August 31, 2021 to be used at trial.

Plaintiffs do not include in their designations any objections or attorney commentary that may fall within the page and line references.

The entire official transcript is attached hereto as Plaintiffs' Trial Exhibit (PEX) 900, and the exhibits referenced therein (PEX 1143-0002, PEX 1143-0004, PEX 1177-0003, PEX 12042) are incorporated herein by reference. Because the entire transcript is being offered as the trial testimony of Plaintiff Margaret McKenzie, the text of the offer is not included within this designation pleading.

Plaintiffs note that there is also a video of this trial deposition testimony being offered in conjunction with this designation, which will be submitted separately to the Court as PEX 901.

Respectfully Submitted,

/s/ Jamal K. Alsaffar
**Jamal K. Alsaffar**
JAlsaffar@nationaltriallaw.com
Texas Bar No. 24027193
**Tom Jacob**
TJacob@nationaltriallaw.com
Texas Bar No. 24069981
**Whitehurst, Harkness, Brees, Cheng, Alsaffar & Higginbotham & Jacob PLLC**
7500 Rialto Blvd, Bldg. Two, Ste 250
Austin, TX 78735
Office 512-476-4346
Fax 512-476-4400
   Counsel for Vidal, McKenzie, Solis, McNulty, and Wall

/s/ Jason P. Steed
**Jason P. Steed**
JSteed@kilpatricktownsend.com
Texas Bar No. 24070671
**Kilpatrick Townsend & Stockton LLP**
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
Office 214-922-7112
Fax 214-853-5731
   Counsel for Vidal, McNulty, and Wall

/s/ April A. Strahan
**April A. Strahan**
april@ammonslaw.com
Texas Bar No. 24056387
**Robert E. Ammons**
rob@ammonslaw.com
Texas Bar No. 01159820
**The Ammons Law Firm**
3700 Montrose Blvd.
Houston, TX 77006
Office 866-523-1603
Fax 713-523-4159
   Counsel for Holcombe, Ramsey, Curnow & Macias

/s/ Daniel J.T. Sciano
**Daniel J.T. Sciano**
DSciano@tsslawyers.com
Texas Bar No. 17881200
**Tinsman & Sciano**
10107 McAllister Freeway
San Antonio, TX 78216
Office 210-225-3121
Fax 210-225-6235
   Counsel for Amador

/s/ Daniel Barks
**Daniel D. Barks,** *pro hac vice*
ddb@speiserkrause.com
**Speiser Krause, P.C.**
5555 Glenridge Connector, Suite 550
Atlanta, GA 30342
Office 571-814-3344
Fax 866-936-6382
   Counsel for Holcombe

/s/ Mark Collmer
**Mark W. Collmer**
mark@collmerlaw.com
Texas Bar No. 04626420
**Collmer Law Firm**
3700 Montrose
Houston, TX 77006
Office 713-337-4040
   Counsel for Holcombe

| | |
|---|---|
| /s/ Dennis Peery<br>**Dennis Charles Peery**<br>d.peery@tylerpeery.com<br>Texas Bar No. 15728750<br>**R. Craig Bettis**<br>cbettis@tylerpeery.com<br>Texas Bar No. 24040518<br>**Tyler & Peery**<br>5822 West IH 10<br>San Antonio, TX 78201<br>Office 210-774-6445<br>    Counsel for Uhl | /s/ Tim Maloney<br>**Tim Maloney**<br>Texas Bar No. 12887380<br>timmaloney@yahoo.com<br>**Paul E. Campolo**<br>pcampolo@maloneyandcampolo.com<br>Texas Bar No. 03730150<br>**Maloney & Campolo, L.L.P.**<br>926 S. Alamo<br>San Antonio, TX 78205<br>Office (210) 465-1523<br>    Counsel for Ramsey |
| /s/ George LeGrand<br>**George LeGrand**<br>tegrande@aol.com<br>Texas Bar No. 12171450<br>**Stanley Bernstein**<br>Texas Bar No. 02225400<br>**LeGrand & Bernstein**<br>2511 N. Saint Mary's St.<br>San Antonio, Texas 78212<br>Office 210-733-9439<br>Fax 510-735-3542<br>    Counsel for Wall & Solis | /s/ Joseph M. Schreiber<br>**Joseph M. Schreiber**<br>joe@lawdoneright.net<br>Texas Bar No. 24037449<br>**Erik A. Knockaert**<br>erik@lawdoneright.net<br>Texas Bar No. 24036921<br>**Schreiber \| Knockaert, PLLC**<br>701 N. Post Oak Rd., Suite 325<br>Houston, TX 77024<br>Phone (281) 949-8904<br>Fax (281) 949-8914<br>    Counsel for Brown |
| /s/ Justin Demerath<br>**Justin Demerath**<br>jdemerath@808west.com<br>Texas Bar No. 24034415<br>**O'Hanlon, Demerath & Castillo**<br>808 West Ave.<br>Austin, TX 78701<br>Office 512-494-9949<br>    Counsel for Corrigan, Braden,<br>    Warden, Stevens, Pachal, McCain, &<br>    Poston | /s/ Jason Webster<br>**Jason Webster**<br>jwebster@thewebsterlawfirm.com<br>Texas Bar No. 24033318<br>**The Webster Law Firm**<br>6200 Savoy<br>Suite 640<br>Houston, TX 77036<br>    Counsel for Lookingbill |

/s/ Brett Reynolds
**Brett T. Reynolds**
btreynolds@btrlaw.com
Texas Bar No. 16795500
**Brett Reynolds & Associates, P.C.**
1250 N.E. Loop 420, Suite 420
San Antonio, TX 78219
(210)805-9799
   Counsel for Workman, Colbath, and Harris

/s/ Hugh J. Plummer
**Hugh J. Plummer**
hplummer@thomasjhenrylaw.com
**Law Office of Thomas J. Henry**
4715 Fredricksburg
San Antonio, TX 78229
(210) 585-2151
(361) 985-0601 (fax)
   Counsel for McMahan

/s/ Craig Carlson
**Craig Carlson**
ccarlson@carlsonattorneys.com
**Philip Koelsch**
pkoelsch@carlsonattorneys.com
**Joe Craven**
jcraven@carlsonattorneys.com
**The Carlson Law Firm**
100 E Central Texas Expy
Killeen, TX 76541
254-526-5688
   Counsel for Rios

/s/ Marion M. Reilly
Marion M. Reilly
**Hilliard Munoz Gonzales, L.L.P.**
719 S. Shoreline - Ste 500
Corpus Christi, TX 78401
(361) 882-1612
361/882-3015 (fax)
marion@hmglawfirm.com
   Counsel for McMahan

/s/ Diego Lopez
**Diego Lopez**
**Anderson & Associates Law Firm**
2600 SW Military Drive, Suite 118
San Antonio, TX 78224
(210) 928-9999
(210) 928-9118 (fax)
diego@diegolaw.com
   Counsel for Ward

# CERTIFICATE OF SERVICE

I certify that the foregoing was filed through the Court's CM/ECF system on September 13, 2021, and the following counsel for the United States have received notice and been served through that system.

/s/ Jamal K. Alsaffar
**Jamal K. Alsaffar**

BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division

JOHN PANISZCZYN, Civil Chief
United States Attorney's Office
Western District of Texas

ASHLEY C. HOFF
United States Attorney
Western District of Texas

JAMES G. TOUHEY, JR.
Director, Torts Branch
United States Dept. of Justice
Civil Division

KIRSTEN WILKERSON
Assistant Director, Torts Branch
United States Dept. of Justice
Civil Division

STEPHEN E. HANDLER
Senior Trial Counsel, Torts Branch
United States Dept. of Justice
Civil Division

PAUL DAVID STERN
Trial Attorney, Torts Branch
United States Dept. of Justice
Civil Division

STEPHEN TERRELL
Trial Attorney, Torts Branch
United States Dept. of Justice
Civil Division

CLAYTON R. DIEDRICHS
Assistant United States Attorney

JAMES E. DINGIVAN
Assistant United States Attorney

JIM F. GILLIGAN
Assistant United States Attorney

JACQUELYN M. CHRISTILLES
Assistant United States Attorney