```
 1              IN THE UNITED STATES DISTRICT COURT FOR
                  THE WESTERN DISTRICT OF TEXAS
 2                     SAN ANTONIO DIVISION

 3     HOLCOMBE, et al,                )
                                       )
 4                                     )
       Plaintiffs                      )
 5                                     )
       vs.                             ) NO. 5:18-CV-00555-XR
 6                                     )
                                       ) (Consolidated cases)
 7     UNITED STATES OF AMERICA,       )
                                       )
 8                                     )
                                       )
 9     Defendant                       )
                                       )

10

11         ------------------------------------

12         REMOTE ORAL AND VIDEOTAPED DEPOSITION OF

13                    MARGARET MCKENZIE

14                     August 31, 2021

15         ------------------------------------

16       REMOTE ORAL AND VIDEOTAPED DEPOSITION OF

17   MARGARET MCKENZIE, produced as a witness at the instance

18   of the PLAINTIFFS, and duly sworn, was taken in the

19   above-styled and numbered cause on the 31st day of

20   August, 2021, from 1:13 p.m. to 3:10 p.m., before Wendy

21   Golding, CSR in and for the State of Texas, reported by

22   machine shorthand, Katzman Law Firm, PLLC, 125 High Rock

23   Avenue, Saratoga Springs, New York, 12866, pursuant to

24   the Federal Rules of Civil Procedure and the provisions

25   stated on the record or attached hereto.
```

10/04/2021

PEX 900

McKenzie, Margaret                    08-31-2021

2

1                    A P P E A R A N C E S
                (All parties appearing remotely)
2

3   FOR THE PLAINTIFFS:

4          JAMAL K. ALSAFFAR
           Whitehurst, Harkness, Brees, Cheng, Alsaffar &
5          Higginbotham & Jacob PLLC
           7500 Rialto Boulevard
6          Building Two, Suite 250
           Austin, Texas 78735
7          512-476-4346
           jalsaffar@nationaltriallaw.com
8

9   FOR THE DEFENDANT:
10
           JOCELYN KRIEGER
11         U.S. Department of Justice
           175 N. Street, NE
12         Washington, DC 20002
           202-616-1679
13         Jocelyn.krieger@usdoj.gov

14   ALSO PRESENT:
15         Robie Rowley, videographer

16

17

18

19

20

21

22

23

24

25

McKenzie, Margaret                08-31-2021

3

1                          INDEX

2                                                    PAGE

3   Appearances................................  2

4

5   MARGARET MCKENZIE

6        EXAMINATION BY MR. ALSAFFAR.............  5

7        EXAMINATION BY MS. KRIEGER..............  54

8        FURTHER EXAMINATION BY MR. ALSAFFAR......  73

9

10  Reporter's Certificate.......................  78

11

12                          EXHIBITS

13  NO.  DESCRIPTION                     MARKED/IDENTIFIED

14  PEX-1143   Photographs.......................... 16

15  PEX-1177   Photograph.......................... 24

16  PEX-12042  Photographs.......................... 42

17

18

19

20

21

22

23

24

25

4

1              P R O C E E D I N G S

2              THE VIDEOGRAPHER:  We are on the record.

3  Today's date is August 31st, 2021, and the time is 1:13

4  p.m.

5              This is the remote video-recorded

6  deposition of Margaret McKenzie.  It is agreed and

7  stipulated that all parties waive any objection to the

8  physical location of the presiding officer at the time

9  the oath is administered.  At this time will all

10 attorneys in attendance please state their appearance

11 and who they represent for the record, beginning with

12 the attorney taking this deposition.

13             MR. ALSAFFAR:  Jamal Alsaffar, and I

14 represent the plaintiffs.

15             MS. KRIEGER:  Jocelyn Krieger on behalf of

16 the United States.

17             THE VIDEOGRAPHER:  Okay.  Now you can do

18 your stipulations before the swearing in.

19             MR. ALSAFFAR:  Thank you.  Ms. Krieger, I

20 believe the agreement, because this is a trial

21 deposition, we'll be following the Federal Rules of

22 Procedure and evidence as they apply to trial testimony.

23 So, we are not waiving objections.  And, so, if we have

24 any objections to any testimony, we'll state them --

25 state the actual basis for them.

McKenzie, Margaret                    08-31-2021

5

1          MS. KRIEGER:  Correct.

2          MR. ALSAFFAR:  Okay.  And I believe that we

3   have come to agreement on the use of the exhibits that

4   both sides are going to use and we are going to use the

5   -- to the extent that we can, we are going to use the

6   plaintiffs' exhibit number or PEX and/or the GEX number.

7   That will be the trial exhibit numbers that we're going

8   to use.

9          MS. KRIEGER:  Yes.  Agreed.

10          MR. ALSAFFAR:  Okay.  And I want to add

11   this, just in case there are any issues with that or --

12   and we need to go back to the Bates stamp that was used

13   during the litigation, we will do that.  But then we'll

14   figure it out afterwards for attaching them to the

15   exhibits to try to use the actual trial exhibit numbers.

16          MS. KRIEGER:  Right.  Sounds good.

17          MR. ALSAFFAR:  Okay.  Okay.  We can now

18   begin with the direct examination.

19          Ms. Golding, if you want to go ahead and

20   swear in the witness.

21                MARGARET McKENZIE,

22   Having been first duly sworn, testified as follows:

23                EXAMINATION

24      Q.  (By Mr. Alsaffar)  Good afternoon, Ms.

25   McKenzie.  It's good to see you.

McKenzie, Margaret                    08-31-2021

6

1      A.   Thanks.

2      Q.   Would you do me a favor, and before we start,

3   can you just confirm that you can hear me okay and see

4   me okay?

5      A.   Yes.

6      Q.   All right.  And you're coming in loud and clear

7   as well.  Well, let's begin.

8           Would you please start by just stating your

9   name for the Court.

10      A.   (Audio distortion)

11      Q.   Could you say that one more time?

12      A.   Margaret McKenzie.

13      Q.   Thank you, Margaret.  Can you tell the judge

14   where you're from?

15      A.   Saratoga Springs, New York.

16      Q.   How long have you lived in Saratoga Springs,

17   New York?

18      A.   I grew up in this area.  I moved -- I moved

19   around a couple of times, but I came back.

20      Q.   Okay.  And how long -- how long, again, have

21   you lived there?

22      A.   The last 10 years now.

23      Q.   Ms. McKenzie, I'd like to just talk a little

24   bit about your background before we talk about the --

25   the day of the church shooting.

1              Now, can you tell the judge just a little

2  bit about your relationship, your family relationship to

3  the McNulty family.

4       A.  I'm -- I'm very close to my family.  My sister

5  and I were close growing up, and we still are.  And her

6  daughter Tara and -- would -- I was close to her and

7  I've gotten along with the grandchildren, Tara -- Haley

8  and J   .

9       Q.  Okay.  So, Lisa McNulty, is she your sister?

10      A.  Older sister, yes.

11      Q.  And Tara McNulty, who perished in the shooting,

12  she was -- who was Tara --

13      A.  My niece.

14      Q.  And her children were Haley McNulty and J

15  M    ; is that right?

16      A.  Correct.

17      Q.  Okay.  And can you please tell the Court, if

18  you don't mind, and I don't want to -- you know, I hope

19  this isn't too personal but can you just tell us a

20  little bit about your disabilities that you had before

21  -- before the shooting.

22      A.  I was born with cerebral palsy.  It affects --

23  affects my walking, my balance and it also affects my

24  hearing.

25      Q.  Okay.  And are you --

McKenzie, Margaret                    08-31-2021

8

1        A.   I'm deaf in the left -- I mean, I'm deaf in the

2   right ear and I have 70 percent hearing in my left.

3        Q.   Okay.  And, so, you have cerebral palsy?

4        A.   Yes.

5        Q.   You were born with that?

6        A.   Yes.

7        Q.   And, so, before the shooting, that affected

8   your ability to walk and somewhat in your mobility?

9        A.   Right.  I use a cane to get around.

10        Q.   Okay.  And it also took your hearing in one ear

11   and then partial -- part of your hearing in the other

12   ear?

13        A.   Correct.

14        Q.   Okay.  All right.  Ms. McKenzie, if you don't

15   mind, I would like to get in -- right into the time of

16   the shooting.  Is that okay?  Are you ready to talk

17   about it?

18        A.   Yeah.

19        Q.   Okay.  And I know this is not easy, and I

20   apologize that we have to put you through this again and

21   have you go through this.  If you need a break or it's

22   just difficult to talk about it and you need a minute or

23   two, please let me know and I will be glad to do that.

24   Okay?

25        A.   Okay.

McKenzie, Margaret                    08-31-2021

9

1      Q.  All right.  Let's talk about the week of the

2   shooting.  Were you down in Sutherland Springs, Texas?

3      A.  Yes.  I came in on a Tuesday.  I was going to

4   stay for a week.  I spent most of it with my sister, and

5   we planned to meet up with my niece and spend the day

6   with her and her kids.  So, we picked Sunday.

7      Q.  Okay.  So you -- you were actually down in

8   Sutherland Springs to visit your -- your sister Lisa and

9   your niece Tara and her kids for that week?

10      A.  Yeah.  Yeah.

11      Q.  And you were scheduled -- I think you said you

12   were scheduled to leave Sutherland Springs Tuesday,

13   following the shooting?

14      A.  Yes.

15      Q.  All right.  And just -- I know this seems odd.

16   But for the record, the shooting that we're talking

17   about is the shooting at the Sutherland Springs First

18   Baptist Church on November 5th, 2017, which was a

19   Sunday; correct?

20      A.  Right.

21      Q.  Okay.  If you don't mind, I'd just like to take

22   you back just to -- to that time and the night before

23   the shooting.  So, I guess Saturday, November 4th.  What

24   were you doing that night with the family?

25      A.  My niece had come over with her two children.

1  So, my sister's daughter and two children were having

2  dinner at my sister's house.

3      Q.  Okay.  So you were having a family dinner with

4  your sister Lisa, with your niece, Tara McNulty, and the

5  kids, Haley and J____ M____?

6      A.  Yes.

7      Q.  Was it a nice time?

8      A.  Yeah, it did.  It was very good.

9      Q.  Before -- can you -- can you do me a favor and

10 please tell us just -- just quickly, if you can, just

11 tell us a little bit about your niece Tara and your

12 relationship with her.

13     A.  She's a friendly person, very outgoing,

14 likeable.  People like being around her.  I don't think

15 she had any enemies.  She's always been kind to other

16 people.  And she liked animals, too.  Her mother owned a

17 dog rescue, which she got a few animals at her own

18 house.  So, she's very pet friendly and, so, it's -- she

19 was easy to get along with.

20     Q.  Okay.  People have said that Tara was sort of

21 the person that could bring everybody together.  And

22 like the place she worked, her bosses said that he had

23 great loyal customers because they wanted to see Tara

24 and she was always welcoming.  Is that -- is that the

25 kind of person that she was?

McKenzie, Margaret                    08-31-2021

11

1      A.  Yes.

2      Q.  Okay.  What was the plan was -- for Sunday?

3  Was there a plan that that was the day that you were

4  going to spend with your niece Tara and her kids?

5      A.  She wanted her kids to go to church on Sundays

6  and I'm not much of a churchgoer but I figured I would

7  go with them.  We'd start the day with church and then

8  plan as we go for the rest of the day, you know, what we

9  are going to do for the rest of the day.

10      Q.  Okay.

11          MR. ALSAFFAR:  And before I ask you next

12  questions, I am hearing a lot of paper rustling; and I

13  think the court reporter is about to tell me.  I can

14  only promise you that it's not me.  And I don't know who

15  it is.  But if we could just maybe -- I don't know if

16  it's you, either, Ms. Krieger.  It might accidentally be

17  on your end.  But if we can mute, maybe that might solve

18  it but -- or just be a little bit aware of that because

19  it's come through about two or three times.

20      Q.  But -- so, let me -- let me go pause and then

21  go back.  Okay.

22          Ms. McKenzie, you were saying that y'all

23  had a Sunday plan to be with Tara and the kids and go to

24  the church.  Let's just talk about, if we can, the

25  morning of the -- Sunday morning that -- when you were

1    going to the church.  Who -- how did you get there?

2         A.   My niece had come to get me at my -- I was

3    staying at my sister's house.  So, she came and got me.

4    The church was probably a mile or even less than a mile

5    from my sister's house.

6         Q.   Now, had you been to the church before to see

7    the kids perform at that church before?

8         A.   Yes.

9         Q.   Can you tell us about that?

10        A.   That was a few years before this.  I had my --

11   I was living there with my sister at that time and my

12   grandmother come to stay with us for the summer and we

13   -- the kids were doing a performance at the church.  So,

14   we went to go see the play, the play Haley was doing.

15   She was doing the singing and sign language.  So, it was

16   -- it meant more to me because I had taken up sign

17   language myself.  So...

18        Q.   And that was Haley was performing at the church

19   when you -- first time you went there?

20        A.   First time I went to that church, yeah.

21        Q.   Okay.  When you were driving over with Tara,

22   were y'all having fun together, laughing together?

23        A.   Yeah, yeah, we were.  We were -- I was -- had

24   pants that were loose and I told her her mother didn't

25   have any belts that fit so we have to go shopping after

13

1   the church and she was like, yes, yeah, sure, we can go

2   over after the church.  There was a store not far from

3   there.

4         Q.  Was it -- was it -- your relationship with

5   Tara, I mean, was it close?  Was it -- did you talk to

6   her often?  Even though you were far away, was it a

7   relationship that you would describe as a close

8   relationship as her aunt?

9         A.  Yes.  Yes.  She -- she didn't have very many

10  aunts and uncles, you know.  It was just -- she had

11  distant cousins, but they hardly ever kept in touch with

12  her.  But I was -- I was able to stay in touch with her

13  and talk to her, you know, mostly by email but once in a

14  while by phone.

15        Q.  When you described Tara McNulty a few minutes

16  ago, you said it was just always -- always laughing and

17  smiling whenever you were with her.  Is that -- is that

18  -- is that the case with Tara, any time you were with

19  her, just like you just told us about that funny story

20  is that you were always smiling with her and joking with

21  her?

22        A.  Yes.  Yeah.

23        Q.  Okay.  If you don't mind, I would like to talk

24  about when you got to the church.  Can you just take us

25  through when you got to the actual church.  What did you

1   do?  What did Tara do once you walked into the church?

2        A.  She -- she had taken up the handicap spot so I

3   can get out, get to the church a lot closer.  We -- we

4   got in the church.  I think we were like four or five

5   rows from the podium -- podium.  And we -- so, we got

6   our seating.  She was talking to people around her.  I

7   had to ask where the bathroom was.  And, so, she told

8   her boy J     to show me where it was.

9             So, while we were walking over there --

10  because it was in another part of the church, you know.

11  And my nephew J    had -- I was using the cane.  So, I

12  had to lean on him with my other arm to get around.

13            So, he -- he escorted me out to the --

14  where the bathroom was; and then he brought me back.

15  And, you know, the church people had a smile on their

16  face saying, Oh, look at this little boy helping his

17  aunt, you know.  And, so, he escorted me back to our

18  seating spot, you know.  And then we just had a little

19  more chatting going on before the minister started the

20  sermon.

21        Q.  How old was J    when y'all were there that

22  day when he was escorting you to the bathroom and

23  bringing you back?

24        A.  12.  12.

25        Q.  How old was Haley?

15

1      A.   She's -- I tell ya, she was two years older
2  than him -- two or three years older than him, yeah.
3      Q.   Okay.  And when you -- when you entered the
4  church and got to your seat or when you entered the
5  church with Tara the first time, was she trying to be
6  friendly and introduce you to the other churchgoers?
7      A.   Yeah, yeah.  She was telling them, Oh, this is
8  my aunt from New York.  And we had to tell her we're not
9  New York City.  We were upstate.
10      Q.   Big difference; right?
11      A.   Yes.  Yes.
12      Q.   And when you got back to your seats before the
13  person who was going to lead the sermon, did -- did --
14  was there any music?  Were you singing?
15      A.   Yeah.  After the brief sermon there was -- or a
16  brief introduction, there was singing.  And then after
17  the singing was over, he said, Oh, it's time we
18  introduce yourself and shake hands with your neighbor.
19  And we did that.  And then there were -- we were about
20  to sit down and listen to another sermon and that's when
21  we heard the noise outside.  It was -- turned out to be
22  him.
23      Q.   Before we talk about that, I'd like to orient
24  the Court a little bit to -- to where you were in the
25  church --

16

1    A.  Okay.

2    Q.  -- when -- before the shooting began when y'all

3  were getting seated and singing and listening to the

4  announcements.  I think -- about -- I think you told us:

5  Which side of the church were you sitting on?

6    A.  You go up the aisle, we were on the left side,

7  four rows back.

8    Q.  Four rows back?  Okay.  Ms. McKenzie, I'm going

9  to show you a picture of the church from the inside that

10  was taken by the Texas Rangers.  It's -- it's been

11  marked and will be admitted as PEX-1143.  And I just

12  want you to tell me if you recognize this.  And just let

13  me know when you can see it on your screen.

14    A.  It's on.

15    Q.  Okay.  Is this -- is this a picture of the

16  Sutherland Springs church as you remember it when you

17  were there on November 5, 2017?

18    A.  Yes.  Yes.

19    Q.  Okay.  And you said that you were on the left

20  side of the church.  So, I'm going to use my marker

21  here --

22    A.  Right about there, yeah.  Yeah.

23    Q.  And this is towards the front left side of the

24  church where you were sitting?

25    A.  Correct.  Yeah.

17

1      Q.  And who was sitting on the aisle?

2      A.  The aisle was Haley, then Tara, then myself and

3  then J     on my other side.

4      Q.  Okay.  So, Haley was sitting on the aisle?

5      A.  Yep.

6      Q.  Tara was sitting next to Haley?

7      A.  Uh-huh.

8      Q.  And then you were sitting next to Tara?

9      A.  Yes.

10     Q.  And then J     was sitting next to you?

11     A.  Right.

12     Q.  Okay.  Now, I want to -- just to help the Court

13  understand the, sort of, size of the church and orient

14  as well, I'm going to show you another picture from the

15  other side and tell me if you -- tell me when you see it

16  on your screen.  This is PEX-1143.

17     A.  Yes.

18     Q.  That's okay.  This is PEX-1143.  Do you

19  recognize -- is that the church?

20     A.  Yes.

21     Q.  Okay.  Now, this is from the front of the

22  church or the pulpit side looking back; and I'm going to

23  point to this.  Is this the area you were sitting in

24  with Tara, Haley --

25     A.  Right there, yeah, yeah.

McKenzie, Margaret                    08-31-2021

1     Q.   Okay.  And the front of the church is -- where

2  the front door is is right here; correct?

3     A.   That's the front door, yeah.

4     Q.   Okay.  And then over on this side where my

5  spotlight is is where the pulpit would be; is that

6  right?

7     A.   Right.  Right.

8     Q.   Okay.  Okay.  What I'd like to do, Ms.

9  McKenzie, if you're ready, I'd like to talk about when

10  the -- when the shooting began.  Are you ready to talk

11  about that?

12     A.   Yes.

13     Q.   Okay.  You had mentioned that -- that once you

14  were seated and everyone had introduced themselves,

15  there was some singing and then some announcements from

16  a lady at the pulpit and then you were about to, what

17  you thought, I guess, was about to have the sermon.

18            When did you first become aware of, if you

19  could, the noises or shooting going on?

20     A.   We heard a loud noise from the outside.  We

21  were looking at each other like what -- what is that

22  noise?  We didn't know what it was, you know.  And, so,

23  when we became -- that's when he burst the door open and

24  the minister facing the door was telling everybody to

25  get down.  So, we all dropped to the floor.

19

1      Q.   When you -- if you don't mind, what did it

2  sound like to you from outside when you first heard the

3  sounds from the outside?

4      A.   Some kind of booming, like a big side doors

5  slamming, you know, a heavy door -- a heavy metal door

6  slamming.  That kind of noise.

7      Q.   So, when you first heard the noise from the

8  outside, it sounded like a heavy metal door slamming

9  over and over again?

10      A.   Right, right, that kind of thing.

11      Q.   Were there a lot of noises or was it just one

12  or two or was it over repeated?

13      A.   Quite a few times, bang, bang, bang and then

14  the doors opened.

15      Q.   And the doors that you're talking about opening

16  when -- if you don't mind, Ms. McKenzie, I'm going to

17  show Plaintiff's Exhibit 1143 again.  And when you

18  mentioned that the door was opening, are you talking

19  about the front door?

20      A.   Yes.  Yeah.

21      Q.   Here?

22      A.   Yes, it is.

23      Q.   Okay.  And when you were -- you and the kids

24  and Tara were in this pew, was the man who yelled, "Get

25  down," was he sitting up here somewhere?

1    A.   The minister standing at the pulpit, yeah.

2    Q.   Okay.  All right.  And if you could, if this

3  makes sense, when the first wave came, when the shooter

4  came through that door and you said -- did you all fall

5  to the ground?  And when I say, "you all" I mean you,

6  Tara, Haley and J     ?

7    A.   I would assume that Haley stood up when they --

8  the rest of us went to the floor because she ended up on

9  the floor in a pew in front of me.

10    Q.   Okay.  So, let me break that down.  You said

11  that Haley, who was sitting right here --

12    A.   Yeah.

13    Q.   Let me -- let me get my spotlight to help here.

14  You're saying that Haley, who was sitting about right

15  here on the aisle, you --

16    A.   Right.

17    Q.   -- think she stood up when she heard --

18    A.   Yes.

19    Q.   And -- and you said you thought Haley stood up

20  because when you finally -- when you got to the ground,

21  she was not here at this pew.  She was ahead of you --

22    A.   Yeah, on the floor, yeah.

23    Q.   -- on the ground.  On the floor.  Okay.  After

24  you heard the man tell you to get down and after you

25  fell to the ground, do you mind telling us what -- what

1  was -- what were you feeling like?  What were you

2  hearing?  What were you seeing?  What was that like?

3       A.   It was -- as soon as he stepped in the doorway,

4  the gunfire went off and it sounded like he was shooting

5  all over the place.  He wasn't just aiming at one

6  person.  He was -- the bullets were flying all over the

7  place, whizzing past my head.  And, you know, we were

8  hunkered down -- flat on the -- on the floor there.  I

9  looked at my -- my niece Tara and I looked in front of

10 her and that was where Haley was and I noticed she was

11 bleeding.  She was -- she had already gotten shot,

12 looked like her stomach area, abdominal area.

13             And then she -- then I turned around and

14 crawled around the other position and make sure J    is

15 next to me, you know, that nothing had happened to him.

16 And the noise was so loud that I -- I crawled over to

17 him, put my hands on his ears because it was so loud.

18 And then I finally put my whole body over the top of him

19 so the bullets don't hit him.

20      Q.   Can I -- can I break it down just a little bit?

21 You said that when you were on the ground, you could

22 tell that Haley was bleeding.  Were you watching her?

23 Was she -- did she have blood on her --

24      A.   Yes.

25      Q.   -- in front of you?

McKenzie, Margaret                08-31-2021

22

1      A.  Yes.

2      Q.  Okay.  Was she screaming?

3      A.  She was crying.  Not really screaming.  She was

4  crying, injury.  Yelling out, "Momma."

5      Q.  I want to make sure we understand what -- what

6  you're describing.  Did you just say that after she --

7  Haley was shot and on the ground crying and bleeding,

8  that she was calling out for her momma?

9      A.  Yes.

10     Q.  And that would be Tara?

11     A.  Yes.

12     Q.  Was Tara able to see and hear her daughter --

13     A.  Yes.

14     Q.  -- crying for her and bleeding in front of her?

15     A.  Yes.  Tara was -- there was another guy in that

16  pew.  He was on the ground.  And Tara wanted him to go

17  to Haley and cover her, protect her.

18     Q.  Do you remember what Tara was saying to the man

19  next to Haley?

20     A.  She was like, "Get over there.  Get my baby.

21  Cover -- hold -- get over there and protect -- cover

22  her, protect my baby."

23     Q.  Okay.  So Tara was aware that her daughter was

24  bleeding, was shot and needed help?

25     A.  Yes.

23

1    Q.  Do you know whether Tara was shot at that

2  point?

3    A.  No.  She was able to move about.

4    Q.  Okay.  Ms. McKenzie, you said, too, that Tara's

5  other child, your --

6    A.  Nephew.

7    Q.  -- nephew J    , who was, I think, about 12 at

8  the time, you said --

9    A.  Yes.

10   Q.  -- he was right next to you and you said that

11 you had covered -- you were trying to cover his body and

12 you were covering his ears because the sound was so

13 loud?

14   A.  Yes.

15   Q.  Okay.  And looking at the picture that's still

16 up, PEX-1143, was -- was J    over on this side?  Is

17 that where you were trying to --

18   A.  On the floor with me, yeah.

19   Q.  Okay.  And looking at this picture, is it fair

20 to say that this just is a really small space?

21   A.  It is.

22   Q.  Okay.  And I want to show you, if we could, I'm

23 going to show you another perspective that might help us

24 understand this small space that you're you're talking

25 about.

1           And just tell me -- this is PEX-1177.  Can

2  you tell me when you see that on your screen.

3       A.  I do.

4       Q.  Okay.  Is that an accurate picture of what the

5  size of the church would have looked like from the

6  pulpit?

7       A.  Yes, it is.

8       Q.  Okay.  And when you see my spotlight -- so,

9  J    is over in this area; and you're covering him?

10      A.  You can see the one -- one of the pews is

11  turned over.  We were behind that part, yeah.

12      Q.  This one right here?

13      A.  Yeah, yeah.

14      Q.  Okay.  And do you remember seeing the shooter's

15  body at any point or any part?  His feet?  His legs?

16  His --

17      A.  I didn't look up to see who he looks like, but

18  I did see his feet moving about.

19      Q.  Did you see his feet anywhere in this area next

20  to where you were?

21      A.  Most of the time in that area, walking up and

22  down, yes.

23      Q.  Okay.  So, when he was here shooting, I think

24  you said in all directions, Haley was somewhere just

25  right here; is that right?

1      A.   Right, where that thing is turned over, that's

2  where she was, yeah.

3      Q.   Okay.  And you said it was so loud you had to

4  cover -- you had to cover J____' ears and --

5      A.   Yes.

6      Q.   -- and what about the smells?  Was -- was there

7  anything unusual about what it smelled like in there

8  once the shooting began?

9      A.   Yeah.  You could smell the gun powder.  You

10  could see the smoke coming from the -- where the

11  shooting -- there was smoke in the air from the rifle

12  and the smell of gun powder.  It was very strong in that

13  little space.

14      Q.   Okay.  So, you said the smell of gun powder in

15  this little space was strong.  And the smoke, was it

16  filling up the area around you?

17      A.   It was starting to fill up the area, yeah.

18      Q.   Okay.  You mentioned earlier that you're

19  actually -- you're hearing impaired but do you have

20  hearing aids?  Did you have hearing aids in at the

21  time --

22      A.   Yeah.  I think the sound amplified my hearing

23  aid -- or my hearing aid amplified the sound.

24      Q.   What did you do?

25      A.   At one point I -- by the third time he came in,

McKenzie, Margaret                08-31-2021

1  I guess he had a different rifle because it was louder

2  and I took my hearing aid out because it was that loud.

3      Q.  Okay.

4      A.  Yeah.

5      Q.  All right.  We talked about the first wave of

6  shooting that occurred.  During that first wave of

7  shooting when you were on the ground, do you remember --

8  what do you remember about the sounds of the bullets

9  flying around, flying past you?

10      A.  It's a whizzing -- a whizzing sound.

11      Q.  You do still remember the whizzing sound, is

12  what you called it?

13      A.  Yes.  Yes.

14      Q.  Can you still hear that sound?

15      A.  I do.  I do.

16      Q.  And was this whizzing sound of bullets, where

17  was it flying by?  Was it flying by --

18      A.  It was right above my head.  It was hitting the

19  pews that I was hiding under.  It was breaking the wood.

20  There was pieces of wood coming off the pews.

21      Q.  Okay.  Can -- is it okay if we talk about the

22  second wave of shooting?

23      A.  Okay.

24      Q.  Well, let me ask you this:  After the first

25  wave, did you -- did he leave for a minute or a second

McKenzie, Margaret                 08-31-2021

1  or a few seconds?  Did he leave the church, the shooter?

2      A.  Yeah.  He must have unloaded one weapon and

3  went out to get another one because he -- he left and

4  people were starting to get up, thinking it was over.

5  And as soon as they started to get up, he came right

6  back with another weapon and started shooting --

7  shooting at us again.

8      Q.  Okay.  So, he left the -- when you say he left,

9  he walked out the door?

10     A.  Yes.

11     Q.  Okay.  And there was enough time for y'all to

12  start getting up, I think?  Is that what you said?

13     A.  Yes.

14     Q.  Did Tara?  Was Tara getting up?

15     A.  She had gotten up, yes.

16     Q.  What was she -- at that time she wasn't shot

17  yet?

18     A.  No.  No.

19     Q.  And what was she doing when she got up the

20  first time?

21     A.  I just noticed she got up.  I really wasn't

22  looking at what she was doing.  I was -- I was yelling

23  911.  I was trying to get people to dial on their phone.

24  I said, 911, you know.  And then I was looking for my

25  own phone.  And then he came in, and I just grabbed my

1  phone and went back down on the ground.

2      Q.  All right.  Let me ask you about that moment

3  right before he comes back in again.  You're yelling,

4  "911."  Are you able to hear?  Do you remember hearing

5  people -- other people --

6      A.  Yeah, yeah, people were crying.  People were

7  screaming and -- probably because they're injured or

8  their loved ones were injured or dead.  They were all

9  crying and screaming.

10     Q.  What happened next after --

11     A.  He came in.  He came in.  He started shooting

12  again.

13     Q.  Did you see --

14     A.  No.  I just heard the music going -- I mean the

15  shooting going.

16     Q.  How did you know he came back in again?

17     A.  Because he was shooting.

18     Q.  Okay.  You heard the shooting again?

19     A.  Yeah.

20     Q.  Okay.  So, what happened during that second

21  wave, if you remember?

22     A.  We went back down on the floor.  By then I -- I

23  thought J    would be safer over in the -- toward the

24  wall but there were people hiding over that way, away --

25  away from the pew and the wall, a little aisle there.

1  So, I told J    to go over there.  And I turned around

2  and I was trying to, you know, to see what was going on

3  with Haley because I wanted to see how -- how she was

4  doing with her shoot -- where she had been shot.

5      Q.  Okay.  I want to ask you about what you just

6  said about J   .  I'm showing you PEX-1177 again.  And

7  you said that you -- during the second wave of shooting,

8  you were trying to get J    to go against the wall?

9      A.  Yes.

10     Q.  Is this the wall you're talking about right

11 here?

12     A.  Yep.  Yep.

13     Q.  Okay.  And were you trying to get him over

14 there because you felt it was more protective than

15 being --

16     A.  Yeah.

17     Q.  -- exposed under the pews?

18     A.  Right.

19     Q.  Okay.  And who -- do -- was there someone over

20 at the wall over here?

21     A.  There were a few people there, yeah.  They were

22 hiding over in that side of the church on the floor,

23 yeah.

24     Q.  Okay.  Were you able to get him -- get J

25 over to that side?

30

1        A.   He did go over there, yes.

2        Q.   Okay.  Did he -- was he able to make it over to

3    the wall before the shooter came back in the second

4    time; or was that after the second time, if you

5    remember?

6        A.   It was probably before the second time, yeah.

7        Q.   Okay.  All right.  During the second wave of

8    shooting, Tara -- was Tara still alive?

9        A.   Yes.

10        Q.   Okay.  And do you remember during the second

11    wave what Tara was -- was doing?

12        A.   She was still looking after her daughter,

13    trying to -- she was trying to get that guy, you know,

14    he was -- he was not far from her daughter.  He hadn't

15    moved, you know, and she was telling him, "Move over

16    there and try and protect her," you know.

17              And then that guy was -- ended up getting

18    shot that time because he was praying very loudly.  I

19    mean, he wasn't whispering his prayers.  He was saying

20    it really loud.  And, so, that guy got killed from being

21    -- because obviously the shooter heard him and went

22    after him.

23        Q.   Okay.  So the man sitting next to -- or man on

24    the floor next to Haley was praying very, very loudly?

25        A.   Yes.

McKenzie, Margaret          08-31-2021

1      Q.   And -- and the shooter heard him and shot him

2   after he heard him praying loudly?

3      A.   Right.   Right.

4      Q.   Okay.   So Haley was there seeing that?

5      A.   Yeah, I'm pretty -- I'm pretty sure she did.

6   We were just, you know, on the floor covering our heads,

7   you know.   We heard the shooter.   Didn't see a whole

8   lot.

9      Q.   Was Tara trying to reach for her or talk to her

10  during this second wave?

11     A.   Yeah.   She was just trying to stick her hand

12  under the pew, but they couldn't reach each other from

13  the one pew to the other.   But she was like, you know,

14  crying because her daughter was shot.   She was crying.

15     Q.   Okay.   Can we talk about the third wave of the

16  shooting?

17     A.   Yeah.   That was when Tara was killed.

18     Q.   Okay.

19     A.   He was -- she was yelling and she just -- I

20  guess she couldn't take it anymore.   She was yelling,

21  "Stop.   Stop."   And I guess he -- the shooter heard her

22  and came around and shot her in the head.

23     Q.   Okay.   Are you okay?

24     A.   No, but I guess you keep going.

25     Q.   Okay.   Let me -- let me back up a little bit.

32

1  So, is it fair for me to understand that after the

2  second wave of shooting, the shooter again went outside

3  of the church?

4       A.  To get another weapon, yeah.

5       Q.  So he went out the door again --

6       A.  We stayed on the floor this time.  We didn't

7  try to get back up.

8       Q.  That was going to be my question.  Okay.  Did

9  you know he was back by the shooting --

10      A.  Yeah.

11      Q.  -- starting again?

12      A.  Firing his gun shooting soon as he came in the

13 door, yeah.  And that one was louder than the other one

14 because that's when I took my hearing aid out.

15      Q.  Okay.  Were you still smelling -- were you

16 still smelling the gun powder?  Was the room filling up

17 with more and more smoke this time?

18      A.  Yes.  Yes.

19      Q.  And then you said something -- I want to make

20 sure I understood this correctly.  You said that you

21 were with Tara and you heard her screaming loudly,

22 "Stop.  Stop.  Stop"?

23      A.  Yes.

24      Q.  You said -- were those her final words?

25      A.  Yes.

33

1      Q.   Are you okay?

2      A.   Yeah.

3      Q.   When -- when -- when Tara was yelling, "Stop,"

4  were you -- were you holding -- with her?  Were you

5  touching her?

6      A.   She put her hand out and I was holding her hand

7  and -- and she -- her hand got flat, that she lost --

8  she didn't have a grip anymore.  And I didn't realize it

9  meant that she was dead.  I just figured she let go of

10  me.  And wasn't too long after that I was hit in the

11  leg, the back of the leg; but I didn't move right away.

12  I didn't realize I was hit, you know.  And a second -- a

13  minute, maybe, later I asked myself, "What was that?

14  Did I just get hit?"  And, so, maybe because I didn't

15  move he didn't shoot me again.

16      Q.   How did you know she was gone?  How did you

17  know Tara was gone?

18      A.   Not till after she was gone and the police

19  showed up.  Then I realized she was dead.

20      Q.   Did you talk to her?  Did you try to wake --

21  did you think she was --

22      A.   Yeah, yeah, because once I realized the police

23  were coming in, I tried to shake her.  I thought she

24  passed out.  I was shaking her, trying to wake her up

25  and I told her, "The police are here.  It's okay.  The

34

1   police are here."

2          And then I started feeling around her body

3   and my hand went to her head and I felt the blood and

4   looked at the blood on my hand and I knew she was dead.

5       Q.  So you actually -- you actually touched the

6   head wound, the gunshot wound to her head?

7       A.  Right.

8       Q.  That's when you knew she was gone?

9       A.  Yes.

10      Q.  What did you do?

11      A.  I gave her a kiss on the cheek.

12      Q.  Did you say anything to her?

13      A.  I loved her.

14      Q.  Ms. McKenzie, I know this might seem like a

15  very strange question but can you tell the Court how you

16  were feeling during this whole time, these three waves

17  of shooting?

18      A.  Very scary.  I -- I guess I was in shock

19  because I -- they say you fight or flight and I learned

20  how to fight but I didn't do any of that.  I just stayed

21  very still and hid under the -- under the pew the whole

22  time.  So, I was very rigid and very still most of the

23  time.

24      Q.  Okay.  I want to talk to you now about right

25  after the shooting.  You know, you had mentioned that

1  Lisa, who was, just so the Court understands, orient the

2  Court a little bit, Lisa McNulty is Tara's mother --

3  your sister and Tara's mother; right?

4       A.  Correct.

5       Q.  We saw in -- in the -- that Lisa McNulty

6  actually was in the church very soon after the shooting.

7  Do you remember her coming to the church?

8       A.  I remember sending her a text telling her

9  somebody's shooting at the church, call the police.  And

10  that was during the second wave of shooting that I sent

11  that text.  So, by the time the police arrived, Lisa

12  wasn't too far behind; and she walked in and saw the

13  whole mess.

14       Q.  She was there to see her daughter?

15       A.  Yeah.  As soon as she came in, I waved to her,

16  yelled out her name and she came over and I said, "Look

17  at -- check on J    ."  And then we saw that Haley was

18  -- the police had turned over that pew to reach Haley

19  and drag her out in the middle aisle.

20            And, so, I told her, "I think Haley's gone,

21  you know.  She's not moving.  She's"...

22       Q.  You -- you told Lisa that you thought that her

23  granddaughter Haley was also gone?

24       A.  I told her Tara, her daughter --

25       Q.  Oh, Tara.  Sorry.

McKenzie, Margaret                08-31-2021

36

1      A.   Yeah.   That she was gone.

2      Q.   Was -- Tara, at that time, she was not covered

3  up?

4      A.   No.

5      Q.   Okay.   Did Lisa, did she see her daughter in

6  that condition?

7      A.   She did.   She reached down and checked her

8  pulse.   I'm pretty sure the blood was still warm.   So,

9  the pulse, you wouldn't know if it was -- it wasn't like

10  she was cold but, you know, she was gone.

11      Q.   Did she say anything to Tara that you know?

12      A.   She just saw that we had our stuff on the pew

13  and she grabbed Tara's purse and cell phone, told me to

14  get my stuff and she helped me walk out of the church.

15  I had to grip my cane and she escorted me out to the --

16  out to where her truck was, which is right there in the

17  parking lot.   And at the time we were walking, I started

18  feeling blood running down my leg.   And I told her, "I

19  think I've been shot."   And I pulled down my pant leg;

20  and she said, "Yes, you have.   You've been shot."

21      Q.   Okay.   Okay.   Thank you for taking us through

22  that, and I'm sorry we had to go through that.

23           I want to -- I want to skip ahead now and

24  talk about after the shooting, your recovery and -- and

25  kind of what you've been through since and what you're

McKenzie, Margaret          08-31-2021

37

1   dealing with now, if that's okay.

2             Do you need to take a minute?

3        A.   No.   No.

4        Q.   Are you sure?   Okay.   You mentioned that you

5   got shot in the -- in the leg.   Was it the upper portion

6   of your leg?

7        A.   The upper muscle in the back of my leg, yes.

8        Q.   And my understanding is the bullet went clean

9   through your leg?

10       A.   Yes.

11       Q.   Then you also have some bullet injuries to your

12  wrist?

13       A.   Down my wrist, yeah.

14       Q.   And your ankle?

15       A.   And my ankle, yeah.

16       Q.   If you'd mind telling the Court, which leg were

17  you shot in, do you have the two bullet injuries?

18       A.   It's the left side.   Left side of my leg.

19       Q.   Okay.   Do you still have scarring and

20  disfigurement from those two?

21       A.   Yes.   Yes.

22       Q.   And your wrist, you got shot --

23       A.   Stitches.

24       Q.   -- shrapnel.   You still have some scarring from

25  that --

38

1      A.   Yes.   You don't see it through there, but it's

2  still there.

3      Q.   Okay.   If you don't mind, can you tell us a

4  little bit about how -- if could you tell the Court a

5  little bit about how the -- I know that you -- how the

6  gunshot wounds and the gunshots to your leg, how that

7  has affected you in terms of discomfort and pain and

8  mobility issues since the shooting.

9      A.   It's made my cerebral palsy a lot worse.   I use

10  to get around on a cane.   Now I have a walker; and I use

11  the electric scooter at times, too.   The walker is for

12  places that the scooter cannot fit.   So -- so, I have to

13  -- to assistant -- to assist me in my walking because I

14  get very tired a lot more easily now instead of the way

15  I was before.   I was very energetic.   But now my legs

16  feel tired all the time.

17            And, so, it's a -- you know, after the

18  shooting I was confined to a wheelchair for about two

19  months and then they gave me the walker and then got me

20  approved for a scooter, too.

21      Q.   Okay.   And I want to make sure it's very clear

22  because you told us that you had cerebral palsy.   You

23  were born with it and you've been -- you've -- you were

24  using a walker before the shooting.   Did you say that

25  since the shooting you've had to progress to -- I'm

39

1   sorry.  Let me rephrase that.

2       A.  I was using a cane before the shooting.

3       Q.  Right.

4       A.  Then I got the walker.

5       Q.  Okay.  So, after the shooting you had to use a

6   walker; and then you've now progressed to needing a

7   motorized scooter as well as the walker?  Did I get that

8   correct?

9       A.  Yes.

10      Q.  Okay.  Before the shooting did you -- and I

11  mean regularly.  Did you ever have to regularly use a

12  motorized scooter or a walker to get around and --

13      A.  I have, like, in the building I use, they have

14  elevators.  So, I can use the scooter, get around the

15  building.  There's a dump that's -- what do you call it,

16  the garbage chute.  So, I can use the scooter to carry

17  my garbage down towards the chute and then go back to my

18  apartment.

19              If I have to go somewhere like -- I can use

20  the scooter to the store if I need to get milk.  If

21  there's some place that's not very wide for a scooter, I

22  will take the walker with me.

23      Q.  Before the shooting did you ever use a walker

24  or a scooter regularly to help you get around?

25      A.  No.  I was very good getting around with a

McKenzie, Margaret                08-31-2021

                                                                    40
1  cane.

2       Q.  Okay.

3       A.  I can climb stairs and stuff, you know.

4       Q.  All right.  And do you -- after the shooting do

5  you have to use the walker regularly and the scooter now

6  regularly?

7       A.  Yes.

8       Q.  To perform activities?

9       A.  Yes.

10      Q.  Okay.  Did you use to do -- before the

11  shooting, can you tell the Court a little bit about the

12  types of, you know, physical activities, with your

13  cerebral palsy, that you were able to do, that you

14  enjoyed doing?

15      A.  I took up handicap skiing when I -- before the

16  shooting and --

17      Q.  I'm sorry.  Handicapped --

18      A.  Skiing, downhill skiing, yeah.  I was

19  adventurous.  I even tried sled hockey, because I'm a

20  hockey fan.  And I had done kayaking.  I've done a lot

21  of stuff before the shooting.  I was -- I was -- I

22  wanted to be out and about a lot of the time.  I was

23  traveling and going places trying -- trying different

24  things.  But now, after the shooting, I don't want -- I

25  don't like leaving the house.

McKenzie, Margaret                    08-31-2021

                                                           41

1        Q.   So, before the shooting you would do skiing?

2        A.   I had an active -- yeah.

3        Q.   Hockey?   Did you say sled hockey?

4        A.   Yeah.

5        Q.   Okay.   Kayaking, being outdoors, traveling.

6   Did you do those things regularly before the shooting?

7        A.   I didn't hear that one.

8        Q.   Did you do those types of things, the skiing,

9   the outdoor activity, the kayaking, the hockey, the

10   traveling about, is that something you enjoyed doing

11   regularly before the shooting?

12        A.   Yes.   Yes.

13        Q.   Have you been able to do those things since the

14   shooting?

15        A.   No.

16        Q.   Okay.   Are you physically able to do the things

17   like skiing, the hockey, the kayaking?

18        A.   No.   No.   I mean, if I stretch that leg muscle,

19   it really bothers me.   So, I -- my activities have been

20   limited.   So, just even walking with that walker I get

21   tired out.   So, not wanting to -- and, besides, I don't

22   like getting out, leaving the house that much.   Only if

23   I ran out of cat litter or milk, then I'd get out of the

24   house.   But the rest of the time I'm home.

25        Q.   Okay.   You said that the leg injury, you're

McKenzie, Margaret                    08-31-2021

42

1    talking about the leg injury is from the bullet

2    wounds --

3         A.   Yeah.

4         Q.   -- in the church shooting that's preventing you

5    from doing those things you enjoyed before?

6         A.   Yes.

7         Q.   Is your apartment small?  Is it hard to get

8    around with a walker and a scooter?

9         A.   Yeah.  I tend to lean on things because it's a

10   small apartment.  I just -- the scooter doesn't get

11   around too much inside the apartment.  So, I have to

12   walk; and I lean on furniture, too, you know.  So, it's

13   not like I could balance -- walk around without anything

14   to lean on.

15        Q.   And I want to show you -- I want to share with

16   you and show you Plaintiff's Exhibit 12042.  Can you see

17   the screen?

18        A.   Yep.

19        Q.   I'm going to make this a little smaller.  There

20   you go.  Is what we are looking at right now, is that a

21   picture of your bathroom?

22        A.   Correct.

23        Q.   Okay.  Is that -- that what it looks like

24   today?

25        A.   Still looks like that, yeah.

McKenzie, Margaret                    08-31-2021

43

1      Q.  Okay.  And let me scroll down a bit and show

2  you -- this is still PEX-12042.  Is that your bedroom?

3      A.  It is.

4      Q.  Okay.  All right.  And I want to scroll down a

5  little bit.  Can you tell us -- this is still PEX-12042.

6  What is that we're looking at?

7      A.  That's the kitchen area.

8      Q.  That's the kitchen area.  Okay.  How many

9  square feet is your apartment?

10      A.  How many what?

11      Q.  How many square feet is your apartment, if you

12  know.  How many -- how big is your apartment?  Is it one

13  bedroom?  Two bedroom?

14      A.  Oh, yeah, one bedroom.  One living room.  One

15  bathroom and a small kitchen like you saw.

16      Q.  Okay.

17      A.  I don't know any -- I'm not very good with

18  measurements.  So, I don't know how many feet it is.

19      Q.  That's okay.  That's okay.  We've talked about

20  your -- your physical limitations and your progression

21  to a walker and now a scooter as well to get around as a

22  result of the shooting.  I would like to talk about

23  another element that's affecting you and that's -- I

24  guess the best way to describe it is your mental effect

25  psychologically.

44

1          Have you been -- have you been diagnosed

2    with PTSD, posttraumatic stress disorder, by a

3    healthcare provider?

4          A.   Yes.

5          Q.   Okay.   Who is that -- who is the healthcare

6    provider that diagnosed you with that, if you know?

7          A.   His name is Dr. Lee Nagel.

8          Q.   Dr. Nagel?

9          A.   Yes.   A psychiatrist, yes.

10         Q.   Okay.   That's one of your treating physicians;

11   correct?

12         A.   Yes.

13         Q.   Do you still see Dr. Nagel?

14         A.   I do.   We talk on the phone now because of the

15   virus going on.

16         Q.   Okay.   I want to talk a little bit how that's

17   affected you, how being in this shooting has -- has

18   affected you psychologically.   Can you tell us just

19   generally a little bit about that?

20         A.   It started with visiting his office and --

21         Q.   Let me -- let me interrupt you.   Let me

22   interrupt you real quick.   What I'm asking you is a

23   little more basic.   Can you just tell us how this has

24   psychologically affected you, being in the shooting?

25         A.   I don't want to leave the apartment.

45

1        Q.   Why is that?

2        A.   I thought being in the church would be the

3    safest place in the world, and the church is not safe

4    anymore.  So, I don't think anyplace else is safe,

5    either.  And, so, I hardly get out of my apartment.  I'm

6    feeling anxious even now being outside -- being away

7    from home, you know, being someplace else.  I have --

8    you know, I haven't gone -- like I said, the only time I

9    get out of the house is if I run out of milk or some cat

10   food or something and that's the only time I leave my

11   house is when I do some grocery shopping.  And that's

12   less than a block from me.

13             So, it's -- even -- when I go into

14   buildings like that, I'm always looking around to see if

15   there's another exit door instead of just one main --

16   instead of just one main door, I look for another door

17   every time I walk into a building in case there's a

18   shooter.

19       Q.   You said that you look for exit doors?

20       A.   Yeah.

21       Q.   Do you -- do you look around for ways to hide

22   when you're in public spaces?

23       A.   Yeah.

24       Q.   Okay.  Tell me about -- tell me about that.

25       A.   Just being out in public.  Like when I pulled

1    up to this building, before I got out of my car, I look

2    around and see if there's anybody walking around with a

3    gun.  And -- and then I move very quickly -- try to be

4    quick, you know, to get into the building and then, you

5    know, make my way to the room.

6                 I have -- you know, I just -- I'm always

7    looking around me, see if there's somebody around that

8    wants to do harm to people.

9         Q.  Now, Ms. McKenzie, it's been -- it's been

10   almost four years since this shooting.  These feelings

11   that you're describing of anxiety, these feelings of

12   being scared to be outside, looking for exits, looking

13   for hiding places, scanning the area for people, is that

14   something that you're still doing regularly today?

15        A.  Yes.  Yes.

16        Q.  Has this been consistent, happening to you

17   almost on a daily basis since the day of the shooting?

18        A.  Yeah.  That's -- that's why I stay home most of

19   the time.  I don't hardly ever get out.

20        Q.  Did you used to go out a lot?

21        A.  Oh, yeah, yeah.  Used to do a lot of stuff.

22        Q.  What about noises, do those -- do you have --

23   ever get startled by noises -- unusually startled?

24        A.  I do, yeah.  My building, not too long after

25   the shooting, a few months after that, the building had

47

1   started making renovations and the apartment next to me

2   had -- somebody was using a nail gun and it sounded like

3   the machine gun and it brought back memories.

4               When I hear fireworks, that, too.  I bought

5   headphones to shut out the noise.  Earplugs.  So, I have

6   to...

7       Q.  Do noises that are loud, whether they're noises

8   in a construction site or fireworks, like you just said,

9   or just other common noises like doors slamming, do

10  those -- what happens when you hear those?  Do you -- do

11  you have --

12      A.  Flashback.

13      Q.  What happens to you physically?

14      A.  I -- anxiety, tensing.  My body stiffens up.

15  My mind goes right back to that day at the church, you

16  know, like being -- like a flashback, being right there

17  at that time.

18      Q.  You mentioned flashbacks.  Do you have the

19  flashbacks regularly now?

20      A.  I do.  Mostly -- mostly in my night when I'm

21  dreaming I have nightmares about it.

22      Q.  You said when you hear these noises, too, you

23  also have flashbacks; is that right?

24      A.  Yes.  Right.

25      Q.  And when you say you have flashbacks, can you

48

1    tell the Court what you mean by that.  Are you

2    transported back to the church itself?

3        A.  Yes.

4        Q.  How do you get yourself out of it?

5        A.  It takes a minute to realize that's not where I

6    actually am, that I'm -- I'm right in my apartment, you

7    know.

8        Q.  Do you -- are you still haunted by memories of

9    the shooting?

10       A.  I am.

11       Q.  Is it once a year, twice a month?  How often?

12       A.  Quite often.  Once a week, maybe.

13       Q.  Has it -- I think you mentioned that you're

14   still having flashbacks in your dreams.  Are you still

15   having nightmares about the shooting?

16       A.  I had one last night because I guess talking

17   about this brings it back up.

18       Q.  Have you had them on other occasions --

19       A.  Yes.

20       Q.  -- since the shooting?

21       A.  Well, when they -- I don't watch the news too

22   much because there's always some kind of mass shooting

23   going on on TV.  So, when that happens, it brings back

24   the memories of the shooting at the church, too.

25       Q.  Since the shooting, have you had difficulty

McKenzie, Margaret                08-31-2021

49

1  sleeping consistently?

2      A.  Yes.

3      Q.  Can you tell us about that, too?

4      A.  My physical doctor gave me medication to help

5  me sleep.  Even that doesn't work all the time, either.

6  I still have trouble falling asleep.

7      Q.  Is this a daily problem with sleep?

8      A.  Yes.

9      Q.  Did you have any problems sleeping before the

10 shooting?

11     A.  No.

12     Q.  Have you -- do you have problems with your

13 appetite since the shooting?

14     A.  This doesn't affect my appetite but the

15 sleeping it does.

16     Q.  Okay.  When you have your flashbacks, are you

17 still experiencing the sounds of the gunfire, the smell

18 of the gun powder, you know, the screams that you were

19 hearing?

20     A.  Yes.

21     Q.  Do you ever have multiple flashbacks in a day?

22     A.  Yeah, I have had that, too, yeah.

23     Q.  Okay.  When was your last flashback?

24     A.  It was yesterday when I was -- when I was

25 thinking about what -- how we were going to approach

50

1  today.  And it just -- remembering everything that

2  happened.  Yesterday was her birthday.  So, that brought

3  back memories.

4      Q.  Yesterday was Tara's birthday?

5      A.  Yes.

6      Q.  You just pointed to your -- to your neck --

7  necklace?

8      A.  Oh, yeah, her --

9      Q.  We can't see that.

10     A.  This is Tara.

11     Q.  Is that a picture of Tara on your necklace?

12     A.  (Nodding).  And then on the back it says lost

13  -- we lost you.  And it's 11-5-17.

14     Q.  Okay.  Have you had -- before yesterday -- you

15  had a flashback yesterday.  When was the one -- last

16  time you had one before yesterday?

17     A.  Probably two or three days before that.

18     Q.  Okay.  So you're still experiencing flashbacks

19  fairly regularly since -- as we sit here today?

20     A.  Yep.

21     Q.  How about panic attacks, do you have panic

22  attacks?

23     A.  I do.

24     Q.  What happens to you physically during panic

25  attacks?

McKenzie, Margaret                08-31-2021

51

1      A.  It's a -- just makes me freeze up for a moment,

2  you know, not move at all and I'm looking around to make

3  sure I'm right where I'm -- you know, that I'm right

4  where I'm supposed to be, like at my apartment and not

5  -- I'm not at some place dangerous.  I'm living safely

6  in my apartment.

7      Q.  Does -- do these panic attacks, does your heart

8  rate increase?  Do you sweat?

9      A.  Yeah.  Yes.

10      Q.  When is the last time you had a panic attack?

11      A.  Right around the same time, you know, two or

12  three -- two or three days ago.  When I'm having an

13  anxiety attack, the panics come on, too.

14      Q.  Okay.  We are almost finished.  Then I'll turn

15  you over to Ms. Krieger.

16            A lot of -- sometimes people have other

17  effects from going through tragedies like this.  It's

18  something called survivor's guilt.  First of all, do you

19  know what I mean by that?

20      A.  Yes.

21      Q.  Ms. McKenzie, do -- are you still dealing with

22  survivor's guilt?

23      A.  Yes.

24      Q.  Can you tell the Court what you mean by that?

25      A.  I wished I was the one that was shot and not

52

1    Tara.

2        Q.   Why?

3        A.   Tara is a mom.  She had kids, you know.  I'm --

4    I'm the single person with no kids.  I figured she --

5    she deserved to have a life.  She was younger than me.

6    She needed to live her life, you know.  And I've already

7    spent a lot of living before -- before this happened.

8    And she needed to live on.

9        Q.   Do you blame yourself at all for not saving

10   her?

11       A.   I blame myself for not telling her to be quiet

12   when she was yelling, "Stop.  Stop."  I didn't say

13   anything to her.  I should have covered her like I did

14   with her -- her boy.  And I didn't think to cover her.

15   I thought -- I thought she was going to hide under the

16   pew like I did.  But she was sort of out in the opening

17   on that floor between the pews.

18       Q.   Are you still grappling with that guilt as we

19   sit here right now?

20       A.   Yes.

21       Q.   I don't know if I asked you this about your

22   hearing because I know you had -- you had a hearing

23   impairment due to your cerebral palsy.  But has your

24   hearing worsened since being exposed to the shooting?

25       A.   I had to get a new hearing aid, yeah.

1    Q.  Has it -- is that because your hearing has

2  worsened since the shooting?

3    A.  Yeah, because the sound is -- I don't know.

4  The lady at the hearing aid place said the vibrations, I

5  guess -- I'm not sure how to explain it.  That's how she

6  said it to me.  Vibrations of those bullets and the

7  sound of the bullets made -- probably affected the way I

8  hear because then I ended up having to get a different

9  kind of aid, a new -- a new aid that had different

10  adjustments on it.

11    Q.  Okay.  One thing you mentioned earlier about

12  when you were in the church and how you wanted -- you

13  wished you could have told Tara to be quiet and not

14  yell, "Stop.  Stop.  Stop," which were her last words.

15  You understand that you're not at fault for this; right?

16    A.  I understand that I was the one -- I was there

17  when she had her last breath.  I understand that she had

18  somebody that cared about her next to her when she drew

19  her last breath.  I get that part.

20    Q.  Do you know that you are probably the reason

21  that J    survived?

22    A.  Yes.  Yes.

23      MR. ALSAFFAR:  Thank you, Ms. McKenzie.  I

24  don't have any more questions right now.  I'm going to

25  go ahead and let Ms. Krieger ask you a few questions,

                                                              54

1   and then that should be it.  I may have one or two at

2   the end after her questions, but we should be done.

3              MS. KRIEGER:  If you don't mind, do you

4   mind taking a five -- just a 5-minute break?  We can

5   stretch and use the rest room?

6              MR. ALSAFFAR:  That would be great.  Thank

7   you, Jocelyn.  I appreciate that.

8              MS. KRIEGER:  Sure.  So, go off the record.

9              THE VIDEOGRAPHER:  Going off the record at

10  2:17 p.m.

11             (Break taken from 2:17 to 2:39.)

12             THE VIDEOGRAPHER:  We are back on the

13  record at 2:39 p.m.

14                    EXAMINATION

15     Q.  (By Ms. Krieger)  Okay.  Ms. McKenzie, we -- we

16  met virtually before the deposition started.  But just

17  to be clear, my name is Jocelyn Krieger.  I'm an

18  attorney at the Department of Justice.  I represent the

19  United States.  Can you hear me okay?

20     A.  I can, yes.

21     Q.  Okay.  And I'm sure that Mr. Alsaffar talked to

22  you about the rules of how this was going to work.  I'm

23  just gonna briefly remind you about this.

24             So, you understand that you are under oath;

25  correct?

McKenzie, Margaret                08-31-2021

55

1      A.  Correct.

2      Q.  And this is exactly the same as if you were

3  testifying in court in front of the judge.

4      A.  Right.

5      Q.  Yeah.  Correct?

6      A.  Yes.

7      Q.  So, one of the differences, I guess especially

8  since we're -- it's not really a difference.  I tend to

9  talk a little fast and sometimes -- I'm a lawyer.  We

10  say things differently than other people.  If you ever

11  don't understand a question that I'm asking, can you

12  tell me that; and I will rephrase it?

13      A.  Okay.  Yes.

14      Q.  And then just as a reminder, the court reporter

15  is writing down everything we say.  So, can -- make sure

16  to give verbal responses.

17      A.  Yes.

18      Q.  Is that okay?

19      A.  Yeah.

20      Q.  And at the same time, it's difficult on Zoom

21  but we need to do our best to not talk over each other.

22  Is that okay?

23      A.  Yes.

24      Q.  Okay.  I just want to tell you your --

25  Mr. Alsaffar at some point might object to a question

McKenzie, Margaret                    08-31-2021

                                                                56

1    that I'm asking.  That's something that we are going to

2    work out with the judge later.  So, unless he says to

3    you don't answer a question, you should still answer the

4    question that I've asked.  Is that okay?

5         A.  Yes.

6         Q.  Okay.  And we've been talking -- you were

7    talking with Mr. Alsaffar.  We're are going to be

8    talking about really difficult things, I know.  So, if

9    you need to take a break at any point, just let me know

10   and we can certainly do that.  Is that okay?

11        A.  Okay.

12        Q.  So, I just -- first I want to ask you a little

13   bit about your life before the shooting.  You were born

14   with spastic cerebral palsy; is that right?

15        A.  Correct.

16        Q.  Okay.  And you said that affects -- that has

17   affected your walking?

18        A.  Yes, it has.

19        Q.  And it affects your balance?

20        A.  Yes.

21        Q.  And it also created a hearing impairment; is

22   that right?

23        A.  Correct.

24        Q.  You said you're deaf in one ear, and you only

25   have partial hearing in the other.

1      A.   That's right.

2      Q.   Were you deaf in the one ear before the

3   shooting, just to be clear?

4      A.   Correct.

5      Q.   Okay.   When you were younger, you had 16 tendon

6   release surgeries on your legs?

7      A.   Yes.

8      Q.   And then as you have gotten older, as you got

9   older, you started to need a cane?

10      A.   Yes.

11      Q.   So you didn't always need to use a cane; is

12   that right?

13      A.   That's -- that's right.   Right around my 40s, I

14   believe, I started using a cane.

15      Q.   Okay.   And even before the shooting you had

16   some balance problems; correct?

17      A.   Yeah, a little -- little bit of problem with my

18   balance.

19      Q.   You couldn't -- you had a hard time with

20   stairs?

21      A.   I could manage the stairs.   But, yeah, it took

22   me longer than a normal person.

23      Q.   Right.   And you haven't worked since 2012; is

24   that right?

25      A.   Correct.

McKenzie, Margaret                08-31-2021

58

1     Q.   And you're not currently trying to go back to

2  work; right?

3     A.   Right.

4     Q.   And before the shooting you were receiving

5  Social Security?

6     A.   I still am.

7     Q.   Okay.  And you got that -- so you were

8  receiving that both before the shooting and you still

9  have it now; correct?

10     A.   Correct.  Correct.

11     Q.   And you were also receiving food stamps -- you

12  were on food stamps before the shooting?

13     A.   Yes.

14     Q.   And you're still on food stamps now?

15     A.   Yes.

16     Q.   Okay.  And you still live in the same apartment

17  you lived in before the shooting; is that right?

18     A.   Correct.

19     Q.   And even before the shooting the apartment was

20  designed for someone in a wheelchair; is that correct?

21     A.   It's designed for senior citizens.  It's a

22  senior -- senior citizen -- senior citizen building.

23     Q.   Okay.  So, it had some -- it had some designs

24  in it for people with difficulty moving around?

25     A.   It -- when they did the renovations, they did

McKenzie, Margaret                 08-31-2021

                                                                    59
1   cut a hole in the bathtub so people could walk into the

2   bathtub instead of stepping over on it.  So, they made

3   some adjustments after the renovations.

4       Q.  Okay.  So, the -- after the shooting, they cut

5   a hole in the bathtub; right?

6       A.  Right.

7       Q.  That's what you just said.  But they didn't

8   have to make any other big changes?

9       A.  They're -- they're -- they already had their

10  bath -- the toilet is higher than the average toilet.

11  So, they already had one of those in every apartment.

12      Q.  And you've -- you've lived independently since

13  2013; correct?

14      A.  Correct.

15      Q.  You -- you saw some mental health professionals

16  before the shooting; right?

17      A.  Yeah, a few years before that, yes.

18      Q.  Okay.  And you saw them because you were

19  depressed; is that right?

20      A.  Correct.

21      Q.  And because you had an alcohol addiction?

22      A.  Yes, it was.

23      Q.  And when -- when -- and I'm sorry this is

24  difficult.  But when -- when you were a child, were you

25  sexually abused?

McKenzie, Margaret          08-31-2021

60

1        A.   At two, yes.

2        Q.   And at one point you had a suicide attempt?

3        A.   I did.

4        Q.   And you had counseling for your alcohol

5    addiction in, like, 2011 or 2012?

6        A.   I did, yeah.   I think that's the right amount

7    -- right date, yes.

8        Q.   And you -- you've been taking medication for

9    anxiety for many years; correct?

10        A.   Then it had to be upped -- up to 20 milligrams,

11    yes.

12        Q.   So, before the shooting you were taking -- is

13    it Celexa?

14        A.   Yeah, that's the one.

15        Q.   Okay.   And then after the shooting they -- they

16    increased the dose; is that right?

17        A.   Right.   Correct.

18        Q.   So, then, very briefly, I want to talk about

19    your injuries.   You had three injuries; correct?

20        A.   Correct.

21        Q.   Okay.   So, one was a bullet hit the pew; and

22    then it hit your wrist?

23        A.   That's true.

24        Q.   Is that right?

25        A.   Yes.

McKenzie, Margaret          08-31-2021

61

1      Q.   And then one was a graze on your ankle?

2      A.   Correct.

3      Q.   And then the last one, you had the bullet kind

4  of in the back of your leg; right?

5      A.   Yes.  Yes.

6      Q.   And that -- that bullet went straight through;

7  right?

8      A.   Yeah.  Went in -- it went in one way and out

9  the other, yes.

10      Q.   Okay.  You didn't have any surgery to take out

11  any bullets or fragments?

12      A.   Right.  They said that was an open wound.  It

13  had to be left open for the blood or whatever it is to

14  drain out.

15      Q.   Okay.  So you never had any surgery --

16      A.   No.  No.

17      Q.   -- for after the shooting.  So you -- you spent

18  one night in the hospital after the shooting?

19      A.   Correct.

20      Q.   And then -- the shooting was on Sunday.  And

21  you were able to fly back to New York that Tuesday?

22      A.   Correct.

23      Q.   You did need someone to help you clean -- clean

24  out the wound; right?

25      A.   You did, yes.

McKenzie, Margaret                08-31-2021

62

1    Q.  So, you, when you came back, you saw your --

2  your primary care physician; is that right?

3    A.  Yes.

4    Q.  That's Dr. Tammy Wheeler?

5    A.  Correct.

6    Q.  Okay.  And she set up nursing care to come by

7  your apartment and help you?

8    A.  Yep, she did.

9    Q.  Okay.  So you -- is it right you had a home

10 health aide come help you until about the middle of

11 December, is that right, after the shooting?

12   A.  Sounds about right, yes.

13   Q.  Okay.  Once -- once you could bathe yourself,

14 did you tell them to stop having the home health aide?

15   A.  No.  They said they -- they -- I didn't ask

16 them to leave.  They said they didn't think I needed

17 them.

18   Q.  Okay.  And that was after about a month and a

19 half, two months?

20   A.  Right, because I no longer used the wheelchair.

21 I was able to walk with a walker.

22   Q.  And that's -- you also did physical therapy;

23 right?

24   A.  Right.  They had me practice walking with the

25 walker up and down the hallway.

McKenzie, Margaret                08-31-2021

63

1    Q.  And you -- you actually were able to progress

2    pretty fast, weren't you?

3    A.  I don't know.  I'd never had that wound before;

4    so, I don't know if that was fast or not.

5    Q.  That's -- that's fair.  That was also -- the

6    physical therapy was also about two months?

7    A.  Yes.

8    Q.  Okay.  You haven't asked your doctor about

9    doing additional physical therapy, have you?

10   A.  I didn't think I could afford it, you know,

11   where I'm living.  Aren't those things expensive?

12   Q.  I don't -- I don't know about the expense.  I

13   just -- you haven't asked about it?

14   A.  I didn't know it was still available.  I

15   thought, you know, once they said I was -- that they had

16   to move on to other people, that they didn't think they

17   needed me.

18   Q.  Okay.  After -- after the home health aide

19   left, after the physical therapy was done, you've been

20   able to live independently since the shooting?

21   A.  Yeah.  Yeah.

22   Q.  You -- you haven't had -- needed to have anyone

23   come in and help you?

24   A.  No.  I really don't want people in my

25   apartment.  I'm pretty much to myself anyway.

McKenzie, Margaret          08-31-2021

64

1          Q.  Okay.  And then Dr. Wheeler also connected you

2    with a mental health provider; right?

3          A.  Correct.

4          Q.  And that was at the Saratoga County Mental

5    Health Center?

6          A.  Yes.

7          Q.  Okay.  And you started going there pretty much

8    right after the shooting; right?

9          A.  Correct.

10          Q.  In November?

11          A.  Yes.

12          Q.  And you went to them in -- until April of 2018;

13    is that right?

14          A.  Yes.  Sounds about right.

15          Q.  Okay.  And then you started seeing Dr. Nagel in

16    May of 2018?

17          A.  Yes, I did.  I still see him.

18          Q.  Right.  And originally did you say you saw him

19    at Dunkin' Donuts; is that right?

20          A.  Yeah.  He was trying to get me out of the

21    house.  And, so, that was less -- less than a block from

22    my -- my building.  So, that's how he got me out of the

23    house.

24          Q.  Okay.  And you said you've kept meeting --

25    you're still meeting with Dr. Nagel now?

McKenzie, Margaret          08-31-2021

                                                                65

1        A.   Now we do it by phone.

2        Q.   And that's -- you do that once a month?

3        A.   Yes.

4        Q.   I just want to ask:  Is your health insurance,

5   is that WellCare?

6        A.   It's not -- it used to be.  Now it's Humana.

7        Q.   Okay.  Is -- is -- so, I just want to ask

8   first:  Was WellCare, is that a Medicare plan?

9        A.   They do have one of those, yes.

10       Q.   Were you -- are you on a Medicare -- were you

11  on a Medicare plan?

12       A.   I still have Medicaid, Medicare.

13       Q.   Okay.  You have both Medicaid and Medicare?

14       A.   I do, yes.

15       Q.   You've -- I know we -- I talked for a minute

16  about your alcohol -- that you were addicted to alcohol.

17  And you -- before the shooting, you were going to A.A.

18  meetings?

19       A.   Yes.  I still do.

20       Q.   You still do?

21       A.   I'm nine years sober now.

22       Q.   Before -- before the pandemic, before the

23  virus, but after the shooting, were you able to go --

24  you were able to go to the A.A. meetings in person?

25       A.   I had to get help going to those things.  When

66

1   I had the wheelchair, they had to put the chair in the

2   back -- the trunk or whatever and take me to the

3   meeting.  And then when the wheelchair -- when they

4   tried to get me to start using a walker, I would drive

5   myself to meetings, yes.

6        Q.  So you are able to drive?

7        A.  I am.

8        Q.  Okay.  And I'm sorry.  So, before -- before the

9   virus but after the shooting, you were still going to

10  A.A. meetings in person?

11       A.  Yeah.  And then the virus happened, they

12  started bringing up Zoom.  So, that made it a lot

13  better.

14       Q.  Right.  Right.  Now -- now you're going to the

15  meetings -- you're doing everything by Zoom now; right?

16       A.  I'm still doing Zoom now because it -- you

17  know, my hearing, I -- if I was in the actual meeting, I

18  wouldn't be able to hear the person speaking.  So, with

19  the Zoom, I can see -- read their lips and understand

20  what they're saying.

21       Q.  Okay.  And you have -- you have very good

22  friends from -- from A.A.; correct?

23       A.  Correct.

24       Q.  They've -- they were helping -- when you were

25  injured, they were -- really came through and helped you

1   out; right?

2       A.  They did, yes.

3       Q.  Some of your friends went with you to see your

4   -- your doctors?

5       A.  Yes.  They had to give me rides to the doctors,

6   yeah.

7       Q.  Okay.  And you said they helped you go to the

8   A.A. meetings?

9       A.  Correct.

10      Q.  You mentioned that you enjoy hockey; right?

11      A.  I do.

12      Q.  Your favorite team is the New York Rangers?

13      A.  Yeah.

14      Q.  Your friends arranged for you to go to a New

15  York Rangers' game; right?

16      A.  They did.

17      Q.  And you actually got to meet the players?

18      A.  We had to take a train because it was -- trying

19  to use a walker -- trying to drive down there is too

20  much.  So, we took a train down.

21      Q.  You took a train to Madison Square Garden?

22      A.  Correct.

23      Q.  And you -- you met some of the players; right?

24      A.  Yes.  Yes.

25      Q.  And this -- this was after the shooting?

1      A.   It was -- it was the first time I was able to

2 actually get out of the apartment, you know, to do

3 something -- activity like that, you know.  And it was

4 nerve-racking because, you know, I haven't been out of

5 the apartment for quite a while.  So, that was -- I

6 mean, it was exciting but scary at the same time because

7 I'm out and about, you know.

8      Q.   Sure.  Sure.  You also had to go to Texas in

9 2019; right?

10     A.   Correct.

11     Q.   You -- you were examined by a forensic

12 psychologist?

13     A.   Yeah.  Yes.

14     Q.   Was that Dr. Fortun?

15     A.   I don't remember the name.

16     Q.   Okay.  But you were able to get on the plane

17 and go to Texas?

18     A.   Yeah.

19     Q.   Okay.  Have you seen the life care plan?  Are

20 you -- are you aware that your attorneys have gotten a

21 life care plan for you?

22     A.   I'm not sure.  What do you mean by that?

23     Q.   Where -- did you talk to someone named Dr.

24 Gonzales?

25     A.   No.  I don't know.

McKenzie, Margaret                  08-31-2021

69

1      Q.   Okay.

2      A.   When I was in Texas, there was two doctors that

3   I went to see.  So, I don't know if that's the name of

4   the...

5      Q.   Okay.  You haven't reviewed any -- any document

6   saying what medications or care you might need going

7   forward?

8      A.   Like a follow-up from the hospital, that kind

9   of thing?

10     Q.   So, not from the hospital but from the doctor

11  that you talked to in Texas?

12     A.   They were -- yeah, they would tell you, yeah.

13  They would send you paperwork with that, yes.

14     Q.   You saw paperwork not from the hospital but

15  from the doctor that you saw --

16     A.   Yes.

17     Q.   -- that your attorney hired?  You did?  Okay.

18  Can I just ask:  Are you currently under the care of a

19  neurologist?

20     A.   I don't -- no, no, just a regular physician.

21     Q.   Okay.  Do you have any plans to see a

22  neurologist?

23     A.   If it's -- if she says I need one she would --

24  I would go for one.

25     Q.   If Dr. Wheeler says you need one?

70

1      A.  Yeah.

2      Q.  Okay.  And you -- we mentioned you're not

3  currently undergoing any physical therapy?

4      A.  I -- I tried bringing home exercise equipment

5  but it wore me out.  So, I'm not doing any physical

6  therapy, no.

7      Q.  Okay.  And you're not currently seeing any kind

8  of rehabilitation doctor?

9      A.  No.

10     Q.  Do you -- do you have any problems right now

11  with your neck or with your spine?

12     A.  No.

13     Q.  Are you taking any anti-spasticity medication?

14     A.  That hasn't been prescribed, no.

15     Q.  And you said you're living independently.  You

16  don't get any assistance from any home health aide;

17  correct?

18     A.  Not at this time.

19     Q.  Okay.  I just have to ask you one -- one more

20  thing.  Do you remember at your deposition -- do you

21  remember having your deposition taken?

22     A.  It was awhile ago, yes.

23     Q.  Okay.  Do you remember the attorney, I think it

24  was Mr. Dingivan, he asked you about previous

25  convictions, if you had ever been convicted of a crime.

McKenzie, Margaret                08-31-2021

71

1  Do you remember that?

2      A.  What does that have to do with being shot?

3      Q.  I just need to ask you just a few questions

4  about -- about this.

5              MR. ALSAFFAR:  Objection.  This is the only

6  objection I think we'll have on this.  But I have to

7  object under Federal Rule of Evidence 609.  Can we go

8  off the record for a second?

9              MS. KRIEGER:  Sure.

10              THE VIDEOGRAPHER:  Going off the record at

11  2:59 p.m.

12              (Break taken from 2:59 to 3:04.)

13              THE VIDEOGRAPHER:  And we are back on the

14  record at 3:04 p.m.

15      Q.  Ms. McKenzie, we were talking before the break.

16  Is it -- is it true that you were convicted of

17  shoplifting when you were younger?

18      A.  When I was younger, yes.

19              MR. ALSAFFAR:  Objection, FR 609.  It's an

20  inadmissible conviction, and it was more than 10 years

21  ago.

22      Q.  And, Ms. McKenzie, when -- when were you

23  convicted of shoplifting?

24      A.  It was a long time ago.  I think I was about

25  somewhere in my 20s.

72

1      Q.  Okay.  And how old are you now?

2      A.  I'm 55.

3      Q.  Okay.  And is it true that you were also

4   convicted of breaking and entering?

5      A.  Yes, I was.

6              MR. ALSAFFAR:  Objection under Federal Rule

7   609 -- Federal Rule of Evidence 609.  This is an

8   inadmissible past crime.

9      Q.  I'm sorry, Ms. McKenzie.  I didn't hear your

10  answer.  Is that yes, you were?

11     A.  Yes, I was.

12     Q.  And when was that?

13     A.  It was around the same time period, I think.

14  That -- that decade I was very rebellious, yeah.

15     Q.  Okay.  And you were also convicted of identity

16  theft; is that right?

17     A.  Right.  Same thing.  Same -- about -- same

18  amount of time.

19             MR. ALSAFFAR:  Objection.  Under Rule 609,

20  this is an inadmissible conviction, more than 10 years

21  old.

22     Q.  Okay.  And just to confirm, you said that was

23  also when you were in your 20s, the identity theft

24  conviction?

25     A.  It is, yes.

73

1      Q.   Okay.

2              MS. KRIEGER:   Ms. McKenzie, I don't have

3  any other questions for you.  Thank you very much for

4  your time and for bearing with me on these last few

5  questions.  And I pass the witness.

6              MR. ALSAFFAR:   Thank you, Ms. Krieger.  I

7  just have a question or two.

8                    FURTHER EXAMINATION

9      Q.   (By Mr. Alsaffar)  Ms. McKenzie, can you hear

10  me okay?

11      A.   I can.

12      Q.   Do you remember when Ms. Krieger was just

13  asking you about how you had visited with a Dr. Gonzales

14  that we had you visit with.  He prepared a medical plan

15  for you in the future.  And then you also -- do you

16  remember that conversation?  Sorry.

17      A.   I -- parts of it, yeah.  I remember him telling

18  that my injury would make it -- would get worse as I --

19  as I go along.

20      Q.   Do you also remember that you -- the government

21  hired their own similar doctor that you also were

22  examined by who examined you and also prepared a future

23  medical plan for you as well?  Do you recall meeting a

24  government's doctor about the same issue?

25      A.   Yes.

74

1      Q.  Okay.  And did you know that the government's

2   expert agreed with the expert we had you see, that once

3   you turn 60, that you would benefit and it would be

4   reasonable and necessary for you to have a home health

5   aide -- a home health aide?

6      A.  Correct.

7      Q.  And a home health aide to -- to help you

8   several -- a couple of hours every day for the remainder

9   of your life?

10     A.  Yeah.  And I wasn't aware I could have one at

11  this time in my life.  I just thought it's going to

12  happen later on.

13     Q.  Okay.

14             MR. ALSAFFAR:  All right.  I have no

15  further questions.

16             MS. KRIEGER:  I also have no further

17  questions.  Thank you, Ms. McKenzie for your time.  And

18  I'm sorry for your loss.

19             THE WITNESS:  Thank you.

20             MR. ALSAFFAR:  Ms. McKenzie, you're done.

21             THE VIDEOGRAPHER:  This concludes the

22  deposition -- this concludes the deposition at 3:08 p.m.

23              We are off the record.

24             THE REPORTER:  Are there any further

25  stipulations under Rule 30(b)(5)(C) that need to be put

1  on the record?

2            MR. ALSAFFAR:  Jocelyn, I think the only

3  one that we wanted on the record was the one that we got

4  on earlier.  And, so, I think we're okay.  But I know

5  that was an issue that you wanted to raise.  Is there

6  anything else you wanted to get on the record?

7            MS. KRIEGER:  No, I think we just wanted to

8  make sure that it was clear that we weren't breaking any

9  rules by doing full objections, although there were --

10  there was really only the one said.

11            MR. ALSAFFAR:  Yeah, yeah, no.  And I hope

12  -- and long may that continue, at least for me.  I can

13  only control myself.  I'm trying to do everyone else as

14  well, as best I can.

15            The -- the only other thing, and I think we

16  got this okay, is all the exhibits I used had PEX

17  numbers on it.  Madam court reporter -- I'm sorry.  Go

18  ahead, Jocelyn.  Did you have any that had PEX?  I

19  forgot.

20            MS. KRIEGER:  No.  I actually -- I actually

21  ended up not using any exhibits.  So, I'm sorry that we

22  had to spend all that time emailing.

23            MR. ALSAFFAR:  No, no.  That's fine.

24            MS. KRIEGER:  Ms. McKenzie was able to

25  remember everything I was asking her about.  So, I

McKenzie, Margaret                    08-31-2021

76

1  didn't -- I didn't need to show it to her.

2              MR. ALSAFFAR:  No, don't apologize.  The

3  only other thing I was going to say is, Madam Court

4  Reporter, do you -- we need to email you the exhibits

5  that we used; right?

6              THE REPORTER:  You may send them to Res

7  Ipsa.

8              MR. ALSAFFAR:  Okay.

9              THE VIDEOGRAPHER:  Yeah, I can send them to

10  her.  I have them already, Jamal.

11             MR. ALSAFFAR:  Okay.  Sean -- I mean --

12  Sean.  Robie, I'm -- I know that, same thing with

13  Jocelyn, I marked more than I actually used.  But did

14  you keep track of the ones I actually used?

15             THE VIDEOGRAPHER:  Yes, I did.

16             MR. ALSAFFAR:  Okay.  So, I don't have to

17  do anything, is really what I need to hear.

18             THE VIDEOGRAPHER:  Yeah.  So, that's how

19  you want me to give them to her?  Like, say, PEX-1143,

20  you only used Pages 2 and 4.  So, do you want those to

21  now be 1143 alone or -- or am I just giving the court

22  reporter 1143-02 and 1143-04?

23             MR. ALSAFFAR:  Just the ones I used, 04 and

24  01, that exhibit number, yeah, that series.  That's the

25  best way because that's the only one I showed.

1              THE VIDEOGRAPHER:  Okay.  Cool.  Thanks.  I

2   will give her the ones you used.

3              MR. ALSAFFAR:  That's it, then.

4              Reporter's Note:  According to Federal Rule

5   30(e)(1), the request for review of the deposition by

6   the witness is accomplished "on request by the deponent

7   or a party before the deposition is completed."

8              Since this was not done, signature is

9   considered waived for this transcript. There being

10  nothing further, the deposition is concluded.

11              (THE PROCEEDINGS WERE CONCLUDED)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

McKenzie, Margaret          08-31-2021

78

```
 1                IN THE UNITED STATES DISTRICT COURT FOR
                     THE WESTERN DISTRICT OF TEXAS
 2                     SAN ANTONIO DIVISION

 3     HOLCOMBE, et al,            )
                                   )
 4                                 )
       Plaintiffs                  )
 5                                 )
       vs.                         ) NO. 5:18-CV-00555-XR
 6                                 ) (Consolidated cases)
       UNITED STATES OF AMERICA,   )
 7                                 )
                                   )
 8     Defendant                   )
                                   )
 9                                 )
                                   )
10
```

11                REPORTER'S CERTIFICATION

12             DEPOSITION OF MARGARET MCKENZIE

13                    August 31, 2021

14        I, Wendy Golding, Certified Shorthand Reporter in

15   and for the State of Texas, hereby certify to the

16   following:

17        That the witness, MARGARET MCKENZIE, was duly sworn

18   by the officer and that the transcript of the oral

19   deposition is a true record of the testimony given by

20   the witness;

21        I further certify that, pursuant to FRCP No.

22   30(e)(1), that the signature of the deponent

23   was not requested by the deponent or a party before the

24   completion of the deposition;

25        That the original deposition was delivered to

1   _____;

2       That the amount of time used by each party at the

3   deposition is as follows:

4   Jamal K. Alsaffar.....1 HOUR(S):05 MINUTE(S)

5   Jocelyn Krieger.....00 HOUR(S):26 MINUTE(S)

6       That pursuant to information given to the

7   deposition officer at the time said testimony was taken,

8   the following includes counsel for all parties of

9   record:

10  Counsel for Vidal, McKenzie, Solis, McNulty, and
    Wall:
11      JAMAL K. ALSAFFAR
        Whitehurst, Harkness, Brees, Cheng, Alsaffar &
12      Higginbotham & Jacob PLLC
        7500 Rialto Boulevard
13      Building Two, Suite 250
        Austin, Texas 78735
14      512-476-4346
        jalsaffar@nationaltriallaw.com
15

16  FOR THE DEFENDANT USA:
        JOCELYN KRIEGER
17      U.S. Department of Justice
        175 N. Street, NE
18      Washington, DC 20002
        202-616-1679
19      Jocelyn.krieger@usdoj.gov

20

21      That $_____ is the deposition officer's

22  charges to the Plaintiffs for preparing the original

23  deposition transcript and any copies of exhibits;

24      I further certify that I am neither counsel for,

25  related to, nor employed by any of the parties or

McKenzie, Margaret                    08-31-2021

80

1    attorneys in the action in which this proceeding was

2    taken, and further that I am not financially or

3    otherwise interested in the outcome of the action.

4          Certified to by me this _____ of _____,

5    2021.

6

7

8          _____

           WENDY GOLDING, CSR # 1942
9          Expiration: 2/28/2023
           RES IPSA LITIGATION SUPPORT, LLC
10         CRF-11371
           501 Congress Ave., STE 150
11         Austin, Texas 78701
           (512) 334-6777 PHONE
12         Email: depos@res-ipsa.com

13

14

15

16

17

18

19

20

21

22

23

24

25

**0**

**01** 76:24
**04** 76:23

**1**

**10** 6:22 71:20 72:20
**11-5-17** 50:13
**1143** 19:17 76:21
**1143-02** 76:22
**1143-04** 76:22
**12** 14:24 23:7
**12042** 42:16
**16** 57:5
**1:13** 4:3

**2**

**2** 76:20
**20** 60:10
**2011** 60:5
**2012** 57:23 60:5
**2013** 59:13
**2017** 9:18 16:17
**2018** 64:12,16
**2019** 68:9
**2021** 4:3
**20s** 71:25 72:23
**2:17** 54:10,11
**2:39** 54:11,13
**2:59** 71:11,12

**3**

**30(b)(5)(c)** 74:25
**30(e)(1)** 77:5
**31st** 4:3
**3:04** 71:12,14

**3:08** 74:22

**4**

**4** 76:20
**40s** 57:13
**4th** 9:23

**5**

**5** 16:17
**5-minute** 54:4
**55** 72:2
**5th** 9:18

**6**

**60** 74:3
**609** 71:7,19 72:7,19

**7**

**70** 8:2

**9**

**911** 27:23,24 28:4

**A**

**A.A.** 65:17,24 66:10,22 67:8
**abdominal** 21:12
**ability** 8:8
**abused** 59:25
**accidentally** 11:16
**accomplished** 77:6
**accurate** 24:4
**active** 41:2
**activities** 40:8,12 41:19
**activity** 41:9 68:3
**actual** 4:25 5:15 13:25 66:17
**add** 5:10

**addicted** 65:16
**addiction** 59:21 60:5
**additional** 63:9
**adjustments** 53:10 59:3
**administered** 4:9
**admitted** 16:11
**adventurous** 40:19
**affect** 49:14
**affected** 8:7 38:7 44:17,18,24 53:7
56:17
**affecting** 43:23
**affects** 7:22,23 56:16,19
**afford** 63:10
**afternoon** 5:24
**agreed** 4:6 5:9 74:2
**agreement** 4:20 5:3
**ahead** 5:19 20:21 36:23 53:25
75:18
**aid** 25:23 26:2 32:14 52:25 53:4,9
**aide** 62:10,14 63:18 70:16 74:5,7
**aids** 25:20
**aiming** 21:5
**air** 25:11
**aisle** 16:6 17:1,2,4 20:15 28:25
35:19
**alcohol** 59:21 60:4 65:16
**alive** 30:8
**Alsaffar** 4:13,19 5:2,10,17,24
11:11 53:23 54:6,21 55:25 56:7
71:5,19 72:6,19 73:6,9 74:14,20
75:2,11,23 76:2,8,11,16,23 77:3
**amount** 60:6 72:18
**amplified** 25:22,23
**and/or** 5:6
**animals** 10:16,17
**ankle** 37:14,15 61:1
**announcements** 16:4 18:15
**anti-spasticity** 70:13
**anxiety** 46:11 47:14 51:13 60:9

**anxious** 45:6

**anymore** 31:20 33:8 45:4

**anyplace** 45:4

**apartment** 39:18 42:7,10,11 43:9, 11,12 44:25 45:5 47:1 48:6 51:4,6 58:16,19 59:11 62:7 63:25 68:2,5

**apologize** 8:20 76:2

**appearance** 4:10

**appetite** 49:13,14

**apply** 4:22

**approach** 49:25

**approved** 38:20

**April** 64:12

**area** 6:18 17:23 21:12 24:9,19,21 25:16,17 43:7,8 46:13

**arm** 14:12

**arranged** 67:14

**arrived** 35:11

**asleep** 49:6

**assist** 38:13

**assistance** 70:16

**assistant** 38:13

**assume** 20:7

**attaching** 5:14

**attack** 51:10,13

**attacks** 50:21,22,25 51:7

**attempt** 60:2

**attendance** 4:10

**attorney** 4:12 54:18 69:17 70:23

**attorneys** 4:10 68:20

**audio** 6:10

**August** 4:3

**aunt** 13:8 14:17 15:8

**aunts** 13:10

**average** 59:10

**aware** 11:18 18:18 22:23 68:20 74:10

**awhile** 70:22

## B

**baby** 22:20,22

**back** 5:12 6:19 9:22 11:21 14:14, 17,23 15:12 16:7,8 17:22 27:6 28:1,3,16,22 30:3 31:25 32:7,9 33:11 37:7 39:17 47:3,15 48:2,17, 23 50:3,12 54:12 58:1 61:4,21 62:1 66:2 71:13

**background** 6:24

**balance** 7:23 42:13 56:19 57:16, 18

**bang** 19:13

**Baptist** 9:18

**basic** 44:23

**basis** 4:25 46:17

**Bates** 5:12

**bath** 59:10

**bathe** 62:13

**bathroom** 14:7,14,22 42:21 43:15

**bathtub** 59:1,2,5

**bearing** 73:4

**bedroom** 43:2,13,14

**began** 16:2 18:10 25:8

**begin** 5:18 6:7

**beginning** 4:11

**behalf** 4:15

**belts** 12:25

**benefit** 74:3

**big** 15:10 19:4 43:12 59:8

**birthday** 50:2,4

**bit** 6:24 7:2,20 10:11 11:18 15:24 21:20 31:25 35:2 38:4,5 40:11 43:1,5 44:16,19 56:13 57:17

**blame** 52:9,11

**bleeding** 21:11,22 22:7,14,24

**block** 45:12 64:21

**blood** 21:23 34:3,4 36:8,18 61:13

**body** 21:18 23:11 24:15 34:2 47:14

**booming** 19:4

**born** 7:22 8:5 38:23 56:13

**bosses** 10:22

**bothers** 41:19

**bought** 47:4

**boy** 14:8,16 52:14

**break** 8:21 20:10 21:20 54:4,11 56:9 71:12,15

**breaking** 26:19 72:4 75:8

**breath** 53:17,19

**briefly** 54:23 60:18

**bring** 10:21

**bringing** 14:23 66:12 70:4

**brings** 48:17,23

**brought** 14:14 47:3 50:2

**building** 39:13,15 45:17 46:1,4,24, 25 58:22 64:22

**buildings** 45:14

**bullet** 37:8,11,17 42:1 60:21 61:3,6

**bullets** 21:6,19 26:8,16 53:6,7 61:11

**burst** 18:23

## C

**call** 35:9 39:15

**called** 26:12 51:18

**calling** 22:8

**cane** 8:9 14:11 36:15 38:10 39:2 40:1 57:9,11,14

**car** 46:1

**care** 62:2,6 68:19,21 69:6,18

**cared** 53:18

**carry** 39:16

**case** 5:11 13:18 45:17

**cat** 41:23 45:9

**Celexa** 60:13

**cell** 36:13

**Center** 64:5

McKenzie, Margaret                    08-31-2021                    Index: cerebral..dog

**cerebral** 7:22 8:3 38:9,22 40:13
52:23 56:14

**chair** 66:1

**chatting** 14:19

**check** 35:17

**checked** 36:7

**cheek** 34:11

**child** 23:5 59:24

**children** 7:14 9:25 10:1

**church** 6:25 9:18 11:5,7,24 12:1,4,
6,7,13,18,20 13:1,2,24,25 14:1,3,4,
10,15 15:4,5,25 16:5,9,16,20,24
17:13,19,22 18:1 24:5 27:1 29:22
32:3 35:6,7,9 36:14 42:4 45:2,3
47:15 48:2,24 53:12

**churchgoer** 11:6

**churchgoers** 15:6

**chute** 39:16,17

**citizen** 58:22

**citizens** 58:21

**City** 15:9

**clean** 37:8 61:23

**clear** 6:6 38:21 54:17 57:3 75:8

**climb** 40:3

**close** 7:4,5,6 13:5,7

**closer** 14:3

**cold** 36:10

**common** 47:9

**completed** 77:7

**concluded** 77:10,11

**concludes** 74:21,22

**condition** 36:6

**confined** 38:18

**confirm** 6:3 72:22

**connected** 64:1

**considered** 77:9

**consistent** 46:16

**consistently** 49:1

**construction** 47:8

**continue** 75:12

**control** 75:13

**conversation** 73:16

**convicted** 70:25 71:16,23 72:4,15

**conviction** 71:20 72:20,24

**convictions** 70:25

**Cool** 77:1

**correct** 5:1 7:16 8:13 9:19 16:25
18:2 35:4 39:8 42:22 44:11 54:25
55:1,5 56:15,23 57:4,16,25 58:9,
10,18,20 59:13,14,20 60:9,17,19,
20 61:2,19,22 62:5 64:3,9 66:22,23
67:9,22 68:10 70:17 74:6

**correctly** 32:20

**counseling** 60:4

**County** 64:4

**couple** 6:19 74:8

**court** 6:9 7:17 11:13 15:24 17:12
34:15 35:1,2 37:16 38:4 40:11 48:1
51:24 53:3,14 75:17 76:3,21

**cousins** 13:11

**cover** 22:17,21 23:11 25:4 52:14

**covered** 23:11 36:2 52:13

**covering** 23:12 24:9 31:6

**crawled** 21:14,16

**created** 56:21

**crime** 70:25 72:8

**crying** 22:3,4,7,14 28:6,9 31:14

**customers** 10:23

**cut** 59:1,4

                    **D**

**daily** 46:17 49:7

**dangerous** 51:5

**date** 4:3 60:7

**daughter** 7:6 10:1 22:12,23 30:12,
14 31:14 35:14,24 36:5

**day** 6:25 9:5 11:3,7,8,9 14:22
46:17 47:15 49:21 74:8

**days** 50:17 51:12

**dead** 28:8 33:9,19 34:4

**deaf** 8:1 56:24 57:2

**dealing** 37:1 51:21

**decade** 72:14

**December** 62:11

**Department** 54:18

**deponent** 77:6

**deposition** 4:6,12,21 54:16 70:20,
21 74:22 77:5,7,10

**depressed** 59:19

**describe** 13:7 43:24

**describing** 22:6 46:11

**deserved** 52:5

**designed** 58:20,21

**designs** 58:23

**diagnosed** 44:1,6

**dial** 27:23

**difference** 15:10 55:8

**differences** 55:7

**differently** 55:10

**difficult** 8:22 55:20 56:8 59:24

**difficulty** 48:25 58:24

**Dingivan** 70:24

**dinner** 10:2,3

**direct** 5:18

**directions** 24:24

**disabilities** 7:20

**discomfort** 38:7

**disfigurement** 37:20

**disorder** 44:2

**distant** 13:11

**distortion** 6:10

**doctor** 49:4 63:8 69:10,15 70:8
73:21,24

**doctors** 67:4,5 69:2

**document** 69:5

**dog** 10:17

**Donuts** 64:19

**door** 18:2,3,23,24 19:5,8,18,19 20:4 27:9 32:5,13 45:15,16

**doors** 19:4,14,15 45:19 47:9

**doorway** 21:3

**dose** 60:16

**downhill** 40:18

**drag** 35:19

**drain** 61:14

**dreaming** 47:21

**dreams** 48:14

**drew** 53:18

**drive** 66:4,6 67:19

**driving** 12:21

**dropped** 18:25

**due** 52:23

**duly** 5:22

**dump** 39:15

**Dunkin'** 64:19

---

**E**

**ear** 8:2,10,12 56:24 57:2

**earlier** 25:18 53:11 75:4

**Earplugs** 47:5

**ears** 21:17 23:12 25:4

**easily** 38:14

**easy** 8:19 10:19

**effect** 43:24

**effects** 51:17

**electric** 38:11

**element** 43:23

**elevators** 39:14

**email** 13:13 76:4

**emailing** 75:22

**end** 11:17 54:2

**ended** 20:8 30:17 53:8 75:21

**enemies** 10:15

**energetic** 38:15

**enjoy** 67:10

**enjoyed** 40:14 41:10 42:5

**entered** 15:3,4

**entering** 72:4

**equipment** 70:4

**escorted** 14:13,17 36:15

**escorting** 14:22

**evidence** 4:22 71:7 72:7

**examination** 5:18,23 54:14 73:8

**examined** 68:11 73:22

**exciting** 68:6

**exercise** 70:4

**exhibit** 5:6,7,15 19:17 42:16 76:24

**exhibits** 5:3,15 75:16,21 76:4

**exit** 45:15,19

**exits** 46:12

**expense** 63:12

**expensive** 63:11

**experiencing** 49:17 50:18

**expert** 74:2

**explain** 53:5

**exposed** 29:17 52:24

**extent** 5:5

---

**F**

**face** 14:16

**facing** 18:24

**fair** 23:19 32:1 63:5

**fairly** 50:19

**fall** 20:4

**falling** 49:6

**family** 7:2,3,4 9:24 10:3

**fan** 40:20

**fast** 55:9 63:2,4

**fault** 53:15

**favor** 6:2 10:9

**favorite** 67:12

**Federal** 4:21 71:7 72:6,7 77:4

**feel** 38:16

**feeling** 21:1 34:2,16 36:18 45:6

**feelings** 46:10,11

**feet** 24:15,18,19 43:9,11,18

**fell** 20:25

**felt** 29:14 34:3

**fight** 34:19,20

**figure** 5:14

**figured** 11:6 33:9 52:4

**fill** 25:17

**filling** 25:16 32:16

**final** 32:24

**finally** 20:20 21:18

**fine** 75:23

**finished** 51:14

**fireworks** 47:4,8

**Firing** 32:12

**fit** 12:25 38:12

**flashback** 47:12,16 49:23 50:15

**flashbacks** 47:18,19,23,25 48:14 49:16,21 50:18

**flat** 21:8 33:7

**flight** 34:19

**floor** 18:25 20:8,9,22,23 21:8 23:18 28:22 29:22 30:24 31:6 32:6 52:17

**fly** 61:21

**flying** 21:6 26:9,17

**follow-up** 69:8

**food** 45:10 58:11,12,14

**forensic** 68:11

**forgot** 75:19

**Fortun** 68:14

**forward** 69:7

**FR** 71:19

**fragments** 61:11

**freeze** 51:1

**friendly** 10:13,18 15:6

**friends** 66:22 67:3,14

**front** 16:23 17:21 18:1,2,3 19:19 20:9 21:9,25 22:14 55:3

**full** 75:9

**fun** 12:22

**funny** 13:19

**furniture** 42:12

**future** 73:15,22

---

**G**

**game** 67:15

**garbage** 39:16,17

**Garden** 67:21

**gave** 34:11 38:19 49:4

**generally** 44:19

**get along** 10:19

**GEX** 5:6

**give** 55:16 67:5 76:19 77:2

**giving** 76:21

**glad** 8:23

**Golding** 5:19

**Gonzales** 68:24 73:13

**good** 5:16,24,25 10:8 39:25 43:17 66:21

**government** 73:20

**government's** 73:24 74:1

**grabbed** 27:25 36:13

**grandchildren** 7:7

**granddaughter** 35:23

**grandmother** 12:12

**grappling** 52:18

**graze** 61:1

**great** 10:23 54:6

**grew** 6:18

**grip** 33:8 36:15

**grocery** 45:11

**ground** 20:5,20,23,25 21:21 22:7, 16 26:7 28:1

**growing** 7:5

**guess** 9:23 18:17 26:1 31:20,21,24 34:18 43:24 48:16 53:5 55:7

**guilt** 51:18,22 52:18

**gun** 25:9,12,14 32:12,16 46:3 47:2, 3 49:18

**gunfire** 21:4 49:17

**gunshot** 34:6 38:6

**gunshots** 38:6

**guy** 22:15 30:13,17,20

---

**H**

**Haley** 7:7,14 10:5 12:14,18 14:25 17:2,4,6,24 20:6,7,11,14,19 21:10, 22 22:7,17,19 24:24 29:3 30:24 31:4 35:17,18,23

**Haley's** 35:20

**half** 62:19

**hallway** 62:25

**hand** 31:11 33:6,7 34:3,4

**handicap** 14:2 40:15

**Handicapped** 40:17

**hands** 15:18 21:17

**happen** 74:12

**happened** 21:15 28:10,20 50:2 52:7 66:11

**happening** 46:16

**hard** 42:7 57:19

**harm** 46:8

**haunted** 48:8

**head** 21:7 26:18 31:22 34:3,6

**headphones** 47:5

**heads** 31:6

**health** 59:15 62:10,14 63:18 64:2,5 65:4 70:16 74:4,5,7

**healthcare** 44:3,5

**hear** 6:3 22:12 26:14 28:4 41:7 47:4,10,22 53:8 54:19 66:18 72:9 73:9 76:17

**heard** 15:21 18:20 19:2,7 20:17,24 28:14,18 30:21 31:1,2,7,21 32:21

**hearing** 7:24 8:2,10,11 11:12 21:2 25:19,20,22,23 26:2 28:4 32:14 49:19 52:22,24,25 53:1,4 56:21,25 66:17

**heart** 51:7

**heavy** 19:5,8

**helped** 36:14 66:25 67:7

**helping** 14:16 66:24

**hid** 34:21

**hide** 45:21 52:15

**hiding** 26:19 28:24 29:22 46:13

**higher** 59:10

**hired** 69:17 73:21

**hit** 21:19 33:10,12,14 60:21,22

**hitting** 26:18

**hockey** 40:19,20 41:3,9,17 67:10

**hold** 22:21

**holding** 33:4,6

**hole** 59:1,5

**home** 41:24 45:7 46:18 62:9,14 63:18 70:4,16 74:4,5,7

**hope** 7:18 75:11

**hospital** 61:18 69:8,10,14

**hours** 74:8

**house** 10:2,18 12:3,5 40:25 41:22, 24 45:9,11 64:21,23

**Humana** 65:6

**hunkered** 21:8

---

**I**

**identity** 72:15,23

**impaired** 25:19

**impairment** 52:23 56:21



**Medicaid** 65:12,13

**medical** 73:14,23

**Medicare** 65:8,10,11,12,13

**medication** 49:4 60:8 70:13

**medications** 69:6

**meet** 9:5 67:17

**meeting** 64:24,25 66:3,17 73:23

**meetings** 65:18,24 66:5,10,15 67:8

**memories** 47:3 48:8,24 50:3

**mental** 43:24 59:15 64:2,4

**mentioned** 18:13 19:18 25:18 34:25 37:4 47:18 48:13 53:11 67:10 70:2

**mess** 35:13

**met** 54:16 67:23

**metal** 19:5,8

**middle** 35:19 62:10

**mile** 12:4

**milk** 39:20 41:23 45:9

**milligrams** 60:10

**mind** 7:18 8:15 9:21 13:23 19:1,16 20:25 37:16 38:3 47:15 54:3,4

**minister** 14:19 18:24 20:1

**minute** 8:22 26:25 33:13 37:2 48:5 65:15

**minutes** 13:15

**mobility** 8:8 38:8

**mom** 52:3

**moment** 28:2 51:1

**momma** 22:4,8

**month** 48:11 62:18 65:2

**months** 38:19 46:25 62:19 63:6

**morning** 11:25

**mother** 10:16 12:24 35:2,3

**motorized** 39:7,12

**move** 23:3 30:15 33:11,15 46:3 51:2 63:16

**moved** 6:18 30:15

**moving** 24:18 35:21 58:24

**multiple** 49:21

**muscle** 37:7 41:18

**music** 15:14 28:14

**mute** 11:17

## N

**Nagel** 44:7,8,13 64:15,25

**nail** 47:2

**named** 68:23

**neck** 50:6 70:11

**necklace** 50:7,11

**needed** 22:24 52:6,8 62:16 63:17, 22

**needing** 39:6

**neighbor** 15:18

**nephew** 14:11 23:6,7

**nerve-racking** 68:4

**neurologist** 69:19,22

**news** 48:21

**nice** 10:7

**niece** 7:13 9:5,9,25 10:4,11 11:4 12:2 21:9

**night** 9:22,24 47:20 48:16 61:18

**nightmares** 47:21 48:15

**Nodding** 50:12

**noise** 15:21 18:20,22 19:6,7 21:16 47:5

**noises** 18:19 19:11 46:22,23 47:7, 9,22

**normal** 57:22

**Note** 77:4

**noticed** 21:10 27:21

**November** 9:18,23 16:17 64:10

**number** 5:6 76:24

**numbers** 5:7,15 75:17

**nursing** 62:6

## O

**oath** 4:9 54:24

**object** 55:25 71:7

**objection** 4:7 71:5,6,19 72:6,19

**objections** 4:23,24 75:9

**occasions** 48:18

**occurred** 26:6

**odd** 9:15

**office** 44:20

**officer** 4:8

**older** 7:10 15:1,2 57:8,9

**open** 18:23 61:12,13

**opened** 19:14

**opening** 19:15,18 52:16

**orient** 15:23 17:13 35:1

**originally** 64:18

**outdoor** 41:9

**outdoors** 41:5

**outgoing** 10:13

**owned** 10:16

## P

**p.m.** 4:4 54:10,13 71:11,14 74:22

**Pages** 76:20

**pain** 38:7

**palsy** 7:22 8:3 38:9,22 40:13 52:23 56:14

**pandemic** 65:22

**panic** 50:21,24 51:7,10

**panics** 51:13

**pant** 36:19

**pants** 12:24

**paper** 11:12

**paperwork** 69:13,14

**parking** 36:17

**part** 8:11 14:10 24:11,15 53:19

**partial** 8:11 56:25

**parties** 4:7

**parts** 73:17

**party** 77:7

**pass** 73:5

**passed** 33:24

**past** 21:7 26:9 72:8

**pause** 11:20

**people** 10:14,16,20 14:6,15 27:4,
23 28:5,6,24 29:21 46:8,13 51:16
55:10 58:24 59:1 63:16,24

**percent** 8:2

**perform** 12:7 40:8

**performance** 12:13

**performing** 12:18

**period** 72:13

**perished** 7:11

**person** 10:13,21,25 15:13 21:6
52:4 57:22 65:24 66:10,18

**personal** 7:19

**perspective** 23:23

**pet** 10:18

**pew** 19:24 20:9,21 22:16 28:25
31:12,13 34:21 35:18 36:12 52:16
60:21

**pews** 24:10 26:19,20 29:17 52:17

**PEX** 5:6 75:16,18

**PEX-1143** 16:11 17:16,18 23:16
76:19

**PEX-1177** 24:1 29:6

**PEX-12042** 43:2,5

**phone** 13:14 27:23,25 28:1 36:13
44:14 65:1

**physical** 4:8 40:12 43:20 49:4
62:22 63:6,9,19 70:3,5

**physically** 41:16 47:13 50:24

**physician** 62:2 69:20

**physicians** 44:10

**picked** 9:6

**picture** 16:9,15 17:14 23:15,19
24:4 42:21 50:11

**pieces** 26:20

**place** 10:22 21:5,7 39:21 45:3 51:5
53:4

**places** 38:12 40:23 46:13

**Plaintiff's** 19:17 42:16

**plaintiffs** 4:14

**plaintiffs'** 5:6

**plan** 11:2,3,8,23 65:8,11 68:19,21
73:14,23

**plane** 68:16

**planned** 9:5

**plans** 69:21

**play** 12:14

**players** 67:17,23

**podium** 14:5

**point** 17:23 23:2 24:15 25:25 55:25
56:9 60:2

**pointed** 50:6

**police** 33:18,22,25 34:1 35:9,11,18

**portion** 37:5

**position** 21:14

**posttraumatic** 44:2

**powder** 25:9,12,14 32:16 49:18

**practice** 62:24

**prayers** 30:19

**praying** 30:18,24 31:2

**prepared** 73:14,22

**prescribed** 70:14

**presiding** 4:8

**pretty** 31:5 36:8 63:2,25 64:7

**preventing** 42:4

**previous** 70:24

**primary** 62:2

**problem** 49:7 57:17

**problems** 49:9,12 57:16 70:10

**Procedure** 4:22

**PROCEEDINGS** 77:11

**professionals** 59:15

**progress** 38:25 63:1

**progressed** 39:6

**progression** 43:20

**promise** 11:14

**protect** 22:17,21,22 30:16

**protective** 29:14

**provider** 44:3,6 64:2

**psychiatrist** 44:9

**psychologically** 43:25 44:18,24

**psychologist** 68:12

**PTSD** 44:2

**public** 45:22,25

**pulled** 36:19 45:25

**pulpit** 17:22 18:5,16 20:1 24:6

**pulse** 36:8,9

**purse** 36:13

**put** 8:20 21:17,18 33:6 66:1 74:25

---

**Q**

**question** 32:8 34:15 55:11,25
56:3,4 73:7

**questions** 11:12 53:24,25 54:2
71:3 73:3,5 74:15,17

**quick** 44:22 46:4

**quickly** 10:10 46:3

**quiet** 52:11 53:13

---

**R**

**raise** 75:5

**ran** 41:23

**Rangers** 16:10 67:12

**Rangers'** 67:15

**rate** 51:8

**reach** 31:9,12 35:18

**reached** 36:7

read 66:19

ready 8:16 18:9,10

real 44:22

realize 33:8,12 48:5

realized 33:19,22

reason 53:20

reasonable 74:4

rebellious 72:14

recall 73:23

receiving 58:4,8,11

recognize 16:12 17:19

record 4:2,11 9:16 54:8,9,13 71:8, 10,14 74:23 75:1,3,6

recovery 36:24

regular 69:20

regularly 39:11,24 40:5,6 41:6,11 46:14 47:19 50:19

rehabilitation 70:8

relationship 7:2 10:12 13:4,7,8

release 57:6

remainder 74:8

remember 16:16 22:18 24:14 26:7,8,11 28:4,21 30:5,10 35:7,8 68:15 70:20,21,23 71:1 73:12,16, 17,20 75:25

remembering 50:1

remind 54:23

reminder 55:14

remote 4:5

renovations 47:1 58:25 59:3

repeated 19:12

rephrase 39:1 55:12

reporter 11:13 55:14 74:24 75:17 76:4,6,22

Reporter's 77:4

represent 4:11,14 54:18

request 77:5,6

Res 76:6

rescue 10:17

responses 55:16

rest 11:8,9 20:8 41:24 54:5

result 43:22

review 77:5

reviewed 69:5

rides 67:5

rifle 25:11 26:1

rigid 34:22

Robie 76:12

room 32:16 43:14 46:5 54:5

rows 14:5 16:7,8

Rule 71:7 72:6,7,19 74:25 77:4

rules 4:21 54:22 75:9

run 45:9

running 36:18

rustling 11:12

## S

safe 45:3,4

safely 51:5

safer 28:23

safest 45:3

Saratoga 6:15,16 64:4

Saturday 9:23

saving 52:9

scanning 46:13

scared 46:12

scarring 37:19,24

scary 34:18 68:6

scheduled 9:11,12

scooter 38:11,12,20 39:7,12,14, 16,20,21,24 40:5 42:8,10 43:21

screaming 22:2,3 28:7,9 32:21

screams 49:18

screen 16:13 17:16 24:2 42:17

scroll 43:1,4

Sean 76:11,12

seat 15:4

seated 16:3 18:14

seating 14:6,18

seats 15:12

seconds 27:1

Security 58:5

send 69:13 76:6,9

sending 35:8

senior 58:21,22

sense 20:3

series 76:24

sermon 14:20 15:13,15,20 18:17

set 62:6

sexually 59:25

shake 15:18 33:23

shaking 33:24

share 42:15

shock 34:18

shoot 29:4 33:15

shooter 20:3 27:1 30:3,21 31:1,7, 21 32:2 45:18

shooter's 24:14

shooting 6:25 7:11,21 8:7,16 9:2, 13,16,17,23 16:2 18:10,19 21:4 24:23 25:8,11 26:6,7,22 27:6,7 28:11,15,17,18 29:7 30:8 31:16 32:2,9,12 34:17,25 35:6,9,10 36:24 38:8,18,24,25 39:2,5,10,23 40:4, 11,16,21,24 41:1,6,11,14 42:4 43:22 44:17,24 46:10,17,25 48:9, 15,20,22,24,25 49:10,13 52:24 53:2 56:13 57:3,15 58:4,8,12,17,19 59:4,16 60:12,15 61:17,18,20 62:11 63:20 64:8 65:17,23 66:9 67:25

shoplifting 71:17,23

shopping 12:25 45:11

shot 21:11 22:7,24 23:1 27:16 29:4 30:18 31:1,14,22 36:19,20 37:5,17, 22 51:25 71:2

show 14:8 16:9 17:14 19:17 23:22, 23 42:15,16 43:1 76:1

PEX 00900-00089

**showed** 33:19 76:25

**showing** 29:6

**shrapnel** 37:24

**shut** 47:5

**side** 16:5,6,20,23 17:3,15,22 18:4 19:4 23:16 29:22,25 37:18

**sides** 5:4

**sign** 12:15,16

**signature** 77:8

**similar** 73:21

**singing** 12:15 15:14,16,17 16:3 18:15

**single** 52:4

**sister** 7:4,9,10 9:4,8 10:4 12:11 35:3

**sister's** 10:1,2 12:3,5

**sit** 15:20 50:19 52:19

**site** 47:8

**sitting** 16:5,24 17:1,4,6,8,10,23 19:25 20:11,14 30:23

**size** 17:13 24:5

**skiing** 40:15,18 41:1,8,17

**skip** 36:23

**slamming** 19:5,6,8 47:9

**sled** 40:19 41:3

**sleep** 49:5,7

**sleeping** 49:1,9,15

**small** 23:20,24 42:7,10 43:15

**smaller** 42:19

**smell** 25:9,12,14 49:17

**smelled** 25:7

**smelling** 32:15,16

**smells** 25:6

**smile** 14:15

**smiling** 13:17,20

**smoke** 25:10,11,15 32:17

**sober** 65:21

**Social** 58:5

**solve** 11:17

**somebody's** 35:9

**someplace** 45:7

**sort** 10:20 17:13 52:16

**sound** 19:2 23:12 25:22,23 26:10, 11,14,16 53:3,7

**sounded** 19:8 21:4 47:2

**sounds** 5:16 19:3 26:8 49:17 62:12 64:14

**space** 23:20,24 25:13,15

**spaces** 45:22

**spastic** 56:14

**speaking** 66:18

**spend** 9:5 11:4 75:22

**spent** 9:4 52:7 61:17

**spine** 70:11

**spot** 14:2,18

**spotlight** 18:5 20:13 24:8

**Springs** 6:15,16 9:2,8,12,17 16:16

**square** 43:9,11 67:21

**stairs** 40:3 57:20,21

**stamp** 5:12

**stamps** 58:11,12,14

**standing** 20:1

**start** 6:2,8 11:7 27:12 66:4

**started** 14:19 27:5,6 28:11 34:2 36:17 44:20 47:1 54:16 57:9,14 64:7,15 66:12

**starting** 25:17 27:4 32:11

**startled** 46:23

**state** 4:10,24,25

**States** 4:16 54:19

**stating** 6:8

**stay** 9:4 12:12 13:12 46:18

**stayed** 32:6 34:20

**staying** 12:3

**stepped** 21:3

**stepping** 59:2

**stick** 31:11

**stiffens** 47:14

**stipulated** 4:7

**stipulations** 4:18 74:25

**Stitches** 37:23

**stomach** 21:12

**stood** 20:7,17,19

**stop** 31:21 32:22 33:3 52:12 53:14 62:14

**store** 13:2 39:20

**story** 13:19

**straight** 61:6

**strange** 34:15

**stress** 44:2

**stretch** 41:18 54:5

**strong** 25:12,15

**stuff** 36:12,14 40:3,21 46:21

**suicide** 60:2

**summer** 12:12

**Sunday** 9:6,19 11:2,23,25 61:20

**Sundays** 11:5

**supposed** 51:4

**surgeries** 57:6

**surgery** 61:10,15

**survived** 53:21

**survivor's** 51:18,22

**Sutherland** 9:2,8,12,17 16:16

**swear** 5:20

**swearing** 4:18

**sweat** 51:8

**sworn** 5:22

---

### T

**takes** 48:5

**taking** 4:12 36:21 54:4 60:8,12 70:13

**talk** 6:23,24 8:16,22 9:1 11:24 13:5,13,23 15:23 18:9,10 26:21

31:9,15 33:20 34:24 36:24 43:22
44:14,16 55:9,21 60:18 68:23

**talked** 26:5 43:19 54:21 65:15
69:11

**talking** 9:16 14:6 19:15,18 23:24
29:10 42:1 48:16 56:6,7,8 71:15

**Tammy** 62:4

**Tara** 7:6,7,11,12 9:9 10:4,11,20,23
11:4,23 12:21 13:5,15,18 14:1 15:5
17:2,6,8,24 19:24 20:6 21:9 22:10,
12,15,16,18,23 23:1 27:14 30:8,11
31:9,17 32:21 33:3,17 35:24,25
36:2,11 50:10,11 52:1,3 53:13

**Tara's** 23:4 35:2,3 36:13 50:4

**team** 67:12

**telling** 15:7 18:24 20:25 30:15 35:8
37:16 52:11 73:17

**tend** 42:9 55:8

**tendon** 57:5

**tensing** 47:14

**terms** 38:7

**testified** 5:22

**testifying** 55:3

**testimony** 4:22,24

**Texas** 9:2 16:10 68:8,17 69:2,11

**text** 35:8,11

**theft** 72:16,23

**therapy** 62:22 63:6,9,19 70:3,6

**thing** 19:10 25:1 53:11 69:9 70:20
72:17 75:15 76:3,12

**things** 40:24 41:6,8,13,16 42:5,9
55:10 56:8 63:11 65:25

**thinking** 27:4 49:25

**thought** 18:17 20:19 28:23 33:23
35:22 45:2 52:15 63:15 74:11

**till** 33:18

**time** 4:3,8,9 6:11 8:15 9:22 10:7
12:11,19,20 13:18 15:5,17 23:8
24:21 25:21,25 27:11,16,20 30:4,6,
18 32:6,17 34:16,22,23 35:11 36:2,
17 38:16 40:22 41:24 45:8,10,17
46:19 47:17 49:5 50:16 51:10,11
55:20 57:19 68:1,6 70:18 71:24

72:13,18 73:4 74:11,17 75:22

**times** 6:19 11:19 19:13 38:11

**tired** 38:14,16 41:21

**today** 42:24 46:14 50:1,19

**Today's** 4:3

**toilet** 59:10

**told** 12:24 13:19 14:7 16:4 29:1
33:25 35:20,22,24 36:13,18 38:22
53:13

**top** 21:18

**touch** 13:11,12

**touched** 34:5

**touching** 33:5

**track** 76:14

**tragedies** 51:17

**train** 67:18,20,21

**transcript** 77:9

**transported** 48:2

**traveling** 40:23 41:5,10

**treating** 44:10

**trial** 4:20,22 5:7,15

**trouble** 49:6

**truck** 36:16

**true** 60:23 71:16 72:3

**trunk** 66:2

**Tuesday** 9:3,12 61:21

**turn** 51:14 74:3

**turned** 15:21 21:13 24:11 25:1
29:1 35:18

**TV** 48:23

**types** 40:12 41:8

**U**

**Uh-huh** 17:7

**uncles** 13:10

**undergoing** 70:3

**understand** 17:13 22:5 23:24 32:1
53:15,16,17 54:24 55:11 66:19

**understanding** 37:8

**understands** 35:1

**understood** 32:20

**United** 4:16 54:19

**unloaded** 27:2

**unusual** 25:7

**unusually** 46:23

**upped** 60:10

**upper** 37:5,7

**upstate** 15:9

**V**

**verbal** 55:16

**vibrations** 53:4,6

**video-recorded** 4:5

**virtually** 54:16

**virus** 44:15 65:23 66:9,11

**visit** 9:8 73:14

**visited** 73:13

**visiting** 44:20

**W**

**waive** 4:7

**waived** 77:9

**waiving** 4:23

**wake** 33:20,24

**walk** 8:8 36:14 42:12,13 45:17 59:1
62:21

**walked** 14:1 27:9 35:12

**walker** 38:10,11,19,24 39:4,6,7,12,
22,23 40:5 41:20 42:8 43:21 62:21,
25 66:4 67:19

**walking** 7:23 14:9 24:21 36:17
38:13 41:20 46:2 56:17 62:24

**wall** 28:24,25 29:8,10,20 30:3

**wanted** 10:23 11:5 22:16 29:3
40:22 53:12 75:3,5,6,7

**wanting** 41:21

**warm** 36:8

**watch** 48:21

**watching** 21:22

**wave** 20:3 26:5,6,22,25 28:21 29:7 30:7,11 31:10,15 32:2 35:10

**waved** 35:15

**waves** 34:16

**ways** 45:21

**weapon** 27:2,6 32:4

**week** 9:1,4,9 48:12

**welcoming** 10:24

**Wellcare** 65:5,8

**wheelchair** 38:18 58:20 62:20 66:1,3

**Wheeler** 62:4 64:1 69:25

**whispering** 30:19

**whizzing** 21:7 26:10,11,16

**wide** 39:21

**wished** 51:25 53:13

**wood** 26:19,20

**words** 32:24 53:14

**wore** 70:5

**work** 49:5 54:22 56:2 58:2

**worked** 10:22 57:23

**world** 45:3

**worse** 38:9 73:18

**worsened** 52:24 53:2

**wound** 34:6 61:12,24 63:3

**wounds** 38:6 42:2

**wrist** 37:12,13,22 60:22

**writing** 55:15

---

Y

**y'all** 11:22 12:22 14:21 16:2 27:11

**ya** 15:1

**year** 48:11

**years** 6:22 12:10 15:1,2 46:10 59:17 60:9 65:21 71:20 72:20

**yell** 53:14

**yelled** 19:24 35:16

**yelling** 22:4 27:22 28:3 31:19,20 33:3 52:12

**yesterday** 49:24 50:2,4,14,15,16

**York** 6:15,17 15:8,9 61:21 67:12, 15

**younger** 52:5 57:5 71:17,18

---

Z

**Zoom** 55:20 66:12,15,16,19



08-31-21

PEX 1143

PEX 1143-0002

CONFIDENTIAL

TXRANGERS00066209



PEX 1143-0004

CONFIDENTIAL

TXRANGERS00067012



08-31-21
PEX 1177



06-31-21

PEX 12042



