```
 1              UNITED STATES DISTRICT COURT

 2              WESTERN DISTRICT OF TEXAS

 3                 SAN ANTONIO DIVISION

 4  Kati Wall, Michael Johnson, §
    Individually and as Personal§
 5  Representatives of The       §
    Estate of Dennis Johnson and§
 6  the Estate of Sara Johnson, §
    and Dennis Johnson Jr.,      §
 7  Christopher Johnson, Deanna  §
    Staton, and James Graham     §
 8                               § Civil Action No.
                                 § SA-18-CV-00951
 9                               § Consolidated in
                                 § Civil Action
10  VS.                          § NO. SA-18-CV-00555-XR
    UNITED STATES OF AMERICA     §
11  -------------------------------------------------------
12                    ORAL DEPOSITION OF
13                  DENNIS JOHNSON, JR.
14                    MARCH 2, 2020
15  -------------------------------------------------------
16  APPEARANCES:
17  FOR THE DEFENDANT:
18      BY:  MR. CHRISTOPHER A. BATES
             MS. FAITH LAWRY
19           U.S. DEPARTMENT OF JUSTICE
             Civil Division
20           950 Pennsylvania Avenue, NW, Room 3140
             Washington, DC 90530
21
22  FOR THE PLAINTIFFS:
        BY:  MR. TOM JACOB
23           WHITEHURST HARKNESS BREES CHENG ALSARRAR
             HIGGINBOTHAM & JACOB PLLC
24           7500 Rialto Blvd., Bldg. Two, Suite 250
             Austin, Texas 78735
25
```

GOVERNMENT
EXHIBIT
**279**

2

```
 1                    DENNIS JOHNSON, JR.,
                         The Witness; and
 2
                        ROXANNE BARRY,
 3              Certified Shorthand Reporter in
                and for the State of Texas
 4                      * * * * * *

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

3

```
 1                        I N D E X

 2
                                              PAGE
 3
     Appearances ........................................2
 4   Stipulations .......................................4

 5                    EXAMINATIONS
                                              PAGE
 6
     DENNIS JOHNSON
 7     Examination Q.    (By Mr. Bates) ...................5

 8
                        EXHIBITS
 9
     NO.        DESCRIPTION                   PAGE
10
     1      Deposition Notice ...........................19
11

12                                           PAGE

13   Changes and Signature ...............................93
     Reporter's Certificate ..............................95
14
                        -o-O-o-
15

16

17

18

19

20

21

22

23

24

25
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

4

1           ORAL ANSWERS AND DEPOSITION of the Witness,

2    DENNIS JOHNSON, JR., in answer to questions propounded

3    to him in the above numbered and styled cause, taken by

4    the Defendant before Roxanne Barry, a Certified

5    Shorthand Reporter in and for the State of Texas, at the

6    Jury Room of the Wilson County Courthouse, 1420 Third

7    St., Floresville, Texas 78114, on the 2nd day of March,

8    A.D. 2020, between the hours of 1:09 p.m. and 3:10 p.m.

9    pursuant to due notice.

10           It is stipulated and agreed by and between

11    Counsel and the respective parties hereto that the

12    Deposition of the Witness named in the caption hereto,

13    may be taken at this time and place, pursuant to due

14    notice, and that the said deposition, or any part

15    thereof, when so taken, may be used on the trial of this

16    case the same as if the Witness were present in court

17    testifying in person.

18           It is further stipulated and agreed by and

19    between Counsel and the respective parties hereto that

20    the deposition of the Witness shall be taken pursuant to

21    the Federal Rules of Civil Procedure.

22                  * * * * * *

23

24

25

5

1                    DENNIS JOHNSON, JR.,

2  having been first duly sworn, testified as follows:

3                      EXAMINATION

4  Q.    (BY MR. BATES) Good afternoon, Mr. Johnson.

5      A.   Good afternoon.

6      Q.   My name is Chris Bates and I represent the

7  United States.

8      A.   Okay.

9      Q.   I'm here with Faith Lawry of the U.S.

10 Attorney's Office.  Could you please state your name for

11 the record?

12     A.   Dennis Neal Johnson, Jr.

13     Q.   And do you go by Dennis or Neal?

14     A.   Neal.

15     Q.   What's your date of birth?

16     A.   ████67.

17     Q.   Are you taking any medications today?

18     A.   No.

19     Q.   Is there anything you've taken that could

20 interfere with your understanding of my questions --

21     A.   No.

22     Q.   -- and giving truthful answers?

23     A.   No, there isn't.

24     Q.   Are you a plaintiff in this case?

25     A.   Yes.

6

1       Q.   And are you suing on behalf of yourself?

2       A.   On behalf of the family.

3       Q.   But --

4       A.   So okay, yes.

5       Q.   Individually?

6       A.   Yes.

7       Q.   All right.  Are you suing on behalf of anybody

8   else?

9       A.   No.

10      Q.   You've just been sworn in, so you're testimony

11  today is just as -- as if you were testifying before a

12  judge in federal court today.  Do you understand that?

13      A.   Yes.

14      Q.   I have a series of questions for you.  Some of

15  them may be personal or painful.  It's not my intent to

16  embarrass or to cause you pain.  My only job is to

17  obtain as much information as I can about the lawsuit.

18      A.   All right.

19      Q.   Okay.  Before we begin, I'd like to have just a

20  few agreements with you.  One is that if I ask a

21  question and you don't understand the question, will you

22  let me know and I'll try to break it down and make it a

23  better question?

24      A.   Okay.

25      Q.   Another is that I need you to give a verbal

1   response to each question.

2      A.   Okay.

3      Q.   And the other is that any time you need to take

4   a break, please just let me know.  Some of this may be

5   difficult for you and I want to make sure that we take a

6   break when you need one.

7      A.   Okay.

8      Q.   A few more points before we get started.  When

9   I ask you a question, please respond truthfully and to

10  the best of your ability.  If you don't know the answer,

11  don't guess.  It's okay to just tell me that you don't

12  know the answer if that's the truth.

13     A.   Okay.

14     Q.   Lastly, we need to make sure that we don't talk

15  over each other.

16     A.   Okay.

17     Q.   So please wait until I finish asking a question

18  to answer even if you think you know where I'm going

19  with the question.  And I'll wait for you to answer

20  before speaking, as well.

21     A.   Okay.

22     Q.   So that way the Court Reporter can get down --

23  get your entire answer down.

24          Have you reviewed anything to prepare for

25  your deposition today?

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

```
1      A.   No.

2      Q.   Any medical notes, reports?

3      A.   No.

4      Q.   Investigative reports?

5      A.   No.

6      Q.   Did you bring -- So other than these

7  photographs and this letter that you handed me at the

8  beginning, have you brought any other material with you

9  today?

10     A.   No, sir.

11     Q.   During the investigation into the shooting on

12 November 5th, 2017, did you ever giveyour a written

13 statement to anyone?

14     A.   No, sir.

15     Q.   Did you ever give an oral statement?

16     A.   Now, I want to make sure.  The oral statement

17 to the event of what happened or to an investigator or a

18 sheriff or something?  What do you mean?

19     Q.   So it -- so it would be either.  So let me

20 break it down.  Have you ever given an oral statement

21 to, for instance, a police officer --

22     A.   No.

23     Q.   -- or an investigator?

24     A.   No.

25     Q.   Did you ever give an oral statement to a news
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

9

1   reporter?

2      A.   Yes.

3      Q.   Okay.  And how many statements did you give to

4   news reporters?

5      A.   Same.  Me and my sister has disagreement here.

6   She says I was a part of one of the -- of the statements

7   that we had talked to a news reporter from Dallas.  I

8   don't recall being a part of that.  But the second one

9   that I do recall was when they dedicated the church.

10           And that was -- and it wasn't nothing

11   about the shooting itself.  It was about the dedication

12   of the new church.  And if I was a part of the -- the

13   one newsletter from Dallas, it was about my parents; it

14   wasn't about their -- you know what I mean -- about the

15   death or what caused their death, I should say.  It was

16   about their life is what it was about.

17      Q.   You said that your -- your sister recalls that

18   you gave a statement to the Dallas reporter; is that

19   correct?

20      A.   Well, not statement, that I was a part of it,

21   that the family had got together and was talking to

22   the -- and I don't recall being there but...

23      Q.   And what's your sister's name?

24      A.   Deanna.

25      Q.   And which station does she say it was that you

1  spoke to?

2      A.   It was a newspaper.

3      Q.   Newspaper.  And which newspaper?

4      A.   Dallas.  I don't -- Dallas newspaper.  I don't

5  know which one.

6      Q.   And can you describe what your sister says you

7  said to the newspaper?

8      A.   Oh, just being -- that's what I mean, I don't

9  know.  I don't recall.  I don't want to make up

10  something.  I don't recall being there myself, so I must

11  have not said too much.

12     Q.   With regard to the second statement, you said

13  that one was in regard to the dedication of a church; is

14  that correct?

15     A.   Yes.

16     Q.   Who did you give that statement to?

17     A.   Their name is Sylvia Foster and she works at a

18  San Antonio newspaper.  But she -- she's been covering

19  the church since the tragedy and she's been going

20  through our -- through the whole grief period with us.

21  And it's a reporter that we can trust with the church --

22  you know what I mean -- to where it's not a -- just some

23  random reporter.

24          It was -- She's with the -- not with the

25  church, but she talks to a lot of people in our church

1  as our growth -- with the grief.

2      Q.   When did you give that statement?

3      A.   A year ago.  Don't ask me a date.  I will just

4  say it was around a year ago when the church was being

5  built.

6      Q.   And what did you tell her?

7      A.   Well, the question was -- it wasn't just me.

8  The whole church was there for this dedication.  The

9  members -- family members of the people that were lost.

10 And so, their families were there.  So we went into the

11 new building before they started doing the inside.

12             It was just all the blocks and mortar at

13 the time.  And we wrote a little prayer or message to

14 our loved ones and it's forever entombed into the church

15 walls.  You know what I mean?  And she was just asking

16 on the statement -- she thought it was a beautiful

17 statement and -- and how I was feeling and what did I

18 hope for the church, you know, later on.

19             It was nothing deep.  It was just, I

20 guess, just trying to feel our sympathy and putting

21 something out there.

22     Q.   And what did you say to her?

23     A.   I told her that my father was a back-row

24 Baptist.  He sat in the back row in the corner and

25 that's why I had signed where the back row would be on

```
 1   the wall because that represented where he sat at.  And

 2   it was just "I love you, I miss you" and that kind of

 3   stuff, you know.  It was nothing extravagant or nothing

 4   like that.  It was just -- she happened to come over to

 5   us, I guess, because we was one of the first ones to

 6   finish.

 7       Q.   So am I understanding correctly that you

 8   described what you had written in the note --

 9       A.   Yes.

10       Q.   -- to the reporter?

11       A.   Yes.  And it's in the paper.  Yes, sir.  It's

12   in the paper that -- you know what I mean?  She wrote

13   what we had wrote.  It's in the paper.

14       Q.   Was there anything that you told her that was

15   not included in the paper?

16       A.   No.

17       Q.   And what -- what was being dedicated?

18       A.   The church building itself, that -- the new

19   church that was being built.  And I think it was,

20   like -- it was a one-year type service, memorial-type

21   service -- you know what I mean -- for the families to

22   get together.

23       Q.   And you said you had written something that you

24   put in a brick in the --

25       A.   No, sir.  We just wrote on the cement -- on the
```

1 block walls in, like -- with a marker, you know, a

2 little -- little "I love you, I miss you" note type

3 thing.

4     Q.   And -- and what did you write in that note?

5     A.   Pretty much that "I love you, I miss you, see

6 you on the other side" type thing.

7     Q.   And what you wrote, is it still there at the

8 church?

9     A.   Yes, sir, but you can't see it because the

10 church got built.  You know what I mean?  All the inside

11 of the church and the Sheetrock and all that's over it

12 now.

13     Q.   Okay.

14     A.   That was into, like, the core foundation of the

15 church when they first started building it.

16     Q.   And going back to the first statement that your

17 sister remembers that you don't, when -- when does your

18 sister say that that happened?

19     A.   Closely after when the news reporters were all

20 coming in on all the victim's families and trying to get

21 a scoop or -- you know what I mean -- just trying to

22 make it a story.  A lot of them -- a lot of them wasn't

23 caring about the victims theirself (sic).  It was mainly

24 just trying to get a story for the paper.  But this one

25 lady, she was more sympathetic, more caring about how

1  things were posted.  She was upset how other reporters

2  had reported the situation, how they was just coming in

3  like vultures and trying, you know, to get a story.

4       Q.   And what was her name?

5       A.   I couldn't tell you because I don't recall

6  being there.

7       Q.   And you said this was soon after?

8       A.   Yes.

9       Q.   Like, within a week?

10      A.   I would say not that soon.  I would say months.

11  I would say, like, maybe three or four months.

12      Q.   And other than the two statements that we've

13  just described, have you given any other oral

14  statements --

15      A.   No, no.

16      Q.   -- about the shooting?

17      A.   No.

18      Q.   Any statements about its impact on you?

19      A.   To a newspaper, or to who are you talking

20  about?

21      Q.   To a news reporter such as a newspaper or

22  television?

23      A.   No, sir.

24      Q.   Have you given any other oral statements to an

25  investigator or police officer?

1     A.   No, sir.

2     Q.   Have you ever been interviewed about the

3   shooting or how it impacted you?

4     A.   No, sir.

5     Q.   Do you keep a diary?

6     A.   Hold on.  Let me take that back.  Because I

7   want to be clear.  The lady that -- Ms. Sylvia, when she

8   was asking -- I mean, she was asking, like, that kind of

9   type questions.  But not -- It wasn't like it was a --

10  trying to get facts here for a case or anything like

11  that.

12            It was just common, you know what I mean?

13  It was just like we're talking now type thing, but not

14  -- I can't say that.  But it was more just talking

15  amongst each other.  It wasn't something to print or

16  nothing.  It was -- She cared about how I was feeling,

17  how I was doing.  It wasn't a printable thing.

18    Q.   And what did you tell her in the course of that

19  conversation?

20    A.   That I'm getting stronger as time goes.  But

21  when I had started talking to her, I had started going

22  back to church, so I was healing.  So that -- at that

23  point I told her how I felt at that point, not how I

24  feel now or how I felt when it first happened.

25    Q.   And this was about a year ago?

16

1    A.   Yes.

2    Q.   The conversation with her?  Did you tell her

3  about how the shooting had impacted you?

4    A.   No, we didn't discuss -- She didn't get into

5  that kind of graphics -- you know what I mean -- of the

6  -- of our conversation.

7    Q.   Okay.  Is there anything else from that

8  conversation with Ms. Foster that you recall telling

9  her?

10    A.   It was more like, Tell me about your dad type

11  deal.  You know?  I mean, how -- how -- how him being

12  killed, how -- how are you adjusting, how are things?

13  You know what I mean?  It was like concern-type

14  questions.  Not a -- like I said -- reporting-type

15  questions.  It was just conversation-type questions.

16    Q.   Was she taking notes?

17    A.   No, not at that time.  Now, she was taking

18  notes when we was doing the -- talking about the wall

19  and stuff.  She was taking notes then.

20    Q.   I see.  So there was a portion, I'm

21  understanding, that was on the record?

22    A.   Right.  And off the record-type thing.  Thank

23  you.  That's the word I was looking for.

24    Q.   Do you keep a diary?

25    A.   No, I do not.

17

1    Q.   Do you keep a calendar or notes or any sort

2  of --

3    A.   No, sir.

4    Q.   -- written recording of your daily events?

5    A.   No, sir.

6    Q.   Have you ever written anything down about the

7  shooting anywhere else?

8    A.   No, sir.

9    Q.   Or have you ever written anything down about

10  how it's impacted you?

11    A.   No, sir.

12    Q.   Have you ever written anything about the

13  shooting to another person?

14    A.   No, sir.

15    Q.   Are you on social media?

16    A.   I'm on Facebook, yes.

17    Q.   How often would you say you update Facebook?

18    A.   When I find a funny little meme.

19    Q.   Have you ever written on Facebook about the

20  shooting?

21    A.   I haven't written, but I have posted stories

22  about our church because I have family members in

23  Florida.  And I put it on there so that my family

24  members can see what, say, the San Antonio paper wrote

25  up or this magazine had wrote up.  Stephen Willeford,

1  say, for instance, his interview and stuff like that.

2  That's the kind of stuff I post.

3      Q.   So, like, links to --

4      A.   Yes, of stories that have been posted.

5      Q.   And when you post those links, do you ever add

6  commentary?

7      A.   No.

8      Q.   Do you recall when the last time was that you

9  posted?

10      A.   Probably two weeks ago.  Now, we're just

11  talking posted anything or posted something about the

12  case?

13      Q.   Posting a link or information about this issue.

14      A.   Oh, it's been a while.  It's been a while.  So

15  I would say around a year since I did anything like

16  that.

17      Q.   How soon after the shooting did you begin

18  posting on Facebook?

19      A.   Just as soon as a link would come in.  I mean,

20  that's the only date I can give you.

21      Q.   Have you ever deleted anything from Facebook

22  that you've posted about, any -- any links or

23  information you posted about --

24      A.   The shooting?  No, I haven't deleted nothing.

25      Q.   Have you ever deleted any links or posts about

1  how the shooting has impacted you?

2      A.   No.

3      Q.   Have you read news stories on the internet

4  about the shooting?

5      A.   Yes.

6      Q.   Have you ever commented on any of those

7  stories?

8      A.   No, sir.

9      Q.   Have you ever commented on another person's

10  social media about the shooting or its impact?

11      A.   No, sir.

12             (Exhibit 1  marked.)

13  Q.   (BY MR. BATES) I'm handing you a document.

14      A.   Okay.

15      Q.   It's Government Exhibit 1.  This is a copy of

16  the notice of deposition.  Have you seen this document

17  before?

18      A.   No, sir.

19      Q.   If you turn to Page 3 of the document --

20      A.   (Complies.)

21      Q.   -- you'll see that it contains a list of items

22  that we've asked you to bring.  Have you brought any of

23  those item with you today?

24      A.   Well, I brought the pictures.  That's all I've

25  -- that's all I've brought.  I have -- I have my phone

20

1   here if you want to look at it.  I have nothing to hide.

2   I mean, that's -- if you want to read them.  That would

3   be no.  I have not brought any of that.  No.  But at the

4   same time, how could I have brought this?  I'm just now

5   receiving it.

6       Q.   I understand.  I think I may have asked this

7   earlier, but just to confirm.  Other than the photos,

8   the letter and the envelope, you haven't brought any

9   other documents?

10      A.   That's correct.

11      Q.   Okay.  Just go over a couple of these photos

12  with you.  I'm not going to mark them because I don't

13  want to put a tag on the photos.  I'm handing you a

14  photo.  It's a picture of a older man and a young woman.

15  Do you recognize the people in that photo?

16      A.   Yep.

17      Q.   Can you describe who they are?

18      A.   That's Dennis Neal Johnson, Sr. And Taylor ^

19  Danae Johnson.  That's my oldest -- I mean, my youngest

20  daughter and that's my father.

21      Q.   Thank you.  I'm handing you another photo.

22  This has three people in it, standing.  Can you

23  describe?

24      A.   Yes.  That's Dennis Neal Johnson, Sr., Dennis

25  Neal Johnson, Jr., Taylor Deanee Johnson.  And that was

1   taken at the same time that one was.  That was our last

2   Christmas together.

3       Q.   And who is standing on the right?

4       A.   My right is Dennis Johnson, Sr.

5       Q.   All right.  And on the left is?

6       A.   Is Junior.

7       Q.   I'll show you one more photo.  This is a group

8   of people seated at a dinner table.  Can you identify

9   the people in that photograph for us?

10      A.   Okay.  That's Dennis Neal Johnson, Sr., Dennis

11  Neal Johnson, Jr.  The two little girls were the

12  foreman's daughters.  I do not know their name, but it

13  was the foreman on the farm's daughters.  They were --

14  they was -- they came over for Christmas and had

15  Christmas with us.

16      Q.   So -- so foreman refers not to their name --

17      A.   No.

18      Q.   -- but title?

19      A.   To their father's title.

20      Q.   Okay.

21      A.   Their father was the foreman.

22      Q.   So going left to right on this photo, at the

23  left is?

24      A.   Dennis Neal Johnson, Sr., Dennis Neal Johnson,

25  Jr., and two grown girls now.  They're not little no

1  more.

2     Q.   Okay.  Thank you.  Dennis Johnson, Sr., you

3  mentioned is your father, correct?

4     A.   Uh-huh.

5     Q.   Who is Sara Johnson?

6     A.   My stepmother.

7     Q.   You're Dennis Johnson, Jr., correct?

8     A.   Yes.

9     Q.   Who is Michael Johnson?

10    A.   That's my youngest brother.  He's my half

11 brother.  That's Dennis Johnson, Sr., and Sara Louise

12 Johnson's son together.

13    Q.   Who is Deanna Staton?

14    A.   That is my stepsister.  That's Sara Louise

15 Johnson's daughter.  But my dad adopted her when she was

16 young, so she's my legal, real sister now.

17    Q.   Who is James Graham?

18    A.   That my stepbrother from Sara Louise Johnson.

19    Q.   Who is Kati Wall?

20    A.   That is my niece/sister because my parents

21 adopted her at a young age.

22    Q.   Who are Kati's parents?

23    A.   Legally?

24    Q.   Or her -- Who are Kati's biological parents?

25    A.   Biological parents is Deanna Stratton -- or

1  Staton.  And I'm trying to think of the guy's -- Chris

2  Gray.  That's what it his name was.

3      Q.   Do you know how to spell Gray?

4      A.   G-R-A-Y.

5      Q.   And who is Christopher Johnson?

6      A.   That is my nephew/brother.

7      Q.   And he was also --

8      A.   Also adopted.

9      Q.   By Sara and Dennis?

10     A.   That same as Kati.

11     Q.   Just go through and make sure I'm

12  understanding.

13     A.   Yeah.  It's a mixed pot here.

14     Q.   So Dennis Johnson, Sr., is your father,

15  correct?

16     A.   Yes.

17     Q.   Sara Johnson is your stepmother?

18     A.   Yes.

19     Q.   What is your mother's name?

20     A.   My real mother is Phyllis Sue Johnson.  She

21  died when I was four.  Her maiden name was Phinny,

22  P-H-I-N-N-Y.

23     Q.   How old were you when Dennis and Sara got

24  married?

25     A.   I think five, maybe six.

24

1     Q.   Did you mother have any other children?

2     A.   Yes.  Don't know their names.

3     Q.   Did your mother have any other children with

4  your father?

5     A.   No.

6     Q.   Were those children that she had before she met

7  your father?

8     A.   Yes, in a previous marriage.

9     Q.   Do you know how old your mother was when she

10  died?

11     A.   In her 20s.  She died in '70 -- I want to say

12  '72, '74, around in there.  I was just -- I was little.

13  I don't -- you know what I mean?  It was not a -- I

14  didn't get to go to her funeral or anything, so I didn't

15  even know about her being dead until, like, a couple of

16  years later.  They kept that from me.  I guess because I

17  was so young.

18     Q.   Did Dennis have any other children besides you

19  when he married Sara?

20     A.   No.

21     Q.   You said Michael Johnson is your half brother?

22     A.   Yes.

23     Q.   And I'm sorry -- Can you repeat who his

24  parents?

25     A.   Michael Johnson's?

1    Q.   Yeah.

2    A.   Is Dennis Johnson, Sr., and Sara Louise

3  Johnson.  Sara already had Jimmy and Deanna.  And when

4  they got married they brought me along.  And then they

5  were together they had Michael.

6    Q.   Okay.  And do you know who Jimmy and Deanna's

7  mother (sic) was?

8    A.   Who Jimmy --

9    Q.   I'm sorry.  Who their father was.

10   A.   I know his last name was Graham.  I think was

11  James Graham.

12   Q.   And they have the same father?

13   A.   Yes.

14   Q.   Do you have any relatives, either through blood

15  or marriage, who were in the, in the First Baptist

16  Church of Sutherland Springs on the day of the shooting?

17   A.   Do I have any?  Yes.  I had a father and a

18  stepmother.

19   Q.   Any other relatives?

20   A.   No.

21   Q.   What's your address?

22   A.   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓, La Vernia, Texas, ▓▓▓▓.

23   Q.   And how far is that from here?

24   A.   15 miles.

25   Q.   How long have you lived there?

```
 1        A.    Seven years.

 2        Q.    Does anyone live there with you?

 3        A.    No.

 4        Q.    Do you own or rent?

 5        A.    I rent.

 6        Q.    Where did you live before your current address?

 7        A.    ████████████████     in Floresville, Texas.

 8        Q.    Did anyone live with you at that address?

 9        A.    Yes, Angela Marie Johnson.

10        Q.    And who is Angela?

11        A.    That's my wife.

12        Q.    Are you and Angela still married?

13        A.    We're separated.

14        Q.    And how long have you been separated?

15        A.    About ten years.

16        Q.    Did anyone other than Angela live with you at

17   that prior address?

18        A.    Leah Nicole Johnson -- that's my oldest

19   daughter -- and Taylor Deanee Johnson, my youngest.  And

20   every other weekend Adam Schraad.

21        Q.    Who is Adam Schraad?

22        A.    That was my stepson.

23        Q.    Angela's son?

24        A.    Yes.

25        Q.    Before you and Angela got married?
```

27

1     A.   Right.

2     Q.   Where does Leah live now?

3     A.   In Lubbock.

4     Q.   And how long has she lived there?

5     A.   Time marches fast, so I want to say five, six

6  years, so...

7     Q.   How about Taylor, where does Taylor live?

8     A.   She lives in Austin now.  She left right after

9  high school last year.

10    Q.   And how about Adam, where does -- where does

11  he --

12    A.   In Austin, also.  She lives with him.

13    Q.   Taylor lives with Adam?

14    A.   Yes.

15    Q.   Do they live with Angela?

16    A.   Yeah.  She's there, also.

17    Q.   How old is Leah?

18    A.   27.

19    Q.   And how about Taylor, how old is Taylor?

20    A.   19.

21    Q.   And Adam?

22    A.   I can't remember if he was a little older or

23  --probably 29, 28, 29.

24    Q.   And how old is Angela?

25    A.   53.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

28

1      Q.   When did you and Angela get married?

2      A.   Don't look good.  '93?  Hold on.  Let me check

3   that.  Yeah, about '93.  I think it was '93.

4      Q.   And you said you've been separated about ten

5   years?

6      A.   Yeah.

7      Q.   Had you previously been separated at all before

8   that?

9      A.   No.

10      Q.   How did you and Angela meet?

11      A.   In a bar.

12      Q.   Do you know what Angela does for work?

13      A.   She works in a retail store now.  I don't know

14   the name of it or -- I don't get in her business and she

15   don't get in mine.

16      Q.   When you and Angela were together, was she

17   working?

18      A.   Yes.  She was a dental assistant.

19      Q.   I think that we've gone through your siblings.

20   Do you have any siblings we haven't talked about?

21      A.   Oh, no.  No.

22      Q.   Okay.  Where does Michael Johnson live?

23      A.   At my father's place.  I think it's █████████

24   ███, Floresville, Texas.

25      Q.   And how about Deanna, where does she live?

1     A.   She lives in Florida, Cocoa Beach, Florida.

2 She just moved there.

3     Q.   How long ago did she move there?

4     A.   I don't know.  About around six months ago,

5 around.

6     Q.   And how about James Graham?

7     A.   He lives in Astor, Florida.

8     Q.   So we talked about Leah and Taylor.  Do you

9 have any other children?

10     A.   Not that I know of.

11     Q.   Where did you attend high school?

12     A.   In -- I went all the way up to my -- half my

13 senior year in Pierson Taylor High School -- that's in

14 Pierson, Florida -- and Floresville, the last part of my

15 senior year in Floresville High School.

16     Q.   Was your -- was your family living in Florida

17 prior to --

18     A.   Yes.

19     Q.   Halfway through your senior year?

20     A.   Yes.  We were Floridians.

21     Q.   And where in Florida did you live?

22     A.   In central, central Florida.  The north -- It's

23 northwest -- I mean, northeast Volusia County around the

24 Daytona Beach area.

25     Q.   Do you know why your parents decided to move

1   from Florida to Texas?

2       A.   Yes, work.

3       Q.   Was it your dad's job?

4       A.   Yes.

5       Q.   Okay.  And what -- what job was it that brought

6   him to Texas?

7       A.   Continental Floral Greens.

8       Q.   And was he working for that company in Florida,

9   as well?

10      A.   Not as the main guy.  He was a contractor that

11  would work.  He built the structures that covered the

12  leather leaf fern.  And they had a farm here in Texas

13  that they was gonna try out because of the peanut farm.

14  The sand was like the Florida sand.  And so, we came

15  that summer of '84 and built the structures.  And then

16  the guy offered my dad the superintendent job.

17      Q.   Prior to moving to Texas, had you lived in

18  Florida your whole life?

19      A.   Yes.

20      Q.   Had you lived in Volusia County area your whole

21  life?

22      A.   Yes.

23      Q.   And did you graduate from high school here in

24  Floresville?

25      A.   Yes.

31

```
 1     Q.   Did you attend college?

 2     A.   No.

 3     Q.   Trade school?

 4     A.   Yes, sheet metal union.

 5     Q.   And how long did you attend that trade school

 6 for?

 7     A.   Four years.

 8     Q.   Four years.  And was there a degree that they

 9 granted or certificate at the end of the four year?

10     A.   You just become a certified sheet metal worker.

11 You know what I mean?

12     Q.   And was there a particular name of the school?

13     A.   Local 67.  The union itself does the school.

14     Q.   Are you currently employed?

15     A.   Yes.

16     Q.   What do you do for work?

17     A.   Right now I put in driveways, clear -- clear

18 wooded areas for new homes to go in.  After the new

19 homes are built, we clean up the area.  It's for the new

20 homeowner to move into.

21     Q.   What's your employer's name?

22     A.   Kip Workman, K-I-P, Workman.

23     Q.   And is that an individual?

24     A.   Yes.

25     Q.   And what would you say your job title or job
```

32

1   position is?

2       A.   I don't know, but -- It's just me and him.  I'm

3   the lowest man on the totem pole.  Put it that way.

4       Q.   And that -- that's work here in the local area?

5       A.   Yes.

6       Q.   And is this full-time work?

7       A.   Yes.

8       Q.   How many days a week would you say?

9       A.   Well, if it don't rain, it could be seven, but

10  just say five.

11      Q.   And what's your annual income?

12      A.   Not much.  Give me 24 times 12.

13      Q.   288?

14      A.   Boom.  That's -- there it is, give or take.

15  I'm just rounding off numbers.

16      Q.   And is that per week or --

17      A.   I make -- I make $600 a week, basically, when

18  it's a full week.  Six times 4 is 24 and 24 times 12.

19      Q.   And you mentioned you lay driveway.  What are

20  some of the other things that you do for the job?

21      A.   We -- I do everything.  There's not much thing

22  -- build fence, feed cattle, whatever -- move mobile

23  homes, whatever somebody's got to do.  It's his business

24  and whatever they need done, they call him and you know

25  what I mean, whatever the job is, they help.

33

1      Q.   Just a variety of --

2      A.   A variety.

3      Q.   -- home construction related tasks?

4      A.   That's correct.

5      Q.   Is that your only source of income?

6      A.   Yes.

7      Q.   Does anyone else help to support you

8  financially?

9      A.   No, sir.

10     Q.   How long have you worked for Mr. Workman?

11     A.   Probably six, six to seven years.

12     Q.   And what did you do before working for

13  Mr. Workman?

14     A.   I was sheet metal with the union, but I got

15  tired of getting laid off.

16     Q.   Prior to working for Mr. Workman, had you had

17  any other jobs other than sheet metal since graduating

18  from trade school?

19     A.   No.

20     Q.   And when you say working in sheet metal, what

21  exactly does that entail?

22     A.   Putting in the ducting system for hospital,

23  schools.  Not the residential.  This was all commercial

24  stuff.  Mainly base work and stuff like that.

25     Q.   At the time of the shooting in November 2017,

34

1    were you working for Mr. Workman?

2        A.    Yes.

3        Q.    Did you stop working at all after the shooting?

4        A.    Yes.

5        Q.    For how long would you say you stopped working?

6        A.    There was a two-month stretch there, but I had

7    to eat it.

8        Q.    When you went back to work after those two

9    months, was it full or part-time?

10       A.    It was full.

11       Q.    And have you continued to work full-time since

12   you went back?

13       A.    Yes, sir.  I'm sorry.  I nodded my head.

14       Q.    Thank you.  Do you have any chronic health

15   problems or illnesses?

16       A.    No, sir.

17       Q.    Have you had any major surgeries?

18       A.    Yes, I have had major surgery.  Broke my neck

19   and ripped my face off in a car accident.

20       Q.    And how long ago was that?

21       A.    Oh, I think that was, like, '98.

22       Q.    And how long were you out of commission after

23   that?

24       A.    A year, for sure.

25       Q.    Have you had any other surgeries since that

1  time?

2     A.   No, sir.

3     Q.   Did that accident affect your long-term ability

4  to work?

5     A.   It might have, but I pushed on through it.  You

6  know what I mean?

7     Q.   Are you on any medication?

8     A.   No.

9     Q.   Are you currently seeing any physicians?

10     A.   No.

11     Q.   Do you receive any type of therapy or

12  counseling?

13     A.   I have, but I've progressed on to just the

14  church, other fellow members there that are dealing with

15  the same thing.  But as far as just taking off with a

16  counselor, that was for about eight months I did that.

17     Q.   And do you see any -- Did you have any therapy

18  or counseling before the shooting?

19     A.   No.

20     Q.   How long after the shooting did you begin going

21  to counseling?

22     A.   Probably -- I'm going to say around six months.

23     Q.   And you said you went to counseling for about

24  eight months?

25     A.   Yes.

1    Q.   Where did you go to counseling?

2    A.   It was -- It's a place in La Vernia, but it was

3  -- It started from the shooting.  It -- So it's -- I

4  don't know if the government paid for it or who pays for

5  it, but I was able to go to it.  There's no -- was no

6  fee or nothing.  I just go and talk to a counselor.

7    Q.   So no out-of-pocket?

8    A.   I don't know the name of the place and I don't

9  want to give you the wrong name, but it was something

10  like something Hope or something like that.  I can't --

11  I can't recall the name of the place.

12    Q.   And it wasn't an out-of-pocket expense for you?

13    A.   No, sir.

14    Q.   And do you recall -- So the place was in La

15  Vernia.  Maybe it had Hope in the name.  Do you recall

16  anything else about the place you went for counseling?

17    A.   Well, I know -- okay, this is -- I went to the

18  church because I was in -- destitute.  I had to do --

19  make some kind of -- something had to break free.  It

20  was like a dam.  So I went to the church and I talked to

21  the church secretary.

22            Now, I know these people so, you know what

23  I mean, it wasn't like I was going to strangers asking

24  for help.  So I went to talk to the secretary and she

25  lined me up with the counselor.  And the counselor also

1  goes to that church, but she is a counselor at the same

2  time.

3          When I first started it was a room in the

4  back of the old church that we went to.  But once the --

5  I guess funds, more funds came in, they was able to

6  purchase -- or -- or lease -- I don't want to say

7  purchase -- lease a place for -- you know what I mean?

8          Because was it hard for me to go to the

9  church where it all happened to be counseled, you know.

10  So that's one of the reasons I think they moved it away

11  from the church.

12      Q.   So the counselor was a member of the First

13  Baptist Church of Sutherland Springs?

14      A.   Yes.

15      Q.   And do you know if the counselor was a licensed

16  counselor?

17      A.   Yes, he (sic) is.  He's (sic) licensed.  And I

18  chose her.  I mean, there was -- I could have chose a

19  male or -- I wasn't forced to be with her.  You know

20  what I mean?  I was just with her because I wanted my

21  counseling to be faith based.  You know what I mean?  So

22  I went with her because I knew of the way she -- being a

23  Christian and everything, that it was going to be more

24  faith based.

25      Q.   Did you know her before you began counseling?

38

1      A.   No, I did not.

2      Q.   And what's her name?

3      A.   Her name is Sheri Colbath.  Now it's Colbath.

4  She just married.  She just married David Colbath.

5      Q.   What was it at the time when you were -- when

6  you --

7      A.   Huh-uh, buddy.  Don't get me lying.  I didn't

8  know Shary.

9      Q.   Initially you met with her at the church,

10  correct?

11      A.   Yes.

12      Q.   Later went to --

13      A.   We went to --

14      Q.   -- a different site in La Vernia, correct?

15      A.   Yes.

16      Q.   And you said you met with her for about eight

17  months?

18      A.   Yes.

19      Q.   How -- how often did you meet with her?

20      A.   It was once a week.

21      Q.   And was it just you and her?

22      A.   Yes, it was a one-on-one session.

23      Q.   Did you do any group counseling?

24      A.   No.

25      Q.   Earlier when we were talking about when you

1   started going to her, you said that there was kind of

2   like a dam that you felt you need to break.  Can you

3   elaborate on that a little bit, on those feeling that

4   you had?

5        A.   Yes.  Yes, I can.  Like I told you earlier,

6   that my mother passed away when I was young and I didn't

7   know that she had passed away.  I mean, I got sent -- I

8   was at a baby-sitter's.  And she's the one that dropped

9   me off and never came back.

10              And my -- and I was young and I guess

11  immature, young, and my dad made a decision not to tell

12  me that my mother had died.  So I had grief.  I would

13  say I had grief problems, you know what I mean?  More --

14  it was more like I felt -- I'm trying to think as what

15  that four-year-old would, more like abandonment issues

16  than grief, you know, for my mother.

17              So when my parents passed away, at first

18  it was sort of -- it was -- it was almost like this

19  ain't really happening.  You know what I mean?  This --

20  It was denial that it's even happened and they were one

21  of the victims.  I thought maybe they were in the

22  hospital.  I didn't know that they had passed away.

23              So it still with that -- There was a

24  lingering gap in there of not knowing whether they

25  survived or -- or they were in the hospital.  So you

40

1   bundle up your emotions right then.  You don't get to

2   instantly -- you know what I mean -- grieve for the

3   loss.  And I don't know how much of this to tell you.

4             Some of this is my personal own demons of

5   dealing with -- self-medicating to deal with problems.

6   I put on a facade that everything was fine and -- and

7   the responsibility of being Dennis Neal Johnson, Jr., to

8   console others and -- and to put that face on.

9             Well-- And I just kept working, just

10  worked.  Instead of dealing with anything, I would just

11  work till finally I just hit a wall and -- and I could

12  not continue like this without getting some kind of help

13  because depression was setting in.

14             And I was isolating myself from everyone,

15  my family, my friends, everybody.  And so, that's when I

16  -- I'm still raising my daughter at the time ^^ -- you

17  know what I mean -- Taylor.  I'm still -- I'm still

18  raising her so I have to be a functioning adult to

19  provide for her, but -- and try to keep -- and I don't

20  know why, but keep a facade that -- that it don't

21  hurt -- you know what I mean -- that everything is going

22  to be fine.

23             And I had to realize that I had to quit

24  trying to be tough.  You know what I mean?  And so, I

25  was contemplating suicide, but then I didn't want to

1 bail out on her or my other girls.  I had a lot of anger

2 and I had no way to deal with it.

3             And self-medicating wasn't helping

4 anymore, so I just made a choice to go to the church and

5 see what they could do for me.

6     Q.   When you say self-medicating, what do you mean

7 by that?

8     A.   Yeah, it means what you think it means.  Okay?

9 It means that.

10     Q.   Alcohol?

11     A.   Alcohol, whatever took my -- took it off my

12 mind.

13     Q.   Prior to the shooting, had you ever experienced

14 feelings of depression?

15     A.   Probably.  Yes, I mean, but not unto the --

16 where I totally isolated myself and closed myself off

17 type.  It just added another brick to the wall, you

18 know.  And I just felt closed in.  And that's why I had

19 to -- like I said, a dam had to break and I just burst

20 through it to go get help.

21     Q.   And you said that Taylor was living with you at

22 this time?

23     A.   Yes.

24     Q.   When did Taylor move out?

25     A.   She moved out last -- She graduated last year

1    and that's when she moved out.

2        Q.   Okay.  So she was still in high school at that

3    time?

4        A.   Yes.

5        Q.   And so, you met with Shary?

6        A.   Yes.

7        Q.   For about eight months once a week.  Did you

8    see any other counselors other than Shary?

9        A.   Yes.  Well, I did say, counselors.  I'm going

10   to say the church.  I -- I -- At first I didn't want to

11   go to the church because it brought back too much

12   memories, the fear of somebody coming in and shooting

13   again.

14              I couldn't -- I didn't like the doors

15   closed.  And -- But I started in slowly.  I didn't just

16   jump in with both feet.  I would just -- I would go on

17   Thursday nights.  They have Thursday night Bible study,

18   so I started off by doing that.

19              And then the love of the people of the

20   church, because they understood where I was coming from,

21   the acceptance -- not pity, but acceptance of -- it was

22   all right to be sad.  That's why I quit going to

23   counseling and I turned my life over to God, just became

24   an active member of our church.

25       Q.   Had you attended actively prior to shooting?

1   A.   I looked towards the cross and look away, look

2   towards the cross and look away.  It was the type of

3   thing where my dad was constantly giving me Go to

4   church, son.  All these things going to keep happening

5   as long as you turn away from God.

6           And the man was nothing but wisdom, so I

7   would start going when I'd hit bottom -- you know what I

8   mean -- get laid off.  How we going to pay the bills,

9   they're fixing to come take vehicles or whatever, then

10  I'd turn back the Christ.

11          And then once everything started rolling

12  and going again, I'd -- I got it from here, God, thank

13  you.  You know, that type of deal.  So I was raised -- I

14  was raised in church.  I guess I was about -- I want to

15  say I was probably around 10 or 11 when I accepted

16  Christ, but I was young then and I was -- we was -- when

17  my dad and Sara became Christians, they became

18  Christians on the same day.

19  Q.   And when was that?

20  A.   Okay.  '77, somewhere around there, '76.  If I

21  was born in '67, I'm -- I'm just giving you a round, but

22  these are just round -- I don't know exact dates.  And

23  so, we went to church every time the door -- my dad

24  about-faced his life.

25          He was an alcoholic and -- and a guy name

44

1   Mr. Ashcraft, a deacon at the church where we was

2   growing up, he lived -- he had to drive past our house

3   to go to his.  And that man would stop and knock on the

4   door every Thursday and invite us to church.

5          And I still remember Daddy said, Let's

6   just go on down there because the man ain't going to

7   quit until we go in there.  My dad started going church

8   and he accepted Christ and we became a church family.

9   Every time them doors opened, we was in church.

10          I was raised in the youth, RA's went to

11  the camp.  And we was raised to -- we was raised right.

12  And just me turning away from the cross is just, I

13  guess, the teenage rebellion or of being in church and

14  being told no, no, no all the time.

15          And as soon as you're a teenager and you

16  get out there on your own -- raising a pig on concrete

17  and the first time he gets out of the pen and he gets in

18  that mud, he gets it all over him.  So that's pretty

19  much what happened to me.

20     Q.   So if I'm understanding correctly, prior to the

21  shooting you kind of went off and on to church?

22     A.   Off and on, yes.

23     Q.   And at what point after the shooting did you

24  start attending church?

25     A.   Probably about a year.  It was around that

45

1   time.  It was around in that time.  I was just starting

2   to go back when -- when we did the writing on the wall

3   stuff.  I had probably been going there a month or two,

4   you know, something like that.

5        Q.   Have you attended regularly since that time?

6        A.   Since then, yes.  I attend regularly.

7        Q.   Were you a member of the First Baptist Church

8   before the shooting?

9        A.   I'm not a member.  I'm still not a member

10  because I don't believe membership is what it's -- the

11  church membership what it's about.  Because -- I don't

12  know.  I'm a Christian.  I'm not a -- I don't -- I'm not

13  into the religion part of things.

14            I'm more into Christ himself.  So I don't

15  -- so I don't want to say -- I'm probably a member of

16  the Pierson First Baptist Church when I was a little kid

17  and you get saved.  I'm probably still on their rolls as

18  a member.

19       Q.   In Florida?

20       A.   Yeah.  But the membership part is not a big

21  deal to me.

22       Q.   Have you ever met Devin Kelley?

23       A.   Had I met him?  No.  I never even knew the guy

24  existed.

25       Q.   Did you know Danielle Kelley?

1     A.   I had seen her as a little girl on some of my

2  turns to the cross and turn-aways when I would go to

3  church with Dad.  I remember her as a little girl.  But

4  she didn't have boyfriends.  She was still sitting with

5  Mama and stuff with her little brother in church.

6     Q.   Did you know her at all after she was no

7  longer a little girl?

8     A.   No, no.  Because, like, I would turn back --

9  get it -- and take over from God's -- and that's when

10  she, I guess, grew up and lived her life.  Because when

11  I say I turn away from the cross, it wasn't like I was

12  gone and I missed a couple of Sundays.  No, I would go

13  stretches, you know, couple of years.

14     Q.   Had you ever heard any discussion about

15  Danielle and her relationship with Devin or --

16     A.   Have I heard their -- since?

17     Q.   Prior to the shooting.

18     A.   No.

19     Q.   What have you heard since?

20     A.   Just her story.  I've seen her story on the

21  news interview.

22     Q.   Have you talked with her at all since?

23     A.   No.  I've seen her and I've wanted to -- to

24  tell her I don't hold it against her because she was

25  abused.  She was a victim, also.  She just wasn't

1  killed.  That's the only thing.  But she was just as

2  much of a victim.

3      Q.   Do you know Michelle Fields?

4      A.   Yes.

5      Q.   How do you know her?

6      A.   I know her from church.  Also, she's a bank

7  teller at Wells Fargo.

8      Q.   How often did you see her before the shooting?

9      A.   Just when I would see her around town.  It was

10  occasional, you know, sightings.

11      Q.   At the bank?

12      A.   Yeah, at the bank and stuff like that.

13      Q.   Did you ever see her at church?

14      A.   Yes.

15      Q.   Did you ever see who she would attend church

16  with?

17      A.   Her husband, I guess, Ben Fields.  And then he

18  wore a back brace.  I just -- That's how I remember

19  them, focusing out on, because he had that back brace

20  all the time on.

21      Q.   Did you see or interact with any other folks at

22  church?

23      A.   Everybody.  You know what I mean?  Like when

24  you -- everybody hugs and shakes hands and hello, how

25  you dos, that type of thing.

48

1      Q.   Do you know if she regularly attended church?

2      A.   I -- I don't, I can't speak for that.  I don't

3   know.

4      Q.   Do you know of any issues between Michelle and

5   Danielle?

6      A.   None.

7      Q.   Do you know of any issues between Michelle and

8   Devin Kelley?

9      A.   No.

10     Q.   Okay.  Do you know or did you know Lulu White?

11     A.   Yes, Ms. Lulu, I knew her.  She was a

12   sweetheart.

13     Q.   How do you -- how do you know her?

14     A.   She was the church secretary.  And she was just

15   a very loving lady.  You know what I mean?  She makes

16   you love her.  You didn't have a choice.

17     Q.   Did you know her at all outside of church?

18     A.   No.  Didn't know the lady from nobody.

19     Q.   But -- but you interacted with her at church?

20     A.   She'd make you.  You're going to hug her.  You

21   ain't got a choice.

22     Q.   Do you know who she would attend church with?

23     A.   She lives -- I know besides Michelle.  They

24   live side-by-side.  I think the property was probably

25   split up because where Ms. Lou lived and then her

1  daughter has a house right beside them.  And the reason

2  I know that is because I put a driveway in there on

3  their property.

4      Q.   Do you know if she regularly attended church?

5      A.   Ms. Lou?  Oh, yes.

6      Q.   And did you know of any issues between her and

7  Michelle?

8      A.   No.  I don't.  I had never noticed.  I didn't

9  get in that part of their life.  I don't -- you know

10 what I mean?  I don't know what their personal life was

11 like.  I just know the church life.  And the church life

12 was loving.

13     Q.   You didn't know her outside of church?

14     A.   No.

15     Q.   Prior to the shooting, when you would attend

16 the First Baptist Church, what kind of services did you

17 attend?

18     A.   The morning service.

19     Q.   Okay.  Morning service.  Did you ever go to,

20 like, Sunday School or --

21     A.   Occasion -- on Thursday nights, the Bible study

22 and -- but I'd always start off with the Thursday nights

23 because of the free meal.  And that's how they get you

24 in there.  Well, that's how they get me in there.

25     Q.   They're smart.  Did you have a -- any position

50

1 at the church prior to the shooting?

2    A.   No, I would just -- My dad would -- we would --

3 have talks with me.  And I would say, Okay, I'm going to

4 start going back.  And that's how it would -- you know

5 what I mean?  That's how it would go.

6    Q.   Do you have any position at the church today?

7    A.   I sing in the choir.  I play an instrument.

8    Q.   What instrument do you play?

9    A.   The harmonica.

10    Q.   Prior to the shooting, were you a member of any

11 support groups at the church?

12    A.   No.

13    Q.   After the shooting did you participate in

14 support groups at the church?

15    A.   There would be, like, little meeting -- like,

16 town hall-type meeting -- support where all the -- where

17 it wasn't -- and the made sure it wasn't from the

18 church.  They'd kind of make it a community thing where

19 people could be informed on what happened.

20           And there was some people that wants to

21 know the gory details of it and -- you know what I mean?

22 That type of -- and how different people are dealing

23 with what happened since then, not only the families of

24 the victims but the people who responded and walked into

25 that horror that they walked into.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

```
 1                   I mean, that church was maybe double wide
 2     of this and double length.  So it's a small closed-in
 3     area.  And it's not tall like this.  And this place is
 4     packed with human beings praising the Lord, singing.
 5     And a guy just starts unloading (tat-a-tat).
 6                   And these people are in a small community.
 7     That's the part for the government I want y'all to
 8     realize.  This is a community so everybody one way or
 9     another knows everybody or kin to somebody or married to
10     somebody's somebody.
11                   And these responders are running in here
12     and pulling bodies -- you know what I mean -- trying
13     help the ones that can be helped.  And -- but they're
14     seeing their friends, they're seeing loved ones, you
15     know, right beside them.  And the responders, I mean, my
16     gosh, man, the -- the love and respect I have for them
17     to be able to do their job, to go in there in the --
18     during this massacre and still do their job.
19                   Not -- and it's not just adults.  These
20     are children.  There's babies in there, you know, little
21     kids.  And for the -- for that guy, for the -- whatever
22     hatred he had or what evil was in him to be able to
23     muster up, as a man, as a human being, I cannot
24     understand that kind of hate.
25                   I don't have no -- to kill people that
```

52

1   have nothing to do with nothing of your anger or

2   whatever you're mad at and can just see a child and

3   (sound).  And there's nowhere to hide.  There's nowhere.

4   There's no pew to get under.  There's no bookcase to get

5   behind.  You're just in it.

6       Q.   These meetings that were held after the

7   shooting, that you attended, where were they held?

8       A.   At the community center.  And that was what the

9   conversations were about, that kind of thing where this

10  person would tell this story and this person and --

11  would break it down because this is what they saw and

12  how sorry they are for the victims' families.  It was a

13  big cry fest.  I mean, it was horrible.  I sort of wish

14  I didn't go.  It was worse than helping.

15      Q.   How soon after the shooting did these meetings

16  start?

17      A.   I really don't -- I don't know.  Three months?

18  You know what I mean?  Six -- One of them was around a

19  year later and stuff.  You know what I mean?  It's just

20  different times.  I don't know who even put it together.

21           Our pastor was there, also, but he wasn't

22  going there as a pastor for us.  He is also a victim of

23  family -- you know what I mean?  His daughter was

24  killed, so -- and every -- that's his congregation.  So

25  it was a community thing and I don't know if it was like

53

1 a -- I don't want to say Red Cross, but a function like

2 that, something the -- that the State brings in so that

3 the people -- because there was a mediator.

4          And I -- But I don't remember who he

5 represented.  Maybe he was part of that counseling group

6 that I went to -- you know what I mean -- as a mediator

7 so people could discuss things.

8     Q.   And would it be the same mediator each time?

9     A.   No, what -- because there was different faces.

10 You know what I mean?  I mean, there was a man that

11 would do it and there was a lady that was there, so --

12 But I don't know if they were from the same group or

13 association?

14     Q.   Do you recall any of their names?

15     A.   No, sir, I didn't.

16     Q.   And how many -- How often did these meetings

17 occur?

18     A.   Just -- It was spontaneous.  It was sparingly.

19 I would say -- I can't give you how far it was because

20 some I didn't go to, some I did.  So I -- you know, I

21 might have missed some.  I don't know if there was some

22 earlier because, like I told you, when it was earlier

23 going on, I withdrawed (sic).  So when I was starting to

24 get more out there is when I would start attending these

25 group meetings.

```
 1      Q.   And about how many meetings would you say you
 2 went to?
 3      A.   Two.  I've only been to two.
 4      Q.   Do you know when the most recent one was?
 5      A.   Around a -- around a year ago.  Not -- I'd say
 6 yeah, around a year ago.
 7      Q.   Did you attend that one?
 8      A.   Yes.
 9      Q.   And you said they were at a local community
10 center?
11      A.   Yes, sir.
12      Q.   Where is that community center?
13      A.   It's adjacent of the church, right there in --
14 on the back streets of Sutherland Springs.
15      Q.   And how large would these meetings be?
16      A.   I don't know.  30 people.  Some of them
17 probably was more.  Maybe after you go to the first one
18 and you hear the horror stories, a lot of people
19 probably don't want to go to no more of them, you know.
20      Q.   Who were some of the people that you recall
21 seeing at these meetings?
22      A.   A lot of these people were -- some were church
23 members that went.  But there's -- there's families,
24 there's extended families and stuff that were showing
25 up.  And, you know what I mean, I don't know who they
```

 1  are or, you know's.

 2              A lot of them are wanting some information

 3  on what's going on and stuff like that.  So I didn't

 4  know everybody.  I just recognized the ones that I knew

 5  from the church.

 6      Q.   Are there any in particular that you recall?

 7      A.   On what's that, sir?

 8      Q.   That attend the meetings.

 9      A.   Well, Pastor Frank was there with his wife,

10  Julie Workman, Kip Workman was there.  My sister Kati

11  went to one.  There was some guys that were in the EMS

12  that was there.  I don't know their names or stuff like

13  that.  And I recognized them.  There's some of the

14  people that was there, like I said, were extended

15  family, so I don't know.  You know what I mean?  A lot

16  of it, it was -- was -- the ones I recognized were

17  people that was from the church.

18      Q.   You made reference earlier comparing the size

19  of the church to the size of this room.  Just for the

20  record, how -- how large would you estimate this room

21  is?

22      A.   I don't know.  40 by -- 40 x 30.

23      Q.   Thank you.

24      A.   Maybe even smaller.

25      Q.   Turning to the day of shooting itself, were you

56

1    present at the church during the shooting?

2         A.   No.

3         Q.   How did you learn about the shooting?

4         A.   I got a phone call from a secretary that is

5    from La Vernia Pump that Kip had called her, I guess, to

6    tell them to call me to let me know about the shooting

7    because I was in bed.  And she told me that I need to

8    get up to the church; there had been an active shooter

9    and if my parents go to that church they could possibly

10   be a part of it.

11        Q.   What did you do after you received that phone

12   call?

13        A.   Got my clothes on and went up to there to the

14   community building because that's as close as you could

15   get.

16        Q.   And what did you see when you got there?

17        A.   Chaos, a lot of -- just a lot of people all

18   around, a lot of cops' cars, a lot of blocking off

19   roads, a lot of family members, people of the community.

20   They don't even have to be -- you know what I mean?

21   Didn't have actual family members that died and stuff.

22             But still in the community everybody was

23   there.  A lot of reporters.  A lot of helicopters going

24   over.  A lot of sheriffs, the main sheriffs and, you

25   know, and the DPS and governor and stuff like that.  I

1  don't know -- you know, I say governor.

2           Hold on.  I can't remember if the governor

3  made it on that evening.  I know somebody from the

4  capitol, state capitol came down, some -- you know what

5  I mean?  Some -- some big -- some bigger wigs came down

6  for --

7      Q.   Do you recall about how long after the shooting

8  it was that you got to the community center?

9      A.   I guess within 15, 20 minutes.

10     Q.   What happened next?

11     A.   It was a waiting game.  It was just a big

12 waiting game and praying, everybody getting together and

13 praying and clinging on to each other for information

14 about loved ones.  Was it yours, was it mine, or did you

15 hear about this?  And then there'd be rumors and people

16 -- you know what I mean -- false stories and stuff like

17 that.  And it just a wait game.  You just sat and wait.

18     Q.   How long did you wait there at the community

19 center?

20     A.   All day.  I didn't go home till around 1:00,

21 2:00 o'clock that right.

22     Q.   Did you go anyplace else that day between the

23 community center and going home?

24     A.   Yes.  They took us -- The family -- The people

25 that were family members that were missing that they

58

1   don't have -- they didn't give no information on who was

2   alive, who was dead.  And we went to the church on 539

3   further down the street.

4               And then that's when the state troopers

5   and stuff were there for the grief counseling.  And they

6   would -- We sat in the church.  And this is a horrible

7   feeling to find out if your family is dead or alive.

8   We're all sitting in the pews waiting on -- to be -- our

9   names called.

10               And then you had to do the walk of shame,

11  walk down this aisle.  And you go into this room and

12  then they get the information and then all the people

13  can barely walk coming back.  And you're waiting your

14  turn to -- you're waiting your turn for your name.  It

15  was pretty tough.

16      Q.   How far is the community center from the

17  church?

18      A.   I don't know, five miles at the most.  It's not

19  real far.  Wait a minute.  From the church that we went

20  to or to the church where the shooting happened?

21      Q.   So I'm talking about on the day of the shooting

22  you couldn't get to the church itself because it was

23  blocked off.  You said you waited in a community center?

24      A.   Yes, sir.

25      Q.   And how far was that?

59

1    A.   A couple of blocks.  It was -- It's just a

2  couple of blocks away.

3    Q.   And the church they took you to after that,

4  that was a different church?

5    A.   Yes, sir.

6    Q.   Okay.

7    A.   I think it's called -- I want to say Lakeview

8  Church or something, Oak View Church, something like

9  that.

10    Q.   And do you recall about what time it was that

11  they took you to this other church?

12    A.   Yes, sir.  It was -- it was late.  I want to --

13  I want to say, like, 11:00, 10:00, 11:00 maybe.

14    Q.   And prior to being taken to that other church,

15  you were -- you had just been waiting at that community

16  center?

17    A.   Yes, sir.

18    Q.   And how long were you at the other church?

19    A.   Probably a couple of hours because they had

20  already been set up.  They already knew who was all what

21  and so, it was just them getting all set up, getting

22  parking, getting all the families from over the

23  community center to that church.

24         And once they had all gotten settled in

25  and everybody was sitting in the pews, that's when they

1  would start calling family-by-family.  So, some families

2  were bigger than other families, so it would take longer

3  and...

4      Q.   And after families had been notified, would

5  they return to the pews or would they leave the church?

6      A.   Some of them would return.  Some would -- not

7  just leave; they would go on wailing.  Everybody's

8  wailing.  You know what I mean?  There's nothing but

9  grief and misery.  Some would come back into the church

10 and hug other family members that are waiting because

11 everybody is waiting together.

12             And now that they got their information, I

13 guess, you know, I mean, they feel sorry for the other

14 family and they want to go and console them.

15     Q.   Do you recall how long you were waiting in the

16 church before you were notified?

17     A.   No, sir.  I don't know the exact.  Hour,

18 hour-and-a-half, something like that.

19     Q.   And after you were notified, did you go home at

20 that point or did you go someplace else?

21     A.   No, I went home after.  After we all did our

22 grieving -- I say grieving -- we did our little initial

23 crying and hugging.

24     Q.   Did you go to the hospital at any point?

25     A.   No.

```
 1      Q.   Did you go to the police station at any point?

 2      A.   No.

 3      Q.   Let's talk a little bit now about -- about

 4   Dennis and Sara.  And, again, if -- if you would like to

 5   take a break at any time, please just let me know.

 6      A.   Okay.

 7      Q.   When was Dennis born?

 8      A.   ████████████████40.

 9      Q.   And do you know where he was born?

10      A.   ████████, Illinois.

11      Q.   And did you live with him your entire

12   childhood?

13      A.   Not my -- I think there was a couple of years I

14   lived with -- I don't know how long; I was young.  I

15   lived with my Uncle Freddie while my dad was grieving my

16   mother's death, and I stayed with my uncle for awhile.

17      Q.   And where did your -- Where were your aunt and

18   uncle living when you stayed with them?

19      A.   In Crescent City, Florida.

20      Q.   And you were about four or five years old at

21   this time?

22      A.   Yeah.

23      Q.   And -- and you said you lived with them for a

24   couple of years?

25      A.   I doubt it was years.  It was probably -- you
```

62

1  know, I don't know.  I'll just say a year.  And it could

2  have been six months or it could have been two months in

3  four-year-old time.

4      Q.   And after that period of time you returned to

5  living with your father again?

6      A.   Yes.

7      Q.   What were some things that Dennis liked to do?

8      A.   What did he like to do?  He liked to woodwork,

9  watch TV.  My dad was -- When we was growing up, my dad

10  was a worker.  He would -- We didn't go out and play

11  ball and play catch like everybody else.  Our bonding

12  time was working together.

13           So my dad wasn't into sports or nothing

14  like that, just westerns and watching TV and -- and

15  doing jobs around the house, you know what I mean, doing

16  the honey-do list.  And as he got older is when he

17  started more into the woodwork, craft work and stuff.

18      Q.   What did he do for work, for his employment?

19      A.   He built greenhouse structures.  He'd been a

20  catfisher and then he was the superintendent over there

21  in Continental.  And my dad lost -- lost a job being a

22  superintendent at the Continental place because they --

23  the company wanted him to lie about a chemical that they

24  used on the trees and my dad would not go along with the

25  lie because of his integrity.

1             But my dad, when he worked for this

2   company, they put him up in a house, they provided his

3   vehicle, they provided his health insurance, his salary,

4   his vacation and all that.  And he would not -- he would

5   not lie for them, so he lost all of that.

6             So then he had to go get a regular job

7   just like everybody else.  Get up at 7:00 in the morning

8   to go punch a time clock until whenever.  And he's 50

9   years -- 50-something years old having to start all over

10  again.  And that's when he started working at a metal

11  fabrication shop.

12            I don't know the name of it, but it's on

13  Rigsby there.  But that tells you something about that

14  man right there, that he was willing to give up all that

15  for -- for what's right and what's wrong.

16      Q.   Did he work at the metal fabrication shop until

17  he retired?

18      A.   No, I -- I don't think so.  I think he got too

19  -- it got too much on him.  I -- Yeah, I know he retired

20  because he was in the Navy Reserve, the Army Reserve,

21  National Guard.  That's what he retired on.

22      Q.   Do you recall what other jobs he held between

23  the metal fabrication shop and retiring?

24      A.   I want to say a security guard for the -- for

25  the police academy in San Antonio.  I think he -- but I

1   -- it was -- I don't know what company it was, but I do

2   know he became -- like, that was easier on him in his

3   later years -- you know what I mean -- being a security

4   guard.

5       Q.   The Continental job, was that the job that he

6   moved to Floresville for?

7       A.   Yes.

8       Q.   Okay.  So you mentioned that Dennis liked to

9   woodwork, he liked to watch TV.  When he would do his

10  woodworking, would you do that with him, as well?  You

11  liked it, too?

12      A.   Yes, yes.

13      Q.   How about watching TV, did you like to do that?

14      A.   Yeah.  We did all -- I mean, that's -- the

15  working around the yard, mowing, doing landscaping with

16  him around his yard, his honey-do list.  He became

17  supervisor and -- you know what I mean?  I wouldn't

18  measure it like that, I'd do it this way or that way.

19          And that was -- that was my rub on the

20  head.  You know what I mean?  That was my -- I guess my

21  hug or -- I mean, because until my dad got older into

22  his late 60s and 70s, there was -- wasn't a lot of "I

23  love you's."

24          Yeah, I mean, it didn't -- it just wasn't

25  the way he was raised.  You know what I mean?  He was

1  raised in a different type of environment.  But as he

2  got older, the more the "I love you's" and stuff come

3  out, you know.

4      Q.   How -- how far did you live from Dennis?

5      A.   I lived on one end of -- I don't know, about 15

6  minutes.

7      Q.   Okay.  And how often would you say that you saw

8  him?

9      A.   At least once every two weeks.  Sometimes it

10  was almost every day just according to what we're doing

11  at the time and -- or whether or not I'm going to

12  church, I'm on the church wagon.  You know what I mean?

13      Q.   Did you talk to him often on the phone or just

14  --

15      A.   Mainly visits.  And We would talk and Daddy

16  would stop by and -- and talk with me.  My Dad, nothing

17  but advice.  You know what I mean?  There wasn't a lot

18  of chit chat and jokes.  I mean, when my dad came over

19  -- and like right now with me being my weight, he'd be

20  eating me alive.

21      Q.   Did Dennis have any illnesses or medical

22  conditions?

23      A.   Well, I believe he -- I know he had high blood

24  pressure and things just of old.  You know what I mean?

25  Older guy stuff.  I don't know -- They was talking about

66

1    the very beginnings of dementia but it hadn't -- where

2    you could tell that he had dementia.

3              Just little things.  I mean, he would get

4    aggravated because he couldn't think of one word or

5    something like that.  You know what I mean?  That kind

6    of thing.  It hadn't set in to where it was -- thank God

7    -- full blown, you know.

8        Q.   Do you know how long he'd had high blood

9    pressure?

10       A.   Ain't no telling, buddy.  I don't -- My dad

11   didn't discuss that kind of stuff.

12       Q.   Do you know if he was taking any medications?

13       A.   Probably.  Yeah, I'm sure for the high blood

14   pressure and stuff.  I mean, whatever.  He'd go to the

15   chiropractor and he would go to the doctors.

16       Q.   Do you know which doctors?

17       A.   I don't know their name.

18       Q.   Do you know if he ever had any surgeries?

19       A.   I want to say a hernia, but that was when he

20   was younger.  I know he hurt his back one time when we

21   was younger.  Surgery-wise, if it is, it's little -- it

22   was little things.  I don't -- nothing major.

23       Q.   Did he smoke?

24       A.   No.  Well, he used to until he found the Lord.

25       Q.   So he stopped a long --

67

1      A.   Cold turkey.  The man was -- that's it.

2      Q.   Okay.  Like, 30 years ago?  How long ago --

3      A.   I couldn't -- I'd be giving you a --

4      Q.   Did Dennis provide you with any financial

5  support while he was living?

6      A.   Yeah, but not a lot.  He'd get me out of a bind

7  because that's how my daddy was.  My daddy was, I'll

8  help you out of this, but you got -- you know what I

9  mean?  My dad was a handshake kind of guy.  I'm going to

10  do this for you, you know what I mean, because I love

11  you, son, but we ain't got a lot of money ourselves.

12  But he would help the way he could help.

13      Q.   And how often would you say that would happen?

14      A.   For me -- thank God -- not a lot.

15      Q.   And when you say get you out of bind, can you

16  elaborate on that?

17      A.   Oh, I'd be on a layoff.  You know what I mean?

18  One of my layoffs or something and I can't pay and we're

19  all stressed out and -- and he's trying to get me going

20  back to church, that type of thing.  And my dad would

21  help me then.

22      Q.   Any idea how much support he might provide in

23  those situations?

24      A.   Couple hundred bucks.  It wasn't no thousands.

25  It was enough to get you by.

1    Q.   And had that happened in recent years?

2    A.   Let me see.  Not within the last part.  See, I

3  prided myself to not depend on my parents.  A lot of

4  this stuff when I needed help, I wouldn't go to them and

5  ask for help.  And if you notice, my children, I raised.

6         I raised my children because that was the

7  thing that I wanted to prove to him that he taught me

8  you take care of your own, you don't depend on somebody

9  else.  Fortunately for me, I never was in a situation

10  where I -- where I needed them to take over for my --

11  for me -- you know what I mean -- help me with my kids.

12         So I tried to pride myself as, You don't

13  have to worry about -- I'll take care of my own stuff.

14  You know what I mean?  So when I say he helped me with

15  money, it wasn't like he -- you know what I mean --

16  always constantly paying my bills.

17         But when things were tight and I paid my

18  bills after the unemployment check comes, he'd give me a

19  couple hundred bucks to get some groceries.  You know

20  what I mean?  Stuff to feed the -- you know, that kind

21  of thing.

22    Q.   Is there anything you haven't said about your

23  relationship with Dennis that you'd like to add?

24    A.   Yeah.  Yes, I would.  That I respected that man

25  and I did not realize how much that I loved him.  I

1  didn't realize how much I was going to miss him and

2  miss all of his wisdom and all of his advice.  And I

3  just miss my dad.

4      Q.   Let's talk a little bit about Sara.  When was

5  Sara born?

6      A.   I know she was born in ████ and her

7  birthday was here recently.  I want to say ███.  I

8  don't know what year.  I don't know what year she was

9  born.

10      Q.   Can you give me just like a --

11      A.   60 -- I -- 50s, in the 50s.  54 maybe.

12      Q.   All right.  Do you know where she was born?

13      A.   I believe ████, Florida.

14      Q.   Okay.  And how old would you have been when you

15  first met Sara?

16      A.   My mom was still alive, I guess.  So I guess I

17  was around -- I don't know the youngest it would have

18  been, so I guess when I was an infant.  She -- she knew

19  -- her and my -- Sara knew each other.  So I don't --

20  for me -- for me first remembering her, I was probably

21  three, something like that.

22      Q.   And how did -- how did your mom and Sara know

23  each other?

24      A.   They worked.

25      Q.   Worked together?

70

1     A.   They worked in the same place.

2     Q.   And how old did you say you were when your

3 father and Sara got married?

4     A.   Probably five.  I don't know.  Five or six.  I

5 don't -- It was all right in there.  Let's see.  Because

6 I went -- I was in first grade, so however you are.

7 Five years old probably.

8     Q.   And after Sara and your father got married, did

9 you live with them for the rest of your childhood?

10    A.   Yes.

11    Q.   Were there any other breaks when you weren't

12 living with them?

13    A.   Nope.

14    Q.   Did Sara adopt you at any point?

15    A.   No, no.  I don't think it was ever asked

16 because I think it was mainly -- I know my stepbrother

17 and my stepsister because they carry the -- with having

18 the Johnson name.

19    Q.   What did Sara like to do?  What were her -- her

20 hobbies?

21    A.   Crafts.  She loved flea markets.  She loved

22 yard sales.  But mainly crafts.  She would build jewelry

23 and she loved going to little retreats with her friend

24 Brenda.

25    Q.   And did you do these crafts with her, as well

1  or did it tend to be something that she would do?

2      A.   I'm not doing jewelry.

3      Q.   You're not a crafty guy?

4      A.   No.

5      Q.   Were there things that you and Sara liked to do

6  together?

7      A.   Our relationship wasn't as -- wasn't like that.

8  She was my stepmother and I was her stepson.  And I

9  don't know if that's the nicest way to put it, because I

10 don't want to brow beat her.  You know what I mean?  I

11 don't want to disrespect her -- disrespect her life, but

12 we had our issues.

13     Q.   And did those issues continue throughout your

14 whole life?

15     A.   Oh, yeah.  Yeah.  Well, you got a kid that his

16 mother died and he got everything he wanted by everybody

17 trying to coddle me.  You know what I mean?  As a

18 little, spoiled brat running around in a bar because

19 that's what -- my grandfather owned a bar and we lived

20 upstairs on -- over the bar.

21          So who all -- the bar people that went

22 there was, Honey Buns and Tootsie Rolls and, you know,

23 sodas and whatever I wanted.  And then my dad moves in

24 with Sara and I go with -- I go with him to there.  And

25 I've got a potty mouth, I'm disrespectful.  It's all

1  about me.  And so, she was trying to get my mind right

2  type deal.

3      Q.   So how you describe your relationship with

4  Sara?

5      A.   Just -- I respected her and I hope she

6  respected me at the end, but it was pretty volatile at

7  the younger years.  And the older years, I mean, you

8  grow up and no need fighting over the same stuff.  You

9  know what I mean?  I mean, I had anger issues still with

10  her, but as an adult now I understand.

11            I was more of a rebellious as a kid and

12  the child's way of thinking than an adult's way of

13  thinking.  So I lost that opportunity to mend our -- our

14  relationship, I guess.  It was cordial.  How's that.

15      Q.   How often would you say you saw Sara?

16      A.   As much as I saw Daddy.

17      Q.   So when you would see your dad, you would see

18  Sara, as well?

19      A.   Yeah.

20      Q.   Did Sara have any illnesses or medical

21  conditions before her death?

22      A.   Not that I know of.  She'd get migraines, but I

23  don't really think -- I don't -- I think maybe -- I

24  don't know if she had sugar problems or -- See, this is

25  more my sister's avenue of questioning.  You need to ask

1  her.  I -- you know what I mean?  I'm just over the raw

2  edges.

3      Q.   When you say sugar problems, what does -- what

4  does that mean?

5      A.   I think she had some diabetes.  I don't know

6  how severe or --

7      Q.   How would you describe her health?

8      A.   It was -- She was in good health.  She was in

9  great health.

10      Q.   Do you know if she was taking any medications?

11      A.   I'm sure she was.  I'm -- I'm assuming.  You

12  know what I mean?

13      Q.   Okay.

14      A.   I'm sure she had some kind of medications she

15  had to take.

16      Q.   Do you know if she was seeing any -- any

17  doctor?

18      A.   A chiropractic I know and a -- and I'm sure

19  both of them.  They were at that age where -- My dad had

20  good insurance.  He retired from the government, you

21  know what I mean?  So they didn't have a problem being

22  able to go to the doctor and find out when there was a

23  problem -- issue.

24      Q.   Do you know if she, like, took insulin for --

25      A.   I don't think -- I don't think so.  But like I

74

1   said, these are the kinds of questions for my sister.

2       Q.   Do you know if she smoked?

3       A.   She used to before she started going to church.

4       Q.   So she quit?

5       A.   She quit, also.

6       Q.   Do you know if she had any history of heart

7   disease?

8       A.   I used to think so.  No, just kidding.

9       Q.   Any history of high blood pressure that you

10  know of?

11      A.   Maybe -- maybe some.  I'm not 100 percent sure,

12  but --

13      Q.   So we talked about the financial support that

14  Dennis provided to you while he was living.  Did Sara

15  provide you any financial support apart from what Dennis

16  provided you?

17      A.   No.  But I would never -- I would never go to

18  her and ask for it, either.

19      Q.   Okay.  Is there anything you haven't said about

20  your relationship with Sara that you'd like to add?

21      A.   No.

22      Q.   Okay.  Did you suffer any physical injuries

23  from the shooting?

24      A.   Physical, no.

25      Q.   After the shooting, you experienced grief.  You

75

1  talked about that.  You talked about how you -- how you

2  dealt with it.  In terms of your meetings with Shary,

3  you said that you met with her for about eight months,

4  correct?  Why did you stop meeting with her?

5       A.   Because I -- I used the church.  I used the

6  church and my relationship with Christ and his grace and

7  forgiveness.  And that's what I've been using.

8       Q.   Have you talked with others about your grief?

9       A.   Just guys in -- and the people in the church,

10  yes.

11      Q.   Okay.  How are you currently dealing with your

12  grief today?

13      A.   I'm dealing with it by -- like, my activeness

14  in the church.  And I don't -- I don't need to

15  self-medicate.  I have the Lord now to go to.  I've got

16  something -- I've got people to talk to.  I've got a

17  family and extended family in my church.  And that's how

18  I deal with it.

19      Q.   Did you see any other counselors other than

20  Shary?

21      A.   No.

22      Q.   The group that met at the community center

23  after the shooting, you said you went on two occasions;

24  is that right?

25      A.   Yes.

76

```
 1      Q.   Have there been any other support groups that

 2  you've gone to?

 3      A.   Not that I know of.

 4      Q.   Okay.  Since the shooting.

 5      A.   Like I said, when I withdraw from everybody

 6  there for a while.  So there might have been some going

 7  on, but I didn't -- I wasn't attending them.

 8      Q.   Did you begin seeing any doctors after the

 9  shooting?

10      A.   (Witness shakes head left and right.)

11      Q.   Did you begin taking any medication after the

12  shooting?

13      A.   No.

14      Q.   How is your sleeping?

15      A.   Well, I would say good, but I don't know.  You

16  know, I'm not a doctor, so...

17      Q.   Has it changed significantly since the

18  shooting?

19      A.   Yes.  I sleep more.

20      Q.   You sleep more since the shooting?

21      A.   Yes, a lot more.

22      Q.   Are you able to sleep through the night?

23      A.   No, not all the time.  But I don't know if

24  that's due to age because I have to get up and use the

25  bathroom a lot.
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

77

```
 1      Q.   Did you say you've made any changes to your

 2  life since the shooting?  We've talked about your --

 3  your religious impacts.  Have you made other changes to

 4  your life since the shooting?

 5      A.   Yeah, I'm alcohol free.  I'm drug free.  So

 6  that's been major-major for me, major changes.  I love

 7  my daughters more.  You know what I mean?  I want to

 8  make sure that they know I love them.

 9      Q.   How long after the shooting would you say you

10  self-medicated for?

11      A.   Probably there -- probably about six months.  I

12  was already -- like I said, I already had depression

13  before then and I was already self-medicating before all

14  that happened.  So afterwards when I started talking to

15  Shary, I had just -- like I said, when I hit the wall.

16  So I don't know, about six months but with that -- six

17  months was hard, six month of self-medicating.

18      Q.   How long before the shooting would you say

19  you've had depression?

20      A.   I think my whole life, really.

21      Q.   Is there anything that you used to do before

22  the shooting that you don't do anymore?

23      A.   I don't go into a room and not check the exits.

24  That's for one thing I don't do.  And when I do go to

25  church, I -- I'm always looking at people more
```

1   thoroughly just to see if they have any hints or -- of

2   tell-tale signs that there's something funny about this

3   person.  I don't sit to my back in a restaurant.  It's

4   -- I mean, all that stuff.  I realize that there are

5   idiots out there.  So I've lost my nonchalance about

6   just living.  You know what I mean?

7       Q.   Did you suffer any financial consequences from

8   the shooting?

9       A.   Yeah.  Well, I'm not saying hardcore.  It's

10  just like I told you.  I went through the depression and

11  there was, like, two months I didn't work.  And I

12  couldn't get out of bed at that time.

13      Q.   During those two months?

14      A.   (Moves head up and down.)

15      Q.   Were there other financial consequences that

16  you suffered from the shooting?

17      A.   Well, other than the burial and stuff of my

18  family and, you know, helping my brother out, helping --

19  helping my family out.  But we were having to -- not --

20  it's nothing major even to talk about.  You know what I

21  mean?  No, I've not financially suffered because of my

22  parents dying.

23      Q.   But you did help out with some other family

24  members?

25      A.   Yeah.

79

1    Q.  Are there any other impacts the shooting has

2 had on you that we haven't talk about yet?

3    A.  No, sir.

4    Q.  Are there any -- are there any psychological

5 effects we haven't --

6    A.  I don't know.  It's still more to come.  Grief

7 continues.

8    Q.  I'm going to change topics here a little bit.

9 Do you own any weapons?

10    A.  No.

11    Q.  Have you ever owned any weapons?

12    A.  Yes.

13    Q.  What were they?

14    A.  One was a 0.380 pistol, one was a 12-gauge

15 shotgun, one was a 30-30.

16    Q.  Okay.  And how did you acquire them?

17    A.  I was real young when I had the shotgun.  And

18 the 30-30, it was before I went into the service.  I

19 just bought them.  A guy at work had one and I paid --

20 but I don't think the gun laws were back then.  You know

21 what I mean?  That's a long time ago.  Now, the 30 -- I

22 mean, the 0.380 I had to go over-the-counter and do my

23 -- give the report.

24    Q.  The shotgun and the 30-30, about how long ago

25 did you get those?

1      A.    I was 18.  So I'm 52.  I don't know, say

2  30-something years.

3      Q.    And you don't have them anymore?

4      A.    No, I don't own no weapons.

5      Q.    How long ago would you say you sold or no

6  longer --

7      A.    I never sold them.  I never sold them.  The two

8  rifles -- the shotgun and the rifle I had, I gave it to

9  a friend to hold for me and never got them back.  And

10 then, to tell you the truth, I think I might -- I don't

11 know what happened to the pistol.  I really don't know

12 over the years.

13     Q.    And when about did you acquire the pistol?

14     A.    Probably around '91, '92, somewhere around

15 there.

16     Q.    And for what purpose did you acquire each of

17 the firearms?

18     A.    Well, hunting was the first two.

19     Q.    The shotgun and the rifle?

20     A.    And the 30-30, yes.  And the 0.380 was just for

21 protection.

22     Q.    And you mentioned the service.  You served in

23 the military for a period of time?

24     A.    Yes.

25     Q.    For how long?

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

1        A.   For two and half years.

2        Q.   Which branch were you in?

3        A.   The Navy.

4        Q.   Why did you decide to leave?

5        A.   I didn't decide to leave.  They decided for me

6    to leave.

7        Q.   Was there anything particular that happened?

8        A.   Yeah.  It was drug use once again.  But I'm

9    going to tell you that, but I'm going to tell you that

10   and tell you this.  I was -- just got plane captain of

11   the month.  Plane captain of the IO crews.  I loved the

12   Navy.  I mean, I was head over heels.

13             I just got in with a bad group and did a

14   stupid one -- it was a stupid thing.  It was the first

15   time I ever even did a drug.  And we got caught with the

16   stuff on us.  And it wasn't even me.  It was the other

17   guy's stuff.

18             I just happened to have it on me when we

19   got caught.  But I was so ashamed.  I was so ashamed.  I

20   was so humiliated because my dad -- you know what I

21   mean?  I was bragging.  I felt good, like they were so

22   proud of me.  And my dad happened to be on one of his

23   two weeks.  And he was in California.

24             And when they -- when they kicked me out I

25   had to go and be discharged out of California.  And I

1   rode back with my dad and I was so embarrassed,

2   humiliated in front of my father.  And he put his hand

3   on my knee in the plane & said, Son, don't worry about

4   it, we all make mistakes.  And it was like, you know, I

5   mean, it was just unbelievable the pressure he took off

6   of me right then.

7       Q.   How old were you at this time?

8       A.   I was 20.

9       Q.   And what was the substance?

10      A.   Methamphetamine.

11      Q.   And was there any sort of a court martial

12  involved?

13      A.   Oh, yeah.  But it was -- I got an OTH.  I got

14  other than honorable.  I didn't get a dishonorable, I

15  guess because I was "4 0 Sailor", went to -- to -- from

16  "4 0" to zero just like that.  I had a no nonsense

17  supervisor and captain of our air wing and he didn't --

18  he didn't put up with it.

19      Q.   Was there a trial that happened or was it like

20  a plea situation?

21      A.   Well, yeah.  I mean, I didn't go in front -- I

22  just went in front of him.  I -- Once I pleaded out that

23  I was guilty of -- of the use -- of drug use, after that

24  it didn't take him long to get me out of his sight.

25      Q.   And when you say 4 R -- "4 0 sailor," what is

1    --

2        A.    I had a perfect score.  I had a perfect rating.

3    I was winning awards.  Oh, my gosh.  Funny how it don't

4    take the world.  You can trip your own self up.

5        Q.    And after your discharge, did you continue to

6    use drugs?

7        A.    Yes.  No, it wasn't -- it ain't all the time,

8    either.  It wasn't all the time.  And I think that's

9    where I -- when I told you I think I've had depression

10   my -- I've always -- I've always went to alcohol and

11   drugs when -- when things got bad.

12              I would -- I would always turn to that

13   until I would get over what I was getting over, I guess.

14   It was never -- it was never a lifestyle for me.  I was

15   a functioning addict, an alcoholic-type deal.  Well, you

16   would never know it, but it was my own personal little

17   -- little sin.

18              I didn't -- wasn't no big parties.  I

19   wasn't into the -- like I said, the lifestyle, selling

20   it and being around everybody that did it.  I just got

21   it and went in my own little -- my own little way.  And

22   I pray that that's over with in my life now.

23       Q.    How long have you been drug free?

24       A.    Two years.

25       Q.    And remind me, did you say Dennis, your father,

1   had been an alcoholic, as well?

2       A.   Uh-huh.

3       Q.   Do you know when he -- how long he had been

4   alcohol free?

5       A.   How long had he?  He -- the same time he quit

6   smoke.

7       Q.   Okay.

8       A.   That was Sara's little ultimatum and plus the

9   Lord.

10      Q.   Have you ever been convicted of a crime?

11      A.   Yes.  Now, this right here, this was apart.  I

12  had just got a pay raise.  We went and we -- I -- and it

13  was an a Wednesday.  We got paid on Thursdays.  We had

14  enough money between me and ex brother-in-law to buy a

15  six-pack of beer.  I drank three beers.

16              He drank three beers.  And I was out of

17  Copenhagen and I had to borrow $10 from his mother to go

18  to the store to get a can of Copenhagen.  When we was

19  coming back -- now you got to remember I'm -- I'm a

20  drinker.  At that time I could drink three beers as

21  nothing.

22              But in Texas law 0.0 -- I mean 0.08, it

23  don't take nothing.  You can drink just one beer and

24  you're -- you're drunk, you're Texas drunk.  We was

25  coming back from the store and a lady pulled out in

1  front of me and I T-boned her and she died.  But she was

2  the cause of the wreck.

3         It wasn't like I ran a red light or I

4  swerved or -- She pulled out in front of me.  And -- but

5  since I had alcohol in my system, I drew the ace in the

6  hand and got the charge.  And I had -- I had to go to

7  jail for 60 days and I had probation for ten years.

8         It was a deferred judification (sic) type

9  thing.  So after that I did my -- I did my time.  You

10  know what I mean?  I did my -- and the reason they

11  didn't throw me in prison was because I didn't have no

12  priors before that and plus I didn't cause -- I wasn't

13  the cause of the wreck.

14    Q.  What was the crime that you were actually

15  convicted of?

16    A.  Intoxication manslaughter.

17    Q.  And what year was that?

18    A.  Man, I want to give you a date, but I don't

19  want y'all to go look it up to go look at the record and

20  it's the wrong date.  I don't -- I don't know.  I want

21  to say '97, '98, somewhere around in there.

22    Q.  Okay.  Have you ever been convicted of any

23  other crimes?

24    A.  (Moves head side to side.)

25    Q.  Have you ever filed for bankruptcy?

1    A.    No.

2    Q.    Okay.  Let me go take a five or ten-minute

3  break.

4             (Off the record.)

5    Q.    (BY MR. BATES) Mr. Johnson, just a few final

6  questions for you.

7    A.    Okay.

8    Q.    I just want to make sure that I understood

9  correctly.  Did you say that when you were caught with

10  drugs when you were in the Navy that that was the first

11  time you had done drugs?

12    A.    Yes.

13    Q.    And after the shooting when you were, as you

14  said, self medicating, that did include drug use, as

15  well?

16    A.    Uh-huh.

17    Q.    And what drugs?

18    A.    Methamphetamine.

19    Q.    I think you may have mentioned at some point

20  collecting unemployment; is that correct?

21    A.    Yes.

22    Q.    When were you collecting unemployment?

23    A.    A bunch.  Since -- When you're in the Union,

24  when there's no -- when they lay you off, you collect

25  unemployment until you get back on.  So I couldn't give

87

1   you a certain date.  There could be two or three times a

2   year that -- you know what I mean -- every year that I

3   was on unemployment.  So there's not a certain date for

4   that.

5        Q.   Okay.  And are -- Can you give me an estimate

6   of how many times you may have been on unemployment?

7        A.   Every time a job would end, man.  I mean, I'm

8   sorry.  I'm not trying to be -- but I -- I just --

9   through my whole career -- how is that -- I was on

10  unemployment.

11       Q.   When would the last time have been that you

12  were on unemployment?

13       A.   Okay.  2010, maybe, 2- -- something like that.

14       Q.   Do you know if it was through the state or

15  through the federal government?

16       A.   Federal government.

17       Q.   And about how much would you have received in

18  unemployment during these times?

19       A.   It's -- I was receiving $700 every two weeks,

20  seven and some change.

21       Q.   When you were growing up, were there ever any

22  alcohol-related incidents in your home?

23       A.   From me?

24       Q.   From you or from your father.

25       A.   I'm sure there was.  I mean, I'm sure there

1  was.  I mean, when there's alcohol involved, there's

2  always an incident some -- somewhere.

3      Q.   Any one in particular that you recall?

4      A.   No, other than coming home drunk and I told you

5  not to drink no more.  You know, that -- that type of

6  incident.  Not -- It wasn't no abuse, if that's what you

7  mean.  No.

8      Q.   Can you describe your brother/nephew

9  Christopher's relationship with Sara and Dennis?

10     A.   Well, at first it was -- Well, he's their

11  little baby, so that's how -- it's like their second

12  time around when Michael grew up with him.  So it was

13  great relationship.  I mean -- And then he went through

14  his problems.

15              And when he went through his problems,

16  even though he would be stealing or whatever to support

17  his little drug habit-type thing, it might be Daddy was

18  disappointed.  But he never -- he never, like, you're

19  banned from being here.

20              You know what I mean?  It was always --

21  It's always been a loving relationship.  Now, the -- the

22  pull-away was always from Chris.  It was never from my

23  parents.  You know what I'm saying.

24     Q.   What do you mean by that, the pull-away?

25     A.   The pull-away, being young and rebellious.  It

1  was always from his point of wanting to do what he

2  wanted to do and not following the rules-type deal.  So

3  that would be -- that would be -- but their love was

4  always there.  And still -- you know what I mean -- Sara

5  would drive and go visit in the prison and -- while he

6  was there.

7      Q.   In the three or four months before the

8  shooting, how would you describe the relationship?

9      A.   Of them?

10     Q.   Yeah.

11     A.   I don't know.  Whatever he said.  I don't know

12 because I wasn't -- you know what I mean -- around there

13 at all.

14     Q.   How would you describe Deanna's relationship

15 with Sara and Dennis?

16     A.   Great.  They had a great relationship.  They

17 had a great relationship.  They -- Well, you'll meet her

18 here shortly tomorrow, I guess.  She's a better talker

19 than the rest of us.

20     Q.   And how about Jimmy Graham, how would you

21 describe his relationship with Sara?

22     A.   Phone relationship.  They're mainly a phone

23 because he's in Florida.  But they -- they talked to

24 each other all the time on the phone.  When we was

25 younger -- you know what I mean -- it was hostile.  Just

90

1   same as me.  It was just, You either going to follow the

2   rules or you're not.

3           You know what I mean?  It was a parent's

4   job and -- and what we would do was -- is run away.  Or

5   he had the ability to move in with his father, so he

6   moved in with his father instead of following the rules

7   type thing.  You know what I mean.

8       Q.   How old was Deanna when Sara and Dennis got

9   married?

10      A.   Two, maybe, two.

11      Q.   How about how old was Jimmy?

12      A.   Jimmy is a year older than me, so he might have

13  been six or seven.

14      Q.   Okay.  And Jimmy for a period of time had a

15  hostile relationship with Sara and Dennis?

16      A.   Now, when I say hostile, I don't mean it

17  violent.  I mean it was a parent trying to make a kid

18  mind in the '80s and 70s.  Discipline was a little

19  different back then when we was growing up.  It's

20  Southern Baptist discipline, okay?  That's what I'm

21  saying.  That discipline is a little different than

22  discipline of today.  So when I say it was volatile, it

23  was because you had to pay for your crime.

24      Q.   And in the year or so before the shooting, how

25  would you describe the relationship?

1     A.   I couldn't tell you because that'd be their

2   phone conversations.

3     Q.   Do you know how often Jimmy would come to

4   visit?

5     A.   No.  He would come every once in awhile.  It

6   wasn't a lot.  I tell you the last time I know that he

7   came was when I was in the car wreck because I was

8   wasn't guaranteed to live.

9     Q.   And that was '97 or '98?

10     A.   Yeah.

11     Q.   Do you know did Sara and Dennis ever go to

12   visit Jimmy?

13     A.   When we'd go to Florida.  When my Uncle Freddie

14   died -- I think it was like 2008, '9, somewhere around

15   in there -- my Uncle Freddie passed away.  And me and my

16   dad drove to Florida and we visited Jimmy.  Because

17   we're -- we're not a rich family, so there's not a lot

18   -- when we got distance, the distance is real, you know,

19   it's not because we don't want to visit more or -- a lot

20   of it is we can't afford to visit more.

21     Q.   Do you know if Sara and Dennis went to visit

22   Jimmy after your Uncle Freddie's passing?

23     A.   I don't know.  I really don't know.  I'm sure

24   -- because when they would go to Florida and visit, I

25   don't know if they would see Jimmy or -- because that

1  was their visit.  You know what I mean?  That was their

2  life.  I never -- we -- I never was in their business

3  and stuff like that.  It wasn't that kind of a

4  relationship.

5      Q.  Mr. Johnson, is there anything I haven't asked

6  you today that you think is very important that I should

7  have asked you?

8      A.  No, sir.

9      Q.  Have you understand -- Have you understood my

10  question today?

11     A.  Yes, sir.

12     Q.  Thank you, Mr. Johnson.

13          MR. BATES:  I'll pass the witness.

14          MR. JACOB:  No questions at this time.

15          (Deposition Concluded.)

16

17

18

19

20

21

22

23

24

25

```
 1                    CHANGES AND SIGNATURE

 2   WITNESS:  DENNIS JOHNSON, JR.   DEPO DATE: MARCH 2, 2020

 3   PAGE     LINE              CHANGE              REASON

 4   _____

 5   _____

 6   _____

 7   _____

 8   _____

 9   _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18

19        I, DENNIS JOHNSON, JR., have read the foregoing

20   deposition and hereby affix my signature that same is

21   true and correct, except as noted above.

22

23

24                        _____
                          DENNIS JOHNSON, JR.
25
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

```
 1   THE STATE OF TEXAS  )

 2
     COUNTY OF _____)
 3

 4          Before me, _____, on this day

 5   personally appeared DENNIS JOHNSON, JR., known to me (or

 6   proved to me under oath or through _____)

 7   (description or identity card or other document) to be

 8   the person whose name is subscribed to the foregoing

 9   instrument and acknowledged to me that they executed the

10   same for the purposes and consideration therein

11   expressed.

12          Given under my hand and seal of office this

13   _____ day of _____, 2020.

14

15

16

17

18
                      _____
19                    NOTARY PUBLIC IN AND FOR
                      THE STATE OF TEXAS
20

21

22

23                    * * * * * * * *

24

25
```

```
 1              UNITED STATES DISTRICT COURT

 2              WESTERN DISTRICT OF TEXAS

 3                SAN ANTONIO DIVISION

 4
   Kati Wall, Michael Johnson, §
 5 Individually and as Personal§
   Representatives of The      §
 6 Estate of Dennis Johnson and§
   the Estate of Sara Johnson, §
 7 and Dennis Johnson Jr.,      §
   Christopher Johnson, Deanna §
 8 Staton, and James Graham     §
                                § SA-18-CV-00951
 9                              § Consolidated in
                                § Civil Action
10 VS.                          § NO. SA-18-CV-00555-XR§
                                §
11 UNITED STATES OF AMERICA     §
   ---------------------------------------------------------
12
                   CERTIFICATE FROM THE
13
           ORAL DEPOSITION OF DENNIS JOHNSON, JR.
14
                     MARCH 2, 2020
15
   ---------------------------------------------------------
16         I, ROXANNE BARRY, a Certified Shorthand

17 Reporter in and for the State of Texas, do hereby

18 certify that the foregoing deposition is a full, true

19 and correct transcript;

20         That the foregoing deposition of DENNIS

21 JOHNSON, JR., the Witness hereinbefore named, was at the

22 time named, taken by me in stenograph, on March 2, 2020,

23 the said Witness having been by me first duly cautioned

24 and sworn to tell the truth, the whole truth, and

25 nothing but the truth, and the same were thereafter
```

```
 1   reduced to typewriting by me or under my direction.  The

 2   charge for the completed deposition is $_____ due

 3   from MR. CHRISTOPHER A. BATES (Defendant);

 4         That the amount of time used by each party at

 5   the deposition is as follows:

 6
        MR. CHRISTOPHER A. BATES- 1HR:52MINS
 7      MR. TOM JACOB- 00:00

 8         I further certify that before the completion of

 9   the deposition, the Deponent and/or the

10   Plaintiff/Defendant ( ) did ( ) did not request to

11   review the transcript.

12   That this deposition transcript was sent to the Witness

13   on _____ for review and signature,

14   and that pursuant to the Federal Rules of Civil

15   Procedure, review and signature of the Witness must be

16   completed within 30 days of the Witnesses' receipt

17   thereof;

18         Certified to by me this ___ day of _____,

19   2020.

20

21

22      _____
        ROXANNE BARRY, Texas CSR 5831
        Expiration Date:  04/30/22
23      Free State Reporting, Inc.
        1378 Cape St. Claire Rd.
24      Annapolis, MD 21409

25
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

United States District Court
Western District of Texas
San Antonio Division

| | |
|---|---|
| Kati Wall, Michael Johnson, Individually and as Personal Representatives of The Estate of Dennis Johnson and the Estate of Sara Johnson, and Dennis Johnson Jr., Christopher Johnson, Deanna Staton, and James Graham, Plaintiffs, | Civil Action No. SA-18-CV-00951 Consolidated in Civil Action No. SA-18-cv-00555-XR |
| v. | |
| United States of America, Defendant. | |

**Notice of Oral Deposition of Witness Dennis Johnson, Jr. with Duces Tecum**

TO:    Plaintiffs Kati Wall, Michael Johnson, Individually and as Personal Representatives of The Estate of Dennis Johnson and the Estate of Sara Johnson, and Dennis Johnson Jr., Christopher Johnson, Deanna Staton, and James Graham, by and through their attorneys of record: Jamal K. Alsaffar, Laurie Higginbotham, Tom Jacob, Koby Kirkland, Whitehurst, Harkness, Brees, Cheng, Alsaffar, Higginbotham & Jacob, P.L.L.C., 7500 Rialto Blvd, Bldg. Two, Ste. 250, Austin, TX 78735.


**PLEASE TAKE NOTICE** that the United States of America, Defendant herein, will take

the deposition upon oral examination of Plaintiff **Dennis Johnson, Jr.** on **March 2, 2020**, at

**2:00 p.m.** at the **Wilson County Courthouse, 1420 Third St., Floresville, Texas 78114**, under

Rule 30, Federal Rules of Civil Procedure.

This deposition will be taken by stenographic means by Free State Reporting, Inc. 1378

Cape St. Claire Road, Annapolis, MD 21409, Telephone number (800) 231-8973

You will also take notice that the Plaintiff is requested to produce at the time and place of

this deposition, and to permit the inspection and copying, of any and all documents described in

the attached Exhibit "A".

[*Signature Page Follows*]



**Notice of Oral Deposition of Plaintiff**                                                                        1

Respectfully submitted,

John F. Bash
United States Attorney

By:   */s/ James E. Dingivan*
James E. Dingivan
Assistant United States Attorney
Texas Bar No. 24094139
601 N.W. Loop 410, Suite 600
San Antonio, Texas  78216
(210) 384-7372 (phone)
(210) 384-7312 (fax)
james.dingivan@usdoj.gov

## Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing was served by e-mail transmission on February 25, 2020, addressed to:

Jamal K. Alsaffar (jalsaffar@nationaltriallaw.com)
Tom Jacob (tjacob@nationaltriallaw.com)

I also certify that a true and correct copy of the above and foregoing was served by certified mail, return receipt requested, on February 25, 2020, to the following:

Jamal K. Alsaffar
Laurie Higginbotham
Tom Jacob
Koby Kirkland
Whitehurst, Harkness, Brees, Cheng, Alsaffar, Higginbotham & Jacob, P.L.L.C.
7500 Rialto Blvd, Bldg. Two, Ste. 250
Austin, TX 78735

*/s/ James E. Dingivan*
James E. Dingivan
Assistant United States Attorney

**Notice of Oral Deposition of Plaintiff**                                    2

October 4, 2021                                    GEX-279 Page 98 of 100

**Exhibit "A"**

The witness is directed to bring to the deposition the following materials:

1.  Any and all of your non-privileged records, personal notes, calendars, diaries, phone logs and other type of documents, including social media posts, concerning any fact or opinion in relation to this lawsuit.

2.  Any and all medical records in your actual or constructive possession that have not been produced to date. This would include treatment for physical conditions and any mental anguish claims forming the basis of this lawsuit.

3.  Any and all medical expenses that remain outstanding and/or that you have paid for and were not reimbursed.

4.  Any documents to support loss of earnings or earning capacity.

5.  Any and all photographs, recordings, videotapes, computer disks or any other formats, recording visual images or sound that have been gathered to show liability or damages in your case.

6.  Any claimed admissions made by any employees working for the government.

7.  Any documents in your possession assessing physical or mental impairment of any type, in your actual or constructive possession.

8.  Any and all governmental medical records or private healthcare records in your actual or constructive possession to include any outpatient records, imaging studies, lab studies, physicians' or nurses' notes, or any other type of medical records.

9.  Any and all medical records, reports, findings, diagnostic testing, imaging studies, or similar records relating to any issues in this lawsuit.

10. Any copies of payments made by any insurance companies for issues forming the basis of this lawsuit.

11. Any demand letters sent to any potential defendants making a claim for damages or benefits.

12. Any outstanding bills of any type related to medical expenses or any other related to this lawsuit that remain outstanding and have not been paid to date.

13. Any and all contracts or agreements or referrals between you and any other party or organization concerning your legal representation relating to this lawsuit.

14. Any summary of medical records or chronology you have reviewed.

**Notice of Oral Deposition of Plaintiff**                                                      **3**

15.   A list of all lawsuits in which you have been a defendant, including cause number, style of case and plaintiff's attorney's name.

16.   A list of all lawsuits in which you have been a plaintiff, including cause number, style of case and plaintiff's attorney's name.

**Notice of Oral Deposition of Plaintiff**                                                          **4**