United States District Court
Western District of Texas
San Antonio Division

| Joe Holcombe, et al. | |
|---|---|
| Plaintiffs, | |
| v. | No. SA-18-cv-00555-XR |
| | (consolidated cases) |
| United States of America, | |
| Defendant. | |

**Defendant's Deposition Counter Designations to the Testimony of Jimmy Dale Stevens.**

Defendant submits the following counter designation of the testimony given by Jimmy Dale Stevens. by deposition on May 7, 2020 to be used at trial. An excerpted transcript reflecting these counter designations attached as Government Trial Exhibit GEX-283.

| Plaintiffs' Designated testimony | Counter-Designation | Transcript |
|---|---|---|
| 9:11-13 | | |
| 13:11-16 | | |
| 14:8-9 | | |
| 14:25-15:3 | | |
| 15:21-16:4 | 16:8-20 | 8 Q. Okay. So your parents had two children, you<br>9 and Peggy?<br>10 A. Yes.<br>11 Q. And then Leisa and Brad, were they your<br>12 mother's children or your father's children?<br>13 A. Leisa was my mother's child; Brad is my<br>14 father's child.<br>15 Q. And are they younger or older than you?<br>16 A. Younger.<br>17 Q. Okay. So after your parents had you and<br>18 Peggy, they divorced and had other marriages and other<br>19 children. Am I understanding that accurately?<br>20 A. Yes, that's right. |
| 26:3-8 | 26:9-11 | 9 Q. Okay. So she regularly attended church there.<br>10 Was she a member of the church?<br>11 A. Yes. |
| 26:15-21 | | |
| | 28:10-19 | 10 ……….So at some point in your very young<br>11 years, your parents got divorced.<br>12 A. Correct.<br>13 Q. Okay. And then your grandparents on -- your<br>14 maternal grandparents took guardianship of you and<br>15 Peggy?<br>16 A. Yes. |

|  |  | 17 Q. And you lived in La Vernia because we talked<br>18 about you living in La Vernia for your whole life.<br>19 A. Right. |
|---|---|---|
|  | 29:20-24 | 20 ……... So she lived with your grandparents<br>21 until she was about 16, then she moved in with your<br>22 mother and then she married and moved in with her<br>23 husband.<br>24 A. Yes. |
| 32:2-17 |  |  |
|  | 32:20-33-:15 | 20 So your -- your grandparents, did they<br>21 own that farm your entire life?<br>22 A. Yes.<br>23 Q. Okay. Did you grow up in a house on that<br>24 farm?<br>25 A. No. We grew up in a house in the city of<br>1 La Vernia, it was my grandpa's. Moved to the farm<br>2 about '82.<br>3 Q. They built a house on the farm or was the<br>4 house already there?<br>5 A. It was there.<br>6 Q. Okay. Is that the house you live in now?<br>7 A. No.<br>8 Q. Did you build a house on the farm?<br>9 A. Yes, ma'am.<br>10 Q. Did your sister build a house on the farm?<br>11 A. No, she lived in my grandparents' house.<br>12 Q. Okay. So she lived in your grandparents'<br>13 house on the farm and then you built a house on the<br>14 farm.<br>15 A. Yes. |
|  | 34:2-9 | 2 Q. Okay. And do you -- who owns the farm?<br>3 A. Myself -- do you mean today?<br>4 Q. Today. Who owns the farm today?<br>5 A. Me, my niece Jennifer, Peggy's daughter, owns<br>6 five acres and my oldest son Kaden owns seven acres.<br>7 Q. So Kaden owns seven acres, Jennifer owns five<br>8 acres and you own the rest?<br> 9 A. Yes. |
| 34:10-23 |  |  |
| 35:15-23 | 35:23-25 | 23 …………………………………………. We just grew up<br>24 together in a not quite normal situation so I think it<br>25 bonded us in lots of ways. |
| 36:1-23 |  |  |
|  | 37:1-3 | 1 When did she move onto the farm?<br>2 A. I don't remember. She lived in a house in<br>3 La Vernia that my grandparents had for a long time. |
| 37:13-20 |  |  |

**Defendant's Deposition Designation to the Testimony of Jimmy Dale Stevens.**                                2

| | | |
|---|---|---|
| 38:6-7 | | |
| 38:10 | | |
| 38:17-18 | | |
| | 39:15-21 | 15 ………..So they moved at some point to<br>16 La Vernia and lived in the house in the city of<br>17 La Vernia. Is that right?<br>18 A. Yes.<br>19 Q. And then at some point, both Chris and Peggy<br>20 moved to the farm?<br>21 A. Yes. |
| | 39:25-40:2 | 25 How long did they live together on the<br>1 farm?<br>2 A. Roughly three or four years. |
| 40:3-25 | | |
| 41:7-19 | 41:19-21 | 19……..The jobs that I remember her always having<br>20 would be either bookkeeping or tax preparing or<br>21 housekeeping. |
| 41:22-25 | 42:1-6 | 1 did that because she wanted to. She worked for a<br>2 lady -- and I can't remember -- I believe the lady<br>3 lived in San Antonio and needed full-time care and<br>4 Peggy worked taking care of her until her husband got<br>5 too sick to stay by himself, then she stopped and just<br>6 stayed with him. |
| 42:11-13 | | |
| | 42:14-21 | 14 Q. Okay. And so at the time Peggy passed away,<br>15 she had just stopped caring for her husband.<br>16 Do you know if she'd taken on any other<br>17 kind of employment?<br>18 A. I don't think at that -- that point she -- she<br>19 had taken on a job. She was talking about different<br>20 jobs and different things she was going to do, but then<br>21 she never got the chance. |
| 42:22-25 | | |
| | 43:11-15 | 11 Where -- at the time of the shooting,<br>12 where on the farm did Jennifer live? Did she live with<br>13 her mom? Did she have her own house?<br>14 A. She had her own house next to that little<br>15 trailer park. |
| 43:16-23 | | |
| 46:13-47:12 | | |
| 47:22-48:3 | | |
| 48:7-14 | | |
| | 48:15 | 15 Q. Does Patsy have any medical issues? |
| | 48:25-49:3 | 25 A. Some of both. She has a pacemaker and she's<br>1 had problems with heart, weakness, things like that.<br>2 And she has had -- she has been under treatment for |

**Defendant's Deposition Designation to the Testimony of Jimmy Dale Stevens.**                    3

| | | |
|---|---|---|
| | | 3 depression and mental illness, yes. |
| 49:4-7 | | |
| 50:10-25 | | |
| 52:5-15 | 52:16-19 | 16 Q. Has she had any physical changes? Has she<br>17 gained any weight, lost any weight, had any physical<br>18 medical conditions following Peggy's passing?<br>19 A. No, not that I'm aware of. |
| | 54:20-55:3 | 20 Q. How about Jennifer, what is the highest level<br>21 of education that Jennifer has?<br>22 A. High school.<br>23 Q. What does Jennifer currently do for<br>24 employment?<br>25 A. She's a housewife as far as I -- I don't know<br>1 of her holding a job outside the home.<br>2 Q. Is she currently married?<br>3 A. No. |
| | 55:13-19 | 13 Q. Okay. Do you know what your sister's income<br>14 was at the time of the shooting how much she was making<br>15 annually?<br>16 A. No.<br>17 Q. You indicated that at the time of the shooting<br>18 she wasn't currently working?<br>19 A. Correct. Yes. |
| | 56:17-23 | 17 Q. Do you know who paid the funeral expenses for<br>18 your sister's funeral?<br>19 A. No. The church did not charge and I believe<br>20 the pastor did not either.<br>21 Q. Did you have to pay a bill for the funeral out<br>22 of your sister's estate?<br>23 A. No, I did not. |
| | 57:8-15 | 8 Q. At the time of your sister's passing, what<br>9 assets did you -- did she own? I think we talked about<br>10 the five acres of land on the farm that you had given<br>11 her.<br>12 What other assets did she have?<br>13 A. Pickup truck, had a second truck. She did own<br>14 a -- I believe a sports utility vehicle. Household<br>15 goods. |
| | 57:23-58:6 | 23 Who received her assets after her<br>24 passing, her vehicles -- we talked about the five acres<br>25 went to Jennifer. Who received the assets after her<br>1 passing?<br>2 A. Her daughter Jennifer.<br>3 Q. Okay. Did she have any investments?<br>4 A. I don't think so.<br>5 Q. Did she have a life insurance policy?<br>6 A. No. |

**Defendant's Deposition Designation to the Testimony of Jimmy Dale Stevens.**                                4

| | | |
|---|---|---|
| 60:10-20 | | |
| 61:3-4 | 61:4-5 | 4…………………He rides back and forth<br>5 right by my house. |
| 61:6-10 | | |
| 61:14-18 | | |
| | 61:19-22 | 19 ………………….. Prior to the shooting,<br>20 what -- what was his employment or was he employed or<br>21 was he going to school?<br>22 A. He was in high school. |
| 62:1-15 | | |
| 62:25-63:10 | | |
| 63:15-20 | | |

**Defendant's Deposition Designation to the Testimony of Jimmy Dale Stevens.**      **5**

                    Respectfully submitted,

                    Ashley C. Hoff
                    United States Attorney

By:  */s/ James E. Dingivan*
      James E. Dingivan
      Assistant United States Attorney
      Texas Bar No. 24094139
      james.dingivan@usdoj.gov
      Clayton R. Diedrichs
      Assistant United States Attorney
      Colorado Bar No. 16833
      clayton.diedrichs@usdoj.gov
      James F. Gilligan
      Assistant United States Attorney
      Texas Bar No. 07941200
      jim.gilligan@usdoj.gov
      Jacquelyn M. Christilles
      Assistant United States Attorney
      Texas Bar No. 24075431
      jacquelyn.christilles@usdoj.gov
      601 N.W. Loop 410, Suite 600
      San Antonio, Texas  78216
      Jocelyn Krieger
      Trial Attorney
      New JerseyBar No. 065962013
      jocelyn.krieger@usdoj.gov
      175 N St. NE
      Washington DC 20002
      (210) 384-7372 (phone)
      (210) 384-7312 (fax)