United States District Court
Western District of Texas
San Antonio Division

| | |
|---|---|
| Joe Holcombe, et al.<br>    Plaintiffs,<br><br>    v.<br><br>United States of America,<br>    Defendant. | No. SA-18-cv-00555-XR<br>(consolidated cases) |

**Defendant's Deposition Counter Designation to the Testimony of Kati Wall**

Defendant submits the following counter designation of the testimony given by Kati Wall by deposition on September 28, 2020 to be used at trial. The entire transcript reflecting this counter designation is attached as Government Trial Exhibit GEX-286.

Respectfully submitted,

Ashley C. Hoff
United States Attorney

By: */s/ James E. Dingivan*
James E. Dingivan
Assistant United States Attorney
Texas Bar No. 24094139
james.dingivan@usdoj.gov
Clayton R. Diedrichs
Assistant United States Attorney
Colorado Bar No. 16833
clayton.diedrichs@usdoj.gov
James F. Gilligan
Assistant United States Attorney
Texas Bar No. 07941200
jim.gilligan@usdoj.gov
Jacquelyn M. Christilles
Assistant United States Attorney
Texas Bar No. 24075431
jacquelyn.christilles@usdoj.gov
601 N.W. Loop 410, Suite 600
San Antonio, Texas  78216
Jocelyn Krieger
Trial Attorney
New Jersey Bar No. 065962013
jocelyn.krieger@usdoj.gov
175 N St. NE
Washington DC 20002
(210) 384-7372 (phone)
(210) 384-7312 (fax)