UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Joe Holcombe, et. al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>United States of America,<br><br>*Defendant*. | No. 5-18-cv-00555-XR<br>(consolidated cases) |

## JOINT STIPULATION REGARDING AGREED TRIAL EXHIBITS

The Parties have agreed to enter a stipulation concerning the admission of the following trial exhibits in accordance with the Pretrial Order, ECF No. 466 ¶ C.

**Plaintiffs' Trial Deposition Designations (PEX 900 Series)**
900-911, 941-942

**Texas Rangers' Documents (PEX 1000 Series)**

<u>*SEALED*</u>: 1000, 1029, 1033, 1037, 1041, 1045, 1049, 1053, 1057, 1061, 1065, 1069, 1073, 1077, 1081, 1085, 1089, 1093, 1097, 1101, 1105, 1109, 1131-1133, 1147-1149, 1153, 1179, 1194

<u>*NOT SEALED*</u>: 1001-1022, 1024, 1027-1028, 1030-1032, 1034-1036, 1038-1040, 1042-1044, 1046-1048, 1050-1052, 1054-1056, 1058-1060, 1062-1064, 1066-1068, 1070-1072, 1074-1076, 1078-1080, 1082-1084, 1086-1088, 1090-1092, 1094-1096, 1098-1100, 1102-1104, 1106-1108, 1110-1130, 1134-1146, 1150-1152, 1154-1178, 1180-1193, 1195-1226

**COMMON PLAINTIFFS' DAMAGES MATERIALS (PEX 2000 SERIES)**
2000-2001, 2003-2006, 2008, 2010-2018, 2020-2024, 2028, 2030-2032

**Braden Family (PEX 3000 Series)**
3000-3010, 3021, 3023, 3025-3026, 3029, 3031, 3033, 3035, 3037, 3039, 3041, 3043, 3045, 3048, 3050, 3052, 3054, 3056, 3058, 3065, 3067, 3069, 3071-3074, 3076-3077, 3079-3110, 3112-3113, 3115, 3117-3122, 3125-3129, 3131-3136, 3138-3139, 3142, 3144-3145, 3148-3149, 3152, 3154-3155, 3157-3158, 3160, 3162-3163, 3166-3167, 3170, 3173, 3175, 3178-3179, 3181, 3183, 3185, 31903192-3195, 3197, 3199-3200, 3202-3203, 3206-3219, 3221-3236, 3239-3240

**Farida Brown (PEX 4000 SERIES)**
4000-4013, 4019-4022, 4025, 4027-4028

**Charlene Uhl / Haley Krueger (PEX 5000 Series)**
5000-5005, 5008-5011, 5013, 5019-5020

**Colbath Family (PEX 6000 Series)**
6000, 6002-6003, 6005-6009, 6013, 6015-6017, 6019-6020, 6022-6031, 6035-6036, 6038-6046, 6048-6049, 6051-6069, 6077, 6080-6083, 6088-6089

**Corrigan Family (PEX 7000 Series)**
7000-7002, 7009-7015, 7021-7033, 7035-7045, 7047-7050, 7053-7057

**Holcombe Family (PEX 8000 Series)**
8000-8034, 8036-8042, 8044-8047, 8049-8056, 8058, 8060-8069

**Johnson Family (PEX 9000 Series)**
9000-9007, 9009-9010, 9013, 9018-9027, 9030-9031

**Macias Family (PEX 10000 Series)**
10000-10009, 10013-10018, 10021-10022, 10024, 10026, 10028, 10030, 10032-10035, 10037-10039, 10042-10043, 10045-10047, 10049-10051

**Marshall Family (PEX 11000 Series)**
11000-11002, 11005-11011, 11017, 11019-11044

**McNulty / McKenzie Family (PEX 12000 Series)**
12000-12006, 12012, 12014, 12021-12024, 12026-12029, 12031, 12035-12038, 12040-12043, 12045, 12047-12049, 12051, 12053-12060, 12062, 12065-12067, 12069-12070, 12073-12076, 12080-12082

**Moulton Family (PEX 13000 Series)**
13000, 13007, 13009, 13011, 13013, 13015, 13017, 13020, 13022-13023, 13025, 13027-13028, 13030, 13032, 13034, 13036, 13039, 13041-13050

**Ramirez / Solis Family (PEX 14000 Series)**
14000, 14002-14005, 14009-14010, 14013, 14016-14030, 14033, 14035, 14037, 14039, 14041-14053

**Rodriguez Family (PEX 15000 Series)**
15000, 15005-15025, 15028-15034, 15036-15043, 15045-15047

**Vidal Family (PEX 16000 Series)**
16000, 16002, 16004-16007, 16009-16016, 16018-16020

**Ward Family (PEX 17000 Series)**
17000-17006, 17008, 17011-17021, 17024, 17026-17028, 17030-17033, 17037, 17040, 17042, 17044-17045, 17047-17049, 17054, 17056-17060, 17062-17064, 17067, 17071, 17073, 17077-17078, 17086, 17093-17096, 17098-17106, 17110-17116, 17118-17123, 17125-17126, 17128-17129, 17131, 17133-17137, 17139-17140

**Warden Family (PEX 18000 Series)**
18000-18001, 18010-18011, 18013-18014, 18016, 18018, 18020, 18022, 18024, 18026, 18028-18029, 18033, 18035, 18037-18040, 18042, 18044-18059, 18061-18071

**Workman Family (PEX 19000 Series)**
19000-19002, 19009-19011, 19013, 19016-19018, 19021-19022, 19025-19026, 19028-19029, 19031-19036, 19042, 19044, 19046, 19049, 19051, 19053-19061, 19063, 19065, 19067, 19069-19070, 19073-19074, 19076, 19078-19094, 19097-19098, 19100, 19106, 19108, 19119-19127, 19129, 19131-19132, 19134-19140, 19142-19144, 19146-19164, 19166-19169

**Plaintiffs' Gov't Psychological Exam Videos (PEX 20000 Series)**
20000-20008, 20010-20017, 20019-20030

**GOVERNMENT COMMON DAMAGES MATERIALS**
374, 381-403, 678

**BRADEN FAMILY (GOVERNMENT)**
408-409, 412-413, 416, 423-425, 427

**BROWN (GOVERNMENT)**
432-433

**UHL (GOVERNMENT)**
438

**COLBATH (GOVERNMENT)**
441, 444-446, 455-461, 464

**CORRIGAN (GOVERNMENT)**
468, 470, 474

**HOLCOMBE (GOVERNMENT)**
479, 485, 489, 493

**JOHNSON (GOVERNMENT)**
494

**MACIAS (GOVERNMENT)**
504-505, 508, 511

**MARSHALL (GOVERNMENT)**
516, 518, 520

**MCNULTY / MCKENZIE (GOVERNMENT)**
245-246, 523-524, 526, 529, 532-535, 537-539, 541-543, 800

**RIOS (GOVERNMENT)**
750, 801

**MOULTON (GOVERNMENT)**
251-253, 553-554, 557

**RAMIREZ / SOLIS (GOVERNMENT)**
560-561, 564, 566-589, 591-592, 595

**RODRIGUEZ (GOVERNMENT)**
599, 605-606, 611-612

**VIDAL (GOVERNMENT)**
615-616, 618-619, 622

**WARD / MCMAHAN (GOVERNMENT)**
626-629, 632, 635

**LOOKINGBILL (GOVERNMENT)**
257-258, 638, 640-641, 644

**WARDEN (GOVERNMENT)**
648-651, 656

**WORKMAN (GOVERNMENT)**
249, 661, 665, 668, 670, 672, 675, 679-681, 684, 688, 691-695, 697, 699, 713-714, 717-724, 780, 783

**CURNOW (GOVERNMENT)**
None

**LEARNED TREATISES, PERIODICALS, OR PAMPHLETS (GOVERNMENT)**
None

Ashley C. Hoff
United States Attorney

By: */s/ James Dingivan*
James Dingivan
Assistant United States Attorney
Texas Bar No. 24094139
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
Telephone: (210) 384-7372
Fax: (210) 384-7312
James.dingivan@usdoj.gov
Attorneys for Defendant
United States of America


/s/ Jamal K. Alsaffar
Jamal K. Alsaffar
JAlsaffar@nationaltriallaw.com
Texas Bar No. 24027193
Whitehurst, Harkness, Brees, Cheng, Alsaffar & Higginbotham & Jacob PLLC
7500 Rialto Blvd, Bldg. Two, Ste 250
Austin, TX 78735
Office 512-476-4346
Fax 512-476-4400
Counsel filing on behalf of all PLAINTIFFS

## Certificate of Service

I certify that the foregoing was filed through the Court's CM/ECF system on October 4, 2021, and the following counsel for the United States have received notice and been served through that system.

/s/ Jamal K. Alsaffar
**Jamal K. Alsaffar**

BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division

MARY KRUGER, Civil Chief
United States Attorney's Office
Western District of Texas

ASHLEY C. HOFF
United States Attorney
Western District of Texas

JAMES G. TOUHEY, JR.
Director, Torts Branch
United States Dept. of Justice
Civil Division

KIRSTEN WILKERSON
Assistant Director, Torts Branch
United States Dept. of Justice
Civil Division

JOCELYN KRIEGER
Trial Attorney, Torts Branch
United States Dept. of Justice
Civil Division

PAUL DAVID STERN
Trial Attorney, Torts Branch
United States Dept. of Justice
Civil Division

JAMES E. DINGIVAN
Assistant United States Attorney

CLAYTON R. DIEDRICHS
Assistant United States Attorney

JACQUELYN M. CHRISTILLES
Assistant United States Attorney

JIM F. GILLIGAN
Assistant United States Attorney