IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HOLCOMBE, et. al,<br><br>Plaintiffs<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant | NO. 5:18-CV-00555-XR<br>(consolidated cases) |

**ORDER REFERRING CASE TO MEDIATION**

The Court, having considered the Plaintiffs' Motion, L.R. CV-88 regarding Alternative Dispute Resolution and its underlying objectives, as well as any other evidence or arguments the Court hereby:

**ORDERS THESE CONSOLIDATED CASES ARE REFERRED TO UNITED STATES MAGISTRATE JUDGE _____ FOR MEDIATION DURING THE WEEK OF OCTOBER 25, 2021; AND THE COURT FURTHER**

ORDERS that counsel and party representatives shall conduct the mediation in good faith, whether remotely or in person, so long as all necessary individuals with authority to negotiate a settlement are available to meaningfully participate.

ORDERS that the trial in this matter will not be continued and will proceed as planned on the Court's current calendar.

It is so ORDERED.

SIGNED on this _____ day of _____, 2021.

_____
HON. JUDGE XAVIER RODRIGUEZ
