UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOE HOLCOMBE, INDIVIDUALLY, AS § <br> HEIRS AT LAW AND AS § <br> REPRESENTATIVES OF THE ESTATE § <br> OF JOHN BRYAN HOLCOMBE, § <br> DECEASED; AND CLARYCE § <br> HOLCOMBE, INDIVIDUALLY, AS § <br> HEIRS AT LAW AND AS § <br> REPRESENTATIVES OF THE ESTATE <br> OF JOHN BRYAN HOLCOMBE, <br> DECEASED; <br>      *Plaintiffs,* <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br>      *Defendant.* | Case No.  SA-18-CV-00555-XR |

## ORDER SETTING TELECONFERENCE

Before the Court is the above-styled and numbered cause of action, which on October 22, 2021, was referred to the undersigned to determine whether mediation would be appropriate at this time. Thus, the undersigned will hold a teleconference. One attorney for Plaintiffs and one attorney for Defendant is required to participate in the teleconference. The participants in the teleconference should be prepared to discuss their positions on whether a mediation could be productive at this juncture and their positions regarding the structure and schedule for any mediation.

**IT IS THEREFORE ORDERED** that this case is set for a conference at 2:30 p.m. on **Tuesday, October 26, 2021. The parties are instructed to appear by phone for the conference.**

The contact information for the conference is as follows:

\*\*Please call in 5 minutes prior to start of hearing.\*\*

1

1. Toll free number:  888-808-6929

2. Access code: 9923187

3. Participant Security Code: 102621

If there are questions regarding the telephonic appearance, the parties should contact Valeria Sandoval, Courtroom Deputy, at [txwdml_chambers_sa_judgechestney@txwd.uscourts.gov](mailto:txwdml_chambers_sa_judgechestney@txwd.uscourts.gov).

The use of speaker phones is prohibited during a telephonic appearance.  Additionally, because earlier hearings in other cases may be in progress at the time attorneys call in for their scheduled conference, attorneys should call in with their phones on "mute" and wait for the Courtroom Deputy to address them before they speak.

SIGNED this 25th day of October, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE