UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JOE HOLCOMBE, CLARYCE § 
HOLCOMBE, MARGARETTE VIDAL, § CIVIL NO:
MONICA SHABBIR, ROBERT VIDAL, § SA:18-CV-00555-XR
RAMIRO VIDAL, JR., CHARLENE UHL, §
GARY RAMSEY, RONALD RAMSEY, JR., §
LISA MCNULTY, KATI WALL, REGINA
AMADOR, JOSE RODRIGUEZ,
GUADALUPE RODRIGUEZ,
CHRISTOPHER WARD, FARIDA BROWN,
DEANNA STATON, JAMES GRAHAM,
DENNIS JOHNSON, JR., MICHAEL
JOHNSON, CHRISTOPHER JOHNSON,
KRIS WORKMAN, DAVID COLBATH,
KYLE WORKMAN, MORGAN HARRIS,
MARGARET MCKENZIE, DEBORAH
BRADEN, ELIZABETH BRADEN,
BENJAMIN CORRIGAN, PRESTON
CORRIGAN, KARA BOYD (MARSHALL),
MARTINA PACHAL, ZACHARY POSTON,
JIMMY STEVENS, JENNIFER RACEY
(WARDEN), PATSY MCCAIN, DALIA
LOOKINGBILL, ROSANNE SOLIS,
JOAQUIN RAMIREZ, FRED CURNOW,
KATHLEEN CURNOW, CHANCIE
MCMAHAN, SCOTT HOLCOMBE, KIP
WORKMAN, JULIE WORKMAN, COLBEY
WORKMAN, JOHN PORTER HOLCOMBE,
II, DONNA WHITE, ROBERT BRADEN,
REBECCA METCALF BRADEN, BRENDA
MOULTON, JESSICA MOULTON,
WILLIAM LANE ., JENNIFER MACIAS

vs.

UNITED STATES OF AMERICA, RUBEN
D RIOS JR., RUBEN D. RIOS, JR.,
MICHAEL KELLEY, REBECCA KELLEY,
SHRIDHAR VASIREDDY

# LIST OF WITNESSES

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| 1. DR. H. David feltoon PhD (11/1/21) | 1. Dr. Michael Kosnett (11/8/21) |
| 2. Dr. Angel M. Roman MD (11/1/21) | 2. Dr. Danielle Becker (11/8/21) |
| 3. Dr. Robert Todd (11/2/21) | 3. Dr. Samuel Lundstrom (11/9/21) |
| 4. Dr. Christopher Ticknor (11/3/21) | 4. Dr. Jennifer Canter (11/9/21) |
| 5. Dr. Robert Altman (11/3/21) | 5. Dr. Brian Marx (11/10/21) |
| 6. Dr. Joe Gonzales (11/4/21) | 6. Dr. James Scott (11/12/21) |
| 7. Dr. Keith W. Fairchild (11/4/21) | 7. Dr. Amy MacKenzie (11/12/21) |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |