# Exhibit # 1

*Summary of Phone Calls Between Plaintiff Rios and Tara McNulty in PEX 12082*

| Mobility Section - Individual Calls Between <u>337-202-9203</u> and <u>855-313-5636</u> from 03/17/2015 to 11/05/2017 Greater than Ten Minutes[1] | | | | |
|---|---|---|---|---|
| Call & Page Number | Item | Date | Connected Time | Elapsed Call Time (ET) |
| 1 – 21 | 367 | 03/24/15 | 13:19:24 | 14:48 |
| 2 – 21 | 368 | 03/24/15 | 13:34:38 | 11:22 |
| 3 – 22 | 371 | 03/24/15 | 14:34:47 | 14:51 |
| 4 – 23 | 401 | 03/25/15 | 13:58:19 | 14:39 |
| 5 – 23 | 402 | 03/25/15 | 14:13:30 | 14:36 |
| 6 – 27 | 468 | 03/26/15 | 01:07:24 | 14:33 |
| 7 – 27 | 469 | 03/26/15 | 01:22:24 | 14:32 |
| 8 – 27 | 470 | 03/26/15 | 01:37:21 | 14:38 |
| 9 – 28 | 477 | 03/26/15 | 14:09:12 | 14:26 |
| 10 – 31 | 537 | 03/27/15 | 14:22:09 | 14:26 |
| 11 – 31 | 538 | 03/27/15 | 14:36:58 | 14:39 |
| 12 – 37 | 644 | 03/29/15 | 18:19:00 | 14:44 |
| 13 – 37 | 645 | 03/29/15 | 18:34:54 | 14:47 |
| 14 – 38 | 654 | 03/30/15 | 03:06:25 | 14:39 |
| 15 – 38 | 655 | 03/30/15 | 13:14:42 | 14:50 |
| 16 – 41 | 702 | 03/31/15 | 14:03:46 | 14:37 |
| 17 – 41 | 703 | 03/31/15 | 14:19:06 | 14:53 |
| 18 – 43 | 746 | 04/01/15 | 14:55:10 | 15:16 |
| 19 – 362 | 6205 | 10/21/15 | 19:37:11 | 14:42 |

[1] *See* PEX 12082-00007 to PEX 12082-001352

| 20 – 362 | 6206 | 10/21/15 | 19:52:40 | 14:45 |
|---|---|---|---|---|
| 21 – 363 | 6231 | 10/22/15 | 17:01:12 | 14:36 |
| 22 – 363 | 6232 | 10/22/15 | 17:16:11 | 14:40 |
| 23 – 364 | 6247 | 10/23/15 | 17:17:32 | 14:36 |
| 24 – 364 | 6248 | 10/23/15 | 17:32:32 | 14:30 |
| 25 – 364 | 6249 | 10/23/15 | 17:47:26 | 12:49 |
| 26 – 367 | 6297 | 10/26/15 | 16:40:10 | 14:29 |
| 27 – 367 | 6298 | 10/26/15 | 16:55:00 | 14:25 |
| 28 – 367 | 6299 | 10/26/15 | 17:09:50 | 14:28 |
| 29 – 367 | 6300 | 10/26/15 | 17:25:40 | 14:33 |
| 30 – 370 | 6350 | 10/27/15 | 18:41:01 | 14:21 |
| 31 – 370 | 6351 | 10/27/15 | 18:56:01 | 14:28 |
| 32 – 370 | 6352 | 10/27/15 | 19:11:51 | 14:30 |
| 33 – 370 | 6353 | 10/27/15 | 19:26:43 | 14:30 |
| 34 – 371 | 6354 | 10/27/15 | 19:41:50 | 14:28 |
| 35 – 371 | 6367 | 10/28/15 | 16:31:40 | 14:29 |
| 36 – 372 | 6381 | 10/29/15 | 17:25:14 | 14:33 |
| 37 – 372 | 6382 | 10/29/15 | 17:40:23 | 14:29 |
| 38 – 374 | 6403 | 10/30/15 | 16:37:19 | 14:26 |
| 39 – 374 | 6404 | 10/30/15 | 16:52:05 | 14:30 |
| 40 – 374 | 6405 | 10/30/15 | 17:07:05 | 14:32 |
| 41 – 375 | 6429 | 10/31/15 | 16:24:32 | 14:24 |

| 42 – 375 | 6430 | 10/31/15 | 16:39:20 | 14:24 |
|---|---|---|---|---|
| 43 – 375 | 6435 | 10/31/15 | 16:54:04 | 14:36 |
| 44 – 377 | 6463 | 11/02/15 | 17:38:08 | 14:28 |
| 45 – 377 | 6464 | 11/02/15 | 17:52:58 | 14:35 |
| 46 – 378 | 6465 | 11/02/15 | 18:07:54 | 14:29 |
| 47 – 378 | 6468 | 11/02/15 | 18:23:29 | 14:34 |
| 48 – 379 | 6478 | 11/03/15 | 17:52:31 | 14:27 |
| 49 – 379 | 6480 | 11/03/15 | 18:07:26 | 14:34 |
| 50 – 381 | 6534 | 11/05/15 | 15:50:28 | 14:30 |
| 51 – 381 | 6535 | 11/05/15 | 16:05:41 | 14:37 |
| 52 – 382 | 6536 | 11/05/15 | 16:21:54 | 14:46 |
| 53 – 383 | 6564 | 11/07/15 | 14:03:43 | 14:26 |
| 54 – 383 | 6565 | 11/07/15 | 14:18:35 | 14:34 |
| 55 – 384 | 6583 | 11/08/15 | 17:45:09 | 14:46 |
| 56 – 384 | 6584 | 11/08/15 | 19:12:50 | 14:31 |
| 57 – 384 | 6585 | 11/08/15 | 19:27:44 | 14:44 |
| 58 – 385 | 6595 | 11/08/15 | 20:17:54 | 14:55 |
| 59 – 385 | 6597 | 11/08/15 | 20:33:14 | 14:40 |
| 60 – 385 | 6601 | 11/09/15 | 15:09:01 | 14:42 |
| 61 – 385 | 6602 | 11/09/15 | 15:24:17 | 14:53 |
| 62 – 385 | 6605 | 11/09/15 | 18:02:33 | 14:51 |
| 63 – 386 | 6612 | 11/10/15 | 15:20:47 | 14:33 |
| 64 – 386 | 6614 | 11/10/15 | 15:35:47 | 14:42 |

| 65 – 386 | 6616 | 11/10/15 | 17:41:36 | 14:47 |
| 66 – 386 | 6617 | 11/10/15 | 17:56:45 | 14:43 |
| 67 – 387 | 6627 | 11/11/15 | 15:39:48 | 14:42 |
| 68 – 387 | 6628 | 11/11/15 | 15:54:52 | 14:39 |
| 69 – 387 | 6632 | 11/12/15 | 16:26:35 | 14:38 |
| 70 – 387 | 6634 | 11/12/15 | 17:45:30 | 14:38 |
| 71 – 387 | 6635 | 11/12/15 | 18:00:31 | 14:48 |
| 72 – 388 | 6648 | 11/13/15 | 15:36:53 | 14:35 |
| 73 – 388 | 6649 | 11/13/15 | 15:51:50 | 14:32 |
| 74 – 389 | 6660 | 11/13/15 | 18:06:23 | 14:47 |
| 75 – 390 | 6671 | 11/14/15 | 17:28:28 | 14:42 |
| 76 – 391 | 6694 | 11/16/15 | 16:22:27 | 14:36 |
| 77 – 391 | 6695 | 11/16/15 | 17:49:07 | 14:41 |
| 78 – 392 | 6696 | 11/16/15 | 18:04:12 | 14:42 |
| 79 – 393 | 6720 | 11/18/15 | 15:19:06 | 14:38 |
| 80 – 393 | 6721 | 11/18/15 | 15:34:06 | 14:29 |
| 81 – 393 | 6722 | 11/18/15 | 15:50:37 | 14:37 |
| 82 – 395 | 6753 | 11/20/15 | 20:14:30 | 14:25 |
| 83 –  395 | 6754 | 11/20/15 | 20:34:59 | 14:41 |
| 84 – 396 | 6752 | 11/21/15 | 17:27:02 | 14:34 |
| 85 – 396 | 6773 | 11/21/15 | 17:42:00 | 14:40 |
| 86 – 396 | 6776 | 11/21/15 | 19:22:28 | 14:42 |
| 87 – 397 | 6797 | 11/23/15 | 16:04:34 | 14:28 |
| 88 – 398 | 6798 | 11/23/15 | 16:19:23 | 14:35 |

| 89 – 398 | 6799 | 11/23/15 | 16:37:29 | 11:32 |
|---|---|---|---|---|
| 90 – 402 | 6876 | 11/24/15 | 15:47:30 | 14:38 |
| 91 – 402 | 6877 | 11/24/15 | 16:02:30 | 14:31 |
| 92 – 402 | 6878 | 11/24/15 | 16:17:23 | 14:30 |
| 93 – 403 | 6898 | 11/25/15 | 16:03:40 | 14:35 |
| 94 – 403 | 6899 | 11/25/15 | 16:18:40 | 14:33 |
| 95 – 403 | 6900 | 11/25/15 | 16:34:34 | 14:34 |
| 96 – 403 | 6904 | 11/26/15 | 15:18:34 | 14:38 |
| 97 – 403 | 6905 | 11/26/15 | 15:34:40 | 14:24 |
| 98 – 403 | 6906 | 11/26/15 | 15:49:29 | 14:35 |
| 99 – 404 | 6920 | 11/26/15 | 23:51:34 | 15:03 |
| 100 – 404 | 6923 | 11/27/15 | 16:05:47 | 14:24 |
| 101 – 405 | 6924 | 11/27/15 | 16:20:38 | 14:40 |
| 102 – 405 | 6933 | 11/28/15 | 12:21:18 | 14:34 |
| 103 – 405 | 6935 | 11/28/15 | 18:46:42 | 14:35 |
| 104 – 405 | 6936 | 11/28/15 | 19:01:43 | 14:46 |
| 105 – 406 | 6945 | 11/30/15 | 15:53:28 | 14:33 |
| 106 – 406 | 6946 | 11/30/15 | 16:08:26 | 14:25 |
| 107 – 406 | 6947 | 11/30/15 | 16:24:37 | 14:37 |
| 108 – 407 | 6955 | 12/01/15 | 14:30:16 | 14:35 |
| 109 – 407 | 6956 | 12/01/15 | 14:45:24 | 14:24 |
| 110 – 407 | 6957 | 12/01/15 | 15:00:13 | 14:40 |
| 111 – 407 | 6971 | 12/02/15 | 14:32:05 | 14:34 |

| 112 – 408 | 6972 | 12/02/15 | 14:47:11 | 14:41 |
|---|---|---|---|---|
| 113 – 408 | 6974 | 12/02/15 | 15:04:30 | 14:52 |
| 114 – 408 | 6975 | 12/02/15 | 15:19:50 | 14:33 |
| 115 – 408 | 6977 | 12/03/15 | 14:41:16 | 14:28 |
| 116 – 408 | 6978 | 12/03/15 | 14:56:09 | 14:54 |
| 117 – 409 | 6992 | 12/04/15 | 20:01:18 | 14:27 |
| 118 – 409 | 7001 | 12/05/15 | 03:06:00 | 14:49 |
| 119 – 410 | 7006 | 12/05/15 | 15:14:09 | 14:31 |
| 120 – 410 | 7007 | 12/05/15 | 15:29:15 | 15:05 |
| 121 – 412 | 7053 | 12/07/15 | 14:09:52 | 14:46 |
| 122 – 413 | 7057 | 12/07/15 | 15:00:44 | 14:51 |
| 123 – 413 | 7070 | 12/08/15 | 15:08:09 | 14:47 |
| 124 – 413 | 7072 | 12/08/15 | 15:39:38 | 14:42 |
| 125 – 414 | 7089 | 12/09/15 | 14:14:02 | 14:33 |
| 126 – 414 | 7090 | 12/09/15 | 14:28:57 | 14:45 |
| 127 – 414 | 7091 | 12/09/15 | 14:44:05 | 14:37 |
| 128 – 416 | 7119 | 12/10/15 | 13:52:00 | 14:30 |
| 129 – 416 | 7122 | 12/10/15 | 14:07:01 | 14:46 |
| 130 – 416 | 7123 | 12/10/15 | 14:22:13 | 15:03 |
| 131 – 418 | 7141 | 12/12/15 | 00:39:45 | 14:38 |
| 132 – 418 | 7142 | 12/12/15 | 00:54:43 | 14:30 |
| 133 – 418 | 7147 | 12/12/15 | 14:29:08 | 14:32 |
| 134 – 418 | 7148 | 12/12/15 | 14:44:23 | 14:52 |

| 135 – 418 | 7149 | 12/12/15 | 14:59:40 | 14:43 |
| 136 – 419 | 7167 | 12/14/15 | 14:36:01 | 14:35 |
| 137 – 419 | 7168 | 12/14/15 | 14:51:07 | 14:59 |
| 138 – 420 | 7178 | 12/15/15 | 14:00:55 | 14:41 |
| 139 – 420 | 7179 | 12/15/15 | 14:16:07 | 14:48 |
| 140 – 421 | 7190[2] | 12/16/15 | 14:34:50 | 14:51 |
| 141 – 421 | 7192[3] | 12/16/15 | 14:52:22 | 12:46 |
| 142 – 421 | 7193[4] | 12/16/15 | 15:07:53 | 14:33 |
| 143 – 421 | 7200 | 12/17/15 | 16:20:01 | 14:31 |
| 144 – 421 | 7201 | 12/17/15 | 16:35:07 | 14:57 |
| 145 – 421 | 7202 | 12/17/15 | 16:50:39 | 14:37 |
| 146 – 422 | 7214 | 12/18/15 | 14:15:46 | 14:41 |
| 147 – 422 | 7216 | 12/18/15 | 14:31:00 | 13:12 |
| 148 – 422 | 7218 | 12/18/15 | 14:44:48 | 11:45 |
| 149 – 423 | 7231 | 12/19/15 | 13:14:20 | 14:32 |
| 150 – 423 | 7232 | 12/19/15 | 13:29:27 | 14:40 |
| 151 – 424 | 7250 | 12/21/15 | 13:58:35 | 14:46 |
| 152 – 424 | 7251 | 12/21/15 | 14:13:52 | 14:42 |
| 153 – 424 | 7252 | 12/22/15 | 13:11:28 | 14:54 |
| 154 – 425 | 7259 | 12/22/15 | 17:04:47 | 14:33 |
| 155 – 425 | 7264 | 12/23/15 | 14:24:18 | 14:52 |

[2]Part of the Item number is redacted in PEX 12082-00427. The full number is apparent though when compared to other Item numbers in the list.
[3]*Id.*
[4]*Id.*

| 156 – 425 | 7265 | 12/23/15 | 14:39:45 | 14:43 |
|---|---|---|---|---|
| 157 – 426 | 7283 | 12/24/15 | 18:56:45 | 14:35 |
| 158 – 426 | 7286 | 12/24/15 | 19:11:56 | 14:04 |
| 159 – 426 | 7287 | 12/24/15 | 19:26:36 | 14:48 |
| 160 – 428 | 7306 | 12/25/15 | 17:38:40 | 15:04 |
| 161 – 428 | 7308 | 12/26/15 | 04:45:54 | 15:06 |
| 162 – 429 | 7322 | 12/26/15 | 19:26:29 | 15:09 |
| 163 – 430 | 7350 | 12/28/15 | 05:24:43 | 15:10 |
| 164 – 431 | 7355 | 12/28/15 | 13:53:02 | 14:49 |
| 165 – 431 | 7359 | 12/28/15 | 19:32:51 | 14:51 |
| 166 – 431 | 7362 | 12/29/15 | 13:00:39 | 14:40 |
| 167 – 432 | 7370 | 12/30/15 | 02:41:53 | 14:38 |
| 168 – 432 | 7371 | 12/30/15 | 02:57:03 | 15:16 |
| 169 – 432 | 7373 | 12/30/15 | 19:09:02 | 13:40 |
| 170 – 432 | 7382 | 12/30/15 | 19:35:17 | 14:53 |
| 171 – 433 | 7401 | 12/31/15 | 19:08:32 | 14:47 |
| 172 – 433 | 7402 | 12/31/15 | 19:23:43 | 15:04 |
| 173 – 434 | 7406 | 01/01/16 | 19:11:21 | 14:38 |
| 174 – 434 | 7407 | 01/01/16 | 19:27:47 | 14:50 |
| 175 – 434 | 7412 | 01/02/16 | 19:30:50 | 13:21 |
| 176 – 436 | 7433 | 01/05/16 | 18:44:24 | 14:41 |
| 177 – 436 | 7434 | 01/05/16 | 18:59:35 | 14:33 |
| 178 – 436 | 7435 | 01/05/16 | 19:14:35 | 15:00 |

| 179 – 437 | 7458 | 01/07/16 | 14:20:58 | 14:45 |
| 180 – 437 | 7459 | 01/07/16 | 14:36:19 | 15:13 |
| 181 – 439 | 7480 | 01/09/16 | 19:05:10 | 14:29 |
| 182 – 439 | 7481 | 01/09/16 | 19:20:10 | 14:52 |
| 183 – 440 | 7498 | 01/12/16 | 14:16:52 | 14:32 |
| 184 – 440 | 7499 | 01/12/16 | 14:32:04 | 14:51 |
| 185 – 441 | 7523 | 01/14/16 | 14:17:42 | 14:28 |
| 186 – 441 | 7524 | 01/14/16 | 14:32:30 | 14:49 |
| 187 – 443 | 7547 | 01/16/16 | 13:34:09 | 14:39 |
| 188 – 444 | 7570 | 01/18/16 | 14:31:13 | 15:10 |
| 189 – 446 | 7596 | 01/19/16 | 18:00:25 | 14:40 |
| 190 – 446 | 7597 | 01/19/16 | 18:15:33 | 14:45 |
| 191 – 448 | 7649 | 01/21/16 | 14:24:50 | 14:28 |
| 192 – 449 | 7650 | 01/21/16 | 14:39:42 | 14:52 |
| 193 – 452 | 7713 | 01/23/16 | 14:04:45 | 14:28 |
| 194 – 452 | 7714 | 01/23/16 | 14:20:00 | 14:45 |
| 195 – 456 | 7775 | 01/26/16 | 17:59:32 | 14:28 |
| 196 – 456 | 7776 | 01/26/16 | 18:15:10 | 14:53 |
| 197 – 456 | 7785 | 01/27/16 | 14:27:24 | 14:50 |
| 198 – 456 | 7786 | 01/27/16 | 14:42:40 | 14:35 |
| 199 – 458 | 7817 | 01/28/16 | 15:02:45 | 14:32 |
| 200 – 458 | 7818 | 01/28/16 | 15:17:44 | 15:01 |
| 201 – 461 | 7869 | 01/30/16 | 18:57:38 | 14:31 |

| 202 – 461 | 7870 | 01/30/16 | 19:12:30 | 15:16 |
| 203 – 465 | 7930 | 02/02/16 | 14:24:28 | 14:37 |
| 204 – 465 | 7932 | 02/02/16 | 14:39:34 | 14:52 |
| 205 – 468 | 7994 | 02/04/16 | 14:16:47 | 11:33 |
| 206 – 469 | 8007 | 02/04/16 | 17:52:01 | 14:49 |
| 207 – 474 | 8109 | 02/06/16 | 19:05:58 | 14:26 |
| 208 – 474 | 8110 | 02/06/16 | 19:20:52 | 14:58 |
| 209 – 478 | 8188 | 02/09/16 | 14:23:43 | 14:33 |
| 210 – 479 | 8192 | 02/09/16 | 14:38:44 | 15:13 |
| 211 – 485 | 8319 | 02/12/16 | 05:03:18 | 14:38 |
| 212 – 486 | 8335 | 02/12/16 | 18:31:18 | 14:44 |
| 213 – 486 | 8336 | 02/12/16 | 18:46:43 | 14:39 |
| 214 – 486 | 8337 | 02/12/16 | 19:01:43 | 15:13 |
| 215 – 489 | 8390 | 02/14/16 | 18:34:22 | 14:51 |
| 216 – 489 | 8395 | 02/14/16 | 19:32:23 | 14:45 |
| 217 – 491 | 8433 | 02/16/16 | 12:14:29 | 14:33 |
| 218 – 492 | 8437 | 02/16/16 | 12:29:26 | 14:49 |
| 219 – 494 | 8486 | 02/18/16 | 12:15:34 | 14:24 |
| 220 – 494 | 8487 | 02/18/16 | 12:32:18 | 15:03 |
| 221 – 499 | 8576 | 02/20/16 | 12:48:53 | 14:47 |
| 222 – 506 | 8707 | 02/23/16 | 12:16:54 | 14:36 |
| 223 – 506 | 8708 | 02/23/16 | 12:32:12 | 14:36 |
| 224 – 509 | 8761 | 02/25/16 | 12:43:01 | 14:55 |

| | | | | |
|---|---|---|---|---|
| 225 – 510 | 8778 | 02/26/16 | 12:14:19 | 14:28 |
| 226 – 515 | 8853 | 02/29/16 | 12:30:05 | 14:46 |
| 227 – 526 | 9057 | 03/05/16 | 02:15:30 | 11:44 |
| 228 – 528 | 9100 | 03/05/16 | 19:11:36 | 14:28 |
| 229 – 533 | 9187 | 03/09/16 | 12:16:35 | 14:31 |
| 230 – 533 | 9191 | 03/09/16 | 12:31:23 | 14:37 |
| 231 – 543 | 9371 | 03/14/16 | 02:23:32 | 15:00 |
| 232 – 543 | 9372 | 03/14/16 | 02:41:09 | 15:17 |
| 233 – 543 | 9376 | 03/14/16 | 16:42:59 | 14:29 |
| 234 – 543 | 9377 | 03/14/16 | 16:57:58 | 14:55 |
| 235 – 546 | 9430 | 03/16/16 | 11:11:34 | 14:31 |
| 236 – 546 | 9431 | 03/16/16 | 11:26:36 | 14:41 |
| 237 – 549 | 9486 | 03/18/16 | 11:15:47 | 14:43 |
| 238 – 550 | 9490 | 03/18/16 | 11:31:11 | 14:59 |
| 239 – 555 | 9583 | 03/21/16 | 11:16:16 | 12:29 |
| 240 – 555 | 9584 | 03/21/16 | 12:06:25 | 14:45 |
| 241 – 558 | 9638 | 03/23/16 | 11:12:46 | 14:53 |
| 242 – 560 | 9675 | 03/24/16 | 11:19:30 | 14:55 |
| 243 – 562 | 9708 | 03/25/16 | 11:18:02 | 14:45 |
| 244 – 562 | 9712 | 03/25/16 | 11:33:20 | 14:47 |
| 245 – 565 | 9763 | 03/28/16 | 11:15:22 | 14:46 |
| 246 – 565 | 9764 | 03/28/16 | 11:30:34 | 14:31 |
| 247 – 567 | 9815 | 03/30/16 | 11:16:31 | 14:30 |

| 248 – 567 | 9816 | 03/30/16 | 11:31:30 | 14:51 |
|---|---|---|---|---|
| 249 – 580 | 10039 | 04/04/16 | 18:06:48 | 14:54 |
| 250 – 584 | 10119 | 04/07/16 | 02:39:00 | 15:34 |
| 251 – 584 | 10120 | 04/07/16 | 02:57:32 | 13:10 |
| 252 – 585 | 10136 | 04/08/16 | 11:16:01 | 14:36 |
| 253 – 585 | 10137 | 04/08/16 | 11:31:17 | 14:30 |
| 254 – 589 | 10217 | 04/11/16 | 11:14:16 | 14:38 |
| 255 – 589 | 10218 | 04/11/16 | 11:29:30 | 14:50 |
| 256 – 592 | 10260 | 04/13/16 | 11:16:48 | 14:55 |
| 257 – 596 | 10333 | 04/15/16 | 11:19:13 | 14:30 |
| 258 – 596 | 10334 | 04/15/16 | 11:34:12 | 14:53 |
| 259 – 599 | 10393 | 04/16/16 | 23:17:09 | 14:40 |
| 260 – 599 | 10400 | 04/17/16 | 00:33:53 | 14:45 |
| 261 – 600 | 10411 | 04/17/16 | 05:35:24 | 14:48 |
| 262 – 601 | 10432 | 04/17/16 | 23:43:52 | 14:32 |
| 263 – 602 | 10442 | 04/18/16 | 00:11:29 | 14:38 |
| 264 – 602 | 10445 | 04/18/16 | 11:15:08 | 14:30 |
| 265 – 602 | 10446 | 04/18/16 | 11:30:02 | 14:47 |
| 266 – 605 | 10509 | 04/20/16 | 11:31:07 | 15:03 |
| 267 – 611 | 10604 | 04/22/16 | 11:30:01 | 10:21 |
| 268 – 614 | 10663 | 04/23/16 | 17:08:34 | 14:55 |
| 269 – 618 | 10733 | 04/25/16 | 11:17:07 | 14:36 |
| 270 – 618 | 10734 | 04/25/16 | 11:32:05 | 14:44 |

| 271 – 622 | 10814 | 04/27/16 | 11:13:01 | 14:48 |
| 272 – 626 | 10877 | 04/29/16 | 11:23:37 | 14:27 |
| 273 – 626 | 10878 | 04/29/16 | 11:38:28 | 14:55 |
| 274 – 634 | 11034 | 05/02/16 | 11:14:34 | 14:24 |
| 275 – 634 | 11035 | 05/02/16 | 11:29:33 | 12:09 |
| 276 – 637 | 11081 | 05/02/16 | 17:00:39 | 15:19 |
| 277 – 638 | 11097 | 05/03/16 | 11:09:50 | 15:01 |
| 278 – 639 | 11128 | 05/04/16 | 11:14:12 | 14:42 |
| 279 – 639 | 11129 | 05/04/16 | 11:29:29 | 14:25 |
| 280 – 644 | 11203 | 05/06/16 | 11:10:25 | 14:31 |
| 281 – 650 | 11323 | 05/09/16 | 11:26:53 | 14:19 |
| 282 – 650 | 11324 | 05/09/16 | 11:41:37 | 14:29 |
| 283 – 653 | 11375 | 05/11/16 | 11:16:07 | 14:14 |
| 284 – 653 | 11376 | 05/11/16 | 11:30:51 | 14:57 |
| 285 – 657 | 11455 | 05/13/16 | 11:06:40 | 14:11 |
| 286 – 657 | 11456 | 05/13/16 | 11:21:24 | 14:38 |
| 287 – 657 | 11457 | 05/13/16 | 11:36:41 | 14:33 |
| 288 – 659 | 11492 | 05/14/16 | 01:09:42 | 14:22 |
| 289 – 660 | 11497 | 05/14/16 | 01:36:24 | 14:40 |
| 290 – 661 | 11512 | 05/14/16 | 12:02:04 | 14:27 |
| 291 – 664 | 11570 | 05/15/16 | 11:05:48 | 14:30 |
| 292 – 664 | 11584 | 05/16/16 | 11:15:18 | 10:28 |
| 293 – 665 | 11586 | 05/16/16 | 11:30:08 | 14:39 |

| 294 – 668 | 11649 | 05/17/16 | 11:15:11 | 14:36 |
|---|---|---|---|---|
| 295 – 669 | 11661 | 05/18/16 | 11:14:18 | 14:41 |
| 296 – 670 | 11690 | 05/19/16 | 11:13:27 | 14:39 |
| 297 – 670 | 11691 | 05/19/16 | 11:28:35 | 14:30 |
| 298 – 678 | 11828 | 05/23/16 | 11:14:53 | 14:19 |
| 299 – 678 | 11829 | 05/23/16 | 11:29:56 | 14:31 |
| 300 – 680 | 11860 | 05/24/16 | 11:12:22 | 14:36 |
| 301 – 685 | 11948 | 05/26/16 | 11:14:52 | 14:25 |
| 302 – 685 | 11949 | 05/26/16 | 11:29:54 | 14:34 |
| 303 – 687 | 11988 | 05/27/16 | 11:13:39 | 14:27 |
| 304 – 697 | 12167 | 05/31/16 | 11:18:44 | 14:12 |
| 305 – 697 | 12168 | 05/31/16 | 11:33:22 | 14:22 |
| 306 – 701 | 12233 | 06/01/16 | 11:13:39 | 14:23 |
| 307 – 701 | 12234 | 06/01/16 | 11:28:47 | 14:36 |
| 308 – 704 | 12294 | 06/02/16 | 02:09:02 | 14:28 |
| 309 – 704 | 12295 | 06/02/16 | 02:23:53 | 14:50 |
| 310 – 705 | 12312 | 06/03/16 | 11:17:58 | 14:17 |
| 311 – 705 | 12314 | 06/03/16 | 11:32:47 | 14:50 |
| 312 – 709 | 12386 | 06/06/16 | 11:13:00 | 14:20 |
| 313 – 710 | 12387 | 06/06/16 | 11:27:48 | 14:41 |
| 314 – 723 | 12627 | 06/10/16 | 11:18:19 | 14:13 |
| 315 – 723 | 12628 | 06/10/16 | 11:33:01 | 14:41 |
| 316 – 728 | 12726 | 06/13/16 | 11:16:33 | 14:15 |

| | | | | |
|---|---|---|---|---|
| 317 – 729 | 12727 | 03/13/16 | 11:31:18 | 14:34 |
| 318 – 732 | 12781 | 06/14/16 | 11:14:30 | 14:36 |
| 319 – 735 | 12838 | 06/15/16 | 11:15:38 | 14:11 |
| 320 – 735 | 12839 | 06/15/16 | 11:30:15 | 14:25 |
| 321 – 739 | 12926 | 06/17/16 | 17:09:45 | 14:56 |
| 322 – 744 | 13006 | 06/20/16 | 11:04:08 | 14:26 |
| 323 – 744 | 13008 | 06/20/16 | 11:18:56 | 14:33 |
| 324 – 752 | 13152 | 06/22/16 | 11:02:23 | 14:13 |
| 325 – 752 | 13153 | 06/22/16 | 11:16:59 | 14:31 |
| 326 – 757 | 13251 | 06/24/16 | 11:10:24 | 14:40 |
| 327 – 763 | 13356 | 06/25/16 | 16:41:56 | 14:19 |
| 328 – 763 | 13357 | 06/25/16 | 15:56:52 | 15:04 |
| 329 – 766 | 13422 | 06/27/16 | 11:08:17 | 14:20 |
| 330 – 767 | 13423 | 06/27/16 | 11:23:11 | 14:41 |
| 331 – 771 | 13495 | 06/28/16 | 11:10:40 | 14:28 |
| 332 – 774 | 13560 | 06/29/16 | 11:13:35 | 14:39 |
| 333 – 778 | 13633 | 07/01/16 | 11:14:24 | 10:21 |
| 334 – 783 | 13723 | 07/05/16 | 11:14:52 | 14:30 |
| 335 – 785 | 13751 | 07/06/16 | 11:15:02 | 14:34 |
| 336 – 785 | 13752 | 07/06/16 | 11:30:06 | 14:34 |
| 337 – 787 | 13793 | 07/07/16 | 11:11:03 | 14:36 |
| 338 – 790 | 13859 | 07/08/16 | 11:23:49 | 14:14 |
| 339 – 790 | 13860 | 07/08/16 | 11:38:25 | 14:42 |

| 340 – 799 | 14016 | 07/11/16 | 11:23:30 | 14:27 |
| 341 – 800 | 14046 | 07/12/16 | 11:10:17 | 14:33 |
| 342 – 803 | 14104 | 07/13/16 | 02:58:15 | 14:43 |
| 343 – 804 | 14107 | 07/13/16 | 04:30:06 | 14:49 |
| 344 – 807 | 14159 | 07/14/16 | 03:10:21 | 14:49 |
| 345 – 808 | 14180 | 07/14/16 | 18:16:22 | 14:28 |
| 346 – 808 | 14185 | 07/15/16 | 11:13:04 | 14:16 |
| 347 – 808 | 14186 | 07/15/16 | 11:27:44 | 14:32 |
| 348 – 815 | 14309 | 07/19/16 | 17:16:12 | 14:20 |
| 349 – 815 | 14310 | 07/19/16 | 17:30:57 | 15:05 |
| 350 – 825 | 14498 | 07/25/16 | 21:12:48 | 14:35 |
| 351 – 827 | 14549 | 07/27/16 | 17:43:05 | 14:19 |
| 352 – 838 | 14754 | 07/30/16 | 17:34:47 | 14:47 |
| 353 – 838 | 14755 | 07/20/16 | 17:50:01 | 11:42 |
| 354 – 841 | 14799 | 08/01/16 | 12:02:48 | 14:14 |
| 355 – 841 | 14801 | 08/01/16 | 12:17:33 | 14:19 |
| 356 – 844 | 14849 | 08/03/16 | 12:11:34 | 14:20 |
| 357 – 844 | 14851 | 08/03/16 | 12:26:24 | 14:29 |
| 358 – 848 | 14923 | 08/05/16 | 12:00:24 | 14:15 |
| 359 – 848 | 14925 | 08/05/16 | 12:15:09 | 13:52 |
| 360 – 854 | 15022 | 08/09/16 | 11:10:57 | 14:12 |
| 361 – 854 | 15023 | 08/09/16 | 11:25:34 | 14:31 |
| 362 – 855 | 15046 | 08/10/16 | 11:57:15 | 14:13 |

| 363 – 855 | 15048 | 08/10/16 | 12:11:55 | 12:42 |
| 364 – 859 | 15121 | 08/12/16 | 12:34:23 | 14:30 |
| 365 – 859 | 15123 | 08/12/16 | 12:50:08 | 15:03 |
| 366 – 861 | 15161 | 08/14/16 | 17:11:39 | 14:14 |
| 367 – 861 | 15162 | 08/14/16 | 17:26:26 | 14:19 |
| 368 – 862 | 15170 | 08/15/16 | 11:09:32 | 14:23 |
| 369 – 862 | 15171 | 08/15/16 | 11:24:28 | 14:25 |
| 370 – 863 | 15196 | 08/17/16 | 11:08:45 | 14:36 |
| 371 – 866 | 15250 | 08/19/16 | 11:28:15 | 13:41 |
| 372 – 870 | 15309 | 08/22/16 | 11:17:36 | 14:14 |
| 373 – 870 | 15311 | 08/22/16 | 11:32:12 | 14:31 |
| 374 – 873 | 15363 | 08/24/16 | 11:08:24 | 14:27 |
| 375 – 873 | 15364 | 08/24/16 | 11:23:14 | 11:43 |
| 376 – 880 | 15486 | 08/29/16 | 11:07:31 | 14:15 |
| 377 – 880 | 15487 | 08/29/16 | 11:22:11 | 14:39 |
| 378 – 882 | 15512 | 08/30/16 | 11:10:14 | 14:39 |
| 379 – 884 | 15545 | 08/31/16 | 11:10:23 | 11:23 |
| 380 – 884 | 15549 | 08/31/16 | 11:25:17 | 12:54 |
| 381 – 892 | 15678 | 09/07/16 | 11:10:03 | 14:39 |
| 382 – 893 | 15684 | 09/07/16 | 17:30:42 | 13:10 |
| 383 – 894 | 15703 | 09/09/16 | 11:03:37 | 14:18 |
| 384 – 894 | 15704 | 09/09/16 | 11:18:16 | 14:27 |
| 385 – 897 | 15759 | 09/14/16 | 11:10:49 | 14:19 |

| 386 – 897 | 15761 | 09/14/16 | 11:25:36 | 14:54 |
|---|---|---|---|---|
| 387 – 900 | 15803 | 09/16/16 | 11:08:19 | 14:18 |
| 388 – 900 | 15805 | 09/16/16 | 11:23:08 | 14:37 |
| 389 – 902 | 15849 | 09/21/16 | 11:25:22 | 14:51 |
| 390 – 904 | 15869 | 09/23/16 | 16:39:35 | 14:38 |
| 391 – 907 | 15915 | 09/26/16 | 11:08:58 | 11:37 |
| 392 – 911 | 16003 | 09/28/16 | 11:09:22 | 14:20 |
| 393 – 912 | 16004 | 09/28/16 | 11:24:02 | 14:27 |
| 394 – 919 | 16121 | 09/30/16 | 10:59:52 | 14:26 |
| 395 – 922 | 16179 | 10/03/16 | 11:04:58 | 14:32 |
| 396 – 923 | 16188 | 10/05/16 | 11:02:28 | 14:14 |
| 397 – 923 | 16189 | 10/05/16 | 11:17:03 | 14:27 |
| 398 – 925 | 16227 | 10/07/16 | 11:03:42 | 14:34 |
| 399 – 932 | 16356 | 10/12/16 | 11:02:04 | 14:21 |
| 400 – 938 | 16444 | 10/14/16 | 11:05:29 | 14:37 |
| 401 – 941 | 16508 | 10/17/16 | 11:03:06 | 11:22 |
| 402 – 945 | 16577 | 10/19/16 | 11:08:55 | 14:29 |
| 403 – 945 | 16578 | 10/19/16 | 11:23:50 | 14:18 |
| 404 – 949 | 16642 | 10/21/16 | 11:03:32 | 14:11 |
| 405 – 949 | 16643 | 10/21/16 | 11:18:01 | 12:24 |
| 406 – 955 | 16746 | 10/24/16 | 11:11:01 | 14:21 |
| 407 – 955 | 16748 | 10/24/16 | 11:25:53 | 14:27 |
| 408 – 958 | 16809 | 10/26/16 | 11:04:29 | 14:16 |

| 409 – 970 | 17015 | 10/31/16 | 10:59:37 | 14:16 |
| 410 – 970 | 17016 | 10/31/16 | 11:14:10 | 14:33 |
| 411 – 973 | 17060 | 11/02/16 | 11:07:12 | 14:25 |
| 412 – 975 | 17091 | 11/04/16 | 11:07:38 | 14:23 |
| 413 – 978 | 17151 | 11/07/16 | 12:00:37 | 14:16 |
| 414 – 978 | 17155 | 11/07/16 | 12:16:15 | 11:41 |
| 415 – 981 | 17198[5] | 11/09/16 | 12:11:42 | 14:16 |
| 416 – 981 | 17199[6] | 11/09/16 | 12:26:38 | 14:35 |
| 417 – 984 | 17239 | 11/11/16 | 12:05:11 | 14:17 |
| 418 – 984 | 17240 | 11/11/16 | 12:19:56 | 14:24 |
| 419 – 991 | 17362 | 11/16/16 | 12:04:27 | 14:12 |
| 420 – 991 | 17363 | 11/16/16 | 12:18:58 | 14:35 |
| 421 – 994 | 17421 | 11/18/16 | 12:07:49 | 14:29 |
| 422 – 1007 | 17658 | 11/28/16 | 12:05:16 | 11:19 |
| 423 – 1007 | 17660 | 11/28/16 | 12:21:16 | 14:35 |
| 424 – 1013 | 17773 | 11/30/16 | 18:14:46 | 14:19 |
| 425 – 1013 | 17774 | 11/30/16 | 18:29:32 | 14:38 |
| 426 – 1016 | 17811 | 12/02/16 | 12:06:45 | 14:33 |
| 427 – 1018 | 17848 | 12/05/16 | 12:03:05 | 14:23 |
| 428 – 1021 | 17913 | 12/07/16 | 12:20:21 | 14:27 |
| 429 – 1022 | 17935 | 12/09/16 | 12:04:43 | 14:36 |
| 430 – 1028 | 18035 | 12/14/16 | 12:04:38 | 14:21 |

[5]Part of the Item number is redacted in PEX 12082-00987. The full number is apparent though when compared to other Item numbers in the list.
[6]*Id.*

| | | | | |
|---|---|---|---|---|
| 431 – 1037 | 18181[7] | 12/19/16 | 12:05:17 | 14:21 |
| 432 – 1037 | 18182[8] | 12/19/16 | 12:19:59 | 14:20 |
| 433 – 1038 | 18200 | 12/20/16 | 12:27:36 | 14:36 |
| 434 – 1041 | 18248 | 12/22/16 | 12:03:19 | 12:22 |
| 435 – 1041 | 18250 | 12/22/16 | 12:20:29 | 14:44 |
| 436 – 1045 | 18321 | 12/25/16 | 18:05:22 | 14:39 |
| 437 – 1045 | 18327 | 12/27/16 | 12:03:32 | 14:31 |
| 438 – 1048 | 18385 | 12/29/16 | 12:06:01 | 14:22 |
| 439 – 1048 | 18386 | 12/29/16 | 12:20:46 | 14:24 |
| 440 – 1052 | 18463 | 1/03/17 | 12:10:30 | 14:33 |
| 441 – 1055 | 18500 | 1/05/17 | 12:25:30 | 14:21 |
| 442 – 1055 | 18501 | 1/05/17 | 12:40:22 | 14:33 |
| 443 – 1060 | 18603 | 1/10/17 | 12:00:40 | 14:20 |
| 444 – 1060 | 18604 | 1/10/17 | 12:15:33 | 14:30 |
| 445 – 1062 | 18625 | 1/12/17 | 12:21:10 | 14:14 |
| 446 – 1067 | 18720 | 1/17/17 | 12:20:49 | 14:14 |
| 447 – 1067 | 18721 | 1/17/17 | 12:35:34 | 14:51 |
| 448 – 1068 | 18737 | 1/19/17 | 12:09:35 | 14:18 |
| 449 – 1068 | 18738 | 1/19/17 | 12:24:18 | 14:19 |
| 450 – 1073 | 18833 | 1/23/17 | 16:17:06 | 14:20 |
| 451 – 1074 | 18834 | 1/23/17 | 16:31:48 | 14:53 |
| 452 – 1077 | 18895 | 1/27/17 | 13:29:36 | 14:35 |

[7]Part of the Item number is redacted in PEX 12082-01043. The full number is apparent though when compared to other Item numbers in the list.
[8]*Id.*

| | | | | |
|---|---|---|---|---|
| 453 – 1077 | 18896 | 1/27/17 | 13:44:36 | 13:28 |
| 454 – 1082 | 18978 | 1/31/17 | 12:14:20 | 14:15 |
| 455 – 1082 | 18980 | 1/31/17 | 12:29:03 | 14:38 |
| 456 – 1086 | 19033 | 2/03/17 | 12:29:51 | 14:30 |
| 457 – 1090 | 19106[9] | 2/07/17 | 12:03:30 | 10:18 |
| 458 – 1090 | 19110 | 2/07/17 | 12:19:25 | 14:44 |
| 459 – 1092 | 19148 | 2/09/17 | 12:11:09 | 14:18 |
| 460 – 1092 | 19149 | 2/09/17 | 12:26:07 | 13:55 |
| 461 – 1096 | 19217 | 02/14/17 | 12:43:13 | 12:25 |
| 462 – 1097 | 19229 | 02/14/17 | 13:03:26 | 14:39 |
| 463 – 1099 | 19252 | 02/16/17 | 12:23:42 | 14:24 |
| 464 – 1099 | 19253 | 02/16/17 | 12:38:25 | 14:35 |
| 465 – 1105 | 19365 | 02/21/17 | 12:11:29 | 13:23 |
| 466 – 1105 | 19367 | 02/21/17 | 12:30:26 | 14:22 |
| 467 – 1108 | 19414 | 02/23/17 | 12:17:21 | 14:18 |
| 468 – 1108 | 19416 | 02/23/17 | 12:32:23 | 14:34 |
| 469 – 1114 | 19525 | 03/01/17 | 12:10:05 | 10:29 |
| 470 – 1116 | 19550 | 03/02/17 | 12:20:00 | 14:59 |
| 471 – 1123 | 19691 | 03/07/17 | 12:10:02 | 14:24 |
| 472 – 1123 | 19692 | 03/07/17 | 12:25:00 | 10:59 |
| 473 – 1125 | 19721 | 03/09/17 | 12:29:17 | 14:31 |
| 474 – 1132 | 19838 | 03/14/17 | 11:19:30 | 14:18 |

[9]Part of the Item number is redacted in PEX 12082-01096. The full number is apparent though when compared to other Item numbers in the list.

| 475 – 1132 | 19839 | 03/14/17 | 11:34:08 | 14:32 |
|---|---|---|---|---|
| 476 – 1139 | 19967 | 03/21/17 | 11:12:49 | 14:31 |
| 477 – 1142 | 20024 | 03/23/17 | 11:07:04 | 14:21 |
| 478 – 1161 | 20349 | 04/05/17 | 18:16:12 | 14:33 |
| 479 – 1162 | 20378 | 04/06/17 | 18:06:54 | 14:38 |
| 480 – 1163 | 20394 | 04/07/17 | 13:37:34 | 14:36 |
| 481 – 1173 | 20565 | 04/18/17 | 18:05:25 | 14:14 |
| 482 – 1173 | 20566 | 04/18/17 | 18:20:01 | 14:16 |
| 483 – 1173 | 20567 | 04/18/17 | 18:34:37 | 14:56 |
| 484 – 1176 | 20627 | 04/20/17 | 18:15:13 | 11:19 |
| 485 – 1189 | 20856 | 05/04/17 | 18:04:47 | 14:29 |
| 486 – 1199 | 21039[10] | 05/12/17 | 19:34:27 | 14:30 |
| 487 – 1199 | 21040[11] | 05/12/17 | 19:49:20 | 14:28 |
| 488 – 1205 | 21142 | 05/19/17 | 19:21:14 | 12:50 |
| 489 – 1212 | 21277 | 05/26/17 | 19:16:28 | 14:39 |
| 490 – 1220 | 21416 | 06/01/17 | 20:38:30 | 14:25 |
| 491 – 1220 | 21419 | 06/01/17 | 20:53:18 | 14:38 |
| 492 – 1225[12] | 21509 | 06/06/17 | 19:18:25 | 14:23 |
| 493 – 1225[13] | 21510 | 06/06/17 | 19:33:10 | 12:02 |

---

[10]Part of the Item number is redacted in PEX 12082-01205. The full number is apparent though when compared to other Item numbers in the list.
[11]*Id.*
[12]Part of the Page number is redacted in PEX 12082-01231. The full number is apparent though when compared to the prior page number in PEX 12082-01230 (Page 1224).
[13]*Id.*