# **Exhibit # 2**

*Letters sent to Plaintiff Rios from Tara McNulty in PEX 12069 in Chronological Order*

10-20-2015

Ruben,

I have waited for this day for what seems like forever. Today we had court - and the judge released me from further supervision. My lawyer, Mr. Wallace, says that this means I am allowed to talk to you. So naturally my first thought was how to get this information to you - and letter seems to be the fastest way. Obviously we can not talk about the case at all and we need to be extremely careful about everything we say. ☆

Right now I need you to know that I love you. I have loved you almost as long as I can remember. That has not changed and it isn't going to. We just need to make it through this obstacle - over this hurdle or however you want to think of it. Just know that I am here. Be strong - keep praying - read your devotional - always look up when you feel down and never forget I am here. I hope to hear from you soon, call me, write me, any way you want.

Always yours,
Tara

PEX 12069-00039

Photograph - Ed Sheeran                    10-21-15

Loving can hurt
loving can hurt sometimes
but it's the only thing that I know
when it gets hard
You know it can get hard sometimes
It is the only thing that makes us feel alive

We keep this love in a photograph
we made these memories for ourselves
where our eyes are never closing
hearts are never broken
time's forever frozen still
So you can keep me
inside the pockets of your ripped jeans
holdin' me closer
'til our eyes meet
you'll never be alone
wait for me to come home

Loving can heal
Loving can mend your soul
And it's the only thing that I know
I swear it will get easier
Remember that with every piece of ya

→

PEX 12069-00013

Chorus

And if you hurt me
That's ok baby, only words bleed.
Inside these pages you just hold me
And I won't ever let you go

When I'm away
I will remember how you kissed me
under the lamppost
back on 6th street
hearing you whisper through the phone
"wait for me to come home"

-one of my favorite songs now days, I don't
know if you get to listen to the radio or not-
but I think you would like it.

Hope you like the pictures. I love you.

Always,
Tomas

10-24-15

Ruben,

I got back to my mom's about an hour ago. All I wanted to do was let you know I arrived safely. Obviously I can't talk to you anytime I want (probably for the best or I would never let you off the phone) so I decided to write you.

Seeing you today, talking to you this week and even just knowing I can actually mail this letter has been amazing for me. I have been praying for this for months (among many other things). I was so scared this morning, before I got there. Scared I would cry, scared I would say something to upset you, scared I would wear the wrong outfit or my hair would be a mess. Then I saw you smile at me and all my fears melted away. I felt like our time together was much too short, yet I am so grateful for each and every moment of it. I cried my eyes out when I got to the car, I cried from joy, frustration, longing and because I had zero desire to leave not knowing how soon I could come back. Then I reminded myself that God has a purpose for us, and sometimes we have to wait for the things we want. Sometimes we have to just trust that he knows what he is doing. You are worth waiting for and I will and do trust that we will be together again. And when that day comes you will prob have to pry me off with a crowbar because I will never want to let you go again. I fall asleep at night imagining your arms around me— and I take comfort in the fact that in a few months my imagination will be a reality.

I love you Dogie-bro-tacky, I hope you never doubt that. I promise we will get through this. Granted our lives will never be the same as they once were- but again there is a reason for that too-

I know you get down sometimes- I do too - I just want you to know I am here, always have been always will be.

I hope I get to talk to you before I even have a chance to mail this - it really is the highlight of my day, chatting, laughing and feeling the butterflies that you have never failed to spark in my belly. I love you to the moon and back.

Always yours,

Tore Rice

♡∞—

PEX 12069-00018

10-25-2015

Ruben,

You would think after 7 months of not being able to speak to you I would be used to it. But in reality I cant help but feel a little sadness that we didn't talk today. I hope you are doing ok. I miss you like crazy. It sounds stupid-even as I write it. But you have always occupied my thoughts I have worried, wondered, and prayed over these many months. I wrote you letters when I had something I wanted to say or tell you- then I had to destroy them in case someone found them, and I couldn't mail them anyway. But now that we can talk and communicate again I cant stop thinking of you. Replaying our conversations, smiling constantly for no reason other than the fact that I know I will hear your voice and laughter again soon. I have no idea if you are feeling the same things or not.

I love you - you stubborn, loving, kind, funny, sarcastic, ~~hard~~ hardheaded, perfect-for-me man. Don't you forget that.

*I am not quite as OCD as you- I will mail this even w/ the mistakes.* ←

Always yours,
~~Jess~~ Jess

PEX 12069-00015

I love you more with every
breath truly madly deeply do

PEX 12069-00016

10-26-15

Ruben,

Hi there handsome! I know we just spoke today - and I just mailed you two letters this morning but I can't stop thinking about you - so writing seemed logical. I hope these letters don't get irritating - they really are just a whole lot of rattling on. But, writing them makes me feel closer to you somehow - and I love that feeling. There are a million little things I miss about having you around - for one I could really go for a deliciously cooked rare steak - but I also miss listening to snoring competitions between you and Xena. I miss you changing the lyrics to songs in the car. I miss you randomly grabbing my butt. I miss watching you work on the vehicles - getting frustrated the whole time. I miss holding your hand and the smell of your skin. and 100 other things that are pretty inappropriate to write about knowing someone else might read this. I am going to leave it there for tonight. I ♡ you ∞

- Tara Rios

10-28-15

Brilltech,

I am so groudy right now. It is
10:19pm and I have spent most of the
day getting grumpier and grumpier ever since our
phone call got disconnected. Now I don't wanna
go into it too much because I am hoping we
can talk tomorrow. But all my grumpiness just
makes me realize even more (which is hard because
I already knew this) how much I need you,
and love you. I mean, think about it, we
went so long without talking - and it wasn't
pleasant but we had to so I dealt with it -
now we get cut off once and I am throwing
a hissy fit for the rest of the day. Your presence
in my life calms my soul. Talking to you
makes me happy - a happiness I have not felt
in a while. When I hear your voice my
anxieties calm down, I relax a little. You
are my safety - and always will be. I know you
won't recieve this for a few days - and obviosly
I hope to speak to you before then. Know
that I pray for you, for us, for truth and
understanding many times all day long - I love
you - more than words can ever accurately describe.

↩

I am also sending some more pictures. I
hope you like them.

Always Yours,
Lora Rios

I love you
for all that you are
all that you have been
and all you have yet to be

PEX 12069-00012



PEX 12069-00004



PEX 12069-00005

10-30-15

Ruben,

I recieved your letter today. I have had it for about 6 hours now and am pretty sure I have read it atleast a dozen times. Looking at your handwriting, reading your words, it all stirs up butterflies that I cant even explain- a whole flock of them right in my belly. (is a group of butterflies called a flock? swarm? looked it up- it is a Kaleidoscope!)

When I came to see you I shared all of your nerves- heck even a stranger commented on it. I was fearful of so many things that day. I remember you staring- or studying me and I remember feeling worried you wouldn't like me/love me anymore. Then I looked into your eyes and saw the love there - my fears disappeared and I realized how crazy I was being. At that moment, and every moment since (and for the last seven months for that matter) the only thing I wanted was to feel your arms around me again. For you to hold me and allow me to lay my head upon your shoulder. Some nights right before I go to sleep I wash my hands, and arms with your body wash. It comforts me and helps me sleep - but what I wouldn't give to smell it from the source once again. You know I have never considered myself a great beauty, but reading your words today made me feel like the most beautiful woman on the planet. Thank you for that.

①

PEX 12069-00030

You should know by now that I am not going anywhere. I love you. Always have- always will. I too feel that many of my priorities have changed over the last many months. A part of me is scared that I have changed too much and you won't be happy with me the way I am now. But I pray and hope that is not the case. We will cross these bridges when we get to them- and hopefully we will cross them together, I think we will, I have faith in us. We will figure out the life we will have- how to make it work, things we should and shouldn't do. One thing I know for sure is that God needs, has to be in the center of our marriage and our lives. If we do that- everything else will fall into place, just like it is meant to. 1 Corinthians 13:13 states "Now these three remain: faith, hope, and love. But the greatest of these is love" I have faith and hope we will work things out, and we have love-not only for eachother but also for our heavenly father -and I believe that combination can move mountains.

    I don't want you to ever feel like you need to apologize to me -especially not for making me wait for you. I have known for many years that you were the person I should spend my life with - Even if we were not married as soon as

<span style="float:right">②</span>

I would have liked, I was still with you.
It is ok that you needed time, and there is nothing
wrong with that. As for my strength, I feel
like you overestimate it by a lot. You have always
been the strong one. When I fall apart, you have
always been there to help me pull it back together.
When I feel broken you make me feel whole.
I have always envied your strength - I still do.
You are an amazing man Mr. Rios, and I am
the luckiest woman in the world because you chose
me. You chose to let me cry on your shoulder (very
often), you chose to deal with my crazy, you chose
to love me like no one else ever could. For that -
for you - I would wait a lifetime - and be happy
to do it - because you are absolutely, 100%, undeniably
worth every moment of the wait.

Forever yours,
Mrs. Rios

③

It's not going to be easy.
It's going to be really hard.
We're gonna have to
    work at this everyday
    but,
I want to do that because
    I want you
I want all of you, forever,
You and me
Everyday.
    —The notebook ♡ ∞

PEX 12069-00033

11-2-15

Ruben,

Hey there big boy! I know we spoke today - for a while in fact - but it is our anniversary and I feel like writing to you - so I will. I have written you many letters by now telling you how much I love you - so for the sake of tradition I will tell you again. I love you more today than I did yesterday and will love you more tomorrow than I do today. The past 9 years have seen their ups and downs, good times and bad - but we have always come back together - worked together and made it through. I am praying each and every day that this situation is no different. I am sure we will have many more anniversary celebrations together - and I am looking forward to them. When we get old I want to be walking around our tank holding claws! :)

Jana

11-4-2015

Techie,

I can't believe I couldn't hold onto a secret for 7 days! Now you know I am coming and you won't be all suprised and stuff. Dang it!. I am a horrible secret keeper / suprise giver. I just hope it is still an enjoyable visit for you. If I didn't tell you today I probably would have done something stupid on friday like "yeah I am driving through Houston" - so either way you would have found out I am sure.

Have I told you lately how much I love talking to you again? If not, I should - because it really is the highlight of my day. I find myself smiling randomly thinking about our conversations or even just thinking about the sound of your voice.

I have also been thinking - how about a South Padre vacation for a night or two? I still want to go on a big trip to Italy (or on a cruise) but in the meantime maybe we could do something small. Galveston would be good too - as long as the hotel is on the beach. I think about our honeymoon a lot - and my favorite parts were our walks on the beach at night (though

I could do w/o the crabs attacking my foot)
and our talks on the patio. At this point I
would be happy spending time with you in a
dumpster - but a mini trip sounds nice too.
We could go to Houston and see a comedy show
and stay in a super fancy hotel or to the lake and
rent a cabin - it really does not matter to me -
I just like the idea. Then again I guess
this is not a new thing for me - you know
I always loved our rare get-a-ways. ~~~~~
Regardless if it is a few hours or a few days -
essentially I just love spending time with you.
40 days - just 40 more days and we can
do just that.

I Love you -
Always & Forever

11-7-15

Ruben,

I am currently stuck in traffic in Houston
and really wish I could pull out a paper and
pen to write you - or better yet a phone #
to call you. But since I cant I am talk-texting
to my phone's notepad and will re-write it
later. Leaving DeRidder is one of the hardest
things for me to do - I hate being so far away
from you and not knowing when I will be
able to come again. 30 mins, or even an hour
will never be enough time with you. Don't
get me wrong, I am grateful for the time
we do get and wouldn't miss it for the world
its just.... not enough. Since all of this happened
I feel like I dont belong anywhere anymore.
I dont belong at my moms because I am
too far from you - I dont belong there because
I am too far from the kids. Its crazy that
we have lived all over the place and I never
felt like this before. But that is because I
have always had you. I belong with you.
being with you - wherever we were always made
me feel like I was home. And I miss that
feeling so very much. When we talk, or I get
to see you - a part of that feeling returns

and thats why I never want to let you go and always want you to call me back - So I can hold on to those moments.

I am praying that in 37 days we can be together again. That I can fall asleep in your arms. I pray for that everyday - I pray for us everyday, for strength, wisdom, courage and truth. I pray for the kids - for them to be granted understanding and that the Lord will guide them to speak the truth. Sometimes I am scared that I am praying wrong not enough or even that I am being repetative and God will get irritated with me... Hopefully that is not the case, and if it is maybe I will annoy him so much he will give in (kinda like you with the marriage thing :). Then I read Matthew 7:7-8 (along with others) and figured that maybe God is ok with me asking repeatedly.

Traffic is moving now so I will have to write again later. I love you baby - And I miss you so much more than I am capable of expressing in words.

Always & Forever,
Tona



Rios
▬▬▬▬▬▬▬▬▬▬
Sutherland Springs, Tx ▬▬  SAN ANTONIO TX 780
                            RIO GRANDE DISTRICT
                            10 NOV 2015 PM 3 L

B

Ruben Rios

▬▬▬▬▬▬▬▬▬

412 Bolwar Bishop Dr
DeRidder, LA 70634



Our wedding song

You know you keep bringing out the best of me
And I need you now even more then the air I breathe
You can make me laugh when I want to cry
This will last Forever I just know

~Lady Antebellum
"when you got a good thing"

PEX 12069-00041

11-17-2015

Ruben,

I know I have not written you much lately. A part of me wants to write yet when I sit down to do so I cant think of anything meaningful to say. There are hundreds of things I want to talk about and figure out but it can not be done until we know what is happening and we are able to talk freely.

You know as well as anyone how I like to have things planned out. The uncertainty and unknown drives me crazy. I am not a spontaneous, last minute, flexible type person. I think I am doing better - mostly because I dont have much choice - but it is definately still hard for me at times. When I start feeling anxious or impatient I try to turn to scripture

- Romans 12:12 "Rejoice in hope, be patient in tribulation, be constant in Prayer"
- Psalm 37:7 "Be still before the lord and wait Patiently for him"
- Psalm 27:14 "wait for the lord, be strong and take heart and wait for the lord"
- Phillipians 4:6 "do not be anxious about anything, but in everything by Prayer and supplication with thanksgiving let your requests be made known to God"
- Isaiah 40:31 "But they who wait for the Lord shall renew their strength; they shall mount up with wings like eagles; they shall run and not be weary; they shall walk and not faint"
- Psalm 130:5 "I wait for the Lord, my soul waits, and in his word I hope"

Obviously I could go on forever with these-
but they give me some comfort, allow me to calm
down and trust that God has his hand in
our lives. I don't understand why these things
happen - and I don't think I ever will but I
do know that Isaiah 55:8 says "For my thoughts
are not your thoughts, and your ways are not my
ways". Karla tells me often "Your time is not His
time - and you have to be patient and wait for His time".
All I can do is hope that his time is coming
soon.

    I am sending some more pictures for you -
if you get tired of getting pictures just let me know.
    I love you - always. ∞

-♡-
Tara

I keep myself busy with things
    to do
But everytime I pause
    I think of you.

PEX 12069-00035

11-26-2015

Ruben, ~~[illegible crossed out]~~

I am sorry I have not written you more this week. It has been hard to get away and have time this week w/ the kids out of school and all. Today has been really difficult for me - we talked about it this morning but I just miss you so damn much. I just wish you were here to cuddle up with me and watch a movie. I missed you distracting me while I was cooking and most of all missed your laughter and conversation. I miss those things all the time every single day, today was just a bit harder.

I have been and will continue to pray for you to be able to come home - I need you. I know it is a ~~[crossed out]~~ cliché but you really are my other half in every sense of what that means. Without you I am only ½ the person I should be, I am only ½ as happy as I could be, and I am only ½ as complete. I know I have said it before but I have known for a very long time that we are supposed to spend the rest of our lives together - and we will - as soon as this mess gets sorted out. Hopefully soon.

11-26-2013

I can not stop thinking about
our 3rd first meeting - our third first kiss
and how I just Can't wait to be in your
arms again where I belong. Those kind
of thoughts along with lots of prayer get
me through even the hardest of days.
I love you honey - more than I can
really ever explain. We _will_ get through
this and we will be even stronger than
we were before.

All my heart,
~~For a Kiss~~ ∞

I have been and will continue to pray
for you to be able to come home - I truly
know but you didn't a
really care any other half in every sense of
what or who I am truthful.

→I want to be in your arms,
where you hold me tight and I am
never let go and I

12-5-2015

Techie,

By the time you get this I will have already suprised you tomorrow - or a few days ago if we are using your time. Its weird to try to tell time about something that has not happened yet but will have happened by the time you read about it. You know what I mean. Anyway- this sprise was easy to keep because I just found out myself around 6 pm - it is 8 pm now. I am currently writing you and killing some time until your dad gets home and is ready to go. I convinced (begged really) for him to leave tonight instead of tomorrow because it makes more sense explaining to the kids. So luckily he agreed and I am gonna steal some of his visitation time from him - I hope you dont mind - and I hope he doesn't either. I am so excited that I get to see you and even more excited to see your face and actually sprise you! I have to think of a good way to do it - I will figure out something in the rest 16 hours. I love you Robbie - so very very much

                 - ♡ Always
                 Tara Ries

Brilltech,                                    12-19-15

I started writing this upside down – and decided your getting a topsy-turvy christmas letter. I am going to write you tomorrow as well but I wanted to send a quick note to you today. I want to let you know that I love you very very much. I am hoping and praying this is all over soon- There are days where I just feel like I cant do it anymore but somehow I manage to get through it. Honestly I am kind of scared that someday I will just shut down – I dont know how to really explain it. Anyway – I dont

want to upset or make you sad. Falkore told me that he misses you bunches, and he asked me to pass that along to you. I miss you like crazy and want to come see you, I just have to plan and see when I can come again. I have to get going to work but I love you honey – Always & Forever.

ILU-
Tina Rios

Always

You were you,
   and I was I;
   we were two
   before our time.

I was yours
   before I knew,
   and you have always
   been mine too
                    ♡

Your voice is my favorite sound - and your name
   is my favorite noun.

PEX 12069-00008

For every day, I miss you
For every hour, I need you
For every minute, I feel you
For every second, I want you
Forever, I love you

_♡-

PEX 12069-00009

NCHHH6-020
Glittering Reindeer





www.notecardcafe.com



PEX 12069-00006

11-27-15

My sexy husband,

Good morning, well it is morning for me anyway. I am mailing off this magazine and letter today after I go shopping for a little while. Last night I had a very restless sleep - every time I woke up I was praying for you to be able to come home. I miss you so very much - with every ounce of myself (and that is a lot of ounces). I love you, I will always love you - I know I say it a lot but thats because I don't want you to ever forget it.

I am going to keep this one short - hopefully I will talk to you today and get a letter in the mail from you as well. I am off to shop some. Sarah was supposed to go with me but she canelled last minute - baby had a rough night.

Always & Forever yours,
Tara ♡∞

PEX 12069-00024

12-29-2015

Dougie Bo-baty,

On Sunday I went to church and our sermon was directed towards new years- you know endings, beginning, that sort of thing. But there were a few verses that stood out to me that I thought you could like.

- Ecclesiastes 7:8 - "the end of a matter is better than its beginning; a patient spirit is better than a proud spirit". Obviously this to me is a hopeful verse that states we should be patient for the blessing that is coming.

- Revelations 2:10 - "Don't be afraid of what you are about to suffer. Look, the devil is about to throw some of you into prison to test you, and you will have affliction for 10 days. Be faithful until death and I will give you the crown of life". This one is way more ominous(??) but the do not be afraid part is relevant

- Romans 8:24-25 - I am not going to write that one out, but it tells me that even though we might not see the solution/and/way/path/future/ or even God himself but if we →

Continue to hope with patience it will
come about - really Romans 8:23-28
are all good -
- Romans 12:9-21
- Phillipians 3: 8
- 2 Timothy 3:10-15

Ok so I added a few that were not
in the sermon. I really wish I could
memorize verses - I need to practice that.

Baby, I really don't know if I
express enough how much I love you.
But I do, so very much. Each night
as I lay in bed, praying until I fall
asleep, I imagine your arms around me,
your leg thrown over mine the sound of your
slow + steady breathing in my ear. Each
morning I wake up and thank God that
we are one day closer to eachother again.
I am trying to be patiently hoping for
our blessing to come and in the meantime I
am grateful for the ability to communicate
with you. I Love you so much.

xoxo, Rico

1-15-2016

Ruben,

I got your letter yesterday evening. I won't lie- I cried, why you gotta make me do that? I will also admit I had no Idea what you meant when I read the "you are my Onesiphorus" statement- I had to look it up, and even now I think I barely understand. Honey, I love you too, so very very much more than I can actually explain or show you, or express.

I looked up the exercises you asked me to-some of them atleast. I hope they make sense.
Pull ups - 30 min = 259 Calories
Crunches - modrate = 595 per 100
          - vigorous = 1068 per 100
Push ups - modrate = 665 per 100
          - vigorous = 1120 per 100

I know these books/magazines are not much but I hope they will help pass the time a little atleast. I love you, and hope to get there to see you soon.

Always Yours,
Tara 😊

Jan 29, 2016

Handsome hubby,

    I am glad you like the boots - I hope you like this magazine as well. Don't feel bad about making me cry - you know me, I cry about every-thing. I am glad that I can cheer you up, you do the same for me, and of course I would never be ashamed of you - never. I actually LOL'ed to the sexy mama eyebrow action comment. I feel the same way - not that I am sexy - but that you are. Everytime I come visit I just want to touch you even if its just holding your hand for a few minutes - just to feel your warmth and strength again. I miss my safety, being wrapped up in your arms while you just hold me for a few minutes - but at this point I would be so happy with about any contact, even minimal!

    Honey, don't apologize for any of that. Everyone feels unappreciated sometimes, I am sure I have made you feel that way before. And you have always spoiled me, don't be silly. We will be ok - we will figure all this out. I love you - always have and always will. Your my lobster after all.

    I miss you, I love you, Every moment of every day.

Always,
Tara

Sarah Slavin

▮▮▮▮▮▮▮▮

Floresville TX

▮▮▮

SAN ANTONIO TX 780

RIO GRANDE DISTRICT

28 JUL 2016   PM 3 L

FOREVER/USA

Ruben D Rios

▮▮▮▮▮▮▮▮

Beauregard Parish Prison

412 Bolivar Bishop Drive

Deridder, LA   70634

70634-509999

10/04/2021

PEX 12069

PEX 12069-00001

Hey Ruben,

Or "BinRu," as I always refer to you in my head. Have I ever told you about that? I have this weird compulsion to switch the syllables of two-syllable names. Like you're BinRu, Tara is RaTa, Rocky is KeyRock. I only do it in my head, though. Weird. Sorry, I'm sure you're not in the mood to hear about my goofy thinking. I'm just writing because Tara was telling me about how you got a new lawyer assigned, and it made me realize I haven't written since when she was still doing the upholstery with me.

(Apparently Eline also wanted to write)

Anyway, now I'm trying to get out of the upholstery business myself, but it is so difficult! It is hard for me to say "no" and turn the work away and disappoint people. But I am slowly getting better.

Anyway, I wanted you to know that I think of you often, and pray for you when I do. Tara and I talk about you every time we get together. Which is not as often as it should be, since I'm always overwhelmed, and she's so busy with work and family. Not that I am complaining! I'm glad every time we get a chance to hang out.

Elene is doing well. She's a year and a half old now. She keeps me busy and tired and happy. Right now she is getting frustrated because she wants to play, so I think I'll end it there.

Best Regards,
Sarah & Elene

PEX 12069-00003

August 3, 2016

Ruben,

I have been staring at this piece of paper for about 10 minutes - mostly because I have no idea what to write - not because the paper is particularly interesting. And it definitely isn't that I don't have anything to say - its just that when I do - I tell you... maybe I should save things for letters every once in a while.

I just want you to know that I love you. I know you are feeling discouraged lately and its completely understandable. You are strong and will get through this - and I will help in any possible way that I can. I know it isn't much... but I am trying. I love you so much I can't even explain. I have no idea what the future holds - but I do know we will figure it out together.

I hope you like these magazines. I purchased this book because at one time you made the comment that "maybe I am praying wrong". So I saw this and thought you might like it. Let me know how it is - I might need to get a copy for myself.

Always,
Tara