IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HOLCOMBE, et. al, <br><br> Plaintiffs <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant | NO. 5:18-CV-00555-XR <br> (Consolidated cases) |

# STIPULATION REGARDING CATEGORIZATION OF CERTAIN DAMAGES FOR BRADEN, CORRIGAN AND MARSHALL

At closing, the Court inquired as to the appropriate characterization of certain financial losses that would have accrued to their surviving family members arising out of the deaths of Keith Braden, Shani and Robert Corrigan, and Karen and Robert Marshall. Dmg. Trial Tr. 3848:24-3849:1. The Plaintiffs[1] and the Defendant[2] have provided differing evidence on the total amount of these damages. The parties stipulate:

---

[1] *See* PEX 3101 (Braden Economic Loss Report), PEX 7037 (Corrigan Economic Loss Report), PEX 11040 (Marshall Economic Loss Report).

[2] *See* GEX 413 (Braden Economic Loss Report), GEX 470 (Corrigan Economic Loss Report), GEX 518 (Marshall Economic Loss Report). The Government stipulated to their experts amounts prior to trial. *See* ECF No. 576.

1. All the damages delineated in the reports referenced in Footnotes 1 and 2 herein, albeit in an amount to be determined by the Finder of Fact, are damages which are appropriately recoverable and supported by evidence and should be categorized as either Loss of Inheritance or Pecuniary Loss, however the Court sees fit.[3] The parties agree not to contest the categorization of these damages in the future.

Respectfully Submitted,

/s/ James Dingivan
James Dingivan
Assistant United States Attorney
Texas Bar No. 24094139
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
Telephone: (210) 384-7372
Fax: (210) 384-7312
James.dingivan@usdoj.gov
Attorneys for Defendant
United States of America

/s/ Jamal K. Alsaffar
**Jamal K. Alsaffar**
JAlsaffar@nationaltriallaw.com
Texas Bar No. 24027193
**Tom Jacob**
TJacob@nationaltriallaw.com
Texas Bar No. 24069981
**Whitehurst, Harkness, Brees, Cheng, Alsaffar & Higginbotham & Jacob PLLC**
7500 Rialto Blvd, Bldg. Two, Ste 250
Austin, TX 78735
Office 512-476-4346
Fax 512-476-4400
  Counsel for Vidal, McKenzie, Solis, McNulty, and Wall

/s/ Justin Demerath
**Justin Demerath**
jdemerath@808west.com
Texas Bar No. 24034415
**O'Hanlon, Demerath & Castillo**
808 West Ave.
Austin, TX 78701
Office 512-494-9949
  Counsel for Corrigan, Braden, Warden, Stevens, Pachal, McCain, & Poston

---

[3] The Parties have laid out their respective positions regarding the proper categorization in the previously filed verdict forms. *See, e.g.,* Dkts 578, p. 146, n.147 and 579, p. 78, n. 11.

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed through the Court's CM/ECF system on December 9, 2021, and the following counsel for the United States have received notice and been served through that system.

/s/ Jamal K. Alsaffar
**Jamal K. Alsaffar**

| | |
|---|---|
| BRIAN BOYNTON<br>Acting Assistant Attorney General<br>Civil Division | JOHN PANISZCZYN, Civil Chief<br>United States Attorney's Office<br>Western District of Texas |
| ASHLEY C. HOFF<br>United States Attorney<br>Western District of Texas | JAMES G. TOUHEY, JR.<br>Director, Torts Branch<br>United States Dept. of Justice<br>Civil Division |
| KIRSTEN WILKERSON<br>Assistant Director, Torts Branch<br>United States Dept. of Justice<br>Civil Division | STEPHEN E. HANDLER<br>Senior Trial Counsel, Torts Branch<br>United States Dept. of Justice<br>Civil Division |
| PAUL DAVID STERN<br>Trial Attorney, Torts Branch<br>United States Dept. of Justice<br>Civil Division | STEPHEN TERRELL<br>Trial Attorney, Torts Branch<br>United States Dept. of Justice<br>Civil Division |
| CLAYTON R. DIEDRICHS<br>Assistant United States Attorney | JAMES E. DINGIVAN<br>Assistant United States Attorney |
| JIM F. GILLIGAN<br>Assistant United States Attorney | JACQUELYN M. CHRISTILLES<br>Assistant United States Attorney |