IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HOLCOMBE, et. al,<br><br>Plaintiffs<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant | NO. 5:18-CV-00555-XR<br>(consolidated cases) |

## JOINT MOTION TO EXTEND DEADLINE

Parties would respectfully ask the Court to extend the deadline for filing proposed judgments to:

- Feb. 22, 2022, for Plaintiffs to file proposed judgments;
- Mar. 4, 2022, for Defendant to file any objections.

The Court has discretion to extend these deadlines pursuant to Federal Rule of Civil Procedure 6(b); *see also Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997) ("We recognize that district courts enjoy broad discretion in deciding how best to manage the cases before them."); *Cable/Home Commc'n Corp. v. Network Prods., Inc.*, 902 F.2d 829, 859 (11th Cir. 1990) (discussing discretion afforded to district courts when ruling on requests for enlargements of time). Parties have good cause for this request and is not intended to delay. Plaintiffs and the United States are working together to potentially file a joint judgment proposal but need additional time to reach a final agreement.

Thus, Parties jointly request the Court enter the attached proposed order, extending the Parties' time to file proposed judgments.

Respectfully Submitted,

/s/ Clayton Diedrichs
Clayton R. Diedrichs
US Attorney's Office
601 N. W. Loop
410; Suite 600
San Antonio, TX 78216

Attorney for the United States

| | |
|---|---|
| /s/ Jamal K. Alsaffar | /s/ Jason P. Steed |
| **Jamal K. Alsaffar** | **Jason P. Steed** |
| JAlsaffar@nationaltriallaw.com | JSteed@kilpatricktownsend.com |
| Texas Bar No. 24027193 | Texas Bar No. 24070671 |
| **Tom Jacob** | **Kilpatrick Townsend & Stockton LLP** |
| TJacob@nationaltriallaw.com | |
| Texas Bar No. 24069981 | 2001 Ross Avenue, Suite 4400 |
| **Whitehurst, Harkness, Brees, Cheng, Alsaffar & Higginbotham & Jacob PLLC** | Dallas, TX 75201 |
| | Office 214-922-7112 |
| | Fax 214-853-5731 |
| 7500 Rialto Blvd, Bldg. Two, Ste 250 | Counsel for Vidal, McNulty, and Wall |
| Austin, TX 78735 | |
| Office 512-476-4346 | |
| Fax 512-476-4400 | |
| Counsel for Vidal, McKenzie, Solis, McNulty, and Wall | |

/s/ April A. Strahan
**April A. Strahan**
april@ammonslaw.com
Texas Bar No. 24056387
**Robert E. Ammons**
rob@ammonslaw.com
Texas Bar No. 01159820
**The Ammons Law Firm**
3700 Montrose Blvd.
Houston, TX 77006
Office 866-523-1603
Fax 713-523-4159
Counsel for Holcombe, Ramsey, Curnow & Macias

/s/ Daniel J.T. Sciano
**Daniel J.T. Sciano**
DSciano@tsslawyers.com
Texas Bar No. 17881200
**Tinsman & Sciano**
10107 McAllister Freeway
San Antonio, TX 78216
Office 210-225-3121
Fax 210-225-6235
Counsel for Amador

/s/ Daniel Barks
**Daniel D. Barks,** *pro hac vice*
ddb@speiserkrause.com
**Speiser Krause, P.C.**
5555 Glenridge Connector, Suite 550
Atlanta, GA 30342
Office 571-814-3344
Fax 866-936-6382
Counsel for Holcombe

/s/ Mark Collmer
**Mark W. Collmer**
drcollmer@aol.com
Texas Bar No. 04626420
**Collmer Law Firm**
3700 Montrose
Houston, TX 77006
Office 713-337-4040
Counsel for Holcombe

/s/ Dennis Peery
**Dennis Charles Peery**
d.peery@tylerpeery.com
Texas Bar No. 15728750
**R. Craig Bettis**
cbettis@tylerpeery.com
Texas Bar No. 24040518
**Tyler & Peery**
5822 West IH 10
San Antonio, TX 78201
Office 210-774-6445
Counsel for Uhl

/s/ Tim Maloney
**Tim Maloney**
Texas Bar No. 12887380
timmaloney@yahoo.com
**Paul E. Campolo**
pcampolo@maloneyandcampolo.com
Texas Bar No. 03730150
**Maloney & Campolo, L.L.P.**
926 S. Alamo
San Antonio, TX 78205
Office (210) 465-1523
Counsel for Ramsey

/s/ George LeGrand
**George LeGrand**
tegrande@aol.com
Texas Bar No. 12171450
**Stanley Bernstein**
Texas Bar No. 02225400
**LeGrand & Bernstein**
2511 N. Saint Mary's St.
San Antonio, Texas 78212
Office 210-733-9439
Fax 510-735-3542
Counsel for Wall & Solis

/s/ Joseph M. Schreiber
**Joseph M. Schreiber**
joe@lawdoneright.net
Texas Bar No. 24037449
**Erik A. Knockaert**
erik@lawdoneright.net
Texas Bar No. 24036921
**Schreiber | Knockaert, PLLC**
701 N. Post Oak Rd., Suite 325
Houston, TX 77024
Phone (281) 949-8904
Fax (281) 949-8914
Counsel for Brown

/s/ Justin Demerath
**Justin Demerath**
jdemerath@808west.com
Texas Bar No. 24034415
**O'Hanlon, Demerath & Castillo**
808 West Ave.
Austin, TX 78701
Office 512-494-9949
   Counsel for Corrigan, Braden, Warden, Stevens, Pachal, McCain, & Poston

/s/ Jason Webster
**Jason Webster**
jwebster@thewebsterlawfirm.com
Texas Bar No. 24033318
**The Webster Law Firm**
6200 Savoy
Suite 640
Houston, TX 77036
   Counsel for Lookingbill

/s/ Brett Reynolds
**Brett T. Reynolds**
btreynolds@btrlaw.com
Texas Bar No. 16795500
**Brett Reynolds & Associates, P.C.**
1250 N.E. Loop 420, Suite 420
San Antonio, TX 78219
(210)805-9799
   Counsel for Workman, Colbath, and Harris

/s/ Marion M. Reilly
Marion M. Reilly
**Hilliard Munoz Gonzales, L.L.P.**
719 S. Shoreline - Ste 500
Corpus Christi, TX 78401
(361) 882-1612
361/882-3015 (fax)
marion@hmglawfirm.com
   Counsel for McMahan

| | |
|---|---|
| /s/ Hugh Plummer | /s/ Diego Lopez |
| **Hugh Plummer** | **Diego Lopez** |
| **Law Office of Thomas J. Henry** | **Anderson & Associates Law Firm** |
| 4715 Fredricksburg | 2600 SW Military Drive, Suite 118 |
| San Antonio, TX 78229 | San Antonio, TX 78224 |
| (210) 585-2151 | (210) 928-9999 |
| (361) 985-0601 (fax) | (210) 928-9118 (fax) |
| hplummer@tjhlaw.com | diego@diegolaw.com |
|    Counsel for McMahan |    Counsel for Ward |

## CERTIFICATE OF SERVICE

By our signatures above, we certify that a copy of Joint Motion to Extend Deadline has been sent to the following on February 16, 2022 via the Court's CM/ECF notice system.

| | |
|---|---|
| Paul D. Stern | Clayton R. Diedrichs |
| Daniel P. Chung | James F. Gilligan |
| Austin L. Furman | James Edward Dingivan |
| Stephen E. Handler | U.S. Attorney's Office |
| Jocelyn Krieger | Western District of Texas |
| James G. Touhey, Jr. | |
| U.S. Department of Justice | |