IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HOLCOMBE, et. al,<br><br>Plaintiffs<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant | NO. 5:18-CV-00555-XR<br>(consolidated cases) |

# ORDER

Having reviewed the briefing of the Parties, the Court finds good cause and extends the deadlines established in the Court's Findings of Fact and Conclusions of Law, Dkt. No. 584, and ORDERS that the Parties shall file:

- Proposed Judgments in each original cause number by Feb. 22, 2022; and
- Objections to Proposed Judgments by Mar. 4, 2022.

It is so ORDERED.

SIGNED on this _____ day of _____, 2022.

_____
HON. JUDGE XAVIER RODRIGUEZ
