IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HOLCOMBE, et. al, | NO. 5:18-CV-00555-XR |
| | (consolidated cases) |
| Plaintiffs | |
| | |
| vs. | |
| | |
| UNITED STATES OF AMERICA, | |
| | |
| Defendant | |

# DECLARATION

I am Keith Fairchild, and I declare the following as true and correct:

1) I am of sound mind, over the age of 18, and have personal knowledge of the facts contained in this declaration.

2) Attached to this declaration is a true and correct copy of an updated expert report which includes analyses I conducted related to the above-styled cause of action and related causes of action.

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED on this _____21st_____ day of _____February_____, 2022.

_____

SIGNATURE OF KEITH FAIRCHILD

**ECOFIN, INC.**
_Economic and Financial Consulting_

OFC:  (210) 832-8200
keith@kfairchild.com

### SUMMARY OF PRESENT VALUES

Per the request of the Court, the following pages summarize the present value losses of future earning capacity as well as the present value of the future medical care costs for each of the plaintiffs of the consolidated cases arising from the mass shooting at the First Baptist Church in Sutherland Springs, Texas, on November 5, 2017.

All of the analysis conducted in this report is reached to a reasonable degree of economic certainty using the same methods and principals described in my testimony and previous reports in evidence.  Except where instructed by the Court, the same data, methods, and principles described in my testimony and previous reports were used for these calculations. Inflation rates and interest rates have been updated to be current as of the week of February 7, 2022—the date of the Court's findings.

The calculations reflect the usage of the Thirty-Year Daily Treasury Yield curve rate of 2.23% surveyed as of the week of February 7, 2022, as a discount rate.  [See ECF 584 at 184] Additionally, these calculations reflect the earning capacities and adjustments to the life care plans the Court determined to be appropriate [See ECF 584].  Finally, these calculations utilize current future inflation rate surveyed as of the week of February 7, 2022, of 2.45%[1].  This rate is based upon the now current median estimate of the most recent _Livingston Survey_ and the _Survey of Professional Forecasters_, both surveys conducted by the Federal Reserve Bank of Philadelphia, with a total number of responses from forty-three macroeconomists with diverse backgrounds and comports with estimates from many governmental sources, including the Social Security Administration.  [See Trial Testimony of Keith Fairchild 2835].  It is also informed by background qualifications, research, and general survey of literature in this field.

The Government's position is not reliable or widely accepted in the economic community. While the defense originally used a 1.80% inflation rate in 2020, the same source today (Federal Reserve Bank of Cleveland) estimates long term inflation to be only 1.90%. This is an outlier when compared to other sources.  The current estimate for inflation over the next ten years by the Survey of Professional Forecasters cites a range from a low of 2.00% to a high of 3.3%, with an average forecast of 2.49%; statistically, this means that only 5.1% of the population of economists believe that future inflation will be 1.90% or less (the probability is 6.7% based on the Livingston Survey).

Additional Government sources support my conclusion on the inflation rate. For example, the Federal Reserve Bank of St. Louis reports the current "breakeven" rate of inflation to be 2.43% for the 10-year bond[2] and 2.24% for the 30-year bond.[3] This rate of inflation is calculated by taking the difference between Treasury Inflation-Indexed Securities and non-indexed treasury bonds.  Next, the Social Security Administration's OASDI Trustees Report of 2021 forecasts an intermediate rate of inflation of 2.4% per annum through the year 2095.[4]

---

[1] The inflation rate that I discussed at trial was 2.2%, this same inflation rate surveyed the week of February 7, 2022 is currently 2.45%.
[2] https://fred.stlouisfed.org/series/T10YIE
[3] https://fred.stlouisfed.org/series/T30YIEM
[4] https://www.ssa.gov/OACT/TR/2021/tr2021.pdf

Thus, reliance upon a single rate of inflation from the Federal Reserve Bank of Cleveland is not in-line with the general consensus for future inflation among economists.

The earning capacities of Zach Poston, R.W., Z.Z., and the Corrigan Estate are based upon the earnings figures adopted by the Court. Then, I applied the inflation rate described above and the interest rate proscribed by the Court (2.23%).

The future life care plan costs are based upon the exact medical care costs cited by the Court from plaintiff experts with adjustments as specified by the Court. Then, in accordance with the majority of economists, I applied the 2.45% inflation rate, using the same methodology I described in my testimony and reports concerning inflation of medical items. [See Trial Testimony of Keith Fairchild beginning at 2831; see also PEX 2038]. The final step was to apply the 2.23% rate of interest ordered by the Court.

The following page summarizes the total present value of costs for each individual while subsequent pages provide sample details of the calculations.

| Plaintiff | Present Value | Page # |
|---|---|---|
| Braden, Deborah<br>*Life Care Plan* | $307,795.00 | 4 |
| Braden, Elizabeth as next friend of Z.Z.<br>*Life Care Plan (Over 18)* | $4,235,515.00 | 5-6 |
| Braden, Elizabeth as next friend of Z.Z.<br>*Life Care Plan (Under 18)* | $131,593.00 | 5-6 |
| Braden, Elizabeth as next friend of Z.Z.<br>*Lost Earnings* | $1,530,290.00 | 7-8 |
| Braden, Keith Estate Earning Capacity<br>*Awarded to Deborah Braden* | $99,332.00 | 9 |
| Brown, Farida<br>*Life Care Plan* | $364,399.00 | 10 |
| Corrigan, Robert & Shani (Estate) Lost Earning Capacity<br>*½ to Benjamin Corrigan; ½ to Preston Corrigan* | $406,741.00 | 11-12 |
| Lookingbill, Dalia<br>*Life Care Plan* | $11,884.00 | 13 |
| Lookingbill, Dalia on behalf of R.T.<br>*Life Care Plan (Under 18)* | $4,611.00 | 14-15 |

| Plaintiff | Present Value | Page # |
|---|---|---|
| Lookingbill, Dalia on behalf of R.T.<br>*Life Care Plan (Over 18)* | $16,886.00 | 14-15 |
| Macias, Juan<br>*Life Care Plan* | $3,242,528.00 | 16 |
| McKenzie, Margarette<br>*Life Care Plan* | $580,447.00 | 17 |
| McMahan, Chancie on behalf of R.W.<br>*Life Care Plan (Over 18)* | $3,817,726.00 | 18-19 |
| McMahan, Chancie on behalf of R.W.<br>*Life Care Plan (Under 18)* | $259,987.00 | 18-19 |
| McMahan, Chancie on behalf of R.W.<br>*Lost Earning Capacity* | $2,081,749.00 | 20-21 |
| McNulty, Hailey<br>*Life Care Plan* | $163,391.00 | 22-23 |
| McNulty, Lisa of behalf of J.M.<br>*Life Care Plan (Under 18)* | $13,149.00 | 24-25 |
| McNulty, Lisa of behalf of J.M.<br>*Life Care Plan (Over 18)* | $186,645.00 | 24-25 |
| Moulton, Brenda<br>*Life Care Plan* | $1,393,057.00 | 26 |
| Poston, Zachary<br>*Life Care Plan* | $2,759,340.00 | 27-28 |
| Poston, Zachary<br>*Lost Earnings* | $2,040,162.00 | 29-30 |
| Ramirez, Joaquin<br>*Life Care Plan* | $88,938.00 | 31 |
| Solis, Rosanne<br>*Life Care Plan* | $988,435.00 | 32 |
| Vidal, Margarette<br>*Life Care Plan* | $549,331.00 | 33 |

**ANNUAL TOTALS OF LIFE CARE PLAN COSTS**
**DEBORAH J. BRADEN**

| Year | Inflation-Adjusted Costs | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|-------------------------|-------------------------------------|--------------------------|
| 2022 | 143,515 | 142,370 | 142,370 |
| 2023 | 8,707 | 8,450 | 150,820 |
| 2024 | 8,355 | 7,931 | 158,751 |
| 2025 | 8,577 | 7,964 | 166,714 |
| 2026 | 8,804 | 7,997 | 174,711 |
| 2027 | 9,039 | 8,030 | 182,741 |
| 2028 | 9,279 | 8,064 | 190,806 |
| 2029 | 9,527 | 8,099 | 198,904 |
| 2030 | 9,793 | 8,144 | 207,048 |
| 2031 | 8,789 | 7,149 | 214,197 |
| 2032 | 8,868 | 7,056 | 221,254 |
| 2033 | 9,091 | 7,076 | 228,330 |
| 2034 | 9,320 | 7,096 | 235,426 |
| 2035 | 9,555 | 7,116 | 242,542 |
| 2036 | 9,796 | 7,136 | 249,678 |
| 2037 | 10,043 | 7,157 | 256,835 |
| 2038 | 10,296 | 7,177 | 264,012 |
| 2039 | 10,556 | 7,198 | 271,210 |
| 2040 | 10,823 | 7,219 | 278,429 |
| 2041 | 11,097 | 7,240 | 285,668 |
| 2042 | 11,377 | 7,261 | 292,929 |
| 2043 | 11,345 | 7,082 | 300,011 |
| 2044 | 11,599 | 7,083 | 307,094 |
| 2045 | 1,173 | 701 | 307,795 |
| Total = | $ 359,326 | $ 307,795 | |

© 1999-2016 EcoFin, Inc.
All Rights Reserved

## ANNUAL TOTALS OF LIFE CARE PLAN COSTS

| Year | Inflation-Adjusted Costs | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|------|------|------|
| 2022 | 39,551 | 39,235 | 39,235 |
| 2023 | 16,855 | 16,356 | 55,592 |
| 2024 | 15,677 | 14,881 | 70,472 |
| 2025 | 16,065 | 14,916 | 85,388 |
| 2026 | 12,833 | 11,655 | 97,044 |
| 2027 | 7,877 | 6,998 | 104,042 |
| 2028 | 8,070 | 7,013 | 111,055 |
| 2029 | 24,159 | 20,538 | 131,593 |
| 2030 | 35,958 | 29,901 | 161,494 |
| 2031 | 17,437 | 14,184 | 175,678 |
| 2032 | 17,584 | 13,991 | 189,669 |
| 2033 | 18,060 | 14,057 | 203,726 |
| 2034 | 17,533 | 13,349 | 217,075 |
| 2035 | 16,534 | 12,314 | 229,389 |
| 2036 | 16,990 | 12,377 | 241,765 |
| 2037 | 17,458 | 12,441 | 254,206 |
| 2038 | 17,940 | 12,505 | 266,711 |
| 2039 | 18,117 | 12,353 | 279,064 |
| 2040 | 18,150 | 12,105 | 291,170 |
| 2041 | 18,806 | 12,270 | 303,439 |
| 2042 | 19,557 | 12,481 | 315,921 |
| 2043 | 20,101 | 12,548 | 328,469 |
| 2044 | 20,660 | 12,616 | 341,086 |
| 2045 | 21,236 | 12,685 | 353,771 |
| 2046 | 21,647 | 12,648 | 366,419 |
| 2047 | 21,985 | 12,566 | 378,985 |
| 2048 | 22,600 | 12,635 | 391,620 |
| 2049 | 23,234 | 12,706 | 404,327 |
| 2050 | 23,886 | 12,779 | 417,105 |
| 2051 | 48,551 | 25,407 | 442,512 |
| 2052 | 62,817 | 32,155 | 474,667 |
| 2053 | 29,019 | 14,530 | 489,197 |
| 2054 | 29,612 | 14,504 | 503,701 |
| 2055 | 30,114 | 14,428 | 518,129 |
| 2056 | 30,984 | 14,521 | 532,650 |
| 2057 | 31,885 | 14,617 | 547,267 |
| 2058 | 32,800 | 14,709 | 561,976 |
| 2059 | 33,446 | 14,671 | 576,647 |
| 2060 | 33,975 | 14,578 | 591,225 |

© 1999-2016 EcoFin, Inc.
All Rights Reserved

**ANNUAL TOTALS OF LIFE CARE PLAN COSTS**
Z█████ Z█████████
**(continued)**

| Year | Inflation-Adjusted Costs | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|------|------|------|
| 2061 | 40,443 | 16,975 | 608,200 |
| 2062 | 49,741 | 20,422 | 628,623 |
| 2063 | 51,217 | 20,570 | 649,192 |
| 2064 | 52,740 | 20,719 | 669,912 |
| 2065 | 54,311 | 20,871 | 690,782 |
| 2066 | 88,791 | 33,377 | 724,159 |
| 2067 | 139,576 | 51,323 | 775,481 |
| 2068 | 143,257 | 51,527 | 827,008 |
| 2069 | 147,038 | 51,733 | 878,741 |
| 2070 | 150,923 | 51,942 | 930,683 |
| 2071 | 1,377,179 | 463,632 | 1,394,315 |
| 2072 | 2,013,058 | 662,920 | 2,057,235 |
| 2073 | 163,853 | 52,781 | 2,110,016 |
| 2074 | 168,197 | 52,999 | 2,163,015 |
| 2075 | 172,661 | 53,219 | 2,216,234 |
| 2076 | 227,627 | 68,630 | 2,284,864 |
| 2077 | 307,629 | 90,728 | 2,375,592 |
| 2078 | 315,631 | 91,057 | 2,466,649 |
| 2079 | 323,848 | 91,390 | 2,558,039 |
| 2080 | 332,285 | 91,725 | 2,649,764 |
| 2081 | 340,949 | 92,064 | 2,741,828 |
| 2082 | 349,846 | 92,406 | 2,834,234 |
| 2083 | 358,983 | 92,751 | 2,926,984 |
| 2084 | 368,367 | 93,099 | 3,020,083 |
| 2085 | 378,004 | 93,451 | 3,113,534 |
| 2086 | 515,198 | 124,590 | 3,238,124 |
| 2087 | 717,765 | 169,790 | 3,407,913 |
| 2088 | 736,238 | 170,361 | 3,578,274 |
| 2089 | 755,197 | 170,936 | 3,749,210 |
| 2090 | 774,656 | 171,515 | 3,920,725 |
| 2091 | 794,628 | 172,099 | 4,092,825 |
| 2092 | 815,127 | 172,688 | 4,265,513 |
| 2093 | 490,246 | 101,595 | 4,367,108 |
| Total = | $ 14,644,971 | $ 4,367,108 | |

© 1999-2016 EcoFin, Inc.
All Rights Reserved

## LOST EARNING CAPACITY

Z█ Z███████

| Year | Age | Projected Future Wages & Benefits | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|-----|-----------------|-----------------|-----------------|
| 2017 | 6 | 0 | 0 | 0 |
| 2018 | 7 | 0 | 0 | 0 |
| 2019 | 8 | 0 | 0 | 0 |
| 2020 | 9 | 0 | 0 | 0 |
| 2021 | 10 | 0 | 0 | 0 |
| Past Earning Capacity = | | | 0 | |
| 2022 | 11 | 0 | 0 | 0 |
| 2023 | 12 | 0 | 0 | 0 |
| 2024 | 13 | 0 | 0 | 0 |
| 2025 | 14 | 0 | 0 | 0 |
| 2026 | 15 | 0 | 0 | 0 |
| 2027 | 16 | 0 | 0 | 0 |
| 2028 | 17 | 0 | 0 | 0 |
| 2029 | 18 | 0 | 0 | 0 |
| 2030 | 19 | 0 | 0 | 0 |
| 2031 | 20 | 0 | 0 | 0 |
| 2032 | 21 | 0 | 0 | 0 |
| 2033 | 22 | 15,023 | 11,657 | 11,657 |
| 2034 | 23 | 33,100 | 25,123 | 36,780 |
| 2035 | 24 | 36,440 | 27,055 | 63,835 |
| 2036 | 25 | 39,983 | 29,038 | 92,872 |
| 2037 | 26 | 43,726 | 31,064 | 123,936 |
| 2038 | 27 | 47,660 | 33,120 | 157,056 |
| 2039 | 28 | 51,781 | 35,198 | 192,254 |
| 2040 | 29 | 56,085 | 37,292 | 229,546 |
| 2041 | 30 | 60,378 | 39,271 | 268,818 |
| 2042 | 31 | 64,676 | 41,149 | 309,966 |
| 2043 | 32 | 69,116 | 43,015 | 352,981 |
| 2044 | 33 | 73,686 | 44,859 | 397,840 |
| 2045 | 34 | 78,377 | 46,673 | 444,513 |
| 2046 | 35 | 83,173 | 48,449 | 492,963 |
| 2047 | 36 | 88,066 | 50,180 | 543,143 |
| 2048 | 37 | 93,047 | 51,862 | 595,005 |
| 2049 | 38 | 98,102 | 53,487 | 648,491 |
| 2050 | 39 | 103,217 | 55,048 | 703,540 |

7

**LOST EARNING CAPACITY**



**(continued)**

| Year | Age | Projected Future Wages & Benefits | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|-----|-----------------------------------|-------------------------------------|--------------------------|
| 2051 | 40 | 107,744 | 56,209 | 759,748 |
| 2052 | 41 | 112,230 | 57,272 | 817,020 |
| 2053 | 42 | 116,665 | 58,236 | 875,257 |
| 2054 | 43 | 121,035 | 59,100 | 934,357 |
| 2055 | 44 | 125,330 | 59,862 | 994,219 |
| 2056 | 45 | 129,540 | 60,523 | 1,054,743 |
| 2057 | 46 | 133,655 | 61,084 | 1,115,826 |
| 2058 | 47 | 137,665 | 61,544 | 1,177,371 |
| 2059 | 48 | 141,565 | 61,907 | 1,239,278 |
| 2060 | 49 | 145,346 | 62,174 | 1,301,452 |
| 2061 | 50 | 149,001 | 62,347 | 1,363,799 |
| 2062 | 51 | 152,526 | 62,430 | 1,426,230 |
| 2063 | 52 | 155,916 | 62,425 | 1,488,655 |
| 2064 | 53 | 159,166 | 62,337 | 1,550,992 |
| 2065 | 54 | 162,273 | 62,167 | 1,613,159 |
| 2066 | 55 | 165,232 | 61,920 | 1,675,079 |
| 2067 | 56 | 168,043 | 61,600 | 1,736,679 |
| 2068 | 57 | 170,703 | 61,210 | 1,797,888 |
| 2069 | 58 | 173,209 | 60,754 | 1,858,642 |
| 2070 | 59 | 175,561 | 60,235 | 1,918,877 |
| 2071 | 60 | 177,757 | 59,658 | 1,978,536 |
| 2072 | 61 | 179,795 | 59,026 | 2,037,562 |
| 2073 | 62 | 181,675 | 58,342 | 2,095,904 |
| 2074 | 63 | 183,396 | 57,610 | 2,153,514 |
| 2075 | 64 | 184,959 | 56,834 | 2,210,348 |
| 2076 | 65 | 187,776 | 56,441 | 2,266,789 |
| 2077 | 66 | 189,054 | 55,585 | 2,322,374 |
| 2078 | 67 | 110,978 | 31,918 | 2,354,292 |

Future Earning Capacity = 2,354,292

Past Earning Capacity = 0
Future Earning Capacity = 2,354,292
**Total Earning Capacity =** **2,354,292**
**Loss Percentage =** **65%**
**Total Lost Earning Capacity =** **1,530,290**

8

**LOSS OF ESTATE**

**KEITH BRADEN**

| Year | Projected Wages & Benefits | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|------|------|------|
| 2017 | 2,738 | 2,738 | 2,738 |
| 2018 | 22,958 | 22,958 | 25,696 |
| 2019 | 23,338 | 23,338 | 49,034 |
| 2020 | 23,645 | 23,645 | 72,679 |
| 2021 | 23,778 | 23,778 | 96,457 |
| 2022 | 2,875 | 2,875 | 99,332 |
| Past Loss of Estate = | | 99,332 | |
| | | | |
| Past Loss of Estate = | | 99,332 | |
| Future Loss of Estate = | | 0 | |
| **Total Loss of Estate =** | | **99,332** | |

9

**ANNUAL TOTALS OF LIFE CARE PLAN COSTS**
**FARIDA BROWN**

| Year | Inflation-Adjusted Costs | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|------|------|------|
| 2022 | 35,031 | 34,751 | 34,751 |
| 2023 | 13,008 | 12,623 | 47,374 |
| 2024 | 40,634 | 38,571 | 85,945 |
| 2025 | 42,100 | 39,090 | 125,036 |
| 2026 | 43,221 | 39,256 | 164,292 |
| 2027 | 42,675 | 37,915 | 202,206 |
| 2028 | 43,765 | 38,035 | 240,241 |
| 2029 | 44,914 | 38,181 | 278,423 |
| 2030 | 46,093 | 38,329 | 316,752 |
| 2031 | 47,304 | 38,478 | 355,230 |
| 2032 | 11,347 | 9,028 | 364,258 |
| 2033 | 181 | 141 | 364,399 |
| Total = | $ 410,273 | $ 364,399 | |

© 1999-2016 EcoFin, Inc.
All Rights Reserved

10

**LOSS OF ESTATE**

**ROBERT & SHANI CORRIGAN**

| Year | Projected Wages & Benefits | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|---|---|---|---|
| 2017 | 5,052 | 5,052 | 5,052 |
| 2018 | 33,033 | 33,033 | 38,085 |
| 2019 | 34,270 | 34,270 | 72,355 |
| 2020 | 35,367 | 35,367 | 107,722 |
| 2021 | 36,667 | 36,667 | 144,389 |
| Past Estate Loss = | | 144,389 | |
| | | | |
| 2022 | 37,494 | 37,080 | 181,469 |
| 2023 | 38,256 | 37,009 | 218,478 |
| 2024 | 38,954 | 36,862 | 255,341 |
| 2025 | 39,585 | 36,642 | 291,983 |
| 2026 | 40,140 | 36,345 | 328,328 |
| 2027 | 40,607 | 35,966 | 364,294 |
| 2028 | 40,972 | 35,498 | 399,792 |
| 2029 | 41,221 | 34,934 | 434,726 |
| 2030 | 41,335 | 34,267 | 468,994 |
| 2031 | 41,695 | 33,811 | 502,805 |
| 2032 | 41,509 | 32,926 | 535,731 |
| 2033 | 16,398 | 12,724 | 548,455 |
| | | | |
| **Retirement:** | | | |
| 2033 | (118) | (92) | 548,364 |
| 2034 | (568) | (431) | 547,933 |
| 2035 | (582) | (432) | 547,501 |
| 2036 | (597) | (433) | 547,068 |
| 2037 | (613) | (435) | 546,632 |
| 2038 | (630) | (438) | 546,195 |
| 2039 | (646) | (439) | 545,755 |
| 2040 | (664) | (442) | 545,313 |
| 2041 | (684) | (445) | 544,869 |
| 2042 | (704) | (448) | 544,421 |
| 2043 | (723) | (450) | 543,971 |
| 2044 | (745) | (453) | 543,517 |
| 2045 | (766) | (456) | 543,061 |
| 2046 | (33,798) | (19,688) | 523,373 |
| 2047 | (59,875) | (34,117) | 489,257 |
| 2048 | (61,677) | (34,377) | 454,879 |

11

**LOSS OF ESTATE**

**ROBERT & SHANI CORRIGAN**
**(continued)**

| Year | Projected Wages & Benefits | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|------|------|------|
| 2049 | (63,547) | (34,647) | 420,233 |
| 2050 | (25,297) | (13,491) | 406,741 |
| Future Estate Loss = | | 262,352 | |
| | | | |
| Past Estate Loss = | | 144,389 | |
| Future Estate Loss = | | 262,352 | |
| **Total Estate Loss =** | | **406,741** | |

**ANNUAL TOTALS OF LIFE CARE PLAN COSTS**
**DALIA LOOKINGBILL**

| Year | Inflation-Adjusted Costs | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|--------------------------|--------------------------------------|---------------------------|
| 2022 | 408 | 405 | 405 |
| 2023 | 528 | 512 | 917 |
| 2024 | 541 | 514 | 1,430 |
| 2025 | 555 | 515 | 1,945 |
| 2026 | 569 | 517 | 2,462 |
| 2027 | 583 | 518 | 2,980 |
| 2028 | 598 | 520 | 3,500 |
| 2029 | 614 | 522 | 4,022 |
| 2030 | 629 | 523 | 4,545 |
| 2031 | 645 | 525 | 5,070 |
| 2032 | 662 | 527 | 5,597 |
| 2033 | 679 | 528 | 6,125 |
| 2034 | 696 | 530 | 6,655 |
| 2035 | 714 | 532 | 7,187 |
| 2036 | 732 | 533 | 7,720 |
| 2037 | 751 | 535 | 8,255 |
| 2038 | 770 | 537 | 8,791 |
| 2039 | 789 | 538 | 9,329 |
| 2040 | 810 | 540 | 9,869 |
| 2041 | 830 | 542 | 10,411 |
| 2042 | 851 | 543 | 10,954 |
| 2043 | 873 | 545 | 11,499 |
| 2044 | 630 | 385 | 11,884 |
| Total = | $ 15,457 | $ 11,884 | |

© 1999-2016 EcoFin, Inc.
All Rights Reserved

13

### ANNUAL TOTALS OF LIFE CARE PLAN COSTS
### R████████ T████████

| Year | Inflation-Adjusted Costs | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|--------------------------|-------------------------------------|--------------------------|
| 2022 | 834 | 828 | 828 |
| 2023 | 1,000 | 971 | 1,799 |
| 2024 | 1,029 | 977 | 2,775 |
| 2025 | 1,058 | 982 | 3,757 |
| 2026 | 940 | 854 | 4,611 |
| 2027 | 475 | 422 | 5,033 |
| 2028 | 490 | 426 | 5,459 |
| 2029 | 521 | 443 | 5,902 |
| 2030 | 589 | 490 | 6,392 |
| 2031 | 607 | 494 | 6,886 |
| 2032 | 625 | 497 | 7,383 |
| 2033 | 643 | 501 | 7,884 |
| 2034 | 663 | 504 | 8,389 |
| 2035 | 682 | 508 | 8,897 |
| 2036 | 703 | 512 | 9,409 |
| 2037 | 724 | 516 | 9,925 |
| 2038 | 745 | 520 | 10,444 |
| 2039 | 768 | 523 | 10,968 |
| 2040 | 791 | 527 | 11,495 |
| 2041 | 814 | 531 | 12,026 |
| 2042 | 839 | 535 | 12,562 |
| 2043 | 864 | 540 | 13,101 |
| 2044 | 890 | 544 | 13,645 |
| 2045 | 917 | 548 | 14,193 |
| 2046 | 945 | 552 | 14,745 |
| 2047 | 974 | 556 | 15,302 |
| 2048 | 1,003 | 561 | 15,863 |
| 2049 | 1,034 | 565 | 16,428 |
| 2050 | 1,065 | 570 | 16,998 |
| 2051 | 891 | 466 | 17,464 |
| 2052 | 225 | 115 | 17,579 |
| 2053 | 231 | 116 | 17,695 |
| 2054 | 236 | 116 | 17,810 |
| 2055 | 242 | 116 | 17,926 |
| 2056 | 248 | 116 | 18,043 |
| 2057 | 254 | 116 | 18,159 |
| 2058 | 260 | 117 | 18,276 |
| 2059 | 245 | 108 | 18,383 |
| 2060 | 183 | 78 | 18,462 |

© 1999-2016 EcoFin, Inc.
All Rights Reserved

## ANNUAL TOTALS OF LIFE CARE PLAN COSTS

**(continued)**

| Year | Inflation-Adjusted Costs | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|------|------|------|
| 2061 | 189 | 79 | 18,541 |
| 2062 | 195 | 80 | 18,621 |
| 2063 | 201 | 81 | 18,702 |
| 2064 | 208 | 82 | 18,783 |
| 2065 | 214 | 82 | 18,866 |
| 2066 | 221 | 83 | 18,949 |
| 2067 | 228 | 84 | 19,033 |
| 2068 | 236 | 85 | 19,117 |
| 2069 | 243 | 86 | 19,203 |
| 2070 | 251 | 86 | 19,289 |
| 2071 | 259 | 87 | 19,376 |
| 2072 | 267 | 88 | 19,464 |
| 2073 | 276 | 89 | 19,553 |
| 2074 | 285 | 90 | 19,643 |
| 2075 | 294 | 91 | 19,734 |
| 2076 | 303 | 91 | 19,825 |
| 2077 | 313 | 92 | 19,918 |
| 2078 | 323 | 93 | 20,011 |
| 2079 | 334 | 94 | 20,105 |
| 2080 | 344 | 95 | 20,200 |
| 2081 | 355 | 96 | 20,296 |
| 2082 | 367 | 97 | 20,393 |
| 2083 | 379 | 98 | 20,491 |
| 2084 | 391 | 99 | 20,589 |
| 2085 | 403 | 100 | 20,689 |
| 2086 | 416 | 101 | 20,790 |
| 2087 | 430 | 102 | 20,891 |
| 2088 | 444 | 103 | 20,994 |
| 2089 | 458 | 104 | 21,098 |
| 2090 | 472 | 105 | 21,202 |
| 2091 | 488 | 106 | 21,308 |
| 2092 | 503 | 107 | 21,415 |
| 2093 | 397 | 82 | 21,497 |
| Total = $ | 36,937 | $ 21,497 | |

© 1999-2016 EcoFin, Inc.
All Rights Reserved

### ANNUAL TOTALS OF LIFE CARE PLAN COSTS
### JUAN MACIAS

| Year | Inflation-Adjusted Costs | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|--------------------------|-------------------------------------|--------------------------|
| 2022 | 249,471 | 247,481 | 247,481 |
| 2023 | 83,778 | 81,297 | 328,778 |
| 2024 | 85,023 | 80,706 | 409,484 |
| 2025 | 87,294 | 81,054 | 490,538 |
| 2026 | 87,366 | 79,350 | 569,888 |
| 2027 | 89,329 | 79,364 | 649,252 |
| 2028 | 124,624 | 108,307 | 757,559 |
| 2029 | 153,706 | 130,667 | 888,226 |
| 2030 | 139,083 | 115,657 | 1,003,883 |
| 2031 | 137,146 | 111,558 | 1,115,441 |
| 2032 | 140,289 | 111,626 | 1,227,066 |
| 2033 | 143,866 | 111,974 | 1,339,041 |
| 2034 | 147,535 | 112,325 | 1,451,366 |
| 2035 | 151,299 | 112,678 | 1,564,044 |
| 2036 | 155,161 | 113,033 | 1,677,078 |
| 2037 | 159,122 | 113,391 | 1,790,469 |
| 2038 | 204,931 | 142,849 | 1,933,317 |
| 2039 | 216,319 | 147,498 | 2,080,815 |
| 2040 | 352,558 | 235,149 | 2,315,964 |
| 2041 | 245,440 | 160,132 | 2,476,096 |
| 2042 | 233,272 | 148,873 | 2,624,969 |
| 2043 | 239,216 | 149,337 | 2,774,306 |
| 2044 | 245,315 | 149,804 | 2,924,110 |
| 2045 | 251,571 | 150,273 | 3,074,383 |
| 2046 | 257,988 | 150,745 | 3,225,128 |
| 2047 | 30,444 | 17,401 | 3,242,528 |
| Total = | $ 4,411,145 | $ 3,242,528 | |

© 1999-2016 EcoFin, Inc.
All Rights Reserved

## ANNUAL TOTALS OF LIFE CARE PLAN COSTS
## MARGARET MCKENZIE

| Year | Inflation-Adjusted Costs | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|------|------|------|
| 2022 | 19,202 | 19,049 | 19,049 |
| 2023 | 19,727 | 19,143 | 38,191 |
| 2024 | 20,235 | 19,207 | 57,399 |
| 2025 | 20,756 | 19,272 | 76,671 |
| 2026 | 21,290 | 19,337 | 96,008 |
| 2027 | 21,839 | 19,403 | 115,410 |
| 2028 | 22,402 | 19,468 | 134,879 |
| 2029 | 22,979 | 19,535 | 154,414 |
| 2030 | 23,572 | 19,601 | 174,015 |
| 2031 | 24,180 | 19,668 | 193,683 |
| 2032 | 24,803 | 19,736 | 213,419 |
| 2033 | 25,444 | 19,803 | 233,222 |
| 2034 | 26,101 | 19,872 | 253,094 |
| 2035 | 26,775 | 19,940 | 273,034 |
| 2036 | 27,466 | 20,009 | 293,043 |
| 2037 | 28,176 | 20,079 | 313,122 |
| 2038 | 28,905 | 20,148 | 333,270 |
| 2039 | 29,652 | 20,219 | 353,488 |
| 2040 | 30,420 | 20,289 | 373,778 |
| 2041 | 31,207 | 20,360 | 394,138 |
| 2042 | 32,015 | 20,432 | 414,570 |
| 2043 | 32,844 | 20,504 | 435,074 |
| 2044 | 33,695 | 20,576 | 455,650 |
| 2045 | 34,569 | 20,649 | 476,300 |
| 2046 | 35,465 | 20,723 | 497,022 |
| 2047 | 36,385 | 20,797 | 517,819 |
| 2048 | 37,330 | 20,871 | 538,690 |
| 2049 | 38,299 | 20,945 | 559,635 |
| 2050 | 38,903 | 20,812 | 580,447 |
| Total = | $ 814,635 | $ 580,447 | |

© 1999-2016 EcoFin, Inc.
All Rights Reserved

17

## ANNUAL TOTALS OF LIFE CARE PLAN COSTS
R████ W████

| Year | Inflation-Adjusted Costs | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|---|---|---|---|
| 2022 | 53,802 | 53,373 | 53,373 |
| 2023 | 32,449 | 31,488 | 84,862 |
| 2024 | 106,293 | 100,896 | 185,757 |
| 2025 | 21,613 | 20,068 | 205,825 |
| 2026 | 15,498 | 14,076 | 219,901 |
| 2027 | 15,204 | 13,508 | 233,409 |
| 2028 | 15,266 | 13,267 | 246,676 |
| 2029 | 15,657 | 13,310 | 259,987 |
| 2030 | 38,344 | 31,886 | 291,873 |
| 2031 | 4,771 | 3,881 | 295,754 |
| 2032 | 10,578 | 8,417 | 304,171 |
| 2033 | 6,864 | 5,343 | 309,513 |
| 2034 | 9,864 | 7,510 | 317,023 |
| 2035 | 6,897 | 5,136 | 322,159 |
| 2036 | 10,967 | 7,990 | 330,148 |
| 2037 | 11,368 | 8,101 | 338,249 |
| 2038 | 11,737 | 8,181 | 346,430 |
| 2039 | 228,000 | 155,462 | 501,893 |
| 2040 | 10,007 | 6,674 | 508,567 |
| 2041 | 5,688 | 3,711 | 512,278 |
| 2042 | 23,240 | 14,832 | 527,110 |
| 2043 | 6,229 | 3,889 | 530,999 |
| 2044 | 6,221 | 3,799 | 534,798 |
| 2045 | 6,418 | 3,834 | 538,631 |
| 2046 | 6,621 | 3,869 | 542,500 |
| 2047 | 6,832 | 3,905 | 546,405 |
| 2048 | 7,049 | 3,941 | 550,346 |
| 2049 | 13,067 | 7,146 | 557,492 |
| 2050 | 13,527 | 7,237 | 564,729 |
| 2051 | 7,813 | 4,088 | 568,817 |
| 2052 | 14,557 | 7,452 | 576,269 |
| 2053 | 8,323 | 4,168 | 580,436 |
| 2054 | 8,513 | 4,170 | 584,606 |
| 2055 | 8,787 | 4,210 | 588,816 |
| 2056 | 9,069 | 4,250 | 593,066 |
| 2057 | 9,361 | 4,291 | 597,357 |
| 2058 | 9,662 | 4,333 | 601,690 |
| 2059 | 915,221 | 401,467 | 1,003,157 |
| 2060 | 25,352 | 10,878 | 1,014,035 |

© 1999-2016 EcoFin, Inc.
All Rights Reserved

### ANNUAL TOTALS OF LIFE CARE PLAN COSTS
R W
**(continued)**

| Year | Inflation-Adjusted Costs | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|---|---|---|---|
| 2061 | 11,591 | 4,865 | 1,018,900 |
| 2062 | 422,271 | 173,372 | 1,192,272 |
| 2063 | 16,156 | 6,488 | 1,198,761 |
| 2064 | 367,616 | 144,420 | 1,343,180 |
| 2065 | 16,251 | 6,245 | 1,349,425 |
| 2066 | 12,470 | 4,688 | 1,354,113 |
| 2067 | 53,243 | 19,577 | 1,373,690 |
| 2068 | 55,254 | 19,874 | 1,393,564 |
| 2069 | 66,256 | 23,311 | 1,416,876 |
| 2070 | 68,160 | 23,458 | 1,440,334 |
| 2071 | 59,955 | 20,184 | 1,460,518 |
| 2072 | 675,924 | 222,588 | 1,683,106 |
| 2073 | 145,780 | 46,959 | 1,730,066 |
| 2074 | 131,734 | 41,509 | 1,771,575 |
| 2075 | 135,039 | 41,622 | 1,813,197 |
| 2076 | 138,560 | 41,776 | 1,854,973 |
| 2077 | 389,665 | 114,922 | 1,969,896 |
| 2078 | 403,471 | 116,398 | 2,086,294 |
| 2079 | 3,199,822 | 902,988 | 2,989,282 |
| 2080 | 461,744 | 127,461 | 3,116,744 |
| 2081 | 440,004 | 118,811 | 3,235,554 |
| 2082 | 465,022 | 122,827 | 3,358,382 |
| 2083 | 471,689 | 121,870 | 3,480,252 |
| 2084 | 469,131 | 118,565 | 3,598,817 |
| 2085 | 480,683 | 118,835 | 3,717,652 |
| 2086 | 492,938 | 119,206 | 3,836,859 |
| 2087 | 505,510 | 119,580 | 3,956,439 |
| 2088 | 518,406 | 119,956 | 4,076,395 |
| 2089 | 5,826 | 1,319 | 4,077,713 |
| Total = | $ 12,416,898 | $ 4,077,713 | |

© 1999-2016 EcoFin, Inc.
All Rights Reserved

**LOST EARNING CAPACITY**

R W

**Worklife:**

| Year | Age | Projected Future Wages | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|-----|------------------------|-------------------------------------|--------------------------|
| 2017 | 5 | 0 | 0 | 0 |
| 2018 | 6 | 0 | 0 | 0 |
| 2019 | 7 | 0 | 0 | 0 |
| 2020 | 8 | 0 | 0 | 0 |
| 2021 | 9 | 0 | 0 | 0 |
| Past Earning Capacity = | | | 0 | |
| 2022 | 10 | 0 | 0 | 0 |
| 2023 | 11 | 0 | 0 | 0 |
| 2024 | 12 | 0 | 0 | 0 |
| 2025 | 13 | 0 | 0 | 0 |
| 2026 | 14 | 0 | 0 | 0 |
| 2027 | 15 | 0 | 0 | 0 |
| 2028 | 16 | 0 | 0 | 0 |
| 2029 | 17 | 0 | 0 | 0 |
| 2030 | 18 | 0 | 0 | 0 |
| 2031 | 19 | 0 | 0 | 0 |
| 2032 | 20 | 0 | 0 | 0 |
| 2033 | 21 | 0 | 0 | 0 |
| 2034 | 22 | 0 | 0 | 0 |
| 2035 | 23 | 21,619 | 16,051 | 16,051 |
| 2036 | 24 | 47,472 | 34,476 | 50,527 |
| 2037 | 25 | 51,919 | 36,884 | 87,411 |
| 2038 | 26 | 56,582 | 39,319 | 126,730 |
| 2039 | 27 | 61,459 | 41,777 | 168,507 |
| 2040 | 28 | 66,180 | 44,005 | 212,513 |
| 2041 | 29 | 71,011 | 46,187 | 258,699 |
| 2042 | 30 | 76,016 | 48,364 | 307,063 |
| 2043 | 31 | 81,186 | 50,527 | 357,590 |
| 2044 | 32 | 86,509 | 52,665 | 410,255 |
| 2045 | 33 | 91,971 | 54,769 | 465,024 |
| 2046 | 34 | 97,563 | 56,831 | 521,855 |
| 2047 | 35 | 103,265 | 58,841 | 580,696 |
| 2048 | 36 | 109,066 | 60,791 | 641,487 |
| 2049 | 37 | 114,950 | 62,673 | 704,160 |
| 2050 | 38 | 120,904 | 64,481 | 768,641 |
| 2051 | 39 | 126,909 | 66,207 | 834,847 |
| 2052 | 40 | 132,953 | 67,847 | 902,695 |
| 2053 | 41 | 139,019 | 69,395 | 972,090 |
| 2054 | 42 | 145,093 | 70,847 | 1,042,937 |
| 2055 | 43 | 151,158 | 72,199 | 1,115,136 |
| 2056 | 44 | 157,200 | 73,447 | 1,188,583 |
| 2057 | 45 | 163,203 | 74,588 | 1,263,171 |

**LOST EARNING CAPACITY**


**(continued)**

| Year | Age | Projected Future Wages | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|-----|----------------------|-----------------------------------|------------------------|
| 2058 | 46 | 169,153 | 75,621 | 1,338,792 |
| 2059 | 47 | 175,034 | 76,543 | 1,415,336 |
| 2060 | 48 | 180,833 | 77,354 | 1,492,690 |
| 2061 | 49 | 186,535 | 78,053 | 1,570,743 |
| 2062 | 50 | 192,122 | 78,637 | 1,649,380 |
| 2063 | 51 | 197,584 | 79,108 | 1,728,488 |
| 2064 | 52 | 201,706 | 78,997 | 1,807,486 |
| 2065 | 53 | 205,583 | 78,760 | 1,886,245 |
| 2066 | 54 | 209,204 | 78,398 | 1,964,643 |
| 2067 | 55 | 212,558 | 77,917 | 2,042,561 |
| 2068 | 56 | 215,635 | 77,321 | 2,119,882 |
| 2069 | 57 | 218,424 | 76,613 | 2,196,495 |
| 2070 | 58 | 220,918 | 75,798 | 2,272,292 |
| 2071 | 59 | 223,106 | 74,878 | 2,347,171 |
| 2072 | 60 | 224,979 | 73,860 | 2,421,030 |
| 2073 | 61 | 226,532 | 72,747 | 2,493,778 |
| 2074 | 62 | 227,754 | 71,544 | 2,565,322 |
| 2075 | 63 | 228,638 | 70,256 | 2,635,578 |
| 2076 | 64 | 229,180 | 68,886 | 2,704,463 |
| 2077 | 65 | 230,636 | 67,811 | 2,772,275 |
| 2078 | 66 | 230,507 | 66,295 | 2,838,570 |
| 2079 | 67 | 110,238 | 31,013 | 2,869,583 |

**Retirement:**

| Year | Age | Projected Future Wages | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|-----|----------------------|-----------------------------------|------------------------|
| 2079 | 67 | 59,331 | 16,692 | 2,886,275 |
| 2080 | 68 | 119,943 | 33,008 | 2,919,282 |
| 2081 | 69 | 122,898 | 33,083 | 2,952,365 |
| 2082 | 70 | 125,927 | 33,159 | 2,985,524 |
| 2083 | 71 | 129,031 | 33,235 | 3,018,759 |
| 2084 | 72 | 132,208 | 33,311 | 3,052,070 |
| 2085 | 73 | 135,466 | 33,387 | 3,085,457 |
| 2086 | 74 | 138,804 | 33,463 | 3,118,921 |
| 2087 | 75 | 142,225 | 33,540 | 3,152,461 |
| 2088 | 76 | 145,730 | 33,617 | 3,186,078 |
| 2089 | 77 | 73,619 | 16,612 | 3,202,690 |

Future Earning Capacity = 3,202,690

Past Earning Capacity = 0
Future Earning Capacity = 3,202,690
**Total Earning Capacity =** 3,202,690
**Loss Percentage =** 65.0%

**Total Lost Earning Capacity =** 2,081,749

21

**ANNUAL TOTALS OF LIFE CARE PLAN COSTS**
**HAILEY MCNULTY**

| Year | Inflation-Adjusted Costs | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|------|------|------|
| 2022 | 8,595 | 8,526 | 8,526 |
| 2023 | 5,399 | 5,240 | 13,766 |
| 2024 | 8,734 | 8,290 | 22,056 |
| 2025 | 4,304 | 3,996 | 26,052 |
| 2026 | 4,268 | 3,876 | 29,928 |
| 2027 | 3,892 | 3,458 | 33,386 |
| 2028 | 4,121 | 3,582 | 36,968 |
| 2029 | 4,247 | 3,610 | 40,578 |
| 2030 | 4,377 | 3,639 | 44,218 |
| 2031 | 4,362 | 3,548 | 47,766 |
| 2032 | 4,027 | 3,204 | 50,970 |
| 2033 | 4,164 | 3,241 | 54,211 |
| 2034 | 4,306 | 3,279 | 57,490 |
| 2035 | 4,454 | 3,317 | 60,806 |
| 2036 | 4,606 | 3,355 | 64,162 |
| 2037 | 4,764 | 3,395 | 67,556 |
| 2038 | 4,927 | 3,434 | 70,991 |
| 2039 | 5,096 | 3,475 | 74,466 |
| 2040 | 5,271 | 3,516 | 77,982 |
| 2041 | 5,453 | 3,558 | 81,539 |
| 2042 | 5,641 | 3,600 | 85,139 |
| 2043 | 5,835 | 3,643 | 88,782 |
| 2044 | 6,037 | 3,686 | 92,468 |
| 2045 | 6,245 | 3,730 | 96,199 |
| 2046 | 6,461 | 3,775 | 99,974 |
| 2047 | 6,685 | 3,821 | 103,795 |
| 2048 | 6,917 | 3,867 | 107,662 |
| 2049 | 7,157 | 3,914 | 111,576 |
| 2050 | 7,405 | 3,962 | 115,537 |
| 2051 | 6,395 | 3,346 | 118,884 |
| 2052 | 2,468 | 1,263 | 120,147 |
| 2053 | 2,534 | 1,269 | 121,416 |
| 2054 | 2,602 | 1,275 | 122,691 |
| 2055 | 2,672 | 1,280 | 123,971 |
| 2056 | 2,743 | 1,286 | 125,257 |
| 2057 | 2,817 | 1,291 | 126,548 |
| 2058 | 2,893 | 1,297 | 127,845 |
| 2059 | 2,970 | 1,303 | 129,148 |
| 2060 | 3,050 | 1,309 | 130,457 |

© 1999-2016 EcoFin, Inc.
All Rights Reserved

**ANNUAL TOTALS OF LIFE CARE PLAN COSTS**
**HAILEY MCNULTY**
**(continued)**

| Year | Inflation-Adjusted Costs | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|------|------|------|
| 2061 | 3,132 | 1,315 | 131,772 |
| 2062 | 3,216 | 1,321 | 133,092 |
| 2063 | 3,303 | 1,326 | 134,419 |
| 2064 | 3,392 | 1,332 | 135,751 |
| 2065 | 3,483 | 1,339 | 137,090 |
| 2066 | 3,577 | 1,345 | 138,434 |
| 2067 | 3,674 | 1,351 | 139,785 |
| 2068 | 3,773 | 1,357 | 141,142 |
| 2069 | 3,875 | 1,363 | 142,505 |
| 2070 | 3,979 | 1,370 | 143,875 |
| 2071 | 4,087 | 1,376 | 145,251 |
| 2072 | 4,198 | 1,382 | 146,633 |
| 2073 | 4,311 | 1,389 | 148,022 |
| 2074 | 4,428 | 1,395 | 149,417 |
| 2075 | 4,548 | 1,402 | 150,819 |
| 2076 | 4,671 | 1,408 | 152,228 |
| 2077 | 4,798 | 1,415 | 153,643 |
| 2078 | 4,928 | 1,422 | 155,065 |
| 2079 | 5,062 | 1,429 | 156,493 |
| 2080 | 5,200 | 1,435 | 157,929 |
| 2081 | 5,341 | 1,442 | 159,371 |
| 2082 | 5,487 | 1,449 | 160,820 |
| 2083 | 5,636 | 1,456 | 162,276 |
| 2084 | 4,410 | 1,114 | 163,391 |
| Total = | $ 291,404 | $ 163,391 | |

© 1999-2016 EcoFin, Inc.
All Rights Reserved

## ANNUAL TOTALS OF LIFE CARE PLAN COSTS

| Year | Inflation-Adjusted Costs | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|------|------|------|
| 2022 | 6,548 | 6,495 | 6,495 |
| 2023 | 6,857 | 6,654 | 13,149 |
| 2024 | 7,056 | 6,698 | 19,847 |
| 2025 | 7,262 | 6,743 | 26,590 |
| 2026 | 32,081 | 29,138 | 55,727 |
| 2027 | 56,139 | 49,876 | 105,604 |
| 2028 | 3,943 | 3,426 | 109,030 |
| 2029 | 4,073 | 3,462 | 112,492 |
| 2030 | 4,207 | 3,498 | 115,990 |
| 2031 | 4,346 | 3,535 | 119,526 |
| 2032 | 4,490 | 3,573 | 123,098 |
| 2033 | 4,639 | 3,610 | 126,709 |
| 2034 | 4,793 | 3,649 | 130,357 |
| 2035 | 4,952 | 3,688 | 134,045 |
| 2036 | 4,879 | 3,555 | 137,600 |
| 2037 | 4,577 | 3,262 | 140,862 |
| 2038 | 4,736 | 3,301 | 144,163 |
| 2039 | 4,901 | 3,341 | 147,504 |
| 2040 | 5,071 | 3,382 | 150,887 |
| 2041 | 3,984 | 2,600 | 153,486 |
| 2042 | 1,631 | 1,041 | 154,527 |
| 2043 | 1,674 | 1,045 | 155,572 |
| 2044 | 1,719 | 1,050 | 156,622 |
| 2045 | 1,765 | 1,054 | 157,676 |
| 2046 | 1,812 | 1,059 | 158,735 |
| 2047 | 1,861 | 1,064 | 159,799 |
| 2048 | 1,911 | 1,068 | 160,867 |
| 2049 | 1,962 | 1,073 | 161,940 |
| 2050 | 2,015 | 1,078 | 163,018 |
| 2051 | 2,069 | 1,083 | 164,101 |
| 2052 | 2,124 | 1,087 | 165,188 |
| 2053 | 2,181 | 1,092 | 166,280 |
| 2054 | 2,240 | 1,097 | 167,377 |
| 2055 | 2,300 | 1,102 | 168,479 |
| 2056 | 2,362 | 1,107 | 169,586 |
| 2057 | 2,425 | 1,112 | 170,698 |
| 2058 | 2,491 | 1,117 | 171,815 |
| 2059 | 2,558 | 1,122 | 172,937 |
| 2060 | 2,627 | 1,127 | 174,064 |

© 1999-2016 EcoFin, Inc.
All Rights Reserved

**ANNUAL TOTALS OF LIFE CARE PLAN COSTS**

J████ M████████

**(continued)**

| Year | Inflation-Adjusted Costs | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|---|---|---|---|
| 2061 | 2,697 | 1,132 | 175,196 |
| 2062 | 2,770 | 1,137 | 176,333 |
| 2063 | 2,845 | 1,143 | 177,476 |
| 2064 | 2,922 | 1,148 | 178,624 |
| 2065 | 3,001 | 1,153 | 179,777 |
| 2066 | 3,082 | 1,158 | 180,935 |
| 2067 | 3,165 | 1,164 | 182,099 |
| 2068 | 3,250 | 1,169 | 183,268 |
| 2069 | 3,338 | 1,175 | 184,443 |
| 2070 | 3,429 | 1,180 | 185,623 |
| 2071 | 3,522 | 1,186 | 186,808 |
| 2072 | 3,617 | 1,191 | 187,999 |
| 2073 | 3,715 | 1,197 | 189,196 |
| 2074 | 3,816 | 1,202 | 190,398 |
| 2075 | 3,919 | 1,208 | 191,606 |
| 2076 | 4,026 | 1,214 | 192,820 |
| 2077 | 4,135 | 1,219 | 194,040 |
| 2078 | 4,247 | 1,225 | 195,265 |
| 2079 | 4,363 | 1,231 | 196,496 |
| 2080 | 4,481 | 1,237 | 197,733 |
| 2081 | 4,603 | 1,243 | 198,976 |
| 2082 | 3,096 | 818 | 199,794 |
| Total = | $ 297,296 | $ 199,794 | |

© 1999-2016 EcoFin, Inc.
All Rights Reserved

**ANNUAL TOTALS OF LIFE CARE PLAN COSTS**
**BRENDA MOULTON**

| Year | Inflation-Adjusted Costs | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|-------------------------:|------------------------------------:|-------------------------:|
| 2022 | 56,258 | 55,810 | 55,810 |
| 2023 | 54,843 | 53,219 | 109,028 |
| 2024 | 56,119 | 53,269 | 162,298 |
| 2025 | 57,612 | 53,494 | 215,791 |
| 2026 | 55,792 | 50,674 | 266,465 |
| 2027 | 57,178 | 50,800 | 317,264 |
| 2028 | 58,776 | 51,080 | 368,344 |
| 2029 | 60,423 | 51,366 | 419,710 |
| 2030 | 62,121 | 51,658 | 471,368 |
| 2031 | 63,873 | 51,956 | 523,324 |
| 2032 | 65,679 | 52,259 | 575,583 |
| 2033 | 67,542 | 52,570 | 628,153 |
| 2034 | 69,464 | 52,886 | 681,039 |
| 2035 | 71,448 | 53,210 | 734,249 |
| 2036 | 72,457 | 52,784 | 787,033 |
| 2037 | 74,477 | 53,073 | 840,106 |
| 2038 | 76,615 | 53,405 | 893,511 |
| 2039 | 78,822 | 53,745 | 947,256 |
| 2040 | 81,101 | 54,093 | 1,001,349 |
| 2041 | 83,445 | 54,442 | 1,055,791 |
| 2042 | 85,876 | 54,806 | 1,110,597 |
| 2043 | 88,388 | 55,178 | 1,165,775 |
| 2044 | 90,983 | 55,560 | 1,221,335 |
| 2045 | 93,666 | 55,950 | 1,277,285 |
| 2046 | 96,439 | 56,350 | 1,333,635 |
| 2047 | 99,306 | 56,759 | 1,390,394 |
| 2048 | 4,763 | 2,663 | 1,393,057 |
| Total = | $ 1,883,465 | $ 1,393,057 | |

© 1999-2016 EcoFin, Inc.
All Rights Reserved

**ANNUAL TOTALS OF LIFE CARE PLAN COSTS**
**ZACHARY POSTON**

| Year | Inflation-Adjusted Costs | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|---|---|---|---|
| 2022 | 53,336 | 52,911 | 52,911 |
| 2023 | 16,160 | 15,681 | 68,592 |
| 2024 | 16,402 | 15,569 | 84,161 |
| 2025 | 16,618 | 15,430 | 99,591 |
| 2026 | 16,799 | 15,257 | 114,848 |
| 2027 | 16,982 | 15,088 | 129,936 |
| 2028 | 17,445 | 15,161 | 145,097 |
| 2029 | 17,921 | 15,235 | 160,332 |
| 2030 | 18,411 | 15,310 | 175,643 |
| 2031 | 17,168 | 13,965 | 189,608 |
| 2032 | 15,838 | 12,602 | 202,210 |
| 2033 | 16,237 | 12,638 | 214,847 |
| 2034 | 16,646 | 12,673 | 227,521 |
| 2035 | 17,066 | 12,710 | 240,230 |
| 2036 | 17,497 | 12,746 | 252,977 |
| 2037 | 17,939 | 12,783 | 265,760 |
| 2038 | 18,393 | 12,821 | 278,581 |
| 2039 | 83,193 | 56,726 | 335,307 |
| 2040 | 110,899 | 73,967 | 409,274 |
| 2041 | 71,283 | 46,507 | 455,781 |
| 2042 | 73,079 | 46,639 | 502,419 |
| 2043 | 74,920 | 46,771 | 549,190 |
| 2044 | 76,808 | 46,904 | 596,094 |
| 2045 | 78,744 | 47,037 | 643,131 |
| 2046 | 80,730 | 47,171 | 690,302 |
| 2047 | 82,766 | 47,306 | 737,608 |
| 2048 | 84,854 | 47,442 | 785,049 |
| 2049 | 86,996 | 47,578 | 832,627 |
| 2050 | 89,192 | 47,715 | 880,342 |
| 2051 | 91,444 | 47,852 | 928,194 |
| 2052 | 93,753 | 47,991 | 976,185 |
| 2053 | 96,122 | 48,130 | 1,024,315 |
| 2054 | 98,551 | 48,270 | 1,072,585 |
| 2055 | 101,042 | 48,410 | 1,120,995 |
| 2056 | 103,596 | 48,551 | 1,169,546 |
| 2057 | 106,216 | 48,693 | 1,218,240 |
| 2058 | 108,903 | 48,836 | 1,267,076 |
| 2059 | 151,755 | 66,568 | 1,333,644 |
| 2060 | 196,917 | 84,494 | 1,418,138 |

© 1999-2016 EcoFin, Inc.
All Rights Reserved

**ANNUAL TOTALS OF LIFE CARE PLAN COSTS**
**ZACHARY POSTON**
**(continued)**

| Year | Inflation-Adjusted Costs | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|------|------|------|
| 2061 | 201,885 | 84,737 | 1,502,875 |
| 2062 | 206,980 | 84,980 | 1,587,855 |
| 2063 | 212,204 | 85,224 | 1,673,079 |
| 2064 | 217,561 | 85,470 | 1,758,549 |
| 2065 | 223,053 | 85,716 | 1,844,265 |
| 2066 | 228,686 | 85,964 | 1,930,228 |
| 2067 | 234,461 | 86,212 | 2,016,440 |
| 2068 | 240,384 | 86,462 | 2,102,902 |
| 2069 | 246,457 | 86,712 | 2,189,614 |
| 2070 | 252,684 | 86,964 | 2,276,578 |
| 2071 | 259,070 | 87,217 | 2,363,795 |
| 2072 | 265,618 | 87,471 | 2,451,266 |
| 2073 | 272,333 | 87,726 | 2,538,991 |
| 2074 | 279,219 | 87,982 | 2,626,973 |
| 2075 | 286,280 | 88,239 | 2,715,212 |
| 2076 | 146,358 | 44,127 | 2,759,340 |
| Total = $ | 6,241,853 | $ 2,759,340 | |

© 1999-2016 EcoFin, Inc.
All Rights Reserved

**LOST EARNING CAPACITY**

**ZACHARY POSTON**

**Worklife:**

| Year | Age | Projected Future Wages | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|-----|------------------------|-------------------------------------|--------------------------|
| 2017 | 18 | 0 | 0 | 0 |
| 2018 | 19 | 0 | 0 | 0 |
| 2019 | 20 | 0 | 0 | 0 |
| 2020 | 21 | 0 | 0 | 0 |
| 2021 | 22 | 0 | 0 | 0 |
| | | Past Earning Capacity = | 0 | |
| 2022 | 23 | 31,565 | 31,217 | 31,217 |
| 2023 | 24 | 34,656 | 33,526 | 64,743 |
| 2024 | 25 | 37,903 | 35,867 | 100,610 |
| 2025 | 26 | 41,307 | 38,236 | 138,846 |
| 2026 | 27 | 44,867 | 40,626 | 179,472 |
| 2027 | 28 | 48,314 | 42,792 | 222,264 |
| 2028 | 29 | 51,840 | 44,914 | 267,178 |
| 2029 | 30 | 55,494 | 47,031 | 314,209 |
| 2030 | 31 | 59,269 | 49,134 | 363,344 |
| 2031 | 32 | 63,155 | 51,214 | 414,557 |
| 2032 | 33 | 67,142 | 53,260 | 467,817 |
| 2033 | 34 | 71,225 | 55,265 | 523,082 |
| 2034 | 35 | 75,387 | 57,219 | 580,301 |
| 2035 | 36 | 79,622 | 59,115 | 639,417 |
| 2036 | 37 | 83,918 | 60,946 | 700,362 |
| 2037 | 38 | 88,264 | 62,704 | 763,066 |
| 2038 | 39 | 92,648 | 64,382 | 827,448 |
| 2039 | 40 | 97,061 | 65,978 | 893,426 |
| 2040 | 41 | 101,489 | 67,483 | 960,909 |
| 2041 | 42 | 105,923 | 68,895 | 1,029,803 |
| 2042 | 43 | 110,351 | 70,209 | 1,100,012 |
| 2043 | 44 | 114,761 | 71,422 | 1,171,435 |
| 2044 | 45 | 119,144 | 72,533 | 1,243,968 |
| 2045 | 46 | 123,488 | 73,537 | 1,317,505 |
| 2046 | 47 | 127,781 | 74,434 | 1,391,939 |
| 2047 | 48 | 132,015 | 75,223 | 1,467,161 |
| 2048 | 49 | 136,177 | 75,902 | 1,543,063 |
| 2049 | 50 | 140,256 | 76,470 | 1,619,533 |
| 2050 | 51 | 144,243 | 76,928 | 1,696,461 |
| 2051 | 52 | 147,252 | 76,820 | 1,773,281 |
| 2052 | 53 | 150,083 | 76,589 | 1,849,870 |
| 2053 | 54 | 152,726 | 76,238 | 1,926,108 |
| 2054 | 55 | 155,175 | 75,770 | 2,001,878 |
| 2055 | 56 | 157,421 | 75,190 | 2,077,068 |
| 2056 | 57 | 159,458 | 74,502 | 2,151,570 |

**LOST EARNING CAPACITY**

**ZACHARY POSTON**
**(continued)**

| Year | Age | Projected Future Wages | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|-----|------------------------|--------------------------------------|--------------------------|
| 2057 | 58 | 161,278 | 73,709 | 2,225,278 |
| 2058 | 59 | 162,876 | 72,815 | 2,298,093 |
| 2059 | 60 | 164,242 | 71,824 | 2,369,917 |
| 2060 | 61 | 165,377 | 70,743 | 2,440,660 |
| 2061 | 62 | 166,268 | 69,573 | 2,510,232 |
| 2062 | 63 | 166,914 | 68,319 | 2,578,552 |
| 2063 | 64 | 167,310 | 66,987 | 2,645,539 |
| 2064 | 65 | 168,373 | 65,942 | 2,711,482 |
| 2065 | 66 | 168,278 | 64,468 | 2,775,949 |
| 2066 | 67 | 82,449 | 30,897 | 2,806,847 |

**Retirement:**

| Year | Age | Projected Future Wages | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|-----|------------------------|--------------------------------------|--------------------------|
| 2066 | 67 | 44,375 | 16,629 | 2,823,476 |
| 2067 | 68 | 89,708 | 32,884 | 2,856,361 |
| 2068 | 69 | 91,918 | 32,959 | 2,889,320 |
| 2069 | 70 | 94,184 | 33,035 | 2,922,355 |
| 2070 | 71 | 96,505 | 33,111 | 2,955,466 |
| 2071 | 72 | 98,882 | 33,186 | 2,988,653 |
| 2072 | 73 | 101,318 | 33,262 | 3,021,915 |
| 2073 | 74 | 103,814 | 33,338 | 3,055,254 |
| 2074 | 75 | 106,374 | 33,415 | 3,088,669 |
| 2075 | 76 | 108,995 | 33,492 | 3,122,160 |
| 2076 | 77 | 55,061 | 16,550 | 3,138,710 |

Future Earning Capacity = 3,138,710

Past Earning Capacity = 0
Future Earning Capacity = 3,138,710

**Total Earning Capacity = 3,138,710**
**Loss Percentage = 65.0%**

**Total Lost Earning Capacity = 2,040,162**

**ANNUAL TOTALS OF LIFE CARE PLAN COSTS**
**JOAQUIN RAMIREZ**

| Year | Inflation-Adjusted Costs | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|------|------|------|
| 2022 | 7,115 | 7,058 | 7,058 |
| 2023 | 4,820 | 4,677 | 11,735 |
| 2024 | 4,970 | 4,717 | 16,453 |
| 2025 | 5,125 | 4,758 | 21,211 |
| 2026 | 5,056 | 4,592 | 25,803 |
| 2027 | 4,845 | 4,304 | 30,107 |
| 2028 | 5,010 | 4,354 | 34,461 |
| 2029 | 5,181 | 4,404 | 38,866 |
| 2030 | 5,358 | 4,456 | 43,321 |
| 2031 | 5,424 | 4,412 | 47,734 |
| 2032 | 5,414 | 4,308 | 52,041 |
| 2033 | 5,601 | 4,359 | 56,401 |
| 2034 | 5,795 | 4,412 | 60,812 |
| 2035 | 5,995 | 4,465 | 65,277 |
| 2036 | 4,663 | 3,397 | 68,674 |
| 2037 | 2,188 | 1,559 | 70,233 |
| 2038 | 2,248 | 1,567 | 71,800 |
| 2039 | 2,309 | 1,575 | 73,375 |
| 2040 | 2,373 | 1,583 | 74,957 |
| 2041 | 2,438 | 1,591 | 76,548 |
| 2042 | 2,505 | 1,599 | 78,147 |
| 2043 | 2,574 | 1,607 | 79,753 |
| 2044 | 2,645 | 1,615 | 81,368 |
| 2045 | 2,717 | 1,623 | 82,992 |
| 2046 | 2,792 | 1,632 | 84,623 |
| 2047 | 2,869 | 1,640 | 86,263 |
| 2048 | 2,948 | 1,648 | 87,912 |
| 2049 | 1,876 | 1,026 | 88,938 |
| Total = | $ 112,853 | $ 88,938 | |

© 1999-2016 EcoFin, Inc.
All Rights Reserved

**ANNUAL TOTALS OF LIFE CARE PLAN COSTS**
**ROSANNE SOLIS**

| Year | Inflation-Adjusted Costs | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|---|---|---|---|
| 2022 | 24,550 | 24,354 | 24,354 |
| 2023 | 9,211 | 8,939 | 33,293 |
| 2024 | 9,478 | 8,996 | 42,289 |
| 2025 | 31,366 | 29,123 | 71,412 |
| 2026 | 45,504 | 41,329 | 112,742 |
| 2027 | 46,686 | 41,478 | 154,220 |
| 2028 | 47,899 | 41,627 | 195,847 |
| 2029 | 49,143 | 41,777 | 237,624 |
| 2030 | 50,421 | 41,928 | 279,552 |
| 2031 | 51,733 | 42,081 | 321,633 |
| 2032 | 53,079 | 42,234 | 363,867 |
| 2033 | 54,460 | 42,388 | 406,255 |
| 2034 | 55,879 | 42,543 | 448,797 |
| 2035 | 57,334 | 42,699 | 491,497 |
| 2036 | 58,829 | 42,856 | 534,353 |
| 2037 | 60,363 | 43,015 | 577,367 |
| 2038 | 61,937 | 43,174 | 620,541 |
| 2039 | 63,554 | 43,334 | 663,875 |
| 2040 | 65,213 | 43,496 | 707,371 |
| 2041 | 66,916 | 43,658 | 751,029 |
| 2042 | 68,665 | 43,822 | 794,851 |
| 2043 | 70,460 | 43,986 | 838,837 |
| 2044 | 72,303 | 44,152 | 882,989 |
| 2045 | 74,194 | 44,319 | 927,308 |
| 2046 | 76,137 | 44,487 | 971,796 |
| 2047 | 29,112 | 16,639 | 988,435 |
| Total = | $ 1,354,423 | $ 988,435 | |

© 1999-2016 EcoFin, Inc.
All Rights Reserved

### ANNUAL TOTALS OF LIFE CARE PLAN COSTS
### MARGARETTE VIDAL

| Year | Inflation-Adjusted Costs | Present Value (Discounted at 2.23%) | Cumulative Present Value |
|------|------|------|------|
| 2022 | 43,961 | 43,611 | 43,611 |
| 2023 | 61,284 | 59,469 | 103,080 |
| 2024 | 77,893 | 73,937 | 177,017 |
| 2025 | 79,900 | 74,188 | 251,205 |
| 2026 | 81,834 | 74,327 | 325,532 |
| 2027 | 83,818 | 74,468 | 399,999 |
| 2028 | 85,980 | 74,722 | 474,722 |
| 2029 | 87,764 | 74,609 | 549,331 |
| Total = | $ 602,434 | $ 549,331 | |

© 1999-2016 EcoFin, Inc.
All Rights Reserved