UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOE HOLCOMBE, INDIVIDUALLY, AS HEIRS AT LAW AND AS REPRESENTATIVES OF THE ESTATE OF JOHN BRYAN HOLCOMBE, DECEASED; AND CLARYCE HOLCOMBE, INDIVIDUALLY, AS HEIRS AT LAW AND AS REPRESENTATIVES OF THE ESTATE OF JOHN BRYAN HOLCOMBE, DECEASED;<br><br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    *Defendant*. | § § § § § § § § § § § § §   Civil Action No. SA-18-CV-00555-XR |

**ORDER SETTING STATUS CONFERENCE
AND HEARING ON ALL PENDING MOTIONS**

This case is re-set for a status conference and hearing on all pending motions on **Monday, April 04, 2022** at **9:30 a.m.** The Courtroom Deputy will inform the parties of the means by which the status conference will be conducted. The parties should be prepared to discuss all pending motions.

It is so ORDERED.

SIGNED April 1, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE