IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOE HOLCOMBE AND CLARYCE HOLCOMBE, <br><br> Plaintiffs <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant | NO: 5:18-CV-00555-XR |

**JOINT MOTION TO APPROVE REVISED BILL OF COSTS**

In accordance with LR CV-54(a)(3)(A) and after conferring regarding the Bill of Costs filed in the above-identified cause, the Parties hereby file this Joint Motion indicating the areas of agreement and disagreement as to Plaintiffs' Bill of Costs (Doc. 599) previously filed on April 14, 2022.

1. The United States has no objection to the following costs, which total $100,964.85:

- $400.00 for filing fee
- $175.00 for docket fees
- $4,088.91 for Rainmaker Inv1266035 3/31/21
- $4,702.55 for Rainmaker Inv1266034 3/31/21
- $275.55 for San Antonio Copy Concierge

- $2,973.75 for The Exhibit Company

- $3,632.63 for Rainmaker Inv1273173 4/12/21

- $1,119.36 for Rainmaker Inv1401302 9/29/21

- $7,670.81 for Rainmaker Inv1406300 9/30/21

- $5,217.22 for Rainmaker Inv1406299 9/30/21

- $208.38 for Rainmaker Inv1266060 4/2/21

- $583.15 for Jacqueline Albright Transcript

- $1,909.35 for Lyle Bankhead Transcript

- $1,771.95 for Vince Bustillo Transcript

- $1,668.70 for Kimberly Del Greco Transcript

- $2,819.75 for Robert Ford, Jr. Transcript

- $677.25 for James Graham Transcript & Video

- $1,973.20 for Yonatan Holz Transcript

- $2,750.00 for James Hoy Transcript

- $1,603.85 for Col James Hudson Transcript

- $1,279.45 for Lt Col Robert Bearden Transcript

- $240.40 for Michael Kelley Transcript

- $1,091.30 for Michael Kelley Transcript

- $652.05 for Michael Kelley Volume 2 Transcript

- $506.65 for Rebecca Kelley Transcript

- $2,595.26 for Mandi Lookingbill & Robert Braden Trial Transcripts & Videos

- $1,344.00 for Margaret McKenzie Trial Transcripts & Videos

- $1,113.80 for Mjr. Nathan McLeod-Hughes Transcript

- $850.90 for Candace Marlowe Transcript

- $623.15 for Jeffrey L. Metzner Transcript

- $580.55 for Clinton Mills Transcript

- $1,560.24 for Brenda Moulton Trial Transcript & Video

- $646.95 for Col. John Owen Transcript

- $2,268.75 for James Kevin Poorman Transcript & Video

- $2,865.10 for Jon T. Rymer Transcript

- $2,261.80 for Tech Sgt. Ryan Sablan Transcript

- $1,380.25 for Michelle L. Shields Transcript

- $1,265.10 for Danielle Lee Smith Transcript

- $1,534.90 for Terry Snyder Transcript

- $1,657.60 for Special Agent Robert Spencer Transcript

- $2,470.15 for Randall Taylor Transcript

- $1,424.75 for R.T. Trial Transcript & Video

- $1,701.10 for Col. Owen Tullos Transcript

- $1.00 for Matthew Veltri Transcript

- $1,331.85 for Shelley Verdego Transcript

- $1,544.23 for Christopher Ward Trial Transcript & Video

- $2,071.40 for Daniel Webster Transcript

- $506.20 for Emily Willis Transcript

- $1,519.90 for Colbey Workman Trial Transcript & Video

- $1,628.60 for Col (Ret.) Larry Youngner Transcript

- $185.20 for Joe Holcombe Transcript

- $77.00 for Claryce Holcombe Transcript

- $70.46 for Danielle Smith witness fee

- $71.92 for Terry Snyder witness fee

- $71.92 for Terry Snyder witness fee

- $81.78 for Michelle Shields witness fee

- $128.16 for Michael Kelley witness fee

- $128.16 for Rebecca Kelley witness fee

- $40.00 for Col Larry Youngner witness fee

- $40.00 for Jon T. Rymer witness fee

- $40.00 for Daniel Webster witness fee

- $40.00 for Jeffrey L. Metzner, M.D. witness fee

- $71.92 for Terry Snyder witness fee

- $64.53 for Juanita Howanic witness fee

- $136.43 for David Feltoon, Ph.D. witness fee

- $62.62 for Angel Roman, M.D. witness fee

- $731.70 for Robert Todd, M.D. witness fee

- $59.04 for Christopher Ticknor, M.D. witness fee

- $75.84 for David Altman, M.D. witness fee

- $61.50 for Joe Gonzales, M.D. witness fee

- $52.54 for Keith Fairchild, Ph.D. witness fee

- $63.00 for Gigi Simcox – Motion to Dismiss Hearing

- $299.75 for Gigi Simcox – 9/25/19 Pretrial Conference

- $28.80 for Gigi Simcox – Status Conference held 2/2/2021

- $277.95 for Gigi Simcox – Status Conference held 2/26/2021

- $2,235.60 for Gigi Simcox – Daily Transcript of Bench Trial

- $3,500.00 for Gigi Simcox – Deposit for Damages Trial

- $1,198.00 for Gigi Simcox – Remainder for Damages Trial

- $1,142.95 for Randall Taylor Video

- $548.76 for Katy Sutton, PhD (Day 1) Transcript & Exhibits

- $652.87 for Katy Sutton, PhD (Day 2) Transcript & Exhibits

- $554.14 for Katy Sutton, PhD (Day 3) Transcript & Exhibits

- $442.57 for Dr. David Feltoon Transcript

2. Plaintiffs agree to withdraw their requests for reimbursement of the following costs, which total $18,415.18:

- $22.73 for San Antonio Copy Concierge fees non-recoverable incidental fees

- $757.75 for The Exhibit Company non-recoverable incidental fees

- $1,064.75 for Blend Document Technologies

- $45.00 for Lyle Bankhead Transcript non-recoverable incidental fees

- $365.00 for Vince Bustillo Transcript non-recoverable incidental fees

- $45.00 for Kimberly Del Greco Transcript non-recoverable incidental fees
- $587.50 for Robert Ford, Jr. Transcript non-recoverable incidental fees
- $45.00 for Yonatan Holz Transcript non-recoverable incidental fees
- $755.00 for James Hoy Transcript non-recoverable incidental fees
- $527.50 for Col. James Hudson Transcript non-recoverable incidental fees
- $45.00 for Lt Col Robert Bearden Transcript non-recoverable incidental fees
- $45.00 for Michael Kelley Transcript non-recoverable incidental fees
- $45.00 for Michael Kelley Transcript non-recoverable incidental fees
- $50.00 for Michael Kelley (Volume 2) Digital Media (video)
- $60.60 for Rebecca Kelley Transcript non-recoverable incidental fees
- $142.50 for Michael Kelley Sync (sync video, handling fee)
- $107.50 for Rebecca Kelley Sync (sync video, handling fee)
- $337.50 for Maj Nathan McLeod-Hughes Transcript non-recoverable incidental fees
- $80.50 for Candace Marlowe Transcript non-recoverable incidental fees
- $375.00 for Candace Marlowe Digital Media
- $45.00 for Jeffrey L. Metzner Transcript non-recoverable incidental fees
- $207.50 for Clinton Mills Transcript non-recoverable incidental fees

- $45.00 for Col John Owen Transcript non-recoverable incidental fees
- $2,257.45 for James Kevin Poorman Transcript & Video non-recoverable incidental fees
- $45.00 for Jon T. Rymer Transcript non-recoverable incidental fees
- $345.00 for TSgt Ryan Sablan Transcript non-recoverable incidental fees
- $1,765.50 for TSgt Ryan Sablan Video
- $45.00 for Michelle L. Shields Transcript non-recoverable incidental fees
- $186.81 for Michelle L. Shields Video
- $45.00 for Danielle Lee Smith Transcript non-recoverable incidental fees
- $150.00 for Danielle Lee Smith Digital Media
- $45.00 for Terry Snyder Transcript non-recoverable incidental fees
- $282.50 for Terry Snyder Sync non-recoverable incidental fees
- $1,032.50 for Special Agent Robert Spencer Transcript non-recoverable incidental fees
- $45.00 for Special Agent Robert Spencer Transcript non-recoverable incidental fees
- $1,722.90 for Special Agent Robert Spencer Video
- $207.50 for Randall Taylor Transcript non-recoverable incidental fees
- $270.01 for Col Owen Tullos Transcript non-recoverable incidental fees

- $1,440.00 for Col Owen Tullos Video

- $360.00 for Shelley Verdego Transcript non-recoverable incidental fees

- $1025.50 for Shelley Verdego Video

- $45.00 for Daniel Webster Transcript non-recoverable incidental fees

- $45.00 for Emily Willis Transcript non-recoverable incidental fees

- $75.00 for Emily Willis Digital Media

- $50.00 for Col Larry Youngner Transcript non-recoverable incidental fees

- $162.50 for Col Larry Youngner Digital Media

- $50.00 for Claryce Holcombe Transcript non-recoverable incidental fees

- $108.15 for Mandi Lookingbill & Robert Braden Trial Transcripts & Videos non-recoverable incidental fees

- $109.90 for Margaret McKenzie Trial Transcripts & Videos non-recoverable incidental fees

- $196.55 for Brenda Moulton Trial Transcript & Video non-recoverable incidental fees

- $243.88 for R.T. Trial Transcript & Video non-recoverable incidental fees

- $109.90 for Christopher Ward Trial Transcript & Video non-recoverable incidental fees

- $11.55 for Colbey Workman Trial Transcript & Video non-recoverable incidental fees
- $135.75 for James Graham Transcript & Video non-recoverable incidental fees

Based on the foregoing, the Parties agree that **$100,964.85** is the total recoverable amount to be taxed as costs and included in the Judgment.

Accordingly, the Parties respectfully request that the Clerk of Court tax **$100,964.85** as costs and include such costs in the Judgment in the above-captioned case.

Respectfully Submitted,

/s/ Jamal K. Alsaffar
**Jamal K. Alsaffar**
JAlsaffar@nationaltriallaw.com
Texas Bar No. 24027193
**Tom Jacob**
TJacob@nationaltriallaw.com
Texas Bar No. 24069981
**Whitehurst, Harkness, Brees, Cheng, Alsaffar & Higginbotham & Jacob PLLC**
7500 Rialto Blvd, Bldg. Two, Ste 250
Austin, TX 78735
Office 512-476-4346
Fax 512-476-4400
Counsel for Vidal, McKenzie, Solis, McNulty, and Wall

/s/ James Dingivan
**James Dingivan**
**Assistant United States Attorney**
Western District of Texas
Texas Bar No. 24094139
601 NW Loop 410, Ste 600
San Antonio, TX 78216
Telephone: (210) 384-7372
Facsimile: (210) 384-7312
Email: James.Dingivan@usdoj.gov
Attorney for the Defendant

/s/ April A. Strahan
**April A. Strahan**
april@ammonslaw.com
Texas Bar No. 24056387
**Robert E. Ammons**
rob@ammonslaw.com
Texas Bar No. 01159820
**The Ammons Law Firm**
3700 Montrose Blvd.
Houston, TX 77006
Office 866-523-1603
Fax 713-523-4159
Counsel for Holcombe, Ramsey, Curnow & Macias

/s/ Jason P. Steed
**Jason P. Steed**
JSteed@kilpatricktownsend.com
Texas Bar No. 24070671
**Kilpatrick Townsend & Stockton LLP**
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
Office 214-922-7112
Fax 214-853-5731
Counsel for Vidal, McNulty, and Wall

/s/ Daniel Barks
**Daniel D. Barks,** *pro hac vice*
ddb@speiserkrause.com
**Speiser Krause, P.C.**
5555 Glenridge Connector, Suite 550
Atlanta, GA 30342
Office 571-814-3344
Fax 866-936-6382
Counsel for Holcombe

/s/ Daniel J.T. Sciano
**Daniel J.T. Sciano**
DSciano@tsslawyers.com
Texas Bar No. 17881200
**Tinsman & Sciano**
10107 McAllister Freeway
San Antonio, TX 78216
Office 210-225-3121
Fax 210-225-6235
Counsel for Amador

/s/ Dennis Peery
**Dennis Charles Peery**
d.peery@tylerpeery.com
Texas Bar No. 15728750
**R. Craig Bettis**
cbettis@tylerpeery.com
Texas Bar No. 24040518
**Tyler & Peery**
5822 West IH 10
San Antonio, TX 78201
Office 210-774-6445
Counsel for Uhl

/s/ Justin Demerath
**Justin Demerath**
jdemerath@808west.com
Texas Bar No. 24034415
**O'Hanlon, Demerath & Castillo**
808 West Ave.
Austin, TX 78701
Office 512-494-9949
Counsel for Corrigan, Braden, Warden, Stevens, Pachal, McCain, & Poston

/s/ Joseph M. Schreiber
**Joseph M. Schreiber**
joe@lawdoneright.net
Texas Bar No. 24037449
**Erik A. Knockaert**
erik@lawdoneright.net
Texas Bar No. 24036921
**Schreiber | Knockaert, PLLC**
701 N. Post Oak Rd., Suite 325
Houston, TX 77024
Phone (281) 949-8904
Fax (281) 949-8914
Counsel for Brown

/s/ Brett Reynolds
**Brett T. Reynolds**
btreynolds@btrlaw.com
Texas Bar No. 16795500
**Brett Reynolds & Associates, P.C.**
1250 N.E. Loop 420, Suite 420
San Antonio, TX 78219
(210)805-9799
Counsel for Workman, Colbath, and Harris

/s/ Tim Maloney
**Tim Maloney**
Texas Bar No. 12887380
timmaloney@yahoo.com
**Paul E. Campolo**
pcampolo@maloneyandcampolo.com
Texas Bar No. 03730150
**Maloney & Campolo, L.L.P.**
926 S. Alamo
San Antonio, TX 78205
Office (210) 465-1523
Counsel for Ramsey

/s/ Jason Webster
**Jason Webster**
jwebster@thewebsterlawfirm.com
Texas Bar No. 24033318
**The Webster Law Firm**
6200 Savoy
Suite 640
Houston, TX 77036
Counsel for Lookingbill

/s/ Robert Wilson
**Robert Wilson**
**Law Office of Thomas J. Henry**
4715 Fredricksburg
San Antonio, TX 78229
(210) 585-2151
(361) 985-0601 (fax)
rwilson@thomasjhenrylaw.com
Counsel for McMahan

/s/ George LeGrand
**George LeGrand**
tegrande@aol.com
Texas Bar No. 12171450
**Stanley Bernstein**
Texas Bar No. 02225400
**LeGrand & Bernstein**
2511 N. Saint Mary's St.
San Antonio, Texas 78212
Office 210-733-9439
Fax 510-735-3542
Counsel for Wall & Solis

/s/ Mark Collmer
**Mark W. Collmer**
drcollmer@aol.com
Texas Bar No. 04626420
**Collmer Law Firm**
3700 Montrose
Houston, TX 77006
Office 713-337-4040
Counsel for Holcombe

/s/ Marion M. Reilly
Marion M. Reilly
**Hilliard Munoz Gonzales, L.L.P.**
719 S. Shoreline - Ste 500
Corpus Christi, TX 78401
(361) 882-1612
361/882-3015 (fax)
marion@hmglawfirm.com
Counsel for McMahan

/s/ Diego Lopez
**Diego Lopez**
**Anderson & Associates Law Firm**
2600 SW Military Drive, Suite 118
San Antonio, TX 78224
(210) 928-9999
(210) 928-9118 (fax)
diego@diegolaw.com
Counsel for Ward

## CERTIFICATE OF SERVICE

By our signatures above, we certify that a copy of this Joint Motion to Approve Revised Bill of Costs has been filed and sent to all counsel of record in this case on May 5, 2022 via the Court's CM/ECF notice system. The Parties further hereby confirm their compliance with the conference requirements of Local Rule CV-54.