IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOE HOLCOMBE, *et al.*;<br>*Plaintiffs*<br><br>-vs-<br><br>UNITED STATES OF AMERICA,<br>*Defendant* | SA-18-CV-00555-XR |

**ORDER**

The Court, having reviewed the Parties' Joint Motion to Approve Revised Bill of Costs (ECF No. 600) hereby **GRANTS** the Parties' Motion and **ORDERS** that the Clerk of Court tax **$100,964.85** as costs against the United States and include such costs in the Judgment in the above-captioned case as follows:

(1) $400.00 for fees of the Clerk.

(2) $175.00 for docket fees under 28 U.S.C. § 1923.

(3) $29,889.16 for fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case.

(4) $68,472.20 for fees for printed or electronically recorded transcripts necessarily obtained for use in the case.

(5) $2,028.52 for fees for witnesses.

It is so **ORDERED**.

**SIGNED** this 5th day of May, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE