United States District Court
Western District of Texas
San Antonio Division

| | |
|---|---|
| Joe Holcombe, et. al,<br>  Plaintiffs,<br><br>v.<br><br>United States of America,<br>  Defendant. | No. 5-18-cv-00555-XR<br>(consolidated cases) |

### Order Granting Motion to Withdraw

Defendant United States of America has moved that James F. Gilligan be permitted to withdraw as counsel of record for the Defendant in this matter. Having reviewed the pleadings and being fully advised, Defendant's motion is hereby GRANTED. James F. Gilligan is hereby withdrawn as counsel for the Defendant.

_____, 2022            _____
Date                                                         United States District Judge

1