United States District Court
Western District of Texas
San Antonio Division

| | |
|---|---|
| Joe Holcombe, et. al,<br>    Plaintiffs,<br><br>    v.<br><br>United States of America,<br>    Defendant. | No. 5:18-cv-00555-XR<br>(consolidated cases) |

## Notice of Appeal

Notice is hereby given that Defendant United States of America hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this action on the 5th day of April, 2022, ECF No. 597, as well as all opinions and orders on which this final judgment is predicated.

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

Ashley C. Hoff
United States Attorney

By:   */s/ Jocelyn Krieger*
Jocelyn Krieger
Trial Attorney
New Jersey Bar No. 065962013
jocelyn.krieger@usdoj.gov
175 N St. NE
Washington DC 20002
James E. Dingivan
Assistant United States Attorney
Texas Bar No. 24094139
james.dingivan@usdoj.gov
Clayton R. Diedrichs

Assistant United States Attorney
Colorado Bar No. 16833
clayton.diedrichs@usdoj.gov
Jacquelyn M. Christilles
Assistant United States Attorney
Texas Bar No. 24075431
jacquelyn.christilles@usdoj.gov
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7372 (phone)
(210) 384-7312 (fax)

Attorneys for Defendant