IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOE HOLCOMBE AND CLARYCE HOLCOMBE, | NO: 5:18-CV-00555-XR |
| Plaintiffs | |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant | |

**PLAINTIFFS' NOTICE OF CROSS APPEAL**

In response to the Government's notice of appeal, now docketed at the Court of Appeals for the Fifth Circuit as *Holcombe v. United States*, 22-50458, Plaintiffs give notice that they intend to cross appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this action on the 5th day of April, 2022, ECF No. 597, as well as all opinions and orders on which this final judgment is predicated.

Respectfully Submitted,

| | |
|---|---|
| /s/ Jamal K. Alsaffar | /s/ Jason P. Steed |
| **Jamal K. Alsaffar** | **Jason P. Steed** |
| JAlsaffar@nationaltriallaw.com | JSteed@kilpatricktownsend.com |
| Texas Bar No. 24027193 | Texas Bar No. 24070671 |
| **Tom Jacob** | **Kilpatrick Townsend & Stockton LLP** |
| TJacob@nationaltriallaw.com | 2001 Ross Avenue, Suite 4400 |
| Texas Bar No. 24069981 | Dallas, TX 75201 |
| **Whitehurst, Harkness, Brees, Cheng, Alsaffar & Higginbotham & Jacob PLLC** | Office 214-922-7112 |
| 7500 Rialto Blvd, Bldg. Two, Ste 250 | Fax 214-853-5731 |
| Austin, TX 78735 | Counsel for Vidal, McNulty, and Wall |
| Office 512-476-4346 | |
| Fax 512-476-4400 | |
| Counsel for Vidal, McKenzie, Solis, McNulty, and Wall | |
| | |
| /s/ April A. Strahan | /s/ Daniel J.T. Sciano |
| **April A. Strahan** | **Daniel J.T. Sciano** |
| april@ammonslaw.com | DSciano@tsslawyers.com |
| Texas Bar No. 24056387 | Texas Bar No. 17881200 |
| **Robert E. Ammons** | **Tinsman & Sciano** |
| rob@ammonslaw.com | 10107 McAllister Freeway |
| Texas Bar No. 01159820 | San Antonio, TX 78216 |
| **The Ammons Law Firm** | Office 210-225-3121 |
| 3700 Montrose Blvd. | Fax 210-225-6235 |
| Houston, TX 77006 | Counsel for Amador |
| Office 866-523-1603 | |
| Fax 713-523-4159 | |
| Counsel for Holcombe, Ramsey, Curnow & Macias | |
| | |
| /s/ Daniel Barks | /s/ Mark Collmer |
| **Daniel D. Barks,** *pro hac vice* | **Mark W. Collmer** |
| ddb@speiserkrause.com | drcollmer@aol.com |
| **Speiser Krause, P.C.** | Texas Bar No. 04626420 |
| 5555 Glenridge Connector, Suite 550 | **Collmer Law Firm** |
| Atlanta, GA 30342 | 3700 Montrose |
| Office 571-814-3344 | Houston, TX 77006 |
| Fax 866-936-6382 | Office 713-337-4040 |
| Counsel for Holcombe | Counsel for Holcombe |

/s/ Dennis Peery
**Dennis Charles Peery**
d.peery@tylerpeery.com
Texas Bar No. 15728750
**R. Craig Bettis**
cbettis@tylerpeery.com
Texas Bar No. 24040518
**Tyler & Peery**
5822 West IH 10
San Antonio, TX 78201
Office 210-774-6445
Counsel for Uhl

/s/ George LeGrand
**George LeGrand**
tegrande@aol.com
Texas Bar No. 12171450
**Stanley Bernstein**
Texas Bar No. 02225400
**LeGrand & Bernstein**
2511 N. Saint Mary's St.
San Antonio, Texas 78212
Office 210-733-9439
Fax 510-735-3542
Counsel for Wall & Solis

/s/ Justin Demerath
**Justin Demerath**
jdemerath@808west.com
Texas Bar No. 24034415
**O'Hanlon, Demerath & Castillo**
808 West Ave.
Austin, TX 78701
Office 512-494-9949
Counsel for Corrigan, Braden, Warden, Stevens, Pachal, McCain, & Poston

/s/ Tim Maloney
**Tim Maloney**
Texas Bar No. 12887380
timmaloney@yahoo.com
**Paul E. Campolo**
pcampolo@maloneyandcampolo.com
Texas Bar No. 03730150
**Maloney & Campolo, L.L.P.**
926 S. Alamo
San Antonio, TX 78205
Office (210) 465-1523
Counsel for Ramsey

/s/ Joseph M. Schreiber
**Joseph M. Schreiber**
joe@lawdoneright.net
Texas Bar No. 24037449
**Erik A. Knockaert**
erik@lawdoneright.net
Texas Bar No. 24036921
**Schreiber | Knockaert, PLLC**
701 N. Post Oak Rd., Suite 325
Houston, TX 77024
Phone (281) 949-8904
Fax (281) 949-8914
Counsel for Brown

/s/ Jason Webster
**Jason Webster**
jwebster@thewebsterlawfirm.com
Texas Bar No. 24033318
**The Webster Law Firm**
6200 Savoy
Suite 640
Houston, TX 77036
Counsel for Lookingbill

| | |
|---|---|
| /s/ Brett Reynolds<br>**Brett T. Reynolds**<br>btreynolds@btrlaw.com<br>Texas Bar No. 16795500<br>**Brett Reynolds & Associates, P.C.**<br>1250 N.E. Loop 420, Suite 420<br>San Antonio, TX 78219<br>(210)805-9799<br>Counsel for Workman, Colbath, and Harris | /s/ Marion M. Reilly<br>Marion M. Reilly<br>**Hilliard Munoz Gonzales, L.L.P.**<br>719 S. Shoreline - Ste 500<br>Corpus Christi, TX 78401<br>(361) 882-1612<br>361/882-3015 (fax)<br>marion@hmglawfirm.com<br>Counsel for McMahan |
| /s/ Robert Wilson<br>**Robert Wilson**<br>**Law Office of Thomas J. Henry**<br>4715 Fredricksburg<br>San Antonio, TX 78229<br>(210) 585-2151<br>(361) 985-0601 (fax)<br>rwilson@thomasjhenrylaw.com<br>Counsel for McMahan | /s/ Diego Lopez<br>**Diego Lopez**<br>**Anderson & Associates Law Firm**<br>2600 SW Military Drive, Suite 118<br>San Antonio, TX 78224<br>(210) 928-9999<br>(210) 928-9118 (fax)<br>diego@diegolaw.com<br>Counsel for Ward |