IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HOLCOMBE, et. al, <br><br> Plaintiffs <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant | NO. 5:18-CV-00555-XR <br> (consolidated cases) |

## NOTICE OF SETTLEMENT ON APPEAL: UNOPPOSED MOTION FOR INDICATIVE RULING TO EFFECT TERMS OF SETTLEMENT

The parties hereby provide notice of their settlement of all matters in dispute, subject to this Court's willingness to take certain action necessary to effectuate the settlement. Accordingly, pursuant to Rule 62.1 of the Federal Rules of Civil Procedure, the Plaintiffs request an indicative ruling that the Court will, upon remand from the Fifth Circuit Court of Appeals, proceed with such requested action.

While on appeal, the parties participated in mediation discussions under the Circuit Mediation Program, and they reached a settlement agreement subject to court approval and final approval by the Attorney General of the United States of America, the terms of which require certain action by this Court. Specifically, one of the terms of settlement requires Plaintiffs to obtain, at their expense, approval of the settlement by a court(s) of competent

jurisdiction on behalf of any minor or incompetent-adult Plaintiff. In the above-styled consolidated cases, there are seven minors and one incompetent adult that require the Court's approval:

| PARTY | CAUSE | GUARDIAN |
|---|---|---|
| J.M. | 5:18-cv-00949-XR | Lisa McNulty |
| E.W. | 5:19-cv-01301-XR | Colbey Workman |
| O.C. | 5:19-cv-00691-XR | David Colbath |
| R.T. | 5:19-cv-00706-XR | Dalia Lookingbill |
| R.W. | 5:19-cv-00972-XR | Chancie McMahan |
| Z.Z. | 5:19-cv-00691-XR | Elizabeth Braden |
| E.J.H. | 5:20-cv-00368-XR | John Porter Holcombe |
| Joe Holcombe | 5:18-cv-00555-XR | Not Applicable[1] |

Court approval will likely require the Court to appoint a Guardian ad Litem and rule on a Motion to Approve Settlement. *See* Fed. R. Civ. P. 17(c)(2)

---

[1] Mr. Holcombe is 91 years old. He recently developed health concerns that indicate Court approval of his proposed settlement would be appropriate and beneficial. Accordingly, and in an abundance of caution, Plaintiffs respectfully request that the Court review and approve Mr. Holcombe's proposed settlement. Although Mr. Holcombe does not have a legal guardian, Plaintiffs expect that the required paperwork affecting the appointment of Mr. Holcombe's Durable Power of Attorney (his daughter, JoCheryl Holcombe) will be received by the time this Court is requested to review the proposed settlement, giving her full authority to act with regard to Mr. Holcombe's legal affairs.

(allowing court appointment of guardian). *See* **Exhibit 1** (Plaintiffs' Unopposed Motion to Appoint Guardian).

Plaintiffs therefore respectfully request that this Court enter the attached proposed Order indicating that it will accept the limited remand from the Court of Appeals and proceed to appoint the Guardian and rule on the Motion to Approve Settlement.

### CERTIFICATE OF CONFERENCE

Plaintiffs conferred with the United States, and they do not oppose this motion.

/s/ Jamal K. Alsaffar
**Jamal K. Alsaffar**

Respectfully Submitted,

/s/ Jamal K. Alsaffar
**Jamal K. Alsaffar**
JAlsaffar@nationaltriallaw.com
Texas Bar No. 24027193
**Tom Jacob**
TJacob@nationaltriallaw.com
Texas Bar No. 24069981
**Whitehurst, Harkness, Brees, Cheng, Alsaffar & Higginbotham & Jacob PLLC**
7500 Rialto Blvd, Bldg. Two, Ste 250
Austin, TX 78735
Office 512-476-4346
Fax 512-476-4400
Counsel for Vidal, McKenzie, Solis, McNulty, and Wall

/s/ Jason P. Steed
**Jason P. Steed**
JSteed@kilpatricktownsend.com
Texas Bar No. 24070671
**Kilpatrick Townsend & Stockton LLP**
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
Office 214-922-7112
Fax 214-853-5731
Counsel for Vidal, McNulty, and Wall

/s/ April A. Strahan
**April A. Strahan**
april@ammonslaw.com
Texas Bar No. 24056387
**Robert E. Ammons**
rob@ammonslaw.com
Texas Bar No. 01159820
**The Ammons Law Firm**
3700 Montrose Blvd.
Houston, TX 77006
Office 866-523-1603
Fax 713-523-4159
Counsel for Holcombe, Ramsey, Curnow & Macias

/s/ Daniel J.T. Sciano
**Daniel J.T. Sciano**
DSciano@tsslawyers.com
Texas Bar No. 17881200
**Tinsman & Sciano**
10107 McAllister Freeway
San Antonio, TX 78216
Office 210-225-3121
Fax 210-225-6235
Counsel for Amador

/s/ Daniel Barks
**Daniel D. Barks,** *pro hac vice*
ddb@speiserkrause.com
**Speiser Krause, P.C.**
5555 Glenridge Connector, Suite 550
Atlanta, GA 30342
Office 571-814-3344
Fax 866-936-6382
Counsel for Holcombe

/s/ Dennis Peery
**Dennis Charles Peery**
d.peery@tylerpeery.com
Texas Bar No. 15728750
**R. Craig Bettis**
cbettis@tylerpeery.com
Texas Bar No. 24040518
**Tyler & Peery**
5822 West IH 10
San Antonio, TX 78201
Office 210-774-6445
Counsel for Uhl

/s/ George LeGrand
**George LeGrand**
tegrande@aol.com
Texas Bar No. 12171450
**Stanley Bernstein**
Texas Bar No. 02225400
**LeGrand & Bernstein**
2511 N. Saint Mary's St.
San Antonio, Texas 78212
Office 210-733-9439
Fax 510-735-3542
Counsel for Wall & Solis

/s/ Mark Collmer
**Mark W. Collmer**
drcollmer@aol.com
Texas Bar No. 04626420
**Collmer Law Firm**
3700 Montrose
Houston, TX 77006
Office 713-337-4040
Counsel for Holcombe

/s/ Tim Maloney
**Tim Maloney**
Texas Bar No. 12887380
timmaloney@yahoo.com
**Paul E. Campolo**
pcampolo@maloneyandcampolo.com
Texas Bar No. 03730150
**Maloney & Campolo, L.L.P.**
926 S. Alamo
San Antonio, TX 78205
Office (210) 465-1523
Counsel for Ramsey

/s/ Joseph M. Schreiber
**Joseph M. Schreiber**
joe@lawdoneright.net
Texas Bar No. 24037449
**Erik A. Knockaert**
erik@lawdoneright.net
Texas Bar No. 24036921
**Schreiber | Knockaert, PLLC**
701 N. Post Oak Rd., Suite 325
Houston, TX 77024
Phone (281) 949-8904
Fax (281) 949-8914
Counsel for Brown

| | |
|---|---|
| /s/ Justin Demerath | /s/ Jason Webster |
| **Justin Demerath** | **Jason Webster** |
| jdemerath@808west.com | jwebster@thewebsterlawfirm.com |
| Texas Bar No. 24034415 | Texas Bar No. 24033318 |
| **O'Hanlon, Demerath & Castillo** | **The Webster Law Firm** |
| 808 West Ave. | 6200 Savoy |
| Austin, TX 78701 | Suite 640 |
| Office 512-494-9949 | Houston, TX 77036 |
|    Counsel for Corrigan, Braden, Warden, Stevens, Pachal, McCain, & Poston |    Counsel for Lookingbill |
| | |
| /s/ Brett Reynolds | /s/ Marion M. Reilly |
| **Brett T. Reynolds** | Marion M. Reilly |
| btreynolds@btrlaw.com | **Hilliard Munoz Gonzales, L.L.P.** |
| Texas Bar No. 16795500 | 719 S. Shoreline - Ste 500 |
| **Brett Reynolds & Associates, P.C.** | Corpus Christi, TX 78401 |
| 1250 N.E. Loop 420, Suite 420 | (361) 882-1612 |
| San Antonio, TX 78219 | 361/882-3015 (fax) |
| (210)805-9799 | marion@hmglawfirm.com |
|    Counsel for Workman, Colbath, and Harris |    Counsel for McMahan |
| | |
| /s/ Robert Wilson | /s/ Diego Lopez |
| **Robert Wilson** | **Diego Lopez** |
| **Law Office of Thomas J. Henry** | **Anderson & Associates Law Firm** |
| 4715 Fredricksburg | 2600 SW Military Drive, Suite 118 |
| San Antonio, TX 78229 | San Antonio, TX 78224 |
| (210) 585-2151 | (210) 928-9999 |
| (361) 985-0601 (fax) | (210) 928-9118 (fax) |
| rwilson@thomasjhenrylaw.com | diego@diegolaw.com |
| Counsel for McMahan | Counsel for Ward |