IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HOLCOMBE, et. al, | NO. 5:18-CV-00555-XR |
| Plaintiffs | (consolidated cases) |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant | |

## UNOPPOSED MOTION TO APPOINT GUARDIAN AD LITEM

Plaintiffs request the Court appoint Chip Evans as guardian ad litem, in the above-styled consolidated cases, for the limited purpose of reviewing a settlement agreement affecting the resolution of this case and ensuring no conflict of interest exists. There are seven minors and one incompetent adult that require the Court's approval that the Plaintiffs request the Court appoint the Guardian:

| PARTY | CAUSE | GUARDIAN |
|---|---|---|
| J.M. | 5:18-cv-00949-XR | Lisa McNulty |
| E.W. | 5:19-cv-01301-XR | Colbey Workman |
| O.C. | 5:19-cv-00691-XR | David Colbath |

Page 1 of 6


PLAINTIFF'S EXHIBIT 1

| PARTY | CAUSE | GUARDIAN |
|---|---|---|
| R.T. | 5:19-cv-00706-XR | Dalia Lookingbill |
| R.W. | 5:19-cv-00972-XR | Chancie McMahan |
| Z.Z. | 5:19-cv-00691-XR | Elizabeth Braden |
| E.J.H. | 5:20-cv-00368-XR | John Porter Holcombe |
| Joe Holcombe | 5:18-cv-00555-XR | Not Applicable[1] |

## ANALYSIS

The Parties to this lawsuit reached a proposed settlement that requires the Court's approval prior to review and decision by the Attorney General or his designee. Because the above parties are minor children, Plaintiffs request that the Court appoint a guardian ad litem to protect their interests for the limited purpose of reviewing the settlement agreement.

Under Fed. R. Civ. P. 17(c), the Court may appoint a guardian ad litem in its discretion where the Court believes the appointment to be in the best

---

[1] Mr. Holcombe is 91 years old. He recently developed health concerns that indicate Court approval of his proposed settlement would be appropriate and beneficial. Accordingly, and in an abundance of caution, Plaintiffs respectfully request that the Court review and approve Mr. Holcombe's proposed settlement. Although Mr. Holcombe does not have a legal guardian, Plaintiffs expect that the required paperwork affecting the appointment of Mr. Holcombe's Durable Power of Attorney (his daughter, JoCheryl Holcombe) will be received by the time this Court is requested to review the proposed settlement, giving her full authority to act with regard to Mr. Holcombe's legal affairs.

interest of a minor or disabled individual. *See Scannavino v. Fla. Dep't of Corrections*, 242 F.R.D. 662, 666–67 (M.D. Fla. 2007). As a term of settlement, the United States requires Plaintiffs to obtain court approval of the settlement. An independent guardian ad litem will help the Court determine whether the settlement is within the best interests of these minor children.

Plaintiffs request the Court appoint Chip Evans, Evans & Herlihy Law Firm, 4407 Bee Caves Rd., Suite 611, Austin, TX 78746, as an appropriate guardian ad litem. Plaintiffs have conferred with the United States and they do not oppose this appointment. Mr. Evans is licensed attorney in Texas and has considerable experience in serving as guardian for these types of cases. He is also board certified in Personal Injury Trial Law by the Texas Board of Legal Specialization. Plaintiffs reached out to Mr. Evans, and he is willing to accept this appointment as guardian ad litem, should the Court approve this motion.

## CONCLUSION

Plaintiffs request that the Court appoint Chip Evans as guardian ad litem to review the settlement in the above styled case and report to the Court on his review.

Respectfully Submitted,

| | |
|---|---|
| /s/ Jamal K. Alsaffar | /s/ Jason P. Steed |
| **Jamal K. Alsaffar** | **Jason P. Steed** |
| JAlsaffar@nationaltriallaw.com | JSteed@kilpatricktownsend.com |
| Texas Bar No. 24027193 | Texas Bar No. 24070671 |
| **Tom Jacob** | **Kilpatrick Townsend & Stockton LLP** |
| TJacob@nationaltriallaw.com | 2001 Ross Avenue, Suite 4400 |
| Texas Bar No. 24069981 | Dallas, TX 75201 |
| **Whitehurst, Harkness, Brees, Cheng, Alsaffar & Higginbotham & Jacob PLLC** | Office 214-922-7112 |
| 7500 Rialto Blvd, Bldg. Two, Ste 250 | Fax 214-853-5731 |
| Austin, TX 78735 | Counsel for Vidal, McNulty, and Wall |
| Office 512-476-4346 | |
| Fax 512-476-4400 | |
| Counsel for Vidal, McKenzie, Solis, McNulty, and Wall | |
| | |
| /s/ April A. Strahan | /s/ Daniel J.T. Sciano |
| **April A. Strahan** | **Daniel J.T. Sciano** |
| april@ammonslaw.com | DSciano@tsslawyers.com |
| Texas Bar No. 24056387 | Texas Bar No. 17881200 |
| **Robert E. Ammons** | **Tinsman & Sciano** |
| rob@ammonslaw.com | 10107 McAllister Freeway |
| Texas Bar No. 01159820 | San Antonio, TX 78216 |
| **The Ammons Law Firm** | Office 210-225-3121 |
| 3700 Montrose Blvd. | Fax 210-225-6235 |
| Houston, TX 77006 | Counsel for Amador |
| Office 866-523-1603 | |
| Fax 713-523-4159 | |
| Counsel for Holcombe, Ramsey, Curnow & Macias | |
| | |
| /s/ Daniel Barks | /s/ Mark Collmer |
| **Daniel D. Barks,** *pro hac vice* | **Mark W. Collmer** |
| ddb@speiserkrause.com | drcollmer@aol.com |
| **Speiser Krause, P.C.** | Texas Bar No. 04626420 |
| 5555 Glenridge Connector, Suite 550 | **Collmer Law Firm** |
| Atlanta, GA 30342 | 3700 Montrose |
| Office 571-814-3344 | Houston, TX 77006 |
| Fax 866-936-6382 | Office 713-337-4040 |
| Counsel for Holcombe | Counsel for Holcombe |

/s/ Dennis Peery
**Dennis Charles Peery**
d.peery@tylerpeery.com
Texas Bar No. 15728750
**R. Craig Bettis**
cbettis@tylerpeery.com
Texas Bar No. 24040518
**Tyler & Peery**
5822 West IH 10
San Antonio, TX 78201
Office 210-774-6445
Counsel for Uhl

/s/ Tim Maloney
**Tim Maloney**
Texas Bar No. 12887380
timmaloney@yahoo.com
**Paul E. Campolo**
pcampolo@maloneyandcampolo.com
Texas Bar No. 03730150
**Maloney & Campolo, L.L.P.**
926 S. Alamo
San Antonio, TX 78205
Office (210) 465-1523
Counsel for Ramsey

/s/ George LeGrand
**George LeGrand**
tegrande@aol.com
Texas Bar No. 12171450
**Stanley Bernstein**
Texas Bar No. 02225400
**LeGrand & Bernstein**
2511 N. Saint Mary's St.
San Antonio, Texas 78212
Office 210-733-9439
Fax 510-735-3542
Counsel for Wall & Solis

/s/ Joseph M. Schreiber
**Joseph M. Schreiber**
joe@lawdoneright.net
Texas Bar No. 24037449
**Erik A. Knockaert**
erik@lawdoneright.net
Texas Bar No. 24036921
**Schreiber | Knockaert, PLLC**
701 N. Post Oak Rd., Suite 325
Houston, TX 77024
Phone (281) 949-8904
Fax (281) 949-8914
Counsel for Brown

/s/ Justin Demerath
**Justin Demerath**
jdemerath@808west.com
Texas Bar No. 24034415
**O'Hanlon, Demerath & Castillo**
808 West Ave.
Austin, TX 78701
Office 512-494-9949
   Counsel for Corrigan, Braden, Warden, Stevens, Pachal, McCain, & Poston

/s/ Jason Webster
**Jason Webster**
jwebster@thewebsterlawfirm.com
Texas Bar No. 24033318
**The Webster Law Firm**
6200 Savoy
Suite 640
Houston, TX 77036
   Counsel for Lookingbill

| | |
|---|---|
| /s/ Brett Reynolds<br>**Brett T. Reynolds**<br>btreynolds@btrlaw.com<br>Texas Bar No. 16795500<br>**Brett Reynolds & Associates, P.C.**<br>1250 N.E. Loop 420, Suite 420<br>San Antonio, TX 78219<br>(210)805-9799<br>　　Counsel for Workman, Colbath, and Harris | /s/ Marion M. Reilly<br>Marion M. Reilly<br>**Hilliard Munoz Gonzales, L.L.P.**<br>719 S. Shoreline - Ste 500<br>Corpus Christi, TX 78401<br>(361) 882-1612<br>361/882-3015 (fax)<br>marion@hmglawfirm.com<br>　　Counsel for McMahan |
| /s/ Robert Wilson<br>**Robert Wilson**<br>**Law Office of Thomas J. Henry**<br>4715 Fredricksburg<br>San Antonio, TX 78229<br>(210) 585-2151<br>(361) 985-0601 (fax)<br>rwilson@thomasjhenrylaw.com<br>Counsel for McMahan | /s/ Diego Lopez<br>**Diego Lopez**<br>**Anderson & Associates Law Firm**<br>2600 SW Military Drive, Suite 118<br>San Antonio, TX 78224<br>(210) 928-9999<br>(210) 928-9118 (fax)<br>diego@diegolaw.com<br>Counsel for Ward |