IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| HOLCOMBE, et. al, | NO. 5:18-CV-00555-XR |
| Plaintiffs | (consolidated cases) |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant | |

# ORDER

This matter came before the Court upon the consent motion of the Plaintiffs pursuant to Rule 62.1 of the Federal Rules of Civil Procedure, asking this Court to indicate its willingness to accept the limited remand from the Court of Appeals and proceed to appoint a Guardian ad Litem and rule on a Motion to Approve settlement of certain settlements on behalf of any minor or incompetent-adult Plaintiff.

Having considered the Plaintiffs' motion and the entire record, the Court is of the opinion, and so finds, that if the case is remanded to it by the Court of Appeals for the Fifth Circuit, it will grant the relief requested.

IT IS, THEREFORE, ORDERED BY THE COURT that if this case is remanded to the District Court by the Court of Appeals, this Court will grant the Plaintiffs' consent motion of the Federal Rules of Civil Procedure and proceed to appoint a Guardian ad Litem and rule on a Motion to Approve

settlement of certain settlements on behalf of any minor or incompetent-adult Plaintiff.

It is so ORDERED.

SIGNED on this date: _____, 2023.

_____

HON. JUDGE XAVIER RODRIGUEZ