IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOE HOLCOMBE *et al.*,<br>*Plaintiffs*<br><br>-vs-<br><br>UNITED STATES OF AMERICA,<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-18-CV-00555-XR |

**ORDER**

This matter came before the Court upon the consent motion of the Plaintiffs pursuant to Rule 62.1 of the Federal Rules of Civil Procedure (ECF No. 809), asking this Court to indicate its willingness to accept the limited remand from the Court of Appeals and proceed to appoint a Guardian ad Litem and rule on a Motion to Approve settlement of certain settlements on behalf of any minor or incompetent-adult Plaintiff.

Having considered the Plaintiffs' motion and the entire record, the Court is of the opinion, and so finds, that if the case is remanded to it by the Court of Appeals for the Fifth Circuit, it will grant the relief requested. Accordingly, Plaintiffs' motion (ECF No. 809) is **GRANTED**.

**IT IS, THEREFORE, ORDERED BY THE COURT** that if this case is remanded to the District Court by the Court of Appeals, this Court will grant the Plaintiffs' consent motion and proceed to appoint a Guardian ad Litem and rule on a Motion to Approve settlement of certain settlements on behalf of any minor or incompetent-adult Plaintiff.

It is so **ORDERED**.

**SIGNED** on this 5th day of April, 2023.

                                                  XAVIER RODRIGUEZ
                                                  UNITED STATES DISTRICT JUDGE