IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOE HOLCOMBE AND CLARYCE HOLCOMBE, | § § § | |
| Plaintiffs | § § | |
| vs. | § § | NO: 5:18-CV-00555-XR |
| UNITED STATES OF AMERICA, | § § § | |
| Defendant | § | |

## ORDER APPROVING SETTLEMENT

   The parties seek Court approval as to the reasonableness of the proposed settlement between the United States of America and Plaintiffs. The complete and precise terms and conditions of the settlement are set forth in the Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant To 28 U.S.C. § 2677 (hereinafter "Stipulation"). The Court has reviewed the pleadings, the Stipulation, and the report of the Court appointed Guardian ad Litem, the Court is fully informed of the specifics of the full and final terms and conditions of the settlement, including that the settlement is subject to approval by the Attorney General or his designee and funding.

1. *Settlement*

The Court finds that it has jurisdiction and venue over the persons and subject matter of this proceeding and that all the proceedings have been lawful and proper. Further, the Court finds that the terms and conditions of this settlement, as set forth in the Stipulation, are fair, reasonable, and in the best interests of the parties. Accordingly, the court GRANTS the motion.

It is ORDERED that the settlement is hereby approved. It is further ORDERED that JoCheryl Holcombe, under the authority of an effective Statutory Durable Power of Attorney, is authorized and required to sign the Stipulation and any other documents that are necessary to consummate this settlement on behalf of Joe Holcombe. It is ORDERED that attorney's fees in this action shall not exceed twenty-five percent (25%) of the Settlement Amount. The Court finds that the costs and expenses associated with the litigation are fair, reasonable, and necessary. Accordingly, it is ORDERED that said fees of Plaintiffs' attorney, costs, and expenses are hereby approved and shall be paid from the settlement amount.

2. *Disbursement*

It is further ORDERED that the settlement amount shall be distributed according to the terms and conditions of the Stipulation. Specifically, with regard to Joe Holcombe, it is ordered that the settlement proceeds shall be distributed as follows. Of Joe Holcombe's settlement portion ($376,413.43):

1. $94,103.00 or 25% shall be retained by his counsel as attorney's fees;

2. $13,581.70 shall be retained by his counsel as reimbursement for reasonable and necessary costs of litigating the case, understanding that there may be some additional

    costs counsel shall retain associated with the consummation of the settlement and closing of this case; and

3. The balance of $268,728.73, less any additional costs as referenced above, shall be remitted by check issued by The Ammons Law Firm to Joe Holcombe, as his sole and separate property.

Next, it is ORDERED that Joe Holcombe's guardian ad litem, Chip Evans, fee of $1,500 is fair and reasonable. The Court discharges Mr. Evans as having fulfilled his obligations as guardian ad litem for Joe Holcombe.

It is so **ORDERED**.

SIGNED this 2nd day of May, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE